Derence V. Fivehouse
316 Seaview Drive
Edenton, NC 27932
(703) 220-3227
Email: derencefivehouse@gmail.com

August 28, 2025

Clerk of Court
United States District Court
Eastern District of North Carolina
310 New Bern Avenue
Raleigh, NC 27601

Re: New Civil Case Filing – Derence V. Fivehouse v. U.S. Department of Defense, et al.

Dear Clerk:

Enclosed for filing please find the original Complaint and supporting documents commencing the above-referenced action. This case is properly assigned to the Northern Division (Elizabeth City) under Local Civil Rule 40.1 because Plaintiff resides in Chowan County, NC.

The following documents are enclosed:

• Complaint for Declaratory and Injunctive Relief (original and copies)

• Civil Cover Sheet (JS-44)

• Summons forms (AO-440) for each Defendant

• Plaintiff's Emergency Motion for TRO and Preliminary Injunction

• Memorandum in Support of TRO/PI

• Proposed Orders (TRO/§ 705; Expedited Schedule)

• Rule 65(b)(1)(B) Certification of Notice Efforts

• Motion to Expedite Briefing and Hearing

• Motion for Leave to E-File Pro Se with Proposed Order

• Disclosure Statement (LCvR 7.3)

• Notice of Self-Representation (LCvR 5.1)

- $405 filing fee check payable to "Clerk, U.S. District Court, EDNC"

Because this filing includes a request for emergency relief, I respectfully requests that the Clerk issue the enclosed summonses immediately and return issued copies to me by email at derencefivehouse@gmail.com so that service may be effected without delay. I further request that this matter be flagged for emergency consideration in light of the August 31, 2025 effective date of the challenged policy.

Thank you for your prompt attention to this filing. Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

/s/ **Derence V. Fivehouse**

Derence V. Fivehouse (pro se)
7032203227