# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Derence V. Fivehouse </br></br> *Plaintiff* </br> v. </br> Department of Defense, Pete Hegseth, Secretary of Defense, David J. Smith, Acting Director, Defense </br> *Defendant* | ) </br> ) </br> ) </br> ) Civil Action No. </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Secretary of Defense Pete Hegseth
Office of the General Counsel, Department of Defense
1600 Defense Pentagon
Washington, DC 20301-1600

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Derence V. Fivehouse
316 Seaview Drive
Edenton, NC 27932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                                  *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| Derence V. Fivehouse <br> _Plaintiff_ <br> v. <br> David J. Smith, Acting Director, Defense Health Agency (official capacity) (Defendant) <br> _Defendant_ | ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dr. David J. Smith, Acting Director, Defense Health Agency
7700 Arlington Blvd., Suite 5101
Falls Church, VA 22042-5101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Derence V. Fivehouse
316 Seaview Drive
Edenton, NC 27932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Derence V. Fivehouse | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. |
| Department of Defense, Pete Hegseth, Secretary of Defense, David J. Smith, Acting Director, Defense | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*　　Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:　　Derence V. Fivehouse
316 Seaview Drive
Edenton, NC 27932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Derence V. Fivehouse | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| Department of Defense, Pete Hegseth, Secretary of Defense, David J. Smith, Acting Director, Defense | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
    United States of America  
    c/o U.S. Attorney for the Eastern District of North Carolina  
    150 Fayetteville Street, Suite 2100  
    Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derence V. Fivehouse  
                                     316 Seaview Drive  
                                     Edenton, NC 27932

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                   *CLERK OF COURT*

Date: _____                                              _____  
                                                                                          *Signature of Clerk or Deputy Clerk*