IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

NORTHERN DIVISION

No. 2:25-cv-00041-M

DERENCE V. FIVEHOUSE,

Plaintiff,

v.

**U.S. DEPARTMENT OF DEFENSE; DEFENSE HEALTH AGENCY;** HON. PETE HEGSETH, in his official capacity as Secretary of Defense; and DR. DAVID J. SMITH, in his official capacity as Acting Director, Defense Health Agency,

Defendants.

# PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff respectfully moves for an order: (i) temporarily restraining and preliminarily enjoining Defendants from implementing or enforcing the August 31, 2025 policy change that excludes TRICARE For Life beneficiaries from GLP-1 coverage for weight-management indications when TRICARE's prior-authorization ("PA") criteria are satisfied; and

(ii) in the alternative, postponing the policy's effective date under 5 U.S.C. § 705 pending final judgment.

Grounds for this motion are set forth in the accompanying memorandum and declarations. A proposed order is submitted concurrently.

**Conferral/Notice Statement**

On August 27, 2025, Plaintiff notified the U.S. Attorney's Office for the Eastern District of North Carolina of this motion by phone and email. As of filing, Defendants could not be reached. Given the imminent effective date and risk of irreparable harm described in the memorandum, expedited consideration is requested.

**Security**

If the Court grants emergency relief, Plaintiff respectfully requests that the Court set nominal security under Rule 65(c) in light of the nature of the relief and the minimal risk of monetary injury to Defendants.

Dated: August 27, 2025

**/s/ Derence V. Fivehouse**

Derence V. Fivehouse (pro se)

316 Seaview Drive

Edenton, NC 27932

(703) 220-3227

derencefivehouse@gmail.com

## CERTIFICATE OF SERVICE

I certify that on August 28, 2025, I served this motion, the supporting memorandum, declarations, and proposed order by FedEx overnight on the Civil Process Clerk, U.S. Attorney's Office for the Eastern District of North Carolina, 150 Fayetteville Street, Suite 2100, Raleigh, NC 27601; and on the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530; and by email to agency counsel.

/s/ **Derence V. Fivehouse**

Page 3 of 3
Case 2:25-cv-00041-M-RN    Document 4    Filed 08/29/25    Page 3 of 3