# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## NORTHERN DIVISION

No. 2:25-cv-00041-M

DERENCE V. FIVEHOUSE,

Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE; DEFENSE HEALTH AGENCY; HON. PETE

HEGSETH, in his official capacity as Secretary of Defense; and DR. DAVID J. SMITH, in his

official capacity as Acting Director, Defense Health Agency,

Defendants.

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

## [OR, IN THE ALTERNATIVE, POSTPONING EFFECTIVE DATE UNDER 5 U.S.C. §

## 705]

## AND SETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY

## INJUNCTION

This matter is before the Court on Plaintiff's Emergency Motion for Temporary Restraining

Order and Preliminary Injunction and, in the alternative, motion to postpone the effective date

under 5 U.S.C. § 705. Having reviewed the motion, supporting papers, and the record, the Court

finds that Plaintiff has made the showing required by Federal Rule of Civil Procedure 65 and Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7 (2008), to warrant temporary relief pending a hearing on the request for a preliminary injunction.

**IT IS ORDERED that:**

1. Temporary Relief (select one):

(a) TRO — Defendants, and their officers, agents, servants, employees, attorneys, and those in active concert or participation with them, are TEMPORARILY RESTRAINED AND ENJOINED from implementing or enforcing the August 31, 2025 policy change that excludes TRICARE For Life (TFL) beneficiaries from GLP-1 coverage for the weight-management indication when TRICARE's prior-authorization (PA) criteria are satisfied; OR

(b) § 705 Postponement — Pursuant to 5 U.S.C. § 705, the effective date of the August 31, 2025 policy change described above is POSTPONED pending further order of the Court.

2. Duration. This Temporary Restraining Order takes effect upon entry and expires at [TIME ET] on [DATE] (no later than 14 days from entry), unless extended for good cause or by consent. Fed. R. Civ. P. 65(b)(2). If the Court selects § 705 postponement instead of a TRO, this Order remains in effect until further order of the Court.

3. Security. Security under Rule 65(c) is [WAIVED] / [SET] in the amount of $[____], to be posted by [DATE/TIME].

4. Preliminary-Injunction Proceedings. Defendants shall file any response by [DATE/TIME]. Plaintiff may file a reply by [DATE/TIME]. The Court will conduct a hearing on Plaintiff's motion for preliminary injunction on [DATE] at [TIME] in [courtroom/location or by videoconference].

Case 2:25-cv-00041-M-RN    Document 4-1    Filed 08/29/25    Page 2 of 3

5. Service. Plaintiff shall promptly serve this Order, the motion, and all supporting papers on Defendants by means reasonably calculated to give actual notice (including email), and shall effect service on the United States under Federal Rule of Civil Procedure 4(i) by serving the U.S. Attorney for the Eastern District of North Carolina and the Attorney General of the United States. Proof of service shall be filed by [DATE/TIME].

SO ORDERED, this ___ day of _____, 2025.

_____

United States District Judge