IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:25-CV-00041-M-RN

| | |
|---|---|
| DERENCE V. FIVEHOUSE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, PETE HEGSETH, *in his official capacity as Secretary of Defense*, and DAVID J. SMITH, *in his official capacity as Acting Director of the Defense Health Agency*,<br><br>Defendants. | ORDER |

This matter comes before the court on Plaintiff's Motion for Preliminary Injunction and Expedited Consideration [DE 17]. As this court "may issue a preliminary injunction only on notice to the adverse party," Fed. R. Civ. P. 65(a)(1), Plaintiff's motion is DENIED WITHOUT PREJUDICE to his ability to re-file the motion *after* proof of service of his complaint has been provided.[1]

SO ORDERED this 17th day of September, 2025.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Attached to the pending motion is a Certificate of Service wherein Plaintiff advises that he forwarded copies of his motion, memorandum, and proposed order to Defendants by certified mail and email. DE 17-1. It does not, however, establish that Plaintiff's complaint has been appropriately served. Before this court will set a briefing schedule for any motion, Plaintiff must show that he complied with the service and summons requirements described in Federal Rule of Civil Procedure 4.