RECEIVED
SEP 29 2025 mm
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

2IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

No. 2:25-cv-00041-M-RN

DERENCE V. FIVEHOUSE,

Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE; DEFENSE HEALTH AGENCY; HON. PETE HEGSETH, in his official capacity as Secretary of Defense; and DR. DAVID J. SMITH, in his official capacity as Acting Director, Defense Health Agency,

Defendants.

### NOTICE OF COMPLIANCE WITH RULE 4 AND RULE 65(a)(1)

Plaintiff hereby provides notice that he has completed service in accordance with Fed. R. Civ. P. 4(i) upon the United States, the Attorney General, and the agency/official defendants, and has served his preliminary-injunction filings upon the same. A Second Amended Proof of Service with certified tracking and delivery confirmations is filed concurrently and attached hereto as Exhibit A.

Plaintiff therefore satisfies Fed. R. Civ. P. 65(a)(1) notice for a preliminary-injunction hearing, as invited by the Court's September 17, 2025 Order (DE 20).

Respectfully submitted,

/s/ Derence V. Fivehouse  Dated: September 25, 2025

Derence V. Fivehouse (pro se)
316 Seaview Drive
Edenton, NC 27932
(703) 220-3227
derencefivehouse@gmail.com