IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:25-CV-00041-M-RN

**Derence V. Fivehouse**,

        Plaintiff,

v.

**United States Department of Defense**, et al.,

        Defendants.

**Order**

      Before the Court are several motions filed by Plaintiff Derence V. Fivehouse. The presiding district judge recently referred these matters to me for resolution.

      In one motion, Fivehouse asks the court to expedite the briefing on his renewed motion for a preliminary injunction and to schedule a hearing on that motion. D.E. 32. Since he filed that motion, the parties completed their briefing, so that portion of his request is moot. The Court's Local Civil Rules explain that motions are typically "determined without a hearing." Local Civil Rule 7.1(j). The Court can, however, exercise its discretion to hold a hearing when it believes it necessary. *Id*. The court will determine if a hearing is necessary after reviewing the parties' filings. Thus, the court denies this motion. D.E. 32. For similar reasons, the court denies his motion seeking a status conference. D.E. 34.

      In another motion, Fivehouse seeks leave of court to file a 39-page reply in support of his renewed motion for a preliminary injunction. D.E. 41. The court notes that the Local Civil Rules limit reply briefs related non-discovery motions to 10 pages. Local Civil Rule 7.2(f)(2)(C). The court will, in its discretion, grant the motion. D.E. 41. But Fivehouse should ensure that his future filings comply with the page or word limits set out in the Local Civil Rules.

Dated: November 3, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge