IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:25-cv-00041-M-RN

DERENCE V. FIVEHOUSE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF DEFENSE; DEFENSE HEALTH AGENCY; HON. PETE HEGSETH, in his official capacity; and DR. DAVID J. SMITH, in his official capacity,

Defendants.

## PLAINTIFF'S UNOPPOSED MOTION TO STAY RULE 26(f) OBLIGATIONS AND DISCOVERY

Plaintiff respectfully moves to stay the requirement to conduct a Rule 26(f) conference, submit a discovery plan, exchange Rule 26(a)(1) initial disclosures, and engage in discovery pending the Court's resolution of the pending dispositive motions. This action presents pure questions of statutory and regulatory interpretation (10 U.S.C. §§ 1074g, 1086; 32 C.F.R. §§ 199.4, 199.17, 199.21) that can be decided on the face of those provisions without an administrative record or factual discovery.

Staying Rule 26 obligations conserves party and judicial resources and is proportional under Rule 26(b)(1). The United States does not oppose this motion.

Accordingly, Plaintiff requests that the Court stay all Rule 26(f) and discovery obligations unless and until otherwise ordered following disposition of the pending motions.

Respectfully submitted,

*/s/ Derence V. Fivehouse*

Derence V. Fivehouse, Pro Se
316 Seaview Drive
Edenton, NC 27932
(703) 220-3227
derencefivehouse@gmail.com

November 5, 2025

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I served a copy of the foregoing PLAINTIFF'S UNOPPOSED MOTION TO STAY RULE 26(f) OBLIGATIONS AND DISCOVERY and Proposed Order by U.S. Mail and by email on counsel for the United States, including Assistant United States Attorney Rudy E. Renfer, Office of the United States Attorney for the Eastern District of North Carolina, 150 Fayetteville Street, Suite 2100, Raleigh, NC 27601 (rudy.e.renfer@usdoj.gov), and on counsel for the Department of Defense/Defense Health Agency by U.S. Mail, Office of the Secretary of Defense, c/o DoD/GC, 1000 Defense Pentagon, Washington, DC 20301 1000 and at osd.pentagon.ogc.list.correspondence-staff@mail.mil.

Derence V. Fivehouse

## [PROPOSED] ORDER

Plaintiff's Unopposed Motion to Stay Rule 26(f) Obligations and Discovery is GRANTED. All obligations under Rule 26(a)(1), Rule 26(f), and discovery are STAYED pending further order of the Court.

SO ORDERED.