IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:25-CV-00041-M

**Derence V. Fivehouse**,

    Plaintiff,

v.

**United States Department of Defense,** et al.,

    Defendants.

**Order**

The parties have both asked the court to relieve them of the obligation to hold a Rule 26(f) conference and submit a discovery plan. As this matter involves the review of agency action based on an administrative record, it is exempt from the requirement to hold a Rule 26(f) conference. Fed. R. Civ. P. 26(a)(1)(B)(i) & (f). So the court will grant the motion (D.E. 49), relieve the parties of the obligation to hold a Rule 26(f) conference, and prohibit the parties from seeking discovery from any source.

The court will, however, hold a case management conference by telephone on Tuesday, November 18, 2025, at 1:00 p.m. to discuss the timing for the filing of the administrative record and any dispositive motions. The Clerk of Court will provide the parties with the necessary information to participate in the conference.

Dated: November 13, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge