IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:25-cv-00041-M-RN

| | | |
|---|---|---|
| DERENCE FIVEHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF |
| v. | ) | ADMINISTRATIVE RECORD |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| DEFENSE, et al, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants, by and through the United States Attorney for the Eastern

District of North Carolina, hereby gives notice of the filing of the Administrative

Record and supporting documents in this case. (8 of 9).

Respectfully submitted this 5th day of December 2025.

W. ELLIS BOYLE
United States Attorney

BY: /s/ Rudy E. Renfer
RUDY E. RENFER
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: rudy.e.renfer@usdoj.gov
N.C. Bar # 23513
Attorney for the United States

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 5th day of December 2025, served a copy of

the foregoing upon the below listed party electronically using the CM/ECF system or

by placing a copy of the same in the U.S. Mail, addressed as follows:

Derence V. Fivehouse
316 Seaview Drive
Edenton, NC 27932

BY:  /s/ Rudy E. Renfer
RUDY E. RENFER
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: rudy.e.renfer@usdoj.gov
N.C. Bar # 23513
Attorney for the United States