<u>Full PA Criteria for the Newly Approved Drugs per 32 CFR 199.21(g)(5)</u>

1. **azacitidine (Onureg)**

   Manual PA is required for all new users of Onureg.

   <u>Manual PA Criteria</u>: Onureg is approved if all criteria are met:

   - The drug is prescribed by or in consultation with a hematologist/oncologist

   - The patient is 18 years of age or older

   - Patient does not have a myelodysplastic syndrome (MDS)

   - Patient will use Onureg for maintenance therapy of acute myeloid leukemia (AML) following complete remission (CR) or complete remission with incomplete blood count recovery (CRi) achieved after intensive induction chemotherapy with or without consolidation therapy

   - Patient is not able to complete intensive curative therapy

   - Onureg will not be used for parenteral routes of administration

   - The provider agrees to monitor for myelosuppression/cytopenias

   - Female patients of childbearing age are not pregnant confirmed by (-) HCG.

   - Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment.

   - Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 6 months after cessation of therapy if female; 3 months if male.

   - The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation.  If so, please list the diagnosis: _____

   Non-FDA-approved uses are not approved.

   PA does not expire.

2. **decitabine/cedazuridine (Inqovi)**

   Manual PA is required for all new users of Inqovi.

24

Manual PA Criteria: Inqovi is approved if all criteria are met:

- The drug is prescribed by or in consultation with a hematologist/oncologist

- The patient is 18 years of age or older

- Patient has myelodysplastic syndromes (MDS) with the following French-American-British subtypes (refractory anemia, refractory anemia with ringed sideroblasts, refractory anemia with excess blasts, and chronic myelomonocytic leukemia [CMML]) and intermediate-1, intermediate-2, and high-risk International Prognostic Scoring System groups.

- The provider agrees to monitor for myelosuppression/cytopenias

- Female patients of childbearing age are not pregnant confirmed by (-) HCG.

- Female patients will not breastfeed during treatment and for at least 2 weeks after the cessation of treatment.

- Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 6 months after cessation of therapy if female; 3 months if male.

- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.

Non-FDA-approved uses are not approved.

PA does not expire.

3. **insulin glargine (Semglee, Semglee Pen)**

Manual PA criteria apply to all new users of Semglee, Semglee Pen.

Manual PA Criteria: Semglee is approved if all criteria are met:

- Patient has acute pain due to minor strains, sprains, and/or contusions

- The patient must have tried and failed insulin glargine (Lantus).

Non-FDA-approved uses are not approved.

PA does not expire.

25

4. **monomethyl fumarate (Bafiertam)**

   Manual PA is required for all new users of Bafiertam

   <u>Manual PA Criteria</u>: Bafiertam is approved if all criteria are met

   - Patient has a documented diagnosis of a relapsing form of Multiple Sclerosis (MS)

   - Patient must have had at least a two-week trial of Tecfidera and has failed therapy

   - Complete blood count drawn within six months prior to initiation of therapy, due to risk of lymphopenia

   - Coverage NOT provided for concomitant use with other disease-modifying drugs of MS

   Non-FDA-approved uses are not approved.

   PA does not expire.

5. **octreotide (Mycapssa)**

   Manual PA is required for all new users of Mycapssa)

   <u>Manual PA Criteria</u>: Mycapssa) is approved if all criteria are met:

   - Patient has a diagnosis of acromegaly

   - The drug is prescribed by or in consultation with an endocrinologist

   - Patient has tried an injectable formulation of octreotide (e.g., Sandostatin generics, Sandostatin LAR Depot, Bynfezia) and failed therapy due to lack of response

   Non-FDA-approved uses are NOT approved including vasoactive intestinal peptide tumors (VIPomas) and carcinoid tumors.

   Prior authorization does not expire.

6. **ofatumumab injection (Kesimpta)**

   Manual PA criteria apply to all new users of Kesimpta.

   <u>Manual PA Criteria</u>: Kesimpta is approved if all criteria are met:

26

- The patient is 18 years of age or older

- The drug is prescribed by a neurologist

- The patient has a documented diagnosis of relapsing forms of MS

- The patient is not currently using another disease-modifying therapy (e.g., interferon, glatiramer, Tecfidera, Vumerity, Aubagio, Gilenya, Mayzent, Zeposia, Mavenclad, etc.)

- Patient does not have an active hepatitis B virus infection

- Patient has not failed a course of Ocrevus

Non-FDA-approved uses are not approved.

PA does not expire.

7. **oxymetazoline ophthalmic solution (Upneeq)**

Manual PA is required for all new and current users of Upneeq.

Manual PA Criteria: Upneeq is approved if all criteria are met:

- The patient is 13 years of age or older

- Patient has a diagnosis of acquired blepharoptosis affirmed by all of the following

- Positive phenylephrine test indicating ptosis correction is achievable with Müller's muscle contraction

- Marginal reflex distance 1 (MRD1) of less than 2 mm

- Patient and provider have decided that the patient is not a good candidate for surgical intervention

Non-FDA-approved uses are not approved.

PA does not expire.

8. **Pralsetinib (Gavreto)**

Manual PA applies to new users of Gavreto.

Manual PA Criteria: Gavreto is approved if all criteria are met:

27

- The drug prescribed by or in consultation with a hematologist/oncologist

- The patient is 18 years of age or older

- Patient has unresectable locally advanced or metastatic RET fusion-positive non-small cell lung cancer (NSCLC)

- Provider will monitor for hepatotoxicity

- Patient does not have uncontrolled hypertension

- Provider is aware and has counseled patient that pralsetinib can cause life-threatening lung disease and hemorrhage

- Female patients of childbearing age are not pregnant confirmed by (-) HCG

- Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment

- Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after cessation of therapy if male; 2 weeks, if female

- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.

Non-FDA-approved uses are not approved.

PA does not expire.

9. **Risdiplam (Evrysdi)**

Manual PA is required for all new users of Evrysdi.

Manual PA Criteria: Evrysdi is approved if all criteria are met:

- The patient is between the ages of 2 months to 25 years of age (Fill-in-the-blank)

- The drug is prescribed by a pediatric or adult neurologist

- Patient has genetic confirmation of homozygous deletion or compound heterozygosity predictive of loss of function of the SMN1 gene (documentation required)

28

- Patient has confirmation of at least two SMN2 gene copies (documentation required)

- Patient has a confirmed diagnosis of Spinal Muscular Atrophy Types 1, 2, or 3 (Fill-in-the-blank)

- Female patients of childbearing age are not pregnant confirmed by (-) HCG

- Female patients of childbearing potential have been counseled to use effective contraception during treatment and for at least 1 month after the cessation of therapy

- Male patients of reproductive potential are counseled about the potential effects on fertility

- Patient does not have evidence of hepatic impairment

- Patient does not have permanent ventilator dependence

- Patient does not have complete paralysis of all limbs

- Evrysdi will not be used concurrently with Spinraza (nusinersen injection for intrathecal use)

- Patient weight must be documented (Fill-in-the-blank) – (Any answer acceptable)

- Patient dose in total mg/day and mg/kg per day must be documented (Fill-in the blank)

- The dose must be 0.2 mg/kg if the patient is 2 months to < 2 years of age; OR 0.25 mg/kg for patients $\geq$ 2 years of age who weigh < 20 kg; OR 5 mg for patients $\geq$ 2 years of age who weigh $\geq$ 20 kg

Non-FDA approved uses are not approved.

PA expires in 6 months.

Renewal criteria: (Initial TRICARE PA approval is required for renewal)

- According to the prescriber, the patient's level of disease has improved or stabilized to warrant continuation on Evrysdi as determined by an objective measurement and/or assessment tool and/or clinical assessment of benefit. (documentation required)

Renewal criteria expires in 1 year.

**10. Satralizumab-mwge injection (Enspryng)**

Manual PA applies to new users Enspryng.

29

Manual PA Criteria: Enspryng is approved if all criteria are met:

- The patient is 18 years of age or older

- The drug is prescribed by or in consultation with a neurologist

- The patient has a diagnosis of neuromyelitis optica spectrum disorder (NMOSD) and is aquaporin-4 (AQP4) antibody positive

- Patient has clinical evidence of at least 2 documented relapses (including first attack) in the last 2 years prior to screening, at least one of which has occurred in the 12 months prior to screening

- Patient has laboratory evidence of HBV negative and TB negative

- ~~Patient and provider are enrolled in REMS program.~~ Please note that there is a correction here; there is not a REMS program required for Enspryng.

Non-FDA-approved uses are not approved.

PA does not expire.

**11. triheptanoin oral liquid (Dojolvi)**

Manual PA applies to new users of Dojolvi.

Manual PA Criteria: Dojolvi is approved if all criteria are met:

- Patient has a documented diagnosis (molecularly confirmed) of a long-chain fatty acid oxidation disorder (LC-FAOD)

- Dojolvi is prescribed by or in consultation with a geneticist, neurologist, or LC-FAOD expert

- Patient must be experiencing symptoms of deficiency exhibited by the presence of at least 1 of the following:

  a. Severe neonatal hypoglycemia, hepatomegaly, cardiomyopathy, exercise intolerance, frequent episodes of myalgia, recurrent rhabdomyolysis induced by exercise, fasting or illness, cardiomyopathy, and an associated decreased quality of life

Non-FDA-approved uses are not approved including use for weight loss in a ketogenic diet.

PA does not expire.

30

**12. sodium oxybate/calcium/magnesium/potassium oral solution (Xywav)**

Manual PA applies to new users of Xywav.

Manual PA Criteria: Coverage of Xywav is approved if all criteria are met:

- Patient is 18 years of age or older AND

- The patient is not concurrently taking a central nervous system depressant, such as a narcotic analgesic (including tramadol), a benzodiazepine, or a sedative hypnotic

    AND

- Xywav is prescribed by a neurologist, psychiatrist, or sleep medicine specialist  AND

- Xywav is prescribed for the treatment of excessive daytime sleepiness and cataplexy in a patient with narcolepsy.

    a. Narcolepsy was diagnosed by polysomnogram or mean sleep latency time (MSLT) objective testing OR

- Xywav is prescribed for excessive daytime sleepiness in a patient with narcolepsy

    AND

    a. The patient has history of failure, contraindication, or intolerance of both of the following: modafinil or armodafinil AND stimulant-based therapy (amphetamine-based therapy or methylphenidate) AND

    b. Other causes of sleepiness have been ruled out or treated (including, but not limited to, obstructive sleep apnea, insufficient sleep syndrome, shift work, the effects of substances or medications, or other sleep disorders)

    OR

- Patient is a child 7 years of age or older AND

- The patient is not concurrently taking a central nervous system depressant, such as a narcotic analgesic (including tramadol), a benzodiazepine, or a sedative hypnotic

    AND

- Xywav is prescribed by a neurologist, psychiatrist, or sleep medicine specialist  AND

- Xywav is prescribed for the treatment of excessive daytime sleepiness and cataplexy in a patient with narcolepsy.

31

AR1196

    a. Narcolepsy was diagnosed by polysomnogram or mean sleep latency time (MSLT) objective testing  OR

- Xywav is prescribed for excessive daytime sleepiness in a patient with narcolepsy

AND

    a. The patient has history of failure, contraindication, or intolerance of stimulant-based therapy (amphetamine-based therapy or methylphenidate)  AND

- Other causes of sleepiness have been ruled out or treated (including, but not limited to, obstructive sleep apnea, insufficient sleep syndrome, the effects of substances or medications, or other sleep disorders)

Coverage is NOT provided for the treatment of other conditions not listed above or any non-FDA-approved use, including fibromyalgia, insomnia, and excessive sleepiness not associated with narcolepsy.

PA expires after 1 year.

Renewal PA criteria; Renewal not allowed.  A new prescription will require a new PA to be submitted.

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF and PA Implementation Plan**

The P&T Committee recommended for group 1: (15 for, 0 opposed, 0 abstained, 2 absent); group 2: (14 for, 0 opposed, 0 abstained, 3 absent); and group 3: (16 for, 0 opposed, 0 abstained, 1 absent)  the following:

- **New Drugs Recommended for UF or NF Status, and PA criteria:**  An effective date upon the first Wednesday two weeks after signing of the minutes in all points of service.

- **New Drugs Recommended for Tier 4/ Not Covered Status:**  1) An effective date of the first Wednesday after a 120-day implementation period at all POS; and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation.

*Summary of Physician's Perspective:*

- Out of the total of 25 new drugs reviewed at this meeting 15 were made UF and 4 will stay NF and 6 we are recommending for Tier 4/Not Covered status.

- For the 11 drugs where PAs were recommended, the criteria only effect new users, therefore all patients currently receiving the drug will be able to remain on therapy.

32

- For this meeting we have several drugs that were approved for orphan indications or rare diseases, where a very limited number of patients were studied in short-term trials, and where long-term safety and efficacy is unknown. The goals of the PA Criteria are to ensure that the most appropriate patients are selected.

- There was one insulin product, Semglee that was recommended to be NF. This drugs has the same active ingredient as Lantus. There is no data to show that Semglee would be more effective or safer than Lantus. Semglee is being marketed as a low cost insulin, however at MHS Lantus is very cost effective for our beneficiaries. Lantus currently has Tier 1 (generic) copay, and has 85% of the basal insulin market share. The committee did not feel that this new insulin offered a benefit to our patients.

- For the 6 drugs recommended for Tier 4 status, the active ingredients are all available in low cost preparations that are on the formulary. We did reach out to providers for their opinion on the Tier 4 drugs and there was a wide agreement among the respective specialties that these drugs do not offer clinical advantages and in some cases there were some safety concerns.

***Summary of Panel Questions and Comments:***

*UF/Tier 4/Not Covered Recommendation:*

CAPT (Ret) Hostettler asked for the formulary status of Mycapssa.

Dr. Lugo states that Mycapssa is NF. It is an octreotide oral capsule and Tier 3.

CAPT (Ret) Hostettler states that this is a new, breakthrough therapy. Until recently, patients have been treated with Injectables. They have a chance now to be treated with an oral. In his opinion, we should ensure the new therapy is available our beneficiary population. He request information about the difference in cost for the injectable and the new oral dosage capsule.

Dr. Lugo states they have reached out to multiple endocrinologists for their feedback. She appreciates that this is a new oral therapy where previously octreotide has been around for a really long time as an injectable. With the exception of the new oral capsule dosage form, there was nothing new clinically. Our endocrinologist did not believe it offered any significant additional value (keeping in mind clinical and cost effectiveness) which led to the recommendation of NF.

CAPT (Ret) Hostettler asked if they have ever considered surveying the patients in the beneficiary population on whether they prefer oral versus injectable and if they might be willing to spend in difference to get the oral capsule. He states that it would be a very interesting survey.

Dr. Lugo agrees that it would be interesting but difficult to do, however beneficiaries are able to provide feedback. One note is that we have noticed the NF copay does not prevent patients

33

from getting one of the alternatives. The NF copay is relatively reasonable compared to other health plans and it is not Tier 4. Mycapssa does not have multiple indications whereas in previous meetings we reviewed Bynfezia Pen and several other drugs that have 3 indications. Mycapssa only has 1 indication. All of these medications have a very narrow spectrum for use. She can appreciate reaching out to beneficiaries to ask their opinion, as she is a beneficiary herself.

CAPT (Ret) Hostettler states that he does not know the number of the beneficiaries that have acromegaly nor do I know the incidence of the disease state. He doesn't believe it is huge but it is a population that we are placing a burden by requiring them to switch from UF to NF in the form of a co-pay. He is wondering if it would be best to keep it UF instead of NF because of the small amount of patient they will not save that much more money.

*Manual PA Criteria Recommendation:*

Dr. Bertin asks what is the rationale for the age limitation in the PA for the Evrysdi?

CDR Rovey clarifies that the PA Criteria were developed based on the inclusion criteria and patient enrollment from the clinical trials used to gain FDA approval. For example, the trials were limited to patients between ages 1 month and 25 years, and they excluded patients with invasive ventilation or tracheostomy.

Dr. Bertin states his question was more towards the 25-year limitation versus what appears to be FDA approval of all ages. Is that not correct?

CDR Rovey states the FDA approval is from ages 2 months and up. The PA limits the drug for patients' ages 2 months to 25 years for a starting date to take the medication. It is based on the clinical trials, which only included patients from 1 month to 25 years. Therefore, there is no data in older patient to support use in that patient population as of yet or at the time of review for the new drugs. There is one thing to note, if a patient started taking the medication when they were 25, the patient would not be required to stop taking the medication when they reach 26. The patient does not age out of the medication and they may continue taking it.

CAPT (Ret) Hostettler states that the only other therapy up until now has been the intrathecal injections. There are a large number of patients over the age of 25 who are not taking anything. Probably because they can still function to some degree but do not want to go through the intrathecal injection but would be more than willing to take this drug. He does not understand why the PA criteria is more restrictive than the FDA approval. He does believe that the drug is being studied beyond the age of 25 at the moment. The PA criteria is limited to the study group. Is this recommendation consistent with past recommendations for new drugs? That seems to be not the norm.

CDR Rovey states that rather than relying on the FDA indications as our primary source for how we utilize medications, we rely on the clinical evidence, primary literature, and clinical practice guidelines to help determine the benefit.

34

CAPT (Ret) Hostettler replies I understand FDA indications. This recommendation is limited to the clinical inclusion criteria for the approval. I am not sure that the committee has ever limited a patient population from the clinical criterial and studies. In this instance, the restrictions applies to what is considered a generally healthy population. In his opinion, the PA criteria is overly restrictive when it doesn't need to be. Again, in his opinion, we should be doing all possible to ensure our patient/beneficiary population, with a clinical need, has access to innovative, new products rather than limiting access to these products.

CDR Rovey also states we have absolutely done this on multiple occasions. This is certainly not a new idea for the committee to only include patients that were included in the study trials. We have done that on numerous occasions, particularly in the cardiovascular drug space. If the committee recommends the drug, we want to make sure the drug is going to be effective. She points out, similar to the intrathecal products, which have a hefty price tag, we want to make sure we use it in a population that will benefit from the medications. However, we did reach out for provider feedback in regards to the PA criteria before the meeting. I believe you referenced the study, JEWELFISH. They are studying older patients who have previously tried the intrathecal products and we are looking forward to seeing the efficacy data from this study. If there is additional data we will continue to monitor for future consideration.

CAPT (Ret) Hostettler asks if she was able to obtain unpublished data from the manufacturers or anywhere else. He also inquired about the timeline of completion for the JEWELFISH study.

CDR Rovey states she only has the data provided at the time of the review. We will continue to monitor and review any data received or have an opportunity to review. She will need to further review the timeline for the JEWELFISH study but knows that it will not be within the next couple of months.

Dr. Khoury stated that every PA we can, and do, limit the age upwards. This agent is unique because it specifically targets a smaller, younger cohort for this disease state. We follow the same process for nearly every PA stating the age needs to be "greater than" based on the clinical study criteria the committee looked at in reviewing the drug.

CAPT (Ret) Hostettler states that he understands the study however, he does not understand the need to limit access to patients aged 25 and under in a population that actually needs this product.

CDR Rovey states that this helps delay progression for the patient. They are going to look for those patients that can still benefit from the drug and that is why they targeted the younger population. We do not know yet whether it will be effective in older age patients or patients that have progressed further. That is why I stated patients that are on ventilators were excluded.

35

CAPT (Ret) Hostettler reiterates that a survey of the population is needed. Why are patients not taking the intrathecal therapy if they are over the age of 25? Regardless, the patient has the chance to treat their problem in a more convenient and equitable way. Both the injection and the capsule are expensive. He believes it would be nice to know whether patients don't want to be treated or if they would take an option.

Dr. Khoury states there is no step therapy for this PA. Also, the JEWELFISH is estimated to be complete by January 2025. He shares that unfortunately many of the studies don't end up getting published by the manufacturers which is very concerning. We look forward to reviewing that data when it is available to determine if there are benefits in utilizing this drug in other age groups. We will share that information with the Panel once there are updates that change the recommendations. Additionally we reached out to manufacturers and they do provide information. Regarding the cost of drug, I believe I provided the example of a new car per year earlier with Dupixent. You stated there were 2 treatments for this disease but I want to clarify there are 3 including this one being reviewed. One of them has been in the news for being one of the 1st multi-million dollar costs for gene therapy which was in excess 2 million dollars. This information is also publically available. These drugs being discussed here are extremely expensive and for this Evrysdi agent, in contrast to the example of the agent earlier that costs a car per year, actually costs as much as a car per month. We are simply attempting to ensure that we get the medication to the right patient who is likely to benefit.

CAPT (Ret) Hostettler states that he does not know how many beneficiaries are affected by this recommendation. However, I do know that it can be devastating on families. He can only hope this was taken into consideration when making the recommendation.

Dr. Bertin thanks Dr. Khoury for responding and states he is relying on the committee to continue monitoring this drug.

Dr. Khoury responds the general epidemiology is around 1 in 11,000 live births are impacted by SMA but it is hard to identify patients that might qualify for this treatment as it is both a phenotypically and genotypically driven disease state. There are new screening techniques that will likely identify more patients due to those genetic screens. So, there are a lot of factors when you ask how many have it in the benefit. That number will evolve over time as screening evolves.

Dr. Peloquin responds, that was my question. Does the beneficiary population over 25 understand that the other drugs have not been included in the pharmacy benefit and this one is included? It is difficult to do the math and understand how it impacts patients with this disease state over the age of 25. He also asks if the renewal criteria will continue for patients beyond 25.

CDR Rovey agrees and states the renewal criteria does not re-ask patients their age. It simply asks if the drug continues to be effective. Therefore, they will be able to remain on the drug after the age of 25.

Mr. DuTeil clarifies that patients on the medication prior to the age of 25 will not be denied the medication after the age of 25. Is if available, if the patient is diagnosed after the age of 25?

CDR Rovey states the patient could have been diagnosed before the age of 25 but if it is the first request to use the medication after the age of 25 for the patient. At this point, awaiting other study data, the request would be denied.

There were no more questions or comments from the Panel. The Chair called for a vote on the UF/Tier 4/Not Covered Recommendation, Manual PA Criteria, and UF/Tier 4/Not Covered and PA Implementation Plan for the Newly Approved Drugs per 32 CFR 199.21(g)(5).

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4/Not Covered Recommendation**

  Concur: 5      Non-Concur: 1      Abstain: 0      Absent: 1

  *Director, DHA:*

  _____ These comments were taken under consideration prior to my final decision.

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria**

  Concur: 6      Non-Concur: 0      Abstain: 0      Absent: 1

  *Director, DHA:*

  _____ These comments were taken under consideration prior to my final decision.

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4/Not Covered and PA Implementation Plan:**

  Concur: 6      Non-Concur: 0      Abstain: 0      Absent: 1

  *Director, DHA:*

  _____ These comments were taken under consideration prior to my final decision.

# IV. UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA

## A. New Manual PA Criteria

### 1. Narcotic Analgesics – Tapentadol ER (Nucynta ER)

The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) manual PA criteria for Nucynta ER in new users to ensure that other therapies for neuropathic or non-neuropathic pain are tried first.

Nucynta ER has been designated as UF since February 2012. Tapentadol has a similar mechanism of action to tramadol, which includes mu-opioid activation and norepinephrine reuptake inhibition. It is indicated for treatment of both non-neuropathic pain and neuropathic pain (e.g., diabetic peripheral neuropathy) severe enough to require daily, around-the-clock, long-term opioid treatment. Tapentadol ER has additional warnings and risk of adverse reactions due to its dual mechanism of action that are not seen with the other narcotic analgesics.

The previous P&T Committee conclusion was that there is no evidence that pain control with tapentadol ER is superior to oxycodone ER. A survey of MHS providers noted that since tapentadol ER is a long-acting opioid it should be reserved for use after a trial of other non-opioid and short-acting opioid agents. Provider feedback supported implementing a PA for this medication based on relative clinical and cost effectiveness concerns.

The manual PA criteria are as follows:

Manual PA criteria applies to new users of Nucynta ER.

<u>Manual PA Criteria</u>: Coverage for Nucynta ER is approved if all criteria are met:

- The patient is 18 years of age or older

- The patient has a diagnosis of one of the following

    a. pain severe enough to require daily, around-the-clock, long-term opioid treatment

       OR

    b. neuropathic pain associated with diabetic peripheral neuropathy in adults severe enough to require daily, around-the-clock, long-term opioid treatment

- For non-neuropathic pain, the patient has tried and failed at least one of the following short-acting opioids

38

    a. morphine sulfate IR, codeine IR, hydromorphone IR, meperidine IR, oxycodone IR, hydrocodone/acetaminophen, oxycodone/acetaminophen, codeine/acetaminophen, tapentadol IR

- For neuropathic pain, the patient has tried and failed all of the following drugs/drug classes

    a. At least two of the following classes of non-opioid medications (unless the patient has a contraindication)

        1) gabapentin or pregabalin titrated to therapeutic dose

        2) a tricyclic antidepressant titrated to therapeutic dose

        3) duloxetine titrated to therapeutic dose

    b. Tramadol

    c. At least one of the following short acting opioids morphine sulfate IR, codeine IR, hydromorphone IR, meperidine IR, oxycodone IR, hydrocodone/acetaminophen, oxycodone/acetaminophen, codeine/acetaminophen, tapentadol IR

Non-FDA-approved uses are NOT approved.

Prior authorization does not expire.

## B. New Manual PA Criteria—Implementation Plan

The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) the new PA for tapentadol ER (Nucynta ER) become effective in new users the first Wednesday 30 days after the signing of the minutes.

### *Summary of Physicians Perspective:*

- There was only one drug where new PA Criteria was recommended, for the narcotic analgesic Nucynta ER, which has been on the formulary since 2015. This drug has unique safety concerns due to its actions that are not seen with other opioids, including risk of seizures.

- The committee did get comments from providers about the PA, and these providers felt that the other narcotic should be used first, due to the well-publicized risks of long-acting narcotics in opioid-naive patients. The PA will only apply to new users so any existing users will not be affected. The recommended PA is in line with what the VA and other commercial health plans have in place.

39

*Summary of Panel Questions and Comments:*

*Manual PA Criteria Recommendation:*

Dr. Jay Peloquin asks is the safety profile new and has there been recent escalations relative to the safety.

CDR Raisor stated that we regularly monitor utilization especially for the opioids because of the risk and national attention that opioids have received. With our continuous monitoring of these medication and based on clinical/cost effectiveness this one came to our attention.

There were no more questions or comments from the Panel. The Chair called for a vote on the recommendation for the New Manual PA Criteria and Implementation Plan

- **New Manual PA Criteria**

    Concur: 6        Non-Concur: 0        Abstain: 0        Absent: 1

    *Director, DHA:*

    _____These comments were taken under consideration prior to my final decision.

- **New Manual PA Criteria —Implementation Plan**

    Concur: 6        Non-Concur: 0        Abstain: 0        Absent: 1

    *Director, DHA:*

    _____These comments were taken under consideration prior to my final decision.


V.    **UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA**

   A. **Updated Manual PA Criteria**

    Updates to the manual PA criteria and step therapy for several drugs were recommended due to expanded age indications and new FDA-approved indications. The updated PAs and step therapy outlined below will apply to new users. The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for Enbrel, Tremfya, Xeljanz and Xeljanz oral solution, Epclusa, Epidiolex, and Haegarda.

40

The updates are as follows:

1. **Targeted Immunomodulatory Biologics (TIBs)**

   - **etanercept (Enbrel)**—Etanercept (Enbrel) has been labeled for use in children as young as 4 years of age for plaque psoriasis since 2016. Use of Enbrel in this population has been exempt from the requirement to try ustekinumab (Stelara) first, as Stelara was only approved for children down to the age of 12 years with plaque psoriasis. After the August 2020 P&T meeting, Stelara received FDA-approval for treating patients as young as 6 years of age with plaque psoriasis. Therefore, a trial of Stelara for pediatric patients ages 6 and older with plaque psoriasis will be required before Enbrel. The current PA form for Enbrel will note that a trial of Stelara is not required first in patients 4 to 5 years of age.

   - **guselkumab (Tremfya)**—Updated the manual PA criteria to include the new indication of active psoriatic arthritis for patients 18 years of age and older.

   - **tofacitinib (Xeljanz, Xeljanz oral solution)**—Updated the manual PA criteria to include the new indication for the treatment of active polyarticular course juvenile idiopathic arthritis (pcJIA) in patients 2 years of age and older.

2. **Hepatitis C Agents: Direct Acting Agents—sofosbuvir/velpatasvir tablets (Epclusa)**—Updated the manual PA criteria to include the expanded age indication for patients 6 years of age or older or those weighing at least 17 kg with chronic HCV genotype 1, 2, 3, 4, 5, or 6.

3. **Anticonvulsants-Antimania Agents — cannabidiol oral solution (Epidiolex)**—Updated the manual PA criteria to include the new indication for treatment of seizures associated with tuberous sclerosis complex (TSC) in patients 1 year of age or older. Note that the PA will not specify an age limit.

4. **Hereditary Angioedema Agents — C1 Esterase Inhibitor [Human] (Haegarda)**—Updated the manual PA criteria to include the expanded age indication for use in patients 6 years of age or older for routine prophylaxis to prevent hereditary angioedema. Previous manual PA criteria specified use in 12 years of age or older. Note that the PA will not specify an age limit.

**B. Updated Manual PA Criteria—Implementation Plan**

The P&T Committee recommended the following implementation periods:

- (15 for, 0 opposed, 0 abstained, 2 absent) Updates to the current PA criteria for Enbrel, Tremfya, Xeljanz, and Xeljanz oral solution, Epclusa, Epidiolex, and Haegarda in new users will become effective the first Wednesday 60 days after the signing of the minutes.

41

### Summary of Physician's Perspective:

- This section is where we give brief summaries on drugs with current PAs are updated for expanded age ranges or indications. From this meeting we had six drugs that had updates All the changes will result in an increased number of patients who will qualify for the drugs. For two drugs, we actually removed any mention of age in the criteria (Epidiolex and Haegarda.)

- We do continuously check for these types of updates from the package insert to ensure our PAs are not outdated.

### Summary of Panel Questions and Comments:

*Updated PA Criteria Recommendation:*

CAPT (Ret) Hostettler mentioned concerns about age limitations for the Hepatitis C Agents, Anticonvulsants-Antimania Agents, and the Hereditary Angioedema Agents. He states that in these specific cases you did not limit yourself to the clinical criteria of the study that got these drugs approved yet there were limitations on drugs in a previous section. I am trying to differentiate why it is being treated differently.

Dr. Lugo stated that you cannot compare the two drugs, as there are very different with different outcomes. In this instance, we are expanding.

Mr. Ostrowski states the reason this was done was that the other drug limiting it to the age of 25 it is a very expensive drug and instead of expanding it to all ages like you are talking about above 25 at this time, they are just going to go strictly with what the company's studies show when they did their analysis and so forth. So this way they are adding the drug to that age group up to 25 and maybe later they will expand it but I think that drug was just so expensive that they did not want to expand it to what the FDA approved.

CAPT (Ret) Hostettler states that it is his job to represent the beneficiary. Beneficiaries who have adult children who are eligible for the TRICARE benefit means they are probably of retirees who need some help. Due to science and innovation we have an opportunity to help them. Rather than allowing access to the medications, there a restrictions.

Mr. Jon Ostrowski says that he agrees and I am not stating that the recommendation is right. However, I believe the restrictions are based on cost.

Dr. Khoury states that we are driven by clinical and relative cost effectiveness. The data drives our decision, when there is no data, we have a hard time making that decision. We pay over 9 billion dollars in drug costs but we want to make sure that the drug getting to the patient is safe and effective for those patients, that is the point of the Prior Authorizations.

42

*Updated PA Implementation Plan*

Dr. Jay Peloquin asked if 60 days should be sooner.

Dr. Lugo states that most of these have already been updated behind the scenes.

CAPT (Ret) Hostettler asks for clarity

Dr. Khoury states that we have the authority to provide PA guidance. These actions are to ensure that patients get access to drugs.

- There were no more questions or comments from the Panel. The Chair called for a vote on the Updated PA Criteria and the Updated PA Criteria—Implementation Plan for the Updated PA Criteria.

- **Updated PA Criteria**

  Concur: 6        Non-Concur: 0        Abstain: 0        Absent: 1

  *Director, DHA:*

  _____These comments were taken under consideration prior to my final decision.

- **Updated PA Criteria—Implementation Plan**

  Concur: 6        Non-Concur: 0        Abstain: 0        Absent: 1

  *Director, DHA:*

  _____These comments were taken under consideration prior to my final decision.

## VI.   BRAND ALBUTEROL HFA (PROAIR HFA) COPAYMENT CHANGE

ProAir HFA oral inhaler has been designated BCF since November 2013. Pricing for the branded ProAir HFA inhaler is more cost-effective than the AB-rated generic formulations for albuterol HFA, which were launched earlier this year (February 2020). Currently at the Mail Order point of service, patients pay a Tier 1 copay for the branded product, since DoD has instructed ESI to dispense the branded product rather than a generic albuterol inhaler. However, at Retail Network pharmacies the Tier 2 copay applies.

Applying the Tier 1 copay at both Retail and Mail will ensure the same copay for patients across the purchased care points of service, and will also encourage use of the most cost-effective branded ProAir

43

HFA product. Additionally, lowering the copay is also consistent with 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020, in that the P&T Committee "will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries."

**A. PROAIR HFA BRAND COPAYMENT CHANGE AND IMPLEMENTATION**—The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) changing the copay for ProAir HFA from Tier 2 (brand) to the Tier 1 (generic) copay at the purchased care points of service. Implementation will occur the first Wednesday two weeks after signing of the minutes.

*Summary of Physician's Perspective:*

- This recommendation here is to lower the copay for the Brand ProAir Inhaler to the generic (Tier 1) copay for patient using the Retail pharmacy network. This is a "good news" message, as patients will see the reduced copay the next time they get their inhaler prescription filled

*Summary of Panel Questions and Comments:*

*Brand Albuterol HFA (PROAIR HFA) Copayment Change:*

CAPT (Ret) Hostettler states he would like to end on a positive note. He thanks the committed for the lowering of the co-pay.

There were no more questions or comments from the Panel. The Chair called for a vote on the PROAIR HFA Brand Co-Payment change and Implementation.

- **PROAIR HFA Brand Copay Change and Implementation Recommendation**

  Concur: 6       Non-Concur: 0       Abstain: 0       Absent: 1

*Director, DHA:*

These comments were taken under consideration prior to my final decision.

**VII. SECTION 702, NATIONAL DEFENSE AUTHORIZATION ACT (NDAA) FOR FISCAL YEAR (FY) 2018: TRICARE TIER 4/NOT COVERED DRUGS PER 32 CFR 199.21(E)(3) RE-REVIEW**

*Background*—The interim rule allowing for complete exclusion of drugs from TRICARE pharmacy benefit coverage was initially published on December 11, 2018, with the Final Rule published June 3, 2020. The Committee considers several factors in addition to cost when identifying Tier 4/Not Covered candidates, including the quality of clinical efficacy evidence available, determination of significant

44

safety issues in which risks may outweigh potential benefit, identification of drugs that contain ingredients not covered by the TRICARE pharmacy benefit, or other negative concerns.

The first Tier 4/Not Covered products were designated at the February 2019 Committee meeting, with implementation occurring on August 28, 2019. For the purposes of the re-review, the Committee considered whether there was any new compelling published clinical data, and evaluated any change in relative cost effectiveness.

*Relative Clinical and Cost Effectiveness Summary*

1. **Diabetes Non-Insulin Drugs – Biguanides Subclass: metformin ER gastric retention 24 hours (Glumetza brand and generics)** is an extended release metformin formulation, which uses a polymer-based oral drug delivery system that makes the tablet swell, causing retention in the stomach. Clinical trials show Glumetza is at least as efficacious as metformin immediate-release (IR) (Glucophage) in all measures of glycemic control. There is no evidence to suggest that differences in the extended-release properties of Glumetza confer any benefits in efficacy or safety compared to the other metformin ER formulations (Glucophage XR). A CMA failed to detect any significant changes in cost effectiveness from the February 2019 review.

2. **Pain Agents – Combinations Subclass: naproxen/esomeprazole (Vimovo brand and generic)** is a fixed-dose combination of two over-the-counter (OTC) drugs, which offers patients a convenient formulation for improving adherence. However, this particular combination of a nonsteroidal anti-inflammatory drug (NSAID), which is typically targeted for short-term use, and a proton pump inhibitor (PPI), which has limited data to support use beyond eight weeks, is potentially harmful. There is no data to suggest that using other prescription or OTC NSAIDs concurrently with PPIs would not provide the claimed benefit of the individual ingredients found. A CMA failed to detect any significant changes in cost effectiveness from the February 2019 review.

3. **Corticosteroids-Immune Modulators – High Potency Corticosteroid for Plaque Psoriasis: halobetasol propionate 0.05% foam (Lexette brand and generic)** is a high potency topical steroid, which can be applied on the scalp and other body areas. There are currently 28 other high-potency topical corticosteroids on the formulary, including 12 products formulated in a hair-friendly vehicle, including foam, gel, lotion, shampoo, and solution. Overall, there is a high degree of therapeutic interchangeability in the class. A CMA failed to detect any significant changes in cost effectiveness from the February 2019 review.

Overall, the information reviewed by the P&T Committee did not change the previous conclusions that Glumetza, Vimovo and Lexette foam have little to no additional clinical effectiveness relative to similar drugs in their respective classes, and the needs of TRICARE beneficiaries are met by alternative agents.

A. **TRICARE TIER 4/NOT COVERED RECOMMENDATION**—The P&T Committee recommended maintaining the following products as Tier 4/Not Covered under the TRICARE pharmacy benefits program.

- (15 for, 0 opposed, 0 abstained, 2 absent) metformin ER gastric retention 24 hours (Glumetza brand and generics)

45

- (14 for, 0 opposed, 0 abstained, 3 absent) naproxen/esomeprazole (Vimovo brand and generics)

- (14 for, 0 opposed, 0 abstained, 3 absent) halobetasol propionate 0.05% foam (Lexette brand and generics)

**B. IMPLEMENTATION PLAN:** Not applicable; Glumetza, Vimovo and Lexette are currently designated Tier 4.

*Summary of Physician's Perspective:*

- This is the first time that we have gone back to review the Tier 4 products. The first Tier 4 designations were done in February 2019, so we are at the one-year mark for implementation.

- For the three products that we reviewed again, we came to the same conclusion that we had agreed upon at the original decision. So these three drugs will remain Tier 4.

- We are not aware of any negative clinical impacts or outcomes as a result of the not covered status, other than the patient complaints on the out of pocket costs if they do not switch to a formulary alternative.

*Summary of Panel Questions and Comments:*

There were no questions or comment from the Panel. The Chair called for a vote on the Section 702, National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2018: TRICARE Tier 4/Not Covered Drugs Per 32 CFR 199/21 (E) (3) Re-review.

- **TRICARE Tier 4/Not Covered Recommendation.**

  Concur: 6     Non-Concur: 0          Abstain: 0          Absent: 1

  *Director, DHA:*

  _____ These comments were taken under consideration prior to my final decision.

Appendices:
- Appendix I – Brief list of Acronyms used in this Summary
- Appendix II – Informational Item—Summary of Recommendations and Beneficiary Impact December 2020
- Appendix III - Written Comments – Cure SMA
- Appendix IV - Written Comments – Ironshore Pharmaceuticals

46

**Brief Listing of Acronyms used in this Summary**

Abbreviated terms are spelled out in full in this summary; when they are first used, the acronym is listed in parentheses immediately following the term. All of the terms commonly used as acronyms in the Panel discussions are listed below for easy reference. The term "Pan" in this summary refers to the "Uniform Formulary Beneficiary Panel," the group who is meeting in the subject of this report.

- ADR – Adverse reaction
- AML – Acute myeloid leukemia
- BCF – Basic Core Formulary
- BIA – Budget impact analysis
- CFR – Code of Federal Regulations
- CMA – Cost minimization analysis
- CMML – Chronic myelomonocytic leukemia
- COPD – Chronic obstructive pulmonary disease
- CRSwNP – Chronic rhinosinusitis with nasal polyposis
- DHA – Defense Health Agency
- DoD – Department of Defense
- EAACI – European Academy of Allergy and Clinical Immunology
- EGPA – Eosinophilic granulomatosis with polyangiitis
- EPOS – European Position Paper on Rhinosinusitis and Nasal Polyposis
- FDA – U.S. Food and Drug Administration
- HES – Hypereosinophilic Syndrome
- IST – Immunosuppressive therapy
- JNC – Joint National Contract
- LABA – Long acting beta agonist
- LAMA – Long acting muscarinic antagonist
- LC-FAOD – Long-chain fatty acid oxidation disorder
- mcL – Microliter
- MHS – Military Health System
- MN – Medical Necessity
- MTF – Military Treatment Facility
- NCCN – National Comprehensive Cancer Network
- NDAA – National Defense Authorization Act
- NMOSD – Neuromyelitis optica spectrum disorder
- NSAID – Nonsteroidal anti-inflammatory drugs
- ODT – Orally Dissolving Tablet
- OTC – Over the counter
- PA – Prior authorization

47

AR1212

- POD – Pharmacy Operations Division
- POS – Point of service
- PPI – Proton Pump Inhibitor
- Rx – Medical Prescription
- SC – Subcutaneous
- SMA – Spinal muscular atrophy
- SMN2 – Survival of motor neurons 2

# X. INFORMATIONAL ITEM—SUMMARY OF RECOMMENDATIONS AND BENEFICIARY IMPACT DECEMBER 2020

| DoD PEC Drug Class | UF Drugs | NF Drugs | Tier 4/Not Covered Drugs | Implement Date | Notes and Unique Users Affected |
|---|---|---|---|---|---|
| Attention-Deficit/Hyperactivity Disorder (ADHD) Agents: Stimulants Subclass | • amphetamine sulfate (Evekeo, generic)<br>• amphetamine sulfate ODT (Evekeo ODT)<br>• dextroamphetamine (Dexedrine Spansule ER cap, generic, Dextrostat tab, ProCentra sol, generic)<br>• dextroamphetamine (Zenzedi tab)<br>• lisdexamfetamine capsule and chewable tablet (Vyvanse)<br>• methamphetamine HCL (Desoxyn, generic)<br>• mixed amphetamine salts IR (Adderall, generic)<br>• dexmethylphenidate IR (Focalin, generic)<br>• dexmethylphenidate ER (Focalin XR, generic)<br>• methylphenidate CD (Metadate CD, generic)<br>• methylphenidate chewable tablet and solution (Methylin, generic)<br>• methylphenidate ER (Metadate ER, Methylin ER, generic)<br>• methylphenidate ER (Aptensio, generic)<br>• methylphenidate ER OS (Quillivant XR)<br>• methylphenidate IR (Ritalin, generic)<br>• methylphenidate LA (Ritalin LA, generic)<br>• methylphenidate XR sprinkle capsule (Jornay PM) | • amphetamine ER-ODT (Adzenys XR-ODT)<br>• amphetamine ER OS (Adzenys ER)<br>• amphetamine XR OS (Dyanavel XR)<br>• mixed amphetamine salts ER triphasic release (Mydayis)<br>• methylphenidate ER chewable tablet (Quillichew ER)<br>• methylphenidate XR-ODT (Cotempla XR-ODT)<br>• methylphenidate patch (Daytrana) | • methylphenidate ER sprinkle caps (Adhansia XR) | Pending signing of the minutes / 30 days. | N/A<br><br>• No changes made to the current NF and Tier 4 drugs<br>• Vyvanse moves from NF to UF<br><br>New Vyvanse PA only affects new uses |
| Respiratory Interleukins Class | • benralizumab (Fasenra)<br>• dupilumab (Dupixent)<br>• mepolizumab (Nucala) | • None | • None | Pending signing of the minutes / 30 days. | • All 3 products remain UF<br>• PA updates only apply to new patients |

49

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 26 of 980

AR1214

Appendix II

Table of Newly Approved New Drugs Designated Tier 4—Unique Utilizers Affected

| Drug | Total |
|------|-------|
| budesonide extended-release (Ortikos) | 16 |
| dexamethasone (Hemady) | 0 |
| fluticasone oral inhaler (Armonair Digihaler) | 0 |
| fluticasone/salmeterol oral inhaler (AirDuo Digihaler) | 4 |
| levamlodipine (Conjupri) | 0 |
| metoclopramide nasal spray (Gimoti) | 2 |

50



Make today a breakthrough.

December 13, 2020

Uniform Formulary Beneficiary Advisory Panel (BAP)
7700 Arlington Boulevard, Suite 5101
Falls Church, VA 22042–5101

Re: Newly Approved Drugs Review: risdiplam (Evrysdi)

Dear Uniform Formulary Beneficiary Advisory Panel Members:

On behalf of individuals with a neuromuscular disease known as spinal muscular atrophy (SMA), **Cure SMA urges the Uniform Formulary Beneficiary Advisory Panel to remove the age and other restrictions from the TRICARE policy for Evrysdi, a new SMA treatment, that conflict with the U.S. Food and Drug Administration (FDA) label.**

SMA is a progressive neurodegenerative disease that can significantly impact an individual's ability to walk, swallow, and—in the most severe cases—even breathe. SMA affects approximately 1 in 11,000 births, and about 1 in every 50 Americans is a genetic carrier. SMA can affect any race or gender.[i]

As the leading national organization dedicated to finding a cure and treatments for SMA, **Cure SMA is very concerned by the U.S. Department of Defense Pharmacy and Therapeutics Committee recommendations that would restrict access to Evrysdi for individuals with SMA who are older than 25 years old.**

The FDA approved Evrysdi on August 7, 2020 for the treatment of SMA in all individuals with SMA who are 2 months of age and older. The FDA's approval and broad label were based on clinical trials that demonstrated Evrysdi's effectiveness in both pediatric and adult patients.[ii] The FIREFISH (Part 1 & 2), SUNFISH, and JEWELFISH trials showed individuals with SMA who received Evrysdi achieved unprecedented developmental gains and milestones (i.e., swallowing, sitting, standing) and required fewer hospitalizations and reduced need for permanent ventilation and feeding support. In addition to the efficacy, the FDA thoroughly reviewed the SMA treatment for safety and concluded that the clinical trials data established that Evrysdi was safe for the treatment of SMA. Despite this strong body of evidence and the FDA's broad treatment label, the TRICARE policy limits Evrysdi to only individuals who are 25 years old or younger. **If approved, this policy would be among the most restrictive in the nation.**

Military families with SMA should be able to access an SMA treatment based on their individual choice and circumstance. In addition to the age restriction, Cure SMA is also concerned by the policy's restrictions related to ventilation support. There is no evidence to exclude individuals with SMA who are on permanent ventilation. The clinical data from Evrysdi showed gains in fine and gross motor function and found less dependency on ventilation.

51

Case 2:25-cv-00041-M-RN   Document 75-1   Filed 12/09/25   Page 28 of 980

AR1216

**Cure SMA respectfully asks that this distinguished panel remove the restrictions and approve coverage of Evrysdi for all TRICARE beneficiaries with SMA who are 2 months of age and older, as recommended by the FDA.**

Thank you for considering Cure SMA's recommendation for full coverage of Evrysdi. Please do not hesitate to contact Cure SMA if you have questions or need additional information. Cure SMA can be reached through Maynard Friesz, Vice President for Policy and Advocacy at Cure SMA, at maynard.friesz@curesma.org or 202-871-8004. Thank you for your consideration.

Sincerely,

Kenneth Hobby
President

Mary Schroth, M.D
Chief Medical Officer

Jill Jarecki, PhD
Chief Scientific Officer

---

[1] About Spinal Muscular Atrophy, Cure SMA, 2020 https://www.curesma.org/about-sma/
[2] U.S. Food and Drug Administration, Evrysdi Prescribing Information, 2020, (Page 2), https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/213535s000lbl.pdf

DocuSign Envelope ID: F5EE9C45-882D-41A0-AC3A-5D97D43FA521

Appendix IV



IRONSHORE
PHARMACEUTICALS

Colonel Paul J. Hoerner, USAF
7700 Arlington Boulevard
Suite 5101
Falls Church, VA 22042-5101

Frank Bartolini, VP Market Access
Ironshore Pharmaceuticals Inc.
frank.bartolini@ironshorepharma.com
Phone: 984-224-5107

Date: December 11, 2020

Dear Colonel Hoerner,

Ironshore Pharmaceuticals Inc., the manufacturer of JORNAY PM* (methylphenidate HCl Extended-Release Capsules), appreciates the opportunity to comment on the prior authorization (PA) criteria and step therapy requirements recommended by the DoD Pharmacy and Therapeutics (P&T) Committee for products in the Attention Deficit Hyperactivity Disorder (ADHD): Stimulants Subclass.

The following table shows the DoD P&T Committee recommendations for formulary status and the number of steps that would apply to each of the brand name products that were evaluated in the Attention Deficit Hyperactivity Disorder (ADHD): Stimulants Subclass. The products are listed in the order of their respective costs, from lowest to highest, (as outlined on page 6 of the Beneficiary Advisory Panel (BAP) Background Information document).

|    | Brand Name Products (ranked from lowest cost to highest cost) | Formulary Status | Number of Steps |
|----|---------------------------------------------------------------|------------------|-----------------|
| 1  | Evekeo ODT            | UF                | 2           |
| 2  | Quillivant XR         | UF                | 0 – No PA   |
| 3  | *Jornay PM*           | *UF*              | *4*         |
| 4  | Zenzedi               | UF                | 0 – No PA   |
| 5  | Vyvanse               | UF                | 2           |
| 6  | Quillichew ER         | NF                | 0 – No PA   |
| 7  | Dyanavel XR           | NF                | 0 – No PA   |
| 8  | Mydayis               | NF                | 2           |
| 9  | Adzenys XR-ODT        | NF                | 0 – No PA   |
| 10 | Adhansia XR           | Tier 4/Not Covered | NA         |
| 11 | Adzenys ER            | NF                | 0 – No PA   |
| 12 | Daytrana              | NF                | 0 – No PA   |
| 13 | Cotempla XR-ODT       | NF                | 3           |

As expected, the DoD P&T Committee recommended Uniform Formulary (UF) status for the lower cost brand name products and Non-Formulary (NF) status for the higher cost brand name products. The five lowest cost brand name products were recommended for UF status. The eight higher cost products were recommended for NF or Tier 4/Not Covered status.

However, the number of step therapy edits recommended by the DoD P&T Committee for brand name products does not correlate with the cost of the brand name products (as it does in the application of cost to their UF status). There is a disconnect between UF placement, product cost, and step therapy requirements. It is a well understood principle of pharmacy benefit management to use step therapy edits to encourage the use of less expensive products over more expensive products. The DoD P&T Committee recommendations for step therapy in this category do not adhere to this principle.

1. Faraone SV, et al. *J Clin Psychiatry.* 2020;31(1).

DocuSign Envelope ID: F5EE9C45-882D-41A0-AC3A-5D97D43FA521



Military Health System (MHS) providers commented Jornay PM should remain UF, since it is helpful for children with developmental delays because of the bedtime dosing (see page 6 in the BAP Background information document). The benefit that UF formulary placement would convey upon this vulnerable patient populations appears negated by the requirement to step through four (4) formulary alternatives over the course of eight (8) months.

The DoD P&T Committee concluded that Jornay PM had a higher rate of insomnia (up to 33%) when indirectly compared to other methylphenidate formulations, where insomnia occurred at a rate up to 13%. However, the FDA, in their Appeal Granted Letter, agreed with the assessment that insomnia rates noted in clinical trials were overestimated as an artifact of study design. An artifact equally noted in placebo insomnia rates (9%) which are proportionately higher compared to other methylphenidate formulations where insomnia occurred at rates of approximately 3%. This assessment is furthered when examining real world evidence where Jornay PM insomnia rates (0.1%, N=25,000) are observed to be similar to, or lower than other ADHD stimulants[1].

Ironshore encourages the BAP to consider the following questions:

1. Why are 4 steps recommended for Jornay PM—more steps than any other brand name product—when 10 of the 13 brand name products cost more than Jornay PM?

2. Why are 4 steps recommended for Jornay PM—which is a UF product—when all NF products have fewer steps?

3. Why do 6 products that cost more than Jornay PM (e.g., Zenzedi, Quillichew ER, Dyanavel XR, Adzenys XR-ODT, Adzenys ER and Daytrana) have no step therapy requirements while Jornay PM has 4 steps?

4. Why should TRICARE beneficiaries be required to try four other products over an eight-month period when Jornay PM costs less than nine other brand name products that are only subject to 0, 1, 2 or 3 steps?

The Defense Health Agency Pharmacy Operations Division Formulary Management Branch (DHA POD FMB) routinely encourages pharmaceutical companies to offer lower prices to achieve a formulary position and step therapy requirements that can result in increased utilization of their products. Pharmaceutical companies may be less willing to offer lower prices if the DoD P&T Committee imposes step therapy requirements that do not have a corollary relationship to the comparative costs of products. The arbitrary and capricious application of step therapy requirements within the ADHD Stimulants Subclass may serve to undermine the Uniform Formulary Blanket Purchase Agreement (UF BPA) and Uniform Formulary Additional Discount Program (UF ADP) quote process.

Ironshore respectfully requests that the BAP members consider the issues addressed above and convey their concerns and comments to the DHA Director. Thank you for your time and consideration.


Sincerely,

Frank Bartolini
3D983760E732426

Frank Bartolini
Vice President Market Access
Ironshore Pharmaceuticals Inc.


1. Faraone SV, et al. J Clin Psychiatry. 2020;81(1).

**Uniform Formulary Beneficiary Advisory Panel (BAP)**

Meeting Summary
December 17, 2020
Washington, D.C.

**Present Panel Members**

- Mr. Jon Ostrowski, Non-Commissioned Officers Association, Chairperson
- Dr. Richard Bertin, Commissioned Officers Association of the US Public Health Service
- Mr. John Du Tiel, US Army Warrant Officers Association
- CAPT (Ret) Charles Hostettler, AMSUS, The Society of Federal Health Professionals
- Dr. Joseph McKeon, Humana
- Dr. Jay Peloquin, Express Scripts, Inc.

**Absent Panel Members**

- Dr. Karen Dager, Health Net Federal Services

**Agenda**

The agenda for the meeting of the Panel is as follows:

- Welcome and Opening Remarks
- Written Comments
- Therapeutic Class Reviews

*Members of the DHA Pharmacy Operations Division (POD) Formulary Management Branch (FMB) will present relative clinical and cost-effective analyses along with the DoD Pharmacy & Therapeutics Committee (P&T) recommendations for the Uniform Formulary (UF) and any recommended Tier 4/Not Covered candidates.*

*The P&T Committee made recommendations for the following drugs/drug classes during the November 2020 meeting:*

1. Drug Class Reviews

    a. Attention Deficit Hyperactivity Disorder (ADHD): Stimulants Subclass

    b. Respiratory Interleukins

2. Newly Approved Drugs per 32 CFR 199.21(g)(5)

    a. azacitidine (Onureg) – Oral oncologic agent for acute myeloid leukemia (AML)

1

b. budesonide extended-release (Ortikos) – Gastrointestinal -1 GI Steroid for mild to moderate Crohn's Disease

c. budesonide/formoterol fumarate/glycopyrrolate inhalation aerosol (Breztri) – Triple combination Pulmonary-3 Agent for COPD

d. cysteamine 0.37% ophthalmic solution (Cystadrops) – Miscellaneous Ophthalmic for corneal cystine crystal deposits

e. decitabine/cedazuridine (Inqovi) – Oral combination oncologic agent for Myelodysplastic syndromes (MDS) and chronic myelomonocytic leukemia (CMML)

f. dexamethasone (Hemady) 20 mg tablets – Corticosteroids-Immune Modulator for multiple myeloma

g. factor VIIa [recombinant]-jncw (Sevenfact) – Antihemophilic Factor for hemophilia A or B

h. fluticasone oral inhaler (Armonair Digihaler) – Pulmonary-1 Agents: Inhaled Corticosteroids (ICS) for asthma

i. fluticasone/salmeterol oral inhaler (AirDuo Digihaler) – Pulmonary-1 ICS-Long Acting Beta Agonist (LABA) Combinations for asthma and COPD

j. fostemsavir (Rukobia) – Oral antiretroviral for multi-drug resistant HIV-1 infection in heavily treatment-experienced adults

k. insulin glargine (Semglee, Semglee Pen) – Basal Insulin

l. levamlodipine (Conjupri) – dihydropyridine calcium channel blocker for hypertension

m. metoclopramide nasal spray (Gimoti) – Gastrointestinal-2 Agent for diabetic gastroparesis

n. monomethyl fumarate (Bafiertam) – Multiple Sclerosis

o. nifurtimox (Lampit) – Miscellaneous Anti-infective agent for Chagas Disease in pediatrics

p. octreotide (Mycapssa) – Miscellaneous Endocrine Agent for acromegaly

q. ofatumumab injection (Kesimpta) – Multiple Sclerosis Agents

r. opicapone (Ongentys) – Oral agent for "off episodes" associated with Parkinson's Disease

s. oxymetazoline ophthalmic solution (Upneeq) – Miscellaneous Ophthalmic agent for acquired blepharoptosis

AR1221

t. pralsetinib (Gavreto) – Oral oncologic agent for non-small cell lung cancer (NSCLC)

u. risdiplam (Evrysdi) – Miscellaneous Neurologic Agent for spinal muscular atrophy (SMA)

v. satralizumab-mwge injection (Enspryng) – Miscellaneous Neurological Agent for neuromyelitis optica spectrum disorder (NMOSD)

w. triheptanoin (Dojolvi) oral liquid – Miscellaneous Metabolic Agents; oral liquid for long-chain fatty acid oxidation disorders in pediatrics and adults

x. Sodium oxybate/calcium/magnesium/potassium oral solution (Xywav):  Wakefulness Promoting Agent for narcolepsy

2. Utilization Management Issues

   a. Prior Authorization Criteria—New Manual PA Criteria

      ▪ Narcotic Analgesics – Tapentadol ER (Nucynta ER)

   b. Prior Authorization Criteria—Updated PA

      ▪ Targeted Immunomodulatory Biologics (TIBs)

         ● etanercept (Enbrel)

         ● guselkumab (Tremfya)

         ● tofacitinib (Xeljanz, Xeljanz oral solution)

      ▪ Hepatitis C Agents: Direct Acting Agents — sofosbuvir/velpatasvir tablets (Epclusa)

      ▪ Anticonvulsants-Antimania Agents — cannabidiol oral solution (Epidiolex)

      ▪ Hereditary Angioedema Agents — C1 Esterase Inhibitor [Human} (Haegarda)

4. Brand Albuterol HFA (ProAir HFA) Copayment Change

5. Section 702, National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2018: TRICARE Tier 4/Not Covered Drugs per 32 CFR 199.21(e)(3) Re-Review

      ▪ Diabetes Non-Insulin Drugs – Biguanides Subclass:  metformin ER gastric retention 24 hours (Glumetza brand and generics)

      ▪ Pain Agents – Combinations Subclass:  naproxen/esomeprazole (Vimovo brand and generic)

3

- ▪ Corticosteroids-Immune Modulators – High Potency Topical Corticosteroid for Plaque Psoriasis: halobetasol propionate 0.05% foam (Lexette brand and generic)

- Panel Discussions

  *The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will discuss the recommendations and vote to accept or reject them. The Panel will provide comments on their vote as directed by the Panel Chairman.*

## Opening Remarks

Col Paul Hoerner introduced himself as the Designated Federal Officer (DFO) for the Uniform Formulary (UF) Beneficiary Advisory Panel (BAP). The Panel has convened to comment on the recommendations of the DoD Pharmacy and Therapeutics (P&T) Committee meeting, which occurred on November 4-5, 2020.

Col Hoerner indicated Title 10, United States, (U.S.C.) section 1074g, subsection b requires the Secretary of Defense to establish a DoD Uniform Formulary (UF) of the pharmaceutical agent and established the P&T committee to review the formulary on a periodic basis to make additional recommendations regarding the formulary as the committee determines necessary and appropriate.

In addition, 10 U.S.C. Section 1074g, subsection c, also requires the Secretary to establish a UF Beneficiary Advisory Panel (BAP) to review and comment on the development of the Uniform Formulary. The Panel includes members that represent non-governmental organizations and associations that represent the views and interests of a large number of eligible covered beneficiaries. The Panel's comments must be considered by the Director of the Defense Health Agency (DHA) before establishing the UF or implementing changes to the UF. The Panel's meetings are conducted in accordance of the Federal Advisory Committee Act (FACA).

The duties of the Uniform Formulary Beneficiary Advisory Panel include the following:

- To review and comment on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. Comments to the Director, DHA, regarding recommended formulary status, pre-authorizations, and the effective dates for changing drugs from "formulary" to "non-formulary" status must be reviewed by the Director before making a final decision.

- To hold quarterly meetings in an open forum. The Panel may not hold meetings except at the call of or with the advance approval of the DFO in consultation with the Chairperson of the Panel.

4

- To prepare minutes of the proceedings and prepare comments for the Secretary or his designee regarding the Uniform Formulary or changes to the Formulary. The minutes will be available on the website and comments will be prepared for the Director, DHA.

The DFO provided guidance regarding this meeting:

- The role of the BAP is to comment on the UF recommendations made by the P&T Committee at their last meeting. While the Department appreciates that the BAP may be interested in the drug classes selected for review, drugs recommended for the basic core formulary (BCF), or specific pricing data, these topics do not fall under the purview of the BAP.

- The P&T Committee met for approximately 16 hours conducting its reviews of the drug class recommendations presented today. Since this meeting is considerably shorter, the Panel will not receive the same extensive information that is presented to the P&T Committee members. However, the BAP will receive an abbreviated version of each presentation and its discussion. The materials provided to the Panel are available on the TRICARE website.

- Detailed minutes of this meeting are being prepared. The BAP minutes, the DoD P&T Committee meeting minutes and the Director's decisions will be available on the TRICARE website in approximately four to six weeks.

The DFO provided a few ground rules for conduct during this virtual meeting:

- Due to travel, restrictions and guidance provided due to COVID-19, this meeting will be conducted in a remote access format.

- Audience participation is limited to private citizen comments received in writing prior to the meeting.

- Participants will be joined in listen-mode only.

- To ensure there are no disruptions to discussions and as precaution, please mute your phones.

- Panel and presenter guidance: presenters or anyone responding to questions are asked to state their name prior to asking your question or responding.

- The meeting is being recorded. Please speak clearly.

- All discussions are to take place in an open public virtual forum. There is to be no committee discussion outside the room or during breaks.

- Members of the FMB and P&T are available to answer questions related to the BAPs deliberations. Should a misstatement be made, these individuals may interrupt to ensure that the minutes accurately reflect relevant facts, regulations, or policy.

5

Col Hoerner introduced the individual Panel members (see list above) and noted housekeeping considerations.

Written comments from the following:

- Cure SMA

- Ironshore Pharmaceuticals

**<u>Chairman's Opening Remarks</u>**

Mr. Ostrowski thanked Col Hoerner and all of the participants for attending the meeting during these difficult times. He further explained that it is nice to get together, as a Panel, to discuss the Pharmacy and Therapeutics Committee recommendations. He thanked Col Hoerner for his team for their presentation and looks forward to it.

# DRUG CLASS REVIEW PRESENTATION

GOOD MORNING.  I am Lieutenant Colonel Ronald Khoury, Chief of the Formulary Management Branch (FMB) of the DHA Pharmacy Operations Division.  Doctor and retired Army Colonel John Kugler, the Chairman of the Pharmacy and Therapeutics Committee is also here "virtually".  Joining us virtually from the Formulary Management Branch include three clinical pharmacists, MAJ Adam Davies, Dr. Amy Lugo, and CDR Scott Raisor.  CDR Heather Rovey, Chief of the P&T Section at the Formulary Management Branch was also on the call. I would also like to recognize Mr. Bryan Wheeler, Deputy General Counsel.

The DoD Formulary Management Branch supports the DoD P&T Committee by conducting the relative clinical effectiveness analyses and relative cost effectiveness analyses of the drugs and drug classes under review and consideration by the DoD P&T Committee for the Uniform Formulary (relative meaning in comparison to the other agents defined in the same class).  We are here to present an overview of the analyses presented to the P&T Committee.  32 Code of Federal Regulations (CFR) establishes procedures for inclusion of pharmaceutical agents on the Uniform Formulary based upon both relative clinical effectiveness and relative cost effectiveness.

Additionally, all TRICARE Tier 4/not covered drugs were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018, with the Final Rule published June 3, 2020.

The goal of this presentation is not to provide you with the same in-depth analyses presented to the DoD P&T Committee but a summary of the processes and analyses presented to the DoD P&T Committee.  These include:

1) A brief overview of the relative clinical effectiveness analyses considered by the DoD P&T Committee.  All reviews include but are not limited to the sources of information listed in 32 CFR 199.21 (e)(1) and (g)(5).  Also note that Nonformulary medications are generally restricted to the mail order program according to amended section 199.21, revised paragraphs (h)(3)(i) and (ii), effective August 26, 2015.

2) A brief general overview of the relative cost effectiveness analyses.  This overview will be general in nature since we are unable to disclose the actual costs used in the economic models.  This overview will include the factors used to evaluate the costs of the agents in relation to the safety, effectiveness, and clinical outcomes.

3) The DoD P&T Committee's Uniform Formulary recommendation is based upon the Committee's collective professional judgment when considering the analyses from both the relative clinical and relative cost effectiveness evaluations.

The Committee reviewed the following:

a.  Two Uniform Formulary Drug Classes, which included one subclass:

7

- Attention Deficit Hyperactivity Disorder (ADHD): Stimulants Subclass

- Respiratory Interleukins

A summary table of the UF drug class recommendations is found on page 48 of the background document.

b. The P&T Committee also evaluated 25 newly approved drugs per 32 CFR 199.21(g)(5), which are currently in pending status and available under terms comparable to Nonformulary drugs.

And,

c. For Utilization Management issues, we also discussed prior authorizations (PAs) for 7 drugs in 5 drug classes.

- Narcotic Analgesics – tapentadol ER (Nucynta ER)

- Targeted Immunomodulatory Biologics (TIBs) –3 drugs, etanercept (Enbrel), guselkumab (Tremfya), and tofacitinib (Xeljanz tablets and oral solution)

- Hepatitis C Agents: Direct Acting Agents – sofosbuvir/velpatasvir tablets (Epclusa)

- Anticonvulsants –Antimania Agents – cannabidiol oral solution (Epidiolex)

- Hereditary Angioedema Agents – C1 Esterase Inhibitor [Human] (Haegarda)

The DoD P&T Committee will make a recommendation as to the effective date of the agents being changed from the Uniform Formulary (UF) tier to Nonformulary (NF) tier or Tier 4 (not covered) status. Based on 32 CFR 199.21, such change will not be longer than 180 days from the final decision date but may be less.

The November P&T meeting, as with our 2 prior meetings, was held via teleconference due to the ongoing pandemic. I would like to briefly summarize the committee's activities that my staff will detail further for the panel. The committee recommended the entirety of two drug classes have no increase in copays for drugs that impact 206K patients per quarter on average and 1.9M 30-day equivalent prescriptions. Further, the committee recommended one of the most highly utilized branded agents be moved from NF to UF, reducing the copays of 27K unique utilizers per quarter by up to 83%. Additionally, the committee exercised its authority to move an agent to Tier 1 status again this meeting.

For the Newly Approved Drugs, 15 out of 25 drugs moved from Tier 3 (NF) to Tier 2 (UF) status (Dupixent Pen Line extension), and no CURRENT users will be impacted by the recommended prior authorizations for the newly approved drugs. These recommendations will again lower the

copay paid for these newly approved drugs for years to come for all 9.6M of our beneficiaries that may require them.

A total of six drugs were recommended for Tier 4 status, and these drugs currently affect 22 patients. I wish I could tell you all these new drugs are revolutionary advances in health care. The truth of the matter is they are not. This change will have a minimal impact on our patient population, working out to < 0.0003% of our beneficiaries. As will be reviewed by my staff, the drugs designated for Tier 4 have numerous alternatives that are clinically equivalent, or in some cases superior. Making them Tier 4, will hopefully ensure patients are directed to alternatives that are much lower cost, with the goal that patients will select UF products. Further mitigating the impact is the fact that the agents and disease states for which these Tier 4 products are used are often of a short-term nature.

Finally, we will close the meeting with an update and review of agents that were previously recommended and approved for Tier 4 designation originally in February 2019. For future meetings we will plan to only bring to the panel any significant clinical or cost-effectiveness updates brought forth after the original Committee decisions that may necessitate a change in Tier 4 status.

# UNIFORM FORMULARY REVIEW PROCESS

## I. UF CLASS REVIEWS—ATTENTION DEFICIT HYPERACTIVITY DISORDER (ADHD): STIMULANTS SUBCLASS

### A. ADHD: Stimulants Subclass–Relative Clinical Effectiveness Conclusion

Background—The ADHD Stimulants were most recently reviewed for formulary status in November 2015. There are currently 32 products in the subclass. The ten newest entrants include several methylphenidate formulations (Adhansia XR, Jornay PM, Quillichew ER, Cotempla XR-ODT); several amphetamine products (Adzenys XR-ODT, Adzenys ER OS, Dyanavel XR, Evekeo ODT); one mixed amphetamine salt (Mydayis); and a new lisdexamfetamine (Vyvanse) chewable tablet formulation. The new entrants do not contain new chemical entities; FDA approval was based on data from previously approved ADHD drugs, and there are no head-to-head studies available. The active ingredients for the new entrants are already available in generic formulations that are designated as UF, with the exception of lisdexamfetamine, which is still a branded agent and is currently NF.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (*17 for, 0 opposed, 0 abstained, 0 absent*) the following:

*Guidelines and Systematic Reviews*

1. The published literature is limited by several methodological problems, low quality evidence, and general inadequacy of clinical ADHD research. Longer-term studies are needed. Many guidelines recommend medications only after behavioral or environmental modification have failed, particularly for children (e.g., American Academy of Pediatrics).

2. The United Kingdom National Institute for Health and Care Excellence (NICE) 2018 guidelines recommend the following, in descending order of preference:

   - Adults – Methylphenidate or lisdexamfetamine (or dexamphetamine if there is an unacceptable side effect profile with lisdexamfetamine) should be used only after environmental modification and if ADHD symptoms persist in at least one area of functioning.

   - Children older than 5 years of age and young people – The same medication preferences apply as with adults, except that medications should be used along with ADHD-focused support (e.g., education and information on the causes and effects of ADHD, advice on parenting strategies, and liaison with school). Medications should be used only after environmental modification and if ADHD symptoms persist in at least one area of functioning.

   - Children younger than 5 years of age – ADHD-focused group training for parents is recommended as first-line. Medication is recommended second-line only after a second specialist opinion; no specific medications are cited in the guideline.

10

3. A 2018 systematic review and network meta-analysis published in Lancet Psychiatry concurred with the NICE guidelines for methylphenidate as first choice of drug in children, and methylphenidate or lisdexamfetamine as first choice in adults when considering efficacy alone. However, when both efficacy and safety or tolerability were considered for adults, the authors could not recommend lisdexamfetamine over other amphetamines, due to the limited number of studies available, and inability to draw firm conclusions.

*Safety*

1. The ADHD stimulants are controlled substances (C-II) and contain a boxed warning for potential abuse and dependency. All the ADHD stimulants also now carry a label warning and precaution regarding the risk of cardiovascular events and sudden death.

*Special Populations*

1. There are many alternative dosage forms for patients with swallowing difficulties. The contents of Vyvanse capsules are dissolvable in water and the chewable tablet is now available. Adderall XR, Focalin XR, Metadate CD, and Ritalin LA are formulated in capsules that can be opened and sprinkled on food. Aptensio XR sprinkle capsule, Evekeo ODT, Methylin oral solution, ProCentra oral solution, and Quillivant XR oral suspension are currently available on the UF for patients with swallowing difficulties.

2. Multiple ADHD stimulants are currently on the formulary that are approved for children ranging in age from the 6 to 17 years.

*Clinical Considerations*

1. The P&T Committee specifically evaluated the 13 branded products that do not have generic equivalents available; one additional product with recent generic entrants (Aptensio XR) was also reviewed in detail. Factors discussed included duration of action, efficacy and safety, data from FDA summary reviews, published primary literature, formulary status from commercial health plans, and Military Health System (MHS) provider feedback.

   a. **Lisdexamfetamine (Vyvanse)** has been designated NF since November 2007. It is a prodrug that is converted to the stimulant amphetamine and the amino acid lysine. The duration of action ranges between 8 to 14 hours, and it is approved for children as young as 6 years. Generic formulations are expected in 2023.

      • Vyvanse is the only ADHD stimulant with an additional indication. Approval for Binge Eating Disorder was granted in 2015, based on two 12-week, placebo-controlled trials enrolling approximately 350 patients. However, **pharmacotherapy** is generally regarded as less efficacious than psychotherapy

11

AR1230

(e.g., cognitive-behavioral therapy) for binge eating. Other treatments, including the SSRIs, topiramate, and zonisamide are used to treat binge eating disorder.

- There was no new data to change the original conclusion that there is insufficient evidence to suggest there are clinically relevant differences between Vyvanse and other ADHD stimulant products in terms of efficacy or safety.

- A survey of MHS providers found that Vyvanse was commonly requested for formulary addition. Providers mentioned the longer duration of action than Adderall XR, and that Vyvanse may be useful after patients have failed mixed amphetamine salts (Adderall XR) and methylphenidate ER formulations (e.g., Concerta).

b. **Methylphenidate ER sprinkle capsule (Adhansia XR)** was designated Tier 4 in August 2019. Currently it is the only Tier 4/Not Covered ADHD Stimulant agent. Its stimulating effects can last up to 16 hours.

- Several long-acting methylphenidate products are on the UF, including three products that are formulary alternatives for those who have difficulty swallowing (Focalin XR, Quillivant XR, and Aptensio XR). Other methylphenidate ER formulations have 12-hour durations of action (e.g., Concerta, Focalin XR, Quillivant XR, and Jornay PM) and one has a similar duration of 16 hours (Aptensio XR).

- The new data reviewed by the P&T Committee did not change the previous conclusion, and provider feedback strongly reaffirmed that Adhansia XR has little to no additional clinical effectiveness relative to similar drugs in the class, and the needs of TRICARE beneficiaries are met by alternative agents.

c. **Methylphenidate ER sprinkle capsule nighttime dosing (Jornay PM***)** was the 12th methylphenidate product marketed, and is approved for patients as young as 6. Jornay is administered at night before bedtime, and has a delayed onset of action so that therapeutic effects occur 8 hours after administration, in the morning. Stimulating effects may last 10 to14 hours.

- Overall, Jornay PM shows no clinical advantage when compared to current formulary alternatives and had a higher rate of insomnia (up to 33%) when indirectly compared to other methylphenidate formulations, where insomnia occurred at a rate up to 13%.

- MHS providers commented Jornay PM should remain UF, since it is helpful for children with developmental delays because of the bedtime dosing.

d. **Methylphenidate ER orally disintegrating tablets (Cotempla XR-ODT)** is only approved for children between the ages of 6 to 17 years of age and is not approved for adults. The effects can last 12 hours, similar to other methylphenidate ER formulations.

12

Providers commented that a young child would not need an ODT with such a long duration of action. Cotempla XR ODT offers no compelling advantages over the existing UF ADHD drugs.

e. **Methylphenidate ER sprinkle capsules (Aptensio XR)** are approved for children as young as 6 years. The contents can be opened up and sprinkled on food and the long duration of action can last up to 16 hours. Generic formulations are now available.

f. **Methylphenidate ER oral suspension (Quillivant XR)** is the only long-acting methylphenidate oral suspension marketed. Immediate release methylphenidate (Methylin) and dextroamphetamine (ProCentra) oral solutions are therapeutic alternatives to Quillivant XR, but must be dosed twice daily.

g. **Methylphenidate ER chewable tablet (Quillichew ER chew tab)** is the first 8-hour duration chewable tablet; however, an additional short-acting agent will be required for children after school to complete homework. While Quillichew ER tablets provide an alternative ADHD dosage form, there are several UF products available for patients with swallowing difficulties.

h. **Methylphenidate transdermal system patch (Daytrana)** remains the only patch available for ADHD, but is associated with dermatologic adverse reactions. It has been designated as NF since 2006.

i. **Amphetamine ER oral suspensions (Dyanavel XR OS and Adzenys ER OS)** provide ER alternative amphetamine dosage formulations; however, they do not offer any additional clinical effectiveness, safety, or tolerability benefit over other amphetamine ER products.

j. **Amphetamine ER orally disintegrating tablet (Adzenys XR-ODT)** is the first and currently only amphetamine ER product available in an ODT formulation, however, amphetamine is not a first-line drug for ADHD treatment in children, and other amphetamine alternative dosage products are available.

k. **Amphetamine IR orally disintegrating tablet (Evekeo ODT)** is the only short acting ODT in the amphetamine category, with effects lasting 4 to 6 hours, similar to other short-acting stimulants in the class. It has been designated as UF since 2019. Evekeo IR tablets, the original product, are available in generic formulations.

l. **Amphetamine mixed salts ER capsule triphasic release (Mydayis)** was designated NF in August 2017. It is approved for children down to 13 years of age, but not for younger children as the effects can last up to 16 hours, including insomnia and appetite suppression. Multiple alternative products are available in generic formulations, including Adderall XR caps. Mydayis offers no compelling advantage over existing formulary agents.

m. **Dextroamphetamine IR tablet (Zenzedi) is currently designated UF**. It is available in additional strengths (2.5 mg, 7.5 mg, 15 mg, 20 mg, 30 mg, along with 5 mg and 10 mg) compared to the original dextroamphetamine IR product Dextrostat, which is only available in generic formulations of 5 mg and 10 mg.

*Therapeutics Interchangeability*

1. There is insufficient evidence to suggest that one stimulant is more effective or associated with fewer adverse events than another. The stimulants may vary in terms of duration of action but are highly therapeutically interchangeable.

*Overall Clinical Conclusion*

1. The Committee agreed that in order to treat the needs of MHS beneficiaries, a variety of ADHD drugs are required on the formulary, including amphetamine type products and methylphenidates, and both long-acting and short-acting formulations in each of these categories. Additionally, alternative dosage formulations in each category are needed in order to treat special populations, including young children or patients with developmental delays.

**B. ADHD: Stimulants Subclass—relative cost-effectiveness analysis and conclusion**
Cost-minimization analysis (CMA) and budget impact analysis (BIA) were performed. The P&T Committee concluded (15 for, 0 opposed, 0 abstained, 2 absent) the following:

- CMA results showed that the products with generic formulations are generally significantly more cost-effective than brand-only products.

- CMA results for certain branded products that have generic formulations available showed that dextroamphetamine ER capsule was the most cost-effective ADHD stimulant, followed by Adderall XR, Methylphenidate CD, and Evekeo IR tablet.

- CMA results for the brand-only agents showed that the cost-effectiveness for several of the agents varied depending on formulary status, and that Evekeo ODT was the least costly agent, followed by Quillivant XR, Jornay PM, Zenzedi, Vyvanse, Quillichew ER, Dyanavel XR, Mydayis, Adzenys XR-ODT, Adhansia XR, Adzenys, Daytrana and Cotempla XR-ODT, which was the most costly agent.

- BIA results for all branded products with generic formulations showed that maintaining the existing formulary status was the most cost-effective.

- BIA was performed to evaluate the potential impact of designating selected brand –only agents as UF, NF or Tier 4. BIA results showed that maintaining the existing formulary status of all current UF, NF and Tier 4 products, with the exception of moving Vyvanse capsule and chewable tablet from NF to UF status, resulted in significant cost avoidance.

14

## C. ADHD:  Stimulants Subclass—UF/Tier 4/Not Covered Recommendation

The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) the following:

- UF:

  1. methamphetamine HCl (Desoxyn, generics)

  2. mixed amphetamine salts IR tablets (Adderall, generics)

  3. mixed amphetamine salts XR capsules (Adderall XR, generics)

  4. dexmethylphenidate IR (Focalin, generics)

  5. dexmethylphenidate ER (Focalin XR, generics)

  6. methylphenidate CD (Metadate CD, generics)

  7. methylphenidate chewable tablets and oral solution (Methylin, generics)

  8. methylphenidate ER (Methylin ER, generics)

  9. methylphenidate ER sprinkle caps (Aptensio XR, generics)

  10. methylphenidate ER sprinkle capsules nighttime dosing (Jornay PM)

  11. methylphenidate ER oral suspension (Quillivant XR)

  12. methylphenidate IR (Ritalin, generics)

  13. methylphenidate long-acting (LA) (Ritalin LA, generics)

  14. methylphenidate osmotic controlled release oral delivery system (OROS) tablets and other (Concerta, generics)

  Note: methylphenidate SR (Ritalin-SR, generic), Metadate ER tablet, and Dextrostat tablet will remain UF but are no longer marketed

- NF

  1. amphetamine ER orally dissolving tablets (ODT) (Adzenys XR-ODT)

  2. amphetamine ER oral suspension (Adzenys ER)

  3. amphetamine ER oral suspension (Dyanavel XR)

15

4. mixed amphetamine salts ER capsules triphasic release (Mydayis)

5. methylphenidate transdermal system (Daytrana)

6. methylphenidate ER chew tab (Quillichew ER)

7. methylphenidate XR-ODT (Cotempla XR-ODT)

- Tier 4/Not Covered

1. methylphenidate ER sprinkle caps (Adhansia XR)

## D. ADHD: Stimulants Subclass—Manual PA Criteria

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) maintaining the current manual PA criteria for Evekeo ODT, Mydayis, Cotempla XR-ODT, and Jornay PM. The P&T Committee also recommended PA criteria for Vyvanse in new users to encourage use of cost-effective generic agents first, standardize the clinical criteria across all points of service, and allow for binge eating disorder (BED) when certain criteria are met.

The PA criteria are as follows.

1. **lisdexamfetamine capsule and chewable tablet (Vyvanse)**

   Manual PA criteria apply to all new users of Vyvanse

   <u>Manual PA Criteria</u>:  Vyvanse is approved if all criteria are met:

   **ADHD**

   - Patient is 6 years of age or older

   - Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD)

   - Patient has tried and failed mixed amphetamine salts ER (Adderall XR, generics) or other long acting amphetamine or amphetamine derivative type drug

   - Patient has tried and failed methylphenidate OROS and other (Concerta, generics) or other long acting methylphenidate or methylphenidate derivative type drug

     OR

   **Binge Eating Disorder**

   - Note: If patient is an Active Duty Service Member (ADSM), the provider acknowledges the need to consult service specific policy for Binge Eating Disorder

16

(BED) (*For ADSM, if the above is acknowledged,, continue following remaining criteria; for non-ADSM may by-pass this note and go directly to the criteria below*)

- Patient is 18 years of age or older

- Patient has a diagnosis of moderate to severe Binge Eating Disorder

- Prescribed by or in consultation with a psychiatrist or other behavioral specialist

- Patient has failed, does not have access to, or has had an inadequate response to cognitive behavioral therapy or other psychotherapy

- Patient has tried and failed OR has a contraindication to an SSRI (e.g., citalopram, fluoxetine, sertraline)

- Patient has tried and failed OR has a contraindication to topiramate or zonisamide

- Provider acknowledges that Vyvanse will be discontinued if the patient does not respond by having a positive clinical response of meaningful decrease of binge eating episodes or binge days per week from baseline or improvement in signs and symptoms of binge eating disorder after taking Vyvanse

Non-FDA approved uses are not approved, including weight loss/obesity

PA does not expire

2. **amphetamine sulfate orally disintegrating IR tablet (Evekeo ODT)**

Note that there were no changes to the current PA criteria

Manual PA Criteria:  Evekeo ODT is approved if all criteria are met:

- Patient is 6 to 17 years of age

- Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD) that has been appropriately documented in the medical record

- Patient has tried, for at least two months, and failed OR has difficulty swallowing Adderall tablets (generic)

- Patient has tried, for at least two months, and failed OR the patient has a contraindication to methylphenidate IR tablets or solution

Non-FDA approved uses are not approved

17

PA does not expire

3. **methylphenidate orally disintegrating XR tablet (Cotempla XR-ODT)**

Note that there were no changes to the current PA criteria.

Manual PA Criteria:  Cotempla XR-ODT is approved if all criteria are met:

- Patient is 6 to 17 years of age

- Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD)

- Patient has tried and failed OR has a contraindication to generic Adderall XR

- Patient has tried and failed OR has a contraindication to generic Concerta

- Patient has tried and failed OR has a contraindication to Quillivant XR (methylphenidate ER oral suspension), or Aptensio XR (methylphenidate ER cap)

Non-FDA approved uses are not approved

PA does not expire

4. **methylphenidate XR sprinkle capsules nighttime dosing (Jornay PM)**

Note that there were no changes to the current PA criteria

Manual PA Criteria:  Jornay PM is approved if all criteria are met:

- Patient is 6 years of age or older

- Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD) that has been documented in the medical record

- Patient has had at least a 2 month trial and failure of generic Concerta, OR have difficulty swallowing pills

- Patient has had at least a 2 month trial and failure of another long-acting methylphenidate (Methylphenidate ER/CD/LA, Quillivant XR, Aptensio XR)

- Patient has had at least a 2 month trial and failure of Adderall XR (generic) OR has a contraindication to Adderall XR

18

- Patient has tried, for at least two months, an immediate release formulation methylphenidate product in conjunction with generic Concerta or another long-acting methylphenidate

- The provider must explain why the patient needs Jornay PM: *(fill-in blank question)*

Non-FDA approved uses are not approved

PA does not expire

5. **mixed amphetamine salts ER capsules triphasic release (Mydayis)**

   Note that there were no changes to the current PA criteria

   Manual PA Criteria: Mydayis is approved if all criteria are met:

   - Patient is 13 years of age or older

   - Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD)

   - Patient has tried and failed generic mixed amphetamine salts ER capsules (Adderall XR)

   - Patient has tried and failed generic methylphenidate ER tablets (Concerta)

   Non-FDA approved uses are not approved

   PA does not expire

E. **ADHD Stimulants Subclass—UF/Tier 4/Not Covered and PA Implementation Plan**

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent): an effective date of the first Wednesday 30 days after signing of the P&T minutes at all points of service.

F. **Physician's Perspective:**

- This is the second time we have reviewed this class, and since 2015, there have been 10 drugs that we have previously evaluated as innovator drugs. For the formulary recommendation, the main changes are that everything remains the same, except that Vyvanse will now move from nonformulary to formulary status.

- Feedback from MTF providers showed that Vyvanse was commonly requested to be added back to the formulary.

19

- For Vyvanse, we are recommending a PA that will only apply to new patients, so existing patients will not have to go through the PA process. For ADHD, a review of prescription data from MTF patients did show that the majority had previously received methylphenidate formulations or Adderall. The PA will allow use for binge eating disorder, but only if the patient has tried other therapies first. Other health plans, including the VA also require PA for Vyvanse.

- The one current Tier 4 drug, Adhansia, will remain Tier 4. None of the providers we surveyed had any issues with this.

- There are currently about 27,000 patients receiving Vyvanse, so these patients will now see a reduction in their copay from Tier 3 (non-formulary) to Tier 2 (formulary). Since no letters are required, we will do a 30-day implementation period, to expedite the copay decrease at the Mail Order and Retail pharmacies.

## G. Panel Questions and Comments Regarding:

*Uniform Formulary/Tier 4/Not Covered Recommendation:*

CAPT (Ret) Hostettler asked why the P&T Committee recommended/retained Adhansia XR for Tier 4 status and not the other drugs in this class. According to the minutes all the drugs are therapeutically interchangeable, the safety records are the same and it is not the most expensive.

MAJ Davies answers with there were several long-acting methamphetamine products that are on the UF, which included the alternatives that were listed, other long-acting duration agents and one that has similar duration of 16 hours. New data reviewed by P&T Committee did not change the previous conclusion. Additionally, provider feedback strongly reaffirmed that Adhansia XR has little to no additional clinical effectiveness relative to the similar agents that are on the UF or NF.

*Manual PA Criteria Recommendation:*

CAPT (Ret) Hostettler asks a questions about the Jornay PM. The manual PA criteria states the "provider must explain why the patient needs Jornay PM". The specific use is not summarized in the PA criteria but the provider must justify why the patient needs the medication. Regardless, the patient must complete a combined total of 6 months of trials prior to receiving approval of the agent for developmental issues. If the provider identified the specific need, it is 3rd on the list for cost, why is the patient required to complete the other 4 steps in the manual PA criteria.

Dr. Bertin also has a question regarding the Manual PA criteria for Jornay PM. The written comments submitted raised significant questions. He states he does not have enough information to answer the questions and requests clarification. Some of the questions concern cost and he understands the Panel does not received information regarding cost.

20

MAJ Davies states he will respond to both questions. The decision for Jornay PM was based on both clinical and cost effectiveness. The PA Criteria was reviewed by the P&T Committee in August 2019 during the original new drug review and in November 2020 during the class review. The recommendations for each review were presented to the Panel. There were no changes made to the PA Criteria.

CAPT (Ret) Hostettler states that he appreciates there were no changes made, however the product was reviewed under different circumstances. The 1st review was as a new drug and the class review. The agent is 3rd for cost. Safety, tolerability and efficacy are equivalent. Was there anything specific mentioned during the P&T Committee review that would explain the manual PA Criteria?

MAJ Davies states that it was nothing specific. Again, the recommendation was made based on the both the clinical and cost effectiveness. Also, we have not had any complaints from providers that the current PA criteria is not changing or is excessively arduous.

CAPT (Ret) Hostettler states the "needs" specified by the provider are clinical reasons. There is a clinical advantage over the other agents with the PM dosing. Although the providers prefer this agent, the patient is required to complete all the steps because the PA criteria does not address their need for the PM dosing.

Dr. Bertin states that he believes the process is unnecessarily complicated. As a Panel member, one of our purposes is to be concerned about complications for patients.

Dr. Peloquin adds there was a statement regarding standardizing the clinical criteria across all points of service for Vyanase. As he looks through all the different criteria he understands that there are some differences with the amphetamine, methylphenidate. Has the PA's criteria been standardized across these drugs?

MAJ Davies states that comment for the Vyvanse was in regards to the indication that it has binge eating disorders. It was recommended for UF and that comment was directed towards that specific indication.

CAPT (Ret) Hostettler recommends adding a bullet to the PA Criteria that states this is for a developmentally challenged child. He believes that makes perfect sense rather than requiring the patient to complete the complicated process to state that a patient is developmentally challenged. If the patient is developmentally challenged, he doesn't know why the committee is restricting access to the medication.

MAJ Davies states he appreciates the comments and they will be noted. Also, note the current PA form that has not changed. There is a section on the form that allows the provider to provide additional, pertinent information about the patient. The provider can fill in the box, check off what they want, or submit it electronically. The form will be reviewed and a determination made on whether the patient complete the steps or not.

21

AR1240

CAPT (Ret) Hostettler asks is it possible for the patient to get the product for a developmentally challenged child without completing all the steps in the PA criteria.

MAJ Davies states that he does not have an exact example for every exact situation. Therefore, as stated, when the form is submitted it will be reviewed.

CAPT (Ret) Hostettler states that he is looking at the criteria. Just to clarify, if the provider completes the form and adds that the agent is for a developmentally challenged child, is the patient required to complete all the steps in the PA criteria. If I am not mistaken, this is the only drug on the list that references developmentally challenges children.

MAJ Davies states that a developmental delay does not automatically mean approval of Jornay PM.

CAPT (Ret) Hostettler and Dr. Peloquin agree that it needs more work.

MAJ Davies clarifies the comment from the provider regarding developmentally challenged patients is not an actual FDA-approved indication. It was a comment from a provider.

CAPT (Ret) Hostettler asks if comments were received from "a" provider or "multiple" providers.

MAJ Davies responds comments were received from "a" single provider and over 50 were surveyed.

Dr. Khoury clarifies that a developmental delay does not automatically preclude the use of the alternative agents.

CAPT (Ret) Hostettler asks how many physicians took the survey.

Dr. Khoury states a single provider out of over 50 that were surveyed provided this comment. I do not have an exact number of those that provided feedback. There was a broad array of submissions from numerous specialties providing feedback. Please let me know if you need the number surveyed to make a comment.

CAPT (Ret) Hostettler states that it would be nice to know if there was only one psychiatrist on the list.

Dr. Khoury states that there were numerous providers that are of a child and adolescent psychiatry background.

Col Hoerner clarifies, when we come to the vote, the vote has to be either concur or non-concur with the P&T committee recommendation as it is written. If a Panel member non-

22

concurs, comments may be provided summarizing the issues/concerns. To summarize, a Panel member can concur with the recommendation as written or non-concur and provide a comments addressing specific concerns with the recommendation.

Dr. Peloquin asks for an explanation regarding the decision to not change the current PA criteria.

MAJ Davies states that the decision for the Jornay PM was based on both clinical and cost effectiveness. The PA Criteria was presented to the Panel during the original new drug review in August 2019 and the class review in November 2020. Based on the discussions or each review, no changes were recommended. In addition to that, there were no complaints from any single provider having any issues of being able to obtain the product when they needed to.

Dr. Khoury also adds that the provider wanted Jornay PM available uniform formulary, which it is.

CAPT (Ret) Hostettler states that he knows we do not get the same level of detail as the 2-day P&T committee, but can you point to the specific clinical issue that drove that decision? You keep saying clinical and cost. What was the clinical issue that drove the decision? Is that possible to provide?

Dr. Khoury states it was not intended for this class to be a 4-hour review to discuss why one drug had a specific decision. Overall, the intent of the P&T committee is to maintain decisions/recommendations when there is no real reason to overturn those recommendations or decisions. I will note, these comments being referenced are from one company and one specific feedback and it is not consistent with anything else we have received regarding concerns about the UF recommendation.

There were no further questions or comments from the Panel. The Chair called for a vote on the UF/Tier 4/Not Covered Recommendation, Manual PA Criteria and UF/Tier 4/Not Covered and PA Implementation Plan for the ADHD: Stimulants Subclass.

- **ADHD: Stimulants Subclass—UF/Tier 4/Not Covered Recommendation**

  Concur: 5          Non-Concur: 1          Abstain: 0          Absent: 1

- **ADHD: Stimulants Subclass—Manual PA Criteria**

  Concur: 3          Non-Concur: 3          Abstain: 0          Absent: 1

  *Additional Note: The Panel members non-concurred because they believe the process is unnecessarily complicated. One of our purposes on this Panel is to be concerned about complications for patients.*

23

- **ADHD:  Stimulants Subclass—UF/Tier 4/Not Covered and PA Implementation Plan:**

    Concur: 6          Non-Concur: 0          Abstain: 0          Absent: 1


## II.    UF CLASS REVIEWS—RESPIRATORY INTERLEUKINS

### A.  Respiratory Interleukins—Relative Clinical Effectiveness Analysis and Conclusion

*Background*—The Respiratory Interleukins is a newly created drug class, although the three products have been reviewed individually as innovators.  The TRICARE pharmacy benefit medications are benralizumab (Fasenra), dupilumab (Dupixent), and mepolizumab (Nucala).  Both benralizumab (Fasenra) and mepolizumab (Nucala) were formerly available under the TRICARE medical benefit before receiving FDA approval for self-administration.  A new pen formulation of Dupixent was recently launched and is included in the class.  The respiratory biologics differ in their FDA-approved indications, although all three products are approved for treating asthma with eosinophilic phenotype.  Loading dose requirements and administration frequency vary depending on the indication.

*Relative Clinical Effectiveness Conclusion—The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 1 absent) the following:*

*Pathophysiology*

1.  The respiratory interleukins act on Type 2 inflammatory pathways, which are associated with eosinophilic or allergic inflammation.  These medications target interleukin 4 (Dupixent) and interleukin 5 (Nucala and Fasenra [5 alpha- receptor]).  It is unclear if these differences in biologic target result in clinically relevant differences in efficacy or safety.

2.  Type 2 inflammatory pathway-related diseases include asthma with an eosinophilic phenotype, atopic dermatitis, and chronic rhinosinusitis with nasal polyposis, among others.  There is significant overlap with Type 2 diseases, and patients often have multiple Type 2 conditions.

*Asthma with an Eosinophilic Phenotype and Oral Corticosteroid Dependent Asthma*

1.  Guidelines from the Global Initiative for Asthma (GINA 2019) recommend adding-on mepolizumab (Nucala) or benralizumab (Fasenra) for patients with uncontrolled severe eosinophilic asthma, and adding-on dupilumab (Dupixent) for patients with severe Type 2 asthma or those requiring treatment with maintenance oral corticosteroids.  It was also noted there is urgent need for head-to head comparisons of the biologics.

24

2. The European Academy of Allergy and Clinical Immunology (EAACI 2020) guidelines concluded there is high certainty that Fasenra, Dupixent, and Nucala reduce both the rate of severe asthma exacerbations and the need for oral corticosteroids. The biologics probably improve asthma control, quality of life measures and forced expiratory flow in one second (FEV1), without reaching the minimal important difference.

3. A 2017 Cochrane review concluded that Fasenra and Nucala roughly halved the rate of asthma exacerbations requiring systemic steroids or hospitalization.

4. A 2018 Institute for Clinical and Economic Research (ICER) review concluded the biologics are all safe and effective. Overall, the net health benefit of the respiratory interleukins is at best incremental, but ICER did not recommend one agent over the others.

*Severe Atopic Dermatitis*

1. Dupilumab (Dupixent is currently the only respiratory biologic with an indication for atopic dermatitis.

2. Treatment guidelines differ in their recommendations for Dupixent's place in therapy. The 2017 Consensus-Based US recommendations list it as first line therapy in adults after failure of topical therapies (e.g., emollients, topical corticosteroids). In contrast, the 2018 Consensus-Based European Guidelines recommend Dupixent as second-line therapy after topical treatments, or if other systemic treatments (e.g., azathioprine, cyclosporine, methotrexate) are inadvisable. The 2017 International Eczema Council states phototherapy should be considered first, before dupilumab.

3. The 2017 ICER review concluded there was high certainty that Dupixent provides at least a small net health benefit relative to treatment with topical therapies.

4. Mepolizumab (Nucala) is an option in selected cases unresponsive to standard therapy (2018 Consensus-Based European Guidelines), but this use is currently off-label in the US.

5. Both benralizumab (Fasenra) and Nucala are currently undergoing studies for treating atopic dermatitis.

*Chronic Rhinosinusitis with Nasal Polyposis*

1. Dupixent is the only biologic indicated for treating adults with chronic rhinosinusitis with nasal polyposis (CRSwNP), although both Fasenra and Nucala have been evaluated in clinical trials for this condition.

2. FDA-approval for Dupixent was based on a pooled analysis of two trials where 63% of the enrolled patients had previous sinus surgery, with an average of two prior

25

surgeries. While a prespecified analysis showed a reduction in patients requiring systemic corticosteroids or nasal polyp surgery, the proportion of surgically naïve patients who benefited from dupilumab was not reported. (Bachert C, Lancet 2019 and JAMA 2016)

3. A joint 2014 US practice parameter from several professional organizations state that although biologic treatments other than dupilumab lack FDA approval for treating nasal polyps, they have demonstrated benefit.

4. There is one large sufficiently powered study with Nucala given intravenously at a higher dose that showed a statistically significant reduction in the proportion of patients requiring surgery and improvement in symptoms of nasal obstruction and nasal polyp size. (Bachert C, J Allergy Clin Immunol 2017)

5. The 2020 European Position Paper on Rhinosinusitis and Nasal Polyposis (EPOS) lists both Dupixent and Nucala for patients meeting certain criteria, including presence of bilateral nasal polyps in a patient with prior endoscopic sinus surgery, and three of the following factors: high eosinophil count, continued use of corticosteroids, impaired quality of life, loss of the sense of smell (anosmia), and comorbid asthma.

6. Provider feedback from MHS Otolaryngologists concurred that Dupixent should be reserved as a last resort when nasal polyp disease is recalcitrant despite traditional surgical therapy and maintenance therapy with intranasal steroids.

*Other Type-2 Inflammatory Pathway Conditions*

1. Eosinophilic granulomatosis with polyangiitis (EGPA) (also known as Churg-Strauss syndrome) is a rare vascular disease that can cause asthma symptoms, along with chest pain, muscle aches, and rashes. Nucala is the only biologic approved for EGPA. Studies are currently evaluating Fasenra for this condition.

2. Hypereosinophilic Syndrome (HES) is another rare disorder that causes patients to have extremely high eosinophil counts resulting in inflammation affecting the skin, lungs, heart, and nervous system. Nucala recently received FDA approval for HES, based on one clinical trial where a reduction in disease flare was noted.

*Safety*

1. The three respiratory interleukins are associated with relatively mild adverse effects; injection site reactions and hypersensitivity can occur.

2. Dupixent is distinct in that conjunctivitis was noted in the atopic dermatitis clinical trials. However, the incidence of conjunctivitis associated with Dupixent in the clinical trials for asthma was not significantly different from placebo.

3. Increased systemic eosinophilia is a possible adverse event associated with Dupixent and providers should use caution when initiating therapy in patients with elevated eosinophil counts.

4. The EAACI 2020 asthma guidelines state there is low to very low certainty of evidence that drug-related serious adverse events may increase with the use of Dupixent. For Fasenra and Nucala, the results are inconclusive.

*Clinical Considerations*

1. Fasenra is only approved for one indication, severe eosinophilic asthma in patients at least 12 years of age, and requires a loading dose. However, advantages include the long frequency of dosing (every 8 weeks). It is only available in one formulation as part of the TRICARE pharmacy benefit, a pen device.

2. Dupixent advantages include multiple FDA approvals (moderate to severe eosinophilic asthma in children down to the age of 12; atopic dermatitis in children as young as 6 years; and CRSwNP in adults) and availability in multiple devices (prefilled syringe and the newly marketed pen device). MHS prescription data shows relatively good persistence, as about 50% of patients remain on therapy after one year. Disadvantages include the requirement for a loading dose for treating asthma and atopic dermatitis, the need for every 2-week dosing for all indications, and potential dosing errors due to availability in several dosage strengths.

3. Nucala advantages include multiple indications (severe asthma in patients as young as 6 years; EGPA in adults; and HES in patients down to the age of 12). A loading dose is not required, but the dosing frequency is every 4 weeks for all indications. It is available in an autoinjector (reserved for patients 12 years and older) and prefilled syringe. The dosing for EGPA and HES will require three separate injections given simultaneously to achieve the recommended 300 mg dose.

*Therapeutic Interchangeability*

1. For eosinophilic asthma, there is a moderate degree of therapeutic interchangeability for the products. However, for the other indications, there is a low degree of therapeutic interchangeability.

*Overall Clinical Conclusion*

1. Based on MHS provider feedback, all three products are required on the formulary due to differences in biologic target, individual patient variation in response (e.g., for asthma due to genetic differences, environment and asthma type), and differences in current FDA approved indications and age ranges.

**B. Respiratory Interleukins—Relative Cost-Effectiveness Analysis and Conclusion**

CMA and BIA were performed to evaluate the Respiratory Interleukins. The P&T Committee concluded (17 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that benralizumab (Fasenra), dupilumab (Dupixent), and mepolizumab (Nucala) were all cost-effective respiratory interleukin products.

- BIA was performed to evaluate the potential impact of designating selected agents as formulary, NF, or Tier 4 on the UF. BIA results showed that designating benralizumab (Fasenra), dupilumab (Dupixent), and mepolizumab (Nucala) as UF demonstrated the greatest cost avoidance for the Military Health System (MHS).

**C. Respiratory Interleukins—UF Recommendation**

P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) the following:

- UF

  - benralizumab (Fasenra)

  - dupilumab (Dupixent)

  - mepolizumab (Nucala)

- NF – None

- Tier 4/Not Covered – None

**D. Respiratory Interleukins—Manual PA Criteria**

Manual PA criteria currently apply to the class. The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent for Fasenra and Nucala, and 15 for, 0 opposed 0 abstained, 2 absent for Dupixent) updated PA criteria for the Respiratory Interleukins, including prohibiting concomitant treatment with multiple biologics and standardizing renewal criteria based on indication. The new indication of HES was added to the Nucala criteria. For the Dupixent indication for atopic dermatitis, provider feedback resulted in removal of the current requirement for previous use of immunosuppressant therapy. The PAs take into account package insert labeling and lab data for eosinophils for the asthma indication. Updated PA criteria will apply to new users. Updates are in bold and strikethrough. The PA criteria are as follows:

**1. benralizumab (Fasenra)**

Manual PA criteria apply to all new users of Fasenra Pen.

28

<u>Manual PA Criteria</u>:  Fasenra Pen **coverage will be approved for initial therapy for 12 months** if all criteria are met:

- The patient has a diagnosis of severe persistent eosinophilic asthma

- The patient is 12 years of age or older

- The drug is  prescribed by an allergist, immunologist, or pulmonologist

- The patient must have an eosinophilic phenotype asthma as defined as either

  a.  Eosinophils $\geq$ 150 cells/mcL within past month while on oral corticosteroids

     OR

  b.  Eosinophils $\geq$ 300 cells/mcL

- The patient's asthma must be uncontrolled despite adherence to optimized medication therapy regimen as defined as requiring one of the following:

  a.  Hospitalization for asthma in past year OR

  b.  Two courses oral corticosteroids in past year OR

  c.  Daily high-dose inhaled corticosteroids with inability to taper off of the inhaled corticosteroids

- The patient has tried and failed an adequate course (3 months) of two of the following while using a high-dose inhaled corticosteroid:

  a.  Long-acting beta agonist (LABA e.g., Serevent, Striverdi),

  b.  Long-acting muscarinic antagonist (LAMA e.g. Spiriva, Incruse), or

  c.  Leukotriene receptor antagonist  (e.g., Singulair, Accolate, Zyflo)

- **The patient is not currently receiving another immunobiologic (e.g., mepolizumab [Nucala], dupilumab [Dupixent] or omalizumab [Xolair])**

Non-FDA-approved uses are not approved.

Prior authorization ~~does not expire~~ expires after 12 months.  Renewal PA criteria will be approved indefinitely

29

**Renewal Criteria, (initial TRICARE PA approval is required for renewal) AND**

- **The patient has had a positive response to therapy with a decrease in asthma exacerbations, improvements in forced expiratory volume in one second (FEV1) or decrease in oral corticosteroid use.**

2. **dupilumab (Dupixent)**

   Manual PA criteria apply to all new users of Dupixent.

   <u>Manual PA Criteria</u>: Dupixent **coverage will be approved for initial therapy for 12 months** if all criteria are met:

   *For Asthma:*

   - The patient is 12 years of age or older

   - The drug is  prescribed by an allergist, immunologist, pulmonologist, or asthma specialist,

   - The patient has one of the following

     a. Moderate to severe asthma with an eosinophilic phenotype, with baseline eosinophils $\geq$ 150 cells/mcL OR

     b. Oral corticosteroid-dependent asthma with at least 1 month of daily oral corticosteroid use within the past 3 months.

   - ~~**The patient's symptoms are not adequately controlled on stable high dose inhaled corticosteroid AND either a Long-Acting Beta Agonist or a Leukotriene Receptor Antagonist for at least 3 months.**~~

   - For eosinophilic asthma, the patient's asthma must be uncontrolled despite adherence to optimized medication therapy regimen as defined as requiring one of the following;

     a. Hospitalization for asthma in past year OR

     b. Two courses oral corticosteroids in past year OR

     c. Daily high-dose inhaled corticosteroids with inability to taper off of the inhaled corticosteroids

   - ~~**Will not be used for relief of acute bronchospasm or status asthmaticus**~~

   - ~~**Dupixent will be used only as add-on therapy to other asthma controller medications**~~

30

- For eosinophilic asthma, the patient has tried and failed an adequate course (3 months) of two of the following while using a high-dose inhaled corticosteroid:

   a. Long-acting beta agonist (LABA e.g., Serevent, Striverdi),

   b. Long –acting muscarinic antagonist (LAMA e.g. Spiriva, Incruse), or

   c. Leukotriene receptor antagonist  (e.g., Singulair, Accolate, Zyflo)

*For Atopic Dermatitis:*

- The patient is 6 years of age or older

- The drug is prescribed by an allergist, dermatologist, or immunologist

- The patient has moderate to severe or uncontrolled atopic dermatitis

- The patient has a contraindication to, intolerability to, or has failed treatment with **one** medication in each of the following categories:

   **a. Topical Corticosteroids:**

   - **For patients 18 years of age or older;  high potency/class 1 topical corticosteroids (e.g., clobetasol propionate 0.05% ointment/cream, fluocinonide 0.05% ointment/cream)**

   - **For patients 6 to 17 year of age:  any topical corticosteroid**

        **AND**

   **b. Topical calcineurin inhibitor (e.g.,  pimecrolimus, tacrolimus)**

   **c. ~~At least one systemic immunosuppressant (i.e., cyclosporine, methotrexate, azathioprine, mycophenolate)~~**

- The patient has a contraindication to, intolerability to, inability to access treatment, or has failed treatment with Narrowband UVB phototherapy

*For Chronic rhinosinusitis with nasal polyposis:*

- The patient is 18 years of age or older

- The drug is prescribed by allergist, immunologist, pulmonologist, or otolaryngologist

- **The patient has chronic rhinosinusitis with nasal polyposis defined by all of the following:**

31

a. **Presence of nasal polyposis is confirmed by imaging or direct visualization**

   **AND**

b. **At least two of the following: mucopurulent discharge, nasal obstruction and congestion, decreased or absent sense of smell, or facial pressure and pain**

- ~~Nasal polyposis is confirmed by imaging or direct visualization~~

- ~~Patient has chronic rhinosinusitis with nasal polyps and is refractory to treatment with other therapies~~

- Dupixent will only be used as add-on therapy to standard treatments, including nasal steroids and nasal saline irrigation

- The symptoms of chronic rhinosinusitis with nasal polyposis must continue to be inadequately controlled despite all of the following treatments

   a. Adequate duration of at least TWO different high-dose intranasal corticosteroids

      AND

   b. Nasal saline irrigation AND

   c. ~~The patient has failed a trial of two courses of oral corticosteroids in the past year or has a contraindication to oral corticosteroids AND~~

   d. The patient has a past surgical history or endoscopic surgical intervention or has a contraindication to surgery

- Patients with chronic rhinosinusitis with nasal polyposis must use only the 300 mg strength

   AND

- **For all indications the patient is not currently receiving another immunobiologic (e.g., benralizumab [Fasenra], mepolizumab [Nucala], or omalizumab [Xolair])**

Non-FDA-approved uses are not approved.

Prior authorization ~~does not expire~~ expires after 12 months. **Renewal PA criteria will be approved indefinitely**

32

AR1251

Renewal Criteria; (initial TRICARE PA approval is required for renewal) AND

a. Asthma: The patient has had a positive response to therapy with a decrease in asthma exacerbations, improvements in forced expiratory volume in one second (FEV1) or decrease in oral corticosteroid use.

b. Atopic Dermatitis: ~~The patient has had a positive response to therapy, e.g., an Investigator's Static Global Assessment (ISGA) score of clear (0) or almost clear.~~ The patient's disease severity has improved and stabilized to warrant continued therapy

c. Chronic rhinosinusitis with nasal polyposis : There is evidence of effectiveness as documented by decrease in nasal polyps score or nasal congestion score

3. **mepolizumab (Nucala)**

Manual PA is required for all new users of Nucala.

Manual PA Criteria: Nucala **coverage will be approved for initial therapy for 12 months** if all criteria are met:

*For eosinophilic asthma:*

- The patient has a diagnosis of severe persistent eosinophilic asthma

- The drug is prescribed by an allergist, immunologist, or pulmonologist

- The patient must have an eosinophilic phenotype asthma as defined as either

  a. Eosinophils $\geq$ 150 cells/mcL within past month while on oral corticosteroids OR

  b. Eosinophils $\geq$ 300 cells/mcL

- The patient's asthma must be uncontrolled despite adherence to optimized medication therapy regimen as defined as requiring one of the following:

  a. Hospitalization for asthma in past year OR

  b. Two courses of oral corticosteroids in past year OR

  c. Daily high-dose inhaled corticosteroids with inability to taper off of the inhaled corticosteroids

33

AR1252

- The patient has tried and failed an adequate course (3 months) of two of the following while using a high-dose inhaled corticosteroid:

  a. Long-acting beta agonist (LABA e.g., Serevent, Striverdi),

  b. Long–acting muscarinic antagonist (LAMA e.g. Spiriva, Incruse), or

  c. Leukotriene receptor antagonist (e.g., Singulair, Accolate, Zyflo)

*For eosinophilic granulomatosis with polyangiitis (EGPA):*

- The patient has a diagnosis of EGPA

- The drug is prescribed by an allergist, immunologist, pulmonologist, rheumatologist or hematologist

- The patient is 18 years of age or older

- ~~The patient has had an adequate trial of at least 3 months of one of the following, with either an inadequate response to therapy or significant side effects/toxicity or the patient as a contraindication to therapy with~~

  ~~a. Corticosteroids, cyclophosphamide, azathioprine, or methotrexate~~

- A quantity limit override for the 300 mg dose to allow three of the 100 mg syringes is approved for the EGPA indication

<u>*For Hypereosinophilic Syndrome (HES):*</u>

- **The patient has a diagnosis of HES**

- **The patient has had eosinophil levels > 1,000 cells/mcL in the past year**

- **The drug is prescribed by an allergist, immunologist, pulmonologist, rheumatologist or hematologist**

- **The patient is 12 years of age or older**

- **A quantity limit override for the 300 mg dose to allow three of the 100 mg syringes is approved for the HES indication**

  **AND**

- **For all indications, the patient is not currently receiving another immunobiologic (e.g., benralizumab [Fasenra], dupilumab [Dupixent] or omalizumab [Xolair])**

34

Non-FDA-approved uses are not approved.

Prior authorization ~~does not expire~~ **expires after 12 months. Renewal PA criteria will be approved indefinitely**

**Renewal Criteria; (initial TRICARE PA approval is required for renewal) AND**

   a. **Eosinophilic asthma: The patient has had a positive response to therapy with a decrease in asthma exacerbations, improvements in forced expiratory volume in one second (FEV1) or decrease in oral corticosteroid use.**

   b. **EGPA and HES: The patient's disease severity has improved and stabilized to warrant continued therapy**

**E. Respiratory Interleukins—UF and PA Implementation Plan**

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday 30 days after signing of the minutes in all points of service.

**F. Physician's Perspective:**

- This is the first full review for the class, although all three drugs were previously evaluated as innovator drugs.

- We did take into consideration the comments from providers, so all three drugs will stay on the formulary, and all the copays will remain at the current Tier 2 levels.

- PAs currently apply to the class, and the PAs were updated to be consistent with the package labeling and professional guidelines.

- We do not have any guidance yet on whether these agents will be required to be given long term and we also do not know yet what the long-term adverse effects are. Some of the disease states treated, like atopic dermatitis, are not necessarily life-long conditions. So, we will continue to monitor the literature for updates in safety, and new indications.

**G. Panel Questions and Comments Regarding:**

***Manual PA Criteria Recommendation:***

CAPT (Ret) Hostettler asks if Dupixent can be prescribed by an allergist, immunologist, pulmonologist, or otolaryngologist. Which of those four are able to do surgery? Prior surgery is a requirement or one of the steps in the PA criteria. If the patient has chronic rhinosinusitis with nasal polyposis, he believes the otolaryngologist is an ENT surgeon and the only one that could perform the procedure. If I am being followed by an allergist, I must receive a referral

35

from a second specialist for the surgery in question. Rather than requiring the patient to meet the requirement for surgery, why not add the verbiage, "the patient and the provider have decided that the patient is not a good candidate for surgical intervention". In my opinion, this change to the PA criteria would be more effective.

Dr. Khoury responds this disease state is typically managed by multiple providers. That is what the data shows and is consistent with our feedback. Typically the outcomes suggest that surgery is very effective in managing this disease. Again, he is speaking about a higher level of this disease state and not just Dupixent. That is the reason for the language in the PA criteria. Certain teams of providers help manage these complicated patients. A patient cannot walk into a clinic, be diagnosed with polyposis and receive a prescription for Dupixent. Furthermore, Dupixent is a lifelong potential treatment not a nasal steroid treatment to be prescribed. We do not have a lot of information on how it engages over the long term or the adverse side effects. We certainly do not have information to state in the PA Criteria that Dupixent is better than surgery and patient should be availed of surgery. The prior authorization is written in a way that ensures the patient has the most clinically effective and potentially cost effective agent. If the patient starts this therapy, this prescription probably equates to a new car price every year forever based on publicly available cost data as can be found on websites like goodrx.com. We want to make sure we are doing the right thing for the patient who could be paying a copay for life potentially if this is started and alternative treatment options are available.

CAPT (Ret) Hostettler thanks Dr. Khoury for providing the cost information. The example you provided about the cost being approximately the cost of a new car (40K) per year puts this this recommendation into prospective. This information was not previously provided in the meeting materials at the 1st review nor this review.

Dr. Peloquin asks for clarification regarding the renewal criteria. The renewal criteria for current patients will be renewed indefinitely. Does the PA criteria apply to new or current users?

CDR Raisor clarifies the Dupixent PAs had renewal criteria. There are some, prior to the change that had renewal criteria. We would expect that criteria to remain the same. The drugs, Faserna and Nucala, did not have criteria but will now have renewal criteria. It will apply to e new patients only.

There were no more questions or comments from the Panel. The Chair called for a vote on the UF Recommendation, Manual PA Criteria and the UF and PA Implementation Plan for the Respiratory Interleukins.

- **Respiratory Interleukins—UF Recommendation**

    Concur: 6        Non-Concur: 0        Abstain: 0        Absent: 1

- **Respiratory Interleukins—Manual PA Criteria**

  Concur: 6          Non-Concur: 0          Abstain: 0          Absent: 1


- **Respiratory Interleukins—UF and Implementation Plan:**

  Concur: 6          Non-Concur: 0          Abstain: 0          Absent: 1


## III.    NEWLY APPROVED DRUGS PER 32 CFR 199.21(G)(5)

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions**

  The P&T Committee agreed for group 1: (15 for, 0 opposed, 0 abstained, 2 absent); group 2: (14 for, 0 opposed, 0 abstained, 3 absent), and group 3: (16 for, 0 opposed, 0 abstained, 1 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5).

- **Newly Approved Drugs 32 CFR 199.21(g)(5)—UF/Tier 4/Not Covered Recommendation**

  The P&T Committee recommended for group 1: (15 for, 0 opposed, 0 abstained, 2 absent); group 2: (14 for, 0 opposed, 0 abstained, 3 absent); and group 3: (16 for, 0 opposed, 0 abstained, 1 absent) the following:

  - UF:

    1. azacitidine (Onureg) – Oral oncologic agent for acute myeloid leukemia (AML)

    2. budesonide/formoterol fumarate/glycopyrrolate inhalation aerosol (Breztri) – Triple combination Pulmonary-3 Agent for COPD

    3. cysteamine 0.37% ophthalmic solution (Cystadrops) – Miscellaneous Ophthalmic for corneal cystine crystal deposits

    4. decitabine/cedazuridine (Inqovi) – Oral combination oncologic agent for Myelodysplastic syndromes (MDS) and chronic myelomonocytic leukemia (CMML)

    5. factor VIIa [recombinant]-jncw (Sevenfact) – Antihemophilic Factor for hemophilia A or B

    6. fostemsavir (Rukobia) – Oral antiretroviral for multi-drug resistant HIV-1 infection in heavily treatment-experienced adults

37

7. nifurtimox (Lampit) – Miscellaneous Anti-infective agent for Chagas Disease in pediatrics

8. ofatumumab injection (Kesimpta) – Multiple Sclerosis Agents

9. opicapone (Ongentys) – Oral agent for "off episodes" associated with Parkinson's Disease

10. pralsetinib (Gavreto) – Oral oncologic agent for non-small cell lung cancer (NSCLC)

11. risdiplam (Evrysdi) – Miscellaneous Neurologic Agent for spinal muscular atrophy (SMA)

12. satralizumab-mwge injection (Enspryng) – Miscellaneous Neurological Agent for neuromyelitis optica spectrum disorder (NMOSD)

13. triheptanoin oral solution (Dojolvi) – Miscellaneous Metabolic Agents; oral liquid for long-chain fatty acid oxidation disorders in pediatrics and adults

14. sodium oxybate/calcium/magnesium/potassium oral solution (Xywav) – Wakefulness Promoting Agent for narcolepsy

- NF:

  1. insulin glargine (Semglee, Semglee Pen) – Basal Insulin

  2. monomethyl fumarate (Bafiertam) – Multiple Sclerosis

  3. octreotide (Mycapssa) – Miscellaneous Endocrine Agent for acromegaly

  4. oxymetazoline ophthalmic solution (Upneeq) – Miscellaneous Ophthalmic agent for acquired blepharoptosis

- Tier 4 (Not Covered):

  1. budesonide extended-release (Ortikos) – Gastrointestinal -1 GI Steroid for mild to moderate Crohn's Disease

     a. Ortikos was recommended for Tier 4/Not Covered status as it is has little to no clinical benefit relative to other formulations of budesonide, and the needs of TRICARE beneficiaries are met by alternative agents.

       1) Formulary alternatives to Ortikos include budesonide (Entocort EC) generics and other corticosteroids.

38

AR1257

2. dexamethasone (Hemady) 20 mg tablets – Corticosteroids-Immune Modulator for multiple myeloma

   a. Hemady was recommended for Tier 4/Not Covered status as it is has little to no clinical benefit relative to other formulations of dexamethasone, significant safety concerns exist due to potential dosing errors, and the needs of TRICARE beneficiaries are met by alternative agents.

      1) Formulary alternatives to Hemady include various strengths of generic dexamethasone.

3. fluticasone oral inhaler (Armonair Digihaler) – Pulmonary-1 Agents: Inhaled Corticosteroids (ICS) for asthma

   a. Armonair Digihaler was recommended for Tier 4/Not Covered status as it has little to no clinical benefit relative to other ICS approved for treating asthma symptoms and the needs of TRICARE beneficiaries are met by alternative agents.

      1) Formulary alternatives to Armonair Digihaler include both step-preferred [fluticasone (Flovent Diskus and Flovent HFA)] and non-step preferred agents [beclomethasone (QVAR), budesonide (Pulmicort Flexhaler), ciclesonide (Alvesco), flunisolide (Aerospan), mometasone (Asmanex Twisthaler), and fluticasone (ArmonAir Respiclick)].

4. fluticasone/salmeterol oral inhaler (AirDuo Digihaler) – Pulmonary-1 ICS-Long-Acting Beta Agonist (LABA) Combinations for asthma and COPD

   a. AirDuo Digihaler was recommended for Tier 4 status/Not Covered as it is has little to no clinical benefit relative to other ICS/LABA Combination inhalers and the needs of TRICARE beneficiaries are met by alternative agents.

      1) Formulary alternatives to AirDuo Digihaler include the step-preferred agent fluticasone/salmeterol (Advair Diskus and Advair HFA), as well as non-step-preferred agents fluticasone/vilanterol (Breo Ellipta), mometasone/formoterol (Dulera), budesonide/formoterol (Symbicort), and fluticasone/salmeterol (AirDuo Respiclick).

5. levamlodipine (Conjupri) – dihydropyridine calcium channel blocker for hypertension

   a. Conjupri was recommended for Tier 4/Not Covered status as it has little to no clinical benefit relative to the other calcium channel blockers, there is a significant safety risk compared to the others in the class due to the potential

39

AR1258

for dosing errors, and the needs of TRICARE beneficiaries are met by alternative agents.

1) Formulary alternatives to Conjupri include amlodipine, felodipine, and nifedipine, along with verapamil and diltiazem.

6. metoclopramide nasal spray (Gimoti) – Gastrointestinal-2 Agent for diabetic gastroparesis

   a. Gimoti nasal spray was recommended for Tier 4/Not Covered status as it has little to no clinical benefit relative to other metoclopramide formulations, there is a significant safety risk compared to the other metoclopramide products due to the inability to adjust doses in patients with renal dysfunction, and the needs of TRICARE beneficiaries are met by alternative agents.

      1) Formulary alternatives to Gimoti nasal spray include metoclopramide oral tablets and oral solution (Reglan) and metoclopramide orally disintegrating tablet (Reglan ODT).

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria**

The P&T Committee recommended for group 1: (15 for, 0 opposed, 0 abstained, 2 absent); group 2: (14 for, 0 opposed, 0 abstained, 3 absent); and group 3: (16 for, 0 opposed, 0 abstained, 1 absent) the following:

- Basal Insulins: Applying the same manual PA criteria to new users of Semglee that applies to the other non-step-preferred basal insulins, requiring a trial of Lantus first.

- Multiple sclerosis agents: Applying manual PA criteria to new users of Bafiertam and Kesimpta.

- Oncologic drugs: Applying manual PA criteria to new users of Gavreto, Inqovi, and Onureg.

- Applying manual PA criteria to new users of Dojolvi, Enspryng, Evrysdi, Mycapssa, and Upneeq.

Full PA Criteria for the Newly Approved Drugs per 32 CFR 199.21(g)(5)

**1. azacitidine (Onureg)**

Manual PA is required for all new users of Onureg.

Manual PA Criteria: Onureg is approved if all criteria are met:

40

- The drug is prescribed by or in consultation with a hematologist/oncologist

- The patient is 18 years of age or older

- Patient does not have a myelodysplastic syndrome (MDS)

- Patient will use Onureg for maintenance therapy of acute myeloid leukemia (AML) following complete remission (CR) or complete remission with incomplete blood count recovery (CRi) achieved after intensive induction chemotherapy with or without consolidation therapy

- Patient is not able to complete intensive curative therapy

- Onureg will not be used for parenteral routes of administration

- The provider agrees to monitor for myelosuppression/cytopenias

- Female patients of childbearing age are not pregnant confirmed by (-) HCG.

- Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment.

- Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 6 months after cessation of therapy if female; 3 months if male.

- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation.  If so, please list the diagnosis: _____

Non-FDA-approved uses are not approved.

PA does not expire.

2. **decitabine/cedazuridine (Inqovi)**

Manual PA is required for all new users of Inqovi.

<u>Manual PA Criteria</u>: Inqovi is approved if all criteria are met:

- The drug is prescribed by or in consultation with a hematologist/oncologist

- The patient is 18 years of age or older

41

- Patient has myelodysplastic syndromes (MDS) with the following French-American-British subtypes (refractory anemia, refractory anemia with ringed sideroblasts, refractory anemia with excess blasts, and chronic myelomonocytic leukemia [CMML]) and intermediate-1, intermediate-2, and high-risk International Prognostic Scoring System groups.

- The provider agrees to monitor for myelosuppression/cytopenias

- Female patients of childbearing age are not pregnant confirmed by (-) HCG.

- Female patients will not breastfeed during treatment and for at least 2 weeks after the cessation of treatment.

- Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 6 months after cessation of therapy if female; 3 months if male.

- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation.  If so, please list the diagnosis: _____.

Non-FDA-approved uses are not approved.

PA does not expire.

**3. insulin glargine (Semglee, Semglee Pen)**

Manual PA criteria apply to all new users of Semglee, Semglee Pen.

<u>Manual PA Criteria</u>:  Semglee is approved if all criteria are met:

- Patient has acute pain due to minor strains, sprains, and/or contusions

- The patient must have tried and failed insulin glargine (Lantus).

Non-FDA-approved uses are not approved.

PA does not expire.

**4. monomethyl fumarate (Bafiertam)**

Manual PA is required for all new users of Bafiertam

<u>Manual PA Criteria</u>:  Bafiertam is approved if all criteria are met

- Patient has a documented diagnosis of a relapsing form of Multiple Sclerosis (MS)

- Patient must have had at least a two-week trial of Tecfidera and has failed therapy

- Complete blood count drawn within six months prior to initiation of therapy, due to risk of lymphopenia

- Coverage NOT provided for concomitant use with other disease-modifying drugs of MS

Non-FDA-approved uses are not approved.

PA does not expire.

5. **octreotide (Mycapssa)**

   Manual PA is required for all new users of Mycapssa)

   <u>Manual PA Criteria</u>:  Mycapssa) is approved if all criteria are met:

   - Patient has a diagnosis of acromegaly

   - The drug is prescribed by or in consultation with an endocrinologist

   - Patient has tried an injectable formulation of octreotide (e.g., Sandostatin generics, Sandostatin LAR Depot, Bynfezia) and failed therapy due to lack of response

   Non-FDA-approved uses are NOT approved including vasoactive intestinal peptide tumors (VIPomas) and carcinoid tumors.

   Prior authorization does not expire.

6. **ofatumumab injection (Kesimpta)**

   Manual PA criteria apply to all new users of Kesimpta.

   <u>Manual PA Criteria</u>:  Kesimpta is approved if all criteria are met:

   - The patient is 18 years of age or older

   - The drug is prescribed by a neurologist

   - The patient has a documented diagnosis of relapsing forms of MS

43

AR1262

- The patient is not currently using another disease-modifying therapy (e.g., interferon, glatiramer, Tecfidera, Vumerity, Aubagio, Gilenya, Mayzent, Zeposia, Mavenclad, etc.)

- Patient does not have an active hepatitis B virus infection

- Patient has not failed a course of Ocrevus

Non-FDA-approved uses are not approved.

PA does not expire.

7. **oxymetazoline ophthalmic solution (Upneeq)**

Manual PA is required for all new and current users of Upneeq.

Manual PA Criteria:  Upneeq is approved if all criteria are met:

- The patient is 13 years of age or older

- Patient has a diagnosis of acquired blepharoptosis affirmed by all of the following

- Positive phenylephrine test indicating ptosis correction is achievable with Müller's muscle contraction

- Marginal reflex distance 1 (MRD1) of less than 2 mm

- Patient and provider have decided that the patient is not a good candidate for surgical intervention

Non-FDA-approved uses are not approved.

PA does not expire.

8. **Pralsetinib (Gavreto)**

Manual PA applies to new users of Gavreto.

Manual PA Criteria:  Gavreto is approved if all criteria are met:

- The drug prescribed by or in consultation with a hematologist/oncologist

- The patient is 18 years of age or older

44

- Patient has unresectable locally advanced or metastatic RET fusion-positive non-small cell lung cancer (NSCLC)

- Provider will monitor for hepatotoxicity

- Patient does not have uncontrolled hypertension

- Provider is aware and has counseled patient that pralsetinib can cause life-threatening lung disease and hemorrhage

- Female patients of childbearing age are not pregnant confirmed by (-) HCG

- Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment

- Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after cessation of therapy if male; 2 weeks, if female

- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation.  If so, please list the diagnosis: _____.

Non-FDA-approved uses are not approved.

PA does not expire.

9. **Risdiplam (Evrysdi)**

Manual PA is required for all new users of Evrysdi.

<u>Manual PA Criteria</u>: Evrysdi is approved if all criteria are met:

- The patient is between the ages of 2 months to 25 years of age (Fill-in-the-blank)

- The drug is prescribed by a pediatric or adult neurologist

- Patient has genetic confirmation of homozygous deletion or compound heterozygosity predictive of loss of function of the SMN1 gene (documentation required)

- Patient has confirmation of at least two SMN2 gene copies (documentation required)

- Patient has a confirmed diagnosis of Spinal Muscular Atrophy Types 1, 2, or 3 (Fill-in-the-blank)

45

- Female patients of childbearing age are not pregnant confirmed by (-) HCG

- Female patients of childbearing potential have been counseled to use effective contraception during treatment and for at least 1 month after the cessation of therapy

- Male patients of reproductive potential are counseled about the potential effects on fertility

- Patient does not have evidence of hepatic impairment

- Patient does not have permanent ventilator dependence

- Patient does not have complete paralysis of all limbs

- Evrysdi will not be used concurrently with Spinraza (nusinersen injection for intrathecal use)

- Patient weight must be documented (Fill-in-the-blank) – (Any answer acceptable)

- Patient dose in total mg/day and mg/kg per day must be documented (Fill-in-the blank)

- The dose must be 0.2 mg/kg if the patient is 2 months to < 2 years of age; OR 0.25 mg/kg for patients ≥ 2 years of age who weigh < 20 kg; OR 5 mg for patients ≥ 2 years of age who weigh ≥ 20 kg

Non-FDA approved uses are not approved.

PA expires in 6 months.

Renewal criteria: (Initial TRICARE PA approval is required for renewal)

- According to the prescriber, the patient's level of disease has improved or stabilized to warrant continuation on Evrysdi as determined by an objective measurement and/or assessment tool and/or clinical assessment of benefit. (documentation required)

Renewal criteria expires in 1 year.

## 10. Satralizumab-mwge injection (Enspryng)

Manual PA applies to new users Enspryng.

Manual PA Criteria: Enspryng is approved if all criteria are met:

- The patient is 18 years of age or older

- The drug is prescribed by or in consultation with a neurologist

46

- The patient has a diagnosis of neuromyelitis optica spectrum disorder (NMOSD) and is aquaporin-4 (AQP4) antibody positive

- Patient has clinical evidence of at least 2 documented relapses (including first attack) in the last 2 years prior to screening, at least one of which has occurred in the 12 months prior to screening

- Patient has laboratory evidence of HBV negative and TB negative

- ~~Patient and provider are enrolled in REMS program.~~ Please note that there is a correction here; there is not a REMS program required for Enspryng.

Non-FDA-approved uses are not approved.

PA does not expire.

## 11. triheptanoin oral liquid (Dojolvi)

Manual PA applies to new users of Dojolvi.

Manual PA Criteria: Dojolvi is approved if all criteria are met:

- Patient has a documented diagnosis (molecularly confirmed) of a long-chain fatty acid oxidation disorder (LC-FAOD)

- Dojolvi is prescribed by or in consultation with a geneticist, neurologist, or LC-FAOD expert

- Patient must be experiencing symptoms of deficiency exhibited by the presence of at least 1 of the following:

  a. Severe neonatal hypoglycemia, hepatomegaly, cardiomyopathy, exercise intolerance, frequent episodes of myalgia, recurrent rhabdomyolysis induced by exercise, fasting or illness, cardiomyopathy, and an associated decreased quality of life

Non-FDA-approved uses are not approved including use for weight loss in a ketogenic diet.

PA does not expire.

## 12. sodium oxybate/calcium/magnesium/potassium oral solution (Xywav)

Manual PA applies to new users of Xywav.

47

<u>Manual PA Criteria</u>:  Coverage of Xywav is approved if all criteria are met:

- Patient is 18 years of age or older AND

- The patient is not concurrently taking a central nervous system depressant, such as a narcotic analgesic (including tramadol), a benzodiazepine, or a sedative hypnotic

  AND

- Xywav is prescribed by a neurologist, psychiatrist, or sleep medicine specialist  AND

- Xywav is prescribed for the treatment of excessive daytime sleepiness and cataplexy in a patient with narcolepsy.

  a.  Narcolepsy was diagnosed by polysomnogram or mean sleep latency time (MSLT) objective testing OR

- Xywav is prescribed for excessive daytime sleepiness in a patient with narcolepsy

  AND

  a.  The patient has history of failure, contraindication, or intolerance of both of the following: modafinil or armodafinil AND stimulant-based therapy (amphetamine-based therapy or methylphenidate) AND

  b.  Other causes of sleepiness have been ruled out or treated (including, but not limited to, obstructive sleep apnea, insufficient sleep syndrome, shift work, the effects of substances or medications, or other sleep disorders)

    OR

- Patient is a child 7 years of age or older AND

- The patient is not concurrently taking a central nervous system depressant, such as a narcotic analgesic (including tramadol), a benzodiazepine, or a sedative hypnotic

  AND

- Xywav is prescribed by a neurologist, psychiatrist, or sleep medicine specialist  AND

- Xywav is prescribed for the treatment of excessive daytime sleepiness and cataplexy in a patient with narcolepsy.

  a.  Narcolepsy was diagnosed by polysomnogram or mean sleep latency time (MSLT) objective testing  OR

48

- Xywav is prescribed for excessive daytime sleepiness in a patient with narcolepsy

  AND

  a. The patient has history of failure, contraindication, or intolerance of stimulant-based therapy (amphetamine-based therapy or methylphenidate)  AND

- Other causes of sleepiness have been ruled out or treated (including, but not limited to, obstructive sleep apnea, insufficient sleep syndrome, the effects of substances or medications, or other sleep disorders)

  Coverage is NOT provided for the treatment of other conditions not listed above or any non-FDA-approved use, including fibromyalgia, insomnia, and excessive sleepiness not associated with narcolepsy.

  PA expires after 1 year.

  Renewal PA criteria; Renewal not allowed.  A new prescription will require a new PA to be submitted.

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF and PA Implementation Plan**

  The P&T Committee recommended for group 1: (15 for, 0 opposed, 0 abstained, 2 absent); group 2: (14 for, 0 opposed, 0 abstained, 3 absent); and group 3: (16 for, 0 opposed, 0 abstained, 1 absent)  the following:

  - **New Drugs Recommended for UF or NF Status, and PA criteria:**  An effective date upon the first Wednesday two weeks after signing of the minutes in all points of service.

  - **New Drugs Recommended for Tier 4/ Not Covered Status:**  1) An effective date of the first Wednesday after a 120-day implementation period at all POS; and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation.

- **Physician's Perspective:**

  - Out of the total of 25 new drugs reviewed at this meeting 15 were made UF and 4 will stay NF and 6 we are recommending for Tier 4/Not Covered status.

  - For the 11 drugs where PAs were recommended, the criteria only effect new users, therefore all patients currently receiving the drug will be able to remain on therapy.

  - For this meeting we have several drugs that were approved for orphan indications or rare diseases, where a very limited number of patients were studied in short-term trials, and where long-term safety and efficacy is unknown.  The goals of the PA Criteria are to ensure that the most appropriate patients are selected.

49

- There was one insulin product, Semglee that was recommended to be NF. This drugs has the same active ingredient as Lantus. There is no data to show that Semglee would be more effective or safer than Lantus. Semglee is being marketed as a low cost insulin, however at MHS Lantus is very cost effective for our beneficiaries. Lantus currently has Tier 1 (generic) copay, and has 85% of the basal insulin market share. The committee did not feel that this new insulin offered a benefit to our patients.

- For the 6 drugs recommended for Tier 4 status, the active ingredients are all available in low cost preparations that are on the formulary. We did reach out to providers for their opinion on the Tier 4 drugs and there was a wide agreement among the respective specialties that these drugs do not offer clinical advantages and in some cases there were some safety concerns.

- **Panel's Questions and Comments Regarding:**

  *UF/Tier 4/Not Covered Recommendation:*

CAPT (Ret) Hostettler asked for the formulary status of Mycapssa.

Dr. Lugo states that Mycapssa is NF. It is an octreotide oral capsule and Tier 3.

CAPT (Ret) Hostettler states that this is a new, breakthrough therapy. Until recently, patients have been treated with Injectables. They have a chance now to be treated with an oral. In his opinion, we should ensure the new therapy is available our beneficiary population. He request information about the difference in cost for the injectable and the new oral dosage capsule.

Dr. Lugo states they have reached out to multiple endocrinologists for their feedback. She appreciates that this is a new oral therapy where previously octreotide has been around for a really long time as an injectable. With the exception of the new oral capsule dosage form, there was nothing new clinically. Our endocrinologist did not believe it offered any significant additional value (keeping in mind clinical and cost effectiveness) which led to the recommendation of NF.

CAPT (Ret) Hostettler asked if they have ever considered surveying the patients in the beneficiary population on whether they prefer oral versus injectable and if they might be willing to spend in difference to get the oral capsule. He states that it would be a very interesting survey.

Dr. Lugo agrees that it would be interesting but difficult to do, however beneficiaries are able to provide feedback. One note is that we have noticed the NF copay does not prevent patients from getting one of the alternatives. The NF copay is relatively reasonable compared to other health plans and it is not Tier 4. Mycapssa does not have multiple indications whereas in previous meetings we reviewed Bynfezia Pen and several other drugs that have 3 indications. Mycapssa only has 1 indication. All of these medications have a very narrow spectrum for

50

use. She can appreciate reaching out to beneficiaries to ask their opinion, as she is a beneficiary herself.

CAPT (Ret) Hostettler states that he does not know the number of the beneficiaries that have acromegaly nor do I know the incidence of the disease state. He doesn't believe it is huge but it is a population that we are placing a burden by requiring them to switch from UF to NF in the form of a co-pay. He is wondering if it would be best to keep it UF instead of NF because of the small amount of patient they will not save that much more money.

*Manual PA Criteria Recommendation:*

Dr. Bertin asks what is the rationale for the age limitation in the PA for the Evrysdi?

CDR Rovey clarifies that the PA Criteria were developed based on the inclusion criteria and patient enrollment from the clinical trials used to gain FDA approval. For example, the trials were limited to patients between ages 1 month and 25 years, and they excluded patients with invasive ventilation or tracheostomy.

Dr. Bertin states his question was more towards the 25-year limitation versus what appears to be FDA approval of all ages. Is that not correct?

CDR Rovey states the FDA approval is from ages 2 months and up. The PA limits the drug for patients' ages 2 months to 25 years for a starting date to take the medication. It is based on the clinical trials, which only included patients from 1 month to 25 years. Therefore, there is no data in older patient to support use in that patient population as of yet or at the time of review for the new drugs. There is one thing to note, if a patient started taking the medication when they were 25, the patient would not be required to stop taking the medication when they reach 26. The patient does not age out of the medication and they may continue taking it.

CAPT (Ret) Hostettler states that the only other therapy up until now has been the intrathecal injections. There are a large number of patients over the age of 25 who are not taking anything. Probably because they can still function to some degree but do not want to go through the intrathecal injection but would be more than willing to take this drug. He does not understand why the PA criteria is more restrictive than the FDA approval. He does believe that the drug is being studied beyond the age of 25 at the moment. The PA criteria is limited to the study group. Is this recommendation consistent with past recommendations for new drugs? That seems to be not the norm.

CDR Rovey states that rather than relying on the FDA indications as our primary source for how we utilize medications, we rely on the clinical evidence, primary literature, and clinical practice guidelines to help determine the benefit.

CAPT (Ret) Hostettler replies I understand FDA indications. This recommendation is limited to the clinical inclusion criteria for the approval. I am not sure that the committee has ever limited a patient population from the clinical criterial and studies. In

51

this instance, the restrictions applies to what is considered a generally healthy population. In his opinion, the PA criteria is overly restrictive when it doesn't need to be. Again, in his opinion, we should be doing all possible to ensure our patient/beneficiary population, with a clinical need, has access to innovative, new products rather than limiting access to these products.

CDR Rovey also states we have absolutely done this on multiple occasions. This is certainly not a new idea for the committee to only include patients that were included in the study trials. We have done that on numerous occasions, particularly in the cardiovascular drug space. If the committee recommends the drug, we want to make sure the drug is going to be effective. She points out, similar to the intrathecal products, which have a hefty price tag, we want to make sure we use it in a population that will benefit from the medications. However, we did reach out for provider feedback in regards to the PA criteria before the meeting. I believe you referenced the study, JEWELFISH. They are studying older patients who have previously tried the intrathecal products and we are looking forward to seeing the efficacy data from this study. If there is additional data we will continue to monitor for future consideration.

CAPT (Ret) Hostettler asks if she was able to obtain unpublished data from the manufacturers or anywhere else. He also inquired about the timeline of completion for the JEWELFISH study.

CDR Rovey states she only has the data provided at the time of the review. We will continue to monitor and review any data received or have an opportunity to review. She will need to further review the timeline for the JEWELFISH study but knows that it will not be within the next couple of months.

Dr. Khoury stated that every PA we can, and do, limit the age upwards. This agent is unique because it specifically targets a smaller, younger cohort for this disease state. We follow the same process for nearly every PA stating the age needs to be "greater than" based on the clinical study criteria the committee looked at in reviewing the drug.

CAPT (Ret) Hostettler states that he understands the study however, he does not understand the need to limit access to patients aged 25 and under in a population that actually needs this product.

CDR Rovey states that this helps delay progression for the patient. They are going to look for those patients that can still benefit from the drug and that is why they targeted the younger population. We do not know yet whether it will be effective in older age patients or patients that have progressed further. That is why I stated patients that are on ventilators were excluded.

CAPT (Ret) Hostettler reiterates that a survey of the population is needed. Why are patients not taking the intrathecal therapy if they are over the age of 25? Regardless, the patient has the chance to treat their problem in a more convenient and equitable way.

Both the injection and the capsule are expensive. He believes it would be nice to know whether patients don't want to be treated or if they would take an option.

Dr. Khoury states there is no step therapy for this PA. Also, the JEWELFISH is estimated to be complete by January 2025. He shares that unfortunately many of the studies don't end up getting published by the manufacturers which is very concerning. We look forward to reviewing that data when it is available to determine if there are benefits in utilizing this drug in other age groups. We will share that information with the Panel once there are updates that change the recommendations. Additionally we reached out to manufacturers and they do provide information. Regarding the cost of drug, I believe I provided the example of a new car per year earlier with Dupixent. You stated there were 2 treatments for this disease but I want to clarify there are 3 including this one being reviewed. One of them has been in the news for being one of the 1st multi-million dollar costs for gene therapy which was in excess 2 million dollars. This information is also publically available. These drugs being discussed here are extremely expensive and for this Evrysdi agent, in contrast to the example of the agent earlier that costs a car per year, actually costs as much as a car per month. We are simply attempting to ensure that we get the medication to the right patient who is likely to benefit.

CAPT (Ret) Hostettler states that he does not know how many beneficiaries are affected by this recommendation. However, I do know that it can be devastating on families. He can only hope this was taken into consideration when making the recommendation.

Dr. Bertin thanks Dr. Khoury for responding and states he is relying on the committee to continue monitoring this drug.

Dr. Khoury responds the general epidemiology is around 1 in 11,000 live births are impacted by SMA but it is hard to identify patients that might qualify for this treatment as it is both a phenotypically and genotypically driven disease state. There are new screening techniques that will likely identify more patients due to those genetic screens. So, there are a lot of factors when you ask how many have it in the benefit. That number will evolve over time as screening evolves.

Dr. Peloquin responds, that was my question. Does the beneficiary population over 25 understand that the other drugs have not been included in the pharmacy benefit and this one is included? It is difficult to do the math and understand how it impacts patients with this disease state over the age of 25. He also asks if the renewal criteria will continue for patients beyond 25.

CDR Rovey agrees and states the renewal criteria does not re-ask patients their age. It simply asks if the drug continues to be effective. Therefore, they will be able to remain on the drug after the age of 25.

Mr. DuTeil clarifies that patients on the medication prior to the age of 25 will not be denied the medication after the age of 25. Is if available, if the patient is diagnosed after the age of 25?

CDR Rovey states the patient could have been diagnosed before the age of 25 but if it is the first request to use the medication after the age of 25 for the patient. At this point, awaiting other study data, the request would be denied.

There were no more questions or comments from the Panel. The Chair called for a vote on the UF/Tier 4/Not Covered Recommendation, Manual PA Criteria, and UF/Tier 4/Not Covered and PA Implementation Plan for the Newly Approved Drugs per 32 CFR 199.21(g)(5).

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4/Not Covered Recommendation**

  Concur: 5      Non-Concur: 1      Abstain: 0      Absent: 1

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria**

  Concur: 6      Non-Concur: 0      Abstain: 0      Absent: 1

- **Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4/Not Covered and PA Implementation Plan:**

  Concur: 6      Non-Concur: 0      Abstain: 0      Absent: 1

## IV.   UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA

### A.  New Manual PA Criteria

#### 1.  Narcotic Analgesics – Tapentadol ER (Nucynta ER)

The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) manual PA criteria for Nucynta ER in new users to ensure that other therapies for neuropathic or non-neuropathic pain are tried first.

Nucynta ER has been designated as UF since February 2012. Tapentadol has a similar mechanism of action to tramadol, which includes mu-opioid activation and norepinephrine reuptake inhibition. It is indicated for treatment of both non-neuropathic pain and neuropathic pain (e.g., diabetic peripheral neuropathy) severe enough to require daily, around-the-clock, long-term opioid treatment. Tapentadol ER has additional warnings and risk of adverse reactions due to its dual mechanism of action that are not seen with the other narcotic analgesics.

The previous P&T Committee conclusion was that there is no evidence that pain control with tapentadol ER is superior to oxycodone ER. A survey of MHS providers

54

noted that since tapentadol ER is a long-acting opioid it should be reserved for use after a trial of other non-opioid and short-acting opioid agents. Provider feedback supported implementing a PA for this medication based on relative clinical and cost effectiveness concerns.

The manual PA criteria are as follows:

Manual PA criteria applies to new users of Nucynta ER.

Manual PA Criteria: Coverage for Nucynta ER is approved if all criteria are met:

- The patient is 18 years of age or older

- The patient has a diagnosis of one of the following

  a. pain severe enough to require daily, around-the-clock, long-term opioid treatment

     OR

  b. neuropathic pain associated with diabetic peripheral neuropathy in adults severe enough to require daily, around-the-clock, long-term opioid treatment

- For non-neuropathic pain, the patient has tried and failed at least one of the following short-acting opioids

  a. morphine sulfate IR, codeine IR, hydromorphone IR, meperidine IR, oxycodone IR, hydrocodone/acetaminophen, oxycodone/acetaminophen, codeine/acetaminophen, tapentadol IR

- For neuropathic pain, the patient has tried and failed all of the following drugs/drug classes

  a. At least two of the following classes of non-opioid medications (unless the patient has a contraindication)

     1) gabapentin or pregabalin titrated to therapeutic dose

     2) a tricyclic antidepressant titrated to therapeutic dose

     3) duloxetine titrated to therapeutic dose

  b. Tramadol

  c. At least one of the following short acting opioids morphine sulfate IR, codeine IR, hydromorphone IR, meperidine IR, oxycodone IR, hydrocodone/acetaminophen, oxycodone/acetaminophen, codeine/acetaminophen, tapentadol IR

55

Non-FDA-approved uses are NOT approved.

Prior authorization does not expire.

**B. New Manual PA Criteria—Implementation Plan**

The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) the new PA for tapentadol ER (Nucynta ER) become effective in new users the first Wednesday 30 days after the signing of the minutes.

**C. Physician's Perspective:**

- There was only one drug where new PA Criteria was recommended, for the narcotic analgesic Nucynta ER, which has been on the formulary since 2015. This drug has unique safety concerns due to its actions that are not seen with other opioids, including risk of seizures.

- The committee did get comments from providers about the PA, and these providers felt that the other narcotic should be used first, due to the well-publicized risks of long-acting narcotics in opioid-naive patients. The PA will only apply to new users so any existing users will not be affected. The recommended PA is in line with what the VA and other commercial health plans have in place.

**D. Panel's Questions and Comments Regarding:**

*Manual PA Criteria Recommendation:*

Dr. Jay Peloquin asks is the safety profile new and has there been recent escalations relative to the safety.

CDR Raisor stated that we regularly monitor utilization especially for the opioids because of the risk and national attention that opioids have received. With our continuous monitoring of these medication and based on clinical/cost effectiveness this one came to our attention.

There were no more questions or comments from the Panel. The Chair called for a vote on the recommendation for the New Manual PA Criteria and Implementation Plan

- **New Manual PA Criteria**

  Concur: 6          Non-Concur: 0          Abstain: 0          Absent: 1

56

- **New Manual PA Criteria —Implementation Plan**

  Concur: 6          Non-Concur: 0          Abstain: 0          Absent: 1

# V.    UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA

## A. Updated Manual PA Criteria

Updates to the manual PA criteria and step therapy for several drugs were recommended due to expanded age indications and new FDA-approved indications. The updated PAs and step therapy outlined below will apply to new users. The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for Enbrel, Tremfya, Xeljanz and Xeljanz oral solution, Epclusa, Epidiolex, and Haegarda.

The updates are as follows:

1. **Targeted Immunomodulatory Biologics (TIBs)**

   - **etanercept (Enbrel)**—Etanercept (Enbrel) has been labeled for use in children as young as 4 years of age for plaque psoriasis since 2016. Use of Enbrel in this population has been exempt from the requirement to try ustekinumab (Stelara) first, as Stelara was only approved for children down to the age of 12 years with plaque psoriasis. After the August 2020 P&T meeting, Stelara received FDA-approval for treating patients as young as 6 years of age with plaque psoriasis. Therefore, a trial of Stelara for pediatric patients ages 6 and older with plaque psoriasis will be required before Enbrel. The current PA form for Enbrel will note that a trial of Stelara is not required first in patients 4 to 5 years of age.

   - **guselkumab (Tremfya)**—Updated the manual PA criteria to include the new indication of active psoriatic arthritis for patients 18 years of age and older.

   - **tofacitinib (Xeljanz, Xeljanz oral solution)**—Updated the manual PA criteria to include the new indication for the treatment of active polyarticular course juvenile idiopathic arthritis (pcJIA) in patients 2 years of age and older.

2. **Hepatitis C Agents: Direct Acting Agents—sofosbuvir/velpatasvir tablets (Epclusa)**—Updated the manual PA criteria to include the expanded age indication for patients 6 years of age or older or those weighing at least 17 kg with chronic HCV genotype 1, 2, 3, 4, 5, or 6.

3. **Anticonvulsants-Antimania Agents — cannabidiol oral solution (Epidiolex)**—Updated the manual PA criteria to include the new indication for treatment of seizures associated with tuberous sclerosis complex (TSC) in patients 1 year of age or older. Note that the PA will not specify an age limit.

4. **Hereditary Angioedema Agents — C1 Esterase Inhibitor [Human] (Haegarda)—**
Updated the manual PA criteria to include the expanded age indication for use in patients 6 years of age or older for routine prophylaxis to prevent hereditary angioedema. Previous manual PA criteria specified use in 12 years of age or older. Note that the PA will not specify an age limit.

**B. Updated Manual PA Criteria—Implementation Plan**

The P&T Committee recommended the following implementation periods:

- (15 for, 0 opposed, 0 abstained, 2 absent) Updates to the current PA criteria for Enbrel, Tremfya, Xeljanz, and Xeljanz oral solution, Epclusa, Epidiolex, and Haegarda in new users will become effective the first Wednesday 60 days after the signing of the minutes.

**C. Physician's Perspective:**

- This section is where we give brief summaries on drugs with current PAs are updated for expanded age ranges or indications. From this meeting we had six drugs that had updates   All the changes will result in an increased number of patients who will qualify for the drugs. For two drugs, we actually removed any mention of age in the criteria (Epidiolex and Haegarda.)

- We do continuously check for these types of updates from the package insert to ensure our PAs are not outdated.

**D. Panel's Questions and Comments Regarding:**

*Updated PA Criteria Recommendation:*

CAPT (Ret) Hostettler mentioned concerns about age limitations for the Hepatitis C Agents, Anticonvulsants-Antimania Agents, and the Hereditary Angioedema Agents. He states that in these specific cases you did not limit yourself to the clinical criteria of the study that got these drugs approved yet there were limitations on drugs in a previous section. I am trying to differentiate why it is being treated differently.

Dr. Lugo stated that you cannot compare the two drugs, as there are very different with different outcomes. In this instance, we are expanding.

Mr. Ostrowski states the reason this was done was that the other drug limiting it to the age of 25 it is a very expensive drug and instead of expanding it to all ages like you are talking about above 25 at this time, they are just going to go strictly with what the company's studies show when they did their analysis and so forth. So this way they are adding the drug to that age group up to 25 and maybe later they will expand it but I think that drug was just so expensive that they did not want to expand it to what the FDA approved.

58

CAPT (Ret) Hostettler states that it is his job to represent the beneficiary. Beneficiaries who have adult children who are eligible for the TRICARE benefit means they are probably of retirees who need some help. Due to science and innovation we have an opportunity to help them. Rather than allowing access to the medications, there a restrictions.

Mr. Jon Ostrowski says that he agrees and I am not stating that the recommendation is right. However, I believe the restrictions are based on cost.

Dr. Khoury states that we are driven by clinical and relative cost effectiveness. The data drives our decision, when there is no data, we have a hard time making that decision. We pay over 9 billion dollars in drug costs but we want to make sure that the drug getting to the patient is safe and effective for those patients, that is the point of the Prior Authorizations.

*Updated PA Implementation Plan:*

Dr. Jay Peloquin asked if 60 days should be sooner.

Dr. Lugo states that most of these have already been updated behind the scenes.

CAPT (Ret) Hostettler asks for clarity

Dr. Khoury states that we have the authority to provide PA guidance. These actions are to ensure that patients get access to drugs.

- There were no more questions or comments from the Panel. The Chair called for a vote on the Updated PA Criteria and the Updated PA Criteria—Implementation Plan for the Updated PA Criteria.

- **Updated PA Criteria**

  Concur: 6          Non-Concur: 0          Abstain: 0          Absent: 1

- **Updated PA Criteria—Implementation Plan**

  Concur: 6          Non-Concur: 0          Abstain: 0          Absent: 1


VI.    **BRAND ALBUTEROL HFA (PROAIR HFA) COPAYMENT CHANGE**

ProAir HFA oral inhaler has been designated BCF since November 2013. Pricing for the branded ProAir HFA inhaler is more cost-effective than the AB-rated generic formulations for albuterol HFA, which were launched earlier this year (February 2020). Currently at the Mail Order point of service, patients pay a Tier 1 copay for the branded product, since DoD has instructed ESI to dispense the

59

branded product rather than a generic albuterol inhaler. However, at Retail Network pharmacies the Tier 2 copay applies.

Applying the Tier 1 copay at both Retail and Mail will ensure the same copay for patients across the purchased care points of service, and will also encourage use of the most cost-effective branded ProAir HFA product. Additionally, lowering the copay is also consistent with 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020, in that the P&T Committee "will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries."

A. **PROAIR HFA BRAND COPAYMENT CHANGE AND IMPLEMENTATION**—The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) changing the copay for ProAir HFA from Tier 2 (brand) to the Tier 1 (generic) copay at the purchased care points of service. Implementation will occur the first Wednesday two weeks after signing of the minutes.

B. **Physician's Perspective:**

- This recommendation here is to lower the copay for the Brand ProAir Inhaler to the generic (Tier 1) copay for patient using the Retail pharmacy network. This is a "good news" message, as patients will see the reduced copay the next time they get their inhaler prescription filled

C. **Panel's Questions and Comments Regarding:**

*Brand Albuterol HFA (PROAIR HFA) Copayment Change:*

CAPT (Ret) Hostettler states he would like to end on a positive note. He thanks the committed for the lowering of the co-pay.

There were no more questions or comments from the Panel. The Chair called for a vote on the PROAIR HFA Brand Co-Payment change and Implementation.

- **PROAIR HFA Brand Copay Change and Implementation Recommendation**

    Concur: 6          Non-Concur: 0          Abstain: 0          Absent: 1

VII. **SECTION 702, NATIONAL DEFENSE AUTHORIZATION ACT (NDAA) FOR FISCAL YEAR (FY) 2018: TRICARE TIER 4/NOT COVERED DRUGS PER 32 CFR 199.21(E)(3) RE-REVIEW**

*Background*—The interim rule allowing for complete exclusion of drugs from TRICARE pharmacy benefit coverage was initially published on December 11, 2018, with the Final Rule published June 3, 2020. The Committee considers several factors in addition to cost when identifying Tier 4/Not Covered candidates, including the quality of clinical efficacy evidence available, determination of significant

60

safety issues in which risks may outweigh potential benefit, identification of drugs that contain ingredients not covered by the TRICARE pharmacy benefit, or other negative concerns.

The first Tier 4/Not Covered products were designated at the February 2019 Committee meeting, with implementation occurring on August 28, 2019. For the purposes of the re-review, the Committee considered whether there was any new compelling published clinical data, and evaluated any change in relative cost effectiveness.

*Relative Clinical and Cost Effectiveness Summary*

1. **Diabetes Non-Insulin Drugs – Biguanides Subclass: metformin ER gastric retention 24 hours (Glumetza brand and generics)** is an extended release metformin formulation, which uses a polymer-based oral drug delivery system that makes the tablet swell, causing retention in the stomach. Clinical trials show Glumetza is at least as efficacious as metformin immediate-release (IR) (Glucophage) in all measures of glycemic control. There is no evidence to suggest that differences in the extended-release properties of Glumetza confer any benefits in efficacy or safety compared to the other metformin ER formulations (Glucophage XR). A CMA failed to detect any significant changes in cost effectiveness from the February 2019 review.

2. **Pain Agents – Combinations Subclass: naproxen/esomeprazole (Vimovo brand and generic)** is a fixed-dose combination of two over-the-counter (OTC) drugs, which offers patients a convenient formulation for improving adherence. However, this particular combination of a nonsteroidal anti-inflammatory drug (NSAID), which is typically targeted for short-term use, and a proton pump inhibitor (PPI), which has limited data to support use beyond eight weeks, is potentially harmful. There is no data to suggest that using other prescription or OTC NSAIDs concurrently with PPIs would not provide the claimed benefit of the individual ingredients found. A CMA failed to detect any significant changes in cost effectiveness from the February 2019 review.

3. **Corticosteroids-Immune Modulators – High Potency Corticosteroid for Plaque Psoriasis: halobetasol propionate 0.05% foam (Lexette brand and generic)** is a high potency topical steroid, which can be applied on the scalp and other body areas. There are currently 28 other high-potency topical corticosteroids on the formulary, including 12 products formulated in a hair-friendly vehicle, including foam, gel, lotion, shampoo, and solution. Overall, there is a high degree of therapeutic interchangeability in the class. A CMA failed to detect any significant changes in cost effectiveness from the February 2019 review.

Overall, the information reviewed by the P&T Committee did not change the previous conclusions that Glumetza, Vimovo and Lexette foam have little to no additional clinical effectiveness relative to similar drugs in their respective classes, and the needs of TRICARE beneficiaries are met by alternative agents.

A. **TRICARE TIER 4/NOT COVERED RECOMMENDATION**—The P&T Committee recommended maintaining the following products as Tier 4/Not Covered under the TRICARE pharmacy benefits program.

- (15 for, 0 opposed, 0 abstained, 2 absent) metformin ER gastric retention 24 hours (Glumetza brand and generics)

61

- (14 for, 0 opposed, 0 abstained, 3 absent) naproxen/esomeprazole (Vimovo brand and generics)

- (14 for, 0 opposed, 0 abstained, 3 absent) halobetasol propionate 0.05% foam (Lexette brand and generics)

**B. IMPLEMENTATION PLAN:** Not applicable; Glumetza, Vimovo and Lexette are currently designated Tier 4.

**C. Physician's Perspective:**

- This is the first time that we have gone back to review the Tier 4 products. The first Tier 4 designations were done in February 2019, so we are at the one-year mark for implementation.

- For the three products that we reviewed again, we came to the same conclusion that we had agreed upon at the original decision. So these three drugs will remain Tier 4.

- We are not aware of any negative clinical impacts or outcomes as a result of the not covered status, other than the patient complaints on the out of pocket costs if they do not switch to a formulary alternative.

**D. Panel's Questions and Comments Regarding:**

There were no questions or comment from the Panel. The Chair called for a vote on the Section 702, National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2018: TRICARE Tier 4/Not Covered Drugs Per 32 CFR 199/21 (E) (3) Re-review.

- **TRICARE Tier 4/Not Covered Recommendation.**

  Concur: 6     Non-Concur: 0     Abstain: 0     Absent: 1

**Closing comments:**

Mr. Ostrowski thanks the Panel members for attending the meeting as well as the participants. He wishes everyone a Happy Holiday and a better New Year that experienced in 2020. He thanks Col Hoerner and the Team for the presentation. Lastly he thanks Ms. Armstead for organizing the meeting.

Col Hoerner thanks the Panel members, FMB Team, P&T Committee, Ms. Armstead and the participants.

Adjourns meeting at 3:07 pm.

Mr. Jon Ostrowski
UF BAP Co-Chairperson

Appendices:
- Appendix I – Brief list of Acronyms used in this Summary
- Appendix II – Informational Item—Summary of Recommendations and Beneficiary Impact December 2020
- Appendix III - Written Comments – Cure SMA
- Appendix IV - Written Comments – Ironshore Pharmaceuticals

## Brief Listing of Acronyms used in this Summary

Abbreviated terms are spelled out in full in this summary; when they are first used, the acronym is listed in parentheses immediately following the term. All of the terms commonly used as acronyms in the Panel discussions are listed below for easy reference. The term "Pan" in this summary refers to the "Uniform Formulary Beneficiary Panel," the group who is meeting in the subject of this report.

- ADR – Adverse reaction
- AML – Acute myeloid leukemia
- BCF – Basic Core Formulary
- BIA – Budget impact analysis
- CFR – Code of Federal Regulations
- CMA – Cost minimization analysis
- CMML – Chronic myelomonocytic leukemia
- COPD – Chronic obstructive pulmonary disease
- CRSwNP – Chronic rhinosinusitis with nasal polyposis
- DHA – Defense Health Agency
- DoD – Department of Defense
- EAACI – European Academy of Allergy and Clinical Immunology
- EGPA – Eosinophilic granulomatosis with polyangiitis
- EPOS – European Position Paper on Rhinosinusitis and Nasal Polyposis
- FDA – U.S. Food and Drug Administration
- HES – Hypereosinophilic Syndrome
- IST – Immunosuppressive therapy
- JNC – Joint National Contract
- LABA – Long acting beta agonist
- LAMA – Long acting muscarinic antagonist
- LC-FAOD – Long-chain fatty acid oxidation disorder
- mcL – Microliter
- MHS – Military Health System
- MN – Medical Necessity
- MTF – Military Treatment Facility
- NCCN – National Comprehensive Cancer Network
- NDAA – National Defense Authorization Act
- NMOSD – Neuromyelitis optica spectrum disorder
- NSAID – Nonsteroidal anti-inflammatory drugs
- ODT – Orally Dissolving Tablet
- OTC – Over the counter

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 95 of 980

AR1283

- PA – Prior authorization
- POD – Pharmacy Operations Division
- POS – Point of service
- PPI – Proton Pump Inhibitor
- Rx – Medical Prescription
- SC – Subcutaneous
- SMA – Spinal muscular atrophy
- SMN2 – Survival of motor neurons 2

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 96 of 980

AR1284

# X. INFORMATIONAL ITEM—SUMMARY OF RECOMMENDATIONS AND BENEFICIARY IMPACT DECEMBER 2020

| DoD PEC Drug Class | UF Drugs | NF Drugs | Tier 4/Not Covered Drugs | Implement Date | Notes and Unique Users Affected |
|---|---|---|---|---|---|
| Attention-Deficit/Hyperactivity Disorder (ADHD) Agents: Stimulants Subclass | ▪ amphetamine sulfate (Evekeo, generic)<br>▪ amphetamine sulfate ODT (Evekeo ODT)<br>▪ dextroamphetamine (Dexedrine Spansule ER cap, generic, Dextrostat tab, ProCentra sol, generic)<br>▪ dextroamphetamine (Zenzedi tab)<br>▪ lisdexamfetamine capsule and chewable tablet (Vyvanse)<br>▪ methamphetamine HCL (Desoxyn, generic)<br>▪ mixed amphetamine salts IR (Adderall, generic)<br>▪ dexmethylphenidate IR (Focalin, generic)<br>▪ dexmethylphenidate ER (Focalin XR, generic)<br>▪ methylphenidate CD (Metadate CD, generic)<br>▪ methylphenidate chewable tablet and solution (Methylin, generic)<br>▪ methylphenidate ER (Metadate ER, Methylin ER, generic)<br>▪ methylphenidate ER (Aptensio, generic)<br>▪ methylphenidate ER OS (Quillivant XR)<br>▪ methylphenidate IR (Ritalin, generic)<br>▪ methylphenidate LA (Ritalin LA, generic)<br>▪ methylphenidate XR sprinkle capsule (Jornay PM) | ▪ amphetamine ER-ODT (Adzenys XR-ODT)<br>▪ amphetamine ER OS (Adzenys ER)<br>▪ amphetamine XR OS (Dyanavel XR)<br>▪ mixed amphetamine salts ER triphasic release (Mydayis)<br>▪ methylphenidate ER chewable tablet (Quillichew ER)<br>▪ methylphenidate XR-ODT (Cotempla XR-ODT)<br>▪ methylphenidate patch (Daytrana) | ▪ methylphenidate ER sprinkle caps (Adhansia XR) | Pending signing of the minutes / 30 days. | N/A<br><br>• No changes made to the current NF and Tier 4 drugs<br>• Vyvanse moves from NF to UF<br><br>New Vyvanse PA only affects new uses |
| Respiratory Interleukins Class | ▪ benralizumab (Fasenra)<br>▪ dupilumab (Dupixent)<br>▪ mepolizumab (Nucala) | ▪ None | ▪ None | Pending signing of the minutes / 30 days. | • All 3 products remain UF<br>• PA updates only apply to new patients |

**Table of Newly Approved New Drugs Designated Tier 4—Unique Utilizers Affected**

| Drug | Total |
|------|-------|
| budesonide extended-release (Ortikos) | 16 |
| dexamethasone (Hemady) | 0 |
| fluticasone oral inhaler (Armonair Digihaler) | 0 |
| fluticasone/salmeterol oral inhaler (AirDuo Digihaler) | 4 |
| levamlodipine (Conjupri) | 0 |
| metoclopramide nasal spray (Gimoti) | 2 |

67



Make today a breakthrough.

December 13, 2020

Uniform Formulary Beneficiary Advisory Panel (BAP)
7700 Arlington Boulevard, Suite 5101
Falls Church, VA 22042–5101

Re: Newly Approved Drugs Review: risdiplam (Evrysdi)

Dear Uniform Formulary Beneficiary Advisory Panel Members:

On behalf of individuals with a neuromuscular disease known as spinal muscular atrophy (SMA), **Cure SMA urges the Uniform Formulary Beneficiary Advisory Panel to remove the age and other restrictions from the TRICARE policy for Evrysdi, a new SMA treatment, that conflict with the U.S. Food and Drug Administration (FDA) label.**

SMA is a progressive neurodegenerative disease that can significantly impact an individual's ability to walk, swallow, and—in the most severe cases—even breathe. SMA affects approximately 1 in 11,000 births, and about 1 in every 50 Americans is a genetic carrier. SMA can affect any race or gender.[i]

As the leading national organization dedicated to finding a cure and treatments for SMA, **Cure SMA is very concerned by the U.S. Department of Defense Pharmacy and Therapeutics Committee recommendations that would restrict access to Evrysdi for individuals with SMA who are older than 25 years old.**

The FDA approved Evrysdi on August 7, 2020 for the treatment of SMA in all individuals with SMA who are 2 months of age and older. The FDA's approval and broad label were based on clinical trials that demonstrated Evrysdi's effectiveness in both pediatric and adult patients.[ii] The FIREFISH (Part 1 & 2), SUNFISH, and JEWELFISH trials showed individuals with SMA who received Evrysdi achieved unprecedented developmental gains and milestones (i.e., swallowing, sitting, standing) and required fewer hospitalizations and reduced need for permanent ventilation and feeding support. In addition to the efficacy, the FDA thoroughly reviewed the SMA treatment for safety and concluded that the clinical trials data established that Evrysdi was safe for the treatment of SMA. Despite this strong body of evidence and the FDA's broad treatment label, the TRICARE policy limits Evrysdi to only individuals who are 25 years old or younger. **If approved, this policy would be among the most restrictive in the nation.**

Military families with SMA should be able to access an SMA treatment based on their individual choice and circumstance. In addition to the age restriction, Cure SMA is also concerned by the policy's restrictions related to ventilation support. There is no evidence to exclude individuals with SMA who are on permanent ventilation. The clinical data from Evrysdi showed gains in fine and gross motor function and found less dependency on ventilation.

68

**Cure SMA respectfully asks that this distinguished panel remove the restrictions and approve coverage of Evrysdi for all TRICARE beneficiaries with SMA who are 2 months of age and older, as recommended by the FDA.**

Thank you for considering Cure SMA's recommendation for full coverage of Evrysdi. Please do not hesitate to contact Cure SMA if you have questions or need additional information. Cure SMA can be reached through Maynard Friesz, Vice President for Policy and Advocacy at Cure SMA, at maynard.friesz@curesma.org or 202-871-8004. Thank you for your consideration.

Sincerely,

Kenneth Hobby
President

Mary Schroth, M.D
Chief Medical Officer

Jill Jarecki, PhD
Chief Scientific Officer

---

[i] About Spinal Muscular Atrophy, Cure SMA, 2020 https://www.curesma.org/about-sma/
[ii] U.S. Food and Drug Administration, Evrysdi Prescribing Information, 2020, (Page 2), https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/213535s000lbl.pdf

DocuSign Envelope ID: F5EE9C45-882D-41A0-AC3A-5D97D43FA521



Colonel Paul J. Hoerner, USAF                          Frank Bartolini, VP Market Access
7700 Arlington Boulevard                                Ironshore Pharmaceuticals Inc.
Suite 5101                                             frank.bartolini@ironshorepharma.com
Falls Church, VA 22042-5101                            Phone: 984-224-5107
_____

Date: December 11, 2020

Dear Colonel Hoerner,

Ironshore Pharmaceuticals Inc., the manufacturer of JORNAY PM® (methylphenidate HCl Extended-Release Capsules), appreciates the opportunity to comment on the prior authorization (PA) criteria and step therapy requirements recommended by the DoD Pharmacy and Therapeutics (P&T) Committee for products in the Attention Deficit Hyperactivity Disorder (ADHD): Stimulants Subclass.

The following table shows the DoD P&T Committee recommendations for formulary status and the number of steps that would apply to each of the brand name products that were evaluated in the Attention Deficit Hyperactivity Disorder (ADHD): Stimulants Subclass. The products are listed in the order of their respective costs, from lowest to highest, (as outlined on page 6 of the Beneficiary Advisory Panel (BAP) Background Information document).

|   | Brand Name Products (ranked from lowest cost to highest cost) | Formulary Status | Number of Steps |
|---|---|---|---|
| 1 | Evekeo ODT | UF | 2 |
| 2 | Quillivant XR | UF | 0 – No PA |
| 3 | *Jornay PM* | *UF* | *4* |
| 4 | Zenzedi | UF | 0 – No PA |
| 5 | Vyvanse | UF | 2 |
| 6 | Quillichew ER | NF | 0 – No PA |
| 7 | Dyanavel XR | NF | 0 – No PA |
| 8 | Mydayis | NF | 2 |
| 9 | Adzenys XR-ODT | NF | 0 – No PA |
| 10 | Adhansia XR | Tier 4/Not Covered | NA |
| 11 | Adzenys ER | NF | 0 – No PA |
| 12 | Daytrana | NF | 0 – No PA |
| 13 | Cotempla XR-ODT | NF | 3 |

As expected, the DoD P&T Committee recommended Uniform Formulary (UF) status for the lower cost brand name products and Non-Formulary (NF) status for the higher cost brand name products. The five lowest cost brand name products were recommended for UF status. The eight higher cost products were recommended for NF or Tier 4/Not Covered status.

However, the number of step therapy edits recommended by the DoD P&T Committee for brand name products does not correlate with the cost of the brand name products (as it does in the application of cost to their UF status). There is a disconnect between UF placement, product cost, and step therapy requirements. It is a well understood principle of pharmacy benefit management to use step therapy edits to encourage the use of less expensive products over more expensive products. The DoD P&T Committee recommendations for step therapy in this category do not adhere to this principle.

1. Faraone SV, et al. *J Clin Psychiatry.* 2020;81(1).

AR1289

DocuSign Envelope ID: F5EE9C45-882D-41A0-AC3A-5D97D43FA521



Military Health System (MHS) providers commented Jornay PM should remain UF, since it is helpful for children with developmental delays because of the bedtime dosing (see page 6 in the BAP Background information document). The benefit that UF formulary placement would convey upon this vulnerable patient populations appears negated by the requirement to step through four (4) formulary alternatives over the course of eight (8) months.

The DoD P&T Committee concluded that Jornay PM had a higher rate of insomnia (up to 33%) when indirectly compared to other methylphenidate formulations, where insomnia occurred at a rate up to 13%. However, the FDA, in their Appeal Granted Letter, agreed with the assessment that insomnia rates noted in clinical trials were overestimated as an artifact of study design. An artifact equally noted in placebo insomnia rates (9%) which are proportionately higher compared to other methylphenidate formulations where insomnia occurred at rates of approximately 3%. This assessment is furthered when examining real world evidence where Jornay PM insomnia rates (0.1%, N=25,000) are observed to be similar to, or lower than other ADHD stimulants[1].

Ironshore encourages the BAP to consider the following questions:

1. Why are 4 steps recommended for Jornay PM—more steps than any other brand name product—when 10 of the 13 brand name products cost more than Jornay PM?

2. Why are 4 steps recommended for Jornay PM—which is a UF product—when all NF products have fewer steps?

3. Why do 6 products that cost more than Jornay PM (e.g., Zenzedi, Quillichew ER, Dyanavel XR, Adzenys XR-ODT, Adzenys ER and Daytrana) have no step therapy requirements while Jornay PM has 4 steps?

4. Why should TRICARE beneficiaries be required to try four other products over an eight-month period when Jornay PM costs less than nine other brand name products that are only subject to 0, 1, 2 or 3 steps?

The Defense Health Agency Pharmacy Operations Division Formulary Management Branch (DHA POD FMB) routinely encourages pharmaceutical companies to offer lower prices to achieve a formulary position and step therapy requirements that can result in increased utilization of their products. Pharmaceutical companies may be less willing to offer lower prices if the DoD P&T Committee imposes step therapy requirements that do not have a corollary relationship to the comparative costs of products. The arbitrary and capricious application of step therapy requirements within the ADHD Stimulants Subclass may serve to undermine the Uniform Formulary Blanket Purchase Agreement (UF BPA) and Uniform Formulary Additional Discount Program (UF ADP) quote process.

Ironshore respectfully requests that the BAP members consider the issues addressed above and convey their concerns and comments to the DHA Director. Thank you for your time and consideration.

Sincerely,

Frank Bartolini
3D983760E732426...

Frank Bartolini
Vice President Market Access
Ironshore Pharmaceuticals Inc.

1. Faraone SV, et al. *J Clin Psychiatry.* 2020;81(1).

<div align="center">

**DEPARTMENT OF DEFENSE**
**PHARMACY AND THERAPEUTICS COMMITTEE**

**MINUTES AND RECOMMENDATIONS**
**February 2021**

</div>

I.  **CONVENING**
    The Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee convened at 0900 hours on February 3 and 4, 2021. Due to the COVID-19 pandemic, the meeting was held via teleconference.

II. **ATTENDANCE**
    The attendance roster is listed in Appendix A.

    **A. Review Minutes of Last Meetings**

    1.  **Approval of November 2020 Minutes**—Mr. Guy Kiyokawa, Deputy Director, DHA, approved the minutes from the November 2020 DoD P&T Committee meeting on January 27, 2021.

        a)  **Miscellaneous Neurologic Agent for spinal muscular atrophy (SMA)-risdiplam (Evrysdi) PA criteria:** The Deputy Director requested the DoD P&T Committee review the age limit restrictions on the risdiplam (Evrysdi) prior authorization criteria (see pp. 14, 16, 37).

    2.  **Clarification of Previous Minutes**

        a)  **February 2019 Meeting—Migraine Agents: CGRP Preventative: Expanded MTF/Mail Pharmacy Initiative (EMMPI)**: Erenumab (Aimovig) was recommended for removal from the EMMPI program, but this was inadvertently omitted from the meeting minutes. Aimovig will no longer remain on the EMMPI program.

III. **REQUIREMENTS**
    All clinical and cost evaluations for new drugs, including newly approved drugs reviewed according to 32 Code of Federal Regulations (CFR) 199.21(g)(5), and full drug class reviews included, but were not limited to, the requirements stated in 32 CFR 199.21(e)(1) and (g)(5). All TRICARE Tier 4/not covered drugs were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018. The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms. When applicable, patient-oriented outcomes are assessed, in accordance with the Final Rule. All uniform formulary (UF), basic core formulary (BCF), and TRICARE Tier 4/Not Covered recommendations considered the conclusions from the relative clinical effectiveness and relative cost-effectiveness determinations, and other relevant factors including those outlined in Section 702 of the National Defense Authorization Act (NDAA) for

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 103 of 980
AR1291

fiscal year (FY) 2018. Medical Necessity (MN) criteria were based on the clinical and cost evaluations and the conditions for establishing MN for a NF medication.

NF medications are generally restricted to the mail order program according to amended section 199.21, revised paragraphs (h)(3)(i) and (ii), effective August 26, 2015.

## IV. UF DRUG CLASS REVIEWS

### A. Breast Cancer Agents: Cyclin-Dependent Kinase (CDK) Inhibitors Subclass

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the CDK inhibitor subclass used for advanced or metastatic hormone receptor-positive (HR(+)), human epidermal growth factor receptor 2-negative (HER2(-)) breast cancer. The drugs include abemaciclib (Verzenio), palbociclib (Ibrance), and ribociclib (Kisqali). Ribociclib is also co-packaged with the aromatase inhibitor letrozole (Kisqali Femara Co-Pack), which is a convenience formulation.

The Committee comprehensively reviewed the evidence including what was analyzed when Verzenio, Kisqali, and Kisqali Femara were presented as innovators in November, May, and August of 2017, respectively.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 0 absent) the following:

*Efficacy*

- A comprehensive review of the evidence shows that each CDK inhibitor offers a statistically and clinically significant advantage in objective response rate (ORR) and progression free survival (PFS), relative to the respective controls used in the individual clinical trials.

- There is no clear efficacy superiority of any one CDK inhibitor over another, and no clear superiority of the sequencing of when to use the CDK inhibitors. Overall, efficacy considerations do not drive selection of one particular agents.

- There are no head-to-head trials available directly comparing one CDK inhibitor with another.

- Indirect comparison of the hazard ratios of various efficacy endpoints (including ORR and PFS) from systematic reviews and network meta-analyses show that no one particular CDK inhibitor exhibits superiority over any other.

*Guidelines*

- The National Comprehensive Cancer Network (NCCN) guidelines recommend abemaciclib, palbociclib, and ribociclib as preferred first-line,

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 104 of 980

AR1292

second-line or subsequent therapy, supported by the highest level of evidence.

- Abemaciclib (Verzenio) is also recommended as monotherapy for disease that has progressed on chemotherapy, but this is supported by a lower level of evidence (e.g., useful in certain circumstances).

- Other guidelines (e.g., American Society of Clinical Oncology, European Society for Medical Oncology) are in agreement with one another and make no distinction in the choice of a particular agent. Each CDK inhibitor has the same preference and strength of recommendation.

*Safety*

- There is no one clearly superior CDK inhibitor in terms of safety or tolerability.

- The safety profiles of the CDK inhibitors overlap, however, there are unique adverse events associated with each agent. Hematologic adverse events (e.g. neutropenia, anemia, and thrombocytopenia) are considered class effects.

  o Palbociclib (Ibrance) has the highest absolute risk of neutropenia, and a unique warning for the risk of pulmonary embolism.

  o Abemaciclib's (Verzenio's) safety profile includes a lower relative risk of neutropenia, but higher relative risk for diarrhea and unique warnings (amongst these agents) for hepatotoxicity and venous thromboembolism (VTE).

  o Ribociclib (Kisqali) has a lower relative risk of anemia, thrombocytopenia, and VTE, but higher relative risk for QT-prolongation and a unique warning (amongst these agents) for hepatobiliary toxicity.

*Overall Clinical Conclusion*

- Choice of treatment in HR(+)/HER2(-) advanced or metastatic breast cancer depends on several factors, including the safety profile of the individual CDK inhibitor, patients' preference, comorbidities, and disease burden.

*Relative Cost-Effectiveness Analysis and Conclusion*—A cost minimization analysis (CMA) and budget impact analysis (BIA) were performed. The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that ribociclib (Kisqali), ribociclib/letrozole (Kisqali Femara Co-Pack) abemaciclib (Verzenio) and palbociclib (Ibrance) were all cost-effective.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 105 of 980

AR1293

- BIA was performed to evaluate the potential impact of designating selected agents as formulary, NF, or Tier 4 on the UF. BIA results showed that designating all CDK inhibitors as UF demonstrated significant cost avoidance for the Military Health System (MHS).

1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 0 absent) the following:
   - UF
     - abemaciclib (Verzenio)
     - palbociclib (Ibrance)
     - ribociclib (Kisqali)
     - ribociclib/letrozole (Kisqali Femora Co-Pack)
   - NF – None
   - Tier 4 – None
   - Note that no CDK inhibitors were added to the BCF

2. ***COMMITTEE ACTION: MANUAL PA CRITERIA***—Manual PA currently apply to all four CDK inhibitors. The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 1 absent), updating the PA criteria to follow the NCCN guidelines, with the additional indication for Verzenio noted, and including all four drugs on one PA form. The unique safety and monitoring factors will be outlined for each drug. See Appendix C for the full criteria.

3. ***COMMITTEE ACTION: QLs***—QLs currently apply to the CDK inhibitors. The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 1 absent) applying a 28 day supply at all points of service for Ibrance, Verzenio, Kisqali, and Kisqali Femara Co-Pack. See Appendix D for the full criteria.

4. ***EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM AND NON-FORMULARY TO MAIL REQUIREMENTS***—The CDK inhibitors are not currently included on the EMMPI program, due to the likelihood of dosage reduction from adverse events. The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 2 absent) maintaining the current status (do not include Ibrance, Verzenio, Kisqali or Kisqali Femara Co-Pack on the EMMPI program).

5. ***COMMITTEE ACTION: UF, PA, QL, and EMMPI IMPLEMENTATION PERIOD***—The P&T Committee recommended

(18 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday 30-days after signing of the minutes in all points of service. Based on the P&T Committee's recommendation, the effective date is March 16, 2022.

**Addendum to the UF recommendation:** After the P&T meeting, a review of the bids submitted by one manufacturer showed that a re-calculation of the cost analysis was required. The new cost model was presented to the DoD P&T Committee via electronic means. An electronic vote was taken to determine whether to maintain the UF recommendation originally determined at the February 2021 meeting.

**COMMITTEE ACTION: ADDENDUM TO UF RECOMMENDATION:** The P&T Committee reaffirmed (14 for, 0 opposed, 0 abstained, 2 absent) the recommendation made at the meeting, which maintains all four CDK inhibitors (Verzenio, Ibrance, Kisqali, and Kisqali Femora Co-Pack) on the UF.

## B. Pulmonary 3 Agents: Combinations Subclass

*Background*—The Pulmonary 3 agents contain a fixed-dose triple combination of inhaled corticosteroid, long-acting muscarinic antagonist, and long-acting beta agonist (ICS/LAMA/LABA) in one inhaler. A triple combination regimen can also be achieved using a variety of multiple inhalers, including single ingredient inhalers used separately, or by using various fixed dose dual combination inhalers, such as, an ICS/LABA or LAMA/LABA.

The two drugs in the class are fluticasone/umeclidinium/vilanterol (Trelegy) and budesonide/glycopyrrolate/formoterol (Breztri). Triple combination therapy is used in severe chronic obstructive pulmonary disease (COPD) and severe asthma after failure with dual therapy ICS/LABA or LAMA/LABA. Both Trelegy and Breztri are approved for maintenance treatment of COPD, while Trelegy has an additional indication for maintenance treatment of asthma in adults.

Although this is the first time the Pulmonary 3 Agents have been reviewed as a class, both Trelegy and Breztri were originally reviewed as new drugs, in November 2017 and November 2020, respectively.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 0 absent) the following:

*Asthma*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 107 of 980

AR1295

- The National Asthma Education and Prevention Program Coordinating Committee (NAEPPCC) Expert Panel Working Group guidelines recommend adding a LAMA to ICS/LABA in patients with uncontrolled asthma to improve symptom control and quality of life. Triple combination therapy does not affect asthma exacerbations requiring corticosteroids or rescue medication use.

- Although Trelegy was shown to improve forced expiratory volume in one second (FEV1) Trelegy lacks an indication in the label to reduce asthma exacerbations.

*COPD*

- The Global Initiative for Chronic Obstructive Lung Disease (GOLD 2020), strategy recommends reserving triple therapy for highly symptomatic patients after failure of dual therapy with LAMA/LABA or ICS/LABA.

- In the individual clinical trials used to gain FDA approval, both Trelegy and Breztri demonstrated statistically significant improvements in trough FEV1, and in the Saint George Respiratory Questionnaire (SGRQ) quality of life instrument, however these results did not reach the minimally clinically important difference threshold.

- Although varying results were shown in the clinical trials with regard to a reduction in COPD exacerbations, neither Trelegy nor Breztri are indicated to reduce COPD exacerbations.

- For COPD, despite the lack of head-to-head trials, indirect comparisons suggest there is not a clinically relevant difference in the drugs' effects on improving FEV1.

*Safety*

- The GOLD strategy and American Thoracic Society guidelines recommend withdrawing ICS in patients receiving triple therapy (ICS/LAMA/LABA), if the patient has had no exacerbations in the preceding year, due to the risk of pneumonia.

- In studies with longer treatment durations, there was a higher rate of pneumonia with Trelegy, Breztri and ICS-containing regimens, compared to regimens lacking an ICS component.

- Overall drug discontinuation due to adverse events was low in the individual clinical trials with Trelegy and Breztri, versus respective comparators.

*Clinical Considerations*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 108 of 980

AR1296

- Breztri advantages include that it is less reliant on a patient's inspiratory flow rate to activate the inhaler; however, it is dosed twice daily, and is only indicated for COPD. The Breztri Aerosphere metered dose inhaler requires patient breath-hand coordination to activate. Clinical trials evaluating Breztri in adults with asthma are ongoing.

- Trelegy's advantages include FDA-approval for both asthma and COPD, and once daily dosing. The Ellipta inhaler device is breath-activated, requiring the patient to have a higher minimum inspiratory flow rate, however, it does not require patient breath-hand coordination.

*Overall Clinical Conclusion*

- The triple combination inhalers provide a convenience to patients by offering three drugs in one inhaler for one copay. However there is no data to show the triple combination inhalers result in improved outcomes compared to taking multiple inhalers to comprise a regimen of LABA/ICS/LAMA [ICS/LABA (e.g., Advair) plus LAMA (e.g., Spiriva)].

- In order to meet the needs of Military Health System (MHS) patients with COPD, at least one option for the triple ingredients of ICS/LAMA/LABA is required on the formulary; however, it does not have to be a three-ingredients-in-one inhaler.

*Relative Cost-Effectiveness Analysis and Conclusion*—CMA and BIA were performed. The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that budesonide/glycopyrrolate/formoterol (Breztri) and fluticasone/umeclidinium/vilanterol (Trelegy) were both cost-effective.

- BIA was performed to evaluate the potential impact of designating selected agents as formulary, NF, or Tier 4 on the UF. BIA results showed that designating Breztri and Trelegy as UF demonstrated the greatest cost avoidance for the Military Health System (MHS).

   1. ***COMMITTEE ACTION: UF RECOMMENDATION—***The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 0 absent) the following:

      - UF
         - fluticasone/umeclidinium/vilanterol (Trelegy)
         - budesonide/glycopyrrolate/formoterol (Breztri)
      - NF:  None

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 109 of 980

AR1297

- Tier 4/Not Covered: None
- Note that a pulmonary 3 agent will not be included on the Basic Core Formulary. Advair and Spiriva Respimat remain on the BCF.

2. ***COMMITTEE ACTION: QUANTITY LIMITS (QL)*—**The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 0 absent) standardizing the current Quantity Limits for Trelegy, and Breztri to allow for one inhaler per fill at Retail Network pharmacies, and three inhalers per fill at the MTF and TRICARE Mail Order pharmacy. See Appendix D for the full criteria.

3. ***COMMITTEE ACTION: EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) REQUIREMENTS*—** The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 0 absent) maintaining only Trelegy on the program. Breztri will not be included on the program. *(See the August 2021 P&T Committee meeting minutes where Breztri was added to the EMMPI program.)*

4. ***COMMITTEE ACTION: UF, QL, EMMPI PROGRAM AND IMPLEMENTATION PERIOD*—**The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday two weeks after signing of the minutes in all points of service. Based on the P&T Committee's recommendation, the effective date is March 2, 2022.

*(Note: See the August 2021 P&T Committee meeting minutes for the recommendation for the Tier 1 copay for Breztri.)*

## V. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions*—The P&T Committee agreed for group 1: (18 for, 0 opposed, 1 abstained, 0 absent); group 2: (18 for, 0 opposed, 1 abstained, 0 absent), with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5). See Appendix E for the complete list of newly approved drugs reviewed at the February 2021 P&T Committee meeting, a brief summary of their clinical attributes, and their formulary recommendations; see Appendix F for their restriction to or exemption from the Mail Order Pharmacy.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 110 of 980

**AR1298**

**A. *COMMITTEE ACTION: UF RECOMMENDATION*—**The P&T Committee recommended for group 1: (18 for, 0 opposed, 1 abstained, 0 absent); group 2: (18 for, 0 opposed, 1 abstained, 0 absent) the following:

- UF:
    - berotralstat (Orladeyo) – Corticosteroids-Immune-modulators; for hereditary angioedema (HAE)
    - hydrocortisone oral sprinkle capsules (Alkindi) – Adrenocortical insufficiency in children
    - lonafarnib (Zokinvy) – Miscellaneous metabolic agent for Hutchinson-Gilford Progeria Syndrome or processing-deficient Progeroid Laminopathies
    - pegfilgrastim-apgf syringe (Nyvepria) – White Blood Cell Stimulants. Note that as part of this recommendation, Nyvepria will be designated as step-preferred.
    - setmelanotide injection (Imcivree) – Weight loss agent for obesity due to deficiencies of proopiomelanocortin (POMC), proprotein convertase subtilisin/kexin type 1 (PCSK1), or leptin receptor (LEPR)
- NF:
    - clascoterone 1% cream (Winlevi) – Acne Agents: Topical acne and rosacea agents
    - loteprednol 0.25% ophthalmic solution (Eysuvis) - Ophthalmic: Corticosteroid for short term use in dry eye disease
    - relugolix (Orgovyx) – Luteinizing hormone-releasing hormone (LHRH) agonists-antagonists for advanced prostate cancer
    - sodium sulfate/magnesium sulfate/potassium chloride (Sutab) – Laxatives-Cathartics-Stool Softeners: Bowel Preparation for colonoscopy
    - tramadol oral solution (Qdolo) – Narcotic analgesics and combinations
- Tier 4/Not Covered: See Appendix H for additional detail regarding Tier 4 agents and formulary alternatives.
    - calcipotriene/betamethasone dipropionate 0.005%/0.064% topical cream (Wynzora) - Topical Psoriasis agent.
        - Wynzora was recommended for Tier 4 status as it is has little to no clinical benefit relative to other formulations of calcipotriene/betamethasone dipropionate formulations, and the needs of TRICARE beneficiaries are met by alternative agents.

- Formulary alternatives to Wynzora include using a vitamin D analog (calcipotriene 0.005% cream, ointment or solution) with a high potency topical corticosteroid (clobetasol propionate 0.05% ointment, cream, solution and gel; fluocinonide 0.05% cream, gel and solution), or calcipotriene 0.005% and betamethasone 0.064% foam (Enstilar) [Nonformulary].
- clobetasol propionate 0.05% lotion metered dose pump (Impeklo) – High Potency Topical Corticosteroid for steroid-responsive dermatoses.
  - Impeklo was recommended for Tier 4 status as it is has little to no clinical benefit relative to other formulations of clobetasol propionate, and the needs of TRICARE beneficiaries are met by alternative agents.
    - Formulary alternatives to Impeklo include betamethasone/propylene glycol 0.05% lotion; betamethasone dipropionate 0.05% gel; clobetasol propionate/emollient 0.05 % (emulsion) foam; clobetasol propionate 0.05% solution, lotion, gel, foam, spray, and shampoo, and fluocinonide 0.05% solution and gel

B. **COMMITTEE ACTION: MN CRITERIA**—The P&T Committee recommended group 1: (17 for, 0 opposed, 2 abstained, 0 absent); group 2: (18 for, 0 opposed, 1 abstained, 1 absent) MN criteria for Eysuvis, Orgovyx, Qdolo, Sutab, Winlevi. See Appendix B for the full criteria.

C. **COMMITTEE ACTION: PA CRITERIA**—The P&T Committee recommended group 1: (17 for, 0 opposed, 2 abstained, 0 absent); group 2: (18 for, 0 opposed, 1 abstained, 0 absent) the following (see Appendix C for the full criteria):

- Pegfilgrastim: No PA is required for Nyvepria, however, note that Nyvepria will be step-preferred, along with Udenyca and Fulphila (which were reviewed at the August 2020 meeting); new patients receiving a non-step-preferred Pegfilgrastim (Neulasta, Neulasta Onpro, and Ziextenzo) will be required to have a trial of Nyvepria, Udenyca and Fulphila first. The PA forms for the non-step-preferred products will be updated accordingly.

- LHRH agonists-antagonists for advanced prostate cancer: Applying manual PA criteria to new users of Orgovyx.

- HAE drugs: applying manual PA criteria to new users of Orladeyo. See the Utilization Management Section on pages 14 and 28 for updates to the PAs for all the HAE prophylaxis drugs.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 112 of 980
AR1300

- Applying manual PA criteria to new users of Alkindi Sprinkle, Imcivree, Qdolo, and Zokinvy.

- Applying manual PA criteria to new and current users of Eysuvis and Winlevi.

### D. Newly Approved Drugs per 32 CFR 199.21(g)(5)—Tier 1 Co-Pay for pegfilgrastim (Nyvepria)

The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) lowering the current Tier 2 cost-share for Nyvepria to the generic Tier 1 cost-share, with an effective date of the fist Wednesday two weeks after signing of the minutes at all points of service.

The authority for this recommendation is codified in 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020 which states "in implementing this rule, the Committee will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries. The intent of identifying agents in this manner as well as the new exclusion authority is to yield improved health, smarter spending, and better patient outcomes." Lowering the cost-share for Cutaquig will provide a greater incentive for beneficiaries to use the most cost-effective SCIG, in the purchased care points of service.

### E. *COMMITTEE ACTION: UF, MN, AND PA IMPLEMENTATION PERIOD*—The P&T Committee recommended group 1: (17 for, 0 opposed, 2 abstained, 0 absent); group 2: (18 for, 0 opposed, 1 abstained, 0 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status:** An effective date of the first Wednesday upon two weeks after signing of the minutes in all points of service, on March 2, 2022. Note that the updated PAs for the HAE drugs will also occur at this time.

- **New Drugs Recommended for Tier 4/Not Covered Status:** 1) An effective date upon 120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation, on June 15, 2022.

## VI. UTILIZATION MANAGEMENT

### A. PA Criteria

#### 1. New Manual PA Criteria

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 113 of 980

AR1301

a) **Skeletal Muscle Relaxants and Combinations – orphenadrine-aspirin-caffeine tablets (Norgesic, Orphengesic Forte)**—The non-opioid combination product containing orphenadrine 50 mg, aspirin 770 mg, and caffeine 60 mg is indicated for mild to moderate acute musculoskeletal pain. The fixed dose combination generic Norgesic and Orphengesic products are not cost effective relative to the individual components, which are all available in low-cost formulations. Several other cost-effective prescription and OTC non-opioid alternatives (i.e., baclofen, cyclobenzaprine, NSAIDs, acetaminophen) are also available.

> *COMMITTEE ACTION: NEW PA CRITERIA FOR NORGESIC, ORPHENGESIC FORTE* —The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) manual PA criteria for orphenadrine-aspirin-caffeine Norgesic and Orphengesic Forte in new users, to ensure that other therapies for musculoskeletal pain are tried first. See Appendix C for the full criteria.

b. **Narcotic Analgesics and Combinations-levorphanol tartrate tablets**—Levorphanol tartrate is reserved for patients who require an opioid for severe pain where alternative options (i.e., non-opioid analgesics, opioid combination products) are ineffective, not tolerated, or otherwise inadequate. It is not a first line treatment for pain, due to safety concerns related to the long half-life. Provider feedback mentioned unfamiliarity with this product and supported PA criteria. Numerous other appropriate pain management options are available.

> *COMMITTEE ACTION: NEW PA CRITERIA FOR LEVORPHANOL TARTRATE TABS*—The P&T Committee recommended (17 for, 0 opposed, 2 abstained, 0 absent) manual PA criteria for levorphanol tartrate tablets in new users, to ensure that other therapies for pain are tried first. See Appendix C for the full criteria.

2. **Updated PA Criteria, Step Therapy, and MN Criteria**

The P&T Committee recommended (17 for, 0 opposed, 2 abstained, 0 absent) updates to the PA criteria for several drugs, based on new clinical trial data, clinical practice guidelines, or MTF provider requests. The updated PA criteria discussed below apply to new users of an SGL2-inhibitor, Xhance, Symbicort/Dulera, and Evrysdi. See Appendices B and C for the full criteria.

a) **Diabetes Non-Insulin: Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitors-empagliflozin (Jardiance), dapagliflozin (Farxiga), canagliflozin (Invokana), ertugliflozin (Steglatro) and their combinations with metformin**—The SGLT2 inhibitors were originally approved for treating type 2 diabetes mellitus (T2DM) when the class was reviewed for formulary status in 2015. Empagliflozin (Jardiance) is currently the preferred SGLT2 inhibitor; canagliflozin (Invokana), dapagliflozin (Farxiga), and ertugliflozin (Steglatro) are nonformulary and non-

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 114 of 980

AR1302

step-preferred, requiring a trial of empagliflozin first. The SGLT2 inhibitors are also available in fixed-dose combinations with metformin.

Recently published trials provide evidence for the SGLT2 inhibitors in patients with heart failure with reduced ejection fraction (HFrEF) or chronic kidney disease (CKD), regardless of DM status. Clinical practice guidelines from the American College of Cardiology (ACC) (2021 ACC Consensus Decision Pathway for HFrEF Optimization) and the American Heart Association (AHA) (2020 Scientific Statement on cardiorenal protection in patients with DM and CKD) support a class effect for the SGLT2 inhibitors for improving cardiovascular outcomes. At the time of the February 2021 meeting, some of the package inserts for the SGLT2 inhibitors had not yet been updated to reflect the new clinical trial data. *Note that Jardiance received FDA approval for treating HFrEF on August 18, 2021.*

Provider input from MHS cardiologists and nephrologists overwhelmingly supported maintaining empagliflozin as the preferred SGLT2 inhibitor for T2DM, HFrEF and CKD, based on professional guidelines and clinical trial data, regardless of diabetes status or formal FDA-approval.

> ***COMMITTEE ACTION: SGLT2 INHIBITORS UPDATED PA CRITERIA***—The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) removing the current PA criteria for empagliflozin and empagliflozin/metformin. The PA criteria for canagliflozin, dapagliflozin, and ertugliflozin and their respective combinations with metformin were revised to require a trial of empagliflozin first for patients with T2DM, HFrEF and CKD. The nonformulary SGLT2 inhibitors will be allowed if the patient has a contraindication or has experienced adverse effects from empagliflozin. See Appendix C for the full criteria.

**b) Nasal Allergy Agents: Corticosteroids - fluticasone propionate 93 mcg nasal spray (Xhance)**—An MTF provider requested the Committee review the current PA and MN criteria for Xhance, which was designated NF at the February 2018 meeting. Xhance is the fourth fluticasone nasal product marketed, but it is only indicated for adults with nasal polyps and is not approved for allergic rhinitis.

A review of the evidence shows that Xhance may provide enhanced penetration of medication into the nasal cavity, but there is no evidence that this results in improved outcomes for the patient. Xhance provides no confirmed benefit in reducing nasal polyp size compared to alternative intranasal corticosteroids or steroid lavage. However, changes to the Xhance manual PA criteria were made to align with current rhinosinusitis guidelines for treating nasal polyps, and to follow DHA Specialist recommendations.

Additions to the criteria include a new requirement for nasal saline irrigation. The option of nasal corticosteroid lavage (e.g., irrigation/rinse) was added to list of treatments that are required prior to Xhance (patients must still try two nasal

steroids before Xhance). The MN criteria were also updated to require a trial of one formulary alternative prior to Xhance.

c) **Pulmonary-1 Agents: Combinations: budesonide/formoterol (Symbicort) and mometasone/formoterol (Dulera)**—Manual PA criteria for Symbicort and Dulera were originally recommended in February 2014, requiring a trial of fluticasone/salmeterol (Advair) first. The PA criteria were most recently revised in November 2019, allowing ICS-formoterol (e.g., budesonide/formoterol, or mometasone/formoterol) as a rescue inhaler, based on the 2019 Global Initiative for Asthma (GINA) evidence-based strategy.

In 2020, the U.S. based National Asthma Education and Prevention Program Coordinating Committee (NAEPPCC) focused update to the Asthma Management Guidelines now prefers combination ICS-formoterol for daily (maintenance) and as needed use (PRN or quick-relief therapy) for moderate persistent asthma (Steps 3 and 4 in the algorithm) over other ICS and ICS/LABA combinations. The traditional regimens of ICS with PRN short-acting beta agonist (SABA) or ICS/long acting beta agonist (LABA) with PRN SABA are now considered alternate treatments. However, no changes are needed if a patient's current regimen of maintenance ICS/LABA with SABA as quick-relief therapy is providing adequate asthma control.

This approach of using ICS-formoterol for maintenance and PRN use was based on 10 studies comparing ICS-formoterol dual combination inhalers with the same dose ICS or higher dose ICS single ingredient inhalers. A reduction in asthma exacerbations was noted with ICS-formoterol therapy. Limitations to the studies were the inclusion of ICS-formoterol and SABA inhalers that are not commercially available in the U.S. and significant industry funding. Also note that the current FDA labeling for Symbicort and Dulera does not include quick-relief use.

Provider feedback was solicited regarding the NAEPPCC recommendations, and overall, providers supported increased access to ICS/formoterol combinations for DoD beneficiaries. Current contracting commitments preclude changing the formulary status for Symbicort and Dulera at this time. However, manual PA criteria and MN criteria for both drugs were updated in accordance with the 2020 NAEPPCC recommendations.

d) **Miscellaneous Neurologic Agent for spinal muscular atrophy (SMA): risdiplam (Evrysdi) oral solution**—Manual PA criteria for Evrysdi were added when it was first reviewed as a new drug at the November 2020 meeting. The Director, DHA recommended that the P&T Committee re-review the criteria. The Committee re-evaluated the current age restriction, which limits use to patients younger than 25. After further review, despite a lack of clinical evidence supporting Evrysdi in patients older than 25 years of age, for humanistic reasons the age restriction was

removed from the PA. Patients meeting all the other criteria will be allowed to use Evrysdi, regardless of age. See Appendix C for revised criteria.

> ***COMMITTEE ACTION: UPDATED PA CRITERIA***—The P&T Committee recommended (17 for, 0 opposed, 2 abstained, 0 absent) updated PA criteria for Xhance, Symbicort, Dulera, the HAE drugs, and Evrysdi, and the updated MN criteria for Symbicort and Dulera. See Appendix B for the full MN criteria and see Appendix C for the full PA criteria.

3. **Updated PA Criteria, Step Therapy, and MN Criteria for New FDA-Approved Indications, NCCN Guideline Updates, or Age Ranges**

   The P&T Committee (17 for, 0 opposed, 2 abstained, 0 absent) recommended updates to the manual PA criteria and step therapy for several drugs due to expanded age indications, and new FDA-approved indications, or other reasons. The updated PAs, MN criteria and step therapy outlined below will apply to new users. See Appendix C for full criteria.

   - **Corticosteroid-Immune Modulators for Hereditary Angioedema (HAE) Prophylaxis: plasma-derived human Cl Esterase Inhibitor IV (Cinryze), plasma-derived human Cl Esterase Inhibitor SC (Haegarda), lanadelumab (Takhzyro) SC injection** –The prophylactic HAE drugs were evaluated for formulary status in August 2017, and new drug review for Orladeyo was presented previously at this meeting (see 10). The manual PA criteria for the HAE prophylactic drugs were updated to reflect the 2020 U.S. Hereditary Angioedema Association guidelines which do not recommend a trial of anabolic androgens prior to other available prophylactic agents.

   - **Targeted Immunomodulatory Biologics (TIBs) - anakinra (Kineret)**—Manual PA criteria now allow for the new indication of Deficiency of Interleukin-1 Receptor Antagonist (DIRA).

   - **Immunosuppressives - belimumab (Benlysta)**—belimumab injection SQ and IV (Benlysta)—Manual PA criteria were updated to include the new indication of active lupus nephritis in adults who are receiving standard therapy.

   - **Cystic Fibrosis Agents - ivacaftor (Kalydeco), elexacaftor/tezacaftor/ivacaftor (Trikafta), and tezacaftor/ivacaftor (Symdeko)**—The PA criteria for the cystic fibrosis drugs were revised to standardize the wording for all three drugs, and to reflect the new indications allowing for mutation types that are responsive to Kalydeco or Symdeko, based on clinical and/or *in vitro* assay data.

   - **Weight Loss Agents - liraglutide 3 mg (Saxenda)**—Manual PA criteria now allow use in patients as young as 12 years for weight loss. Patients age 16 years and older must first try phentermine, consistent with the requirements for adults, however

patients between the ages of 12 to 15 years are allowed to use Saxenda without first trying phentermine.

- **Oncological Agents**
  - **Breast Cancer - neratinib (Nerlynx)**—Includes the new FDA-approved indications for advanced or metastatic human epidermal growth factor receptor 2 positive (HER2+) breast cancer in adults, when used in combination with capecitabine, and when the patient has received two or more prior anti-HER2-based regimens in the metastatic setting. The previous lifetime duration of one year was removed, since the new indication of HER2+ breast cancer does not limit length of the treatment course.
  - **Multiple Myeloma - selinexor (Xpovio)**—Updated the manual PA criteria to allow for the new indication for multiple myeloma, when used in combination with bortezomib and dexamethasone, and when the patient has received at least one prior therapy.
  - **Multiple Myeloma - ixazomib (Ninlaro)**—Updated the manual PA for NCCN recommended (category 1) use as a single-agent maintenance therapy for multiple myeloma when patients will receive Ninlaro following primary therapy and hematopoietic cell transplant (HCT).

- **Sleep Disorders**
  - **Wakefulness Promoting Agents - pitolisant (Wakix)**—The new indication of cataplexy in adults with narcolepsy is now included in the criteria.
  - **Sleep Disorders: Insomnia Agents - tasimelteon capsule and liquid (Hetlioz, Hetlioz LQ)**—tasimelteon capsule and liquid (Hetlioz/Hetlioz LQ)—Updated the manual PA criteria to include the new indication of Smith-Magenis Syndrome (SMS) for the capsules in patients 16 years of age and older, and for the liquid in patients 3 to 15 years of age.

> ***COMMITTEE ACTION: UPDATED MANUAL PA CRITERIA—***
> The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) updates to the manual PA criteria for the CF drugs, Kineret, Benlysta, Saxenda, Nerlynx, Xpovio, Ninlaro, Wakix, Hetlioz, and Hetlioz LQ. See Appendix C for the full PA criteria.

## B. Quantity Limits

*General QLs:* QLs were reviewed for five newly approved drugs.

> ***COMMITTEE ACTION: QLs—***The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) QLs for Alkindi Sprinkle, Zokinvy, Imcivree, Orladeyo, and Winlevi. See Appendix D for the QLs.

## C. PA and QLs Implementation Periods

> ***COMMITTEE ACTION: PA AND QLs IMPLEMENTATION
> PERIOD***—The P&T Committee recommended the following implementation
> periods:
>
> - (18 for, 0 opposed, 1 abstained, 0 absent) The new PA for orphenadrine-aspirin-caffeine tablets (Norgesic, Orphengesic Forte); the updated SGLT2 inhibitor PA criteria; and the removal of the age restriction for Evrysdi will become effective in new users the first Wednesday 30 days after the signing of the minutes (March 16, 2022). *Note that due to the BAP meeting delay and subsequent delay of the signing of the February 2021 P&T Committee meeting minutes, the PA for Evrysdi was updated in June 2021, based on the direction of the Director, DHA from the November 2020 DoD P&T Committee minutes' signing. .*
>
> - (17 for, 0 opposed, 2 abstained, 0 absent) Updates to the current PA criteria in new users for Xhance; the LAMA/LABA inhalers Symbicort and Dulera; Kineret; Benlysta; the CF drugs Kalydeco, Symdeko, and Trikafta; Saxenda; the oncology drugs Nerlynx, Xpovio, and Ninlaro, and the sleep disorder drugs Wakix, Hetlioz, and Hetlioz LQ, along with MN criteria updates for Xhance, Symbicort, and Dulera will become effective the first Wednesday 60 days after the signing of the minutes (April 20, 2022). *Note that due to the BAP meeting delay and subsequent delay of the signing of the February 2021 P&T Committee meeting minutes, and the fact that the PA updates expand the potential patient eligible to receive the drugs listed above, the PAs were updated in June 2021.*
>
> - (17 for, 0 opposed, 2 abstained, 0 absent) The new PA for levorphanol tartrate tablets will become effective in new users the first Wednesday 90 days after the signing of the minutes (May 18, 2022).
>
> - (18 for, 0 opposed, 1 abstained, 0 absent) QLs listed in Appendix D will become effective the first Wednesday 2 weeks after the signing of the minutes in all POS (March 2, 2022).
>
> - Note that the implementation for the updated PAs for the HAE drugs Cinryze, Haegarda, Takhzyro and Orladeyo will occur at two weeks after signing of the minutes, as outlined in the new drug section on p 10.

## VII.  LINE EXTENSIONS

The P&T Committee clarified the formulary status for several product line extensions ("follow-on products") by the original manufacturer. Line extensions have the same FDA indications as the "parent" drug and retain the same formulary and copayment status as the "parent" drug.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 119 of 980

AR1307

A. **COMMITTEE ACTION: LINE EXTENSIONS, FORMULARY STATUS CLARIFICATION, AND IMPLEMENTATION**—The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) clarifying the formulary status of the following products to reflect the current formulary status and applicable step therapy, MN criteria, PA criteria, QLs, and EMMI List status, and specialty status for the parent compound. Implementation will occur the first Wednesday two weeks after signing of the minutes (March 2, 2022).

- **Hepatitis C Agents: Direct Acting Agents**—designating **sofosbuvir/velpatasvir tablets (Epclusa) 200 mg-50 mg tablet** as UF, with the same manual PA requirements, QLs, and specialty reporting requirements similar to Epclusa 400 mg-100 mg tablet.

- **Gastrointestinal-2 Agents: Miscellaneous**—**fidaxomicin granules for oral suspension (Dificid)**—designating Dificid granules for oral suspension as UF with similar QLs as currently applies to the Dificid oral tablet. See Appendix D for the QL.

## VIII. REFILLS OF PRESCRIPTION MAINTENANCE MEDICATIONS THROUGH MTF PHARMACIES OR THE MAIL ORDER PROGRAM

**Newly Approved Drugs per 32 CFR 199.21(g)(5)**
See Appendix F for the mail order status of medications designated UF or NF during the February 2021 P&T Committee meeting. Note that the Add/Do Not Add recommendations listed in the appendix pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement. The implementation date for all of the recommendations from the February 2021 meeting listed in Appendices E and F, including those for newly approved drugs, will be effective upon the first Wednesday two weeks after the signing of the minutes.

1. **COMMITTEE ACTION: NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5) RECOMMENDED FOR UF OR NF STATUS**—The P&T Committee recommended (groups 1: 17 for, 0 opposed, 1 abstained, 1 absent; group 2: 18 for, 0 opposed, 1 abstained, 0 absent), adding or exempting the drugs listed in Appendix F to/from the Select Maintenance List (EMMI List) for the reasons outlined in the table. See Appendix F.

## IX. CHANGES TO THE MHS GENESIS OTC LIST: ALIGNING OTC FORMULARIES AT MTFS: NASAL COLD AND ALLERGY PRODUCTS

*Background*—The DoD P&T Committee continued reviewing the OTC drugs on the MHS GENESIS OTC list. For a full description of the background and process details, refer to the May 2019 and August 2019 DoD P&T Committee meeting minutes, found at http://health.mil/PandT.

Factors influencing whether a particular OTC product is retained or removed from the MHS GENESIS OTC List include volume and utilization across multiple MTFs; feedback from MTF stakeholders to include primary care providers, pediatricians, and other providers, DHA Clinical Community advisory groups, pharmacists, and pharmacy personnel; clinical considerations; and comparative cost.

A. **OTC Nasal Cold and Allergy Products**—OTC nasal cold and allergy products include nasal corticosteroids (budesonide, fluticasone furoate, fluticasone propionate, and triamcinolone), cromolyn sodium, nasal decongestants (oxymetazoline and phenylephrine), and saline nasal products.

Legend products in this category include nasal steroids (beclomethasone, ciclesonide, flunisolide, fluticasone propionate, and mometasone), nasal anticholinergics (ipratropium) and nasal antihistamines (azelastine and olopatadine). By far the most commonly used products across these categories are legend fluticasone propionate 50 mcg, OTC oxymetazoline 0.05% spray, and the four OTC saline products noted below. These products are also consistently lower in cost compared to alternative products. Clinicians at MHS GENESIS sites that dispensed less commonly used OTC products (e.g., budesonide, the OTC version of fluticasone propionate 50 mcg, cromolyn, or phenylephrine) did not express an overwhelming need to retain any of these OTC products on formulary.

1. ***COMMITTEE ACTION: STATUS ON THE MHS GENESIS OTC LIST/IMPLEMENTATION***—The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 1 absent) the following:

- Retaining oxymetazoline 0.05% spray, sodium chloride, bicarbonate/squeeze bottle (e.g., Ayr, Neilmed Sinus) pack w/dev; sodium chloride/sodium bicarbonate (Ayr, Neilmed Sinus Rinse) packet; sodium chloride (Ayr Saline, Baby Ayr Saline) 0.65% drops; and sodium chloride (Ayr Saline, Deep Sea, Ocean) 0.65% spray.

- Removing budesonide 32 mcg spray, fluticasone propionate 50 mcg spray, cromolyn sodium 5.2 mg spray, and phenylephrine 0.125%, 0.25% and 0.5% sprays, which are rarely used by MTFs.

- An implementation date of the first Wednesday 120 days following signing of the minutes for the products removed from the list. No patient letters are required due to the typically intermittent use of

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 121 of 980
AR1309

the products. Appendix I outlines specific products retained or added to the MHS GENESIS OTC List.


## X. ITEMS FOR INFORMATION

### A. Tier 4/Not Covered Re-Review: Proton Pump Inhibitor (PPI) — dexlansoprazole (Dexilant) and esomeprazole strontium:

The Committee was briefed on the Tier 4 PPIs (dexlansoprazole and esomeprazole strontium) selected at the May 2019 meeting, with implementation occurring November 28, 2019 (with some MTFs implementing in January 2020). For dexlansoprazole (Dexilant), there was no new clinical data to change the May 2019 conclusion that it does not have a significant clinically meaningful therapeutic advantage in terms of effectiveness, safety, and clinical outcomes compared to other PPI drugs currently included on the UF. Dexlansoprazole remains significantly more costly than the remainder of the class. Esomeprazole strontium was discontinued from the market in 2020.

In the future, after a medication in any drug class has been recommended for Tier 4 placement by the DoD P&T Committee, the Committee will only review the drug again if significant clinical or cost-effectiveness updates or changes have occurred that may necessitate a change in Tier 4 status.

### B. Annual Review of Newly Approved Drugs

The Committee was briefed on the utilization and cost trends for the newly approved drugs per 32 CFR 199.21(g)(5) that were evaluated since program implementation in August 2015. Since the start of the program, 351 drugs have been reviewed, including 77 in calendar year 2020 alone. Updates on the metrics for the newly approved drugs will be presented periodically at upcoming P&T Committee meetings.

### C. Post-Implementation Review: Migraine Agents: Calcitonin Gene-related Peptide (CGRP) Preventatives

The CGRP migraine prophylaxis drugs [erenumab (Aimovig), fremanezumab (Ajovy), and galcanezumab (Emgality)] were evaluated for formulary status in February 2019. Overall trends in utilization and expenditures were reviewed since implementation in November 2019.


## XI. ADJOURNMENT

The meeting adjourned at 1619 hours on February 4, 2021. The next meeting will be in May 2021.

### Appendix A—Attendance: February 2021 DoD P&T Committee Meeting
### Appendix B—Table of Medical Necessity Criteria

Meeting & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

**Appendix C—Table of Prior Authorization Criteria**
**Appendix D—Table of Quantity Limits**
**Appendix E—Table of Formulary Recommendations for Newly Approved Drugs per 32**
      **CFR 199.21(g)(5)**
**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary**
      **during the February 2021 DoD P&T Committee Meeting**
**Appendix G—Table of Implementation Status of Uniform Formulary**
      **Recommendations/Decisions Summary**
**Appendix H—Tier 4/Not Covered Drugs and Therapeutic Alternatives**
**Appendix I—MHS GENESIS OTC Test List**
**Appendix J—Table of Abbreviations**

# DECISION ON RECOMMENDATIONS

**SUBMITTED BY**:

_John P. Kugler_

John P. Kugler, M.D., MPH
DoD P&T Committee Chair

**The Director, DHA**:

☒     concurs with all recommendations.

☐     concurs with the recommendations, with the following modifications:

      1.

      2.

      3.

☐     concurs with the recommendations, except for the following:

_Brian C. Lein_

Brian C. Lein, MD
Assistant Director,
Healthcare Administration
*for* Ronald J. Place
LTG, MC, USA
Director

14 Feb 2022
Date

Page 22 of 58

Meeting & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 124 of 980

AR1312

**Appendix A—Attendance: February 2021 P&T Committee Meeting**

| | |
|---|---|
| **Voting Members Present** | |
| John Kugler, COL (Ret.), MC, USA | DoD P&T Committee Chair |
| Col Paul Hoerner BSC, for Col Markus Gmehlin BSC | Chief, DHA Pharmacy Operations Division (POD) |
| CDR Scott Raisor, BCACP | DHA Formulary Management Branch (Recorder) |
| LTC John Poulin, MC | Army, Physician at Large |
| COL Aatif Sheikh, MSC | Army, Pharmacy Officer |
| LTC Rosco Gore, MC | Army, Internal Medicine Physician |
| MAJ Wendra J Galfand, MC | Army, Family Medicine Physician |
| LCDR Sean Stuart, MC | Navy, Physician at Large |
| CDR Bradley Gotto for CAPT Brandon Hardin, MSC | Navy, Pharmacy Officer |
| LCDR Danielle Barnes, MC | Navy, Pediatrics Representative |
| CDR Austin Parker, MC | Navy, Internal Medicine Physician |
| CDR Jason Foote for CAPT Paul Michaud, USCG | Coast Guard, Pharmacy Officer |
| Maj Jeffrey Colburn, MC | Air Force, Internal Medicine Physician |
| Col James Jablonski, MC | Air Force, Physician at Large |
| Lt Col Larissa Weir, MC | Air Force, OB/GYN Physician |
| Col Corey Munro, BSC | Air Force, Pharmacy Officer |
| COL Clayton Simon, MC | TRICARE Regional Office Representative |
| Dr. Lara Au | Oncology Pharmacist |
| LTC Jason Burris | Army, Oncologist |
| **Nonvoting Members Present** | |
| Bryan Wheeler, DHA | Deputy General Counsel, DHA |
| Beth Days, PharmD | Oncology Pharmacist |
| LCDR William Agbo CPT Hope Shen | DLA Troop Support |

| Elaine Furmaga (February 3rd)<br>Mitchell Nazario (February 4th) | Department of Veterans Affairs |
|---|---|

| **Guests** | |
|---|---|
| Ms. Hilary Meckel | DHA Contracting Officer |
| Ms. Yvette Dluhos | DHA Contracting |
| Mr. Dwight Bonham | DHA Contracting |
| Mr. Hudson Tompkins | DHA Contracting |
| Ms. Grace Steier | DHA Contracting |
| Mr. Monroe Porter | DHA Contracting |
| Ms. Madison Northen | DHA Contracting |
| **Others Present** | |
| Lt Col Ronald Khoury, MC | Chief, DHA Formulary Management Branch POD |
| CDR Heather Rovey, MSC | Chief, P&T Section, DHA Formulary Management Branch |
| Angela Allerman, PharmD, BCPS | DHA Formulary Management Branch |
| Shana Trice, PharmD, BCPS | DHA Formulary Management Branch |
| Amy Lugo, PharmD, BCPS | DHA Formulary Management Branch |
| LCDR Todd Hansen, MC | DHA Formulary Management Branch |
| MAJ Adam Davies, MSC | DHA Formulary Management Branch |
| LCDR Elizabeth Hall, BCPS | DHA Formulary Management Branch |
| Ellen Roska, PharmD, MBA, PhD | DHA Formulary Management Branch |
| Julia Trang, PharmD | DHA Formulary Management Branch |
| MAJ Triet Nguyen, MSC | DHA Formulary Management Branch |
| Maj Gregory Palmrose, BSC | DHA Market Management Branch |
| CDR Eric Parsons | DHA Purchased Care Branch |
| Mr. David Folmar | DHA Formulary Management Branch Contractor |
| Mr. Kirk Stocker | DHA Formulary Management Branch Contractor |
| Mr. Michael Lee | DHA Formulary Management Branch Contractor |
| Ms. Ebony Moore | DHA Formulary Management Branch Contractor |
| Ms. Rachel Lai | University of Texas PharmD Student |

Appendix B—Table of Medical Necessity (MN) Criteria

| Drug / Drug Class | Medical Necessity Criteria |
|---|---|
| **Newly Approved Drugs MN Criteria** | |
| • clascoterone cream (Winlevi)<br><br>**Acne Agents: Topical Acne and Rosacea** | • Use of formulary agents is contraindicated<br>• Patient has tried AND failed or experienced significant adverse effects from at least 3 formulary agents, including 1 oral product and 1 clindamycin/benzoyl peroxide combination product.<br><br>**Formulary alternatives:** adapalene (cream, gel, lotion), clindamycin (cream, gel, lotion, solution), clindamycin/benzoyl peroxide (combination) gel, and tretinoin (cream, gel), spironolactone |
| • loteprednol 0.25% ophthalmic solution (Eysuvis)<br><br>**Ophthalmic: Dry Eye** | • Patient has experienced significant adverse effects from formulary agents<br>• A trial of two formulary agents has resulted in therapeutic failure (one of which must be loteprednol 0.5%)<br><br>**Formulary alternatives:** loteprednol 0.5% gel, ointment, or suspension (Lotemax, generics); loteprednol 0.38% gel (Lotemax SM); loteprednol 1% suspension (Inveltys); loteprednol 0.2% suspension (Alrex, generics); fluorometholone (Flarex, FML) |
| • relugolix (Orgovyx)<br><br>**Luteinizing Hormone-Releasing Hormone Agonists-Antagonists for Prostate Cancer** | • At least one formulary agent (Lupron Depot, Eligard, Firmagon) resulted in therapeutic failure.<br>• No alternative formulary agent – Patient is not able to use a intramuscular injection, subcutaneous injection or implant<br><br>**Alternatives**: leuprolide acetate IM (Lupron Depot), leuprolide acetate SQ (Eligard), degarelix SQ (Firmagon), goserelin SQ implant (Zoladex), histrelin SQ implant (Vantas), triptorelin IM (Trelstar Mixject) |
| • sodium sulfate/ magnesium sulfate/ potassium chloride (Sutab)<br><br>**Laxatives-Cathartics-Stool Softeners: Bowel Preparations** | • No alternative formulary agent – the patient requires a bowel prep formulated as a tablet and cannot take OsmoPrep.<br><br>**Formulary alternatives**: GoLytely, Suprep, MoviPrep |
| • tramadol oral solution (Qdolo)<br><br>**Narcotic Analgesics & Combinations** | • No alternative formulary agent - Patient cannot swallow tablets<br><br>**Formulary alternatives**: tramadol IR tablets, acetaminophen liquid, ibuprofen liquid |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

| Drug / Drug Class | Medical Necessity Criteria |
|---|---|
| **Utilization Management Updated MN Criteria** | |
| • fluticasone propionate 93 mcg nasal spray (Xhance)<br><br>**Nasal Allergy Agents: Corticosteroids** | **Updates from the February 2021 meeting are in bold and strikethrough.**<br><br>• Use of at least ~~two~~ **one** formulary ~~and nonformulary~~ nasal allergy drugs has resulted in therapeutic failure<br><br>**Formulary Alternatives**: ~~azelastine 137 mg nasal inhaler~~, flunisolide (generic Nasarel), fluticasone propionate 50 mcg nasal inhaler (generic Flonase), mometasone (generic Nasonex), beclomethasone (Beconase AQ), **budesonide (generic Rhinocort Aqua)** |
| • mometasone/formoterol (Dulera)<br>• budesonide/formoterol (Symbicort)<br><br>**Pulmonary I Agents – Combinations** | **Updates from the February 2021 meeting are in bold and strikethrough.**<br><br>• Use of formulary agents (Advair Diskus and Advair HFA) is contraindicated<br>• Patient has experienced significant adverse effects from Advair that is not expected to occur with the non-formulary ICS/LABA medication<br>• Formulary agents (Advair Diskus and Advair HFA) result or are likely to result in therapeutic failure<br>• Patient previously responded to the non-formulary agent and changing to a formulary agent (Advair Diskus and Advair HFA) would incur unacceptable risk<br>• No alternative formulary agent:<br>  ◦ For Symbicort and Dulera: patient has asthma and requires rescue therapy **or intermittent and daily ICS-LABA** with an ICS-formoterol combination<br>  ◦ ~~Symbicort: Patient requires an MDI because they have decreased inspiratory effort and cannot use a DPI (Advair Diskus)~~<br>  ◦ ~~Bree Ellipta: patient has complicated drug regimen and requires once daily dosing~~<br><br>**Formulary Alternatives**: Advair Diskus and Advair HFA |

Case 2:25-cv-00041-MRN   Document 75-1   Filed 12/05/25   Page 128 of 980

AR1316

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • Ibrance<br>• Verzenio<br>• Kisqali<br>• Kisqali Femara Co-Pack<br><br>**Breast Cancer Agents: Cyclin-Dependent Kinase (CDK) Inhibitors** | **The PA criteria below replaces the current PA criteria for the CDK inhibitors.**<br><br>Manual PA criteria apply to all new users of Ibrance, Verzenio, Kisqali, and Kisqali Femara Co-Pack.<br><br>Manual PA Criteria: Ibrance, Verzenio, Kisqali or Kisqali Femara Co-Pack is approved if all of the following criteria are met:<br><br>• Drug is prescribed by or in consultation with an oncologist<br><br>• The patient is not currently taking another cyclin-dependent kinase inhibitor<br><br>• For Verzenio only: The patient has hormone receptor HR(+)/HER2(-), node(+) **early** breast cancer at high risk of recurrence and a Ki67 score ≥ 20% as determined by an FDA approved test. **(new indication from Oct 2021)**<br><br>• The patient has **advanced or metastatic** hormone receptor (HR(+))/HER2(-) breast cancer<br><br>• If the patient is female, the patient meets one of the following criteria:<br>  ▪ Ibrance, Verzenio, Kisqali, or Kisqali Femara Co-Pack will be used as first-line endocrine therapy in combination with anastrozole, exemestane, or letrozole; OR<br>  ▪ Ibrance, Verzenio, Kisqali or Kisqali Femara Co-Pack will be as first-line or later-line endocrine therapy in combination with fulvestrant; OR<br>  ▪ For Verzenio only: Will be used as monotherapy following metastatic progression on chemotherapy<br><br>• If the patient is a premenopausal or perimenopausal woman, she is receiving ovarian suppression/ablation with a luteinizing hormone-releasing hormone (LHRH) agonist (e.g., Lupron [leuprolide], Trelstar [triptorelin], Zoladex [goserelin]), surgical bilateral oophorectomy, or ovarian irradiation.<br><br>• Provider is aware and has informed the patient of the risks of neutropenia and interstitial lung disease<br><br>• For Ibrance only: provider is aware and has informed the patient of the risk of pulmonary embolism<br><br>• For Verzenio only: provider is aware and has informed the patient of the risk of venous thromboembolism, diarrhea, and hepatotoxicity<br><br>• For Kisqali and Kisqali Femara Co-Pack only: provider is aware and has informed the patient of the risk of QT prolongation and hepatobiliary toxicity<br><br>• Female patients of childbearing age are not pregnant confirmed by (-) HCG<br><br>• Female patients will not breastfeed during treatment and for at least 3 weeks after the cessation of treatment<br><br>• Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 3 weeks after cessation of therapy if female; and for 3 months if male if using Ibrance only<br><br>• Male patients have been informed of the risk of infertility<br><br>• For Kisqali Femara Co-Pack only, female patients have been informed of the risk of infertility from letrozole<br><br>• The diagnosis is NOT listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, the provider must list the diagnosis:_____.<br><br>Non-FDA approved uses are not approved, except as noted above<br>Prior authorization does not expire |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 129 of 980

AR1317

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| **Newly Approved Drug PAs** | |
| • berotralstat (Orladeyo)<br>• lanadelumab-flyo (Takhzyro)<br>• C1-INH (Cinryze IV)<br>• C1-INH (Haegarda SC)<br><br>**Corticosteroids-Immune-modulators: Hereditary Angioedema Agents** | **The PA criteria below replace the current PA criteria for the drugs.**<br><br>Manual PA criteria apply to all new users of Orladeyo, Takhzyro, Cinryze, and Haegarda.<br><br><u>Manual PA criteria:</u> Orladeyo, Takhzyro, Cinryze, or Haegarda is approved if all apply:<br><br>• Patient Age<br>   o For Orladeyo, the patient is 12 years of age or older<br>   o For Takhzyro, the patient is 12 years of age or older<br>   o For Cinryze, the patient is 13 years of age or older<br>• The patient has a diagnosis of hereditary angioedema (HAE)<br>• Orladeyo, Takhzyro, Cinryze or Haegarda is prescribed by an allergist, immunologist, or rheumatologist, or in consultation with an HAE specialist<br>• The patient must have monthly HAE attacks or a history of severe attacks that require prophylaxis treatment (i.e., ≥2 HAE attacks/month, laryngeal attacks, etc.)<br>• The patient is not currently receiving another drug for HAE prophylaxis (e.g., Orladeyo, Takhzyro, Cinryze or Haegarda will not be used concomitantly)<br><br>Non-FDA-approved uses NOT approved.<br>Prior Authorization does not expire. |
| • clascoterone cream (Winlevi)<br><br>**Acne Agents: Topical Acne and Rosacea** | Manual PA is required for all new and current users of clascoterone cream (Winlevi).<br><br><u>Manual PA Criteria:</u> Coverage is approved if all criteria are met:<br><br>• The provider is aware and acknowledges that adapalene (cream, gel, lotion), clindamycin (cream, gel, lotion, solution), clindamycin/benzoyl peroxide (combination) gel, tretinoin (cream, gel), and spironolactone (tablets) are available to DoD beneficiaries without requiring prior authorization<br>• Patient has a diagnosis of acne vulgaris<br>• Patient is 12 years of age or older<br>• The drug is prescribed by or in consultation with a dermatologist.<br>• Provider acknowledges a potential increased risk of hypothalamic-pituitary-adrenal axis suppression in adolescents compared to adults<br>• Patient has tried and failed or has contraindications to a topical retinoid product and to a combination of topical clindamycin and benzoyl peroxide product. The provider must fill in the dates of when the patient previously tried these agents or document the contraindication that exists.<br>  • Topical retinoid: Date_____Contraindication _____<br>  • Combination topical clindamycin with benzoyl peroxide: Date _____ Contraindication _____<br>• Patient has tried and failed or has contraindications to at least one oral medication (i.e., spironolactone, a combined oral contraceptive, OR isotretinoin) for acne. The provider must fill in the dates of when the patient previously tried these agents or document the contraindication that exists<br>  • Oral medication:_____Date_____Contraindication _____<br><br>Non-FDA-approved uses are not approved, including for hair loss<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 28 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 130 of 980

AR1318

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • hydrocortisone oral sprinkle (Alkindi Sprinkle)<br><br>**Corticosteroids-Immune Modulators** | Manual PA criteria apply to all new users of Alkindi Sprinkle<br><br>**PA is not required for patients 6 years of age and younger (age edit).**<br><br>Manual PA criteria: Alkindi Sprinkle is approved if all criteria are met:<br>• The provider is aware and acknowledges that 5 mg generic hydrocortisone tablets and prednisone Intensol oral syrup are available to DoD beneficiaries without requiring prior authorization<br>• Patient is between the ages of 6 and 18 years of age.<br>• Patient has a documented diagnosis of adrenocortical insufficiency<br>• Provider acknowledges that the patient's dosing regimen requires small doses of hydrocortisone and cannot accurately split the dose using 5 mg hydrocortisone tablets or use the Intensol oral syrup<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • lonafarnib (Zokinvy)<br><br>**Metabolic Agents: Miscellaneous** | Manual PA criteria apply to all new users of Zokinvy.<br><br>Manual PA criteria: Zokinvy is approved if all criteria are met:<br><br>• Patient is 12 months of age or older<br>• Patient has a body surface area (BSA) of 0.39 $m^2$ and greater<br>• Patient has a documented diagnosis of Hutchinson-Gilford Progeria Syndrome or the following processing deficient Progeroid Laminopathies:<br>  ○ Heterozygous LMNA mutation with progerin-like protein accumulation<br>  ○ Homozygous or compound heterozygous ZMPSTE24 mutations<br>• Patient is not concomitantly receiving strong or moderate CYP3A inhibitors or inducers, midazolam, lovastatin, simvastatin, or atorvastatin<br>• Patient's renal function, electrolytes, complete blood counts, and liver enzymes will be monitored at regular intervals<br>• Female patients with reproductive potential have been advised of the risk to a fetus and effective contraception is used<br><br>Non-FDA approved uses are NOT approved including for other Progeroid Syndromes or processing-proficient Progeroid Laminopathies.<br><br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 29 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 131 of 980

AR1319

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • loteprednol 0.25% ophthalmic solution (Eysuvis)<br><br>**Ophthalmic: Corticosteroid** | Manual PA criteria apply to all new and current users of Eysuvis<br><br>Manual PA criteria—Coverage will be approved if all criteria are met:<br><br>• The provider is aware and acknowledges that generic loteprednol 0.5%, and other loteprednol formulations, Lotemax SM, Lotemax FML and Inveltys, are available to DoD beneficiaries without requiring prior authorization<br>• Eysuvis is prescribed by an optometrist or ophthalmologist<br>• Patient has a diagnosis of dry eye disease as evidenced by at least one diagnostic test (e.g., Tear Film Break Up Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)<br>• Patient has tried and failed or had an adverse event to a two week course of generic loteprednol 0.5%<br>• Patient has tried and failed or had an adverse event to a two week course of at least one low-dose ophthalmic steroid formulation (e.g. Lotemax SM, Inveltys, Alrex, and FML)<br>• Use of Eysuvis will not exceed 14 days per course of therapy for dry eye disease<br><br>Non-FDA-approved uses are NOT approved, including allergic conjunctivitis and for post-operative use to decrease inflammation<br>PA expires in 6 months.<br><br>Renewal Criteria: Note that initial TRICARE PA approval is required for renewal. Eysuvis will be approved for an additional 6 months if the following is met<br>• The patient has experienced improvement in dry eye signs and symptoms. |
| • relugolix (Orgovyx)<br><br>**Luteinizing Hormone-Releasing Hormone Agonists-Antagonists** | Manual PA is required for all new users of relugolix (Orgovyx).<br><br>Manual PA Criteria: Orgovyx is approved if all criteria are met:<br><br>• The provider is aware and acknowledges that leuprolide acetate IM (Lupron Depot), leuprolide acetate SQ (Eligard), and degarelix SQ (Firmagon) are available to DoD beneficiaries without requiring prior authorization<br>• Patient is 18 years of age or older<br>• Orgovyx is prescribed by or in consultation with an oncologist or urologist<br>• Patient has advanced prostate cancer<br>• Patient has tried and failed OR is unable to use injectable leuprolide formulations (i.e., subcutaneous injection or implant, subcutaneous injection)<br><br>Non-FDA-approved uses are not approved including cancers other than prostate cancer, and in women for endometrial thinning, endometriosis, and uterine leiomyomata (fibroids).<br><br>Prior authorization does not expire. |

# Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • setmelanotide (Imcivree)<br><br>**Weight Loss Agents** | Manual PA criteria apply to all new users of Imcivree.<br><br>Manual PA criteria: Imcivree is approved if all criteria are met:<br><br>• Patient is 6 yearsof age or older<br>• Patient has a confirmed diagnosis (via genetic testing) of POMC-, PCSK1-,or LEPR-deficiency that are interpreted as pathogenic, likely pathogenic, or of uncertain significance (VUS)<br>• Patient and provider agree to evaluate weight loss after 12-16 weeks of treatment. Imcivree should be discontinued if a patient has not lost at least 5% of baseline body weight, or 5% of baseline BMI for patients with continued growth potential<br><br>Initial prior authorization expires in 4 months.<br><br>Renewal criteria: Note that initial TRICARE PA approval is required for renewal. Imcivree is approved for 1 year for continuation of therapy if all criteria are met:<br><br>• The patient has a documented improvement (a decrease from baseline) inat least 5% of baseline body weight, or 5% of baseline BMI for patients with continued growth potential.<br><br>Non-FDA approved uses are NOT approved including Alström Syndrome, Bardet-Biedl Syndrome (BBS), POMC-, PCSK1-, or LEPR-deficiency with POMC, PCSK1, or LEPR variants classified as benign or likely benign, other types of obesity not related to POMC, PCSK1 or LEPR deficiency, including obesity associated with other genetic syndromes and general (polygenic) obesity. |
| • tramadol oral solution (Qdolo)<br><br>**Narcotic Analgesics & Combinations** | Manual PA criteria apply to all new users of tramadol oral solution (Qdolo).<br><br>Manual PA Criteria: Qdolo will be approved if all criteria are met:<br><br>• The provider is aware and acknowledges that several opioid analgesics are available to DoD beneficiaries without requiring prior authorization, including tramadol IR tablets, and codeine with acetaminophen tablets and solution.<br>• Patient is 12 years of age or older<br>• For patients less than 18 years of age, Qdolo will not be approved for pain following tonsillectomy or adenoidectomy<br>• Patient has tried and failed or has a contraindication to liquid acetaminophen<br>• Patient has tried and failed or has a contraindication to liquid ibuprofen<br>• Patient has tried and failed or has a contraindication to tramadol IR tablets<br><br>Non-FDA-approved uses are NOT approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 31 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 133 of 980

AR1321

**Appendix C—Table of Prior Authorization (PA) Criteria**

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • pegfilgrastim (Neulasta)<br>• pegfilgrastim (Neulasta Onpro)<br>• pegfilgrastim-bmez (Ziextenzo)<br><br>**• WBC Stimulants Class: Pegfilgrastim subclass** | Note that the Manual PA criteria for the Pegfilgrastims was updated to include a trial of Nyvepria before the non-step-preferred products. Updates from the Feb 2021 meeting are in bold.<br><br>Manual PA criteria apply to all new users of pegfilgrastim (Neulasta), pegfilgrastim (Neulasta Onpro), and pegfilgrastim-bmez (Ziextenzo)<br><br>Note that Udenyca **and Nyvepria are** available at the Tier 1 copay at the Mail Order and Retail Network pharmacies.<br><br>Manual PA Criteria: Coverage will be approved if all criteria are met:<br><br>• Provider acknowledges that pegfilgrastim-cbqv (Udenyca), pegfilgrastim-jmdb (Fulphila) **and pegfilgrastim-apgf (Nyvepria)** are the TRICARE preferred pegfilgrastims and are available without a PA<br><br>• Drug is prescribed by or in consultation with a hematologist or oncologist<br><br>• For Neulasta OnPro: Patient requires use of an on-body injector because the patient and/or caregiver cannot self-inject and/or cannot reasonably attend multiple visits to the clinic for administration<br><br>**OR**<br>• Patient has experienced an inadequate treatment response or intolerance to pegfilgrastim-cbqv (Udenyca) and is expected to respond to pegfilgrastim (Neulasta) or pegfilgrastim-bmez (Ziextenzo)<br><br>• Patient has experienced an inadequate treatment response or intolerance to pegfilgrastim-jmdb (Fulphila) and is expected to respond to pegfilgrastim (Neulasta) or pegfilgrastim-bmez (Ziextenzo)<br><br>• **Patient has experienced an inadequate treatment response or intolerance to pegfilgrastim-apfg (Nyvepria) and is expected to respond to pegfilgrastim (Neulasta) or pegfilgrastim-bmez (Ziextenzo)**<br><br>PA does not expire |
| **New PAs** | |
| • orphenadrine-aspirin-caffeine tablets (Norgesic, Orphengesic Forte)<br><br>**Skeletal Muscle Relaxants and Combinations** | Manual PA criteria applies to all new users of orphenadrine-aspirin-caffeine 50 mg-770 mg-60 mg (Norgesic, Orphengesic Forte).<br><br>Manual PA Criteria: Norgesic, Orphengesic Forte is approved if all criteria are met:<br><br>• Provider is aware and acknowledges that orphenadrine ER, baclofen, cyclobenzaprine, acetaminophen, and numerous NSAIDs are available to DoD beneficiaries without requiring prior authorization<br><br>• The provider must explain why the patient requires orphenadrine-aspirin-caffeine tablets (Norgesic, Orphengesic Forte) and cannot take the available alternatives.<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 32 of 58

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 134 of 980

AR1322

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • levorphanol tartrate tablets<br><br>**Narcotic Analgesics and Combinations** | Manual PA criteria applies to all new users of levorphanol tartrate tablets.<br><br>Manual PA criteria: levorphanol tartrate is approved if all criteria are met:<br><br>• Provider acknowledges that morphine sulfate IR, codeine IR, hydromorphone IR, meperidine IR, oxycodone IR, hydrocodone/acetaminophen, oxycodone/acetaminophen, codeine/ acetaminophen, and tapentadol IR are available to DoD beneficiaries without requiring prior authorization<br>• Patient has tried and failed at least one of the following short acting opioids: morphine sulfate IR, codeine IR, hydromorphone IR, meperidine IR, oxycodone IR, hydrocodone/acetaminophen, oxycodone/acetaminophen, codeine/acetaminophen, tapentadol IR<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |
| **Updated PAs** | |
| • fluticasone propionate 93 mcg nasal spray (Xhance)<br><br>**Nasal Allergy Agents: Corticosteroids** | **Updates from the February 2021 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of fluticasone propionate 93 mcg nasal spray (Xhance).<br><br>Manual PA Criteria: Xhance is approved if ALL criteria are met:<br>• **Patient has chronic rhinosinusitis with nasal polyposis confirmed by imaging or direct visualization**<br>• **Patient is 18 years of age or older**<br>• The prescription is written by or in consultation with an allergist, immunologist, pulmonologist, or otolaryngologist<br>• **The symptoms of chronic rhinosinusitis with nasal polyposis are inadequately controlled despite all of the following maximized treatments:**<br>   ○ **Nasal saline irrigation**<br>   ○ **Adequate duration of at least TWO of the following**<br>      ▪ **fluticasone propionate (generic Flonase)**<br>      ▪ **flunisolide (generic Nasarel)**<br>      ▪ **beclomethasone (Beconase AQ, QNASL)**<br>      ▪ **budesonide (Rhinocort Aqua, generic)**<br>      ▪ **mometasone (Nasonex, generics)**<br>      ▪ **nasal corticosteroid irrigation/rinse**<br>      ▪ ~~azelastine~~<br>      ▪ ~~ipratropium nasal spray (Atrovent nasal spray)~~<br>   ○ ~~Patient has tried and failed mometasone (Nasonex) OR beclomethasone (Beconase)~~<br><br>Non-FDA-approved uses are NOT approved, including allergic rhinitis<br>Prior Authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 33 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 135 of 980
AR1323

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| <br><br><br><br><br><br><br><br><br><br><br>• canagliflozin (Invokana)<br>• canagliflozin/metformin (Invokamet, Invokamet XR)<br>• dapagliflozin (Farxiga)<br>• dapagliflozin/metformin (Xigduo XR)<br>• ertugliflozin (Steglatro)<br><br><br>**Diabetes Non-Insulin: Sodium Glucose Co-Transporter-2 (SGLT2) Inhibitor** | **The criteria below replaces the current SLGT2 inhibitor PA criteria and apply to new users** The previous automation requirements for the SGLT2 inhibitors no longer apply, and will be replaced with the manual PA criteria described below.<br><br>Manual PA Criteria: Invokana, Invokamet, Farxiga, Xigduo XR, or Steglatro will be approved if all criteria are met:<br><br>*For all indications :*<br><br>• The patient is 18 years of age or older<br>• Provider is aware and acknowledges that empagliflozin (Jardiance), empagliflozin/metformin (Synjardy, Synjardy XR) and empagliflozin/linagliptin (Glyxambi) are DoD's preferred SGLT2 inhibitor, and that PA is not required for empagliflozin<br><br>*For Type 2 Diabetes Mellitus :*<br><br>• Canagliflozin (Invokana, Invokamet), dapagliflozin (Farxiga, Xigduo XR), or ertugliflozin (Steglatro) are requested to improve glycemic control in patients with T2DM *OR*<br>• Canagliflozin, (Invokana, Invokamet), dapagliflozin (Farxiga, Xigduo XR), or ertugliflozin (Steglatro) are requested to reduce the risk of cardiovascular death in patients with T2DM and established cardiovascular disease<br>• Patient must have had an inadequate response or experienced significant adverse events, or have a contraindication to metformin<br>• Patient must have tried one of the preferred SGLT2 inhibitors (Jardiance, Glyxambi, Synjardy, Synjardy XR) and had an inadequate response or experienced significant adverse reactions or have a contraindication.<br><br>*For Heart Failure with reduced ejection fraction (HFrEF):*<br><br>• Canagliflozin, (Invokana, Invokamet), dapagliflozin (Farxiga), or ertugliflozin (Steglatro) are requested for reduction in risk of heart failure hospitalization and/or cardiovascular death in patients with heart failure with reduced ejection fraction.<br>• Patient has experienced significant adverse reactions has a contraindication to empagliflozin<br>• Initial prescription is written by or in consultation with a cardiologist<br>• Patient has a documented diagnosis of chronic HF (NYHA II-IV) with a left ventricular ejection fraction (LVEF) ≤ 40% and with continued heart failure symptoms<br>• Patient is receiving appropriate guideline-directed medical therapy including the following: angiotensin-converting enzyme inhibitor (ACEI), angiotensin II receptor blocker (ARB), or angiotensin receptor neprilysin inhibitor(ARNI); beta blocker; and aldosterone antagonist, unless contraindicated or if the patient has experienced adverse effects or could not tolerate these therapies<br><br>*For Chronic Kidney Disease (CKD):*<br><br>• Canagliflozin, (Invokana, Invokamet), dapagliflozin (Farxiga, Xigduo XR), or ertugliflozin (Steglatro) are requested to reduce kidney disease progression and improve cardiovascular outcomes in patients with CKD.<br>• Patient has experienced significant adverse reactions or has a contraindication to empagliflozin<br>• Initial prescription is written by or in consultation with a nephrologist<br>• Patient's estimated glomerular filtration rate (eGFR) is higher than 25 ml/min/1.73m2 AND the Urinary Albumin-to-Creatinine Ratio is greater than or equal to 200 mg/gram<br>• Patient is receiving maximum tolerated labeled dose of an angiotensin-converting enzyme inhibitor (ACEI) or angiotensin II receptor blocker (ARB), or is unable to use an ACEI or ARB<br><br>Non-FDA-approved uses are not approved, including type 1 diabetes mellitus, heart failure with preserved ejection fraction, or acute decompensated heart failure<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 34 of 58

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 136 of 980

AR1324

# Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • mometasone/formoterol (Dulera)<br>• budesonide/formoterol (Symbicort)<br><br>**Pulmonary I Agents – Combinations** | <u>Updates from the February 2021 meeting are in bold and strikethrough.</u><br><br>Manual PA criteria apply to all new users of Symbicort and Dulera<br><br>Note: fluticasone/salmeterol (Advair Diskus/Advair HFA) is DoD's preferred ICS/LABA and is available without a PA.<br><br><u>Automated PA criteria</u>: Symbicort or Dulera is approved if:<br>• The patient has filled a prescription for Advair Diskus or Advair HFA at any MHS pharmacy point of service (MTFs, retail network pharmacies, or mail order) during the previous 180 days.  OR<br>• The patient is 12 years of age and younger (age edit)<br><br><u>Manual PA criteria:</u> Symbicort or Dulera is approved (i.e., trial of Advair Diskus or Advair HFA is NOT required) if one of the options below applies:<br>• Use of formulary agents (Advair Diskus and Advair HFA) is contraindicated<br>• Patient has experienced significant adverse effects from Advair that is not expected to occur with the non-formulary ICS/LABA medication<br>• Formulary agents (Advair Diskus and Advair HFA) result or are like to result in therapeutic failure<br>• Patient previously responded to non-formulary agent and changing to a formulary agent (Advair Diskus and Advair HFA) would incur unacceptable risk<br>• The patient has asthma and requires rescue therapy **or intermittent and daily ICS-LABA therapy** with an ICS-formoterol combination ~~in accordance with GINA Strategy~~<br>    ○ ~~Symbicort: patient requires an MDI because they have decreased inspiratory effort and cannot use a DPI (Advair Diskus)~~<br>    ○ ~~Breo Ellipta: patient has complicated drug regimen and requires once daily dosing~~<br><br>Non-FDA-approved uses are NOT approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 35 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 137 of 980

AR1325

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • risdiplam (Evrysdi)<br><br>**Neurological Agents Miscellaneous** | **Updates from the February 2021 meeting are in strikethrough.**<br><br>Manual PA criteria applies to all new users of risdiplam (Evrysdi).<br><br>Manual PA Criteria: Evrysdi is approved if all criteria are met:<br><br>• ~~The patient is between the ages of 2 months to 25 years of age (Fill-in-the-blank)~~<br><br>• The drug is prescribed by a pediatric or adult neurologist<br><br>• Patient has genetic confirmation of homozygous deletion or compound heterozygosity predictive of loss of function of the SMN1 gene (documentation required)<br><br>• Patient has confirmation of at least two SMN2 gene copies (documentation required)<br><br>• Patient has a confirmed diagnosis of Spinal Muscular Atrophy Types 1, 2, or 3 (Fill-in-the-blank)<br><br>• Female patients of childbearing age are not pregnant confirmed by (-) HCG<br><br>• Female patients of childbearing potential have been counseled to use effective contraception during treatment and for at least 1 month after the cessation of therapy<br><br>• Male patients of reproductive potential are counseled about the potential effects on fertility<br><br>• Patient does not have evidence of hepatic impairment<br><br>• Patient does not have permanent ventilator dependence<br><br>• Patient does not have complete paralysis of all limbs<br><br>• Evrysdi will not be used concurrently with Spinraza (nusinersen injection for intrathecal use)<br><br>• Patient weight must be documented (Fill-in-the-blank) – (Any answer acceptable)<br><br>• Patient dose in total mg/day and mg/kg per day must be documented (Fill-in-the blank)<br>    ■ The dose must be 0.2 mg/kg if the patient is 2 months to < 2 years of age; OR 0.25 mg/kg for patients ≥ 2 years of age who weigh < 20 kg; OR 5 mg for patients ≥ 2 years of age who weigh ≥ 20 kg<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization expires in 6 months.<br><br>Renewal criteria: (Initial TRICARE PA approval is required for renewal)<br>• According to the prescriber, the patient's level of disease has improved or stabilized to warrant continuation on Evrysdi as determined by an objective measurement and/or assessment tool and/or clinical assessment of benefit. (documentation required)<br><br>Renewal criteria expires in 1 year. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 36 of 58

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 138 of 980

AR1326

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • anakinra (Kineret)<br><br>**Targeted Immunomodulatory Biologics (TIBs): Non-Tumor Necrosis Factor (TNF) Inhibitors** | <u>Updates from the February 2021 meeting are in bold.</u><br><br>Manual PA criteria applies to all new users of anakinra (Kineret).<br><br><u>Manual PA Criteria:</u> Kineret is approved if all criteria are met:<br>• Patients ≥ 18 years with moderate to severe active rheumatoid arthritis OR<br>• Pediatric patients (all ages) with:<br>   • Neonatal-Onset Multisystem Inflammatory Disease (NOMID), a subset of Cryopyrin Associated Period Syndrome (CAPS). (Trial of Humira not required).<br>   • Systemic Juvenile Idiopathic Arthritis (sJIA) (Trial of Humira not required).<br>   • **Deficiency of Interleukin-1 Receptor Antagonist (DIRA) (Trial of Humira not required.)**<br>• Prescriber is aware that Humira is the Department of Defense's preferred targeted immune biologic for approved indications<br>• The patient has a contraindication to Humira (adalimumab), an inadequate response to Humira, OR an adverse reaction to Humira that is not expected to occur with the requested agent<br>• The patient has had an inadequate response to non-biologic systemic therapy. (For example: methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressants [e.g., azathioprine])<br>• The patient has evidence of a negative TB test result in past 12 months (or TB is adequately managed)<br>• Coverage is NOT provided for concomitant use with other TIBs including, but not limited to the following: adalimumab (Humira), etanercept (Enbrel), certolizumab (Cimzia), golimumab (Simponi), infliximab (Remicade), apremilast (Otezla), ustekinumab (Stelara), abatacept (Orencia), tocilizumab (Actemra), tofacitinib (Xeljanz/Xeljanz XR), rituximab (Rituxan), secukinumab (Cosentyx), ixekizumab (Taltz), brodalumab (Siliq), sarilumab (Kevzara), guselkumab (Tremfya), baricitinib (Olumiant), tildrakizumab (Ilumya), **risankizumab-rzaa (Skyrizi), or upadacitinib (Rinvoq ER)**<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 37 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 139 of 980
AR1327

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • belimumab (Benlysta)<br><br>**Immunosuppressives** | <u>Updates from the February 2021 meeting are in bold and strikethrough.</u><br><br>Manual PA Criteria apply to all new users of belimumab (Benlysta), including patients currently receiving the IV formulation of Benlysta<br><br><u>Manual PA criteria</u>: Coverage is approved for Benlysta if all of the following are met:<br><br>• Benlysta is prescribed by or in consultation with a specialty provider for systemic lupus erythematosus (SLE): rheumatologist, cardiologist, neurologist, nephrologist, immunologist, or dermatologist<br><br>• **The patient is 18 years of age or older for active lupus nephritis** or the patient is 5 years of age or older for SLE<br><br>• **Must of one of the following documented diagnoses**:<br><br>   • Active, autoantibody positive (i.e., positive for antinuclear antibodies [ANA] and/or anti-double-stranded DNA antibody [anti-dsDNA]) SLE<br><br>   • **Class III, IV, or V active lupus nephritis**<br><br>• For SLE, the patient is concurrently taking standard therapy (e.g., hydroxychloroquine, systemic corticosteroid and/or immunosuppressives either alone or in combination)<br><br>• **For active lupus nephritis, patient is concurrently receiving either mycophenolate mofetil or cyclophosphamide followed by azathioprine**<br><br>• The patient does not have ~~severe active lupus nephritis~~ or severe active central nervous system lupus<br><br>• The patient is not taking concomitant biologics (e.g., rituximab) ~~and/or intravenous cyclophosphamide~~<br><br>Off-label uses are not approved<br><br>Prior Authorization expires in **2 years**.<br><br><u>Renewal PA Criteria:</u> Benlysta will be approved on a yearly basis if all of the following are met:<br><br>• For SLE, treatment with Benlysta has shown documented clinical benefit (i.e., improvement in number/frequency of flares, improvement in in Safety of Estrogen in Lupus Erythematosus National Assessment – SLE Disease Activity Index (SELENA-modified SLEDAI) score, improvement/stabilization of organ dysfunction, improvement in complement levels/lymphocytopenia, etc.)<br><br>• The patient is concurrently taking standard therapy for SLE (e.g., hydroxychloroquine, systemic corticosteroid and/or immunosuppressives either alone or in combination)<br><br>• The patient does not have ~~severe active lupus nephritis or~~ severe active central nervous system lupus<br><br>The patient is not taking concomitant biologics (e.g., rituximab) and/or intravenous cyclophosphamide |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 138 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 140 of 980

AR1328

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • elexacaftor/tezacaftor/ivacaftor (Trikafta)<br><br>**Cystic Fibrosis Agents** | <u>Updates from the February 2021 meeting are in bold and apply to new patients.</u><br><br>Manual PA criteria applies to all new users of elexacaftor/tezacaftor/ivacaftor (Trikafta).<br><br><u>Manual PA Criteria:</u> Trikafta is approved if all criteria are met:<br>• Prescribed for the treatment of cystic fibrosis (CF) for an FDA approved age<br>• Prescribed by or in consultation with a pulmonologist<br>• Patient has at least one *F508del* mutation in the cystic fibrosis transmembrane conductance regulator (CFTR) gene as detected by an FDA-approved CF mutation test **OR a mutation in the CFTR gene that is responsive based on *in vitro* data AND if the genotype is unknown, an FDA-approved test should be used to detect the presence of at least one *F508del* mutation or a mutation that is responsive based on *in vitro* data**<br>• Not approved in combination therapy with Kalydeco, Symdeko, or Orkambi<br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • ivacaftor (Kalydeco)<br><br>**Cystic Fibrosis Agents** | <u>Updates from the February 2021 meeting are in bold and strikethrough and apply to new patients.</u><br><br><u>Manual PA Criteria:</u> Kalydeco is approved if all criteria are met:<br>• Prescribed for the treatment of cystic fibrosis (CF) for an FDA approved age<br>• **Prescribed by or in consultation with a pulmonologist**<br>• Patient ~~is not homozygous for the *F508del* mutation in the~~ **has one mutation in the** cystic fibrosis transmembrane conductance regulator (CFTR) gene **that is responsive to Kalydeco potentiation based on clinical and/or *in vitro* assay data** AND **if the genotype is unknown,** ~~patient has a specific CF-related gene mutation that has been detected by~~ an FDA-approved test should be used to detect the presence of a CFTR mutation followed by verification with bi-directional sequencing when recommended by the mutation test instructions for use<br>• Not approved in combination therapy with Symdeko, Orkambi, or Trikafta<br>• ~~What is the gene mutation? (fill in the blank)~~<br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • tezacaftor/ivacaftor (Symdeko)<br><br>**Cystic Fibrosis Agents** | <u>Updates from the February 2021 meeting are in bold and strikethrough and apply to new users</u><br><br><u>Manual PA Criteria:</u> Symdeko is approved if all criteria are met:<br>• Prescribed for the treatment of cystic fibrosis (CF) for an FDA approved age<br>• **Prescribed by or in consultation with a pulmonologist**<br>• Patient is homozygous for the *F508del* mutation **OR have at least one mutation in the cystic fibrosis transmembrane conductance regulator (CFTR) gene that is responsive to Symdeko potentiation based on *in vitro* data and/or clinical evidence AND if the genotype is unknown, an FDA-approved test should be used to detect the presence of a CFTR mutation followed by verification with bi-directional sequencing when recommended by the mutation test instructions for use**<br>• ~~Please enter the CF-related gene mutation based on FDA-approved testing (fill in blank)~~<br>• Not approved in combination therapy with Kalydeco, Orkambi, or Trikafta<br>• ~~What is the gene mutation? (fill in the blank)~~<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

**Appendix C—Table of Prior Authorization (PA) Criteria**

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • ixazomib (Ninlaro)<br><br>**Oncological Agents:<br>Multiple Myeloma** | <u>Updates from the February 2021 meeting are in bold.</u><br><br>Manual PA criteria applies to all new users of ixazomib (Ninlaro).<br><br><u>Manual PA Criteria</u>: Ninlaro is approved if all criteria are met:<br>• Patient is greater than or equal to 18 years of age<br>• Must be prescribed by or in consultation with a hematologist or oncologist<br>• Patient is diagnosed with:<br>   • Multiple myeloma AND patient must not have progressed on bortezomib <u>NOR</u> carfilzomib – containing regimen OR One or more of the following:<br>      • Patient must have failed or not be a candidate for bortezomib <u>AND</u> carfilzomib<br>      • Patient has failed or is not a candidate for carfilzomib and has high risk cytogenetics<br>      • Patient will be starting ixazomib as third (or higher) line of therapy<br>   • Must be used in combination with lenalidomide, pomalidomide, OR thalidomide<br>   • Must be used in combination with dexamethasone<br>**OR**<br>   • **Multiple myeloma and has received hematopoietic cell transplant (HCT) AND patient will receive Ninlaro as maintenance therapy following primary therapy and HCT**<br>• Must not be used concurrently with bortezomib <u>NOR</u> carfilzomib OR<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____<br><br>Other Non-FDA-approved uses are not approved, except as noted above<br>Prior authorization does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 40 of 58

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 142 of 980

AR1330

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • neratinib (Nerlynx)<br><br>**Oncological Agents: Breast Cancer** | <u>Updates from the February 2021 meeting are in bold and strikethrough.</u><br><br>Manual PA criteria applies to all new users of neratinib (Nerlynx).<br><br><u>Manual PA Criteria</u>: Nerlynx is approved if all criteria are met:<br>• Patient is greater than or equal to 18 years of age<br>• Patient has early stage HER2-overexpressed/amplified breast cancer AND<br>• Following adjuvant trastuzumab based therapy (preferably less than 1 year, but no more than 2 years after completion) OR<br>• **Patient has advanced or metastatic human epidermal growth factor receptor 2 positive (HER2+) breast cancer AND**<br>• **Used in combination with capecitabine AND**<br>• **Patient has received two or more prior anti-HER2-based regimens in the metastatic setting OR**<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis:_____AND<br>• Counseled on significant adverse event profile AND<br>• Co-prescribed antidiarrheal to mitigate for at a minimum 2 months AND<br>• Counseled on possibility of unproven survival benefit gain<br>• ~~Note: Place the following wording on the PA: This PA will expire in 18 months, NO renewal allowed, patient should not take more than 365 day lifetime supply~~<br><br>Non-FDA-approved uses are not approved, except as noted above<br>Prior authorization does not expire ~~expires after 18 months; No renewal allowed~~. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

AR1331

# Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • selinexor (Xpovio)<br><br>**Oncological Agents: Multiple Myeloma** | <u>Updates from the February 2021 meeting are in bold.</u><br><br>Manual PA criteria applies to all new users of selinexor (Xpovio).<br><br><u>Manual PA Criteria:</u> Xpovio is approved if all criteria are met:<br>• Patient is greater than or equal to 18 years of age<br>• Prescribed by or in consultation with an oncologist<br>• Patient has:<br><ul><li>relapsed or refractory multiple myeloma (RRMM) who have received at least four prior therapies and whose disease is refractory to at least two proteasome inhibitors, at least two immunomodulatory agents, and an anti-CD38 monoclonal antibody AND patient will use Xpovio in combination with dexamethasone OR</li><li>relapsed or refractory diffuse large B-cell lymphoma (DLBCL), not otherwise specified, including DLBCL arising from follicular lymphoma, after at least 2 lines of systemic therapy OR</li><li>**Multiple myeloma who have received at least one prior therapy AND patient will use Xpovio in combination with bortezomib and dexamethasone OR**</li><li>The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____</li></ul>• Patient will be monitored for cytopenias including anemia, neutropenia, and thrombocytopenia<br>• Patients will be monitored for electrolyte disturbances including hyponatremia and hypokalemia<br>• Patients will be monitored for infection including upper respiratory infection and pneumonia<br>• Patients will be monitored for dizziness and altered mental status<br>• If the patient is female, she is not pregnant or planning to become pregnant<br>• Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment<br>• All patients (females AND males) of reproductive potential will use effective contraception during treatment and for at least 1 week after discontinuation<br><br>Non-FDA-approved uses are not approved, except as noted above<br>Prior authorization does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 42 of 58
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 144 of 980
AR1332

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • liraglutide 3 mg injection (Saxenda)<br><br>**Weight Loss Agents** | <u>**Updates from the February 2021 meeting are in bold.**</u><br><br>Manual PA criteria apply to all new and current users of Saxenda.<br><br><u>Manual PA Criteria</u>—Saxenda is approved if ALL of the following criteria are met:<br>• **Patient is 12 years of age or older  Or**<br>• **Patient is 16 years of age or older and patient has tried and failed generic phentermine or has a contraindication to phentermine (Note: provider must include the date of use and duration of therapy or contraindication to the drug)**<br>• **Phentermine: Date_____Duration of therapy_____Or**<br>• **Patient is 18 years of age or older and patient has tried and failed all of the following (generic phentermine, Qsymia, Xenical, and Contrave) or has a contraindication to all of the following weight loss medications (Note: provider must include the date of use and duration of therapy or contraindication to the drug)**<br>• Phentermine: Date_____Duration of therapy _____<br>• Qsymia: Date_____Duration of therapy _____<br>• Xenical: Date_____Duration of therapy _____<br>• Contrave: Date_____Duration of therapy _____<br>• If the patient is diabetic, they must have tried and failed metformin and the preferred GLP1-RAs (Bydureon and Trulicity)<br><br>**All of the following criteria apply to patients 12 years of age and older**<br>• Concomitant use of Saxenda with another GLP1RA is not allowed (e.g., Bydureon, Trulicity, Byetta, Adlyxin, Victoza, Soliqua, Xultophy)<br>• The patient does not have a history of or family history of medullary thyroid cancer or multiple endocrine neoplasia syndrome type 2<br>• Patient has a BMI ≥ 30, or a BMI ≥ 27 for those with risk factors in addition to obesity (diabetes, impaired glucose tolerance, dyslipidemia, hypertension, sleep apnea)<br>• Patient has engaged in a trial of behavioral modification and dietary restriction for at least 6 months and has failed to achieve the desired weight loss, and will remain engaged throughout course of therapy.<br>• For Active Duty Service Members: The individual must be enrolled in a Service-specific Health/Wellness Program AND adhere to Service policy AND will remain engaged throughout course of therapy.<br>• Patient is not pregnant.<br>Non-FDA-approved uses are not approved, including Diabetes Mellitus.<br>Prior authorization expires after 4 months and then annually.<br><br>**Note: Renewal Criteria also applies to patients 12 years of age and older**<br><br><u>Renewal PA Criteria:</u> Saxenda will be approved for an additional 12 months if the following are met:<br>• The patient is currently engaged in behavioral modification and on a reduced calorie diet<br>• Saxenda will be discontinued if a 4% decrease in baseline body weight is not achieved at 16 weeks<br>• The patient is not pregnant<br><br>Additionally, for Active Duty Service Members: The individual continues to be enrolled in a Service-specific Health/Wellness Program AND adheres to Service policy AND will remain engaged throughout course of therapy. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 145 of 980

AR1333

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • tasimelteon (Hetlioz/Hetlioz LQ)<br><br>**Sleep Disorders: Insomnia** | <u>Updates from the February 2021 meeting are in bold.</u><br><br>Manual PA criteria apply to all new users of Hetlioz and **Hetlioz LQ**.<br><br><u>Manual PA criteria</u>: Hetlioz or **Hetlioz LQ** is approved if ALL of the following criteria are met:<br><br>• **For the capsule, the patient is 18 years of age or older and** is totally blind and has a documented diagnosis of non-24 sleep wake disorder<br><br>    **Or**<br><br>• **For the liquid, the patient is 3 years of age up to 15 years of age and has a documented diagnosis of Smith-Magenis Syndrome (SMS)**<br><br>• The patient has had a trial of melatonin and either failed or had an adverse event<br><br>• The patient is not taking a drug that will interact with tasimelteon (i.e., beta blockers or strong CYP3A4 inducers)<br><br>Non-FDA-approved uses are not approved including **jet lag disorder or other circadian rhythm disorders.**<br><br>**Note: Hetlioz capsules are not approved for pediatrics or adolescents and is not approved for SMS. Hetlioz LQ is only approved for pediatrics with SMS and is not approved for Non-24 or for used in adults.**<br><br>PA Criteria will expire after 6 months (if patient has not responded after 6 months, they will be deemed a non-responder) |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 144 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 146 of 980

AR1334

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • pitolisant (Wakix)<br><br>**Sleep Disorders: Wakefulness-Promoting Agents** | <u>Updates from the February 2021 meeting are in bold.</u><br><br>Manual PA is required for all new users of Wakix.<br><br><u>Manual PA Criteria:</u> Wakix is approved if all criteria are met:<br><br>• **Provider acknowledges that PA is not required for modafinil or armodafinil.**<br><br>• Patient is 18 years of age of older<br><br>• Wakix is not approved for use in children, adolescents, or pregnant patients.<br><br>• Patient has a documented diagnosis of excessive daytime sleepiness associated with **one of the following**:<br><br>  ▪ narcolepsy and an Epworth Sleepiness Scale (ESS) score ≥ 14 and narcolepsy was diagnosed by polysomnography or mean sleep latency time (MSLT) objective testing<br>  ▪ **cataplexy and an Epworth Sleepiness Scale (ESS) score of ≥ 12 and at least 3 cataplexies per week**<br><br>• Drug is prescribed by a neurologist, psychiatrist, or sleep medicine specialist<br><br>• Patient is not concurrently taking any of the following:<br><br>  ▪ Modafinil, armodafinil, or stimulant-based therapy, such as amphetamine or methylphenidate<br><br>• Patient must have tried and failed and had an inadequate response to modafinil<br><br>• Patient must have tried and failed and had an inadequate response to armodafinil<br><br>• Patient must have tried and failed and had an inadequate response to stimulant-based therapy (amphetamine or methylphenidate)<br><br>• Patient does not have a history of severe hepatic impairment<br><br>• Other causes of sleepiness have been ruled out or treated, including but not limited to obstructive sleep apnea<br><br>Non-FDA-approved uses are not approved (including but not limited to fibromyalgia, insomnia, excessive sleepiness not associated with narcolepsy, cataplexy, obstructive sleep apnea, major depression, ADHD, or shift work disorder).<br><br>PA expires in 1 year.<br><br><u>Renewal PA criteria:</u> No renewal allowed. When the PA expires, the next fill/refill will require submission of a new PA. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 45 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 147 of 980

AR1335

Appendix D—Table of Quantity Limits (QL)

| Drug / Drug Class | Quantity Limits |
|---|---|
| • abemaciclib (Verzenio)<br>• palbociclib (Ibrance)<br>• ribociclib (Kisqali)<br>• ribociclib/letrozole (Kisqali Femara Co-Pack)<br><br>**Breast Cancer Agents: Cyclin-Dependent Kinase Inhibitors Subclass** | ▪ Retail/Mail/MTF: 28 day supply<br><br>Note that implementation will occur 30 days after signing of the minutes. |
| • budesonide/formoterol fumarate/ glycopyrrolate (Breztri Aerosphere)<br>• fluticasone /umeclidinium/vilanterol (Trelegy Ellipta)<br><br>**Pulmonary-3 Agents: Combinations Subclass** | ▪ Retail: 1 inhaler per fill<br>▪ MTF/Mail: 3 inhalers per fill<br><br>Note: no change to current status |
| • hydrocortisone oral sprinkle (Alkindi Sprinkle)<br><br>**Corticosteroids-Immune Modulators** | ▪ Retail/MTF/Mail: 30 day supply |
| • lonafarnib (Zokinvy)<br><br>**Metabolic Agents-Miscellaneous** | ▪ Retail/MTF/Mail: 30 day supply |
| • setmelanotide (Imcivree)<br><br>**Weight Loss Agents** | ▪ Retail/MTF/Mail: 30 day supply |
| • berotralstat (Orladeyo)<br><br>**Corticosteroids-Immune Modulators: Hereditary Angioedema Agents** | ▪ Retail: 28 tabs per fill<br>▪ MTF/Mail: 84 tabs per fill |
| • clascoterone 1% cream (Winlevi)<br><br>**Acne Agents: Topical Acne and Rosacea** | ▪ Retail: 1 tube/30 days<br>▪ MTF/Mail: 3 tubes/90 days |
| • sofosbuvir/velpatasvir (Epclusa)<br><br>**Hepatitis C Agents: Direct Acting Agents** | ▪ Retail/MTF/Mail: 28 day supply |
| • fidaxomicin oral suspension (Dificid)<br><br>**Gastrointestinal-2 Agents: Miscellaneous** | ▪ Retail/MTF/Mail: 1 bottle per fill<br><br>▪ Note if provider determines that there are circumstances that may qualify for patient to receive additional quantities, the provider may request coverage review through prior authorization |

Appendix D—Table of Quantity Limits
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 146 of 58

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 148 of 980

AR1336

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**

| Generic (Trade) UF Class | Comparators | Dosage Form | Indications | Clinical Summary | Recommended UF Status |
|---|---|---|---|---|---|
| berotralstat (Orladeyo)<br><br>Corticosteroids-Immune-modulators: Hereditary Angioedema Agents | • C1-INH, Pd (Cinryze)<br>• C1-INH, Pd (Haegarda)<br>lanadelumab-flyo (Takhzyro) | • 110 mg, 150 mg oral capsules<br>• Once daily | To prevent attacks of hereditary angioedema (HAE) in adults and pediatric patients 12 years and older | • Orladeyo is the 3rd kallikrein inhibitor for HAE and the first oral prophylaxis agent for treating HAE<br>• Takhzyro and Orladeyo are both kallikrein inhibitors approved for prophylaxis, but are injections. Kalbitor is a medical benefit agent for treatment of acute HAE attacks.<br>• Orladeyo showed a statistically significant and clinically relevant moderate benefit in reducing monthly HAE attack rates<br>• Orladeyo offers a significant advantage for patient convenience as the first oral agent for HAE prophylaxis, however indirect comparison shows that the clinical efficacy is moderate compared to other prophylaxis agents | • UF<br>• Do not add to EMMI list |
| calcipotriene/ betamethasone dipropionate 0.005%/0.064% topical cream (Wynzora)<br><br>Psoriasis Agents | • Calcipotriene 0.005%–betamethasone DP 0.064% ointment (Taclonex)<br>• Calcipotriene 0.005%–betamethasone DP 0.064% (Enstilar) foam<br>• Any topical vitamin D analogue used with any topical high-potency corticosteroid | • Applied once daily for up to 8 weeks (maximum 100 g/week) | Topical treatment of plaque psoriasis in patients 18 years and older | • Wynzora is a topical combination of calcipotriene and betamethasone cream approved for plaque psoriasis<br>• Wynzora offers no therapeutic advantages over individual calcipotriene and a high-potency topical corticosteroid used concurrently other than patient convenience<br>• Of note, calcipotriene (Dovonex) 0.005% cream is BCF<br>• Wynzora is 10th agent in class offering little to no therapeutic advantage over already-existing agents (which include 2 combination products) | • Tier 4/Not covered |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 149 of 980

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21 (g)(5)**

| Generic (Trade) UF Class | Comparators | Dosage Form | Indications | Clinical Summary | Recommended UF Status |
|---|---|---|---|---|---|
| clascoterone 1% cream (Winlevi)<br><br>Acne Agents: Topical Acne and Rosacea | • spironolactone<br>• tretinoin cream<br>• clindamycin/ benzoyl peroxide gel | • 1% cream given as 1 application (1 gram) BID | Topical treatment of acne vulgaris in patients ≥ 12 years old | • Winlevi is the 1st topical antiandrogen indicated for the treatment of acne vulgaris and is also approved for use in males<br>• Winlevi was compared to vehicle and showed statistically significant treatment benefit<br>• No head to head studies with other therapies<br>• No current guideline recommendations on topical antiandrogen therapy<br>• Numerous topical agents available for acne<br>• Providers recommend trying other topical acne drugs first<br>• Winlevi is the first topical antiandrogen for the treatment of acne, but offers no additional benefit relative to existing formulary agents | • NF<br>• Add to EMMI list |
| clobetasol propionate 0.05% lotion metered dose pump (Impeklo)<br><br>Corticosteroids-Immune Modulators: High Potency | • Other high-potency topical corticosteroids | • Applied BID for up to 2 weeks; maximum dose 50 g/week | Relief of the inflammatory and pruritic manifestations of corticosteroid-responsive dermatoses in patients 18 years and older | • Impeklo is a new formulation of clobetasol propionate 0.05% lotion in a metered dose pump<br>• No new clinical data, 24 alternative formulary agents available, and 11 scalp-friendly formulary options<br>• Lotions already in category of efficient vehicles; i.e., metered dose pump offers little to no value<br>• Impeklo provides no advantages in efficacy relative to existing topical high-potency topical corticosteroids and provides little to no clinical benefit relative to existing formulary agents | • Tier 4/Not covered |
| hydrocortisone oral sprinkle (Alkindi Sprinkle)<br><br>Corticosteroids-Immune Modulators | • hydrocortisone tablets | • Oral granules contained in capsules<br>• 50 caps/bottle<br>• 0.5, 1, 2, 5 mg | Replacement therapy in pediatrics with adrenocortical insufficiency | • Alkindi Sprinkle is another formulation of hydrocortisone indicated for replacement therapy in pediatric patients with adrenocortical insufficiency<br>• Alkindi Sprinkle was evaluated in 1 uncontrolled, open-label, single arm study in 18 pediatric patients<br>• This drug offers no advantages in clinical efficacy relative to existing hydrocortisone formulations on the formulary<br>• Other than availability of lower strengths, Alkindi provides little to no clinical benefit relative to existing formulary agents | • UF<br>• Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 150 of 980

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21 (g)(5)**

| Generic (Trade) UF Class | Comparators | Dosage Form | Indications | Clinical Summary | Recommended UF Status |
|---|---|---|---|---|---|
| lonafarnib (Zokinvy) Metabolic Agents-Miscellaneous | • None | • Capsules: 50 mg, 75 mg<br>• First 4 months: 115 mg/m² BID with morning and evening meals<br>• After 4 months: 150 mg/m² BID with morning and evening meals | • Reduce risk of mortality in Hutchinson-Gilford Progeria Syndrome (HGPS)<br>• Treatment of processing-deficient Progeroid Laminopathies | • Zokinvy is the first approved treatment for Hutchinson-Gilford Progeria Syndrome and some Progeroid Laminopathies<br>• Zokinvy was evaluated in two phase 2 trials<br>• Mortality was statistically lower in treated patients vs untreated patients<br>• Most common ADRs included nausea, vomiting, diarrhea, infection, decreased appetite and fatigue<br>• Contraindications include use with strong or moderate CYP3A inhibitors or inducers, midazolam, lovastatin, simvastatin, and atorvastatin<br>• Additional safety concerns include periodic monitoring of electrolytes, CBCs, liver function, renal function, and ophthalmological evaluations<br>• Zokinvy provides the first treatment option for a rare disease | • UF<br>• Do not add to EMMI list |
| loteprednol 0.25% ophthalmic solution (Eysuvis) Ophthalmic: Corticosteroids | • loteprednol 0.5% gel, ointment, or suspension (Lotemax, generics)<br>• loteprednol 0.38% gel (Lotemax SM)<br>• loteprednol 1% suspension (Inveltys)<br>• loteprednol 0.2% suspension (Alrex, generics)<br>• fluorometholone (Flarex, FML) | • 0.25% ophth susp<br>• 1gtt QID | Short-term (up to two weeks) treatment of the signs and symptoms of dry eye disease | • 5ᵗʰ loteprednol product approved for treating inflammatory conditions<br>• Eysuvis is the first ophthalmic steroid with an FDA approved indication for short-term treatment of dry eye<br>• Guidelines recommend short courses of up to 2 weeks for treating dry eye disease<br>• Loteprednol has evidence to show that it can be effective for treating dry eye disease for short durations but is not limited to Eysuvis<br>• Providers agree that there are other available alternative low-dose ophthalmic steroids that can be used for dry eye<br>• Eysuvis provides little to no clinical benefit over other ophthalmic steroid products | • NF<br>• Do not add to EMMI list |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 151 of 980

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21 (g)(5)**

| Generic (Trade) UF Class | Comparators | Dosage Form | Indications | Clinical Summary | Recommended UF Status |
|---|---|---|---|---|---|
| pegfilgrastim-apgf (Nyvepria) White Blood Cell Stimulants | • Neulasta • Udenyca • Fulphila • Ziextenzo | • 6 mg/0.6 mL prefilled, syringe for subcutaneous use administered once per chemotherapy cycle | Decrease the incidence of infection, as manifested by febrile neutropenia, in patients with non-myeloid malignancies receiving myelosuppressive anti-cancer drugs | • Nyvepria is the 4th biosimilar to Neulasta and 9th agent in the white blood cell stimulant subclass • No new clinical data • Nyvepria provides no compelling clinical advantages over existing pegfilgrastim formulary agents | • UF, step preferred • Do not add to EMMI list • Tier 1 copay |
| relugoli (Orgovyx) Luteinizing Hormone-Releasing Hormone Agonists-Antagonists | • leuprolide acetate (Lupron Depot, Eligard) • degarelix SQ (Firmagon) Medical benefit: • goserelin SQ implant (Zoladex) • histrelin SQ implant (Vantas) • triptorelin IM (Trelstar Mixject) | • Available as 120 mg oral tablets • Dosed as 360 mg loading dose on the first day followed by 120 mg dose once a day | Treatment of adult patients with advanced prostate cancer | • Orgovyx is the 1st oral gonadotropin-releasing hormone (GnRH) drug approved for adult patients with advanced prostate cancer • Efficacy based on one open-label study comparing Orgovyx (GnRH antagonist) to leuprolide acetate (GnRH agonist) • Orgovyx met the primary endpoint of lowering testosterone levels to castration levels and maintaining for 48 weeks • No surge of testosterone levels with Orgovyx compared with leuprolide • Adverse events were similar to leuprolide • MACE = nonfatal MI, nonfatal stroke, and death from any cause were lower with Orgovyx (2.9%) vs leuprolide (6.2%) • Offers convenience of an oral tablet with once daily dosing, after a loading dose • Several alternative agents are available, but require injections • Place in therapy remains to be determined | • NF • Add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5) Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 152 of 980

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21 (g)(5)**

| Generic (Trade) UF Class | Comparators | Dosage Form | Indications | Clinical Summary | Recommended UF Status |
|---|---|---|---|---|---|
| setmelanotide injection (Imcivree) Weight Loss Agents | • None | • Multidose vial • 2 mg (0.2 mL) SubQ once daily x 2 weeks, then titrate up or down as tolerated • Max 3 mg SubQ daily • Start at 1 mg SubQ once daily for pediatrics • | Approved for rare forms of obesity • Proopiomelano-cortin (POMC) deficiency • Proprotein convertase subtilisin/kexin type 1 (PCSK1) deficiency Leptin receptor (LEPR) deficiency | • Imcivree is a newly approved agent with a novel mechanism approved for rare forms of obesity in adults and peds 6 years and older • Genetic testing is required for diagnosis • FDA-Approved indications include ▪ proopiomelanocortin (POMC) deficiency ▪ proprotein convertase subtilisin/kexin type 1 (PCSK1) deficiency ▪ leptin receptor (LEPR) deficiency • Setmelanotide is a melanocortin 4 (MC4) receptor agonist • Imcivree is not approved for benign or likely-benign receptor variants • Imcivree is the first approved agent for rare forms of obesity | • UF • Do not add to EMMI list |
| sodium sulfate/ magnesium sulfate/ potassium chloride (Sutab) Laxatives-Cathartics-Stool Softeners: Bowel Preparations | • OsmoPrep • PEG based preps • Suprep • PrePopik • ClenPiq | • Oral tablets • Day 1 = 12 tabs + 48 ounces water • Day 2 = repeat | Cleansing of colon in preparation for colonoscopy in adults | • 2nd available tablet-based bowel prep • Similar ingredients to Suprep; same manufacturer • Non-inferior efficacy to MoviPrep and PrePopik for bowel cleansing • Sutab compared to OsmoPrep: 24 vs 32 tabs; 2.8 L vs 1.9 L total volume consumed • No compelling clinical advantage relative to existing bowel prep formulary agents | • NF • Do not add to EMMI list |
| tramadol oral solution (Qdolo) Narcotic Analgesics & Combinations | • acetaminophen solution • Ibuprofen solution • tramadol IR tablets • codeine/APAP solution • hydrocodone/ acetaminophen solution | • Oral solution • 5 mg/mL clear liquid, grape flavor 473 mL bottle; • 50-100 mg q 4-6 hrs PRN | Management of pain severe enough to require an opioid analgesic and for which alternative treatments are inadequate | • Qdolo is another formulation of tramadol as an oral solution indicated for management of pain severe enough to require an opioid analgesic and for which alternative treatments are inadequate • Qdolo was approved based on equivalence to tramadol IR tablets • There are other narcotic analgesics available in alternate dosage forms but have different mechanisms of action and potency • Other than being an alternate dosage form, Qdolo provides little to no compelling clinical advantage over existing agents | • NF • Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 153 of 980

**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary during the February 2021 DoD P&T Committee Meeting**

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program; if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| February 2021 | **Pulmonary-3 Agents: Combinations UF (brand maintenance only)**<br>*Maintain current status:*<br><br>• fluticasone furoate /umeclidinium/vilanterol (Trelegy Ellipta)<br><br>**Newly Approved Drugs per 32 CFR 199.21(g)(5)**<br>**Designated NF:**<br>*No reason to exempt from NF-2-Mail requirement, similar agents are already on list, and pending availability at mail:*<br><br>• clascoterone 1% cream (Winlevi)<br>• relugolix (Orgovyx) | **Breast Cancer Agents: Cyclin-Dependent Kinase Inhibitors UF**<br>*Maintain current status and exempt from EMMPI Program:*<br><br>• abemaciclib (Verzenio)<br>• palbociclib (Ibrance)<br>• ribociclib (Kisqali)<br>• ribociclib/letrozole (Kisqali Femara Co-Pack)<br><br>**Pulmonary-3 Agents: Combinations UF**<br>*Maintain current status and exempt from EMMPI Program:*<br><br>• budesonide/formoterol fumarate/glycopyrrolate inhalation aerosol (Breztri Aerosphere) *(Note see the August 2021 P&T Committee meeting minutes where Breztri was added to the EMMPI program)*<br><br>**Newly Approved Drugs per 32 CFR 199.21(g)(5)**<br>**Designated UF:**<br>*Drugs in class not currently represented on EMMPI List (removed Aug 2020 subclass review) due to limited duration use/not maintenance medications:*<br><br>• pegfilgrastim-apgf (Nyvepria)<br><br>*Not yet clear if feasible to provide through mail order:*<br><br>• berotralstat (Orladeyo)<br>• hydrocortisone oral sprinkle (Alkindi Sprinkle)<br>• lonafarnib (Zokinvy)<br>• setmelanotide (Imcivree)<br><br>**Designated NF:**<br>*Exception due to acute use/limited duration of use and similar agents are not on the list:*<br><br>• sodium sulfate/magnesium sulfate/potassium chloride (Sutab)<br>• tramadol oral solution (Qdolo)<br><br>*Exception due to acute use/limited duration of use and more cost advantageous to make exception:*<br><br>• loteprednol 0.25% ophthalmic solution (Eysuvis)<br><br>**Line Extensions**<br>**Designated UF**<br>*Drugs for limited duration use and similar agents are not on the list:*<br><br>• fidaxomicin oral suspension (Dificid)<br>*Similar agents are not on the list:*<br><br>• sofosbuvir/velpatasvir (Epclusa) |

Appendix F—Mail Order Status of Medications Designated Formulary, Nonformulary, or Tier 4
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 152 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 154 of 58

AR1342

**Appendix G—Table of Implementation Status of UF Recommendations/Decisions Summary**

| Date | DoD PEC Drug Class | Type of Action | BCF/ECF Medications — MTFs must have BCF meds on formulary | UF Medications — MTFs may have on formulary | Nonformulary Medications — MTFs may not have on formulary | Decision Date / Implement Date | PA and QL Issues | Comments |
|------|------|------|------|------|------|------|------|------|
| Feb 2021 | **Breast Cancer Agents – Cyclin-Dependent Kinases (CDK) Inhibitors Subclass** | UF Class Review | Tier 4/Not Covered Medications — MTFs **must not** have on formulary. Will not be available in the MTFs or Mail Order, patient to pay full cost at Retail Network pharmacies | | | | | |
| | | | ▪ None  Note: CDKI was not selected for the BCF. | • None  ▪ palbociclib (Ibrance)  ▪ abemaciclib (Verzenio)  ▪ ribociclib (Kisqali)  ▪ ribociclib/letrozole combo pack (Kisqali Femara Co-Pack) | ▪ None | Pending signing of the minutes / 30 days  The effective date is March 16, 2022 | ▪ Updated PA criteria. See Appendix C | |
| Feb 2021 | **Pulmonary III Agents: Combinations** | UF Class Review | Tier 4/Not Covered Medications — MTFs **must not** have on formulary. Will not be available in the MTFs or Mail Order, patient to pay full cost at Retail Network pharmacies | | | | | N/A |
| | | | ▪ None | • None  ▪ fluticasone/umeclidinium/vilanterol (Trelegy Ellipta)  ▪ budesonide/glycopyrrolate/formoterol (Brezti Aerosphere) | ▪ None | Pending signing of the minutes/2 weeks  The effective date is March 2, 2022 | ▪ QLs updated. See Appendix D | |

**Appendix H—Tier 4/Not Covered Drugs and Therapeutic Alternatives (Last 12 months)\*†**

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| Feb 2021 | Corticosteroids-Immune Modulators: High Potency | • clobetasol propionate 0.05% lotion metered dose pump (Impeklo) | • betamethasone/propylene glycol 0.05% lotion<br>• betamethasone dipropionate 0.05% gel<br>• clobetasol propionate/emollient 0.05 % (emulsion) foam<br>• clobetasol propionate 0.05% solution, lotion, gel, foam, spray, and shampoo<br>• fluocinonide 0.05% solution and gel | • June 15, 2022 |
| Feb 2021 | Psoriasis Agents | • calcipotriene/ betamethasone dipropionate 0.005% /0.064% topical cream (Wynzora) | • vitamin D analog (calcipotriene 0.005% cream, ointment or solution) with a high potency topical corticosteroid (clobetasol propionate 0.05% ointment, cream, solution and gel<br>• fluocinonide 0.05% cream, gel, and solution<br>• calcipotriene 0.005% / betamethasone 0.064% foam (Enstilar) [Nonformulary] | • June 15, 2022 |
| Nov 2020 | Attention-Deficit/ Hyperactivity Disorder (ADHD) Agents: Stimulants | • methylphenidate ER sprinkle capsules (Adhansia XR) | • methylphenidate ER (Aptensio XR sprinkle capsule), for patients with swallowing difficulties<br>• methylphenidate ER oral suspension (Quillivant XR suspension), for patients with swallowing difficulties<br>• methylphenidate ER osmotic controlled release oral delivery system (OROS) (Concerta, generics)<br>• methylphenidate long-acting (Ritalin LA, generics)<br>• methylphenidate controlled delivery (CD) (Metadate CD, generics)<br>• dexmethylphenidate ER (Focalin XR, generics)<br>• mixed amphetamine salts ER (Adderall XR, generics) | • Currently Tier 4 from Aug 2019 meeting, implemented March 4, 2020 |
| Nov 2020 | GI-1 Agents | • budesonide ER 9 mg capsules (Ortikos) | • budesonide ER tablets (Entocort EC, generics)<br>• other corticosteroids | • June 2 2021 |
| Nov 2020 | Corticosteroids | • dexamethasone 20 mg tables (Hemady) | • dexamethasone generics 0.5, 0.75, 1, 1.5, 2, 4, 6 mg tabs | • June 2 2021 |

Appendix H—Tier 4/Not Covered Drugs and Therapeutic Alternatives\*
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 156 of 980

AR1344

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| Nov 2020 | Pulmonary I Agents Inhaled Corticosteroids (ICS) | • fluticasone propionate dry powder inhaler oral (ArmonAir Digihaler) | • fluticasone (Flovent Diskus)<br>• fluticasone (Flovent HFA)<br>• fluticasone furoate (Arnuity Ellipta) [non formulary]<br>• beclomethasone (QVAR) [non formulary]<br>• budesonide (Pulmicort Flexhaler) [non formulary]<br>• ciclesonide (Alvesco) [non formulary]<br>• flunisolide (Aerospan) [non formulary]<br>• mometasone (Asmanex Twisthaler [non formulary] | • June 2 2021 |
| Nov 2020 | Pulmonary I Agents ICS/Long-Acting Beta Agonists (LABA) | • fluticasone propionate / salmeterol dry powder inhaler oral (AirDuo Digihaler) | • fluticasone/salmeterol (Advair Diskus)<br>• fluticasone/salmeterol (Advair HFA)<br>• fluticasone/vilanterol (Breo Ellipta) [non formulary]<br>• mometasone/formoterol (Dulera) [non formulary]<br>• budesonide/formoterol (Symbicort) [non formulary]<br>• fluticasone/salmeterol (AirDuo Respiclick) [non formulary] | • June 2 2021 |
| Nov 2020 | Calcium Channel Blockers | • levamlodipine (Conjupri) | • amlodipine<br>• felodipine<br>• nifedipine<br>• diltiazem<br>• verapamil | • June 2 2021 |
| Nov 2020 | GI-2 Agents | • metoclopramide nasal spray (Gimoti) | • metoclopramide oral tablet (Reglan generics)<br>• metoclopramide oral solution (Reglan, generics)<br>• metoclopramide orally disintegrating tablet (Reglan ODT) | • June 2 2021 |

Appendix H—Tier 4/Not Covered Drugs and Therapeutics Alternatives*

Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

AR1345

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| Aug 2020 | Topical Psoriasis Agents | • calcipotriene 0.005%-betamethasone 0.064% suspension (Taclonex, generic) | *Scalp Psoriasis:*<br>• calcipotriene 0.005% solution<br>• clobetasol 0.05% solution, shampoo<br>• fluocinonide 0.05% solution<br>• calcipotriene 0.005%-betamethasone 0.064% foam (Enstilar) [Nonformulary]<br>*Psoriasis involving areas other than the scalp:*<br>• calcipotriene 0.005% ointment, cream, solution<br>• clobetasol 0.05% ointment, cream<br>• fluocinonide 0.05% cream, ointment | • February 24, 2021 |
| Aug 2020 | High-Potency Topical Corticosteroids | • halcinonide 0.1% topical solution (Halog) | • betamethasone propylene glycol 0.05% cream<br>• clobetasol propionate 0.05% cream and ointment<br>• clobetasol propionate/emollient 0.05% cream<br>• desoximetasone 0.25% cream and ointment<br>• fluocinonide 0.05% cream and ointment<br>• fluocinonide/emollient base 0.05% cream<br>• halobetasol propionate 0.05% ointment | • February 24, 2021 |
| Aug 2020 | Acne Agents: Topical Acne and Rosacea | • tazarotene 0.045% lotion (Arazlo) | • adapalene 0.1% lotion, gel, cream<br>• adapalene 0.3% gel<br>• clindamycin phosphate 1% gel, cream, lotion, and solution<br>• clindamycin/ benzoyl peroxide 1.2% - 5% gel<br>• tazarotene 0.1% cream<br>• tretinoin 0.025%, 0.05%, and 0.1% cream<br>• tretinoin 0.01% and 0.025% gel | • February 24, 2021 |
| May 2020 | Note that no drugs were recommended for Tier 4 status at the May 2020 meeting | | | |

\* The P&T Committee may recommend complete exclusion of any pharmaceutical agent from the TRICARE pharmacy benefits program the Director determines provides very little or no clinical effectiveness relative to similar agents, based on an interim final rule published on December 11, 2018. https://www.federalregister.gov/documents/2018/12/11/2018-26562/tricare-pharmacy-benefits-program-reforms. The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms. When applicable, patient-oriented outcomes are assessed, in accordance with the Final Rule. Drugs recommended for Tier 4/Not Covered status will not be available at the MTFs or Mail Order points of service. Beneficiaries will be required to pay the full out-of-pocket cost for the Tier 4/Not Covered drug at the Retail points of service**.**

**† For a cumulative list of previous Tier 4 recommendations, refer to the November 2020 DoD P&T Committee minutes, found at health.mil/pandt**

Appendix H—Tier 4/Not Covered Drugs and Therapeutics Alternatives*
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021

AR1346

## Appendix I—MHS GENESIS OTC Test List

| DoD P&T Meeting | RETAIN or ADD the following to the OTC MHS Genesis List | REMOVE the following from the OTC MHS Genesis List |
|---|---|---|
| **OTC Nasal Cold and Allergy Products** | | |
| February 2021 | **Retain these GCNs:**<br><br>• 34062 – oxymetazoline 0.05% spray (e.g., Afrin)<br>• 36878 – sodium chloride, bicarbonate /squeeze bottlepack w/dev (e.g., Ayr, Neilmed Sinus)<br>• 24904 – sodium chloride/sodium packet bicarb (e.g., Ayr, Neilmed Sinus Rinse)<br>• 34300 – sodium chloride 0.65% drops (e.g., Ayr Saline, Baby Ayr Saline)<br>• 34291 – sodium chloride 0.65% spray (e.g., Ayr Saline, Deep Sea, Ocean) | **Remove these GCNs:**<br><br>• 40708 – budesonide 32 mcg spray(e.g., Rhinocort)<br>• 37683 – fluticasone propionate 50 mcg spray susp (e.g., Flonase allergy)<br>• 46790 – cromolyn sodium 5.2 mg spray (Nasalcrom)<br>• 34182 – phenylephrine 0.125% drops (e.g., Little Noses)<br>• 34122 – phenylephrine 0.25% spray (e.g., Neo-synephrine)<br>• 34123 – phenylephrine 0.5% spray (e.g., Neo-synephrine) |

*GCN Additions will be implemented the first Wednesday two weeks after signing of the minutes, with the deletions implemented at 120 days.

Appendix I—MHS GENESIS OTC Test List
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 57 of 58

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 159 of 980

AR1347

# Appendix J—Table of Abbreviations

| Term | Definition | Term | Definition |
|------|-----------|------|-----------|
| ACC | American College of Cardiology | MHS | Military Health System |
| ADR | Adverse reaction | MN | Medical Necessity |
| AE | Adverse event | MTF | Military Treatment Facility |
| AHA | American Heart Association | NAEPP | National Asthma Education and Prevention Panel |
| BCF | Basic Core Formulary | NAEPPCC | National Asthma Education and Prevention Panel Coordinating Committee |
| BIA | Budget impact analysis | NCCN | National Comprehensive Cancer Network |
| BSA | Body surface area | NDAA | National Defense Authorization Act |
| CDK | Cyclin-Dependent Kinase | NDC | National Drug Codes |
| CFR | Code of Federal Regulations | NOMID | Neonatal-Onset Multisystem Inflammatory Disease |
| CMA | Cost minimization analysis | ODT | Orally Disintegrating Tablet |
| COPD | Chronic obstructive pulmonary disease | ORR | Objective response rate |
| CV | Cardiovascular | OTC | Over the counter |
| DHA | Defense Health Agency | PA | Prior authorization |
| DIRA | Deficiency of Interleukin-1 Receptor Antagonist | PCSK1 | Proprotein convertase subtilisin/kexin type 1 |
| DoD | Department of Defense | PFS | Progression free survival |
| DR | Delayed release | POD | Pharmacy Operations Division |
| ECF | Extended Core Formulary | POMC | proopiomelanocortin |
| EMMPI | The Expanded MTF/Mail Pharmacy Initiative | POS | Point of service |
| ER | Extended release | PPI | Proton Pump Inhibitor |
| FDA | U.S. Food and Drug Administration | PRN | As needed |
| GINA | Global Initiative for Asthma | QL | Quantity limits |
| GOLD | Global Initiative for Chronic Obstructive Lung Disease | SC | Subcutaneous |
| HAE | Hereditary angioedema | SGLT2 | Sodium-Glucose Co-Transporter 2 |
| HCT | Hematopoietic cell transplant | SGRQ | Saint George Respiratory Questionnaire |
| HER2 (-) | Human epidermal growth factor receptor 2-negative breast cancer | SMA | Spinal muscular atrophy |
| HFrEF | Heart failure with reduced ejection fraction | SMS | Smith-Magenis Syndrome |
| HR(+) | Hormone receptor positive breast cancer | SMN2 | Survival of motor neurons 2 |
| ICS | Inhaled Corticosteroid | SLE | Systemic lupus erythematosus (SLE) |
| LABA | Long-acting beta agonist | T2DM | Type 2 diabetes mellitus |
| LAMA | Long-acting muscarinic antagonist | TIB | Targeted Immunomodulatory Biologics |
| LEPR | leptin receptor | VTE | Venous thromboembolism |
| LHRH | luteinizing hormone-releasing hormone | | |

Appendix J—Table of Abbreviations
Minutes & Recommendations of the DoD P&T Committee Meeting February 3-4, 2021
Page 58 of 58
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 160 of 980
AR1348

**DEPARTMENT OF DEFENSE**
**PHARMACY AND THERAPEUTICS COMMITTEE**

**MINUTES AND RECOMMENDATIONS**

**August 2021**

**I. CONVENING**

The Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee convened at 0900 hours on August 4 and 5, 2021. Due to the COVID-19 pandemic, the meeting was held via teleconference.

**II. ATTENDANCE**

The attendance roster is listed in Appendix A.

**A. Review Minutes of Last Meetings**

**1. Status of February and May 2021 Minutes**—Both the February 2021 and May 2021 meeting minutes have not been signed yet by the Director, DHA, due to the delay caused by the Secretary of Defense's zero based review of the TRICARE Beneficiary Advisory Panel (BAP).

**2. Clarification of Previous Minutes**

**a) February 2021 Meeting—Utilization Management: Updated PAs for new FDA-approved indications or age ranges:** Due to the delay in the February P&T Committee minutes' signing, several PA updates that expand the criteria for patient access due to either new FDA-approved indications for oncology drugs or expanded age ranges were implemented in June, 2021. PAs where recommended updates to criteria that are not due to the above reasons are awaiting the BAP meeting and Director's signature.

**b) February 2021 Meeting—Sodium-Glucose Co-Transporter 2 (SGLT-2) Inhibitors: empagliflozin (Jardiance) PA:** Updates to the PA criteria for the SGLT-2 inhibitors for non- diabetic indications were recommended at the February 2021 meeting. Due to the BAP delay, the empagliflozin PA was updated on June 4, 2021 to allow use for patients with heart failure and reduced ejection fraction or chronic kidney disease who do not have diabetes. Updates to the remaining SGLT-2 inhibitors await the BAP meeting and signing by the Director.

**c) November 2020 Meeting—Attention Deficit Hyperactivity Drugs (ADHD): lisdexamfetamine (Vyvanse) and Mandatory Mail requirements:** Vyvanse was added to the Expanded MTF/Mail Pharmacy Initiative (EMMPI) program at the November 2020 P&T Committee meeting, with an implementation date of March 3, 2021. Due to operational issues the EMMPI requirement for Vyvanse was removed on May 14, 2021. There are currently no schedule II ADHD drugs included on the EMMPI program.

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 161 of 980
AR1349

## III. REQUIREMENTS

All clinical and cost evaluations for new drugs, including newly approved drugs reviewed according to 32 Code of Federal Regulations (CFR) 199.21(g)(5), and full drug class reviews included, but were not limited to, the requirements stated in 32 CFR 199.21(e)(1) and (g)(5). All TRICARE Tier 4/not covered drugs were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018. The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms. When applicable, patient-oriented outcomes are assessed, in accordance with the Final Rule. All uniform formulary (UF), basic core formulary (BCF), and TRICARE Tier 4/Not Covered recommendations considered the conclusions from the relative clinical effectiveness and relative cost-effectiveness determinations, and other relevant factors including those outlined in Section 702 of the National Defense Authorization Act (NDAA) for fiscal year (FY) 2018. Medical Necessity (MN) criteria were based on the clinical and cost evaluations and the conditions for establishing MN for a NF medication.

NF medications are generally restricted to the mail order program according to amended section 199.21, revised paragraphs (h)(3)(i) and (ii), effective August 26, 2015.

## IV. UF DRUG CLASS REVIEWS

### A. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the three agents in the BTK inhibitor subclass, comprised of ibrutinib (Imbruvica), acalabrutinib (Calquence), and zanubrutinib (Brukinsa). The Committee comprehensively reviewed the evidence including what was reviewed when Imbruvica (tablet formulation), Calquence, and Brukinsa were presented as innovators in May 2018, February 2018, and February 2020, respectively.

The BTK inhibitors are indicated for use in chronic lymphocytic leukemia (CLL) and a variety of non-Hodgkin lymphoma subtypes including small lymphocytic lymphoma (SLL) and mantle cell lymphoma (MCL), marginal zone lymphoma (MZL), non-germinal center B-Cell diffuse large B-Cell lymphoma (non-GCB-DLBCL), and Waldenström macroglobulinemia (WM).

The comprehensive evidence review included information from individual clinical trial data; guidelines from the National Cancer Comprehensive Network (NCCN), American Society of Clinical Oncology (ASCO), and European Society for Medical Oncology (ESMO); meta-analyses; FDA labeling; current Military Health System (MHS) patterns of use; and MHS provider comments.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 0 absent) the following:

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

- Ibrutinib (Imbruvica) has the greatest number of FDA-approved indications, guideline-recommended uses, and the most voluminous and validated evidence base. In the Military Health System, it is the most utilized and the de facto preferred agent by oncologists.

- Where data is available, by indirect comparison, via network meta-analysis, and in head-to-head trials, all three agents appear to be equally clinically effective.

- While their safety profiles largely overlap, each agent has unique features. Specialists will tailor their choice of agent based on patient comorbidities.

- Acalabrutinib (Calquence) and zanubrutinib (Brukinsa) have favorable safety profiles relative to ibrutinib (Imbruvica) among certain clinically significant adverse events. Some providers prefer acalabrutinib over ibrutinib, either for specific patient comorbidities or indications.

- Zanubrutinib (Brukinsa) is the newest of the three agents, and has an immature evidence base and generally lower rankings where guidelines recommend use, when compared to the other two drugs.

- The ibrutinib capsule formulation allows for more flexible dosage titration, either for increasing the dose or reducing the dose due to adverse events, compared to the ibrutinib tablets.

- Once a patient's disease becomes refractory to one BTK inhibitor, it tends to be refractory to all BTK inhibitors.

*Relative Cost-Effectiveness Analysis and Conclusion*—Cost minimization analysis (CMA) and budget impact analysis (BIA) were performed. The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that acalabrutinib (Calquence), ibrutinib (Imbruvica), and zanubrutinib (Brukinsa) were all cost effective, when compared to each other. For Imbruvica, the capsule formulations are more cost effective than the tablet formulations.

- BIA was performed to evaluate the potential impact of designating selected agents as formulary or NF on the UF, or Tier 4. BIA results showed that designating acalabrutinib (Calquence), ibrutinib (Imbruvica), and zanubrutinib (Brukinsa) as UF demonstrated the greatest cost avoidance for the MHS.

  1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) the following:

     - UF

         - acalabrutinib (Calquence)
         - ibrutinib (Imbruvica)

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

- zanubrutinib (Brukinsa)
  - NF – None
  - Tier 4/Not Covered – None

2. **COMMITTEE ACTION: MANUAL PA CRITERIA**—Existing PA criteria currently apply to all three drugs. For the ibrutinib tablets, further justification is required on the PA to state why the capsules cannot be used, due to more flexible dosage titration with the capsules. The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) minor updates to the ibrutinib PA criteria to reflect the clinical and cost differences of the capsules and tablets, and recommended maintaining the current PA criteria for acalabrutinib and zanubrutinib. See Appendix C for the full criteria.

   *Note that Brukinsa received new FDA indications following the August 2021 P&T Committee meeting, and prior to the BAP meeting and P&T Committee minutes' singing. The new indications are noted in Appendix C in bold.*

3. **COMMITTEE ACTION: QUANTITY LIMITS**—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) maintaining the current QLs. See Appendix D for the full QLs.

4. **EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM AND NON-FORMULARY TO MAIL REQUIREMENTS**—Due to the complex dose adjustments and monitoring for the class, the P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) maintaining the current status - acalabrutinib, ibrutinib and zanubrutinib are not included on the EMMPI program.

5. **COMMITTEE ACTION: UF, PA, QL EMMPI PROGRAM AND IMPLEMENTATION PERIOD**—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday two weeks after signing of the minutes in all points of service. Based on the P&T Committee's recommendation, the effective date is March 2, 2022.

## B. Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the bowel preparations indicated for colon cleansing in preparation for colonoscopy. Drugs in the class include generic preparations comprised of polyethylene glycol (PEG) 3350 with and without additional electrolytes. Six branded products are marketed, Osmoprep, Plenvu, Clenpiq, Suprep, Sutab, and Moviprep. The class has not been previously reviewed for

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

formulary status, although Clenpiq, Plenvu and Sutab were evaluated as newly approved drugs at the February 2018, November 2018, and February 2021, respectively.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (17 for, 0 opposed, 1 abstained, 0 absent) the following:

- Several different dosage formulations are available, including powders for reconstitution, oral solutions, and tablets. The bowel preparations vary in the amount of liquid that is required for consumption, ranging from 2 to 4 liters.

  - Full-volume (standard volume) preparations require consumption of 4 liters (L) of total volume and include Colyte, GoLYTELY, NuLYTELY, and TriLyte, and their generics.

  - Low-volume preparations range from 2 to 3.5 liters of total volume consumed and include Osmoprep (2 L), Plenvu (2 L), Clenpiq (2.2 L), Suprep (3 L), Sutab (3 L), and Moviprep (3 L). Although the tablet formulations (Osmoprep and Sutab) do not require mixing of solutions, significant additional water consumption is still required.

- There do not appear to be clinically relevant differences in efficacy, based on indirect evidence. Compared with standard-volume preparations, low volume products demonstrate superior bowel prep completion rate, improved adenoma detection rates, improved patient satisfaction for the prep and procedure, and increased likelihood that the patient will undergo future colonoscopy.

- Professional treatment guidelines recommend split-dose regimens over single dose traditional regimens (which are administered the day before the colonoscopy), due to improved cleansing. However, no one specific agent is recommended over another.

- Tolerability issues, including poor palatability and the requirement for large volumes of liquid may result in an inadequate bowel prep. Safety concerns vary by product and include gastrointestinal obstruction/perforation, gastric retention, and electrolyte disturbances, potentially exacerbating heart failure or renal dysfunction. PEG products are preferred in patients with heart failure, renal dysfunction or liver disease.

- Specific clinical considerations for the products are as follows:

  - **PEG 3350 with electrolytes powder for solution (Colyte, GoLYTELY, TriLyte, NULYTELY)** advantages include availability in generic formulations; approval for children as young as 6 months of age (TriLyte and NuLYTELY); additional indications for bowel cleansing prior to barium enema X-ray examinations (Colyte and GoLYTELY); and availability in sulfate-free formulations (TriLYTE

and NULYTELY). Disadvantages include the large volumes required (4 L), poor taste, and tolerability issues.

- **PEG 3350 with electrolytes powder for solution (MoviPrep**) is a low volume preparation (3 L) that has high MHS utilization, is well tolerated in elderly patients, and was frequently mentioned by providers as requiring inclusion on the formulary. MoviPrep should be used with caution in patients with phenylketonuria.

- **PEG 3350 with electrolytes powder for solution (Plenvu)** is a low volume (2 L) preparation that is similar to MoviPrep.

- **Sodium picosulfate, magnesium oxide, anhydrous citric acid oral solution (Clenpiq)** is a low volume formulation (2.2 L) indicated for patients 9 years of age and older that is already constituted and well-tolerated. Electrolyte disturbances can occur.

- **Sodium sulfate, potassium sulfate, magnesium sulfate, concentrated oral solution (Suprep)** is a low volume (3 L) product indicated for patients 12 years of age and older. Safety concerns include a higher risk of nausea, vomiting and abdominal distension compared to other products. Overall Suprep offers no compelling clinical advantages relative to the other bowel prep agents.

- **Sodium sulfate, potassium chloride, magnesium sulfate tablets (Sutab):** Although Sutab provides the convenience of a tablet, it requires consumption of 24 tablets and 3 L of extra volume. Overall Sutab offers no compelling clinical advantages relative to the other bowel prep agents.

- **Sodium phosphate tablets (Osmoprep)** requires 32 tabs and 2 L of extra volume and has existing low utilization in the MHS. Significant safety concerns include the boxed warning for acute phosphate nephropathy. Overall Osmoprep offers no compelling clinical advantages relative to the other bowel prep agents.

- **Sodium picosulfate, magnesium oxide, anhydrous citric acid power packets (Prepopik)** is an older formulation that was voluntarily discontinued from the market.

- In order to meet the needs of MHS beneficiaries, at least one product approved in young children, and at least one low volume product is required.


*Relative Cost-Effectiveness Analysis and Conclusion*—CMA and BIA were performed. The P&T Committee concluded (17 for, 0 opposed, 1 abstained, 0 absent) the following:

- CMA results showed that the generic standard volume PEG formulations (Colyte, GoLYTELY, NULYTELY, TriLYTE) were the most cost effective bowel preparations, followed by the branded products (ranked from most cost effective to least cost effective) MoviPrep, Plenvu, Clenpiq, Suprep, Sutab and Osmoprep.

- BIA was performed to evaluate the potential impact of designating selected agents as formulary, or NF, on the UF or Tier 4. BIA results showed that designating the generic PEG formulations, Moviprep, Plenvu, and Clenpiq as UF, and designating Suprep, Sutab, Osmoprep and Prepopik as NF, demonstrated significant cost avoidance for the MHS.

1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) the following:

   - UF
     - PEG 3350, sodium sulfate, sodium bicarbonate, sodium chloride and potassium chloride powder for oral solution (Colyte, GoLYTELY, Galvilyte-A, Galvilyte-C, GalviLyte-G, generics)

     - PEG 3350, sodium bicarbonate, sodium chloride and potassium chloride powder for oral solution (NuLYTELY, TriLyte, generics)

     - PEG 3350, sodium sulfate, sodium chloride, potassium chloride, ascorbic acid, and sodium ascorbate powder for oral solution (Moviprep)

     - PEG 3350, sodium sulfate, sodium chloride, potassium chloride, ascorbic acid, and sodium ascorbate powder for solution (Plenvu)

     - sodium picosulfate, magnesium oxide, and anhydrous citric acid oral solution (Clenpiq) *(moves from NF to UF)*

   - NF
     - sodium sulfate, potassium sulfate, and magnesium sulfate concentrated oral solution (Suprep) *(moves from UF to NF)*

     - sodium sulfate, potassium chloride and magnesium sulfate tablets (Sutab)

     - sodium phosphate tablets (Osmoprep) *(moves from UF to NF)*

     - sodium picosulfate, magnesium oxide, and anhydrous citric acid power packets (Prepopik) *(moves from UF to NF)*

   - Tier 4/Not Covered: None

2. ***COMMITTEE ACTION: BCF RECOMMENDATION***—The P&T Committee recommended (16 for, 1 opposed, 1 abstained, 0 absent) adding PEG 3350, sodium sulfate, sodium bicarbonate, sodium chloride

and potassium chloride powder for oral solution (generic GoLYTELY) to the BCF, based on cost effectiveness and existing high utilization in the MHS.

3. ***COMMITTEE ACTION:  MN CRITERIA—***The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) MN criteria for Suprep, Sutab, Osmoprep and Prepopik.  See Appendix B for the full criteria.

4. ***COMMITTEE ACTION:  EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) AND NF TO MAIL REQUIREMENTS—***The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) exempting the non-formulary bowel preparations (Sutab, Suprep, Osmoprep, Prepopik) from the EMMPI program and nonformulary to mail requirement due to the acute use exception.

5. ***COMMITTEE ACTION:  UF, BCF, MN, EMMPI PROGRAM AND IMPLEMENTATION PERIOD—***The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) 1) an effective date of the first Wednesday two weeks after signing of the minutes in all points of service. Note that letters won't be sent to patients who have received Suprep, Sutab, Osmoprep or Prepopik, due to the acute use of these drugs, and since the majority of prescriptions are for one-time use.  Based on the P&T Committee's recommendation, the effective date is March 2, 2022.

## V.    NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions*—The P&T Committee agreed for group 1: (16 for, 0 opposed, 1 abstained, 1 absent); group 2: (14 for, 1 opposed, 1 abstained, 2 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5).  See Appendix E for the complete list of newly approved drugs reviewed at the August 2021 P&T Committee meeting, a brief summary of their clinical attributes, and their formulary recommendations.  See Appendix F for their restriction to or exemption from the Mail Order Pharmacy.

A. ***COMMITTEE ACTION:  UF RECOMMENDATION—***The P&T Committee recommended (for group 1: 16 for, 0 opposed, 1 abstained, 1 absent; group 2: 14 for, 0 opposed, 2 abstained, 2 absent; and for Accrufer 12 for, 4 opposed, 1 abstained, 1 absent) the following:

- UF:

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

- dasiglucagon injection (Zegalogue) – Binders-Chelators-Antidotes-Overdose Agents: Hypoglycemia Agents for severe hypoglycemia
- infigratinib (Truseltiq) – Oncological agent for cholangiocarcinoma
- omalizumab syringe (Xolair) – Respiratory Interleukin for asthma, nasal polyps, and chronic idiopathic urticaria (CIU)
- pegcetacoplan injection (Empaveli) – Hematological agent for paroxysmal nocturnal hemoglobinuria (PNH)
- relugolix/estradiol/norethindrone (Myfembree) – Luteinizing Hormone-Releasing Hormone (LHRH) Agonists-Antagonists for the management of heavy menstrual bleeding associated with uterine leiomyomas (fibroids) in premenopausal women
- riluzole oral film (Exservan) – Miscellaneous neurological agent for amyotrophic lateral sclerosis (ALS)
- semaglutide injection (Wegovy) – Weight loss agent and a GLP-1 receptor antagonist for the treatment of obesity
- sotorasib (Lumakras) – Oncological agent for non-small cell lung cancer (NSCLC)

- NF:
  - drospirenone/estetrol (Nextstellis) – Contraceptive Agents: Monophasics with 20 mcg estrogen
  - ferric maltol (Accrufer) – Electrolyte-Mineral-Trace Element Replacement for iron deficiency
  - viloxazine extended release (Qelbree) – Non-Stimulant for Attention Deficit Hyperactivity Disorder (ADHD) in pediatric patients ages 6 to 17 years of age

- Tier 4/Not Covered: See Appendix H for additional detail regarding Tier 4 agents and formulary alternatives.
  - rosuvastatin/ezetimibe (Roszet) – Antilipidemic 1
    - Roszet was recommended as Tier 4 as it has little to no additional clinical effectiveness relative to the statins that are combined with ezetimibe, and the needs of TRICARE beneficiaries are met by available alternative agents. Formulary alternatives include rosuvastatin taken with ezetimibe separately, atorvastatin with ezetimibe, simvastatin/ezetimibe (Vytorin), and the PCSK-9 inhibitors.

B. **COMMITTEE ACTION:  MN CRITERIA**—The P&T Committee recommended MN criteria for the following: 16 for, 0 opposed, 1 abstained, 1 absent for

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

Qelbree; 14 for, 0 opposed, 2 abstained, 2 absent for Nextstellis, and 12 for, 4 opposed, 1 abstained, 1 absent for Accrufer. See Appendix B for the full criteria.

C. **COMMITTEE ACTION: PA CRITERIA**—The P&T Committee recommended (group 1 16 for, 0 opposed, 1 abstained, 1 absent; group 2 14 for, 0 opposed, 2 abstained, 2 absent, and for Accrufer (12 for, 4 opposed, 1 abstained, 1 absent) the following (see Appendix C for the full criteria):

- Weight loss drugs: Applying manual PA criteria to new users of Wegovy, consistent with the requirements for Saxenda and the other weight loss drugs. A trial of all the other weight loss drugs except Saxenda will be required before Wegovy.

- Oncologic drugs: Applying manual PA criteria to new users of Lumakras and Truseltiq, consistent with PA requirements in general for oncology drugs.

- Respiratory Interleukins: Applying manual PA criteria to new users of the Xolair syringe, consistent with the requirements for the other respiratory biologics intended for patient self-administration.

- LHRH Agonists-Antagonists: Applying manual PA criteria to new users of Myfembree, similar to the requirements for Oriahnn.

- ALS Drugs: Applying manual PA criteria to new users of Exservan oral film, consistent with the requirements for riluzole oral suspension (Tiglutik).

- Applying manual PA criteria to new users of Accrufer, Empaveli, Nextstellis, and Qelbree.

D. **COMMITTEE ACTION: UF, MN, AND PA IMPLEMENTATION PERIOD**—The P&T Committee recommended group 1 (16 for, 0 opposed, 1 abstained, 1 absent); group 2 (14 for, 0 opposed, 2 abstained, 2 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status:** An effective date of the first Wednesday two weeks after signing of the minutes in all points of service, on March 2, 2022.

- **New Drugs Recommended for Tier 4/Not Covered Status:** 1) An effective date of the first Wednesday 120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation, on June 15, 2022.

## VI. UTILIZATION MANAGEMENT

### A. PA Criteria

#### 1. New Manual PA Criteria

##### a) Miscellaneous Insulin Devices—Omnipod and Omnipod DASH: PA and QLs:

The Omnipod and Omnipod DASH cartridge pods are wearable, tubeless insulin management systems that are controlled using a personal diabetes manager (PDM). These FDA-approved medical devices must be filled with insulin by the patient, and supply up to 3 days (72 hours) of insulin. Omnipod systems are meant for those who require multi-day injections of insulin (defined as at least three times daily). The smartphone-like PDM allows for remote management of basal and bolus insulin dosing.

The Omnipod and Omnipod DASH are covered under the TRICARE pharmacy benefit, but the starter kit is packaged with the actual device and is not a pharmacy benefit. Prior authorization was recommended to reflect current TRICARE Policy Manual coverage requirements for external infusion pumps (EIPs).

In addition to PA, QLs were also recommended for Omnipod and Omnipod DASH, along with new QLs for similar external infusion pump, V-Go. (See Appendix D)

> ***COMMITTEE ACTION**: **NEW MANUAL PA CRITERIA FOR OMNIPOD AND OMNIPOD DASH CARTRIDGES; NEW QLs for OMNIPOD, OMNIPOD DASH, and V-Go AND IMPLEMENTATION PLAN**—The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) manual PA criteria for new and current users of Omnipod and Omnipod DASH cartridge pods to ensure appropriate use in the expected patient population, as well as to ensure continued monitoring of blood glucose levels and proper patient education on the device. (See Appendix C for full criteria).*

The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) the new PA criteria will become effective the first Wednesday 90 days after the signing of the minutes. DHA will send letters to beneficiaries affected by the new PA requirements for these products, as new and current users will be subject to the PA. (May 18, 2022)

QLs were also recommended for Omnipod, Omnipod DASH, and V-Go, to ensure appropriate use. The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) the QLs for Omnipod, Omnipod DASHm and V-Go become effective the first Wednesday 2 weeks after signing of the minutes (prior to implementation of the PA). (See Appendix D)

##### b) Laxatives-Cathartics-Stool Softeners – Lactulose Packet (Kristalose, generics)—Lactulose formulated in packets (Kristalose brand and generic) are not

cost effective relative to other formulary lactulose products or other laxatives (i.e., glycerin, lactitol, polyethylene glycol 3350, sorbitol), which are all available in low-cost formulations. PA was recommended to require a trial of other cost effective lactulose solutions or laxatives prior to Kristalose packets.

> ***COMMITTEE ACTION: NEW PA CRITERIA FOR KRISTALOSE, BRAND AND GENERICS AND IMPLEMENTATION PLAN***—The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) manual PA criteria for lactulose packets (Kristalose, generics) in new users, due to the significant cost differences compared with numerous available alternative agents. The new PA will become effective the first Wednesday 60 days after the signing of the minutes (April 20, 2022). See Appendix C for the full criteria.

c) **Vitamins: Prenatal – Prenatal Multivitamins (Neonatal-DHA, Neonatal FE)**—Neonatal-DHA and Neonatal FE are prenatal dietary supplements manufactured by a single company and require a prescription prior to dispensing. The primary ingredients of Neonatal-DHA and Neonatal FE are similar to that found in Azesco, Zalvit, and Trinaz, which require manual PA. Several prescription prenatal multivitamins are included in the TRICARE pharmacy benefit for women younger than the age of 45 and do not require prior authorization criteria. Manual PA criteria were recommended for all new and current users of Neonatal-DHA and Neonatal FE, to require a trial of cost-effective formulary prenatal vitamins first.

> ***COMMITTEE ACTION: NEW PA CRITERIA FOR NEONATAL-DHA AND NEONATAL FE AND IMPLEMENTATION PLAN***—The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) manual PA criteria for Neonatal-DHA and Neonatal FE (regardless of the woman's age) in new users, due to the significant cost differences compared with numerous available alternative agents. The new PA will become effective the first Wednesday 90 days after the signing of the minutes. See Appendix C for the full criteria.

2. **Updated PA Criteria and Step Therapy**

Updates to the manual PA criteria and step therapy were recommended for the following products, due to availability of cost-effective alternative treatments, results from clinical trial data, clinical practice guideline updates, or provider recommendation. The updated PAs and step therapy outlined below will apply to new users. See Appendix C for full criteria.

a) **Multiple Sclerosis Agents – ozanimod (Zeposia)**—Zeposia is a sphingosine-1 phosphate receptor modulator originally approved for treating relapsing forms of multiple sclerosis. It recently gained approval for ulcerative colitis

(UC), another type of immune-mediated inflammatory disorder. At the time of review the trial supporting Zeposia for UC was not published. Other treatments, including non-biologics (e.g., azathioprine, sulfasalazine) and the targeted immunomodulatory biologic (TIBs) adalimumab (Humira) are well-established therapies for UC, and are more cost effective than Zeposia. The Zeposia PA was updated to allow for treatment of UC after a trial of non-biologic systemic therapy and trial of Humira.

> ***COMMITTEE ACTION***:  ***UPDATED MANUAL PA CRITERIA***—The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) updating the current PA criteria for Zeposia to require more clinically established and cost effective treatments first.  See Appendix C for the full PA criteria.

b) **Migraine Agents —rimegepant (Nurtec ODT): PA and QLs; and ubrogepant (Ubrelvy) and lasmiditan (Reyvow) – PA update:** These three oral drugs were originally approved for acute treatment of migraine headache, and were reviewed at the May 2020 P&T Committee meeting. PA criteria currently apply. Rimegepant orally disintegrating tablets (Nurtec ODT) is now FDA-approved for preventive treatment of episodic migraine in adults. Other migraine preventive medications (e.g., antiepileptics, beta blockers, antidepressants, and the injectable calcitonin gene-related peptide [CGRP] antagonists) are available that have shown greater reductions in monthly migraine days than Nurtec ODT, based on indirect comparison, and are more cost-effective.

The PA criteria for Nurtec ODT was updated to require a trial of other preventive medications (oral agents, and injectable CGRPs) first. QLs were also updated for Nurtec ODT, as the new preventive indication allows for every other day dosing. The PAs for Nurtec ODT, Ubrelvy, and Reyvow were also updated to include renewal criteria, to assess for efficacy.

> ***COMMITTEE ACTION***:  ***NURTEC ODT, UBRELVY, AND REYVOW, UPDATED MANUAL PA CRITERIA AND NURTEC ODT QL***—The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) updating the current PA criteria for Nurtec ODT, Ubrelvy, and Reyvow and to also update the QLs on Nurtec ODT.  See Appendix C for the full PA criteria and Appendix D for QLs.

3. **Updated PA Criteria for New FDA-Approved Indications or Expanded Age Ranges**

Updates to the PA criteria for several drugs were recommended due to new FDA-approved indications and expanded age ranges. The updated PA criteria summarized below will apply to new users. See Appendix C for full criteria.

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

- **Oncological Agents–avapritinib (Ayvakit)**—Includes the new indication for adult patients with advanced systemic mastocytosis (comprises patients with aggressive systemic mastocytosis, systemic mastocytosis with an associated hematologic neoplasm, and mast cell leukemia)

- **Targeted Immunomodulatory Biologic secukinumab (Cosentyx)**—Manual PA criteria now allow use in pediatric patients 6 years of age and older, as well as in adults with moderate to severe plaque psoriasis who are candidates for systemic therapy or phototherapy.

- **Overactive Bladder Agents**

  o **mirabegron tablets and granules (Myrbetriq)**—The manual PA criteria were updated to allow for the new indication for treatment of neurogenic detrusor overactivity (NDO) in patients 3 years of age and older (for the granules) *(note that the granules were reviewed as an innovator at the November 2021 meeting)* and weighing 35 kg or more (for the tablets).

  o **fesoterodine (Toviaz)**—Manual PA criteria were updated to allow for the new indication for treatment of neurogenic detrusor overactivity (NDO) in patients 6 years of age and older and weighing more than 25 kg.

- **Hepatitis C Agents: Direct Acting Agents– sofosbuvir/velpatasvir (Epclusa) and authorized generic; glecaprevir/pibrentasvir (Mavyret)**—The manual PA criteria now allow use in pediatric patients 3 years of age and older as well as adults for treatment of chronic hepatitis C virus genotype 1, 2, 3, 4, 5, or 6.

- **ADHD Agents: Stimulants – amphetamine sulfate ODT (Evekeo ODT)**—The manual PA criteria now allow use in pediatric patients between the ages of 3 to 17 years for treatment of ADHD.

- **Gastrointestinal-2 Agents – obeticholic acid (Ocaliva)** —The manual PA criteria was revised and updated for safety information to narrow the indication for the patient population with primary biliary cholangitis (PBC), based on information from the manufacturer.

  > ***COMMITTEE ACTION:  UPDATED MANUAL PA CRITERIA—*** The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) updates to the manual PA criteria for Ayvakit, Cosentyx, Myrbetriq, Toviaz, Epclusa and authorized generic, Mavyret, Evekeo ODT, and Ocaliva.  See Appendix C for the full PA criteria.

**B. Quantity Limits**

1. ***General QLs:*** QLs were reviewed for the newly approved drugs where there are existing QLs for the class, (including hypoglycemia agents, electrolyte-mineral-trace element replacements, oncological agents, and respiratory interleukins), and a previously reviewed targeted immunomodulatory biologic (Stelara 90 mg syringe).

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

*COMMITTEE ACTION:  QLs*—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) QLs for Zegalogue, Lumakras, Truseltiq, Xolair syringe, Accrufer, and Stelara 90 mg strength only.  See Appendix D for the QLs.

2. *Antiinfectives: Anti-Helmintics: ivermectin (Stromectol)*:  A review of MHS prescription data noted a large increase in the quantity of ivermectin dispensed at the Mail Order and Retail pharmacies, likely related to off-label use for COVID-19 infection.  The recently updated 2021 updated National Institutes of Health (NIH) COVID-19 treatment guidelines state there is insufficient evidence to recommend either for or against the use of ivermectin for treatment of COVID-19.  A quantity limit of 60 tablets per prescription fill at all 3 points of service (POS) were recommended to minimize potential off-label ivermectin use.  The QLs will not impact the treatment regimens for FDA-approved uses (e.g., intestinal strongyloidiasis, scabies).  The QLs noted here will not impact any DoD-conducted investigational trials.  (See Appendix D)

*COMMITTEE ACTION:  QLs*—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) QLs for ivermectin.  See Appendix D for the QLs.

## C.  Updated PAs and QLs Implementation Periods

*COMMITTEE ACTION:  PA AND QLs IMPLEMENTATION PERIOD*—The P&T Committee recommended the following implementation periods:

- (16 for, 0 opposed, 1 abstained, 1 absent)
  - Updates to the current PA criteria in new users for Zeposia will become effective the first Wednesday 30 days after the signing of the minutes (Month day, 2021).
  - Updates to the current PA criteria in new users for Nurtec ODT, Ubrelvy, and Reyvow will become effective the first Wednesday 60 days after the signing of the minutes.  (*Note that implementation occurred on October 5, 2021.)*
  - Updates to the current PA criteria in new users for the oncology drug Ayvakit; the TIB Cosentyx; the Overactive Bladder Agents Myrbetriq and Toviaz; the hepatitis C drugs Epclusa and authorized generic and Mavyret; the ADHD stimulant Evekeo ODT; the GI-2 agent Ocaliva will become effective the first Wednesday 60 days after the signing of the minutes (April 20, 2021)
- (17 for, 0 opposed, 0 abstained, 1 absent) the QLs listed in Appendix D will become effective the first Wednesday **2 weeks** after the signing of the minutes in all POS.  Note that the QLs for Nurtec

ODT will be implemented before the PA is updated. (March 2, 2022).

## VII.   LINE EXTENSIONS

The P&T Committee clarified the formulary status for several product line extensions ("follow-on products") by the original manufacturer.  Line extensions have the same FDA indications as the "parent" drug and retain the same formulary and copayment status as the "parent" drug.

A. ***COMMITTEE ACTION:  LINE EXTENSIONS, FORMULARY STATUS CLARIFICATION, AND IMPLEMENTATION***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) clarifying the formulary status of the following products to reflect the current formulary status and applicable step therapy, MN criteria, PA criteria, QLs, and EMMPI List status, and specialty status for the parent compound.  Implementation will occur the first Wednesday two weeks after signing of the minutes (March 2, 2022).

- **Oncological Agents: Multiple Myeloma**—designating **selinexor (Xpovio) 40 mg twice weekly dosing, 40 mg, 60 mg, 80 mg, and 100 mg once weekly dosing** as UF, with the same manual PA criteria requirements, QL, and specialty status as Xpovio 20 mg.

- **TIBs:**
  - Designating **adalimumab (Humira CF) 80 mg/0.8 mL pen carton and starter package for pediatric UC** as UF, step-preferred, same manual PA criteria, QL, specialty status, and EMMPI List status similar to various other strengths and dosage forms of Humira CF.

  - Designating **risankizumab-rzaa (Skyrizi) 150 mg/mL pen injector and single syringe** as NF, non-step-preferred, same MN criteria, manual PA criteria, QL, specialty status, and EMMPI List status similar to Skyrizi 75 mg single-use prefilled syringe.

  - Designating **secukinumab (Cosentyx) 75 mg/0.5 mL syringe** as UF (step therapy required), same manual PA criteria, QL, specialty status, and EMMPI List status similar to Cosentyx 150 mg and 300 mg syringes and pens.

- **Pancreatic Enzyme Replacement Therapy (PERT)**—designating **lipase/protease/amylase (Pancreaze) 37k-97.3k capsule** as NF, same MN criteria, manual PA criteria, and EMMPI List status similar to various other strengths of Pancreaze.

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

- **Neurological Agents Miscellaneous: Movement Disorders**—designating **valbenazine (Ingrezza) 60 mg capsule** as UF, same manual PA criteria, and QL similar to Ingrezza 40 mg and 80 mg.

- **Anticonvulsants-Antimania Agents**—designating **cenobamate (Xcopri) 250 mg tablet** as UF and specialty status similar to other strengths of Xcopri.

- **Oncological Agents**—designating **avapritinib (Ayvakit) 25 mg and 50 mg tablets** as UF, same manual PA criteria, QL, and specialty status similar to Ayvakit 100 mg, 200 mg, and 300 mg.

- **Cystic Fibrosis Agents**—designating **elexacaftor/tezacaftor/ivacaftor (Trikafta) 50-25-37.5/75 mg tablet** as UF, same manual PA criteria, QL, and specialty status similar to Trikafta 100-50-75 mg/150 mg.

- **Calcium Channel Blocking Agents**—designating **nimodipine (Nymalize) 60 mg/10 mL oral syringe** as UF similar to Nymalize 30 mg/5 mL oral syringe.

## VIII.  PULMONARY 3 AGENTS:  COMBINATIONS SUBCLASS— BUDESONIDE/GLYCOPYRROLATE/FORMOTEROL (BREZTRI INHALER) COPAYMENT CHANGE AND EMMPI PROGRAM INCLUSION

*Background*—The fixed-dose triple combination inhalers containing an inhaled corticosteroid, long-acting muscarinic antagonist, and long-acting beta agonist (ICS/LAMA/LABA) were reviewed for formulary status at the February 2021 Committee meeting.  Both budesonide/glycopyrrolate/formoterol (Breztri) and fluticasone/umeclidinium/vilanterol (Trelegy) were recommended to remain on the UF.  Following the meeting, more favorable pricing for Breztri became available, making it the most cost effective triple combination inhaler.  (Note that Committee recommendations from February 2021 had not yet been implemented at the time of the August 2021 P&T Committee meeting, due to the BAP zero-based review.)  As a result the Tier 1 copay was recommended for Breztri.  In addition it was recommended to include Breztri on the EMMPI Program, as the Mail Order and MTF points of service are more cost effective than at retail network pharmacies.  (*Note that this is an update from the February 2021 P&T Committee meeting minutes.*)

Applying the Tier 1 copay at both Retail and Mail will also encourage use of the most cost-effective triple fixed-dose combination inhaler.  Additionally, lowering the copay for this agent is consistent with 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020, in that the P&T Committee "will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries."

> ***COMMITTEE ACTION:  BREZTRI COPAYMENT CHANGE, EMMPI PROGRAM ADDITION, AND IMPLEMENTATION***—The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent)

changing the copay for Breztri inhaler from Tier 2 (brand) to the Tier 1 (generic) copay at the purchased care points of service (Retail and Mail), and adding Breztri to the EMMPI program. Implementation will two weeks after signing of the minutes. *(Note addition to EMMPI is a change from the February 2021 P&T Committee meeting minutes.)*

## IX. BRAND OVER GENERIC AUTHORIZATION FOR AMBRISENTAN (LETAIRIS) AND POST-IMPLEMENTATION REVIEW FOR PULMONARY ARTERIAL HYPERTENSION (PAH) DRUGS

*Background*—The PAH drugs including the endothelin receptor antagonist subclass were most recently reviewed for formulary placement in May 2019. The Committee originally recommended brand over generic authorization and Tier 1 status for branded ambrisentan (Letairis). However, multiple cost effective generic formulations were subsequently available prior to the implementation date of October 2019, so this requirement was removed at the August 2019 meeting.

At this meeting, the Committee reviewed overall trends in utilization and expenditures since implementation of the formulary recommendations in October 2019. The post-implementation review did reveal that supply of cost effective generic ambrisentan was unreliable. As a result, branded Letairis is currently more cost-effective than generic ambrisentan products. Due to these supply and cost issues, the Committee recommended implementing the brand over generic requirements for ambrisentan, requiring use of the branded Letairis formulation prior to a generic formulation, and applying the Tier 1 copay to the brand.

> ***COMMITTEE ACTION: BRAND OVER GENERIC REQUIREMENT FOR AMBRISENTAN (LETAIRIS), PA CRITERIA, TIER 1 COPAY AND IMPLEMENTATION PERIOD***—The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) requiring brand Letairis over generic ambrisentan in all new and current users, based on cost effectiveness. The prescriber will provide patient-specific justification as to why branded Letairis cannot be used. The Tier 1 (generic) copayment will apply to brand Letairis. The effective date will two weeks after signing of the minutes in all POS. The "brand over generic" requirement will be removed administratively when it is no longer cost-effective compared to the AB-rated generics. See Appendix C for the full PA criteria for generic ambrisentan.
>
> The authority for the Tier 1 copayment is codified in 32 CFR 199.21(j)(3): [W]hen a blanket purchase agreement, incentive price agreement, Government contract, or other circumstances results in a brand pharmaceutical agent being the most cost effective agent for purchase by the Government, the P&T Committee may also designate that the drug be cost-shared at the generic rate.

**X. REFILLS OF PRESCRIPTION MAINTENANCE MEDICATIONS THROUGH MTF PHARMACIES OR THE MAIL ORDER PROGRAM**

**Newly Approved Drugs per 32 CFR 199.21(g)(5)**
See Appendix F for the mail order status of medications designated UF or NF during the August 2021 P&T Committee meeting. Note that the Add/Do Not Add recommendations listed in the appendix pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement. The implementation date for all of the recommendations from the August 2021 meeting listed in Appendices E and F, including those for newly approved drugs, will be effective upon the first Wednesday two weeks after the signing of the minutes.

> ***COMMITTEE ACTION: NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5) RECOMMENDED FOR UF OR NF STATUS—***
> The P&T Committee recommended (for group 1: 16 for, 0 opposed, 1 abstained, 1 absent; group 2: 14 for, 0 opposed, 2 abstained, 2 absent; and for Accrufer 12 for, 4 opposed, 1 abstained, 1 absent) adding or exempting the drugs listed in Appendix F to/from the Select Maintenance List (EMMPI List) for the reasons outlined in the table. See Appendix F.

**XI. PHARMACY AND THERAPEUTICS COMMITTEE ADMINISTRATIVE FUNCTIONS**

Management of the TRICARE pharmacy benefit requires a wide variety of actions, with various levels of involvement of the DoD P&T Committee, the Beneficiary Advisory Panel (BAP), and the Director, DHA. In May 2005 when the UF Rule was implemented, the P&T Committee developed a comprehensive list of the functions associated with formulary management and categorized each into one of three decision pathways, depending on the level of involvement required. Periodic updates have been made (May 2017 and May 2019 meeting minutes.)

The Committee reviewed an update to allow implementation of PAs and QLs for shortages/pandemic/other emergencies, after consultation with the P&T Committee Chair and others as needed (e.g., Deputy Assistant Director – Health Affairs). Any actions taken will be presented to the P&T Committee at the next meeting. PAs and/or QLs implemented in these situations will be removed when the situation has resolved. (See Appendix I.)

**XII. ITEMS FOR INFORMATION**

**A. Biosimilar and Specialty Generics:** The Committee was briefed on the definition of and FDA approval pathway for biosimilars, and the current market place spend and utilization for biosimilars and specialty medications and biologics.

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

# XIII. ADJOURNMENT

The meeting adjourned at 1500 hours on August 6, 2021. The next meeting will be in November 2021.

**Appendix A—Attendance: August 2021 DoD P&T Committee Meeting**
**Appendix B—Table of Medical Necessity Criteria**
**Appendix C—Table of Prior Authorization Criteria**
**Appendix D—Table of Quantity Limits**
**Appendix E—Table of Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**
**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary during the August 2021 DoD P&T Committee Meeting**
**Appendix G—Table of Implementation Status of Uniform Formulary Recommendations/Decisions Summary**
**Appendix H—Tier 4/Not Covered Drugs and Therapeutic Alternatives**
**Appendix I—DoD P&T Committee and the Updated Table of Processes and Recommendation/Approval Authorities**
**Appendix J—Table of Abbreviations**

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

AR1368

# DECISION ON RECOMMENDATIONS

**SUBMITTED BY**:

_John P. Kugler_

John P. Kugler, M.D., MPH
DoD P&T Committee Chair

**The Director, DHA**:

☒ concurs with all recommendations.

☐ concurs with the recommendations, with the following modifications:

1.

2.

3.

☐ concurs with the recommendations, except for the following:

_Brian C. Lein_

Brian C. Lein, MD
Assistant Director,
Healthcare Administration
_for_ Ronald J. Place
LTG, MC, USA
Director

_14 Feb 2022_

Date

Meeting & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

**Appendix A—Attendance:  August 2021 P&T Committee Meeting**

| Voting Members Present | |
|---|---|
| John Kugler, COL (Ret.), MC, USA | DoD P&T Committee Chair |
| Col Paul Hoerner BSC, for Col Markus Gmehlin BSC | Chief, DHA Pharmacy Operations Division (POD) |
| CDR Scott Raisor | Interim Chief, Formulary Management Branch (Recorder) |
| MAJ Sebastian Welsh, MC | Army, Physician at Large |
| COL Jeffrey Neigh, MSC for COL Aatif Sheikh, MSC | Army, Pharmacy Officer |
| LTC Rosco Gore, MC | Army, Internal Medicine Physician |
| Ruben Salinas, COL (Ret.) MC, USA for MAJ Wendra Galfand | Army, Family Medicine Physician |
| LCDR Sean Stuart, MC | Navy, Physician at Large |
| CAPT Bridgette Faber, MSC | Navy, Pharmacy Officer |
| LCDR Danielle Barnes, MC | Navy, Pediatrics Representative |
| CDR Austin Parker, MC | Navy, Internal Medicine Physician |
| CAPT Paul Michaud, USCG | Coast Guard, Pharmacy Officer |
| Maj Jeffrey Colburn, MC | Air Force, Internal Medicine Physician |
| Maj Jennifer Dunn, MC | Air Force, Physician at Large |
| Lt Col Larissa Weir, MC | Air Force, OB/GYN Physician |
| Lt Col Justin Lusk, BSC, for Col Corey Munro, BSC | Air Force, Pharmacy Officer |
| Maj Christin Destefano, MSC | Air Force, Oncologist |
| Lara Au, PharmD, BCOP | Oncology Pharmacist |
| Nonvoting Members Present | |
| Bryan Wheeler, DHA | Deputy General Counsel, DHA |
| Eugene Moore, PharmD | COR TRICARE Pharmacy Program |
| LCDR William Agbo | DLA Troop Support |
| Bernadette Heron PharmD (Aug 4th) Francine Goodman, PharmD (Aug 5th) | Department of Veterans Affairs |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 182 of 980

AR1370

**Appendix A—Attendance:  August 2021 P&T Committee Meeting**

| Guests | |
|---|---|
| CPT Hope Shen, MSC | DLA Troop Support |
| Ms. Marsha Peterson | DHA Contracting Officer |
| Ms. Hilary Lewis | DHA Contracting Officer |
| Ms. Madison Northern | DHA Contracting |
| Mr. Hudson Tompkins | DHA Contracting |
| Ms. Grace Steier | DHA Contracting |
| Mr. Monroe Porter | DHA Contracting |
| **Others Present** | |
| MAJ Adam Davies, MSC | Chief, P&T Section, DHA Formulary Management Branch |
| Dr. Angela Allerman, PharmD, BCPS | DHA Formulary Management Branch |
| Dr. Shana Trice, PharmD, BCPS | DHA Formulary Management Branch |
| Dr. Amy Lugo, PharmD, BCPS | DHA Formulary Management Branch |
| LCDR Todd Hansen, MC | DHA Formulary Management Branch |
| LCDR Elizabeth Hall, BCPS | DHA Formulary Management Branch |
| Maj Angelina Escano, MC | DHA Formulary Management Branch |
| Dr. Ellen Roska, PharmD, MBA, PhD | DHA Formulary Management Branch |
| Dr. Julia Trang, PharmD | DHA Formulary Management Branch |
| LCDR Giao Phung, MSC | DHA Formulary Management Branch |
| Maj Gregory Palmrose, BSC | DHA Market Management Branch |
| Mr. David Folmar | DHA Formulary Management Branch Contractor |
| Mr. Kirk Stocker | DHA Formulary Management Branch Contractor |
| Mr. Michael Lee | DHA Formulary Management Branch Contractor |
| Samantha Valliant | University of North Carolina at Chapel Hill PharmD student |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 183 of 980

AR1371

Appendix B—Table of Medical Necessity (MN) Criteria

| Drug / Drug Class | Medical Necessity Criteria |
|---|---|
| **Class Review MN Criteria** | |
| • sodium sulfate, potassium sulfate, and magnesium sulfate concentrated oral solution (Suprep)<br>• sodium sulfate, potassium chloride and magnesium sulfate tablets (Sutab)<br>• sodium phosphate tablets (Osmoprep)<br>• sodium picosulfate, magnesium oxide, and anhydrous citric acid power packets (Prepopik)<br><br>**Laxatives-Cathartics-Stool Softeners: Bowel Preparations** | • No alternative formulary agent: the patient is unable to comply with the mixing requirements for the formulary alternatives.<br><br>**Formulary alternatives:** CoLyte, Galvilyte-A, Galvilyte-C, GalviLyte-G, NuLytely, GoLytely, TriLyte, MoviPrep, Clenpiq, Plenvu |
| **Newly Approved Drugs MN Criteria** | |
| • drospirenone /estetrol (Nextstellis)<br><br>**Contraceptive Agents: Monophasics with 20 mcg estrogen** | • Patient has experienced significant adverse effects from formulary agents<br><br>**Formulary alternatives:** ethinyl estradiol/drospirenone (Yaz, Yasmin), ethinyl estradiol/levonorgestrel (Sronyx, generics), or any other formulary contraceptive agents |
| • ferric maltol (Accrufer)<br><br>**Electrolyte-Mineral-Trace Element Replacement** | • Patient has experienced significant adverse effects from two other oral iron products (must be different salts)<br><br>**Formulary alternatives:** ferrous sulfate, ferrous gluconate, ferrous fumarate, and polysaccharide Fe complex |
| • viloxazine (Qelbree)<br><br>**ADHD Agents: Non-Stimulants** | • Use of formulary ADHD non-stimulant agents are contraindicated<br>• Formulary ADHD non-stimulant agents resulted in or are likely to result in therapeutic failure<br><br>**Formulary ADHD non-stimulant alternatives:** atomoxetine (Strattera, generic), clonidine ER (Kapvay, generic), guanfacine ER (Intuniv, generic) |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 184 of 980
AR1372

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| **Drug Class Review PAs** | |
| • ibrutinib (Imbruvica)<br><br>**Leukemia and Lymphoma: Bruton Tyrosine Kinase (BTK) Inhibitors** | **Updates from the August 2021 meeting are in bold**<br><br>Manual PA is required for new users of Imbruvica capsules and tablets.<br><br><u>Manual PA Criteria</u>:  Imbruvica is approved if all criteria are met:<br>• The provider acknowledges that Imbruvica capsules are more cost effective than Imbruvica tablets for DoD<br>• If the Rx is for Imbruvica tablets, please state why the patient cannot take the capsule formulation _____, then continue with the PA criteria below.<br>•<br>• If the Rx is for the Imbruvica capsules, please continue with the PA criteria below.<br>• If the Rx is for Imbruvica tablets, please state why the patient cannot take the capsule formulation _____, then continue with the PA criteria below.<br><br>• Patient is 18 years of age or older<br>• Drug is prescribed by or in consultation with a hematologist/oncologist<br>• Will be used in one of the following contexts:<br>  • Pretreatment to limit the number of cycles of RhyperCVAD/rituximab maintenance therapy for Mantle Cell Lymphoma<br>  • Second line (or subsequent therapy) for Mantle Cell Lymphoma<br>  • Second line (or subsequent therapy) for Marginal Zone Lymphoma<br>  • Second line (or subsequent therapy) for non-germinal center B cell-like Diffuse Large B Cell Lymphoma if unable to receive chemotherapy<br>  • Frontline or relapsed refractory therapy for chronic lymphocytic leukemia (CLL)/small lymphocytic lymphoma (SLL) without del(17p)/TP53 mutation<br>    • Patient fits one of the following categories:<br>      • Frail patient with significant comorbidity (not able to tolerate purine analogues)<br>      • Patient ≥ 65 years old with significant comorbidity<br>      • Patients < 65 years old<br>  • Frontline or relapsed/refractory therapy for CLL/SLL with del(17p)/TP53 mutation<br>  • Waldenström macroglobulinemia<br>  • Chronic Graft versus Host Disease<br>  • Monitor for bleeding, infection, hypertension, cardiac arrhythmias, cytopenias, and Tumor Lysis Syndrome<br>  • If the patient is female, she is not pregnant or planning to become pregnant<br>  • Breastfeeding female patients will be advised that the potential harm to the infant is unknown<br>  • All patients (males and females) of reproductive potential will use effective contraception during treatment and for at least 30 days after discontinuation<br>  • The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation.  If so, please list the diagnosis: _____.<br><br>Other non-FDA-approved uses are not approved, except as noted above<br>PA does not expire. |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 185 of 980
AR1373

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • acalabrutinib (Calquence)<br><br>**Leukemia and Lymphoma: Bruton Tyrosine Kinase (BTK) Inhibitors** | **(Note – no changes to the PA criteria made at the August 2021 meeting)**<br><br>Manual PA is required for all new users of Calquence<br><br>Manual PA Criteria: Calquence is approved if all criteria are met:<br>  • Age 18 years of age or older<br>  • Must be prescribed by or in consultation with a hematologist/oncologist<br>  • Patient meets one of the following categories:<br>    • Patient must have pathologically confirmed relapsed or refractory mantle cell lymphoma (MCL) with documentation of monoclonal B cells that have a chromosome translocation t(11;14)(q13;q32) and/or overexpress cyclin D1 that had a short response duration to prior therapy (< median progression-free survival).<br>    • Patient will use acalabrutinib as **frontline or** relapsed refractory therapy for chronic lymphocytic leukemia (CLL)/small lymphocytic lymphoma (SLL) without del(17p)/TP53 mutation<br>      • Patient fits one of following categories:<br>        • Frail patient with significant comorbidity (not able to tolerate purine analogues)<br>        • Patient ≥ 65 years old with significant comorbidity<br>        • Patients < 65 years old<br>    • Patient will use acalabrutinib as **frontline or** relapsed refractory therapy for CLL/SLL with del(17p)/TP53 mutation<br>  • If the patient has CLL, the patient's disease has no evidence of a BTK C481S mutation nor prior ibrutinib-refractory disease<br>  • Patient must not have significant cardiovascular disease such as uncontrolled or symptomatic arrhythmias, congestive heart failure, or myocardial infarction within 6 months of screening, or any Class 3 or 4 cardiac disease as defined by the New York Heart Association Functional Classification, or corrected QT interval (QTc) > 480 msec<br>  • Monitor for bleeding, infection, cardiac arrhythmias, and cytopenias<br>  • If the patient is female and of childbearing potential, advise the patient of the risk of significant fetal harm<br>  • Female patients will not breastfeed during treatment and for at least 2 weeks following cessation of treatment<br>  • The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation.  If so, please list the diagnosis: _____.<br><br>Other non-FDA-approved uses are not approved, except as noted above<br>PA does not expire. |

Case 2:25-cv-00041-M-RN Document 75-1 Filed 12/05/25 Page 186 of 980

AR1374

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • zanubrutinib (Brukinsa)<br><br>**Leukemia and Lymphoma: Bruton Tyrosine Kinase (BTK) Inhibitors** | **(Note – Changes made after the August 2021 meeting, and are in bold**<br><br>Manual PA criteria apply to all new users of Brukinsa.<br><br>Manual PA Criteria: Brukinsa is approved if all criteria are met:<br><br>• Patient is 18 years if age or older<br>• Prescribed by or in consultation with a hematologist/oncologist<br>• Patient has pathologically confirmed relapsed or refractory mantle cell lymphoma (MCL). or<br>• **Patient has Waldenström's macroglobulinemia (WM) or,** ~~a rare non-Hodgkin lymphoma~~<br>• **Patient has relapsed or refractory marginal zone lymphoma (MZL) who have received at least 1 anti-CD20-based regimen**<br>•<br>• Monitor for bleeding, infection (including opportunistic infection), cardiac arrhythmias, secondary primary malignancies, and cytopenias<br>• Patient will use sun protection in sun-exposed areas<br>• Female patients of childbearing age and are not pregnant confirmed by (-) HCG.<br>• Female patients will not breastfeed during treatment and for at least 2 weeks after the cessation of treatment<br>• Female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after the cessation of treatment<br>• The diagnosis Is NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.<br><br>Other non-FDA-approved uses are not approved.<br>PA does not expire. |
| **Newly Approved Drug PAs** | |
| • drospirenone /estetrol (Nextstellis)<br><br>**Contraceptive Agents: Monophasics with 20 mcg estrogen** | Manual PA criteria apply to all new users of Nextstellis.<br><br>Manual PA criteria: Nextstellis is approved if all criteria are met:<br>• Provider acknowledges that ethinyl estradiol/drospirenone (Yaz, Yasmin) and numerous other contraceptives are available for TRICARE patients and do not require a PA. Providers are encouraged to consider changing the prescription to Yaz, Yasmin, or another formulary contraceptive<br>• Patient has tried an ethinyl estradiol containing oral contraceptive and has had significant adverse effects attributed to the ethinyl estradiol component<br>• Provider acknowledges that Nextstellis may be less effective in females with a body mass index (BMI) ≥ 30 kg/m$^2$ per the FDA label<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Case 2:25-cv-00041-RJS-DBP Document 75-1 Filed 05/25 Page 187 of 980

AR1375

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • ferric maltol (Accrufer)<br><br>**Electrolyte-Mineral-Trace Element Replacement** | Manual PA criteria apply to all new users of Accrufer.<br><br>Manual PA criteria: Accrufer is approved if all criteria are met:<br>• Patient has a documented diagnosis of iron deficiency<br>• Patient is 18 years of age or older<br>• Patient has tried and failed two oral iron products (must be different salts e.g., ferrous sulfate, ferrous gluconate, ferrous fumarate) for at least six weeks in duration for each product, unless contraindicated or clinically significant adverse effects are experienced.<br>   o The provider must provide the date of when the patient previously tried each medication, or the contraindication or clinically significant adverse effect that the patient experienced:<br>   o Oral iron product:_____ Date:_____ Contraindication or clinically significant adverse effect: _____<br>   o Oral iron product:_____ Date:_____ Contraindication or clinically significant adverse effect: _____<br><br>• Provider acknowledges there is insufficient data on drug interactions at this time.<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization expires in 6 months.<br><br>Renewal criteria: Note that initial TRICARE PA approval is required for renewal.<br>Coverage will be approved for an additional 6 months for continuation of therapy if:<br>• Patient is still iron deficient<br>• Documentation of clinically significant improvement in patient's iron deficiency required. |
| • infigratinib (Truseltiq)<br><br>**Oncological Agents** | Manual PA criteria apply to all new users of Truseltiq.<br><br>Manual PA criteria: Truseltiq is approved if all criteria are met:<br>• Patient is 18 years of age or older<br>• Patient has previously treated, unresectable locally advanced or metastatic cholangiocarcinoma with a fibroblast growth factor receptor 2 (FGFR2) fusion or other rearrangement as detected by an FDA-approved test.<br>• The patient will be monitored for retinal pigment epithelial detachment, hyperphosphatemia, and soft-tissue mineralization<br>• The drug is prescribed by or in consultation with a hematologist/oncologist<br>• Female patients of childbearing age are not pregnant confirmed by (-) HCG<br>• Female patients will not breastfeed during treatment and for at least 1 month after the cessation of treatment<br>• Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 month after cessation of therapy<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.<br><br>Other non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting 4-5 August 2021
Case R25-000413-14 FOI The DoD Pharmacy Committee Filed 12/05/25 - Page 1188 of 980

AR1376

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • pegcetacoplan injection (Empaveli)<br><br>**Hematological Agents** | Manual PA criteria apply to all new users of Empaveli.<br><br>Manual PA criteria: Empaveli is approved if all criteria are met:<br>• Patient is 18 years of age or older<br>• Patient has a documented diagnosis of paroxysmal nocturnal hemoglobinuria (PNH)<br>• Patient has been counseled on the appropriate administration of the drug via infusion pump<br>• Patient has been vaccinated against certain encapsulated bacteria (e.g., *Streptococcus pneumoniae, Neisseria meningitidis* types A, C, W, Y, and B, and *Haemophilus influenzae* type B)<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • riluzole oral film (Exservan)<br><br>**Neurological Agents Miscellaneous** | Manual PA criteria apply to all new users of Exservan.<br><br>Manual PA criteria: Exservan is approved if all criteria are met:<br>• Patient is diagnosed with amyotrophic lateral sclerosis (ALS)<br>• Patient has dysphagia/swallowing dysfunction<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria

Case 3:25-cv-00041-M-RN Document 75-1 Filed 06/25/25 Page 189 of 980

AR1377

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • relugolix/estradiol/ norethindrone (Myfembree)<br><br>**Luteinizing Hormone-Releasing Hormone Agonists-Antagonists** | **Manual PA criteria apply to all new users of Myfembree. Note that the PA criteria are similar to Oriahnn, with differences bolded below.**<br><br>Manual PA criteria: Myfembree is approved if <u>all</u> criteria are met:<br>• Patient is 18 years of age or older<br>• Patient is a premenopausal woman with diagnosed heavy menstrual bleeding associated with uterine leiomyomas (fibroids)<br>• Patient has had inadequate relief after at least three months of first-line therapy with a hormonal contraceptive or Intrauterine Device (IUD)<br>• Medication is prescribed by a reproductive endocrinologist or obstetrics/gynecology specialist<br>• Patient is not pregnant. Pregnancy test required.<br>• Patient agrees to use non-hormonal contraception throughout treatment and for one week after discontinuation of treatment<br>• Patient does not have current or a history of thrombotic or thromboembolic disorders or an increased risk for these events<br>• Patient is not a smoker over the age of 35<br>• Provider agrees to discontinue treatment if a thrombotic, cardiovascular, or cerebrovascular event occurs or if the patient has a sudden unexplained partial or complete loss of vision, proptosis, diplopia, papilledema, or retinal vascular lesions<br>• Patient does not have uncontrolled hypertension<br>• Provider agrees to monitor blood pressure and discontinue treatment if blood pressure rises significantly<br>• Patient does not have osteoporosis<br>• Provider agrees to advise the patient to seek medical attention for suicidal ideation, suicidal behavior, new onset or worsening depression, anxiety, or other mood changes<br>• Patient does not have a history of breast cancer or other hormonally-sensitive malignancies<br>• Patient does not have known liver impairment or disease<br>• Provider agrees to counsel patients on the signs and symptoms of liver injury<br>• Patient does not have undiagnosed abnormal uterine bleeding<br>• Patient is not using Oriahnn concomitantly with cyclosporine or gemfibrozil or other organic anion transporting polypeptide [(OATP)1B1] inhibitors<br>• **Patient is not using Myfembree with oral P-gp inhibitors (e.g., erythromycin) or combined P-gp and strong CYP3A inducers (e.g., rifampin)**<br><br>Non-FDA-approved uses are not approved including **contraception** or pain associated with endometriosis.<br><br>Prior authorization expires after 24 months (lifetime expiration). **Cumulative treatment with Oriahnn and Myfembree will not exceed 24 months during the patient's lifetime.** |

**AR1378**

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • semaglutide injection (Wegovy)<br><br>**Weight Loss Agents** | Manual PA criteria apply to all new users of Wegovy.<br><br>Manual PA criteria: Wegovy is approved if _all_ criteria are met:<br>• Patient is 18 years of age or older<br>• Patient has a BMI ≥ to 30, or a BMI ≥ to 27 for those with risk factors in addition to obesity (diabetes, impaired glucose tolerance, dyslipidemia, hypertension, sleep apnea)<br>• Patient has engaged in behavioral modification and dietary restriction for at least 6 months and has failed to achieve the desired weight loss, and will remain engaged throughout course of therapy<br>• Patient has tried and failed or has a contraindication to all of the following agents (generic phentermine, Qsymia, Xenical, and Contrave). (Note: provider must include the date of use and duration of therapy or contraindication to the drug)<br>    o Phentermine: Date_____ Duration of therapy _____<br>    o Qsymia: Date_____ Duration of therapy_____<br>    o Xenical: Date _____ Duration of therapy _____<br>    o Contrave: Date _____ Duration of therapy_____<br>• If the patient is diabetic, they must have tried and failed metformin and the DoD's preferred GLP1RAs (Trulicity and Bydureon BCise)<br>• If the patient is an active duty service member, the individual is enrolled in a Service-specific Health/Wellness Program AND will adhere to Service policy, AND will remain engaged throughout course of therapy<br>• Patient is not pregnant<br>• Concomitant use of Wegovy with other GLP1RA drugs is not allowed (e.g., Bydureon, Trulicity, Byetta, Adlyxin, Victoza, Soliqua, Xultophy)<br>• The patient does not have a history of or does not have a family history of medullary thyroid cancer or multiple endocrine neoplasia syndrome type 2<br>• Non-FDA approved uses are NOT approved including diabetes mellitus and for those less than 18 years of age.<br>• Initial prior authorization expires after 4 months and then annually.<br><br>Non-FDA-approved uses are not approved, including for diabetes mellitus and for patients younger than 18 years of age.<br><br>Initial prior authorization expires after 4 months, and then annually<br><br>Renewal PA Criteria: Wegovy will be approved for an additional 12 months if the following are met:<br>• The patient is currently engaged in behavioral modification and remains on a reduced calorie diet<br>• Wegovy will be discontinued if a 4% decrease in baseline body weight is not achieved at 16 weeks<br>• The patient is not pregnant<br>• Additionally, for Active Duty Service Members: The individual continues to be enrolled in a Service-specific Health/Wellness Program AND adheres to Service policy AND will remain engaged throughout course of therapy. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes Recommendation of The DoD P&T Committee Meeting 4-5 2021 191 of 980
Case 2:25-cv-00041-HL Document 75 Filed 12/05/25 Page

AR1379

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • sotorasib (Lumakras)<br><br>**Oncological Agents: Lung Cancer** | Manual PA criteria apply to all new users of Lumakras.<br><br>Manual PA criteria: Lumakras is approved if <u>all</u> criteria are met:<br>• Patient is 18 years of age or older<br>• Patient has laboratory evidence of KRAS G12C-mutated locally advanced or metastatic non-small cell lung cancer (NSCLC), as determined by an FDA-approved test<br>• The patient will be monitored for interstitial lung disease and hepatotoxicity<br>• The drug is prescribed by or in consultation with a hematologist/oncologist<br>• Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.<br><br>Other non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • viloxazine (Qelbree)<br><br>**ADHD Agents: Non-Stimulants** | Manual PA criteria apply to all new users of Qelbree.<br><br>Manual PA criteria: Qelbree is approved if all criteria are met:<br>• Patient is 6 to 17 years of age<br>• Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD)<br>• Patient has tried and failed, had an inadequate response, OR contraindication to amphetamine salts XR (Adderall XR, generic) or other long acting amphetamine or derivative drug<br>• Patient has tried and failed, had an inadequate response, OR contraindication to methylphenidate OROS and other (Concerta, generic) or other long acting methylphenidate or derivative drug<br>• Patient has tried and failed, had an inadequate response, OR contraindication to at least one non-stimulant ADHD medication (generic formulations of Strattera, Kapvay, or Intuniv)<br><br>Non-FDA-approved uses are not approved (to include depression and anxiety).<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes, 2025 Annual DUR Board Meeting, 12/05/25 - Page 192 of 980

AR1380

| | |
|---|---|
| • omalizumab syringe (Xolair)<br><br>**Respiratory**<br>**Interleukins** | Manual PA criteria apply to all new users of Xolair syringe.<br><br><u>Manual PA criteria</u>: Xolair is approved for initial therapy for 12 months if <u>all</u> criteria are met:<br>For all indications:<br>• Provider ensures that patient has no prior history of anaphylaxis, including to Xolair or other agents, such as foods, drugs, biologics, etc.<br>• Patient has received at least 3 doses of Xolair under the guidance of a healthcare provider without experiencing any hypersensitivity reactions<br>• Provider agrees to ensure that the patient or caregiver is able to recognize symptoms of anaphylaxis presenting as bronchospasm, hypotension, syncope, urticaria, and/or angioedema of the throat or tongue.  Provider agrees to counsel the patient that anaphylaxis has occurred up to 2 hours post administration and appropriate monitoring will occur.<br>• Provider agrees to ensure that the patient or caregiver is able to treat anaphylaxis appropriately and consider co-prescribing epinephrine.<br>• Provider agrees to ensure that the patient or caregiver is able to perform subcutaneous injections with Xolair prefilled syringe with proper technique according to the prescribed dosing regimen<br>• For all indications the patient is not currently receiving another immunobiologic (e.g., benralizumab [Fasenra], mepolizumab [Nucala], or dupilumab [Dupixent])<br><br>For Asthma:<br>• The patient is 6 years of age or older<br>• The drug is prescribed by an allergist, immunologist, pulmonologist, or asthma specialist<br>• The patient has moderate to severe asthma with baseline IgE levels that are greater than 30 IU/ml<br>• The patient has tried and failed an adequate course (3 months) of two of the following while using a high-dose inhaled corticosteroid:<br>  ▪ Long-acting beta agonist (LABA e.g., Serevent, Striverdi)<br>  ▪ Long –acting muscarinic antagonist (LAMA e.g. Spiriva, Incruse)<br>  ▪ Leukotriene receptor antagonist (e.g., Singulair, Accolate, Zyflo)<br><br>For chronic rhinosinusitis with nasal polyposis:<br>• The patient is 18 years of age or older<br>• The drug is prescribed by allergist, immunologist, pulmonologist, or otolaryngologist<br>• The patient has chronic rhinosinusitis with nasal polyposis defined by all of the following:<br>  ▪ Presence of nasal polyposis is confirmed by imaging or direct visualization AND<br>  ▪ At least two of the following: mucopurulent discharge, nasal obstruction and congestion, decreased or absent sense of smell, or facial pressure and pain<br>• Xolair will only be used as add-on therapy to standard treatments, including nasal steroids and nasal saline irrigation<br>• The symptoms of chronic rhinosinusitis with nasal polyposis must continue to be inadequately controlled despite all of the following treatments<br>  ▪ Adequate duration of at least TWO different high-dose intranasal corticosteroids AND<br>  ▪ Nasal saline irrigation AND<br>  ▪ The patient has a past surgical history or endoscopic surgical intervention or has a contraindication to surgery |

Appendix C—Table of Prior Authorization (PA) Criteria

Case 2:25-cv-00041-M-RN  Document 75  Filed 12/05/25  Page 193 of 980

AR1381

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| | For chronic idiopathic urticaria (CIU):<br>• The patient is 12 years of age or older<br>• The drug is prescribed by an allergist, immunologist, or dermatologist<br>• Xolair is not indicated for any other form of urticaria<br>• Patient has symptoms lasting for greater than 6 weeks<br>• Patient remains symptomatic despite trial of at least 4 weeks with recommended urticarial dosing of a second generation H1 antihistamine (i.e., cetirizine, levocetirizine, loratadine, desloratadine, fexofenadine)<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization expires after 12 months. Renewal PA criteria will be approved indefinitely.<br><br>Renewal Criteria: (initial TRICARE PA approval is required for renewal) AND<br>• Asthma: The patient has had a positive response to therapy with a decrease in asthma exacerbations or improvements in forced expiratory volume in one second (FEV1)<br>• Chronic rhinosinusitis with nasal polyposis: There is evidence of effectiveness as documented by decrease in nasal polyps score or nasal congestion score<br>• Chronic Idiopathic Urticaria: The patient has had a positive response to therapy and improvement in clinical symptoms to warrant maintenance of therapy |
| **New PAs** | |
| • Omnipod and Omnipod DASH<br><br>**Insulins: Miscellaneous Insulin Device** | Manual PA applies to **new and current users** of Omnipod/Omnipod DASH<br><br>Manual PA criteria—Omnipod/Omnipod DASH is approved if all criteria are met:<br>• The patient has diabetes mellitus AND requires insulin therapy<br>• The patient is on an insulin regimen of 3 or more injections per day and has failed to achieve glycemic control after six months of Multiple Daily Injection (MDI) therapy<br>• The patient performs 4 or more blood glucose tests per day or is using a Continuous Glucose Monitoring (CGM) system<br>• The patient has completed a comprehensive diabetes education program<br>• The patient has demonstrated willingness and ability to play an active role in diabetes self-management<br><br>Initial prior authorization expires after 1 year.<br><br>Renewal criteria: Note that initial TRICARE PA approval is required for renewal. Omnipod or Omnipod DASH is approved for 1 year for continuation of therapy if all criteria are met:<br>• Patient has been successful with therapy<br>• Patient does not require changing the Omnipod DASH unit more frequently than every 72 hours (e.g., changing the unit every 48 hours is not allowed) |

Appendix C—Table of Prior Authorization (PA) Criteria

AR1382

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • ambrisentan (generics) <br><br> **Pulmonary Arterial Hypertension Agents (PAH) – Endothelin Receptor Antagonist (ERA) Subclass** | Manual PA criteria applies to new and current users of generic ambrisentan. <br><br> Manual PA criteria—Ambrisentan generics are approved if all criteria are met: <br> • The brand Letairis formulation is preferred product over generic Letairis (ambrisentan) and is covered at the lowest copayment, which is the generic formulary copayment for non-Active Duty patients, and at no cost share for Active Duty patients. (Although Letairis is a branded product, it will be covered at the generic formulary copayment or cost share.) <br> • Please provide a patient-specific justification as to why the brand Letairis product cannot be used in this patient: _____(fill in the blank) <br> • Prescribed by or in consultation with a cardiologist or a pulmonologist <br> • Patient has documented diagnosis of WHO group 1 <br>    – Patient has had a right heart catheterization (documentation required) <br>    – Results of the right heart catheterization confirm the diagnosis of WHO group 1 <br> • Patient and provider are enrolled in the Letairis REMS program <br> • Patient is not pregnant <br> • Women of childbearing potential must use adequate contraception <br> • Patient has no history of LFT elevations on previous ERA therapy accompanied by signs or symptoms of liver toxicity or increases in bilirubin >2x ULN <br> • Patient does not have moderate or severe liver impairment (e.g., Child-Pugh Class B or C) <br><br> Non-FDA approved uses are not approved. <br> Prior Authorization does not expire. |
| • lactulose packet (Kristalose, generics) <br><br> **Laxatives-Cathartics-Stool Softeners** | Manual PA criteria applies to new users of lactulose packet (Kristalose, generics). <br><br> Note: lactulose solution and other laxatives are available without a PA; providers are encouraged to consider changing the prescription to one of the drugs listed: lactulose solution or other laxatives (i.e., glycerin, lactitol, polyethylene glycol 3350, sorbitol) <br><br> Manual PA criteria—Kristalose and generic packets are approved if all criteria are met: <br> • Provider acknowledges that lactulose solution and other laxatives are available to DoD beneficiaries without the need of prior authorization <br> • This agent has been identified as having cost-effective alternatives. Please describe why this agent is required as opposed to available alternatives: (fill-in blank) <br><br> Non-FDA approved uses are not approved. <br> Prior Authorization does not expire. |

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • prenatal MVI (Neonatal-DHA, Neonatal FE)<br><br>**Vitamins: Prenatal** | Manual PA criteria applies to new users of prenatal MVI (Neonatal-DHA, Neonatal FE).<br><br>Note: Prenatal Vitamins Plus Low I, Prenatal Plus, Preplus, Prenatal, Prenatal Vitamins, Prenatal Multi plus DHA, Prenatal Vitamin plus Low Iron, or Prenatal Plus DHA are the preferred products over Azesco, Zalvit, Trinaz, **Neonatal-DHA, and Neonatal FE** and are covered without a PA for women who are under the age of 45 years and planning to become pregnant or who are pregnant<br><br>Manual PA criteria—Azesco, Zalvit, Trinaz, Neonatal-DHA, or Neonatal FE is approved if all criteria are met:<br>• Provider is aware and acknowledges that Prenatal Vitamins Plus Low I, Prenatal Plus, Preplus, Prenatal, Prenatal Vitamins, Prenatal Multi plus DHA, Prenatal Vitamin plus Low Iron, or Prenatal Plus DHA are the preferred products over Azesco, Zalvit, Trinaz, Neonatal-DHA, and Neonatal FE and are covered without a PA for women who are under the age of 45 years and planning to become pregnant or who are pregnant. Please consider changing the prescription to one of these agents<br>• This agent has been identified as having cost-effective alternatives. Please describe why this agent is required as opposed to available alternatives (fill-in the blank)<br><br>Non-FDA approved uses are not approved.<br>Prior Authorization does not expire. |
| **Updated PAs** | |

Case 2:25-cv-00041-MR Document 75-1 Filed 12/05/25 Page 196 of 980

AR1384

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • ozanimodd (Zeposia)<br><br>**Multiple Sclerosis Agents** | <u>**Updates from the August 2021 Meeting are in bold**</u>.<br><br>Manual PA criteria apply to all new users of Zeposia.<br><br><u>Manual PA criteria</u>: Zeposia is approved if <u>all</u> criteria are met:<br>• All recommended Zeposia monitoring has been completed and patient will be monitored throughout treatment as recommended in the label. Monitoring includes CBC, LFT, varicella zoster virus (VZV) antibody serology, ECG, and macular edema screening as indicated.<br>• **Patients of childbearing potential agree to use effective contraception during treatment and for 3 months after stopping therapy**<br>• Do not use in patients with significant cardiac history, including:<br>   ◦ Patients with a recent history (within the past 6 months) of class III/IV heart failure, myocardial infarction, unstable angina, stroke, transient ischemic attack, or decompensated heart failure requiring hospitalization<br>   ◦ Those with a history or presence of Mobitz type II second-degree or third-degree atrioventricular (AV) block or sick sinus syndrome, unless they have a functioning pacemaker<br><u>For relapsing Multiple Sclerosis</u><br>• Zeposia is prescribed by a neurologist<br>• Patient has a documented diagnosis of relapsing forms of MS<br>• No concurrent use of other MS disease-modifying therapy<br>• Patient has not failed a course of another S1p receptor modulator (e.g., Gilenya, Mazyzent)<br>**For Ulcerative Colitis**<br>**Coverage for Zeposia is approved if all criteria are met:**<br>• **Patient has a diagnosis of moderate to severe active Ulcerative Colitis**<br>• **The patient is 18 years of age or older**<br>• **Humira is the Department of Defense's preferred targeted immunomodulatory biologic agent for ulcerative colitis.**<br>• **The patient must have tried Humira AND:**<br>   ◦ **Had an inadequate response to Humira OR**<br>   ◦ **Experienced an adverse reaction to Humira that is not expected to occur with Zeposia OR**<br>   ◦ **Has a contraindication to Humira**<br>• <br>• **The patient is not receiving oral immunomodulatory or biologic therapies concomitantly**<br>• **The patient has had an inadequate response to non-biologic systemic therapy. (For example - methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressant's [e.g. azathioprine], etc.)**<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria

Case 2:25-cv-00041-M-RN Document 75-1 Filed 12/05/25 Page 197 of 980

AR1385

| | |
|---|---|
| | **Updates from the August 2021 Meeting are in bold.**<br><br>Manual PA criteria apply to all new users of rimegepant (Nurtec ODT).<br><br>Manual PA criteria: Nurtec ODT is approved if all criteria are met:<br>• The patient is 18 years of age or older<br>• Medication is prescribed by or in consultation with neurologist<br>• Concurrent use with any other small molecule CGRP targeted medication (i.e., Ubrelvy or another gepant) is not allowed<br>• Not approved for patients who have clinically significant or unstable cardiovascular disease<br><br>For Acute Treatment<br>• Patient has a contraindication to, intolerability to, or has failed a trial of at least TWO of the following medications<br>  ○ sumatriptan (Imitrex), rizatriptan (Maxalt), zolmitriptan (Zomig), eletriptan (Relpax)<br><br>**For Prevention of Episodic Migraine**<br>• **The patient has episodic migraine as defined by one of the following:**<br>  ○ **Patient has episodic migraines at a rate of 4 to 7 migraine days per month for 3 months and has at least moderate disability shown by Migraine Disability Assessment (MIDAS) Test score > 11 or Headache Impact Test-6 (HIT-6) score > 50 OR**<br>  ○ **Patient has episodic migraine at a rate of at least 8 migraine days per month for 3 months**<br>• **Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE drug from TWO of the following migraine prophylactic drug classes:**<br>  ○ **Prophylactic antiepileptic medications: valproate, divalproic acid, topiramate**<br>  ○ **Prophylactic beta-blocker medications: metoprolol, propranolol, atenolol, nadolol, timolol**<br>  ○ **Prophylactic antidepressants: amitriptyline, duloxetine, nortriptyline, venlafaxine**<br>• **Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE of the following CGRP injectable agents**<br>  ○ **erenumab-aooe (Aimovig)**<br>  ○ **fremanezumab-vfrm (Ajovy)**<br>  ○ **galcanezumab-gnlm (Emgality)**<br><br>Non-FDA-approved uses are NOT approved.<br>**PA expires after 6 months**<br><br>**Renewal Criteria: Coverage will be approved indefinitely for continuation of therapy if one of the following apply (Note that initial TRICARE PA approval is required for renewal):**<br>  **Acute Treatment**<br><br>• **Patient has a documented positive clinical response to therapy**<br>  **Preventive Treatment**<br><br>• **The patient has had a reduction in mean monthly headache days of ≥ 50% relative to the pretreatment baseline (as shown by patient diary documentation or healthcare provider attestation) OR**<br>• **The patient has shown a clinically meaningful improvement in ANY of the following validated migraine-specific patient-reported outcome measures:**<br>  ○ **Migraine Disability Assessment (MIDAS)**<br>    • **Reduction of ≥ 5 points when baseline score is 11–20** |
| • rimegepant (Nurtec ODT)<br><br>**Migraine Agents** | |

Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| | • **Reduction of ≥ 30% when baseline score is > 20**<br>  o **Headache Impact Test (HIT-6)**<br>    • **Reduction of ≥ 5 points**<br>  o **Migraine Physical Functional Impact Diary (MPFID)**<br>    • **Reduction of ≥ 5 points** |
| • ubrogepant (Ubrelvy)<br><br>**Migraine Agents** | <u>Updates from the August 2021 Meeting are in bold</u>.<br><br>Manual PA criteria apply to all new users of ubrogepant (Ubrelvy).<br><br><u>Manual PA criteria</u>: Ubrelvy is approved if <u>all</u> criteria are met:<br>  • The patient is 18 years of age or older<br>  • Medication is prescribed by or in consultation with neurologist<br>  • Concurrent use with any other small molecule CGRP targeted medication (i.e., Nurtec ODT or another gepant) is not allowed<br>  • Not approved for patients who have clinically significant or unstable cardiovascular disease<br>  • Patient has a contraindication to, intolerability to, or has failed a trial of at least TWO of the following medications<br>    o sumatriptan (Imitrex), rizatriptan (Maxalt), zolmitriptan (Zomig), eletriptan (Relpax)<br>  • Patient has had a contraindication to, intolerability to, or has failed a 2-month trial of Nurtec ODT<br><br>Non-FDA-approved uses are not approved.<br>**PA expires after 6 months**<br><br>**Renewal Criteria: Coverage will be approved indefinitely for continuation of therapy if the following criteria is met (Note that initial TRICARE PA approval is required for renewal):**<br><br>  **Acute Treatment**<br><br>  • **Patient has a documented positive clinical response to therapy** |

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • lasmiditan (Reyvow) **Migraine Agents** | **Updates from the August 2021 Meeting are in bold.** Manual PA criteria apply to all new users of lasmiditan (Reyvow). <u>Manual PA criteria</u>: Reyvow is approved if <u>all</u> criteria are met: <br>• The patient is 18 years of age or older <br>• Medication is prescribed by or in consultation with neurologist <br>• Reyvow is not approved for patients who have history of hemorrhagic stroke <br>• Reyvow is not approved for patients with a history of epilepsy or any other condition with increased risk of seizure <br>• Not approved for patients who have clinically significant or unstable cardiovascular disease <br>• Patient has a contraindication to, intolerability to, or has failed a trial of at least TWO of the following medications <br>    ◦ sumatriptan (Imitrex), rizatriptan (Maxalt), zolmitriptan (Zomig), eletriptan (Relpax) <br>• The patient has a contraindication to, intolerability to, or has failed a 2-month trial of Nurtec ODT <br>• If Reyvow is used with a triptan, provider acknowledges Reyvow and the triptan should not be used within 24 hours of each other <br>• Reyvow will be used with caution in patients with low heart rate and/or those using beta blockers, such as propranolol <br>Non-FDA-approved uses are not approved. <br>**PA expires after 6 months** <br><br>**Renewal Criteria: Coverage will be approved indefinitely for continuation of therapy if the following criteria is met (Note that initial TRICARE PA approval is required for renewal):** <br><br>**Acute Treatment** <br><br>• **Patient has a documented positive clinical response to therapy** |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting, August 4–5, 2021 Page 200 of 980
Case Resolution—Final PA Patient Criteria Filed 12/05/25

AR1388

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • avapritinib (Ayvakit)<br><br>**Oncological Agents** | **Updates from the August 2021 Meeting are in bold.**<br><br>Manual PA criteria apply to all new users of avapritinib (Ayvakit).<br><br>Manual PA criteria: Ayvakit is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• Must be prescribed by or in consultation with a hematologist/oncologist<br>• Patient has:<br>   ○ Pathologically confirmed unresectable or metastatic GIST harboring a platelet-derived growth factor receptor alpha (PDGFRA) exon 18 mutation with or without the D842V mutation OR<br>   ○ **Advanced systemic mastocytosis (includes patients with aggressive systemic mastocytosis, systemic mastocytosis with an associated hematologic neoplasm, and mast cell leukemia)** OR<br>• Provider agrees to monitor for intracranial bleeding and other central nervous system (CNS) adverse effects<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.<br>• Female patients of childbearing age are not pregnant confirmed by (-) HCG<br>• Female patients will not breastfeed during treatment and for at least 2 weeks after the cessation of treatment<br>• Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 6 weeks after the cessation of therapy<br><br>Other Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria

AR1389

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • secukinumab (Cosentyx)<br><br>**Targeted Immunomodulatory Biologics (TIBs): Non-Tumor Necrosis Factor Inhibitors** | <u>Updates from the August 2021 meeting are in bold.</u><br><br>Manual PA criteria apply to all new users of Cosentyx.<br><br><u>Automated PA Criteria</u>: The patient has filled a prescription for adalimumab (Humira), at any MHS pharmacy point of service (MTFs, retail network pharmacies, or mail order) during the previous 180 days.<br><br>AND<br><br><u>Manual PA Criteria</u>: If automated criteria are not met, Cosentyx is approved if all criteria are met:<br>• Humira is the Department of Defense's preferred targeted biologic agent. The patient must have tried Humira AND:<br>  • The patient had an inadequate response to Humira OR<br>  • The patient experienced an adverse reaction to Humira that is not expected to occur with the requested agent OR<br>  • The patient has a contraindication to Humira<br>• Patient is 18 years of age or older AND has diagnosis/indication of one of the following:<br>  • Active psoriatic arthritis (PsA)<br>  • Active ankylosing spondylitis (AS)<br>  • Active non-radiographic axial spondyloarthritis (nr-axSpA) with objective signs of inflammation AND patient has evidence of elevated CRP and/or MRI evidence of sacroiliitis and ASDAS ≥ 2.1<br>**OR**<br>• **Patient is 6 years of age or older** with moderate to severe plaque psoriasis who are candidates for systemic therapy or phototherapy<br>• Patient has had an inadequate response to non-biologic systemic therapy.<br>• (For example - methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressant's [e.g. azathioprine], etc.)?<br>  • Does not apply to ankylosing spondylitis (AS) indication ONLY<br>• Patient has had an inadequate response to at least two NSAIDs over a period of at least two months<br>  • Applies to ankylosing spondylitis (AS) ONLY<br>• Patient has evidence of a negative TB test result in past 12 months (or TB is adequately managed)<br>• May not be used concomitantly with other TIBs agents<br><br>Non-FDA-approved uses are NOT approved.<br>Prior authorization does not expire. |

AR1390

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • mirabegron tablets (Myrbetriq) <br><br> **Overactive Bladder Agents** | <u>Updates from the August 2021 meeting are in bold.</u> <br> Note that the previous automation has been removed. <br> Manual PA criteria apply to all new users of mirabegron (Myrbetriq). <br><br> <u>Manual PA criteria</u>: Myrbetriq is approved if <u>all</u> criteria are met: <br> • The patient has a confirmed diagnosis of: <br>    o **Neurogenic detrusor overactivity (NDO)** <br>    o **Use granules unless patient weighs at least 35 kg, then use tablets unless documented swallowing difficulties** <br>    o **Provider acknowledges and knows that granules are not bioequivalent and cannot be substituted on a mg to mg basis to tablets and will not combine dosage forms to achieve a specific dose for pediatric patients** <br>    o **Patient does not have a CrCl less than 15 mL/min OR severe hepatic impairment (Child-Pugh Class C)** <br>    o **If the CrCl is between 15-29 mL/min OR patient has moderate hepatic impairment (Child-Pugh Class B) AND the patient weighs less than 35 kg, the dosage does not exceed 32 mg once a day for granules** <br>    o **If the CrCl is between 15-29 mL/min OR patient has moderate hepatic impairment (Child-Pugh Class B) AND the patient weighs at least 35 kg, the dosage does not exceed 48 mg once a day for tablets** <br> **OR** <br>    o Overactive bladder (OAB) with symptoms of urge incontinence, urgency, and urinary frequency AND <br>    o The patient has tried and failed behavioral interventions to include pelvic floor muscle training in women, and bladder training <br>    o The patient has: <br>      • Had a 12-week trial with 2 formulary step-preferred products (oxybutynin IR, oxybutynin ER, tolterodine ER) and had therapeutic failure OR <br>      • The patient has experienced central nervous system adverse events with oral OAB medications OR is at increased risk for such central nervous system effects due to comorbid conditions or other medications <br>    o Patient has tried and failed or has a contraindication to vibegron (Gemtesa) <br>    o The patient does not have: <br>      • A CrCl < 15 mL/min  The patient's CrCl >15 mL/min OR <br>      • If the CrCl is between 15-29 mL/min, the dosage does not exceed 25 mg once a day <br><br> Non-FDA-approved uses are not approved. <br> Prior authorization does not expire. |

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • fesoterodine (Toviaz)<br><br>**Overactive Bladder Agents** | <u>**Updates from the August 2021 meeting are in bold.**</u><br><br>Manual PA criteria apply to all new users of fesoterodine (Toviaz).<br><br><u>Manual PA criteria:</u> Detrol, Enablex, Gelnique, Oxytrol, Santura/Sanctura XR,Toviaz, or Vesicare is approved if <u>all</u> criteria are met:<br>• *Note OTC Oxytrol for Women is the name of the over-the-counter (OTC) version of Oxytrol. This OTC medication is not covered under the TRICARE pharmacy benefit. Please enter your initials in the text box to acknowledge that OTC Oxytrol for Women is not covered under the TRICARE pharmacy benefit.<br>• **\*Toviaz only\* Patient has confirmed and documented diagnosis of:**<br>   o **Neurogenic detrusor overactivity (NDO)**<br>   o **Patient is 6 years of age or older**<br>   o **Patient weighs more than 25 kg**<br>   o **Patient does not have a CrCl less than 30 mL/min OR severe hepatic impairment (Child-Pugh Class C)**<br>**OR**<br>• *All other medications listed to include Toviaz* The patient has a confirmed diagnosis of:<br>   o Overactive bladder (OAB) with symptoms of urge incontinence, urgency, and urinary frequency<br>   o Patient has had a trial tolterodine extended-release (Detrol LA), oxybutynin IR or ER, or trospium immediate-release (Sanctura immediate-release) and experienced an inadequate response OR experienced intolerable adverse effects OR have a contraindication to all of these medications which is not expected to occur with the requested medication<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • sofosbuvir/velpatasvir (Epclusa)<br><br>• glecaprevir/pibrentasvir (Mavyret)<br><br>**Hepatitis C Agents: Direct Acting Agents** | <u>**Updates from the August 2021 Meeting are in bold.**</u><br><br>Manual PA criteria apply to all new users of sofosbuvir/velpatasvir (Epclusa) and glecaprevir/pibrentasvir (Mavyret).<br><br><u>Manual PA criteria:</u> Epclusa, Harvoni, Mavyret, Sovaldi, Zepatier, or Viekira Pak is approved if <u>all</u> criteria are met:<br>• *Note: The branded agents on the top of this form are the preferred agents for TRICARE. If the authorized generics of either Epclusa or Harvoni are required, please stop filling out this form and complete the separate PA form specific for the authorized generic product.<br>• ***Epclusa**, Harvoni, Mavyret, and **Sovaldi***<br>   o Patient is 3 years of age or older<br>• Zepatier and Viekira Pak<br>   o Patient is 18 years of age or older<br>• Prescribed by or in consultation with a gastroenterologist, hepatologist, infectious disease physician, or a liver transplant physician<br>• Patient has laboratory evidence of chronic hepatitis C virus (HCV) infection<br>• Patient has HCV genotype is 1a, 1b or other genotype 1, 2, 3, 4, 5, or 6 (check box)<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • sofosbuvir/velpatasvir (Authorized generic Epclusa)<br><br>**Hepatitis C Agents: Direct Acting Agents** | <u>**Updates from the August 2021 Meeting are in bold and strikethrough**</u>.<br><br>Manual PA criteria apply to all new users of sofosbuvir/velpatasvir (Authorized generic Epclusa).<br><br><u>Manual PA criteria</u>: Authorized generic Epclusa is approved if <u>all</u> criteria are met:<br><br>• *Note: The Brand Epclusa is preferred over the authorized generic product. Please provide a patient-specific justification as to why the brand Epclusa product cannot be used in this patient. (fill-in the blank)<br>• Patient is ~~6~~ **3** years of age or older<br>• ~~Patient weighs greater than or equal to 17 kg~~<br>• Prescribed by or in consultation with a gastroenterologist, hepatologist, infectious disease physician, or a liver transplant physician<br>• Patient has laboratory evidence of chronic hepatitis C virus (HCV) infection<br>• Patient has HCV genotype is 1a, 1b or other genotype 1, 2, 3, 4, 5, or 6 (check box)<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • amphetamine sulfate ODT (Evekeo ODT)<br><br>**ADHD Agents: Stimulants** | <u>**Updates from the August 2021 Meeting are in bold and strikethrough**</u>.<br><br>Manual PA criteria apply to all new users of amphetamine sulfate ODT (Evekeo ODT).<br><br><u>Manual PA criteria</u>: Evekeo ODT is approved if <u>all</u> criteria are met:<br><br>• Patient is ~~six~~ **three** to 17 years of age<br>• Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD) that has been appropriately documented in the medical record<br>• Must have tried, for at least two months, and failed OR has difficulty swallowing mixed amphetamine salts IR (Adderall, generic)<br>• Must have tried, for at least two months, and failed OR has a contraindication to methylphenidate IR tablets or solution<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria

Case 2:25-cv-00041-MRP Document 75-1 Filed 06/25/25 Page 205 of 980

AR1393

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| • obeticholic acid (Ocaliva)<br><br>**Gastrointestinal-2 Agents** | <u>Updates from the August 2021 Meeting are in bold</u>.<br><br>Manual PA criteria apply to all new users of obeticholic acid (Ocaliva).<br><br><u>Manual PA criteria</u>: Ocaliva is approved if <u>all</u> criteria are met:<br> • The patient is 18 years of age or older<br> • Patient has diagnosis of primary biliary cholangitis (PBC)<br> • **Patient does not have decompensated cirrhosis, or have they had a prior decompensation event, or do they have compensated cirrhosis with evidence of portal hypertension (for example, ascites, gastroesophageal varices, or persistent thrombocytopenia)?**<br> • Prescribed by or in consultation with a gastroenterologist, hepatologist, or liver transplant physician<br> • Diagnosis of PBC has been confirmed by at least TWO of the following:<br>  ○ Alkaline phosphatase (ALP) elevated above the upper limit of normal (ULN) as defined by normal laboratory reference values<br>  ○ Positive anti-mitochondrial antibodies (AMAs)<br>  ○ Histologic evidence of PBC from a liver biopsy<br> • Patient has received ursodiol therapy (for example, ursodiol generics, Urso 250, Urso Forte, Actigall) for one year or greater and has had an inadequate response OR<br> • Patient is unable to tolerate ursodiol therapy<br><br>Non-FDA-approved uses are not approved.<br>**PA expires after 1 year**<br>**Renewal Criteria: Coverage will be approved indefinitely for continuation of therapy if all of the following criteria are met (Note that initial TRICARE PA approval is required for renewal):**<br>**Acute Treatment**<br><br> • Patient has responded to Ocaliva as determined by the prescribing physician (for example, improved biochemical markers of PBC [alkaline phosphatase (ALP), bilirubin, gamma-glutamyl transpeptidase (GGT), aspartate aminotransferase (AST), alanine aminotransferase (ALT) levels) |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes R&E com-0041-M of The DoD P&T Committee Meeting 12/05/21 4 - Page 206 of 980

AR1394

## Appendix D—Table of Quantity Limits (QL)

| Drug / Drug Class | Quantity Limits |
|---|---|
| • ibrutinib (Imbruvica)<br><br>**Leukemia and Lymphoma Agents:  BTK Inhibitors** | Note: no change to current status<br>▪ MTF/Mail: maximum of 56 tablets for a 56 day supply<br>▪ Retail: maximum of 28 tablets for a 28 day supply<br><br>▪ MTF/Mail: maximum of 180 capsules for a 45 day supply<br>▪ Retail: maximum of 120 capsules for a 30 day supply |
| • acalabrutinib (Calquence)<br>• zanubrutinib (Brukinsa)<br><br>**Leukemia and Lymphoma Agents:  BTK Inhibitors** | Note:  no change to current status<br>▪ MTF/Mail: 60 day supply<br>▪ Retail: 30 day supply |
| • dasiglucagon injection (Zegalogue)<br><br>**Antidotes-Overdose Agents: Hypoglycemia Agents** | ▪ Retail/MTF/Mail: 2 syringes/pens per fill (one two-pack or two individual packs) |
| • ferric maltol (Accrufer)<br><br>**Electrolyte-Mineral-Trace Element Replacement** | ▪ Retail/MTF/Mail: 60 capsules/30 days and 30 day supply |
| • infigratinib (Truseltiq)<br><br>**Oncological Agents** | ▪ Retail/MTF/Mail: 28 day supply |
| • omalizumab syringe (Xolair)<br><br>**Respiratory Interleukins** | ▪ Retail: 30 day supply<br>▪ MTF/Mail: 60 day supply |
| • sotorasib (Lumakras)<br><br>**Oncological Agents** | ▪ Retail: 30 day supply<br>▪ MTF/Mail: 60 day supply |
| • semaglutide (Wegovy)<br><br>**Weight Loss Agents** | ▪ Retail: 30 day supply<br>▪ MTF/Mail: 60 day supply |
| • ivermectin (Stromectol)<br><br>**Antiinfectives: Anti-Helmintics** | ▪ Retail/MTF/Mail: 60 tablets per fill |
| • Omnipod, Omnipod DASH<br>• V-Go<br><br>**Insulins: Miscellaneous Insulin Device** | ▪ Retail: Omnipod/Omnipod DASH: 10 pods/30 days V-Go: 1 system/30 days<br>▪ Mail/MTF: Omnipod/Omnipod DASH: 30 pods/90 days<br>V-Go: 3 systems/90 days |
| • rimegepant (Nurtec ODT)<br><br>**Migraine Agents** | ▪ Retail: 16 ODTs/30 days<br>▪ MTF/Mail: 48 ODTs/90 days<br>QLs increased for new QOD dosing for preventive treatment of migraine were implemented in October 2021 |
| • ustekinumab (Stelara) 90 mg only<br><br>**Targeted Immunomodulatory Biologics: Miscellaneous** | ▪ Retail: 1 syringe per fill<br>▪ MTF/Mail: 3 syringes per fill<br><br>Note: previous QL at MTF/Mail was 2 syringes per fill |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 207 of 980
AR1395

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| Generic (Trade) UF Class | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| dasiglucagon injection (Zegalogue) Binders-Chelators-Antidotes-Overdose Agents: Hypoglycemia Agents for severe hypoglycemia | • glucagon nasal (Baqsimi) • glucagon autoinjector and pre-filled syringe (Gvoke) | • Autoinjector • PFS | Severe hypoglycemia in 6 year olds and older | • Injection site reaction • Diarrhea | • New glucagon formulation available as a prefilled syringe and auto-injector for rescue of hypoglycemia<br>• Evaluated in three placebo-controlled clinical trials; established superiority in terms of efficacy<br>• Common adverse effects are limited to nausea and vomiting, as well as injection site edema, headache and diarrhea<br>• Faster time to plasma recovery compared to Gvoke (13.8 vs 10 mins), but shorter stability at room temperature vs Gvoke (12 vs 24 mos)<br>• Zegalogue offers a significant advantage over the glucagon kit but offers no compelling clinical advantage over newer glucagon formulations and a disadvantage in shelf life | • UF • Do not add to EMMI list |
| drospirenone/ estetrol (Nextstellis) Contraceptive Agents | • ethinyl estradiol/ drospirenone (Yaz) • other combined oral contraceptives | • Take one tablet by mouth at the same time every day in the order directed on the blister pack • Each pack consists of 28 tablets with 24 pink active tablets each containing drospirenone 3 mg and estetrol 14.2 mg and 4 white inert tablets | Contraception | Common ADRs (≥2%): • bleeding irregularities • mood disturbance • headache • breast symptoms • acne • dysmenorrhea • weight increase • libido decrease | • First contraceptive agent to contain the estrogen, estetrol<br>• Overall Pearl Index (efficacy measure) met FDA guidance recommendations<br>• Limitations of use: May be less effective in females with a BMI ≥ 30 kg/m2<br>• Indirectly compared to other combined oral contraceptives, Nextstellis has similar safety, discontinuation rates due to adverse events, and unscheduled bleeding profile<br>• Post-marketing trials are required to assess venous thromboembolism risk<br>• Further research is needed to confirm if there are any comparative efficacy or safety advantages with estetrol vs. ethinyl estradiol<br>• Nextstellis is another oral contraceptive option in the crowded contraceptive class<br>• No compelling clinical advantages over existing formulary options at this time | • NF • Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

| Generic (Trade) UF Class | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| ferric maltol (Accrufer)<br><br>Electrolyte-Mineral-Trace Element Replacement | • ferrous sulfate<br>• ferrous gluconate<br>• ferrous fumarate<br>• polysaccharide Fe complex | • One 30 mg capsule taken twice daily on an empty stomach<br>• Treatment duration is variable, but typically is for at least 12 weeks | Iron deficiency | Most common ADRs (≥ 1%):<br>• flatulence<br>• diarrhea<br>• constipation<br>• feces discolored<br>• abdominal pain<br>• nausea<br>• vomiting<br>• abdominal discomfort<br>• abdominal distension | • Ferric maltol is another option to treat iron deficiency in a crowded therapeutic space with many oral and IV iron formulations available<br>• Effective at raising hemoglobin (Hgb) in inflammatory bowel disease, but only modestly effective in chronic kidney disease<br>• Claims of better tolerability than other oral irons not substantiated due to lack of direct head-to-head trials<br>• Lack of sufficient drug-drug interaction data is a clinical disadvantage<br>• Offers little to no compelling clinical advantage over other available treatment options | • NF<br>• Do not add to EMMI list |
| infigratinib (Truseltiq)<br><br>Oncological Agent | • pemigatinib (Pemazyre) | • 25 and 100 mg oral capsules<br>• 125 mg once daily x 21 days followed by 7 days off in a 28-day cycle<br>• Swallow whole<br>• Reduce dose for mild-moderate renal impairment and mild-moderate hepatic impairment | Adults with previously treated, unresectable locally advanced or metastatic cholangio-carcinoma with a fibroblast growth factor receptor 2 (FGFR2) fusion or other rearrangement as detected by an FDA-approved test | • Common ADRs (≥20%): nail toxicity, stomatitis, dry eye, fatigue, alopecia, palmar-plantar erythrodysthesia syndrome, arthralgia, dysgeusia, constipation, abd pain, dry mouth, eyelash changes, diarrhea, dry skin, decreased appetite, vision blurred and vomiting<br>• Common lab abnormalities (≥20%): ↑ creatinine, phosphate, alk phos, ALT, AST, lipase, calcium, urate, triglycerides, bilirubin, and ↓ phosphate, Hgb, lymphocytes, | • Accelerated approval with immature data in a low quality study without an active comparator; limited data currently available to review<br>• Few clinically-effective treatment options for unresectable advanced refractory cholangiocarcinoma with 0% 5-year survival for inoperable disease<br>• Median duration of response higher than 50% overall survival for disease state<br>• Drug is poorly tolerated<br>• Infigratinib is the second treatment option for cholangiocarcinoma with a FGFR2 fusion | • UF<br>• Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5 2021

Page 209 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 209 of 980

| Generic (Trade) UF Class | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| omalizumab syringe (Xolair)  Respiratory  Interleukin | • benralizumab inj (Fasenra) • dupilumab inj (Dupixent) • mepolizumab inj (Nucala) | • prefilled syringe | • Moderate to severe allergic asthma, ≥ 6 years • Nasal Polyps, inadequate nasal corticosteroid response, ≥ 18 years • Chronic Idiopathic Urticaria (CIU), inadequate response to H1 antihistamines, ≥ 12 years | sodium, platelets, leukocytes, albumin, and potassium  • BBW - Anaphylaxis, presenting as bronchospasm, hypotension, syncope, urticaria, and/or angioedema of the throat or tongue, has been reported to occur after administration of Xolair • ≥3% - headache, injection site reaction, arthralgia, upper abdominal pain, and dizziness | • Omalizumab (Xolair) was the first biologic approved for moderate to severe asthma, but required physician office administration. • The new prefilled syringe makes it the 4th respiratory biologic approved for patient self-administration • Guidelines for asthma recommend Xolair for patients with elevated IgE • Guidelines for nasal polyps do not provide strong recommendations for using Xolair, although newer studies show a statistical improvement in symptom scores compared to placebo; MHS physicians feel Dupixent is a better option • Xolair is in the treatment algorithm for chronic idiopathic urticaria • Xolair, by targeting IgE, provides another option in treating moderate to severe asthma and nasal polyps. It is the only respiratory biologic approved for CIU. | • UF • Do not add to EMMI list |
| pegcetacoplan injection (Empaveli)  Hematological agent | Medical benefit drugs • eculizumab (Soliris) • ravulizumab-cwvz (Ultomiris) | • 1,080 mg/20 mL single-dose vials • Injected SQ via a pump twice each week • Dose: 1,080 mg infused over 20-40 min | • Paroxysmal nocturnal hemoglobinuria | • Common ADRs (incidence ≥10%): inj site reactions, infections, diarrhea, abdominal pain, respiratory tract infection, viral infection, and fatigue | • Empaveli is a new targeted complement inhibitor approved for the rare disease of paroxysmal nocturnal hemoglobinuria (PNH) • Use of Empaveli increased Hgb and decreased the need for blood transfusions • Empaveli was superior to eculizumab for the change from baseline in hemoglobin level at Week 16 (P<0.0001) • Non-inferiority was demonstrated in the endpoints of transfusion avoidance and change from baseline in ARC • Contraindicated in patients not vaccinated against certain encapsulated bacteria • Empaveli provides another treatment option to treat rare PNH | • UF • Do not add to EMMI list |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 210 of 980

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21 (g)(5)**

| Generic (Trade) UF Class | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| relugolix/ estradiol/ norethindrone (Myfembree) GnRH Agonist-Antagonists | • Elagolix 40mg, estradiol 1mg, norethindrone 0.5mg (Oriahnn) tablets | • Relugolix 300 mg, estradiol 1 mg, norethindrone acetate 0.5 mg tablets • One capsule once daily **for up to 24 months.** Start no later than 7 days after menses has started. | Management of heavy menstrual bleeding associated with uterine leiomyomas (fibroids) in premenopausal women | • Most common adverse events include hot flush, hyperhidrosis, or night sweats (10.6%), abnormal uterine bleeding (6.3%), alopecia (3.5%), and decreased libido (3.1%) | • Myfembree is the 2nd oral GnRH antagonist approved for the treatment of heavy menstrual bleeding associated with uterine fibroids (Oriahnn was the 1st). • Evaluated in two phase III studies; effective at decreasing heavy menstrual bleeding in more women than placebo • Treatment is limited to 24 months due to bone mineral density loss • Contraindicated in patients with a high risk of arterial, venous thrombotic, or thromboembolic disorders, pregnancy, osteoporosis, current or history of breast cancer or other hormonally-sensitive malignancies, known liver impairment or disease, undiagnosed abnormal uterine bleeding, or known hypersensitivity to ingredients of Myfembree. • In an indirect comparison, Myfembree appears to have similar efficacy and tolerability to Oriahnn. Oriahnn is dosed twice daily while Myfembree is dosed once daily. • Myfembree provides another option for the treatment of heavy menstrual bleeding associated with uterine fibroids for longer than three months. | • UF • Do not add to EMMI list |
| riluzole oral film (Exservan) Miscellaneous Neurological Agent | • riluzole 50 mg tablets • riluzole (Tiglutik) 50mg/10ml oral solution | • 50mg oral film • 50 mg BID taken at least 1 hour before or 2 hours after meals • Placed on top of the tongue and allowed to dissolve | ALS | • Most common ADRs (≥ 5% and greater than placebo): oral hypoesthesia, asthenia, nausea, decreased lung function, hypertension, and abdominal pain | • Riluzole oral film is the first oral film for the treatment of ALS and the second option for patients with swallowing difficulties. • No new clinical trials were conducted on riluzole oral film; pharmacokinetics demonstrated equivalence with oral tablets. • Riluzole oral film provides little to no advantages over riluzole solution and is a second option other than crushing tablets for patients with dysphagia/swallowing difficulties. | • UF • Do not add to EMMI list |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 211 of 980

| | | | | | |
|---|---|---|---|---|---|
| rosuvastatin calcium/ ezetimibe (Roszet)<br><br>Antilipidemic-1 | • rosuvastatin with ezetimibe<br>• atorvastatin with ezetimibe<br>• bempedoic acid/ezetimibe (Nexlizet)<br>• evolocumab (Repatha) | Oral tablets<br>• Strengths<br>• 5 mg/10 mg<br>• 10 mg/10 mg<br>• 20mg/10 mg<br>• 40 mg/10 mg | • Adjunct in patients with primary non-familial hyperlipidemia to reduce LDL-C<br>• HoFH to reduce LDL-C | Similar to rosuvastatin and ezetimibe given separately | • 2nd fixed dose combination (FDC) of a statin/ezetimibe (Vytorin was 1st)<br>• Approved using data from Crestor and Zetia (FDA 505b2 approval pathway)<br>• No clinical trials conducted with this product other than LDL comparisons to statin monotherapy; but components well-studied<br>• Limited indications, compared with Crestor label<br>• LDL cholesterol reductions range from 64% to -72%, similar to giving rosuvastatin and ezetimibe together<br>• DoD rosuvastatin available at $0 copay (Medication Adherence Program)<br>• Other than offering a small convenience to patients with swallowing difficulties, Roszet offers no clinically compelling advantages compared to taking the individual components separately | • Tier 4/Not covered |
| semaglutide injection (Wegovy)<br><br>Weight Loss Agent | • phentermine<br>• phentermine/ topiramate (Qsymia)<br>• naltrexone/ bupropion (Contrave)<br>• liraglutide (Saxenda) | • Pre-filled, single-dose injection pen that delivers doses of 0.25 mg, 0.5 mg, 1 mg, 1.7 mg or 2.4 mg<br>• Dose: 2.4 mg subcutaneously once weekly | • Adjunct to diet and exercise for chronic weight management in adults with a body mass index (BMI) of:<br>  ○ ≥ 30 kg/m² or<br>  ○ ≥ 27 kg/m² with at least one weight-related comorbid condition (e.g. HTN, T2DM, Dyslipidemia) | <u>Contraindications:</u><br>• Personal or family history of MTC or in patients with MEN 2<br><u>Warnings</u><br>• Risk of thyroid C-cell tumors<br>• Acute pancreatitis (fatal and non-fatal) (0.2% vs 0%)<br>• Cholelithiasis and cholecystitis<br>• Hypoglycemia<br>• HR increases<br>• Avoid in patients with a history of suicide attempts or ideation<br>• Reduce dose of concomitant insulin or sulfonylureas<br>• Acute kidney injury<br><u>Most common ADRs:</u> nausea, diarrhea, vomiting | • Wegovy is another formulation of semaglutide approved for obesity as adjunctive treatment for patients with a BMI > 30kg/m2, or > 27kg/m2 with a comorbid condition<br>• Wegovy is the second GLP-1 agonist approved for obesity, liraglutide (Saxenda) is the other<br>• It is dosed once weekly, vs daily for Saxenda<br>• Wegovy was evaluated in four studies, and consistently demonstrated statistical significance compared to placebo in weight-related outcomes<br>• Most common ADRs include gastrointestinal effects that affect nearly half of patients<br>• While Wegovy appears to have a much larger clinical effect than other obesity medications, the rate of adverse reactions remain high and there are no head-to-head comparisons with other agents.<br>• Long-term cardiovascular, pancreas, and biliary effects are currently being investigated<br>• Wegovy provides another GLP-1 treatment option for obesity however long-term duration of effect remains unclear | • UF<br>• Do not add to EMMI list |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 212 of 980

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21 (g)(5)**

| | | | | | |
|---|---|---|---|---|---|
| sotorasib (Lumakras) Oncological Agent | none | 960 mg orally once daily, swallow tablets whole with or without food; available in 120 mg tabs | NSCLC: adults with KRAS G12C-mutated locally advanced or metastatic non-small cell lung cancer (NSCLC), as determined by an FDA-approved test | • Most common ADRs (≥ 20%): diarrhea, musculoskeletal pain, nausea, fatigue, hepatotoxicity, and cough<br><br>Common lab abnormalities ≥ 25%: decreased lymphocytes, Hgb, calcium and sodium; increased AST, ALT, alk phos and urine protein | • Sotorasib received an accelerated approval with immature data in a low quality study without an active comparator<br>• Doubles progression-free survival relative to standard of care options (by indirect comparison)<br>• Despite sotorasib's high serious adverse event rate, its discontinuation rate was < 10%<br>• Sotorasib is the first and only FDA-approved KRAS inhibitor for NSCLC with unparalleled survival rates | • UF<br>• Do not add to EMMI list |
| viloxazine extended-release (Qelbree) ADHD: Non-stimulant | • atomoxetine (Strattera)<br>• clonidine ER (Kapvay)<br>• guanfacine ER (Intuniv) | • extended-release oral capsules (100 mg, 150 mg, and 200 mg)<br>• 6 to 11 years of age: start 100 mg once a day, may titrate in increments of 100 mg weekly to max of 400 mg once a day<br>• 12 to 17 years of age: start 200 mg once a day, may titrate by an increment of 200 mg to max does of 400 mg once a day | Attention Deficit Hyperactivity Disorder (ADHD) in pediatric patients 6 to 17 years of age | Most common ADRs (≥ 5% and at least twice the rate of placebo): somnolence, decreased appetite, fatigue, nausea, vomiting, insomnia, and irritability | • Qelbree is the 4th non-stimulant for the treatment of ADHD<br>• Only indicated for patients 6 to 17 years of age<br>• Qelbree is a selective norepinephrine reuptake inhibitor with a similar mechanism of action to atomoxetine (Strattera), although there are no head-to-head trials comparing the agents<br>• Approval was based on three short-term (6 or 8 week) placebo-controlled pivotal trials where Qelbree demonstrated moderate efficacy vs placebo<br>• Non-stimulant agents are not recommended in most pediatrics and adolescents due to efficacy not being as robust<br>• ADHD treatments should always be in combination with non-pharmacologic therapies<br>• Provides an alternative treatment to atomoxetine and other formulary non-stimulant options, however provides no compelling advantage over existing agents | • NF<br>• Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 213 of 980

**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary during the August 2021 DoD P&T Committee Meeting**

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| August 2021 | **Pulmonary-3 Agents: Combinations UF**<br>*Add to the EMMPI Program:*<br>• budesonide/formoterol fumarate/glycopyrrolate inhalation aerosol (Breztri Aerosphere) *(Note this is updated from the February 2021 P&T Committee meeting minutes)*<br><br>**Line Extensions**<br>**Designated UF**<br>*Similar/parent agent already on list (all new strengths or dosage forms):*<br>• adalimumab pen carton (Humira CF)<br>• adalimumab starter package for UC (Humira CF)<br>• lipase/protease/amylase (Pancreaze)<br>• secukinumab syringe (Cosentyx)<br><br>**Line Extensions**<br>**Designated NF**<br>*No reason to exempt from NF-2-Mail requirement, similar/parent agent already on list (new strength and dosage form):*<br>risankizumab-rzaa (Skyrizi) | **Oncological Agents: Bruton Tyrosine Kinase Inhibitors UF (brand maintenance only)**<br>*Maintain current status and do not add to EMMPI Program due complex dose-adjustment and some agents not being available at mail:*<br>• acalabrutinib (Calquence)<br>• ibrutinib (Imbruvica)<br>• zanubrutinib (Brukinsa)<br><br>**Laxatives, Cathartics, & Stool Softeners: Bowel Preparations NF**<br>*Exempt from NF-2 Mail requirement due to acute use exception:*<br>• sodium picosulfate, citric acid, mag oxide (Prepopik)<br>• sodium phosphate tablets (OsmoPrep)<br>• sodium SO4, K+ SO4, Mg SO4 (Suprep)<br>• sodium SO4, KCl, Mg SO4 (Sutab)<br><br>**Newly Approved Drugs per 32 CFR 199.21(g)(5) Designated UF:**<br>*Acute use or limited duration and drugs in class not currently represented on EMMPI List:*<br>• dasiglucagon injection (Zegalogue)<br><br>*Not yet clear if feasible to provide through mail order:*<br>• infigratinib (Truseltiq)<br>• omalizumab (Xolair)<br>• pegcetacoplan injection (Empaveli)<br>• riluzole oral film (Exservan)<br>• sotorasib (Lumakras)<br><br>*Similar agents not on list and comparable pricing at mail order vs MTFs or retail:*<br>• relugolix/estradiol/norethindrone (Myfembree)<br>• semaglutide (Wegovy)<br><br>**Designated NF:**<br>*Contraceptive exception/existing exclusion applies:*<br>• drospirenone/estetrol (Nextstellis)<br>*Exception due to a combination of factors:*<br>• viloxazine (Qelbree)<br>*Not yet clear if feasible to provide through mail order and similar pricing at mail order vs MTFs or retail:*<br>• ferric maltol (Accrufer) |

Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 214 of 980

AR1402

**Appendix G—Table of Implementation Status of UF Recommendations/Decisions Summary**

| Date | DoD PEC Drug Class | Type of Action | BCF/ECF Medications MTFs must have BCF meds on formulary | UF Medications MTFs may have on formulary | Nonformulary Medications MTFs may not have or formulary | Decision Date / Implement Date | PA and QL Issues | Comments |
|------|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | **Tier 4/Not Covered Medications** MTFs <u>must not</u> have on formulary Will not be available in the MTFs or Mail Order, patient to pay full cost at Retail Network pharmacies • None | | | | |
| Aug 2021 | Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase inhibitors | UF Class Review | None | • acalabrutinib (Calquence) • ibrutinib (Imbruvica) • zanubrutinib (Brukinsa) | • None | Pending signing of the minutes: 2 weeks The effective date is March 2, 2022 | • PAs and QLs for all three drugs | • Imbruvica tabs require a trial of caps first on the PA |

Appendix G—Table of Implementation Status of UF Recommendations/Decision Summary
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

**Appendix G—Table of Implemented Status of UF Recommendations/Decision Summary**

| Date | DoD PEC Drug Class | Type of Action | BCF/ECF Medications MTFs must have BCF meds on formulary | UF Medications MTFs may have on formulary | Nonformulary Medications MTFs may not have on formulary | Decision Date / Implement Date | PA and QL Issues | Comments |
|------|-------------------|----------------|---------------------------------------------------------|-------------------------------------------|---------------------------------------------------------|--------------------------------|------------------|----------|
| | | | | **Tier 4/Not Covered Medications** **MTFs must not have on formulary** Will not be available in the MTFs or Mail Order, patient to pay full cost at Retail Network pharmacies | | | | |
| | | | | ▪ None | | | |
| Aug 2021 | **Laxatives-Cathartics-Stool Softeners: Bowel Preparations** | UF Class Review | ▪ PEG 3350, Standard volume (generic Golytely)) | ▪ PEG 3350, sodium sulfate, sodium bicarbonate, sodium chloride and potassium chloride powder for oral solution (**Colyte, GoLYTELY, GaviLyte-A, GaviLyte-C, GaviLyte-G, generics**) <br>▪ PEG 3350 sodium bicarbonate, sodium chloride and potassium chloride powder for oral solution (**NuLYTELY, TriLyte, generics**) <br>▪ PEG sodium sulfate, sodium chloride, potassium chloride, ascorbic acid, and sodium ascorbate powder for oral solution (**Moviprep**) <br>▪ PEG sodium sulfate, sodium chloride, potassium chloride, ascorbic acid, and sodium ascorbate powder for solution (**Plenvu**) <br>▪ sodium picosulfate, magnesium oxide, and anhydrous citric acid oral solution (**Clenpiq**) | ▪ sodium sulfate, potassium sulfate, and magnesium sulfate concentrated oral solution (**Suprep**) <br>▪ sodium sulfate, potassium chloride and magnesium sulfate tablets (**Sutab**) <br>▪ sodium phosphate tablets (**Osmoprep**) <br>▪ sodium picosulfate, magnesium oxide, and anhydrous citric acid power packets (**Prepopik**) | Pending signing of the minutes: 2 weeks <br><br> The effective date is March 2, 2022 | ▪ No PAs or QLs | ▪ Generic GoLYTELY added to the BtCF |

Appendix G—Table of Implementation Status of UF Recommendations/Decision Summary
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 216 of 980

# Appendix H—Tier 4/Not Covered Drugs and Therapeutic Alternatives (Last 12 months)*†

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| August 2021 | Antilipidemic-1s | • rosuvastatin/ ezetimibe (Roszet) | • rosuvastatin with ezetimibe<br>• atorvastatin with ezetimibe<br>• simvastatin/ezetimibe (Vytorin)<br>• evolocumab (Repatha)<br>• alirocumab (Praluent) | • June 15, 2022 (120 days) |
| May 2021 | Anticonvulsants-Antimania Agents | • levetiracetam (Elepsia XR) | • levetiracetam ER<br>• lamotrigine XR<br>• topiramate ER | • June 15, 2022 (120 days) |
| Feb 2021 | Corticosteroids-Immune Modulators: High Potency | • clobetasol propionate 0.05% lotion metered dose pump (Impeklo) | • betamethasone/propylene glycol 0.05% lotion<br>• betamethasone dipropionate 0.05% gel<br>• clobetasol propionate/emollient 0.05 % (emulsion) foam<br>• clobetasol propionate 0.05% solution, lotion, gel, foam, spray, and shampoo<br>• fluocinonide 0.05% solution and gel | • June 15,2 022 (120 days) |
| Feb 2021 | Psoriasis Agents | • calcipotriene/ betamethasone dipropionate 0.005% /0.064% topical cream (Wynzora) | • vitamin D analog (calcipotriene 0.005% cream, ointment or solution) with a high potency topical corticosteroid (clobetasol propionate 0.05% ointment, cream, solution and gel<br>• fluocinonide 0.05% cream, gel, and solution<br>• calcipotriene 0.005% / betamethasone 0.064% foam (Enstilar) [Nonformulary] | • June 15, 2022 (120 days) |
| Nov 2020 | Attention-Deficit/ Hyperactivity Disorder (ADHD) Agents: Stimulants | • methylphenidate ER sprinkle capsules (Adhansia XR) | • methylphenidate ER (Aptensio XR sprinkle capsule), for patients with swallowing difficulties<br>• methylphenidate ER oral suspension (Quillivant XR suspension), for patients with swallowing difficulties<br>• methylphenidate ER osmotic controlled release oral delivery system (OROS) (Concerta, generics)<br>• methylphenidate long-acting (Ritalin LA, generics)<br>• methylphenidate controlled delivery (CD) (Metadate CD, generics)<br>• dexmethylphenidate ER (Focalin XR, generics)<br>• mixed amphetamine salts ER (Adderall XR, generics) | • Currently Tier 4 from Aug 2019 meeting, implemented March 4, 2020 |
| Nov 2020 | GI-1 Agents | • budesonide ER 9 mg capsules (Ortikos) | • budesonide ER tablets (Entocort EC, generics)<br>• other corticosteroids | • June 2 2021 |
| Nov 2020 | Corticosteroids | • dexamethasone 20 mg tables (Hemady) | • dexamethasone generics 0.5, 0.75, 1, 1.5, 2, 4, 6 mg tabs | • June 2 2021 |

Appendix H—Tier 4/Not Covered Drugs and Therapeutic Alternatives*
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 217 of 980

AR1405

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| Nov 2020 | Pulmonary I Agents Inhaled Corticosteroids (ICS) | • fluticasone propionate dry powder inhaler oral (ArmonAir Digihaler) | • fluticasone (Flovent Diskus)<br>• fluticasone (Flovent HFA)<br>• fluticasone furoate (Arnuity Ellipta) [non formulary]<br>• beclomethasone (QVAR) [non formulary]<br>• budesonide (Pulmicort Flexhaler) [non formulary]<br>• ciclesonide (Alvesco) [non formulary]<br>• flunisolide (Aerospan) [non formulary]<br>• mometasone (Asmanex Twisthaler [non formulary] | • June 2 2021 |
| Nov 2020 | Pulmonary I Agents ICS/Long-Acting Beta Agonists (LABA) | • fluticasone propionate / salmeterol dry powder inhaler oral (AirDuo Digihaler) | • fluticasone/salmeterol (Advair Diskus)<br>• fluticasone/salmeterol (Advair HFA)<br>• fluticasone/vilanterol (Breo Ellipta) [non formulary]<br>• mometasone/formoterol (Dulera) [non formulary]<br>• budesonide/formoterol (Symbicort) [non formulary]<br>• fluticasone/salmeterol (AirDuo Respiclick) [non formulary] | • June 2 2021 |
| Nov 2020 | Calcium Channel Blockers | • levamlodipine (Conjupri) | • amlodipine<br>• felodipine<br>• nifedipine<br>• diltiazem<br>• verapamil | • June 2 2021 |
| Nov 2020 | GI-2 Agents | • metoclopramide nasal spray (Gimoti) | • metoclopramide oral tablet (Reglan generics)<br>• metoclopramide oral solution (Reglan, generics)<br>• metoclopramide orally disintegrating tablet (Reglan ODT) | • June 2 2021 |

Appendix H—Tier 4/Not Covered Drugs and Therapeutics Alternatives*

Case 2:25-cv-00041-MKD  Document 75-1  Filed 03/05/25  Page 218 of 980

AR1406

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| Aug 2020 | Topical Psoriasis Agents | • calcipotriene 0.005%-betamethasone 0.064% suspension (Taclonex, generic) | *Scalp Psoriasis:*<br>• calcipotriene 0.005% solution<br>• clobetasol 0.05% solution, shampoo<br>• fluocinonide 0.05% solution<br>• calcipotriene 0.005%-betamethasone 0.064% foam (Enstilar) [Nonformulary]<br>*Psoriasis involving areas other than the scalp:*<br>• calcipotriene 0.005% ointment, cream, solution<br>• clobetasol 0.05% ointment, cream<br>• fluocinonide 0.05% cream, ointment | • February 24, 2021 |
| Aug 2020 | High-Potency Topical Corticosteroids | • halcinonide 0.1% topical solution (Halog) | • betamethasone propylene glycol 0.05% cream<br>• clobetasol propionate 0.05% cream and ointment<br>• clobetasol propionate/emollient 0.05% cream<br>• desoximetasone 0.25% cream and ointment<br>• fluocinonide 0.05% cream and ointment<br>• fluocinonide/emollient base 0.05% cream<br>• halobetasol propionate 0.05% ointment | • February 24, 2021 |
| Aug 2020 | Acne Agents: Topical Acne and Rosacea | • tazarotene 0.045% lotion (Arazlo) | • adapalene 0.1% lotion, gel, cream<br>• adapalene 0.3% gel<br>• clindamycin phosphate 1% gel, cream, lotion, and solution<br>• clindamycin/ benzoyl peroxide 1.2% - 5% gel<br>• tazarotene 0.1% cream<br>• tretinoin 0.025%, 0.05%, and 0.1% cream<br>• tretinoin 0.01% and 0.025% gel | • February 24, 2021 |

**\*** The P&T Committee may recommend complete exclusion of any pharmaceutical agent from the TRICARE pharmacy benefits program the Director determines provides very little or no clinical effectiveness relative to similar agents, based on an interim final rule published on December 11, 2018.  https://www.federalregister.gov/documents/2018/12/11/2018-26562/tricare-pharmacy-benefits-program-reforms.  The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms.  When applicable, patient-oriented outcomes are assessed, in accordance with the Final Rule.  Drugs recommended for Tier 4/Not Covered status will not be available at the MTFs or Mail Order points of service.  Beneficiaries will be required to pay the full out-of-pocket cost for the Tier 4/Not Covered drug at the Retail points of service**.**

**† For a cumulative list of previous Tier 4 recommendations, refer to the November 2020 DoD P&T Committee minutes, found at health.mil/pandt**

Appendix H—Tier 4/Not Covered Drugs and Therapeutics Alternatives*

| Process | Function |
|---|---|
| **Administrative** (not part of DoD P&T Committee process; Beneficiary Advisory Panel (BAP) comments not required; Director, DHA, approval not required)<br><br>Responsible parties include: TPharm4 (Mail Order Pharmacy and Retail Pharmacy Network) Contracting Officer Representative ( CORs), DHA Pharmacy Program, DHA Office of General Counsel, and Pharmacy Operations Division Formulary Management Branch (FMB) staff; **P&T Committee Chair and others as needed** | <ul><li>Identification of new FDA-approved medications, formulations, strengths, package sizes, fixed dose combinations, etc.</li><li>If situation unclear, determination as to whether a new FDA-approved medication is covered by TRICARE.</li><li>If situation unclear, determination as to whether a new FDA-approved medication is part of the pharmacy benefit (e.g., IV infusions).</li><li>If situation unclear, determination as to whether a new FDA-approved medication is suitable for dispensing through the TRICARE Mail Order Pharmacy (e.g., Accutane with proof of negative pregnancy testing requirements).</li><li>Calculating and implementing quantity limits.  The QLs will be reviewed by the DoD P&T Committee at the next meeting.</li><li>Making changes to quantity limits as needed based on non-clinical factors such as changes to packaging (e.g., medication previously available in boxes of 5 now only available packaged in boxes of 8).</li><li>Establishing adjudication edits (Pharmacy Data Transaction Service [PDTS] limitations which are set well above the clinical maximum and are intended to prevent entry errors [e.g., entering a quantity of 17 for a 17-gram inhaler for which the actual unit of measure is 1 inhaler] or are intended to limit diversion.</li><li>Implementing prior authorization (PA) requirements if already established through the DoD P&T Committee process for a given medication or class of medications.</li><li>Implementing step therapy (automated PA criteria) for a new entrant to a medication class if already established through the DoD P&T Committee process.  The entrant will be designated as "non step preferred" (i.e., behind the step).  The step therapy criteria for the new entrant will be reviewed by the DoD P&T Committee at the next meeting.</li><li>Making minor changes to prior authorization forms or Medical Necessity (MN) forms NOT involving changes to underlying criteria, such as correcting contact information or rewording clinical questions.</li><li>Making changes to PA criteria, MN criteria, quantity limits and any associated documents to accommodate new FDA-approved indications or to respond to changes in FDA-recommended safety limitations (changes will be reviewed by DoD P&T Committee at next meeting).</li><li>Applying general MN criteria to drugs newly approved by the FDA after August 26, 2015 (previously known as "innovator" drugs), as outlined in the August 2015 DoD P&T Committee meeting minutes.</li><li>Designated drugs newly approved by the FDA after August 26, 2015 with no formulary alternatives to adjudicate as UF (Tier 2 co-pay), after consultation with a DoD P&T Committee physician member or MHS specialist prior to formal vote from the DoD P&T Committee.  All newly approved drugs, including those that the Pharmacy Operations Division has determined have no formulary alternatives will be reviewed by the DoD P&T Committee at the next meeting, as outlined in the February 2016 DoD P&T Committee meeting minutes.</li><li>Establishing temporary specific PA criteria or MN criteria for select drugs newly approved by the FDA after August 26 2015, to be implemented at the time of product launch, after consultation with a DoD P&T Committee physician member or MHS specialist, prior to formal vote by the DoD P&T Committee, as outlined in the February 2016 DoD P&T Committee meeting</li></ul> |

Appendix I— DoD P&T Committee Processes and Recommendations/Approval Authorities
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021
Page 60 of 65

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 220 of 980

AR1408

minutes. All temporary specific PA or MN criteria will be reviewed by the DoD P&T Committee at the next meeting. The temporary specific PA or MN criteria will only be active until the formal P&T Committee process is complete. Implementation of permanent criteria will become effective upon signing of the DoD P&T Committee minutes. All users who have established temporary specific PA or MN criteria will be "grandfathered" when the permanent criteria become effective, unless directed otherwise.

- Establishing drug class definitions for maintenance medications as part of the Expanded MTF/Mail Order Pharmacy Initiative.
- Exempting NF medications from the requirement for TRICARE Mail Order Pharmacy dispensing where Trade Act Agreement conflicts preclude purchase for use by the Mail Order Pharmacy; for products that will be discontinued from the market; or for products that are not feasible to provide through the Mail Order Pharmacy (e.g., shortages, access requirements).
- Exempting medications or classes of medications previously identified for addition to the Expanded MTF/Mail Order Pharmacy Initiative from the requirement for Mail Order Pharmacy dispensing in cases where Trade Act Agreement conflicts preclude purchase for use by the Mail Order Pharmacy; for products that will be discontinued from the market; or for products that are not feasible to provide through the Mail Order Pharmacy (e.g., shortages, access requirements).
- After consultation with the Chair of the DoD P&T Committee, implementing "brand over generic" authorization and PA criteria for drugs with recent generic entrants where the branded product is more cost effective than the generic formulations. The branded product will continue to be dispensed, and the generic product will only be available upon prior authorization. The branded product will adjudicate at the Tier 1 co-pay at the Retail Pharmacy Network and Mail Order Pharmacy. The "brand over generic" authority will be removed when it is no longer cost effective to the MHS. These actions will be reviewed by the DoD P&T Committee at the next meeting, as outlined in the May 2016 DoD P&T Committee meeting minutes.
- Designating "line extension" products to retain the same formulary status and any applicable PA/step therapy or MN criteria as the "parent" drug. Line extensions will be reviewed by the DoD P&T Committee at the next meeting. Line extensions are defined as having the same FDA-approved indication as the parent drug, and must be from the same manufacturer. Line extensions may also include products where there are changes in the release properties of parent drug, for example, an immediate release preparation subsequently FDA-approved as a sustained release or extended release formulation, available from the same manufacturer as the parent drug. The line extension definition is outlined in the May 2014 and November 2016 DoD P&T Committee meeting minutes.
- Removing medications withdrawn from the U.S. market from Basic Core Formulary (BCF) or Extended Core Formulary (ECF) listings and other documents.
- Providing clarifications to existing BCF/ECF listings in the event of market entrant of new dosage strengths, new formulations, new delivery devices (e.g., Handi-Haler vs. Respimat inhaler) or manufacturer removal/replacement of products (e.g., mesalamine Asacol changed to Delzicol). BCF clarifications of this type will be reviewed by the DoD P&T Committee at the next meeting.
- Providing clarifications to existing listings on the BCF or ECF to designate specific brands/manufacturers when a national contract (e.g., joint DoD/VA, Defense Logistics Agency) is awarded for a given product.

Appendix I— DoD P&T Committee Processes and Recommendations/Approval Authorities
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021
Page 980 of 65

Case 2:25-cv-00041-M-RN   Document 75-1   Filed 12/05/25   Page 221 of 65

AR1409

| | |
|---|---|
| | ▪ Other functions as necessary to accomplish the functions listed above; for example, making changes to PDTS coding forTPharm4, communicating status of medications as part of the pharmacy or medical benefit to Managed Care Support Contractors (MCSCs), and making changes to the DHA "health.mil" website. |
| | ▪ Adding or removing products from the Specialty Agent Reporting List that have previously been designated by the DoD P&T Committee. The Specialty Agent Reporting List is maintained for purposes of monitoring specialty drug utilization trends and spends, and is based on the definition of a specialty drug previously agreed upon by the DoD P&T Committee at the August 2014 meeting. |
| | ▪ Adding or deleting drugs or drug classes from the Clinical Services Drug List, based on approved P&T Committee criteria, which identifies drugs for which specialty care pharmacy services are provided at the Mail Order Pharmacy under the TRICARE pharmacy contract. The list also designates which drugs must be filled through the Specialty Drug Home Delivery Program or at specified Retail Network pharmacies. Addition or deletion of drugs or drug classes from the Clinical Services Drug List will be formally reviewed by the DoD P&T Committee at the next meeting. |
| | ▪ **In order to avert or respond to drug shortages due to widespread (national or worldwide) emergency situations (e.g., pandemics) and after consultation with the Chair of the DoD P&T Committee and other parties as needed (e.g., Deputy Assistant Director – Health Affairs), applying manual PA criteria or Quantity Limits to certain drugs, to ensure adequate supply and or appropriate usage in the MHS. Any actions taken will be presented to the P&T Committee at the next meeting. PAs and/or QLs implemented in these situations will removed when the situation has resolved.** |
| **Approval by Director, DHA, required based on DoD P&T Committee recommendations and BAP comments** | ▪ Classification of a medication as non-formulary on the Uniform Formulary (UF), and implementation plan (including effective date). |
| | ▪ Classification of a medication as Tier 4 (not covered) on the Uniform Formulary, for products selected for complete exclusion that provide very little or no clinical effectiveness relative to similar agents, and implementation plan (including effective date). |
| | ▪ Establishment of prior authorization requirements for a medication or class of medications, a summary/outline of prior authorization criteria, and implementation plan (including effective date). |
| | ▪ Changes to existing prior authorization (e.g., due to the availability of new efficacy or safety data). |
| | ▪ Discontinuation of prior authorization requirements for a drug. |
| | ▪ Clarification of a medication as non-formulary due to NDAA Section 703 regulations, and implementation plan (effective date). |
| | ▪ Establishing pre-authorization criteria for drugs recommended as non-formulary due to NDAA Section 703 regulations. |
| | ▪ Addition or deletion of over-the-counter (OTC) drugs to the Uniform Formulary, and designating products recommended for a co-payment waiver. |
| | ▪ Removal of co-pays or reducing co-pays for an individual drug (e.g., branded product available at the Tier 1 co-pay). |
| | ▪ Designating individual generic drugs as non-formulary (Tier 3 co-pay). |

Appendix I— DoD P&T Committee Processes and Recommendations/Approval Authorities
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021
Page 96 of 65

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 222 of 980

AR1410

| | |
|---|---|
| **Approval by Director, DHA, required based on DoD P&T Committee recommendations** (not required to be submitted to BAP for comments) | ▪ Establishment of quantity limits for a medication or class of medications; deletion of existing quantity limits; or changing existing quantity limits based on clinical factors (e.g., new clinical data or dosing regimens). |
| | ▪ Establishment and changes of MN criteria for non-formulary drugs. |
| | ▪ Addition or deletion of medications listed on the Basic Core Formulary (BCF) or Extended Core Formulary (ECF). |
| | ▪ Addition or deletion of drugs or drug classes on the Expanded MFT/Mail Order Pharmacy Initiative Program. |
| | ▪ For OTC products added or deleted from the UF, adding or removing the requirement for a prescription waiver. |
| | ▪ Including or excluding drugs or drug classes from the Mail Order Pharmacy auto refill program. |
| | ▪ Exempting NF medications from the requirement for dispensing from the Mail Order Pharmacy (e.g., schedule II drugs, antipsychotics, oncology drugs, or drugs not suitable for dispensing from the Mail Order). |
| | ▪ Addition or deletion of drugs or drug classes from the Clinical Services Drug List, which identifies drugs for which specialty care pharmacy services are provided at the Mail Order Pharmacy under the TRICARE pharmacy contract. The list also designates which drugs must be filled through the Specialty Drug Home Delivery Program or at specified Retail Network pharmacies. |

Appendix I— DoD P&T Committee Processes and Recommendations/Approval Authorities
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021
Page 65 of 65

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 223 of 980

AR1411

## Appendix J—Table of Abbreviations

| Term | Definition | Term | Definition |
|------|-----------|------|-----------|
| ASCO | American Society of Clinical Oncology | LDL | Low density lipoprotein |
| ADHD | Attention Deficit Hyperactivity Disorder | LHRH | Leutinizing hormone releasing hormone |
| ADR | adverse drug reaction | L | liter |
| AE | Adverse event | LABA | Long acting beta agonists |
| ALS | Amyotrophic lateral sclerosis | LAMA | Long acting muscarinic antagonist |
| BCF | Basic Core Formulary | MCL | Mantle cell lymphoma |
| BIA | Budget impact analysis | MDI | Multiple daily injections |
| CFR | Code of Federal Regulations | MHS | Military Health System |
| CIU | Chronic idiopathic urticaria | MN | Medical Necessity |
| CLL | Chronic lymphocytic leukemia | MS | Multiple Sclerosis |
| CMA | Cost minimization analysis | MTF | Military Treatment Facility |
| CV | Cardiovascular | MZL | Marginal zone lymphoma |
| DHA | Defense Health Agency | NCCN | National Comprehensive Cancer Network |
| DHA | docosahexaenoic acid | NDAA | National Defense Authorization Act |
| DLBCL | diffuse large B-Cell lymphoma | NDC | National Drug Codes |
| DoD | Department of Defense | NDO | Neurogenic detrusor overactivity |
| DR | Delayed release | NSCLC | Non-small cell lung cancer |
| ECF | Extended Core Formulary | OAB | Overactive bladder |
| EIP | external insulin pump | ODT | Orally Disintegrating Tablet |
| EMMPI | The Expanded MTF/Mail Pharmacy Initiative | OTC | Over the counter |
| ER | Extended release | PA | Prior authorization |
| FDC | Fixed drug combination | PAH | Pulmonary artery hypertension |
| FDA | U.S. Food and Drug Administration | PDM | personal diabetes manager |
| Fe | iron | PEG | polyethylene glycol |
| GCB | germinal center B-Cell | PNH | paroxysmal nocturnal hemoglobinuria |
| GLP-1 RA | Glucagon-like peptide-1 receptor antagonists | POD | Pharmacy Operations Division |
| Hgb | hemoglobin | POS | Point of service |
| ICS | Inhaled corticosteroid | PRN | As needed |

Appendix J—Table of Abbreviations
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 224 of 980
AR1412

| Term | Definition | Term | Definition |
|------|------------|------|------------|
| QL | Quantity limits | SLL | small lymphocytic lymphoma |
| RCC | Renal cell carcinoma | TIB | Targeted Immunomodulatory Biologics |
| RRMS | Relapsing remitting multiple sclerosis | UC | Ulcerative colitis |
| SC | Subcutaneous | WM | Waldenström macroglobulinemia |
| SL | Sublingual | | |

Appendix J—Table of Abbreviations
Minutes & Recommendations of the DoD P&T Committee Meeting August 4-5, 2021

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 225 of 980

AR1413

**Uniform Formulary Beneficiary Advisory Panel
Meeting January 25, 2022**

**For the February 2021 DoD Pharmacy and Therapeutics Committee**

The Uniform Formulary Beneficiary Advisory Panel (UFBAP) convened at 10:00 A.M. on January 25, 2022 via teleconference, due to the ongoing COVID pandemic. The Secretary of Defense directed a zero-based review of all DoD Advisory Committees in January 2021, as a result, the UF BAP did not meet in 2021.

The current meeting took place over two days on January 25-26, 2022. The information presented on January 25th included the recommendations from the February 2021 DoD Pharmacy and Therapeutics Committee (P&T) meeting (presented in the morning) and May 2021 DoD P&T meeting (presented in the afternoon). The information presented on January 26th included the recommendations from the August 2021 (presented in the morning) and November 2021 (presented in the afternoon) DoD P&T Committee meetings

The detailed meeting information is found starting on page 6

**UNIFORM FORMULARY (UF) DRUG CLASS REVIEWS**

I. **UF CLASS REVIEWS—Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass**

    A. **Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass—UF/Tier 4/Not Covered Recommendation**

- UF
  - Verzenio
  - Ibrance
  - Kisqali
  - Kisqali Femora Co-Pack
- NF – None
- Tier 4 – None

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7    Non-Concur: 0    Abstain: 0    Absent: 0**

**B. Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass—Manual PA Criteria**

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

**C. Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass—UF, PA and Implementation Plan** of 30 days

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

**II.     UF CLASS REVIEWS—Pulmonary 3 Agents: Combinations Subclass**

  **A. Pulmonary 3 Agents: Combinations Subclass—UF Recommendation**

- UF
  - Trelegy
  - Breztri
- NF – None
- Tier 4 – None

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

  **B. Pulmonary 3 Agents: Combinations Subclass—UF Implementation Period** of two weeks

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 227 of 980

AR1415

## III. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

### A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4 Recommendation

- UF
  - Orladeyo
  - Alkindi
  - Zokinvy
  - Nyvepria
  - Imcivree
- NF
  - Winlevi
  - Eysuvis
  - Orgovyx
  - Sutab
  - Qdolo
- Tier 4/Not Covered
  - Wynzora
  - Impeklo

*Summary of Panel Questions and Comments*

Dr. Peloquin asked about the PAs that will affect both new and current users, how many patients would be affected? Dr. Allerman responded that for Winlevi there were 191 patients, and for Eysuvis there were 201 patients affected.

Dr. Peloquin also asked for the topical steroid product recommended for Tier 4 placement, Impeklo, had there been any feedback from the field regarding other topical steroids that were placed Tier 4? CDR Raisor replied that no comments have been received regarding previous decisions where other topical steroids were designated Tier 4.

- **Concur: 7      Non-Concur: 0      Abstain: 0      Absent: 0**

### B. Newly Approved Drugs per 32 CFR 199.21(g)(5)— PA Criteria for Orgovyx, Orladeyo, Alkindi sprinkle, Imcivree, Qdolo, Zokinvy, Eysuvis and Winlevi

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 228 of 980
AR1416

- **Concur: 7**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

**C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—Tier 1 Co-Pay for PEGfilgrastim (Nyvepria)**

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

**D. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered and PA Implementation Plan** of two weeks for the UF and NF drugs, and 120 days for the Tier 4 drugs

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

## IV.     UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA

**A. New Manual PA Criteria** for Norgesic, Orphengesic Forte and levorphanol tartrate in new users

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

**Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0**

**B. New Manual PA Criteria—Implementation Plan** of 30 days for Norgesic and 90 days for levorphanol

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

**Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0**

## V.     UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA

**A. Updated PA Criteria** for the SGLT2 inhibitors, Xhance, Symbicort, Dulera, and Evrysdi

*Summary of Panel Questions and Comments*

Dr. Dager asked for the Evrysdi PA, if the group had gone back to look at utilization, referring to the one criteria about not allowing concurrent use with Spinraza. Dr. Allerman responded that Spinraza and Zolgensma are medical benefit drugs. Also the PA is a clarification from November 2020, so we have not checked utilization data. Dr. Dager recommended that we look at this. Dr. Allerman thanked Dr. Dager and said we would consider this.

**Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0**

B. **Updated PA Criteria—Implementation Plan** at 30 days for the SGLT2 inhibitors and Evrysdi; and at 60 days for Xhance, Symbicort and Dulera

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

**Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0**

VI. **UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS, NCCN GUIDELINE UPDATES, OR AGE RANGES**

A. **Updated PA Criteria** for Kineret, Benlysta, the CF drugs Kalydeco, Symdeko, and Trikafta; Saxenda; the oncology drugs Nerlynx, Xpovio, and Ninlaro, and the sleep disorder drugs Wakix, Hetlioz, and Hetlioz LQ.

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

**Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0**

B. **Updated PA Criteria—Implementation Plan** of 60 days

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

**Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0**


Director, DHA:     The comments outlined above were taken under consideration prior to my final decision.

**Uniform Formulary Beneficiary Advisory Panel**
Virtual Meeting Summary Minutes
January 25, 2022

<u>**Panel Members Present**</u>
- Mr. Jon Ostrowski, Non-Commissioned Officer Association, Chair
- Dr. Karen Dager, PharmD, Health Net Federal Services
- Mr. John Du Teil, U.S. Army Warrant Officers Association
- Dr. Betsaida Guzman, PharmD, Veterans of Foreign Wars
- Dr. Joseph McKeon, MD, Humana Military
- Dr. Jay Peloquin, Pharm D, Express Scripts
- Dr. Jennifer Soucy, PharmD, U.S. Family Health Plan, Martins Point Services

<u>**Panel Members Absent**</u>
- Dr. Richard Bertin, Ph. D., Commissioned Officer Association of the U.S. Public Health Service
- Ms. Holly Dailey, the Association of the United States Army
- Ms. Catherine Seybold, U.S. Coast Guard Chief Petty Officers Association
- Ms. Patricia Orfini, National Family Member Association
- Ms. Amanda Meyers – Military Officers Association of America (MOAA)
- Mr. Keith Reed—Air Force Sergeants Association

<u>**Acting Designated Federal Officer (Non-Voting):**</u> Colonel Paul Hoerner, BSC

<u>**DHA Participants (Non-Voting)**</u>
- Dr. John Kugler, Division Chief, J-6; DoD P&T Committee Chair
- CDR Scott Raisor, Interim Chief, Pharmacy Operations Division Formulary Management Branch (POD FMB)
- Angela Allerman, PharmD, BCPS, POD FMB
- MAJ Adam Davies POD FMB
- LCDR Elizabeth Hall POD FMB
- LCDR Todd Hansen POD FMB
- Amy Lugo, PharmD, BCPS, POD FMB
- Mr. Bryan Wheeler Office of General Counsel
- Ms. Meghan Gemunder Office of General Counsel

<u>**Agenda**</u> is found starting on page 16.

- Panel Discussions

  *The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The*

*Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

## **Opening Remarks**

Col Paul Hoerner, introduced himself as the Designated Federal Officer (DFO) for the Uniform Formulary (UF) Beneficiary Advisory Panel (BAP). The Panel has convened to comment on the recommendations of the DoD Pharmacy & Therapeutics Committee meeting which occurred on February 3-4, 2021; May 5-6, 2021, August 4-5, 2021 and November 3-4, 2021.

Col Hoerner then indicated Title 10 United States Code (U.S.C.) section 1074g subsection b requires the Secretary of Defense to establish a DoD Uniform Formulary (UF) of pharmaceutical agents, and establishes the P&T Committee to review the formulary on a periodic basis and make additional recommendations regarding the Formulary as the Committee determines necessary and appropriate.

In addition, 10 U.S.C. section 1074g subsection c also requires the Secretary to establish a UF Beneficiary Advisory Panel (BAP) to review and comment on the development of the UF. The Panel includes members that represent non-governmental organizations and associations that represent the views and interests of a large number of eligible covered beneficiaries. The Panel's comments must be considered by the Director, Defense Health Agency (DHA) before establishing the UF or implementing changes to the UF. The Panel's meetings are conducted in accordance with the Federal Advisory Committee Act (FACA).

Col Hoerner then outlined the duties of the Uniform Formulary Beneficiary Advisory Panel including the following:

- To review and comment on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. Comments to the Director, DHA, regarding recommended formulary status, pre-authorizations, and the effective dates for changing drugs from "formulary" to "non-formulary" status must be reviewed by the Director before making a final decision.

- To hold quarterly meetings in an open forum. The Panel may not hold meetings except at the call of or with the advance approval of the DFO in consultation with the Chairperson of the Panel.

- To prepare minutes of the proceedings and prepare comments for the Secretary or his designee regarding the Uniform Formulary or changes to the Formulary. The minutes will be available on the website and comments will be prepared for the Director, DHA.

The DFO provided guidance regarding this meeting

- The role of the BAP is to comment on the UF recommendations made by the P&T Committee at their last meeting. While the Department appreciates that the BAP may be

interested in the drug classes selected for review, drugs recommended for the basic core formulary (BCF) or specific pricing data, these topics do not fall under the purview of the BAP.

- The P&T Committee met for approximately 64 hours conducting its reviews of the drug class recommendations that will be presented over the next two days. Since this meeting is considerably shorter, the Panel will not receive the same extensive information that is presented to the P&T Committee members. However, the BAP will receive an abbreviated version of each presentation and its discussion. The materials provided to the Panel are available on the TRICARE website.

- Detailed minutes of this meeting are being prepared. The BAP minutes, the DoD P&T Committee meeting minutes and the Director's decisions will be available on the TRICARE website in approximately four to six weeks.

The DFO provided a few ground rules for conduct during the virtual meeting:

- Due to the travel restrictions and guidance regarding COVID-19, this meeting will be conducted in a remote access format.

- Audience participation is limited to private citizens comments received in writing prior to the meeting.

- Participants will be joined in a LISTEN MODE only.

  o To ensure that there is no disruptions to discussions and as a precaution, please MUTE your phones.

_Panel and Presenter Guidance_:

- When asking or responding to questions:

  o Panel members are asked to state their name and prior to asking your questions.

  o Presenters or anyone responding to a question are asked to state their name prior to responding.

  o The meeting is being recorded. Please speak clearly.

- When addressing the Panel or responding to questions, please use the microphone.

- Members of the Formulary Management Branch and the P&T Committee are available to answer questions related to the BAP's deliberations. Should a misstatement be made, these individuals may interrupt to ensure the minutes accurately reflect relevant facts, regulations or policy.

Col Hoerner introduced the individual Panel members (see list above).

Written comments were forwarded to the Panel for their review and consideration from the following: *(Note that these comments will be included in the minutes' document for the January 26th UF BAP meeting associated with the August 2021 DoD P&T Committee meeting).*

1. Dr. Frank Lopez
2. Braintree Laboratories, Inc.
3. Supernus Pharmaceuticals
4. AstraZeneca

The meeting was then handed over to the Panel Chair for his opening remarks.

## Chairman's Opening Remarks

Mr. Ostrowski welcomed all Panel members and attendees, and stated that this meeting was a long time coming, and that there is a lot of business to conduct over the next two days. He also thanked the returning panel members and welcomed the new Panel members, and appreciated the members' commitment to the Panel and thoroughly looked forward to their input. Mr. Ostrowski also thanked Col Hoerner for putting the meeting together and he stated he was looking forward to the presentations.

## CDR Raisor's Opening Remarks

The meeting then proceeded with comments from CDR Raisor, who thanked the Panel for their involvement today and also stated that he realized there is a lot of information to go over, and that we do appreciate their participation. He then introduced the team speaking today (see list above).

The DoD Formulary Management Branch supports the DoD P&T Committee by conducting the relative clinical effectiveness analyses and relative cost effectiveness analyses of the drugs and drug classes under review and consideration by the DoD P&T Committee for the Uniform Formulary (relative meaning in comparison to the other agents defined in the same class).

We are here to present an overview of the analyses presented to the P&T Committee. 32 Code of Federal Regulations (CFR) establishes procedures for inclusion of pharmaceutical agents on the Uniform Formulary based upon both relative clinical effectiveness and relative cost effectiveness. Additionally, all TRICARE Tier 4/not covered drugs were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018, with the Final Rule published June 3, 2020.

The goal of this presentation is not to provide you with the same in-depth analyses presented to the DoD P&T Committee but a summary of the processes and analyses presented to the DoD P&T Committee. These include:

1) A brief overview of the relative clinical effectiveness analyses considered by the DoD P&T Committee. All reviews include but are not limited to the sources of information listed in 32 CFR 199.21 (e)(1) and (g)(5). Also note that Nonformulary medications are

generally restricted to the mail order program according to amended section 199.21, revised paragraphs (h)(3)(i) and (ii), effective August 26, 2015.

2) A brief general overview of the relative cost effectiveness analyses. This overview will be general in nature since we are unable to disclose the actual costs used in the economic models. This overview will include the factors used to evaluate the costs of the agents in relation to the safety, effectiveness, and clinical outcomes.

3) The DoD P&T Committee's Uniform Formulary recommendation is based upon the Committee's collective professional judgment when considering the analyses from both the relative clinical and relative cost effectiveness evaluations.

4) The DoD P&T Committee will make a recommendation as to the effective date of the agents being changed from the Uniform Formulary (UF) tier to Nonformulary (NF) tier or Tier 4 (not covered) status. Based on 32 CFR 199.21, such change will not be longer than 180 days from the final decision date but may be less.

All four P&T Committee meetings for 2021 were held via teleconference due to the ongoing pandemic.

- I wanted to briefly comment on the process for the formulary recommendations. The Committee looks at clinical and cost effectiveness. Some of the clinical factors include how many other therapies are available to treat a particular disease state, and what the recommendations are from professional guidelines. Based on the clinical data, there are circumstances where we also allow off-label use of a drug. In other cases, if a drug has an FDA-approved indication, but there are several other drugs with similar efficacy and safety, we may require use of other drugs first, which is called "Step therapy". We also take time to solicit provider input when making the formulary decisions and the Prior Authorization Criteria. Lastly, we also consider the patient impact for the recommendations including how any patients are currently receiving a drug, if an alternative drug will be required. So overall, several factors are taken into consideration for the information you'll see presented over the next 2 days.

- I also want to provide an overall summary of what the P&T Committee did in 2021: Overall, the Committee reviewed 8 drug classes overall (Breast cancer, Pulmonary 3 Combinations, Menopausal hormones, Insomnia, Leukemia/Lymphoma; Bowel preps, Continuous Glucose Monitor systems, and Subcutaneous Immunoglobulins)

  o Out of the 8 classes, only 2 drug classes will include NF recommendations. These were in the Insomnia Drugs and Bowel preps drug class reviews.

  o Two Tier 1 drugs were selected from two of the drug class reviews. This will have an immediate copay reduction for existing patients and new patients.

    ▪ These two drugs include Breztri inhaler from the pulmonary 3 (LAMA/LABA/ICS inhalers) class, and Cutaquig from the SCIG drug class.

  o Tier 1 copays were also recommended for 3 other drugs. Two were newly approved drugs, the filgrastim WBC stimulant Nyvepria and the narcan nasal spray Kloxxado.

The third drug was selected from the pulmonary arterial hypertension drug class, which was previously reviewed class. In this case, the brand specialty drug Letairis (ambrisentan), will be preferred over the generic.

- The biggest impact for the entire year will be that the Continuous Glucose Monitoring Systems (CGMs) will now be part of the Pharmacy benefit, and providers won't have to use the burdensome durable medical equipment (DME) process. This is improving access and care while decreasing enterprise wide costs.

- The Committee reviewed a total of 52 new drugs ("innovator drugs")
  - o 25 were selected for UF status
  - o 21 will be nonformulary
  - o And there were 6 drugs total recommended for Tier 4/not covered status, affecting 13 patients. All of the Tier 4 drugs for 2021 contain active ingredients that are found in low cost generics (ex, calcipotriene, clobetasol, rosuvastatin plus ezetimibe, levetiracetam, lorazepam, DHE nasal spray). On average these Tier 4 drugs were 5 times more costly than available treatments.

- Overall, between the class reviews and new drug reviews, 28 drugs will be moving from NF to UF status, and patients will pay the lower Tier 2 copay, rather than the Tier 3 copay.

- PA updates or new PAs were recommended for a total of 62 drugs, which will help to ensure appropriate clinical and cost effective use. Utilization management activities resulted in expanded PA criteria for 34 drugs, based on new FDA-approved indications, expanded age ranges, or National Cancer Comprehensive Network (NCCN) guidelines.

- Doing all of this at once you can see with all the recommendations that the Committee was very busy last year.

- I do have a couple of housekeeping requests, for the BAP panel members, if you could please identify yourself, since we are not able to meet in person, and we may not remember everyone's voice. We will also have our staff member identify themselves before speaking.

- For ensuring a smooth process, we ask that you please hold your comments for the pertinent BAP comment sections

The full presentations then started. Following each section, the DoD P&T Committee physician perspective was provided by Dr. John Kugler, and is included starting on page 13. The information starting on page 19 includes the full meeting information.

**<u>Closing Remarks</u>**
Col Hoerner stated the morning meeting was concluded, and that the afternoon session would start after lunch.

*The Meeting Adjourned at 11:53 AM EST.*

I hereby certify that, to the best of my knowledge, the foregoing minutes are accurate and complete.

Jon R.
Ostrowski

Digitally signed by Jon R.
Ostrowski
Date: 2022.02.07 18:06:20
-05'00'

Jon R. Ostrowski
*Chairperson, UFBAP*

## DoD P&T Committee Physician Perspective

Dr. John Kugler's comments on the formulary recommendations followed each individual section, and are outlined below.

## Drug Class Reviews

**Breast Cancer Agents: Cyclin Dependent (CDK) Inhibitors Subclass** (Ibrance, Verzenio, Kisqali, Kisqali Co-pack)

- This is the first time that we've reviewed this oncology subclass, although 3 of the 4 drugs in the class were previously reviewed as innovators.

- The clinical review looked at individual published trials, along with recommendations from the National Comprehensive Cancer Network (NCCN) guidelines. As Dr Hansen mentioned you'll hear several references to NCCN guidelines over the next two days, since several other oncology drugs were reviewed over the past year.

- For the formulary recommendation, all four drugs (Ibrance, Verzenio, Kisqlai, Kisqli co-pack) were added to the formulary. This provides the optimal situation for providers and patients, since these products will be available to beneficiaries at the Tier 2 copay. There was no controversy over the formulary decision.

- We have PAs for several of the oncology drugs, to ensure appropriate prescribing and monitoring of adverse effects. There was already PA criteria in place for these four drugs, and the only updates here were that we did try to simplify the form, so only 1 form is needed.

**Pulmonary 3 Combinations Subclass (ICS/LAMA/LABA combos)** (Trelegy and Breztri inhalers)

- Trelegy and Breztri are currently the only triple inhalers marketed, although several different inhalers can be used to provide the three different components. There are some minor differences between the two products, but overall they are highly interchangeable.

- This is another example where the decision to have both products on the formulary benefits patients and providers. PA criteria was <u>not</u> recommended, so providers will be able to select whichever product they prefer for their individual patients.

## Newly Approved Drugs

- For this meeting, out of the 12 drugs reviewed, 5 will be added to the formulary, 5 will remain nonformulary, and 2 were recommended for Tier 4 (not covered) placement.

- For the drugs made nonformulary, all of them have several alternatives available that are on the formulary.

- PAs were recommended for several drugs. Overall PAs will be recommended for new drugs for certain situations, including if the class already has a PA required, if there are drugs where we've reviewed the class and one product is preferred, and also for drugs with very specialized indications, such as oncology drugs or for orphan diseases.

  - For the 8 drugs with new PAs, only 2 will affect new and current users, the acne drug Winlevi, and the drug for dry eye disease (Eysuvis). For both acne and dry eye disease several other formulary and OTC treatments are available.

- The two drugs recommended for Tier 4 status (Wynzora for Topical psoriasis and Impeklo a high potency steroid), are comprised of active ingredients that are already on the formulary, so these new formulations are not necessary. Also, these drugs are used only short term, and are not used for maintenance treatment.

  - Anytime there is a Tier 4 recommendation, the Committee does solicit feedback from providers, to determine whether the potential candidates are truly clinically necessary.

  - In terms of patient impact, there have only been 5 patients prescribed Wynzora, and no prescriptions for Impeklo to date. Patients will receive letters notifying them of the Tier 4 status.

- We did recommend a Tier 1 copay for one of the new drugs, Nyvepria, which is a white blood cell stimulant used in oncology patients. Patients using the Mail Order or Retail Network will pay the generic copay, rather than the branded (Tier 2 copay) for this drug. You'll see other cases over the next two days where the Committee recommended Tier 1 status for a branded drug.

**Utilization Management – New PA Criteria**

- **Skeletal muscle relaxants – Norgesic, Orphengesic Forte; Narcotic analgesic – levorphanol**

  - Both of these drugs fall under a different FDA approval pathway, so they don't qualify as innovators; they were approved using the Abbreviated New Drug Approval pathway (ANDA).

  - You will see several types of these drugs too over the next 2 days. In general these are older drugs that have been brought back to the market using data that is several decades old. Numerous alternatives are available.

  - Overall, these products have little value clinically or economically.

o The PA criteria here will only apply to new users; current patients can stay on the drug. The overall purpose of the PA is intended to shift utilization to more cost effective products.

## **Utilization Management – Updated PA Criteria – new clinical data**

- **SGLTs for CHF and CKD; Fluticasone nasal (Xhance formulation); formoterol/ICS inhalers (Symbicort, Dulera)**

  - The information just discussed provides good examples of how the Committee does review new clinical trial data, professional guideline updates, and also responds to feedback from MHS providers for drugs where there are PAs already in place.

  - These PA updates will apply to new patients, so patients who have already been approved for one of these drugs won't have to go through the PA process again.

  - These PA changes for the SGLT2 inhibitors will expand the use of Jardiance, the most cost-effective product in this class, to potentially over 200,000 beneficiaries regardless of whether they have diabetes. The recommendation was overwhelmingly endorsed by Committee members.

  - A lot of time is devoted at the quarterly P&T Committee meetings to ensure that our PAs are reflective of new clinical data, and you'll see more examples of this today and tomorrow.

## **Utilization Management – Updated PA Criteria – new FDA indications, NCCN guidelines, or expanded age ranges**

- **TIBs- Kineret – new indication; Benlysta for SLE- new formulation; CF drugs – new indications; Saxenda – age expanded; Onc drugs – Nerlynx, Xpovio, Ninlaro – new indications; Sleep disorders – new indications and age ranges**

  - This section is where we give brief summaries on drugs where current PAs are updated for expanded age ranges and indications. For this meeting, we had eleven drugs that have updates. All the changes will result in an increased number of patients who will qualify for the drug.

  - We do continually check for these types of updates from the package inserts, to ensure our PAs are not outdated.

## AGENDA

### Uniform Formulary Beneficiary Advisory Panel (UF BAP)
### For the February 2021 DoD Pharmacy and Therapeutics Committee Meetings
### January 25, 2022 at 10:00 AM Eastern Daylight Time

### Virtual Meeting

*Note that the UF BAP meeting occurring on January 25th and 26th will include information presented at the February 2021, May 2021, August 2021 and November 2021 DoD Pharmacy and Therapeutics (P&T) Committee meetings. The information presented on January 25th will include the recommendations from the February 2021 (presented in the morning) and May 2021 (presented in the afternoon) P&T meetings. The information presented on January 26th will include the recommendations from the August 2021 (presented in the morning) and November 2021 (presented in the afternoon) P&T meetings.*

**Information from the February 2021 DoD P&T Committee Meeting**

➢ **Administrative Meeting: 7:30 – 9:30 AM Eastern Daylight Time (General session starts at 10:00 AM Eastern Daylight Time)**

➢ **Roll Call**

➢ **Welcome and Opening Remarks**

➢ **Therapeutic Class Reviews**

*Members of the DHA Pharmacy Operations Division (POD) Formulary Management Branch (FMB) will present relative clinical and cost-effective analyses along with the DoD Pharmacy & Therapeutics Committee (P&T) recommendations for the Uniform Formulary (UF) and any recommended Tier 4/Not Covered candidates.*

*The P&T Committee made recommendations for the following drugs/drug classes during the February 2021 meeting:*

➢ **Drug Class Reviews**

- *Breast Cancer Agents: Cyclin-Dependent Kinase (CDK) Inhibitors Subclass*
- *Pulmonary 3 Agents: Combinations Subclass*

➢ **Newly Approved Drugs per 32 CFR 199.21(g)(5)**

- *berotralstat (Orladeyo) – Corticosteroids-Immune-modulators; for hereditary angioedema (HAE)*

- *calcipotriene/betamethasone dipropionate 0.005%/0.064% topical cream (Wynzora) - Topical Psoriasis agent*

- *clascoterone 1% cream (Winlevi) – Acne Agents: Topical acne and rosacea agents*

- *clobetasol propionate 0.05% lotion metered dose pump (Impeklo) – High Potency Topical Corticosteroid for steroid-responsive dermatoses.*

- *hydrocortisone oral sprinkle capsules (Alkindi) – Adrenocortical insufficiency in children*

- *lonafarnib (Zokinvy) – Miscellaneous metabolic agent for Hutchinson-Gilford Progeria Syndrome or processing-deficient Progeroid Laminopathies*

- *loteprednol 0.25% ophthalmic solution (Eysuvis) - Ophthalmic: Corticosteroid for short term use in dry eye disease*

- *pegfilgrastim-apgf syringe (Nyvepria) – White Blood Cell Stimulants*

- *relugolix (Orgovyx) – Luteinizing hormone-releasing hormone (LHRH) agonists-antagonists for advanced prostate cancer*

- *setmelanotide injection (Imcivree) – Weight loss agent for obesity due to proopiomelanocortin (POMC), proprotein convertase subtilisin/kexin type 1 (PCSK1), or leptin receptor (LEPR) deficiency*

- *sodium sulfate/magnesium sulfate/potassium chloride (Sutab) – Laxatives-Cathartics-Stool Softeners: Bowel Preparation for colonoscopy*

- *tramadol oral solution (Qdolo) – Narcotic analgesics and combinations*

- ➢ **Utilization Management Issues**

    - ➢ ***Prior Authorization Criteria—New Manual PA Criteria***

        - ▪ *Skeletal Muscle Relaxants and Combinations – orphenadrine 50 mg-aspirin 770 mg-caffeine 60 mg tablets (Norgesic, Orphengesic Forte)*

        - ▪ *Narcotic Analgesics and Combinations-levorphanol tartrate tablets*

    - ➢ ***Prior Authorization Criteria—Updated PA Criteria***

        - ▪ *Diabetes Non-Insulin: Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitors*

            - ○ *empagliflozin (Jardiance)*

            - ○ *dapagliflozin (Farxiga)*

            - ○ *canagliflozin (Invokana)*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 242 of 980

AR1430

- Nasal Allergy Agents: Corticosteroids – fluticasone propionate 93 mcg nasal spray (Xhance)

- Pulmonary-1 Agents: Combinations: budesonide/formoterol (Symbicort) and mometasone/formoterol (Dulera)

- Corticosteroid-Immune Modulators for Hereditary Angioedema (HAE) Prophylaxis:
  - plasma-derived human CI Esterase Inhibitor IV (Cinryze)
  - plasma-derived human CI Esterase Inhibitor SC (Haegarda)
  - lanadelumab (Takhzyro) injection

- Miscellaneous Neurologic Agent for spinal muscular atrophy (SMA): risdiplam (Evrysdi) oral solution

> ### Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications, National Comprehensive Cancer Network Guideline Updates, or Age Ranges

- Targeted Immunomodulatory Biologics (TIBs) - anakinra (Kineret)
- Immunosuppressives - belimumab (Benlysta)
- Cystic Fibrosis Agents:
  - ivacaftor (Kalydeco)
  - elexacaftor/tezacaftor/ivacaftor (Trikafta)
  - tezacaftor/ivacaftor (Symdeko)
- Weight Loss Agents - liraglutide (Saxenda)
- Oncological Agents:
  - Breast Cancer - neratinib (Nerlynx)
  - Multiple Myeloma - selinexor (Xpovio)
  - Multiple Myeloma - ixazomib (Ninlaro)

- Sleep Disorders:
  - Wakefulness Promoting Agents - pitolisant (Wakix)
  - Sleep Disorders: Insomnia Agents-tasimelteon capsule and liquid (Hetlioz, Hetlioz LQ)

> ### Panel Discussions
> The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will discuss the recommendations and vote to accept or reject them. The Panel will provide comments on their vote as directed by the Panel Chairman

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 243 of 980

AR1431

**DEPARTMENT OF DEFENSE**
**PHARMACY AND THERAPEUTICS COMMITTEE RECOMMENDATIONS FROM**
**THE FEBRUARY 2021 MEETING**

**INFORMATION FOR THE UNIFORM FORMULARY**
**BENEFICIARY ADVISORY PANEL**

I.    **UNIFORM FORMULARY REVIEW PROCESS**

Under 10 United States Code § 1074g, as implemented by 32 Code of Federal Regulations 199.21, the Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee is responsible for developing the Uniform Formulary (UF). Recommendations to the Director, Defense Health Agency (DHA) or their designee, on formulary or Tier 4/not covered status, prior authorization (PA), pre-authorizations, and the effective date for a drug's change from formulary to non-formulary (NF) or Tier 4 status are received from the Beneficiary Advisory Panel (BAP), which must be reviewed by the Director or their designee before making a final decision.

II.   **UF CLASS REVIEWS—Breast Cancer Agents: Cyclin-Dependent Kinase (CDK) Inhibitors Subclass**

*P&T Comments*

A.   **Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass Relative Clinical Effectiveness Analysis and Conclusion**

*Background*— The P&T Committee evaluated the relative clinical effectiveness of the CDK inhibitor subclass used for advanced or metastatic hormone receptor-positive (HR(+)), human epidermal growth factor receptor 2-negative (HER2(-)) breast cancer. The drugs include abemaciclib (Verzenio), palbociclib (Ibrance), and ribociclib (Kisqali). Ribociclib is also co-packaged with the aromatase inhibitor letrozole (Kisqali Femara Co-Pack), which is a convenience formulation.

The Committee comprehensively reviewed the evidence, including what was reviewed when Verzenio, Kisqali, and Kisqali Femara were presented as innovators in November, May, and August of 2017, respectively.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 0 absent) the following:

*Efficacy*

- A comprehensive review of the evidence shows that each CDK inhibitor offers a statistically and clinically significant advantage in objective response rate (ORR) and progression free survival (PFS), relative to the respective controls used in the individual clinical trials.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 244 of 980
**AR1432**

- There is no clear efficacy superiority of any one CDK inhibitor over another, and no clear superiority of the sequencing of when to use the CDK inhibitors. Overall, efficacy considerations do not drive selection of one particular agents.

- There are no head-to-head trials available directly comparing one CDK inhibitor with another.

- Indirect comparison of the hazard ratios of various efficacy endpoints (including ORR and PFS) from systematic reviews and network meta-analyses show that no one particular CDK inhibitor exhibits superiority over any other.

*Guidelines*

- The National Comprehensive Cancer Network (NCCN) guidelines recommend Verzenio, Ibrance, and Kisqali as preferred first-line, second-line or subsequent therapy, supported by the highest level of evidence.

- Abemaciclib (Verzenio) is also recommended as monotherapy for disease that has progressed on chemotherapy, but this is supported by a lower level of evidence (e.g., useful in certain circumstances).

- Other guidelines (e.g., American Society of Clinical Oncology, European Society for Medical Oncology) are in agreement with one another and make no distinction in the choice of a particular agent. Each CDK inhibitor has the same preference and strength of recommendation.

*Safety*

- There is no one clearly superior CDK inhibitor in terms of safety or tolerability.

- The safety profiles of the CDK inhibitors overlap, however, there are unique adverse events associated with each agent. Hematologic adverse events (e.g., neutropenia, anemia, and thrombocytopenia) are considered class effects.

  o Palbociclib (Ibrance) has the highest absolute risk of neutropenia, and a unique warning for the risk of pulmonary embolism.

  o Abemaciclib's (Verzenio's) safety profile includes a lower relative risk of neutropenia, but higher relative risk for diarrhea and unique warnings (amongst these agents) for hepatotoxicity and venous thromboembolism (VTE).

  o Ribociclib (Kisqali) has a lower relative risk of anemia, thrombocytopenia, and VTE, but higher relative risk for QT-

prolongation and a unique warning (amongst these agents) for hepatobiliary toxicity.

*Overall Clinical Conclusion*

- Choice of treatment in HR(+)/HER2(-) advanced or metastatic breast cancer depends on several factors, including the safety profile of the individual CDK inhibitor, patients' preference, comorbidities, and disease burden.

**B. Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass— Relative Cost-Effectiveness Analysis and Conclusion**

A cost-minimization analysis (CMA) and budget impact analysis (BIA) were performed. The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that Kisqali, Kisqali Femara Co-Pack, Verzenio and Ibrance were all cost-effective.

- BIA was performed to evaluate the potential impact of designating selected agents as formulary, NF, or Tier 4 on the UF. BIA results showed that designating all CDK inhibitors as UF demonstrated significant cost avoidance for the Military Health System (MHS).

**C. Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass— UF/Tier 4/Not Covered Recommendation**

The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 0 absent) the following:

- UF
  - abemaciclib (Verzenio)
  - palbociclib (Ibrance)
  - ribociclib (Kisqali)
  - ribociclib/letrozole (Kisqali Femora Co-Pack)

- NF - None
- Tier 4/Not Covered - None

**D. Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass— Manual PA Criteria**

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 1 absent), updating the PA criteria to follow the NCCN guidelines, with the additional indication for Verzenio noted, and including all four drugs on one PA form. The unique safety and monitoring factors will also be outlined for each drug.

The PA criteria are as follows:

1. **Ibrance, Verzenio, Kisqali, Kisqali Femara Co-Pack**

   **The PA criteria below replaces the current PA criteria for the CDK inhibitors.**

   Manual PA criteria apply to all new users of Ibrance, Verzenio, Kisqali, or Kisqali Femara Co-Pack

   *Note that Verzenio received a new FDA indication in October 2021, prior to the BAP meeting and P&T Committee minute's signing. The new indication is noted below in bold.*

   <u>Manual PA Criteria</u>: Ibrance, Verzenio, Kisqali, or Kisqali Femara Co-Pack is approved if all criteria are met:

   - Drug is prescribed by or in consultation with an oncologist

   - The patient is not currently taking another cyclin-dependent kinase inhibitor

   - **For Verzenio only: The patient has hormone receptor HR(+)/HER2(-), node(+) _early_ breast cancer at high risk of recurrence and a Ki67 score ≥ 20% as determined by an FDA approved test.**

   - The patient has advanced or metastatic hormone receptor HR(+)/HER2(-) breast cancer

   - If the patient is female, the patient meets one of the following criteria:

     o Ibrance, Verzenio, Kisqali, or Kisqali Femara Co-Pack will be used as first-line endocrine therapy in combination with anastrozole, exemestane, or letrozole; OR

     o Ibrance, Verzenio, Kisqali or Kisqali Femara Co-Pack will be as first-line or later-line endocrine therapy in combination with fulvestrant; OR

     o For Verzenio only: Will be used as monotherapy following metastatic progression on chemotherapy

   - If the patient is a premenopausal or perimenopausal woman, she is receiving ovarian suppression/ablation with a luteinizing hormone-releasing hormone (LHRH) agonist (e.g., Lupron [leuprolide], Trelstar [triptorelin], Zoladex [goserelin]), surgical bilateral oophorectomy, or ovarian irradiation.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 247 of 980

AR1435

- Provider is aware and has informed the patient of the risks of neutropenia and interstitial lung disease

- For Ibrance only: provider is aware and has informed the patient of the risk of pulmonary embolism

- For Verzenio only: provider is aware and has informed the patient of the risk of venous thromboembolism, diarrhea, and hepatotoxicity

- For Kisqali and Kisqali Femara Co-Pack only: provider is aware and has informed the patient of the risk of QT prolongation and hepatobiliary toxicity

- Female patients of childbearing age are not pregnant confirmed by (-) HCG

- Female patients will not breastfeed during treatment and for at least 3 weeks after the cessation of treatment

- Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 3 weeks after cessation of therapy if female; and for 3 months if male if using Ibrance only

- Male patients have been informed of the risk of infertility

- For Kisqali Femara Co-Pack only, female patients have been informed of the risk of infertility from letrozole

- The diagnosis is NOT listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, the provider must list the diagnosis:_____.

Non-FDA approved uses are not approved, except as noted above

Prior Authorization does not expire


E. **Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass—UF, PA, and Implementation Plan**

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 1 absent): an effective date of the first Wednesday 30 days after signing of the P&T minutes at all points of service.


*Addendum to the UF recommendation*: After the P&T meeting, a review of the bids submitted by one manufacturer showed that a re-calculation of the cost analysis was required. The new cost model was presented to the DoD P&T Committee via electronic means. An electronic vote was taken to determine

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 248 of 980

AR1436

whether to maintain the UF recommendation originally determined at the February 2021 meeting.

***COMMITTEE ACTION: ADDENDUM TO UF RECOMMENDATION:*** The P&T Committee reaffirmed (14 for, 0 opposed, 0 abstained, 2 absent) the recommendation made at the meeting, which maintains all four CDK inhibitors (Verzenio, Ibrance, Kisqali, and Kisqali Femora Co-Pack) on the UF.

### III. UF CLASS REVIEWS—Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass

***BAP Comments***

#### A. Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass—UF/Tier 4/Not Covered Recommendation

The P&T Committee recommended the formulary status for the Breast Cancer CDK inhibitors as discussed above:

- UF
  - Verzenio
  - Ibrance
  - Kisqali
  - Kisqali Femora Co-Pack

- NF
  - None

- Tier 4/Not Covered
  - None

> *BAP Comment:* ☐ Concur ☐ Non-concur

#### B. Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass—Manual PA Criteria

The P&T Committee recommended updating the PA criteria as outlined above.

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
│   BAP Comment:        □ Concur      □ Non-concur                  │
│                                                                   │
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```

**C. Breast Cancer Agents: Cyclin-Dependent (CDK) Inhibitors Subclass—UF, PA and Implementation Plan**

The P&T Committee recommended the implementation plan of the first Wednesday 30 days after signing of the minutes in all points of service.

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
│   BAP Comment:        □ Concur      □ Non-concur                  │
│                                                                   │
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```

**IV.    UF CLASS REVIEWS—Pulmonary 3 Agents: Combinations Subclass**

*P&T Comments*

**A. Pulmonary 3 Agents: Combinations Subclass Relative Clinical Effectiveness Analysis and Conclusion**

*Background*—The Pulmonary 3 agents contain a fixed-dose triple combination of inhaled corticosteroid, long-acting muscarinic antagonist, and long-acting beta agonist (ICS/LAMA/LABA) in one inhaler. A triple combination regimen can also be achieved using a variety of multiple inhalers used separately, or by using various fixed does dual combination inhaler, including single ingredient inhalers, such as an ICS/LABA or LAMA/LABA.

The two drugs in the class are fluticasone/umeclidinium/vilanterol (Trelegy) and budesonide/glycopyrrolate/formoterol (Breztri). Triple combination therapy is used in severe chronic obstructive pulmonary disease (COPD) and severe asthma after failure with dual therapy ICS/LABA or LAMA/LABA. Both Trelegy and Breztri are approved for maintenance treatment of COPD, while Trelegy has an additional indication for maintenance treatment of asthma in adults.

Although this is the first time the Pulmonary 3 Agents have been reviewed as a class, both Trelegy and Breztri were originally reviewed as new drugs, in November 2017 and November 2020, respectively.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 0 absent) the following:

*Asthma*

- The National Asthma Education and Prevention Program Coordinating Committee (NAEPPCC) Expert Panel Working Group guidelines recommend adding a LAMA to ICS/LABA in patients with uncontrolled asthma to improve symptom control and quality of life. Triple combination therapy does not affect asthma exacerbations requiring corticosteroids or rescue medication use.

- Although Trelegy was shown to improve forced expiratory volume in one second (FEV1), Trelegy lacks an indication in the label to reduce asthma exacerbations.

*COPD*

- The Global Initiative for Chronic Obstructive Lung Disease (GOLD 2020), strategy recommends reserving triple therapy for highly symptomatic patients after failure of dual therapy with LAMA/LABA or ICS/LABA.

- In the individual clinical trials used to gain FDA approval, both Trelegy and Breztri demonstrated statistically significant improvements in trough FEV1, and in the Saint George Respiratory Questionnaire (SGRQ) quality of life instrument; however these results did not reach the minimally clinically important difference threshold.

- Although varying results were shown in the clinical trials with regard to a reduction in COPD exacerbations, neither Trelegy nor Breztri are indicated to reduce COPD exacerbations.

- For COPD, despite the lack of head-to-head trials, indirect comparisons suggest there is not a clinically relevant difference in the drugs' effects on improving FEV1.

*Safety*

- The GOLD strategy and American Thoracic Society guidelines recommend withdrawing ICS in patients receiving triple therapy (ICS/LAMA/LABA), if the patient has had no exacerbations in the preceding year, due to the risk of pneumonia.

- In studies with longer treatment durations, there was a higher rate of pneumonia with Trelegy, Breztri and ICS-containing regimens, compared to regimens lacking an ICS component.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 251 of 980
AR1439

- Overall drug discontinuation due to adverse events was low in the individual clinical trials with Trelegy and Breztri, versus respective comparators.

*Clinical Considerations*

- Breztri advantages include that it is less reliant on a patient's inspiratory flow rate to activate the inhaler; however, it is dosed twice daily, and is only indicated for COPD. The Breztri Aerosphere metered dose inhaler requires patient breath-hand coordination to activate. Clinical trials evaluating Breztri in adults with asthma are ongoing.
- Trelegy's advantages include FDA-approval for both asthma and COPD, and once daily dosing. The Ellipta inhaler device is breath-activated, requiring the patient to have a higher minimum inspiratory flow rate; however, it does not require patient breath-hand coordination.

*Overall Clinical Conclusion*

- The triple combination inhalers provide a convenience to patients in terms of offering three drugs in one inhaler for one copay. However there is no data to show the triple combination inhalers result in improved outcomes compared to taking multiple inhalers to comprise a regimen of LABA/ICS/LAMA, for example, taking an ICS/LABA (e.g., Advair) plus LAMA (e.g., Spiriva).
- In order to meet the needs of Military Health System (MHS) patients with COPD, at least one option for a triple ingredients of ICS/LAMA/LABA is required on the formulary; however, it does not have to be a three-ingredients-in-one inhaler.

**B. Pulmonary 3 Agents: Combinations Subclass—Relative Cost-Effectiveness Analysis and Conclusion**

CMA and BIA were performed to evaluate the Pulmonary 3 Agents. The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that budesonide/glycopyrrolate/formoterol (Breztri) and fluticasone/umeclidinium/vilanterol (Trelegy) were both cost-effective.
- BIA was performed to evaluate the potential impact of designating selected agents as formulary, NF, or Tier 4 on the UF. BIA results showed that designating Breztri and Trelegy as UF demonstrated the greatest cost avoidance for the Military Health System (MHS).

**C. Pulmonary 3 Agents: Combinations Subclass—UF Recommendation**

The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 0 absent) the following:

- UF
  - fluticasone/umeclidinium/vilanterol (Trelegy)
  - budesonide/glycopyrrolate/formoterol (Breztri)

- NF – None
- Tier 4/Not Covered – None

**D. Pulmonary 3 Agents: Combinations Subclass—UF Implementation Plan**

The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

**V. UF CLASS REVIEWS—Pulmonary 3 Agents: Combinations Subclass**

*BAP Comments*

**A. Pulmonary 3 Agents: Combinations Subclass—UF Recommendation**

The P&T Committee recommended the formulary status for the Pulmonary 3 Combinations as discussed above:

- UF
  - Trelegy
  - Breztri
- NF – None
- Tier 4/Not Covered – None

| | | |
|---|---|---|
| *BAP Comment:* | ☐ Concur | ☐ Non-concur |

**B. Pulmonary 3 Agents: Combinations Subclass—UF Implementation Period**

The P&T Committee recommended an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

| | | | |
|---|---|---|---|
| *BAP Comment:* | ☐ Concur | ☐ Non-concur | |

## VI.    NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

### *P&T Comments*

### A.    Newly Approved Drugs per 32 CFR 199.21(g)(5)—Relative Clinical Effectiveness and relative Cost-Effectiveness Conclusions

The P&T Committee agreed for group 1: (18 for, 0 opposed, 1 abstained, 0 absent); group 2: (18 for, 0 opposed, 1 abstained, 0 absent), with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5).

### B.    Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4/Not Covered Recommendation

The P&T Committee recommended for group 1: (17 for, 0 opposed, 2 abstained, 0 absent); group 2: (18 for, 0 opposed, 1 abstained, 0 absent) the following:

- UF
    - berotralstat (Orladeyo) – Corticosteroids-Immune-modulators; for hereditary angioedema (HAE)
    - hydrocortisone oral sprinkle capsules (Alkindi) – Adrenocortical insufficiency in children
    - lonafarnib (Zokinvy) – Miscellaneous metabolic agent for Hutchinson-Gilford Progeria Syndrome or processing-deficient Progeroid Laminopathies
    - PEGfilgrastim-apgf syringe (Nyvepria) – White Blood Cell Stimulants Note that as part of this recommendation, Nyvepria will be designated as step-preferred.
    - setmelanotide injection (Imcivree) – Weight loss agent for obesity due to proopiomelanocortin (POMC) deficiency, proprotein convertase

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 254 of 980
AR1442

subtilisin/kexin type 1 (PCSK1) deficiency, or leptin receptor (LEPR) deficiency

- NF
    - clascoterone 1% cream (Winlevi) – Acne Agents: Topical acne and rosacea agents
    - loteprednol 0.25% ophthalmic solution (Eysuvis) - Ophthalmic: Corticosteroid for short term use in dry eye disease
    - relugolix (Orgovyx) – Luteinizing hormone-releasing hormone (LHRH) agonists-antagonists for advanced prostate cancer
    - sodium sulfate/magnesium sulfate/potassium chloride (Sutab) – Laxatives-Cathartics-Stool Softeners: Bowel Preparation for colonoscopy
    - tramadol oral solution (Qdolo) – Narcotic analgesics and combinations

- Tier 4/Not Covered
    - calcipotriene/betamethasone dipropionate 0.005%/0.064% topical cream (Wynzora) - Topical Psoriasis agent.
        - Wynzora was recommended for Tier 4 status as it is has little to no clinical benefit relative to other formulations of calcipotriene/betamethasone dipropionate formulations, and the needs of TRICARE beneficiaries are met by alternative agents.
            - Formulary alternatives to Wynzora include using a vitamin D analog (calcipotriene 0.005% cream, ointment or solution) with a high potency topical corticosteroid (clobetasol propionate 0.05% ointment, cream, solution and gel; fluocinonide 0.05% cream, gel and solution), or calcipotriene 0.005% and betamethasone 0.064% foam (Enstilar) [Nonformulary].

    - clobetasol propionate 0.05% lotion metered dose pump (Impeklo) – High Potency Topical Corticosteroid for steroid-responsive dermatoses.
        - Impeklo was recommended for Tier 4 status as it is has little to no clinical benefit relative to other formulations of clobetasol propionate, and the needs of TRICARE beneficiaries are met by alternative agents.
            - Formulary alternatives to Impeklo include betamethasone/propylene glycol 0.05% lotion;

betamethasone dipropionate 0.05% gel; clobetasol propionate/emollient 0.05 % (emulsion) foam; clobetasol propionate 0.05% solution, lotion, gel, foam, spray, and shampoo, and fluocinonide 0.05% solution and gel

### C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria

The P&T Committee recommended for group 1: (17 for, 0 opposed, 2 abstained, 0 absent); group 2: (18 for, 0 opposed, 1 abstained, 0 absent) the following:

- PEGfilgrastim: No PA is required for Nyvepria, however, note that Nyvepria will be step-preferred, along with Udenyca and Fulphila (from the August 2020 meeting); new patients receiving a non-step-preferred PEGfilgrastim (Neulasta, Neulasta Onpro, and Ziextenzo) will be required to have a trial of Nyvepria, Udenyca and Fulphila first. The PA forms for the non-step-preferred products will be updated accordingly.

- LHRH agonists-antagonists for advanced prostate cancer: Applying manual PA criteria to new users of Orgovyx.

- HAE drugs: applying manual PA criteria to new users of Orladeyo. Note that as part of this recommendation, the PAs for all the HAE drugs were updated, and included on one PA form. The prophylactic HAE drugs were evaluated for formulary status in August 2017. The manual PA criteria for the HAE prophylactic drugs were updated to reflect the 2020 U.S. Hereditary Angioedema Association guidelines which do not recommend a trial of anabolic androgens prior to other available prophylactic agents.

- Applying manual PA criteria to new users of Alkindi Sprinkle, Imcivree, Qdolo, and Zokinvy.

- Applying manual PA criteria to new and current users of Eysuvis and Winlevi.

Full PA Criteria for the Newly Approved Drugs per 32 CFR 199.21(g)(5) is as follows

### 1. The HAE drugs: berotralstat (Orladeyo), lanadelumab (Takhzyro), C1-INH (Cinryze IV), C1-INH (Haegarda SC)

Manual PA criteria apply to all new users of Orladeyo, Takhzyro, Cinryze, and Haegarda.

Manual PA criteria: Orladeyo, Takhzyro, Cinryze, or Haegarda is approved if all criteria are met:

Case 2:25-cv-00041-M-RN   Document 75-1   Filed 12/05/25   Page 256 of 980

AR1444

- Patient Age
  - For Orladeyo, the patient is 12 years of age or older
  - For Takhzyro, the patient is 12 years of age or older
  - For Cinryze, the patient is 13 years of age or older
- The patient has a diagnosis of hereditary angioedema (HAE)
- Orladeyo, Takhzyro, Cinryze or Haegarda is prescribed by an allergist, immunologist, or rheumatologist, or in consultation with an HAE specialist
- The patient must have monthly HAE attacks or a history of severe attacks that require prophylaxis treatment (i.e., ≥2 HAE attacks/month, laryngeal attacks, etc.)
- The patient is not currently receiving another drug for HAE prophylaxis (e.g., Orladeyo, Takhzyro, Cinryze or Haegarda will not be used concomitantly).

Non-FDA approved uses are not approved.

PA does not expire

2. **clascoterone cream (Winlevi)**

Manual PA is required for all new and current users of clascoterone cream (Winlevi).

<u>Manual PA Criteria</u>: Winlevi is approved if all criteria are met:

- The provider is aware and acknowledges that adapalene (cream, gel, lotion), clindamycin (cream, gel, lotion, solution), clindamycin/benzoyl peroxide (combination) gel, tretinoin (cream, gel), and spironolactone (tablets) are available to DoD beneficiaries without requiring prior authorization
- Patient has a diagnosis of acne vulgaris
- Patient is 12 years of age or older
- The drug is prescribed by or in consultation with a dermatologist.
- Provider acknowledges a potential increased risk of hypothalamic-pituitary-adrenal axis suppression in adolescents compared to adults
- Patient has tried and failed or has contraindications to a topical retinoid product and to a combination of topical clindamycin and benzoyl peroxide product. The provider must fill in the dates of

when the patient previously tried these agents or document the
contraindication that exists.

- Topical retinoid: Date_____Contraindication
  _____

- Combination topical clindamycin with benzoyl peroxide:
  Date_____Contraindication _____

- Patient has tried and failed or has contraindications to at least one
  oral medication (i.e., spironolactone, a combined oral
  contraceptive, OR isotretinoin) for acne. The provider must fill in
  the dates of when the patient previously tried these agents or
  document the contraindication that exists

  - Oral medication:_____Date_____
    Contraindication _____

Non-FDA-approved uses are not approved, including for hair loss

Prior authorization does not expire.

3. **hydrocortisone oral sprinkle (Alkindi Sprinkle)**

   **PA is not required for patients 6 years of age and younger.**

   Manual PA Criteria for all new patients older than 6 years of age:
   Alkindi Sprinkle is approved if all criteria are met:

   - The provider is aware and acknowledges that 5 mg generic
     hydrocortisone tablets and prednisone Intensol oral syrup are
     available to DoD beneficiaries without requiring prior
     authorization

   - Patient is between the ages of 6 and 18 years of age.

   - Patient has a documented diagnosis of adrenocortical
     insufficiency

   - Provider acknowledges that the patient's dosing regimen requires
     small doses of hydrocortisone and the patient cannot accurately
     split the dose using 5 mg hydrocortisone tablets or use the Intensol
     oral syrup

   Non-FDA-approved uses are not approved

   Prior authorization does not expire.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 258 of 980

AR1446

4. **lonafarnib (Zokinvy)**

   Manual PA is required for all new users of Zokinvy.

   Manual PA Criteria: Zokinvy is approved if all criteria are met

   - Patient is 12 months of age or older
   - Patient has a body surface area (BSA) of 0.39 m$^2$ and greater
   - Patient has a documented diagnosis of Hutchinson-Gilford Progeria Syndrome or the following processing deficient Progeroid Laminopathies:
     - Heterozygous LMNA mutation with progerin-like protein accumulation
     - Homozygous or compound heterozygous ZMPSTE24 mutations
   - Patient is not concomitantly receiving strong or moderate CYP3A inhibitors or inducers, midazolam, lovastatin, simvastatin, or atorvastatin
   - Patient's renal function, electrolytes, complete blood counts, and liver enzymes will be monitored at regular intervals
   - Female patients with reproductive potential have been advised of the risk to a fetus and effective contraception is used

   Non-FDA-approved uses are not approved including for other Progeroid Syndromes or processing-proficient Progeroid Laminopathies.

   Prior authorization does not expire.

5. **loteprednol 0.25% ophthalmic solution (Eysuvis)**

   Manual PA is required for all new and current users of Eysuvis.

   Manual PA Criteria: Coverage will be approved if all criteria are met:

   - The provider is aware and acknowledges that generic loteprednol, and other loteprednol formulations, 0.5%, Lotemax SM, Lotemax FML and Inveltys are available to DoD beneficiaries without requiring prior authorization
   - Eysuvis is prescribed by an optometrist or ophthalmologist
   - The patient has a diagnosis of dry eye disease as evidenced by at least one diagnostic test (e.g., Tear Film Break-Up Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 259 of 980

AR1447

- Patient has tried and failed or had an adverse event to a two week course of generic loteprednol 0.5%

- Patient has tried and failed or had an adverse event to a two week course of at least one low-dose ophthalmic steroid formulation (e.g. Lotemax SM, Inveltys, Alrex, and FML)

- Use of Eysuvis will not exceed 14 days per course of therapy for dry eye disease

Non-FDA-approved uses are NOT approved, including allergic conjunctivitis and for post-operative use to decrease inflammation

PA expires in 6 months.

Renewal Criteria: Note that initial TRICARE PA approval is required for renewal. Eysuvis will be approved for an additional 6 months if the following is met:

- The patient has experienced improvement in dry eye signs and symptoms.

6. **relugolix (Orgovyx)**

Manual PA is required for all new users of relugolix (Orgovyx).

Manual PA Criteria: Orgovyx is approved if all criteria are met:

- The provider is aware and acknowledges that leuprolide acetate IM (Lupron Depot), leuprolide acetate SQ (Eligard), and degarelix SQ (Firmagon) are available to DoD beneficiaries without requiring prior authorization

- Patient is 18 years of age or older

- Orgovyx is prescribed by or in consultation with an oncologist or urologist

- Patient has advanced prostate cancer

- Patient has tried and failed OR is unable to use injectable leuprolide formulations (i.e. subcutaneous injection or implant, subcutaneous injection)

Non-FDA-approved uses are not approved including cancers other than prostate cancer, and in women for endometrial thinning, endometriosis, and uterine leiomyomata (fibroids).

Prior authorization does not expire.

7. **setmelanotide (Imcivree)**

   Manual PA is required for all new users of Imcivree.

   Manual PA Criteria: Imcivree is approved if all criteria are met:
   - Patient is 6 years of age or older
   - Patient has a confirmed diagnosis (via genetic testing) of POMC-, PCSK1-, or LEPR-deficiency that are interpreted as pathogenic, likely pathogenic, or of uncertain significance (VUS)
   - Patient and provider agree to evaluate weight loss after 12-16 weeks of treatment. Imcivree should be discontinued if a patient has not lost at least 5% of baseline body weight, or 5% of baseline BMI for patients with continued growth potential

   Initial prior authorization expires in 4 months.

   Renewal criteria: Note that initial TRICARE PA approval is required for renewal. Imcivree is approved for 1 year for continuation of therapy if all criteria are met:
   - The patient has a documented improvement (a decrease from baseline) in at least 5% of baseline body weight, or 5% of baseline BMI for patients with continued growth potential.

   Non-FDA approved uses are NOT approved including Alström Syndrome, Bardet-Biedl Syndrome (BBS), POMC-, PCSK1-, or LEPR-deficiency with POMC, PCSK1, or LEPR variants classified as benign or likely benign, other types of obesity not related to POMC, PCSK1 or LEPR deficiency, including obesity associated with other genetic syndromes and general (polygenic) obesity.

8. **Tramadol oral solution (Qdolo)**

   Manual PA is required for all new users of tramadol oral solution (Qdolo).

   Manual PA Criteria: Qdolo is approved if all criteria are met:
   - The provider is aware and acknowledges that several opioid analgesics are available to DoD beneficiaries without requiring prior authorization, including tramadol IR tablets, and codeine with acetaminophen tablets and solution.
   - Patient is 12 years of age or older
   - For patients less than 18 years of age, Qdolo will not be approved for pain following tonsillectomy or adenoidectomy

- Patient has tried and failed or has a contraindication to liquid acetaminophen

- Patient has tried and failed or has a contraindication to liquid ibuprofen

- Patient has tried and failed or has a contraindication to tramadol IR tablets

Non-FDA-approved uses are not approved.

Prior authorization does not expire.

### D. Newly Approved Drugs per 32 CFR 199.21 (g)(5) – Tier 1 Co-Pay for PEGfilgrastim (Nyvepria)

The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) lowering the current Tier 2 cost-share for Nyvepria to the generic Tier 1 cost-share, with an effective date of the fist Wednesday two weeks after signing of the minutes at all points of service.

The authority for this recommendation is codified in 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020 which states "in implementing this rule, the Committee will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries. The intent of identifying agents in this manner as well as the new exclusion authority is to yield improved health, smarter spending, and better patient outcomes." Lowering the cost-share for Nyvepria will provider a greater incentive for beneficiaries to use a cost-effective PEGfilgrastim.in the purchased care points of service.

### E. .Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered and PA Implementation Plan

The P&T Committee recommended for group 1: (17 for, 0 opposed, 2 abstained, 0 absent); group 2: (18 for, 0 opposed, 1 abstained, 0 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status, and PA criteria:** An effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

- **New Drugs Recommended for Tier 4 Status:** 1) An effective date of the first Wednesday after a 120-day implementation period at all POS; and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation.

## VII.   NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*BAP Comments*

### A.  Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4 Recommendation

The P&T Committee recommended the formulary status for the newly approved drugs as discussed above:

- **UF**
  - Orladeyo
  - Alkindi
  - Zokinvy
  - Nyvepria
  - Imcivree

- **NF**
  - Winlevi
  - Eysuvis
  - Orgovyx
  - Sutab
  - Qdolo

- **Tier 4/Not Covered**
  - Wynzora
  - Impeklo

| *BAP Comment:* | ☐ Concur | ☐ Non-concur |
|---|---|---|

### B.  Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria

The P&T Committee recommended the PA criteria for the new drugs as stated previously.

> *BAP Comment:* ☐ Concur ☐ Non-concur

**C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—Tier 1 Co-Pay for PEGfilgrastim (Nyvepria)**

The P&T Committee recommended lowering the current Tier 2 cost-share for Nyvepria to the generic Tier 1 cost-share, with an effective date of the first Wednesday two weeks after signing of the minutes, as discussed above.

> *BAP Comment:* ☐ Concur ☐ Non-concur

**D. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered and PA Implementation Plan**

- **New Drugs Recommended for UF or NF Status, and PA criteria:** An effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

- **New Drugs Recommended for Tier 4 Status:** 1) An effective date of the first Wednesday after a 120-day implementation period at all points of service; and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation.

> *BAP Comment:* ☐ Concur ☐ Non-concur

## VIII.  UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA

*P&T Comments*

### A. New Manual PA Criteria

The P&T Committee recommended new manual PA criteria for orphenadrine-aspirin-caffeine tablets (Norgesic, Orphengesic Forte), and levorphanol tartrate tablets as discussed below.

#### 1) Skeletal Muscle Relaxants and Combinations – orphenadrine-aspirin-caffeine tablets (Norgesic, Orphengesic Forte)

The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) manual PA criteria in new users, to ensure that other therapies for musculoskeletal pain are tried first.

The non-opioid combination product containing orphenadrine 50 mg, aspirin 770 mg, and caffeine 60 mg is indicated for mild to moderate acute musculoskeletal pain. The fixed dose combination generic Norgesic and Orphengesic products are not cost effective relative to the individual components, which are all available in low-cost formulations. Several other cost-effective prescription and OTC non-opioid alternatives (i.e., baclofen, cyclobenzaprine, NSAIDs, acetaminophen) are also available.

The manual PA criteria are as follows:

Manual PA criteria applies to all new users of orphenadrine-aspirin-caffeine 50 mg-770 mg-60 mg (Norgesic, Orphengesic Forte).

Manual PA Criteria: Norgesic, Orphengesic Forte is approved if all criteria are met:

- Provider is aware and acknowledges that orphenadrine extended release, baclofen, cyclobenzaprine, acetaminophen, and numerous NSAIDs are available to DoD beneficiaries without requiring prior authorization

- The provider must explain why the patient requires orphenadrine-aspirin-caffeine tablets (Norgesic, Orphengesic Forte) and cannot take the available alternatives.

Non-FDA-approved uses are not approved.

Prior authorization does not expire.

#### 2) Narcotic Analgesics and Combinations-levorphanol tartrate tablets

The P&T Committee recommended (17 for, 0 opposed, 2 abstained, 0 absent) manual PA criteria for levorphanol tartrate tablets in new users to ensure that other therapies for pain are tried first.

Levorphanol tartrate is reserved for patients who require an opioid for severe pain where alternative options (i.e., non-opioid analgesics, opioid combination products) are ineffective, not tolerated, or otherwise inadequate. It is not a first line treatment for pain, due to safety concerns related to the long half-life. Provider feedback mentioned unfamiliarity with this product and supported PA criteria. Numerous other appropriate pain management options are available.

The Manual PA criteria is as follows:

Manual PA criteria applies to all new users of levorphanol tartrate tablets.

- Provider acknowledges that morphine sulfate immediate release (IR), codeine IR, hydromorphone IR, meperidine IR, oxycodone IR, hydrocodone/acetaminophen, oxycodone/acetaminophen, codeine/ acetaminophen, and tapentadol IR are available to DoD beneficiaries without requiring prior authorization.

- Patient has tried and failed at least one of the following short acting opioids: morphine sulfate IR, codeine IR, hydromorphone IR, meperidine IR, oxycodone IR, hydrocodone/acetaminophen, oxycodone/acetaminophen, codeine/acetaminophen, tapentadol IR

Non-FDA-approved uses are not approved.

Prior authorization does not expire.

## B. New Manual PA Criteria—Implementation Plan

The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) the new PA for orphenadrine-aspirin-caffeine tablets (Norgesic, Orphengesic Forte) become effective in new users the first Wednesday 30 days after the signing of the minutes.

The P&T Committee also recommended (17 for, 0 opposed, 2 abstained, 0 absent) the new PA criteria for levorphanol tartrate tablets will become effective in new users the first Wednesday 90 days after the signing of the minutes.

## IX.    UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA

*BAP Comments*

### A.  New Manual PA Criteria

The P&T Committee recommended manual PA criteria for Norgesic, Orphengesic Forte and levorphanol tartrate in new users, as outlined above.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 266 of 980

AR1454

| | | |
|---|---|---|
| *BAP Comment:* | ☐ Concur | ☐ Non-concur |

**B. New Manual PA Criteria—Implementation Plan**

The P&T Committee recommended the new PA criteria for Norgesic, Orphengesic Forte become effective at 30 days and the new PA criteria for levorphanol tartrate become effective at 90 days.

| | | |
|---|---|---|
| *BAP Comment:* | ☐ Concur | ☐ Non-concur |

## X. UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA

*P&T Comments*

### A. Updated Manual PA Criteria

The P&T Committee recommended updates to the PA criteria for several drugs, based on new clinical trial data, clinical practice guidelines, or MTF provider requests. The updated PA criteria discussed below apply to new users.

#### 1) Diabetes Non-Insulin: Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitors-empagliflozin (Jardiance), dapagliflozin (Farxiga), canagliflozin (Invokana), and ertugliflozin (Steglatro)

The SGLT2 inhibitors were originally approved for treating type 2 diabetes mellitus (T2DM) when the class was reviewed for formulary status in 2015. Empagliflozin (Jardiance) is currently the preferred SGLT2 inhibitor; canagliflozin (Invokana), dapagliflozin (Farxiga), and ertugliflozin (Steglatro) are nonformulary and non-step-preferred, requiring a trial of empagliflozin first. The SGLT2 inhibitors are also available in fixed-dose combinations with metformin.

Recently published trials provide evidence for the SGLT2 inhibitors in patients with heart failure with reduced ejection fraction (HFrEF) or chronic kidney disease (CKD), regardless of DM status. Clinical practice guidelines from the American College of Cardiology (ACC) (2021 ACC Consensus Decision Pathway for HFrEF Optimization) and the American Heart Association (AHA) (2020 Scientific Statement on cardiorenal protection in patients with DM and CKD) support a class effect for the SGLT2 inhibitors for improving cardiovascular outcomes. At the time of the meeting, some of the package inserts for the SGLT2 inhibitors had not yet been updated to reflect the new clinical trial data. *Note that Jardiance received FDA approval for treating HFrEF on August 18, 2021.*

Provider input from MHS cardiologists and nephrologists overwhelmingly supported maintaining empagliflozin as the preferred SGLT2 inhibitor for T2DM, HFrEF and CKD, based on professional guidelines and clinical trial data, regardless of diabetes status or formal FDA-approval.

The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) removing the current PA criteria for empagliflozin and empagliflozin/metformin. The PA criteria for canagliflozin, dapagliflozin, and ertugliflozin and their respective combinations with metformin were revised to require a trial of empagliflozin first for patients with T2DM, HFrEF, and CKD. The nonformulary SGLT2 inhibitors will be allowed if the patient has a contraindication or has experienced adverse effects from empagliflozin.

The updated PA criteria for the NF, non-step-preferred SGLT2-inhibitors is as follows:

The criteria below replaces the current SLGT2 inhibitor PA criteria and applies to new users of canagliflozin (Invokana), canagliflozin/metformin (Invokamet, Invokamet XR), dapagliflozin (Farxiga), dapagliflozin/metformin (Xigduo XR), and ertugliflozin (Steglatro):

Manual PA Criteria: Invokana, Invokamet, Farxiga, Xigduo XR, or Steglatro will be approved if all criteria are met:

*For all indications:*

- The patient is 18 years of age or older
- Provider is aware and acknowledges that empagliflozin (Jardiance), empagliflozin/metformin (Synjardy, Synjardy XR) and empagliflozin/linagliptin (Glyxambi) are DoD's preferred SGLT2 inhibitor, and that PA is not required for empagliflozin products.

*For Type 2 Diabetes Mellitus:*

- Canagliflozin (Invokana, Invokamet), dapagliflozin (Farxiga, Xigduo XR), or ertugliflozin (Steglatro) are requested to improve glycemic control in patients with T2DM OR

- Canagliflozin, (Invokana, Invokamet), dapagliflozin (Farxiga, Xigduo XR), or ertugliflozin (Steglatro) are requested to reduce the risk of cardiovascular death in patients with T2DM and established cardiovascular disease

- Patient must have had an inadequate response or experienced significant adverse events, or have a contraindication to metformin

- Patient must have tried one of the preferred SGLT2 inhibitors (Jardiance, Glyxambi, Synjardy, and Synjardy XR) and had an inadequate response or experienced significant adverse reactions or have a contraindication.

*For Heart Failure with reduced ejection fraction (HFrEF):*

- Canagliflozin, (Invokana), dapagliflozin (Farxiga), or ertugliflozin (Steglatro) are requested for reduction in risk of heart failure hospitalization and/or cardiovascular death in patients with HFrEF

- Patient has experienced significant adverse reactions has a contraindication to empagliflozin

- Initial prescription is written by or in consultation with a cardiologist

- Patient has a documented diagnosis of chronic HF (New York Heart Association class II through IV) with a left ventricular ejection fraction (LVEF) ≤ 40 % and with continued heart failure symptoms

- Patient is receiving appropriate guideline-directed medical therapy (GDMT) including the following: angiotensin-converting enzyme inhibitor (ACEI), angiotensin II receptor blocker (ARB), or angiotensin receptor neprilysin inhibitor (ARNI); beta blocker; and aldosterone antagonist, unless contraindicated or if the patient has experienced adverse effects or could not tolerate these therapies

*For Chronic Kidney Disease (CKD):*

- Canagliflozin, (Invokana, Invokamet), dapagliflozin (Farxiga, Xigduo XR), or ertugliflozin (Steglatro) are requested to reduce kidney disease progression and improve cardiovascular outcomes in patients with CKD.

- Patient has experienced significant adverse reactions or has a contraindication to empagliflozin

- Initial prescription is written by or in consultation with a nephrologist

- Patient's estimated glomerular filtration rate (eGFR) is higher than 25 ml/min/1.73m2 AND the Urinary Albumin-to-Creatinine Ratio is greater than or equal to 200 mg/gram

- Patient is receiving maximum tolerated labeled dose of an angiotensin-converting enzyme inhibitor (ACEI) or angiotensin II receptor blocker (ARB), or is unable to use an ACEI or ARB

Non-FDA-approved uses are not approved, including type 1 diabetes mellitus, heart failure with preserved ejection fraction, or acute decompensated heart failure

Prior authorization does not expire.

The P&T Committee recommended (17 for, 0 opposed, 2 abstained, 0 absent) updated PA criteria for Xhance, Symbicort, Dulera, and Evrysdi, as discussed below.

### 2) Nasal Allergy Agents: Corticosteroids - fluticasone propionate 93 mcg nasal spray (Xhance)

An MTF provider requested the Committee review the current PA criteria for Xhance, which was designated NF at the February 2018 meeting. Xhance is the fourth fluticasone nasal product marketed, but it is only indicated for adults with nasal polyps and is not approved for allergic rhinitis.

A review of the evidence shows that Xhance may provide improved penetration of medication into the nasal cavity, but there is no evidence that this results in better outcomes for the patient. Xhance provides no confirmed benefit in reducing nasal polyp size compared to alternative intranasal corticosteroids or steroid lavage. However, changes to the Xhance manual PA criteria were made to align with current rhinosinusitis guidelines for treating nasal polyps, and to follow DHA Specialist recommendations.

Additions to the criteria include a new requirement for nasal saline irrigation. The option of nasal corticosteroid lavage (e.g., irrigation, rinse) was added to the list of treatments that are required prior to Xhance (patients must still try two nasal steroids before Xhance).

Updates from the February 2021 meeting are in bold and strikethrough.

Manual PA criteria apply to all new users of fluticasone propionate 93-mcg nasal spray (Xhance).

<u>Manual PA Criteria</u>: Xhance is approved if ALL criteria are met:

- **Patient has chronic rhinosinusitis with nasal polyposis confirmed by imaging or direct visualization**

- **Patient is 18 years of age or older**

- The prescription is written by or in consultation with an allergist, immunologist, pulmonologist, or otolaryngologist

- **The symptoms of chronic rhinosinusitis with nasal polyposis are inadequately controlled despite all of the following maximized treatments:**

  - **Nasal saline irrigation**

  - **Adequate duration of at least TWO of the following**

    - **fluticasone propionate (generic Flonase)**
    - **flunisolide (generic Nasarel)**
    - **beclomethasone (Beconase AQ, QNASL)**
    - **budesonide (Rhinocort Aqua, generic)**
    - **mometasone (Nasonex, generics)**
    - **nasal corticosteroid irrigation/rinse**
    - ~~azelastine~~
    - ~~ipratropium nasal spray (Atrovent nasal spray)~~

  - ~~Patient has tried and failed mometasone (Nasonex) OR beclomethasone (Beconase)~~

Non-FDA-approved uses are not approved, including allergic rhinitis

Prior authorization does not expire.

**3) Pulmonary-1 Agents: Combinations: budesonide/formoterol (Symbicort) and mometasone/formoterol (Dulera)**

Manual PA criteria for Symbicort and Dulera were originally recommended in February 2014, requiring a trial of fluticasone/salmeterol (Advair) first. The PA criteria were most recently revised in November 2019, allowing inhaled corticosteroid (ICS) with formoterol (e.g., budesonide/formoterol, or mometasone/formoterol) as a rescue inhaler, based on the 2019 Global Initiative for Asthma (GINA) evidence-based strategy.

In 2020, the U.S. based National Asthma Education and Prevention Program Coordinating Committee (NAEPPCC) focused update to the Asthma Management Guidelines now prefers combination ICS-formoterol for daily (maintenance) and as needed use (PRN or quick-relief therapy) for moderate persistent asthma (Steps 3 and 4 in the algorithm) over other ICS/LABA combinations. The traditional regimens of ICS with as-needed short-acting beta agonist (SABA) or ICS/long acting beta agonist (LABA) with as-needed SABA are now considered alternate treatments. However, no changes are needed if a patient's current regimen of maintenance ICS/LABA with SABA as quick-relief therapy is providing adequate asthma control.

This approach using ICS-formoterol for maintenance and as-needed use was based on 10 studies comparing ICS-formoterol dual combination inhalers with the same dose ICS or higher dose ICS single ingredient inhalers. A reduction in asthma exacerbations was noted with ICS-formoterol therapy. Limitations to the studies were the inclusion of ICS-formoterol and SABA inhalers that are not commercially available in the U.S. and significant industry funding. Also, note that the current FDA labeling for Symbicort and Dulera does not include quick-relief use.

Provider feedback was solicited regarding the NAEPPCC recommendations, and overall, providers supported increased access to ICS-formoterol combinations for DoD beneficiaries. Manual PA criteria for both drugs were updated in accordance with the 2020 NAEPPCC recommendations.

Updates from the February 2021 meeting are in bold and strikethrough.

Manual PA criteria apply to all new users of Symbicort and Dulera

Note: fluticasone/salmeterol (Advair Diskus/Advair HFA) is DoDs preferred ICS/LABA and is available without a PA.

Automated PA Criteria: Symbicort or Dulera is approved if:

- The patient has filled a prescription for Advair Diskus or Advair HFA at any MHS pharmacy point of service (MTFs, retail network pharmacies, or mail order) during the previous 180 days. OR

- The patient is 12 years of age and younger

Manual PA Criteria: Symbicort or Dulera is approved (i.e., trial of Advair Diskus or Advair HFA is NOT required) if one of the options below applies:

- Use of formulary agents (Advair Diskus and Advair HFA) is contraindicated

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 272 of 980

AR1460

- Patient has experienced significant adverse effects from Advair that is not expected to occur with the non-formulary ICS/LABA medication

- Formulary agents (Advair Diskus and Advair HFA) result or are like to result in therapeutic failure

- Patient previously responded to the non-formulary agent and changing to a formulary agent (Advair Diskus and Advair HFA) would incur unacceptable risk

- The patient has asthma and requires rescue therapy **or intermittent and daily ICS-LABA therapy** with an ICS-formoterol combination ~~in accordance with GINA Strategy~~

  - ~~Symbicort: patient requires an MDI because they have decreased inspiratory effort and cannot use a DPI (Advair Diskus)~~

  - ~~Breo Ellipta: patient has complicated drug regimen and requires once daily dosing~~

Non-FDA-approved uses are not approved.

Prior authorization does not expire.

## 4) Miscellaneous Neurologic Agent for spinal muscular atrophy (SMA): risdiplam (Evrysdi) oral solution

Manual PA criteria for Evrysdi were added when it was first reviewed as a new drug at the November 2020 meeting. The Director, DHA, recommended that the P&T Committee re-review the criteria. The Committee re-evaluated the current age restriction, which limits use to patients younger than 25. After further review, despite a lack of clinical evidence supporting Evrysdi in patients older than 25 years of age, for humanistic reasons the age restriction was removed from the PA. Patients meeting all the other criteria will be allowed to use Evrysdi, regardless of age.

Updates from the February 2021 meeting are in strikethrough.

Manual PA criteria applies to new users of risdiplam (Evrysdi).

Manual PA Criteria: Evrysdi is approved if all criteria are met:

- ~~The patient is between the ages of 2 months to 25 years of age (Fill-in-the-blank)~~

- The drug is prescribed by a pediatric or adult neurologist

- Patient has genetic confirmation of homozygous deletion or compound heterozygosity predictive of loss of function of the SMN1 gene (documentation required)

- Patient has confirmation of at least two SMN2 gene copies (documentation required)

- Patient has a confirmed diagnosis of Spinal Muscular Atrophy Types 1, 2, or 3 (Fill-in-the-blank)

- Female patients of childbearing age are not pregnant confirmed by (-) HCG

- Female patients of childbearing potential have been counseled to use effective contraception during treatment and for at least 1 month after the cessation of therapy

- Male patients of reproductive potential are counseled about the potential effects on fertility

- Patient does not have evidence of hepatic impairment

- Patient does not have permanent ventilator dependence

- Patient does not have complete paralysis of all limbs

- Evrysdi will not be used concurrently with Spinraza (nusinersen injection for intrathecal use)

- Patient weight must be documented (Fill-in-the-blank) – (Any answer acceptable)

- Patient dose in total mg/day and mg/kg per day must be documented (Fill-in-the blank)
  - The dose must be 0.2 mg/kg if the patient is 2 months to < 2 years of age; OR 0.25 mg/kg for patients ≥ 2 years of age who weigh < 20 kg; OR 5 mg for patients ≥ 2 years of age who weigh ≥ 20 kg

Non-FDA-approved uses are NOT approved.

Prior authorization expires in 6 months.

Renewal Criteria: (Initial TRICARE PA approval is required for renewal)

- According to the prescriber, the patient's level of disease has improved or stabilized to warrant continuation on Evrysdi as determined by an objective measurement and/or assessment tool and/or clinical assessment of benefit. (documentation required)

Renewal criteria expires in 1 year.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 274 of 980
AR1462

**B. Updated Manual PA Criteria—Implementation Plan**

The P&T Committee recommended the following implementation periods:

- The P&T Committee recommended (18 for, 0 opposed, 1 abstained, 0 absent) the updated PA for the SGLT2-inhibitors and the removal of the age restriction for Evrysdi become effective in new users the first Wednesday 30 days after signing of the minutes. *Note that due to the BAP meeting delay and subsequent delay of the signing of the February 2021 P&T Committee meeting minutes, the PA was updated in June 2021, based on the direction of the Director, DHA.*

  The P&T Committee also recommended (17 for, 0 opposed, 2 abstained, 0 absent) the updated PAs for Xhance, Symbicort, and Dulera become effective in new users the first Wednesday 60 days after the signing of the minutes.

## XI.     UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA

*BAP Comments*

**C. Updated PA Criteria**

The P&T Committee recommended updates to the manual PA criteria for the SGLT2 inhibitors, Xhance, Symbicort, Dulera, and Evrysdi, as discussed above.

| | | |
|---|---|---|
| *BAP Comment:* | ☐ Concur | ☐ Non-concur |

**D. Updated PA Criteria—Implementation Plan**

The P&T Committee recommended the updates to the PA criteria for the drugs discussed above become effective at 30 days for the SGLT2 inhibitors and Evrysdi; and at 60 days for Xhance, Symbicort and Dulera.

*BAP Comment:*  ☐ Concur  ☐ Non-concur

## XII. UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS, NCCN GUIDELINE UPDATES, OR AGE RANGES

***P&T Comments***

### A. Updated Manual PA Criteria

The P&T Committee (17 for, 0 opposed, 2 abstained, 0 absent) recommended updates to the manual PA criteria and step therapy for several drugs due to expanded age indications, new FDA-approved indications, or other reasons. The updated PAs will apply to new users.

Note that since these types of updates expand the patient population eligible for the drug, only a summary of the PA criteria is provided here; the current full PA criteria can be found on the TRICARE Formulary Search Tool at https://www.express-scripts.com/frontend/open-enrollment/tricare/fst/#/.

1) **Targeted Immunomodulatory Biologics (TIBs) -anakinra (Kineret)**—Manual PA criteria now allow for the new indication of Deficiency of Interleukin-1 Receptor Antagonist (DIRA).

2) **Immunosuppressives - belimumab (Benlysta)**—belimumab injection SQ and IV (Benlysta)—Manual PA criteria were updated to include the new indication of active lupus nephritis in adults who are receiving standard therapy.

3) **Cystic Fibrosis Agents - ivacaftor (Kalydeco), elexacaftor/tezacaftor/ivacaftor (Trikafta), and tezacaftor/ivacaftor (Symdeko)**—The PA criteria for the cystic fibrosis drugs were revised to standardize the wording for all three drugs, and to reflect the new indications allowing for mutation types that are responsive to Kalydeco or Symdeko, based on clinical and/or *in vitro* assay data.

4) **Weight Loss Agents - liraglutide 3 mg (Saxenda)**—Manual PA criteria now allow use in patients as young as 12 years for weight loss. Patients age 16 years and older must first try phentermine, consistent with the requirements for adults, however patients between the ages of 12 to 15 years are allowed to use Saxenda without first trying phentermine.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 276 of 980

AR1464

**5) Oncological Agents**

- **Breast Cancer - neratinib (Nerlynx)**—Includes the new FDA-approved indications for advanced or metastatic human epidermal growth factor receptor 2 positive (HER2+) breast cancer in adults, when used in combination with capecitabine, and when the patient has received two or more prior anti-HER2-based regimens in the metastatic setting. The previous lifetime duration of one year was removed, since the new indication of HER2+ breast cancer does not limit length of the treatment course.

- **Multiple Myeloma - selinexor (Xpovio)**—The manual PA criteria were updated to allow for the new indication for multiple myeloma, when used in combination with bortezomib and dexamethasone, and when the patient has received at least one prior therapy.

- **Multiple Myeloma - ixazomib (Ninlaro)**—The manual PA was updated to allow for NCCN recommended (category 1) use as a single-agent maintenance therapy for multiple myeloma when patients will receive Ninlaro following primary therapy and hematopoietic cell transplant (HCT).

**6) Sleep Disorders**

- **Wakefulness Promoting Agents - pitolisant (Wakix)**—The new indication of cataplexy in adults with narcolepsy is now included in the criteria.

- **Sleep Disorders: Insomnia tasimelteon capsule and liquid (Hetlioz, Hetlioz LQ)**— The manual PA criteria were updated to include the new indication of Smith-Magenis Syndrome (SMS) for the capsules in patients 16 years of age and older, and for the liquid in patients 3 to 15 years of age.

**B. Updated PA Criteria—Implementation Plan**

The P&T Committee recommended (17 for, 0 opposed, 2 abstained, 0 absent) the updates to the PA criteria for the drugs discussed above become effective at 60 days for Kineret, Benlysta, the CF drugs Kalydeco, Symdeko, and Trikafta; Saxenda; the oncology drugs Nerlynx, Xpovio, and Ninlaro, and the sleep disorder drugs Wakix, Hetlioz, and Hetlioz LQ. *Note that due to the BAP meeting delay and subsequent delay of the signing of the February 2021 P&T Committee meeting minutes, and the fact that the PA updates expand the potential patient eligible to receive the drugs listed above, the PAs were updated in June 2021.*

**XIII. UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS, NCCN GUIDELINE UPDATES, OR**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 277 of 980

AR1465

**AGE RANGES**

*BAP Comments*

VII.   **Updated PA Criteria**

The P&T Committee recommended updates to the manual PA criteria for the drugs discussed above: Kineret, Benlysta, the CF drugs Kalydeco, Symdeko, and Trikafta; Saxenda; the oncology drugs Nerlynx, Xpovio, and Ninlaro, and the sleep disorder drugs Wakix, Hetlioz, and Hetlioz LQ.

<div style="border:1px solid black; padding:20px;">

*BAP Comment:*  ☐ Concur  ☐ Non-concur

</div>

VIII.   **Updated PA Criteria—Implementation Plan**

The P&T Committee recommended the updates to the PA criteria for the drugs discussed above become effective at 60 days. *Note that the PAs were implemented already in June 2021.*

<div style="border:1px solid black; padding:20px;">

*BAP Comment:*  ☐ Concur  ☐ Non-concur

</div>

# XIV. INFORMATION ITEM—SUMMARY OF RECOMMENDATIONS AND BENEFICIARY IMPACT

### Table of implementation Status of UF Recommendations/Decisions Summary

| DoD PEC Drug Class | UF Drugs | NF Drugs | Tier 4/Not Covered Drugs | Implement Date | Notes and Unique Users Affected |
|---|---|---|---|---|---|
| Breast Cancer Agents: Cyclin-Dependent Kinase (CDK) Inhibitors Subclass | ▪ abemaciclib (Verzenio)<br>▪ palbociclib (Ibrance)<br>▪ ribociclib (Kisqali)<br>▪ ribociclib/letrozole (Kisqali Femora Co-Pack) | ▪ None | ▪ None | Pending signing of the minutes / 30 days. | ● All drugs remain UF<br>● PAs were all updated and simplified, and are combined in one form |
| Pulmonary 3 Agents: Combinations Subclass | ▪ fluticasone/umeclidinium/vilanterol (Trelegy)<br>▪ budesonide/glycopyrrolate/formoterol (Breztri) | ▪ None | ▪ None | Pending signing of the minutes / 2 weeks. | ● Both products remain UF<br>● No PA requirements |

### Table of Newly Approved New Drugs Designated Tier 4—Unique Utilizers Affected

| Drug | Total |
|---|---|
| calcipotriene/betamethasone dipropionate 0.005%/0.064% topical cream (Wynzora) | 5 |
| clobetasol propionate 0.05% lotion metered dose pump (Impeklo) | 0 |

# EXECUTIVE SUMMARY

## Uniform Formulary Beneficiary Advisory Panel
## Meeting January 26, 2022

### For the August 2021 DoD Pharmacy and Therapeutics Committee

The Uniform Formulary Beneficiary Advisory Panel (UFBAP) convened at 9:00 A.M. on January 26, 2022 via teleconference, due to the ongoing COVID pandemic. The Secretary of Defense directed a zero-based review of all DoD Advisory Committees in January 2021, as a result, the UF BAP did not meet in 2021.

The current meeting took place over two days on January 25-26, 2022. The information presented on January 25th included the recommendations from the February 2021 DoD Pharmacy and Therapeutics Committee (P&T) meeting (presented in the morning) and May 2021 DoD P&T meeting (presented in the afternoon). The information presented on January 26th included the recommendations from the August 2021 (presented in the morning) and November 2021 (presented in the afternoon) DoD P&T Committee meetings

The detailed meeting information is found starting on page 7.

## UNIFORM FORMULARY (UF) DRUG CLASS REVIEWS

I. **UF DRUG CLASS REVIEWS— Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass**

   A. **Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass—UF/Tier 4/Not Covered Recommendation**
   - UF
     - Calquence
     - Imbruvica
     - Brukinsa

   - NF – None
   - Tier 4 – None

   *Summary of Panel Questions and Comments*
   There were no questions from the Panel.

   - **Concur: 7        Non-Concur: 0        Abstain: 0        Absent: 0**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 280 of 980
AR1468

**B. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass —Manual PA Criteria**

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**      **Non-Concur: 0**      **Abstain: 0**    **Absent: 0**

**C. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass —UF, PA and Implementation Plan** of two weeks

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**      **Non-Concur: 0**      **Abstain: 0**    **Absent: 0**

**II.   UF CLASS REVIEWS—Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass**

**A. Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass —UF Recommendation**

- UF
  - Colyte, GoLYTELY, Galvilyte-A, Galvilyte-C, GalviLyte-G, generics
  - NuLYTELY, TriLyte, generics
  - Moviprep
  - Plenvu
  - Clenpiq *(moves from NF to UF)*
- NF
  - None Suprep *(moves from UF to NF)*
  - Sutab
  - Osmoprep *(moves from UF to NF)*
  - Prepopik *(moves from UF to NF)*

- Tier 4 – None

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**      **Non-Concur: 0**      **Abstain: 0**    **Absent: 0**

**B. Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass —UF Implementation Period** of two weeks

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7      Non-Concur: 0      Abstain: 0      Absent: 0**


**III.   NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)**


**A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4 Recommendation**

- UF
  - Zegalogue
  - Truseltiq
  - Xolair syringe
  - Empaveli
  - Myfembree
  - Exservan oral film
  - Wegovy injection
  - Lumakras

- NF
  - Nextstellis
  - Accrufer
  - Qelbree
- Tier 4/Not Covered
  - Roszet


*Summary of Panel Questions and Comments*
Mr. Ostrowski remarked that it was good to see several new drugs becoming available for our beneficiaries.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 282 of 980

AR1470

Mr. DuTeil appreciated the discussion on Accrufer by Dr. Kugler, as he had wondered why four people had voted no (*refer to page 10 – the opposing votes were because the Committee wanted Tier 4 status rather than nonformulary status*)

- **Concur: 7**  **Non-Concur: 0**  **Abstain: 0**  **Absent: 0**

B. **Newly Approved Drugs per 32 CFR 199.21(g)(5) — PA Criteria** for Wegovy, Lumakras, Truseltiq, Xolair syringe, Myfembree, Exservan film, Accrufer, Empaveli, Nextstellis, and Qelbree

*Summary of Panel Questions and Comments*

Dr. Guzman questioned (*in reference to the Myfembree PA criteria that it is not approved for the off-label use of endometriosis*) that if Myfembree does get the indication for endometriosis, can it be used if the patient has symptoms. Dr. Allerman responded yes, and that there is monitoring for new indications and that PAs are updated accordingly. Dr. Allerman also relayed that there is the avenue of an appeal's process, if the formal indication is not yet approved yet by the FDA.

- **Concur: 7**  **Non-Concur: 0**  **Abstain: 0**  **Absent: 0**

C. **Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered and PA Implementation Plan** of two weeks for the UF and NF drugs, and 120 days for the Tier 4 drugs

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

- **Concur: 7**  **Non-Concur: 0**  **Abstain: 0**  **Absent: 0**

IV. **UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA**

A. **New Manual PA Criteria** for Omnipod and Omnipod DASH in new and current users, for Kristalose packets in new users, and for Neonatal-DHA and Neonatal FE prenatal vitamins in new users

*Summary of Panel Questions and Comments*
Dr. Peloquin asked with regard to the PA criteria for Omnipod and Omnipod DASH if the PA renewal criteria matches the TRICARE Policy Manual Criteria. Dr. Lugo responded that the criteria do not necessarily follow the TPM criteria, but are to ensure

appropriate use. For example, patients may need to go on to an insulin pump, rather than using these devices.

Dr. Peloquin asked if there was inappropriate use of these devices. Dr. Lugo said yes, MTFs had let the Formulary Management Branch staff know about some inappropriate use.

**Concur: 7      Non-Concur: 0      Abstain: 0      Absent: 0**

   B. **New Manual PA Criteria—Implementation Plan** for Omnipod and Omnipod DASH for 90 days and that DHA will send letters; for 60 days for for Kristalose packets

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

**Concur: 7      Non-Concur: 0      Abstain: 0      Absent: 0**

## V.   UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA

   A. **Updated PA Criteria** for Zeposia, Nurtec ODT, Ubrelvy, and Reyvow in new users

*Summary of Panel Questions and Comments*
Dr. Peloquin asked if the migraine drugs were all on the same PA form. CDR Raisor responded that they are on separate PA forms.

**Concur: 7      Non-Concur: 0      Abstain: 0      Absent: 0**

   B. **Updated PA Criteria—Implementation Plan** at 30 days for Zeposia, and 60 days for the migraine drugs

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

**Concur: 7      Non-Concur: 0      Abstain: 0      Absent: 0**

## VI.   UTILIZATION MANAGEMENT—UPDATED MANUAL PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS, NCCN GUIDELINE UPDATES, OR AGE RANGES

   A. **Updated PA Criteria** for Ayvakit, Cosentyx, Myrbetriq, Toviaz, Epclusa and authorized generic, Mavyret, Evekeo ODT, and Ocaliva

*Summary of Panel Questions and Comments*

There were no questions from the Panel.

Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0

**B.  Updated PA Criteria—Implementation Plan** of 60 days

*Summary of Panel Questions and Comments*
There were no questions from the Panel.

Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0

**VII.   COPAYMENT CHANGE – TIER 1 for the PULMONARY 3 AGENTS: COMBINATIONS SUBCLASS—BREZTRI INHALER COPAYMENT CHANGE**

**A.  Breztri Tier 1 Copayment and Implementation Plan** upon signing

*Summary of Panel Questions and Comments*
There were no questions from the Panel.  Mr. Ostrowski commented that the copay change was good news for the beneficiaries

Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0

**VIII.   BRAND OVER GENERIC AUTHORIZATION and TIER 1 (GENERIC) COPAYMENT PULMONARY ARTERIAL HYPERTENSION (PAH) AGENTS: AMBRISENTAN (LETAIRIS)**

**A.  Ambrisentan (Letairis) brand over generic authorization and Tier 1 Copayment and Implementation Plan** upon signing

*Summary of Panel Questions and Comments*
Mr. Du Tiel commented that he was pleased with the copay change.
Mr. Ostrowski asked if we can administratively switch back to the usual generic requirements when the supply is stable.  CDR Raisor responded that is correct.  Mr. Ostrowski then commented that he has seen this happen before.

Concur: 7     Non-Concur: 0     Abstain: 0     Absent: 0

*Director, DHA:*
_____ The comments outlined above were taken under consideration prior to my final decision.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 285 of 980

AR1473

**Uniform Formulary Beneficiary Advisory Panel**
Virtual Meeting Summary Minutes
January 26, 2022

**Panel Members Present**
- Mr. Jon Ostrowski, Non-Commissioned Officer Association, Chair
- Dr. Karen Dager, PharmD, Health Net Federal Services
- Mr. John Du Teil, U.S. Army Warrant Officers Association
- Dr. Betsaida Guzman, PharmD, Veterans of Foreign Wars
- Dr. Joseph McKeon, MD, Humana Military
- Dr. Jay Peloquin, Pharm D, Express Scripts
- Dr. Jennifer Soucy, PharmD, U.S. Family Health Plan, Martins Point Services

**Panel Members Absent**
- Dr. Richard Bertin, Ph. D., Commissioned Officer Association of the U.S. Public Health Service
- Ms. Holly Dailey, the Association of the United States Army
- Ms. Catherine Seybold, U.S. Coast Guard Chief Petty Officers Association
- Ms. Patricia Orfini, National Family Member Association
- Ms. Amanda Meyers – Military Officers Association of America (MOAA)
- Mr. Keith Reed—Air Force Sergeants Association

**Acting Designated Federal Officer (Non-Voting):** Colonel Paul Hoerner, BSC

**DHA Participants (Non-Voting)**
- Dr. John Kugler, Division Chief, J-6; DoD P&T Committee Chair
- CDR Scott Raisor, Interim Chief, Pharmacy Operations Division Formulary Management Branch (POD FMB)
- Angela Allerman, PharmD, BCPS, POD FMB
- MAJ Adam Davies POD FMB
- LCDR Elizabeth Hall POD FMB
- LCDR Todd Hansen POD FMB
- Amy Lugo, PharmD, BCPS, POD FMB
- Mr. Bryan Wheeler Office of General Counsel
- Ms. Meghan Gemunder Office of General Counsel

**Agenda** is found starting on page 12

- Panel Discussions

  *The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The*

*Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

## Opening Remarks

*This is a continuation of the meeting that started on the previous day - see the January 25th BAP meeting information corresponding to the February 2021 P&T Committee meeting for the full regulatory language regarding the purpose of the BAP meeting.* Col Paul Hoerner stated that the Panel has convened for its second day to comment on the DoD P&T Committee meetings from August 4-5th 2021, and November 3-4th Nov 2021

Written comments were forwarded to the Panel for their review and consideration from the following:

1. Dr. Frank Lopez
2. Braintree Laboratories, Inc.
3. Supernus Pharmaceuticals
4. AstraZeneca

The meeting was then handed over to the Panel Chair for his opening remarks.

## Chairman's Opening Remarks

Mr. Ostrowski welcomed everyone to the second day of meetings. He also thanked the Panel for taking time out of their busy schedule. He then turned the meeting over to CDR Raisor.

## CDR Raisor's Opening Remarks

CDR Raisor introduced himself. He then continued by thanking the panel for their involvement yesterday and today. He stated there is a lot of information to cover in the two meetings today. He next introduced everyone on the line (see list above). There will be two drug classes discussed in the AM, the BTKIs to treat lymphoma and leukemia and the bowel prep classes; and also 12 new drugs

The full presentations then started. Following each section, the DoD P&T Committee physician perspective was provided by Dr. John Kugler, and is included starting on page 10. The information starting on page 17 includes the full meeting information.

## Closing Remarks

Col Hoerner stated the morning meeting was concluded, and that the afternoon session would start after lunch.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 287 of 980

AR1475

*The Meeting Adjourned at 10:36 AM EST.*

I hereby certify that, to the best of my knowledge, the foregoing minutes are accurate and complete.

Jon R.
Ostrowski

Digitally signed by Jon R.
Ostrowski
Date: 2022.02.07 18:10:54
-05'00'

Jon R. Ostrowski
*Chairperson, UFBAP*

Appendices (starting on page 59)

- Appendix 1 – Written Comments Dr. Frank Lopez
- Appendix 2 – Written Comments Braintree Laboratories, Inc.
- Appendix 3 – Written Comments Supernus Pharmaceuticals
- Appendix 4 – Written Comments AstraZeneca

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 288 of 980

AR1476

## DoD P&T Committee Physician Perspective

Dr. John Kugler's comments on the formulary recommendations followed each individual section, and are outlined below.


## Drug Class Reviews

### Leukemia and Lymphoma drugs (BTKis)

- This is the second oncology drug class that was reviewed in 2021. The three products in the class were all designated as formulary, so providers and patients can select whichever product best meets their needs in terms of side effect profiles or patient comorbidities.

- Since we didn't choose a preferred product, if there are investigational agents that reach the market, then they can also be added to the formulary, based on clinical and cost effectiveness.

- We've had PA criteria in place for a while, and only minor updates were done here.


### Bowel Preps

- We did receive input for the formulary recommendation from several providers. There will be 4 products designated as nonformulary. One of the drugs that was recommended for NF status is Osmoprep. Providers frequently mentioned the safety concerns with this drug, which is the main reason it will move the NF status.

- These products are primarily for one-time use, so for the drugs moving to nonformulary status, only new patients will be affected by the increased copay. We also won't be mailing letters, because of the acute use nature of the drugs.

- For the 5 drugs that will be designated as Uniform Formulary, they do cover special populations, such as for young children, or those with heart failure or kidney impairment. Low volume preparations were also designated as uniform formulary. So overall, a wide variety of products will be available.


### Newly Approved Drugs

- There were 12 drugs reviewed, with 1 drug moving to Tier 4, 8 drugs moving to formulary status, and 3 drugs moving to nonformulary status.

- For the new weight loss drug Wegovy, it was added to the formulary and has PA criteria similar to another weight loss drug with the same mechanism of action (Saxenda). The endocrinologist on the Committee did say that the PA was appropriate and that the other drugs should be tried first.

- For the iron replacement drug Accrufer, the 4 opposing votes were because they felt this drug should be designated as Tier 4, rather than non formulary.

- The one drug recommended for Tier 4 status (Roszet) contains two ingredients which are available in low cost generic formulations. One of the ingredients, rosuvastatin, is available for no copay, since it is part of a medication adherence pilot. So far there have been 3 patients receiving prescriptions for this drug.

### Utilization Management – New PA Criteria

- **Insulin devices – Omnipod and Omnipod DASH**
  - These products are insulin devices that are now covered under the pharmacy benefit. For the PA, it will follow similar requirements as is required if the products were obtained with the DME process. We are seeing increasing utilization, so the PA will ensure that the most appropriate patients are using these products.

### Utilization Management – Updated PA Criteria – new clinical data

- **Zeposia- MS drug now approved for Ulcerative colitis; oral migraine drugs**
  - The PA updates here are based on the available clinical evidence that we have. They updates also take into account the preferred therapies for these disease states. If any new data is published, the PAs can be re-examined and updated as needed.

### Pulmonary 3 Agents Tier 1 Copay for Breztri

- The Committee is able to recommend lower copays, and the decision here will allow for an immediate copay reduction for those patients already receiving Breztri, plus any new patients starting therapy will be able to take advantage of this lower copay.

### PAH drugs- Letairis Brand Over Generic and Tier 1 copay

- This an example of where we continue to monitoring pricing and availability of generics. Here we will be preferring the branded product, and lowering the copay. Patients will notice this copay reduction the next time they fill their prescription after signature.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 290 of 980

AR1478

<div align="center">

*AGENDA*

**Uniform Formulary Beneficiary Advisory Panel (BAP)**
**For the August 2021 DoD Pharmacy and Therapeutics Committee Meetings**
**January 26, 2022 at 9:00 AM Eastern Daylight Time**

</div>

<div align="center">

*Virtual Meeting*

</div>

*Note that the UF BAP meeting occurring on January 25th and 26th will include information presented at the February 2021, May 2021, August 2021 and November 2021 DoD Pharmacy and Therapeutics (P&T) Committee meetings. The information presented on January 25th will include the recommendations from the February 2021 (presented in the morning) and May 2021 (presented in the afternoon) P&T meetings. The information presented on January 26th will include the recommendations from the August 2021 (presented in the morning) and November 2021 (presented in the afternoon) P&T meetings.*

**Information from the August 2021 DoD P&T Committee Meeting**

➢ **Administrative Meeting: 8:00 AM – 9:00 AM Eastern Daylight Time (General session starts at 9:00 AM Eastern Daylight Time)**

➢ **Roll Call**

➢ **Therapeutic Class Reviews**

*Members of the DHA Pharmacy Operations Division (POD) Formulary Management Branch (FMB) will present relative clinical and cost-effective analyses along with the DoD Pharmacy & Therapeutics Committee (P&T) recommendations for the Uniform Formulary (UF) and any recommended Tier 4/Not Covered candidates.*

*The P&T Committee made recommendations for the following drugs/drug classes during the August 2021 meeting:*

➢ **Drug Class Reviews**

- *Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass*
- *Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass*

➢ **Newly Approved Drugs per 32 CFR 199.21(g)(5)**

- *dasiglucagon injection (Zegalogue) Binders-Chelators-Antidotes Overdose Agents: Hypoglycemia Agents for severe hypoglycemia*

- *drospirenone/estetrol (Nextstellis) Contraceptive agents: Monophasics with 20 mcg estrogen*

- *ferric maltol (Accrufer) Electrolyte Mineral Trace Element Replacement for iron deficiency*

- *infigratinib (Truseltiq)-Oncological agent for cholangiocarcinoma*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 291 of 980

**AR1479**

- *omalizumab syringe (Xolair) Respiratory Interleukin for asthma, nasal polyps and chronic idiopathic urticaria (CIU)*

- *pegcetacoplan injection (Empaveli) Hematological agent for paroxysmal nocturnal hemoglobinuria (PNH)*

- *relugolix/estradiol/norethindrone (Myfembree) Luteinizing Hormone Releasing Hormone (LHRH) Agonists Antagonists*

- *riluzole oral film (Exservan) Miscellaneous neurological agent for amyotrophic lateral sclerosis (ALS)*

- *rosuvastatin/ezetimibe (Roszet) Antilipidemic I*

- *semaglutide injection (Wegovy) Weight loss agent and a GLP-1 receptor antagonist for the treatment of obesity*

- *sotorasib (Lumakras) Oncological agent for non-small cell lung cancer (NSCLC)*

- *viloxazine extended release (Qelbree) Non-Stimulant for Attention Deficient Hyperactivity Disorder (ADHD) in pediatric patients ages 6 to 17 years of age*

➢ **Utilization Management Issues**

    ➢ ***Prior Authorization Criteria—New Manual PA Criteria***

- ▪ *Miscellaneous Insulin Devices – Omnipod and Omnipod DASH*

- ▪ *Laxatives-Cathartics-Stool Softeners – Lactulose Packets (Kristalose, generics)*

- ▪ *Vitamins: Prenatal – Prenatal Multivitamins (Neonatal-DHA, Neonatal FE)*

➢     ***Prior Authorization Criteria—Updated PA and Step Therapy Criteria***

- ▪ *Multiple Sclerosis Agents: ozanimod (Zeposia)*

- ▪ *Migraine Agents: rimegepant (Nurtec ODT), ubrogepant (Ubrelvy),lasmiditan (Reyvow)*

    ➢ ***Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications, National Comprehensive Cancer Network Guideline Updates, or Age Ranges***

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 292 of 980

AR1480

- Oncological Agents: avapritinib (Ayvakit)
- Targeted Immunomodulatory Biologics (TIBs): secukinumab (Cosentyx)
- Overactive Bladder Agents
    - mirabegron (Myrbetriq)
    - fesoterodine (Toviaz)
- Hepatitis C Agents: Direct Acting Agents
    - sofosbuvir/velpatasvir (Epclusa) and authorized generic
    - glecaprevir/pibrentasvir (Mavyret)
- ADHD Agents: Stimulants
    - amphetamine sulfate ODT (Evekeo ODT)
- Gastrointestinal 2 Agents: obeticholic (Ocaliva)

➢ **Copayment Change: Tier 1 (Generic)**
- *Pulmonary 3 Agents: Combinations Subclass-budesonide/glycopyrrolate/formoterol inhaler (Breztri)*

➢ **Brand Over Generic Authorization and Tier 1 (Generic) Copayment**
- *Pulmonary Arterial Hypertension (PAH) Drugs: ambrisentan (Letairis)*

➢ **Panel Discussions**
*The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will discuss the recommendations and vote to accept or reject them. The Panel will provide comments on their vote as directed by the Panel Chairman.*

*(Break for Lunch)*

**Information from the November 2021 DoD P&T Committee Meeting**

➢ **Roll Call**

➢ **Therapeutic Class Reviews**

*Members of the DHA Pharmacy Operations Division (POD) Formulary Management Branch (FMB) will present relative clinical and cost-effective analyses along with the DoD Pharmacy & Therapeutics Committee (P&T) recommendations for the Uniform Formulary (UF) and any recommended Tier 4/Not Covered candidates.*

*The P&T Committee made recommendations for the following drugs/drug classes during the November 2021 meeting:*

- ➢ **Drug Class Reviews**

  - *Continuous Glucose Monitoring Systems (CGMs)*

  - *Subcutaneous Immunoglobulins (SCIG)*

- ➢ **Newly Approved Drugs per 32 CFR 199.21(g)(5)**

  - *belumosudil (Rezurock) – Immunosuppressive for chronic graft-vs-host disease*

  - *belzutifan (Welireg) – Oncological agent for von Hippel Lindau disease*

  - *dihydroergotamine mesylate nasal spray (Trudhesa) – Another DHE nasal spray for acute treatment of migraine in adults with or without aura*

  - *finerenone (Kerendia) – Miscellaneous cardiovascular agent for kidney failure associated with diabetes*

  - *ibrexafungerp (Brexafemme) – Antifungal for vulvovaginal candidiasis*

  - *lorazepam extended-release capsules (Loreev XR) – Extended release lorazepam capsules for anxiety in adults already stabilized*

  - *mirabegron extended release granules for oral suspension (Myrbetriq Granules) – Overactive bladder agent for neurogenic detrusor overactivity (NDO)*

  - *mobocertinib (Exkivity) – Oncological agent for non-small cell lung cancer (NSCLC)*

  - *naloxone nasal 8 mg (Kloxxado) – Narcotic antagonist for opioid overdose*

  - *odevixibat (Bylvay) – Miscellaneous metabolic agent for progressive familial intrahepatic cholestasis (PFIC)*

  - *olanzapine/samidorphan (Lybalvi) – Combination atypical antipsychotic for schizophrenia and bipolar I disorder*

  - *ruxolitinib 1.5% cream (Opzelura) – Topical corticosteroid immune modulator for atopic dermatitis*

  - *serdexmethylphenidate/dexmethylphenidate (Azstarys) – Stimulant ADHD agent*

- ➢ **Utilization Management Issues**

  - ➢ *Prior Authorization Criteria—New Manual PA Criteria*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 294 of 980

AR1482

- ■ *Antihistamine-1s: First Generation and Combinations—clemastine 0.5 mg/mL oral syrup*

a) *Pain Agents: NSAID – diclofenac potassium 25 mg tablet (Lofena)*

b) *Anti-Emetic/Anti-Vertigo Agents – meclizine 50 mg tablet (Antivert)*

c) *Antilipidemics-1 – niacin 500 mg tablet*

d) *Vitamins: Prenatal – Prenatal Multivitamin (Neonatal Complete)*

e) *Antidepressant and Non-Opioid Pain Syndrome Agents: Selective serotonin reuptake inhibitors (SSRIs) – sertraline 150 mg and 200 mg capsules*

- ■ *Skeletal Muscle Relaxants and Combinations—tizanidine capsules (Zanaflex, generics)*

➢ ***Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications, National Comprehensive Cancer Network Guideline Updates, or Age Ranges, or Safety***

- ■ *Antilipidemics-1: PCSK9–inhibitors: evolocumab (Repatha)*

- ■ *Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors–zanubrutinib (Brukinsa)*

- ■ *Oncological Agents: Acute Myelogenous Leukemia–ivosidenib (Tibsovo)*

- ■ *Respiratory Interleukins–mepolizumab injection (Nucala)*

- ■ *Sleep Disorders: Wakefulness Promoting Agents–sodium oxybate/calcium/magnesium/potassium oral solution (Xywav)*

- ■ *Targeted Immunomodulatory Biologics: Tumor Necrosis Factor Inhibitors–adalimumab (Humira)*

- ■ *Targeted Immunomodulatory Biologics (TIBs): Janus Kinase (JAK) inhibitors: baricitinib (Olumiant) and upadacitinib (Rinvoq)*

➢ **Panel Discussions**

*The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will discuss the recommendations and vote to accept or reject them. The Panel will provide comments on their vote as directed by the Panel Chairman.*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 295 of 980

**AR1483**

**INFORMATION FOR THE UNIFORM FORMULARY
BENEFICIARY ADVISORY PANEL**

## I. UNIFORM FORMULARY REVIEW PROCESS

Under 10 United States Code § 1074g, as implemented by 32 Code of Federal Regulations 199.21, the Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee is responsible for developing the Uniform Formulary (UF). Recommendations to the Director, Defense Health Agency (DHA) or their designee, on formulary or Tier 4/not covered status, prior authorization (PA), pre-authorizations, and the effective date for a drug's change from formulary to non-formulary (NF) or Tier 4 status are received from the Beneficiary Advisory Panel (BAP), which must be reviewed by the Director or their designee before making a final decision.

## II. UF DRUG CLASS REVIEWS—Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass

*P&T Comments*

### A. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass — Relative Clinical Effectiveness Analysis and Conclusion

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the three agents in the BTK inhibitor subclass, comprised of ibrutinib (Imbruvica), acalabrutinib (Calquence), and zanubrutinib (Brukinsa). The Committee comprehensively reviewed the evidence including what was reviewed when Imbruvica, Calquence, and Brukinsa were presented as innovators in May 2018, February 2018, and February 2020, respectively.

The BTK inhibitors are indicated for use in chronic lymphocytic leukemia (CLL) and a variety of non-Hodgkin lymphoma subtypes including small lymphocytic lymphoma (SLL) and mantle cell lymphoma (MCL), marginal zone lymphoma (MZL), non-germinal center B-Cell diffuse large B-Cell lymphoma (non-GCB-DLBCL), and Waldenström macroglobulinemia (WM).

The comprehensive evidence review included information from individual clinical trial data; guidelines from the National Cancer Comprehensive Network (NCCN), American Society of Clinical Oncology (ASCO), and European Society for Medical Oncology (ESMO); meta-analyses; FDA labeling; current Military Health System (MHS) patterns of use; and MHS provider comments.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 0 absent) the following:

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 296 of 980
AR1484

- Ibrutinib (Imbruvica) has the greatest number of FDA-approved indications, guideline-recommended uses, and the most voluminous and validated evidence base. In the Military Health System, it is the most utilized and the de facto preferred agent by oncologists.

- Where data is available, by indirect comparison, via network meta-analysis, and in head-to-head trials, all three agents appear to be equally clinically effective.

- While their safety profiles largely overlap, each agent has unique features. Specialists will tailor their choice of agent based on patient comorbidities.

- Acalabrutinib (Calquence) and zanubrutinib (Brukinsa) have favorable safety profiles relative to ibrutinib (Imbruvica) among certain clinically significant adverse events. Some providers prefer acalabrutinib over ibrutinib, either for specific patient comorbidities or indications.

- Zanubrutinib (Brukinsa) is the newest of the three agents, and has an immature evidence base and generally lower rankings where guidelines recommend use, when compared to the other two drugs.

- The ibrutinib (Imbruvica) capsule formulation allows for more flexible dosage titration, either for increasing the dose or reducing the dose due to adverse events, compared to the ibrutinib tablets.

- Once a patient's disease becomes refractory to one BTK inhibitor, it tends to be refractory to all BTK inhibitors.

**B. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass — Relative Cost Effectiveness Analysis and Conclusion**

*Relative Cost-Effectiveness Analysis and Conclusion*—Cost minimization analysis (CMA) and budget impact analysis (BIA) were performed. The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that acalabrutinib (Calquence), ibrutinib (Imbruvica), and zanubrutinib (Brukinsa) were all cost effective, when compared to each other. For Imbruvica, the capsule formulations are more cost effective than the tablet formulations.

- BIA was performed to evaluate the potential impact of designating selected agents as formulary, NF, or Tier 4 on the UF. BIA results showed that designating acalabrutinib (Calquence), ibrutinib (Imbruvica), and zanubrutinib (Brukinsa) as UF demonstrated the greatest cost avoidance for the MHS.

**C. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass—UF/Tier 4/Not Covered Recommendation**

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) the following:

- UF

  - acalabrutinib (Calquence)
  - ibrutinib (Imbruvica)
  - zanubrutinib (Brukinsa)

- NF – None
- Tier 4/Not Covered – None

### D. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass—Manual PA Criteria

Existing PA criteria currently apply to all three drugs. For the ibrutinib tablets, further justification is required on the PA to state why the capsules cannot be used, due to more flexible dosage titration with the capsules. The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) minor updates to the ibrutinib PA criteria to reflect the clinical and cost differences of the capsules and tablets, and recommended maintaining the current PA criteria for acalabrutinib and zanubrutinib.

The PA criteria are as follows:

#### 1. ibrutinib (Imbruvica)

**Updates from the August 2021 meeting are in bold**

Manual PA is required for new users of Imbruvica capsules and tablets, and is approved if all criteria are met.

Imbruvica capsules are **more cost effective than Imbruvica tablets for DoD**.

- The provider acknowledges that Imbruvica capsules are more cost effective than Imbruvica tablets for DoD
- If the prescription is for Imbruvica tablets, please state why the patient cannot take the capsule formulation_____, then continue with the PA criteria below
- If the prescription is for the Imbruvica capsules, please continue with the PA criteria below.
- Patient is 18 years of age or older
- Imbruvica is prescribed by or in consultation with a hematologist/oncologist
- Imbruvica will be used in one of the following contexts:
  - Pretreatment to limit the number of cycles of RhyperCVAD/rituximab maintenance therapy for Mantle Cell Lymphoma

- o Second line (or subsequent therapy) for Mantle Cell Lymphoma
- o Second line (or subsequent therapy) for Marginal Zone Lymphoma
- o Second line (or subsequent therapy) for non-germinal center B cell-like Diffuse Large B Cell Lymphoma if unable to receive chemotherapy
- o Frontline or relapsed refractory therapy for chronic lymphocytic leukemia (CLL)/small lymphocytic lymphoma (SLL) without del(17p)/TP53 mutation
    - ▪ Patient fits one of the following categories:
        - ▪ Frail patient with significant comorbidity (not able to tolerate purine analogues)
        - ▪ Patient ≥ 65 years old with significant comorbidity
        - ▪ Patients < 65 years old
- o Frontline or relapsed/refractory therapy for CLL/SLL with del(17p)/TP53 mutation
- o Waldenström macroglobulinemia
- o Chronic Graft versus Host Disease
- o The patient will be monitored for bleeding, infection, hypertension, cardiac arrhythmias, cytopenias, and Tumor Lysis Syndrome
- o If the patient is female, she is not pregnant or planning to become pregnant
- o Breastfeeding female patients will be advised that the potential harm to the infant is unknown
- o All patients (males and females) of reproductive potential will use effective contraception during treatment and for at least 30 days after discontinuation
- o The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.

Other non-FDA-approved uses are not approved.

PA does not expire.

2. **acalabrutinib (Calquence)**

**Note that no changes were made to the PA criteria at the August 2021**

Manual PA Criteria: Calquence is approved if all criteria are met:

- Age 18 years of age or older
- Calquence is prescribed by or in consultation with a hematologist/oncologist
- Patient meets one of the following categories:
  - Patient must have pathologically confirmed relapsed or refractory mantle cell lymphoma (MCL) with documentation of monoclonal B cells that have a chromosome translocation t(11;14)(q13;q32) and/or overexpress cyclin D1 that had a short response duration to prior therapy (< median progression-free survival).
  - Patient will use acalabrutinib as relapsed refractory therapy for chronic lymphocytic leukemia (CLL)/small lymphocytic lymphoma (SLL) without del(17p)/TP53 mutation
    - Patient fits one of following categories:
      - Frail patient with significant comorbidity (not able to tolerate purine analogues)
      - Patient ≥ 65 years old with significant comorbidity
      - Patients < 65 years old
  - Patient will use acalabrutinib as relapsed refractory therapy for CLL/SLL with del(17p)/TP53 mutation
- If the patient has CLL, the patient's disease has no evidence of a BTK C481S mutation nor prior ibrutinib-refractory disease
- Patient must not have significant cardiovascular disease such as uncontrolled or symptomatic arrhythmias, congestive heart failure, or myocardial infarction within 6 months of screening, or any Class 3 or 4 cardiac disease as defined by the New York Heart Association Functional Classification, or corrected QT interval (QTc) > 480 msec
- The patient will be monitored for bleeding, infection, cardiac arrhythmias, and cytopenias
- If the patient is female and of childbearing potential, advise the patient of the risk of significant fetal harm
- Female patients will not breastfeed during treatment and for at least 2 weeks following cessation of treatment
- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.

Other non-FDA-approved uses are not approved.

PA does not expire

### 3. zanubrutinib (Brukinsa)

*Note that Brukinsa received new FDA indications following the August 2021 P&T Committee meeting, and prior to the BAP meeting and P&T Committee minutes' singing. The new indications are noted below in bold.*

Manual PA Criteria applies to all new patients and Brukinsa is approved if all criteria are met:

- Patient is 18 years if age or older
- Brukinsa is prescribed by or in consultation with a hematologist/oncologist
- Patient has pathologically confirmed relapsed or refractory mantle cell lymphoma (MCL) **or**
- **Patient has Waldenström's macroglobulinemia (WM) or**
- **Patient has relapsed or refractory marginal zone lymphoma (MZL) who have received at least 1 anti-CD20-based regimen**
- The patient will be monitored for bleeding, infection (including opportunistic infection), cardiac arrhythmias, secondary primary malignancies, and cytopenias
- Patient will use sun protection in sun-exposed areas
- Female patients of childbearing age and are not pregnant confirmed by (-) HCG.
- Female patients will not breastfeed during treatment and for at least 2 weeks after the cessation of treatment
- Female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after the cessation of treatment
- The diagnosis Is NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis:_____.

Other non-FDA-approved uses are not approved.

PA does not expire.

### E. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass – UF, PA and Implementation Plan

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

### III. UF DRUG CLASS REVIEWS- Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 301 of 980

**AR1489**

*BAP Comments*

**A. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass—UF/Tier 4/Not-Covered Recommendations**

The P&T Committee recommended the formulary status for the BTK inhibitors as discussed above.

- UF
  - Calquence
  - Imbruvica
  - Brukinsa
- NF
  - None
- Tier 4/Not Covered
  - None

*BAP Comment:*   ☐ Concur   ☐ Non-concur

**B. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass— PA Criteria**

The P&T Committee recommended updating the PA criteria as outlined above.

*BAP Comment:*   ☐ Concur   ☐ Non-concur

**C. Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass—UF, PA and Implementation Plan**

The P&T Committee recommended the implementation plan of the first Wednesday two weeks after signing of the minutes in all points of service.

> *BAP Comment:*     ☐ Concur     ☐ Non-concur

## IV.  UF DRUG CLASS REVIEWS—Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass

*P&T Comments*

### A. Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass— Relative Clinical Effectiveness Analysis and Conclusion

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the bowel preparations indicated for colon cleansing in preparation for colonoscopy. Drugs in the class include generic preparations comprised of polyethylene glycol (PEG) 3350 with and without additional electrolytes. Six branded products are marketed, Osmoprep, Plenvu, Clenpiq, Suprep, Sutab, and Moviprep. The class has not been previously reviewed for formulary status, although Clenpiq, Plenvu and Sutab were evaluated as newly approved drugs at the February 2018, November 2018, and February 2021, respectively.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (17 for, 0 opposed, 1 abstained, 0 absent) the following:

- Several different dosage formulations are available, including powders for reconstitution, oral solutions, and tablets. The bowel preparations vary in the amount of liquid that is required for consumption, ranging from 2 to 4 liters.

  - Full-volume (standard volume) preparations require consumption of 4 liters (L) of total volume and include Colyte, GoLYTELY, NuLYTELY, and TriLyte and their generics.

  - Low-volume preparations range from 2 to 3.5 liters of total volume consumed and include Osmoprep (2 L), Plenvu (2 L), Clenpiq (2.2 L), Suprep (3 L), Sutab (3 L), and Moviprep (3 L). Although the tablet formulations (Osmoprep and Sutab) do not require mixing of solutions, significant additional water consumption is still required.

- There do not appear to be clinically relevant differences in efficacy, based on indirect evidence. Compared with standard-volume preparations, low volume products demonstrate superior bowel prep completion rate, improved adenoma detection rates, improved patient satisfaction for the prep and procedure, and increased likelihood that the patient will undergo future colonoscopy.

- Professional treatment guidelines recommend split-dose regimens over single dose traditional regimens (which are administered the day before the colonoscopy), due to improved cleansing. However, no one specific agent is recommended over another.

- Tolerability issues, including poor palatability and the requirement for large volumes of liquid may result in an inadequate bowel prep. Safety concerns vary by product and include gastrointestinal obstruction/perforation, gastric retention, and electrolyte disturbances, potentially exacerbating heart failure or renal dysfunction. PEG products are preferred in patients with heart failure, renal dysfunction or liver disease.

- Specific clinical considerations for the products are as follows:

  - **PEG 3350 with electrolytes powder for solution (Colyte, GoLYTELY, TriLyte, NULYTELY)** advantages include availability in generic formulations; approval for children as young as 6 months of age (TriLyte and NuLYTELY); additional indications for bowel cleansing prior to barium enema X-ray examinations (Colyte and GoLYTELY); and availability in sulfate-free formulations (TriLYTE and NULYTELY). Disadvantages include the large volumes required (4 L), poor taste, and tolerability issues.

  - **PEG 3350 with electrolytes powder for solution (MoviPrep)** is a low volume preparation (3 L) that has high MHS utilization, is well tolerated in elderly patients, and was frequently mentioned by providers as requiring inclusion on the formulary. MoviPrep should be used with caution in patients with phenylketonuria.

  - **PEG 3350 with electrolytes powder for solution (Plenvu)** is a low volume (2 L) preparation that is similar to MoviPrep.

  - **Sodium picosulfate, magnesium oxide, anhydrous citric acid oral solution (Clenpiq)** is a low volume formulation (2.2 L) indicated for patients 9 years of age and older that is already constituted and well-tolerated. Electrolyte disturbances can occur.

- **Sodium sulfate, potassium sulfate, magnesium sulfate, concentrated oral solution (Suprep)** is a low volume (3 L) product indicated for patients 12 years of age and older. Safety concerns include a higher risk of nausea, vomiting and abdominal distension compared to other products. Overall Suprep offers no compelling clinical advantages relative to the other bowel prep agents.

- **Sodium sulfate, potassium chloride, magnesium sulfate tablets (Sutab):** Although Sutab provides the convenience of a tablet, it requires consumption of 24 tablets and 3 L of extra volume. Overall Sutab offers no compelling clinical advantages relative to the other bowel prep agents.

- **Sodium phosphate tablets (Osmoprep)** requires 32 tabs and 2 L of extra volume and has existing low utilization in the MHS. Significant safety concerns include the boxed warning for acute phosphate nephropathy. Overall Osmoprep offers no compelling clinical advantages relative to the other bowel prep agents.

- **Sodium picosulfate, magnesium oxide, anhydrous citric acid power packets (Prepopik)** is an older formulation that was voluntarily discontinued from the market.

- In order to meet the needs of MHS beneficiaries, at least one product approved in young children, and at least one low volume product is required.

## B. Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass — Relative Cost Effectiveness Analysis and Conclusion

*Relative Cost-Effectiveness Analysis and Conclusion*—CMA and BIA were performed. The P&T Committee concluded (17 for, 0 opposed, 1 abstained, 0 absent) the following:

- CMA results showed that the generic standard volume PEG formulations (Colyte, GoLYTELY, NULYTELY, TriLYTE) were the most cost effective bowel preparations, followed by the branded products (ranked from most cost effective to least cost effective) MoviPrep, Plenvu, Clenpiq, Suprep, Sutab and Osmoprep.

- BIA was performed to evaluate the potential impact of designating selected agents as formulary, NF, or Tier 4 on the UF. BIA results

showed that designating the generic PEG formulations, MoviPrep, Plenvu, and Clenpiq as UF, and designating Suprep, Sutab, Osmoprep and Prepopik as NF, demonstrated significant cost avoidance for the MHS.

## C. Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass — UF/Tier 4/Not-Covered Recommendation

The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) the following:

- UF
  - PEG 3350, sodium sulfate, sodium bicarbonate, sodium chloride and potassium chloride powder for oral solution (Colyte, GoLYTELY, Galvilyte-A, Galvilyte-C, GalviLyte-G, generics)
  - PEG 3350, sodium bicarbonate, sodium chloride and potassium chloride powder for oral solution (NuLYTELY, TriLyte, generics)
  - PEG 3350, sodium sulfate, sodium chloride, potassium chloride, ascorbic acid, and sodium ascorbate powder for oral solution (Moviprep)
  - PEG 3350, sodium sulfate, sodium chloride, potassium chloride, ascorbic acid, and sodium ascorbate powder for solution (Plenvu)
  - sodium picosulfate, magnesium oxide, and anhydrous citric acid oral solution (Clenpiq) *(moves from NF to UF)*
- NF
  - sodium sulfate, potassium sulfate, and magnesium sulfate concentrated oral solution (Suprep) *(moves from UF to NF)*
  - sodium sulfate, potassium chloride and magnesium sulfate tablets (Sutab)
  - sodium phosphate tablets (Osmoprep) *(moves from UF to NF)*
  - sodium picosulfate, magnesium oxide, and anhydrous citric acid power packets (Prepopik) *(moves from UF to NF)*
- Tier 4/Not Covered: None

## D. Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass—UF and Implementation Plan

The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) 1) an effective date of the first Wednesday two weeks after signing of the minutes in all

points of service. Note that letters won't be sent to patients who have received Suprep, Sutab, Osmoprep or Prepopik, due to the acute use of these drugs, and since the majority of prescriptions are for one-time use.

## V. UF DRUG CLASS REVIEWS- Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass

*BAP Comments*

### A. Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass— UF/Tier 4/Not-Covered Recommendation

The P&T Committee recommended the formulary status for the Bowel Preparations as discussed above:

- UF
  - Colyte, GoLYTELY, Galvilyte-A, Galvilyte-C, GaliLyte-G, generics
  - NuLYTELY, TriLyte, generics
  - Moviprep
  - Plenvu
  - Clenpiq *(moves from NF to UF)*
- NF
  - Suprep *(moves from UF to NF)*
  - Sutab
  - Osmoprep *(moves from UF to NF)*
  - Prepopik *(moves from UF to NF)*
- Tier 4/Not Covered: None

*BAP Comment:*      ☐ Concur      ☐ Non-concur

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 307 of 980

AR1495

**B. Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass—UF and Implementation Plan**

The P&T Committee recommended an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

---

*BAP Comment:*  ☐ Concur  ☐ Non-concur

---

## VI.  NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*P&T Comments*

**A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—Relative Clinical Effectiveness and relative Cost-Effectiveness Conclusions**

The P&T Committee agreed for group 1: (16 for, 0 opposed, 1 abstained, 1 absent); group 2: (14 for, 1 opposed, 1 abstained, 2 absent), with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5).

**B. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4/Not Covered Recommendation**

The P&T Committee recommended (for group 1: 16 for, 0 opposed, 1 abstained, 1 absent; group 2: 14 for, 1 opposed, 1 abstained, 2 absent; and for Accrufer 12 for, 4 opposed, 1 abstained, 1 absent) the following:

- UF:
    - dasiglucagon injection (Zegalogue) – Binders-Chelators-Antidotes-Overdose Agents: Hypoglycemia Agents for severe hypoglycemia
    - infigratinib (Truseltiq) – Oncological agent for cholangiocarcinoma
    - omalizumab syringe (Xolair) – Respiratory Interleukin for asthma, nasal polyps, and chronic idiopathic urticaria (CIU)
    - pegcetacoplan injection (Empaveli) – Hematological agent for paroxysmal nocturnal hemoglobinuria (PNH)

Case 2:25-cv-00041-M-RN   Document 75-1   Filed 12/05/25   Page 308 of 980

AR1496

- relugolix/estradiol/norethindrone (Myfembree) – Luteinizing Hormone-Releasing Hormone (LHRH) Agonists-Antagonists for the management of heavy menstrual bleeding associated with uterine leiomyomas (fibroids) in premenopausal women

- riluzole oral film (Exservan) – Miscellaneous neurological agent for amyotrophic lateral sclerosis (ALS)

- semaglutide injection (Wegovy) – Weight loss agent and a GLP-1 receptor antagonist for the treatment of obesity

- sotorasib (Lumakras) – Oncological agent for non-small cell lung cancer (NSCLC)

- NF:
  - drosperinone/estetrol (Nextstellis) – Contraceptive Agents: Monophasics with 20 mcg estrogen

  - ferric maltol (Accrufer) – Electrolyte-Mineral-Trace Element Replacement for iron deficiency

  - viloxazine extended release (Qelbree) – Non-Stimulant for Attention Deficit Hyperactivity Disorder (ADHD) in pediatric patients ages 6 to 17 years of age

- Tier 4/Not Covered:
  - rosuvastatin/ezetimibe (Roszet) – Antilipidemic 1
    - Roszet was recommended as Tier 4 as it has little to no additional clinical effectiveness relative to the statins that are combined with ezetimibe, and the needs of TRICARE beneficiaries are met by available alternative agents. Formulary alternatives include taking rosuvastatin and ezetimibe separately, atorvastatin with ezetimibe, simvastatin/ezetimibe (Vytorin), and the PCSK-9 inhibitors.

## C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria

The P&T Committee recommended (for group 1: 16 for, 0 opposed, 1 abstained, 1 absent; group 2 14 for, 0 opposed, 2 abstained, 2 absent, and for Accrufer (12 for, 4 opposed, 1 abstained, 1 absent) the following:

- Weight loss drugs: Applying manual PA criteria to new users of Wegovy, consistent with the requirements for Saxenda and the other weight loss drugs. A trial of all the other weight loss drugs except Saxenda will be required before Wegovy.

- Oncologic drugs: Applying manual PA criteria to new users of Lumakras and Truseltiq, consistent with PA requirements in general for oncology drugs.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 309 of 980

AR1497

- Respiratory Interleukins: Applying manual PA criteria to new users of the Xolair syringe, consistent with the requirements for the other respiratory biologics intended for patient self-administration.

- LHRH Agonists-Antagonists: Applying manual PA criteria to new users of Myfembree, similar to the requirements for Oriahnn.

- ALS Drugs: Applying manual PA criteria to new users of Exservan oral film, consistent with the requirements for riluzole oral suspension (Tiglutik).

- Applying manual PA criteria to new users of Accrufer, Empaveli, Nextstellis, and Qelbree.


Full PA Criteria for the Newly Approved Drugs per 32 CFR 199.21(g)(5) is as follows

1. **drospirenone/estetrol (Nextstellis)**

   Manual PA criteria apply to all new users of Nextstellis and is approved if all criteria are met:

   - Provider acknowledges that ethinyl estradiol/drospirenone (Yaz, Yasmin) and numerous other contraceptives are available for TRICARE patients and do not require a PA. Providers are encouraged to consider changing the prescription to Yaz, Yasmin, or another formulary contraceptive
   - Patient has tried an ethinyl estradiol containing oral contraceptive and has had significant adverse effects attributed to the ethinyl estradiol component
   - Provider acknowledges that Nextstellis may be less effective in females with a body mass index (BMI) $\geq 30$ kg/m$^2$ per the FDA label

   Non-FDA-approved uses are not approved.

   Prior authorization does not expire.


2. **ferric maltol (Accrufer)**

   Manual PA criteria apply to all new users of Accrufer and is approved if all criteria are met:

   - Patient has a documented diagnosis of iron deficiency
   - Patient is 18 years of age or older

Case 2:25-cv-00041-M-RN   Document 75-1   Filed 12/05/25   Page 310 of 980

AR1498

- Patient has tried and failed two oral iron products (must be different salts e.g., ferrous sulfate, ferrous gluconate, ferrous fumarate) for at least six weeks in duration for each product, unless contraindicated or clinically significant adverse effects are experienced.
    - The provider must provide the date of when the patient previously tried each medication, or the contraindication or clinically significant adverse effect that the patient experienced:
    - Oral iron product:_____Date:_____
      Contraindication or clinically significant adverse effect:
      _____
    - Oral iron product:_____Date:_____
      Contraindication or clinically significant adverse effect:
      _____
- Provider acknowledges there is insufficient data on drug interactions at this time.

  Non-FDA-approved uses are not approved.

  Prior authorization expires in 6 months.

  <u>Renewal criteria</u>: Note that initial TRICARE PA approval is required for renewal. Coverage will be approved for an additional 6 months for continuation of therapy if:
  - Patient is still iron deficient
  - Documentation of clinically significant improvement in patient's iron deficiency required.


3. **infigratinib (Truseltiq)**

   Manual PA criteria apply to all new users of Truseltiq and is approved if all criteria are met:

   - Patient is 18 years of age or older
   - Patient has previously treated, unresectable locally advanced or metastatic cholangiocarcinoma with a fibroblast growth factor receptor 2 (FGFR2) fusion or other rearrangement as detected by an FDA-approved test.
   - The patient will be monitored for retinal pigment epithelial detachment, hyperphosphatemia, and soft-tissue mineralization
   - The drug is prescribed by or in consultation with a hematologist/oncologist

- Female patients of childbearing age are not pregnant confirmed by (-) HCG
- Female patients will not breastfeed during treatment and for at least 1 month after the cessation of treatment
- Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 month after cessation of therapy
- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.

Other non-FDA-approved uses are not approved.

Prior authorization does not expire.

4. **pegcetacoplan injection (Empaveli)**

Manual PA criteria apply to all new users of Empaveli and is approved if all criteria are met:

- Patient is 18 years of age or older
- Patient has a documented diagnosis of paroxysmal nocturnal hemoglobinuria (PNH)
- Patient has been counseled on the appropriate administration of the drug via infusion pump
- Patient has been vaccinated against certain encapsulated bacteria (e.g., *Streptococcus pneumoniae, Neisseria meningitidis* types A, C, W, Y, and B, and *Haemophilus influenzae* type B)

Non-FDA-approved uses are not approved.

Prior authorization does not expire.

5. **riluzole oral film (Exservan)**

Manual PA criteria apply to all new users of Exservan and is approved if all criteria are met:

- Patient is diagnosed with amyotrophic lateral sclerosis (ALS)
- Patient has dysphagia/swallowing dysfunction

Non-FDA-approved uses are not approved.

Prior authorization does not expire.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 312 of 980
**AR1500**

### 6. relugolix/estradiol/ norethindrone (Myfembree)

Manual PA criteria apply to all new users of Myfembree and is approved if all criteria are met. Note that the PA criteria are similar to Oriahnn, with differences bolded below.

- Patient is 18 years of age or older
- Patient is a premenopausal woman with diagnosed heavy menstrual bleeding associated with uterine leiomyomas (fibroids)
- Patient has had inadequate relief after at least three months of first-line therapy with a hormonal contraceptive or Intrauterine Device (IUD)
- Medication is prescribed by a reproductive endocrinologist or obstetrics/gynecology specialist
- Patient is not pregnant. Pregnancy test required.
- Patient agrees to use non-hormonal contraception throughout treatment and for one week after discontinuation of treatment
- Patient does not have current or a history of thrombotic or thromboembolic disorders or an increased risk for these events
- Patient is not a smoker over the age of 35
- Provider agrees to discontinue treatment if a thrombotic, cardiovascular, or cerebrovascular event occurs or if the patient has a sudden unexplained partial or complete loss of vision, proptosis, diplopia, papilledema, or retinal vascular lesions
- Patient does not have uncontrolled hypertension
- Provider agrees to monitor blood pressure and discontinue treatment if blood pressure rises significantly
- Patient does not have osteoporosis
- Provider agrees to advise the patient to seek medical attention for suicidal ideation, suicidal behavior, new onset or worsening depression, anxiety, or other mood changes
- Patient does not have a history of breast cancer or other hormonally-sensitive malignancies
- Patient does not have known liver impairment or disease
- Provider agrees to counsel patients on the signs and symptoms of liver injury
- Patient does not have undiagnosed abnormal uterine bleeding
- Patient is not using Oriahnn concomitantly with cyclosporine or gemfibrozil or other organic anion transporting polypeptide [(OATP)1B1] inhibitors

- **Patient is not using Myfembree with oral P-gp inhibitors (e.g., erythromycin) or combined P-gp and strong CYP3A inducers (e.g., rifampin)**

  Non-FDA-approved uses are not approved including **contraception** or pain associated with endometriosis.

  Prior authorization expires after 24 months (lifetime expiration). **Cumulative treatment with Oriahnn and Myfembree will not exceed 24 months during the patient's lifetime**

### 7. semaglutide injection (Wegovy)

Manual PA criteria apply to all new users of Wegovy and is approved if <u>all</u> criteria are met:

- Patient is 18 years of age or older
- Patient has a BMI ≥ to 30, or a BMI ≥ to 27 for those with risk factors in addition to obesity (diabetes, impaired glucose tolerance, dyslipidemia, hypertension, sleep apnea)
- Patient has engaged in behavioral modification and dietary restriction for at least 6 months and has failed to achieve the desired weight loss, and will remain engaged throughout course of therapy
- Patient has tried and failed or has a contraindication to all of the following agents (generic phentermine, Qsymia, Xenical, and Contrave). (Note: provider must include the date of use and duration of therapy or contraindication to the drug)

  - Phentermine: Date_____  Duration of therapy_____
  - Qsymia: Date_____  Duration of therapy_____
  - Xenical: Date _____  Duration of therapy_____
  - Contrave: Date _____  Duration of therapy_____

- If the patient is diabetic, they must have tried and failed metformin and the DoD's preferred GLP1RAs (Trulicity and Bydureon Bcise)
- If the patient is an Active Duty Service Member, the individual is enrolled in a Service-specific Health/Wellness Program AND will adhere to Service policy, AND will remain engaged throughout course of therapy
- Patient is not pregnant
- Concomitant use of Wegovy with other GLP1RA drugs is not allowed (e.g., Bydureon, Trulicity, Byetta, Adlyxin, Victoza, Soliqua, Xultophy)

- The patient does not have a history of or does not have a family history of medullary thyroid cancer or multiple endocrine neoplasia syndrome type 2

Non-FDA approved uses are NOT approved including for diabetes mellitus and for those less than 18 years of age.

Initial prior authorization expires after 4 months and then annually.

Renewal PA Criteria: Wegovy will be approved for an additional 12 months if the following are met:

- The patient is currently engaged in behavioral modification and remains on a reduced calorie diet
- Wegovy will be discontinued if a 4% decrease in baseline body weight is not achieved at 16 weeks
- The patient is not pregnant

Additionally, for Active Duty Service Members: The individual continues to be enrolled in a Service-specific Health/Wellness Program AND adheres to Service policy AND will remain engaged throughout course of therapy.

8. **sotorasib (Lumakras)**

Manual PA criteria apply to all new users of Lumakras and is approved if all criteria are met:

- Patient is 18 years of age or older
- Patient has laboratory evidence of KRAS G12C-mutated locally advanced or metastatic non-small cell lung cancer (NSCLC), as determined by an FDA-approved test
- The patient will be monitored for interstitial lung disease and hepatotoxicity
- The drug is prescribed by or in consultation with a hematologist/oncologist
- Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment
- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.

Other non-FDA-approved uses are not approved.

Prior authorization does not expire.

9. **viloxazine (Qelbree)**

Manual PA criteria apply to all new users of Qelbree and is approved if all criteria are met:

- Patient is 6 to 17 years of age
- Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD)
- Patient has tried and failed, had an inadequate response, OR contraindication to amphetamine salts XR (Adderall XR, generic) or other long acting amphetamine or derivative drug
- Patient has tried and failed, had an inadequate response, OR contraindication to methylphenidate OROS and other (Concerta, generic) or other long acting methylphenidate or derivative drug
- Patient has tried and failed, had an inadequate response, OR contraindication to at least one non-stimulant ADHD medication (generic formulations of Strattera, Kapvay, or Intuniv)

Non-FDA-approved uses are not approved (to include depression and anxiety).

Prior authorization does not expire.


10. **omalizumab syringe (Xolair)**

Manual PA criteria apply to all new users of Xolair syringe and is approved for initial therapy for 12 months if all criteria are met:

*For all indications:*

- Provider ensures that patient has no prior history of anaphylaxis, including to Xolair or other agents, such as foods, drugs, biologics, etc.
- Patient has received at least 3 doses of Xolair under the guidance of a healthcare provider without experiencing any hypersensitivity reactions
- Provider agrees to ensure that the patient or caregiver is able to recognize symptoms of anaphylaxis presenting as bronchospasm, hypotension, syncope, urticaria, and/or angioedema of the throat or tongue. Provider agrees to counsel the patient that anaphylaxis has occurred up to 2 hours post administration and appropriate monitoring will occur.

- Provider agrees to ensure that the patient or caregiver is able to treat anaphylaxis appropriately and consider co-prescribing epinephrine.
- Provider agrees to ensure that the patient or caregiver is able to perform subcutaneous injections with Xolair prefilled syringe with proper technique according to the prescribed dosing regimen
- For all indications the patient is not currently receiving another immunobiologic (e.g., benralizumab [Fasenra], mepolizumab [Nucala], or dupilumab [Dupixent])

*For Asthma:*

- The patient is 6 years of age or older
- The drug is prescribed by an allergist, immunologist, pulmonologist, or asthma specialist
- The patient has moderate to severe asthma with baseline IgE levels that are greater than 30 IU/ml
- The patient has tried and failed an adequate course (3 months) of two of the following while using a high-dose inhaled corticosteroid:
  - Long-acting beta agonist (LABA e.g., Serevent, Striverdi)
  - Long-acting muscarinic antagonist (LAMA e.g. Spiriva, Incruse), or
  - Leukotriene receptor antagonist (e.g., Singulair, Accolate, Zyflo)

*For chronic rhinosinusitis with nasal polyposis:*

- The patient is 18 years of age or older
- The drug is prescribed by allergist, immunologist, pulmonologist, or otolaryngologist
- The patient has chronic rhinosinusitis with nasal polyposis defined by all of the following:
  - Presence of nasal polyposis is confirmed by imaging or direct visualization AND
  - At least two of the following: mucopurulent discharge, nasal obstruction and congestion, decreased or absent sense of smell, or facial pressure and pain
- Xolair will only be used as add-on therapy to standard treatments, including nasal steroids and nasal saline irrigation
- The symptoms of chronic rhinosinusitis with nasal polyposis must continue to be inadequately controlled despite all of the following treatments

- o Adequate duration of at least two different high-dose intranasal corticosteroids AND
- o Nasal saline irrigation AND
- o The patient has a past surgical history or endoscopic surgical intervention or has a contraindication to surgery

*For chronic idiopathic urticaria (CIU):*

- The patient is 12 years of age or older
- The drug is prescribed by an allergist, immunologist, or dermatologist
- Xolair is not indicated for any other form of urticaria
- Patient has symptoms lasting for greater than 6 weeks
- Patient remains symptomatic despite trial of at least 4 weeks with recommended urticarial dosing of a second generation H1 antihistamine (i.e., cetirizine, levocetirizine, loratadine, desloratadine, fexofenadine)

Non-FDA-approved uses are not approved.

Prior authorization expires after 12 months. Renewal PA criteria will be approved indefinitely.

Renewal Criteria; (initial TRICARE PA approval is required for renewal) AND

- Asthma: The patient has had a positive response to therapy with a decrease in asthma exacerbations or improvements in forced expiratory volume in one second (FEV1)
- Chronic rhinosinusitis with nasal polyposis: There is evidence of effectiveness as documented by decrease in nasal polyps score or nasal congestion score
- Chronic Idiopathic Urticaria: The patient has had a positive response to therapy and improvement in clinical symptoms to warrant maintenance of therapy

**D. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered, PA, and Implementation Plan**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 318 of 980

AR1506

The P&T Committee recommended group 1 (16 for, 0 opposed, 1 abstained, 1 absent); group 2 (14 for, 0 opposed, 2 abstained, 2 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status:** An effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

- **New Drugs Recommended for Tier 4/Not Covered Status:** 1) An effective date of the first Wednesday120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation.

## VII.  NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*BAP Comments*

### A.  Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4 Recommendation

The P&T Committee recommended the formulary status for the newly approved drugs as discussed above:

- **UF**
  - Zegalogue
  - Truseltiq
  - Xolair syringe
  - Empaveli
  - Myfembree
  - Exservan oral film
  - Wegovy injection
  - Lumakras

- NF:
  - Nextstellis
  - Accrufer
  - Qelbree

- Tier 4/Not Covered:
  - Roszet

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 319 of 980

AR1507

> *BAP Comment:*  ☐ Concur  ☐ Non-concur

**B. Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria**

The P&T Committee recommended the PA criteria for the new drugs as stated previously.

> *BAP Comment:*  ☐ Concur  ☐ Non-concur

**C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered and PA Implementation Plan**

The P&T Committee recommended the following implementation plans as described above.

> *BAP Comment:*  ☐ Concur  ☐ Non-concur

**VIII.  UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA**

*P&T Comments*

**A. New Manual PA Criteria**

**1.) Miscellaneous Insulin Devices—Omnipod and Omnipod DASH**

The Omnipod and Omnipod DASH cartridge pods are wearable, tubeless insulin management systems that are controlled using a personal diabetes manager (PDM).

These FDA-approved medical devices must be filled with insulin by the patient, and supply up to 3 days (72 hours) of insulin. Omnipod systems are meant for those who require multi-day injections of insulin (defined as at least three times daily). The smartphone-like PDM allows for remote management of basal and bolus insulin dosing.

The Omnipod and Omnipod DASH are covered under the TRICARE pharmacy benefit, but the starter kit is packaged with the actual device and is not a pharmacy benefit. Prior authorization was recommended to reflect current TRICARE Policy Manual coverage requirements for external infusion pumps (EIPs).

The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) manual PA criteria for new and current users of Omnipod and Omnipod DASH cartridge pods to ensure appropriate use in the expected patient population, as well as to ensure continued monitoring of blood glucose levels and proper patient education on the device.

a) **Omnipod and Omnipod DASH PA criteria:** The manual PA criteria apply to all new and current users of Omnipod and Omnipod DASH, and these devices will be approved if all the following are met:

- The patient has diabetes mellitus and requires insulin therapy

- The patient is on an insulin regimen of 3 or more injections per day and has failed to achieve glycemic control after six months of Multiple Daily Injection (MDI) therapy

- The patient performs 4 or more blood glucose tests per day or is using a Continuous Glucose Monitoring (CGM) system

- The patient has completed a comprehensive diabetes education program

- The patient has demonstrated willingness and ability to play an active role in diabetes self-management

Initial prior authorization expires after 1 year.

Renewal criteria: Note that initial TRICARE PA approval is required for renewal.

- Omnipod or Omnipod DASH is approved for 1 year for continuation of therapy if all criteria are met:

- Patient has been successful with therapy

- Patient does not require changing the Omnipod DASH unit more frequently than every 72 hours (e.g., changing the unit every 48 hours is not allowed)

b) **Omnipod and Omnipod DASH Manual PA Criteria—Implementation Plan**

The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) the new PA criteria will become effective the first Wednesday 90 days after the signing of the minutes. DHA will send letters to beneficiaries affected by the new PA requirements for these products, as new and current users will be subject to the PA.

2) **Laxatives-Carthartics-Stool Softeners – Lactulose Packet (Kristalose, generics) PA criteria and implementation plan**

Lactulose formulated in packets (Kristalose brand and generic) are not cost effective relative to other formulary lactulose products or other laxatives (i.e., glycerin, lactitol, polyethylene glycol 3350, sorbitol), which are all available in low-cost formulations.

The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) manual PA criteria for lactulose packets (Kristalose, generics) in new users, due to the significant cost differences compared with numerous available alternative agents. The new PA will become effective the first Wednesday 60 days after the signing of the minutes.

Lactulose packets (Kristalose packets) Manual PA criteria apply to new users and is approved if all criteria are met:

- Provider acknowledges that lactulose solution and other laxatives (i.e., glycerin, lactitol, polyethylene glycol 3350, sorbitol) are available to DoD beneficiaries without the need of prior authorization
- The provider must explain why patient requires Kristalose packets as opposed to available alternatives.

Non-FDA approved uses are not approved.

Prior Authorization does not expire

3) **Vitamins Prenatal – Prenatal Vitamins (Neonatal-DHA, Neonatal FE) PA criteria and implementation plan**

Neonatal-DHA and Neonatal FE are prenatal dietary supplements manufactured by a single company and require a prescription prior to dispensing. The primary ingredients of Neonatal-DHA and Neonatal FE are similar to that found in other prenatal vitamins (Azesco, Zalvit, Trinaz) which require manual PA. Several prescription prenatal multivitamins are included in the TRICARE pharmacy benefit for women younger than the age of 45 and do not require prior authorization criteria.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 322 of 980

AR1510

The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) manual PA criteria for Neonatal-DHA and Neonatal FE (regardless of the woman's age) in new users, due to the significant cost differences compared with numerous available alternative agents. The new PA will become effective the first Wednesday 90 days after the signing of the minutes.

> Neonatal-DHA or Neonatal-FE Manual PA criteria apply to new users and is approved if all criteria are met:
>
> - Provider acknowledges that Prenatal Vitamins Plus Low I, Prenatal Plus, Preplus, Prenatal, Prenatal Vitamins, Prenatal Multi plus DHA, Prenatal Vitamin plus Low Iron, and Prenatal Plus DHA are the preferred products and are covered without a prior authorization for women who are under the age of 45 years and planning to become pregnant or who are pregnant. The provider is encouraged to consider changing the prescription to one of these agents.
> - The provider must explain why the patient requires Neonatal DHA or Neonatal FE and cannot take the available alternatives.

Non-FDA-approved uses are not approved.

PA does not expire.

## IX.  UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA

### *BAP Comments*

### A.  New Manual PA Criteria for Omnipod, Omnipod DASH, Kristalose packets, and Neonatal-DHA and Neonatal-FE prenatal vitamins:

The P&T Committee recommended manual PA criteria for Omnipod and Omnipod DASH in new and current users, for Kristalose packets in new users, and for Neonatal-DHA and Neonatal FE prenatal vitamins in new users, as outlined above.

---

*BAP Comment:*     ☐ Concur     ☐ Non-concur

---

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 323 of 980

AR1511

## B.  New Manual PA Criteria Implementation Plan

The P&T Committee recommended the new PA criteria for Omnipod and Omnipod DASH become effective at 90 days and that DHA will send letters; the new PA for Kristalose packets become effective at 60 days, and the new PA for the prenatal vitamins become effective at 90 days.

| | | | |
|---|---|---|---|
| *BAP Comment:* | ☐ Concur | ☐ Non-concur | |

## X.  UTILIZATION MANAGEMENT—UPDATED PA AND STEP THERAPY CRITERIA

### P&T Comments

#### A.  Updated PA and Step Therapy Criteria:

Updates to the manual PA criteria and step therapy were recommended for the following products, due to availability of cost-effective alternative treatments, results from clinical trial data, clinical practice guideline updates, or provider recommendation. The updated PAs and step therapy outlined below will apply to new users.

#### 1.) Multiple Sclerosis Agents—ozanimod (Zeposia) PA criteria and implementation plan

Zeposia is a sphingosine-1 phosphate receptor modulator originally approved for treating relapsing forms of multiple sclerosis. It recently gained approval for ulcerative colitis (UC), another type of immune-mediated inflammatory disorder. At the time of review the trial supporting Zeposia for UC was not published. Other treatments, including non-biologics (e.g., azathioprine, sulfasalazine) and the targeted immunomodulatory biologic (TIBs) adalimumab (Humira) are well-established therapies for UC, and are more cost effective than Zeposia. The Zeposia PA was updated to allow for treatment of UC after a trial of non-biologic systemic therapy and trial of Humira.

The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) updating the current PA criteria for Zeposia to require more clinically established and cost effective treatments first. Updates to the current PA criteria in new users for Zeposia will become effective the first Wednesday 30 days after the signing of the minutes.

<u>Zeposia Manual PA criteria apply</u> to all new users and will be approved if all criteria are met: (Note that the updates for UC are in bold)

- All recommended Zeposia monitoring has been completed and patient will be monitored throughout treatment as recommended in the label. Monitoring includes CBC, LFT, varicella zoster virus (VZV) antibody serology, ECG, and macular edema screening as indicated.

- **Patients of childbearing potential agree to use effective contraception during treatment and for 3 months after stopping therapy**

- Zeposia will not be used in patients with significant cardiac history, including:
  - Patients with a recent history (within the past 6 months) of class Ill/IV heart failure, myocardial infarction, unstable angina, stroke, transient ischemic attack, or decompensated heart failure requiring hospitalization
  - Those with a history or presence of Mobitz type II second-degree or third-degree atrioventricular (AV) block or sick sinus syndrome, unless they have a functioning pacemaker

<u>For relapsing Multiple Sclerosis</u>

- Zeposia is prescribed by a neurologist
- Patient has a documented diagnosis of relapsing forms of MS
- There is no concurrent use of other MS disease-modifying therapy
- Patient has not failed a course of another S1p receptor modulator (e.g., Gilenya, Mayzent)

**<u>For Ulcerative Colitis</u>**

- **The patient has a diagnosis of moderate to severe active Ulcerative Colitis**

- **The patient is 18 years of age or older**

- **The provider acknowledges that Humira is the Department of Defense's preferred targeted immunomodulatory biologic agent for ulcerative colitis.**

- **The patient must have tried Humira AND:**
  - Had an inadequate response to Humira OR
  - Experienced an adverse reaction to Humira that is not expected to occur with Zeposia OR
  - Has a contraindication to Humira

- **The patient is not receiving oral immunomodulatory or biologic therapies concomitantly**

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 325 of 980

AR1513

- **The patient has had an inadequate response to non-biologic systemic therapy. (For example - methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressant's [e.g. azathioprine], etc.)**

Non-FDA-approved uses are not approved.

Prior authorization does not expire

### 2.) Migraine Agents—rimegepant (Nurtec ODT), ubrogepant (Ubrelvy), lasmiditan (Reyvow) PA criteria and implementation plan

These three oral drugs were originally approved for acute treatment of migraine headache, and were reviewed at the May 2020 P&T Committee meeting. PA criteria currently apply. Rimegepant orally disintegrating tablets (Nurtec ODT) is now FDA-approved for preventive treatment of episodic migraine in adults. Other migraine preventive medications (e.g., antiepileptics, beta blockers, antidepressants, and the injectable calcitonin gene-related peptide [CGRP] antagonists) are available that have shown greater reductions in monthly migraine days than Nurtec ODT, based on indirect comparison, and are more cost-effective.

The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) updating the current PA criteria for Nurtec ODT, Ubrelvy, and Reyvow to require a trial of other preventive medications (oral agents, and injectable CGRPs) first. PAs for Nurtec ODT, Ubrelvy, and Reyvow were also updated to include renewal criteria, to assess for efficacy. Updates to the current PA criteria in new users for Nurtec ODT, Ubrelvy, and Reyvow will become effective the first Wednesday 60 days after the signing of the minutes.

#### a.) rimegepant (Nurtec ODT) Manual PA criteria apply to all new users and will be approved if all criteria are met: (Note that updates from the August 2021 meeting are in bold.)

- The patient is 18 years of age or older
- The medication is prescribed by or in consultation with neurologist
- Concurrent use with any other small molecule CGRP targeted medication (i.e., another gepant [Ubrelvy]) is not allowed
- Not approved for patients who have clinically significant or unstable cardiovascular disease

For Acute Treatment

- Patient has a contraindication to, intolerability to, or has failed a trial of at least TWO of the following medications
  - sumatriptan (Imitrex), rizatriptan (Maxalt), zolmitriptan (Zomig), eletriptan (Relpax)

#### **For Prevention of Episodic Migraine**

- **The patient has episodic migraine as defined by one of the following:**
  - **Patient has episodic migraines at a rate of 4 to 7 migraine days per month for 3 months and has at least moderate disability shown by Migraine Disability Assessment (MIDAS) Test score > 11 or Headache Impact Test-6 (HIT-6) score > 50 OR**
  - **Patient has episodic migraine at a rate of at least 8 migraine days per month for 3 months**
- **Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE drug from TWO of the following migraine prophylactic drug classes:**
  - **Prophylactic antiepileptic medications: valproate, divalproic acid, topiramate**
  - **Prophylactic beta-blocker medications: metoprolol, propranolol, atenolol, nadolol, timolol**
  - **Prophylactic antidepressants: amitriptyline, duloxetine, nortriptyline, venlafaxine**
- **Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE of the following CGRP injectable agents**
  - **erenumab-aooe (Aimovig)**
  - **fremanezumab-vfrm (Ajovy)**
  - **galcanezumab-gnlm (Emgality)**

Non-FDA-approved uses are NOT approved.

**PA expires after 6 months**

**Renewal Criteria: Coverage will be approved indefinitely for continuation of therapy if one of the following apply (Note that initial TRICARE PA approval is required for renewal):**

**Acute Treatment**

- **Patient has a documented positive clinical response to therapy**

**Preventive Treatment**

- **The patient has had a reduction in mean monthly headache days of ≥ 50% relative to the pretreatment baseline (as shown by patient diary documentation or healthcare provider attestation) OR**

- **The patient has shown a clinically meaningful improvement in ANY of the following validated migraine-specific patient-reported outcome measures:**
  - **Migraine Disability Assessment (MIDAS)**
    - **Reduction of ≥ 5 points when baseline score is 11–20**
    - **Reduction of ≥ 30% when baseline score is > 20**
  - **Headache Impact Test (HIT-6)**
    - **Reduction of ≥ 5 points**
  - **Migraine Physical Functional Impact Diary (MPFID)**
    - **Reduction of ≥ 5 points**

**b.) ubrogepant (Ubrelvy) Manual PA criteria** apply to all new users and will be approved if all criteria are met: (Note that updates from the August 2021 meeting for the renewal criteria are in bold.)

- The patient is 18 years of age or older
- The medication is prescribed by or in consultation with neurologist
- Concurrent use with any other small molecule CGRP targeted medication (i.e., another gepant [Nurtec ODT]) is not allowed
- Not approved for patients who have clinically significant or unstable cardiovascular disease
- Patient has a contraindication to, intolerability to, or has failed a trial of at least TWO of the following medications
  - sumatriptan (Imitrex), rizatriptan (Maxalt), zolmitriptan (Zomig), eletriptan (Relpax)
- Patient has had a contraindication to, intolerability to, or has failed a 2-month trial of Nurtec ODT

Non-FDA-approved uses are NOT approved.

**PA expires after 6 months**

**Renewal Criteria: Coverage will be approved indefinitely for continuation of therapy if one of the following apply (Note that initial TRICARE PA approval is required for renewal):**

**Acute Treatment**

- **Patient has a documented positive clinical response to therapy**

**c.) lasmiditan (Reyvow) Manual PA criteria** apply to all new users and will be approved if all criteria are met: (Note that updates from the August 2021 meeting for the renewal criteria are in bold.)

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 328 of 980

AR1516

- The patient is 18 years of age or older
- The medication is prescribed by or in consultation with neurologist
- Reyvow is not approved for patients with a history of hemorrhagic stroke
- Reyvow is not approved for patients with a history of epilepsy or any other condition with increased risk of seizure
- Not approved for patients who have clinically significant or unstable cardiovascular disease
- Patient has a contraindication to, intolerability to, or has failed a trial of at least TWO of the following medications
  - sumatriptan (Imitrex), rizatriptan (Maxalt), zolmitriptan (Zomig), eletriptan (Relpax)
- Patient has had a contraindication to, intolerability to, or has failed a 2-month trial of Nurtec ODT
- If Reyvow is used with a triptan, the provider acknowledges Reyvow and the triptan should not be used within 24 hours of each other.
- Reyvow will be used with caution in patients with low heart rate and/or those using beta blockers, such as propranolol

Non-FDA-approved uses are NOT approved.

**PA expires after 6 months**

**Renewal Criteria: Coverage will be approved indefinitely for continuation of therapy if one of the following apply (Note that initial TRICARE PA approval is required for renewal):**

**Acute Treatment**

- **Patient has a documented positive clinical response to therapy**

### XI. UTILIZATION MANAGEMENT—UPDATED PA AND STEP THERAPY CRITERIA

*BAP Comments*

#### A. Updated PA and Step Therapy Criteria:

The P&T Committee recommended the update PA criteria for Zeposia, Nurtec ODT, Ubrelvy, and Reyvow in new users, as outlined above.

| BAP Comment: | ☐ Concur | ☐ Non-concur |
| --- | --- | --- |

### B. Updated PA Criteria and Implementation Plan

The P&T Committee recommended the updated PA criteria for Zeposia become effective the first Wednesday 30 days after the signing of the minutes, and for the migraine drugs at 60 days after signing.

| BAP Comment: | ☐ Concur | ☐ Non-concur |
| --- | --- | --- |

## XII. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS OR EXPANDED AGE RANGES

### *P&T Comments*

#### A. Updated PA Criteria for Expanded Uses and implementation plan:

Updates to the PA criteria for several drugs were recommended due to new FDA-approved indications and expanded age ranges. The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) updates to the manual PA criteria for Ayvakit, Cosentyx, Myrbetriq, Toviaz, Epclusa and authorized generic, Mavyret, Evekeo ODT, and Ocaliva, due to new FDA-approved indications and expanded age ranges. The updated PA criteria summarized below will apply to new users.

Note that since these types of updates expand the patient population eligible for the drug, only a summary of the PA criteria is provided here; the current full PA criteria can be found on the TRICARE Formulary Search Tool at https://www.express-scripts.com/frontend/open-enrollment/tricare/fst/#/. The updated PA criteria will become effective the first Wednesday 60 days after the signing of the minutes.

**1.) Oncologic Agents Target –avapritinib (Ayvakit)**—Includes the new indication for adult patients with advanced systemic mastocytosis (comprises patients with aggressive systemic mastocytosis, systemic mastocytosis with an associated hematologic neoplasm, and mast cell leukemia)

**2.) Targeted Immunomodulatory Biologics —secukinumab (Cosentyx)**—Manual PA criteria now allow use in pediatric patients 6 years of age and older, as well as in adults with moderate to severe plaque psoriasis who are candidates for systemic therapy or phototherapy.

**3.) Overactive Bladder Agents**

- **mirabegron (Myrbetriq) tablets and granules**—The manual PA criteria were updated to allow for the new indication for treatment of neurogenic detrusor overactivity (NDO) in patients 3 years of age and older (for the granules) and weighing 35 kg or more (for the tablets) *(note that the granules were reviewed as an innovator at the November 2021 meeting)*

- **fesoterodine (Toviaz)**—Manual PA criteria were updated to allow for the new indication for treatment of neurogenic detrusor overactivity (NDO) in patients 6 years of age and older and weighing more than 25 kg.

**4.) Hepatitis C Agents: Direct Acting Agents— sofosbuvir/velpatasvir (Epclusa) and authorized generic; glecaprevir/pibrentasvir (Mavyret)**—The manual PA criteria now allow use in pediatric patients 3 years of age and older as well as adults for treatment of chronic hepatitis C virus genotype 1, 2, 3, 4, 5, or 6.

**5.) ADHD Agents: Stimulants – amphetamine sulfate ODT (Evekeo ODT)**—The manual PA criteria now allow use in pediatric patients between the ages of 3 to 17 years for treatment of ADHD.

**6.) Gastrointestinal-2 Agents – obeticholic acid (Ocaliva)** —The manual PA criteria was revised and updated for safety information to narrow the indication for the patient population with primary biliary cholangitis (PBC), based on information from the manufacturer.

**XIII. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS OR EXPANDED AGE RANGES**

*BAP Comments*

**A. Updated PA Criteria for expanded uses:**

The P&T Committee recommended the updates to the current PA criteria in new users for the following drugs: Ayvakit, Cosentyx, Myrbetriq, Toviaz, Epclusa and authorized generic, Mavyret, Evekeo ODT, and Ocaliva as outlined above.

*BAP Comment:*     ☐ Concur     ☐ Non-concur

**B. Updated PA Criteria for Expanded Uses Implementation Plan**

The updated PA criteria will become effective the first Wednesday 60 days after the signing of the minutes.

*BAP Comment:*     ☐ Concur     ☐ Non-concur

## XIV.  COPAYMENT CHANGE – TIER 1 for the PULMONARY 3 AGENTS: COMBINATIONS SUBCLASS—BREZTRI INHALER COPAYMENT CHANGE

*P&T Comments*

**A. Tier 1 Copayment and Implementation Plan:**

The fixed-dose triple combination inhalers containing an inhaled corticosteroid, long-acting muscarinic antagonist, and long-acting beta agonist (ICS/LAMA/LABA) were reviewed for formulary status at the February 2021 Committee meeting. Both budesonide/glycopyrrolate/formoterol (Breztri) and fluticasone/umeclidinium/vilanterol (Trelegy) were recommended to remain on the UF.

Following the meeting, more favorable pricing for Breztri became available, making it the most cost effective triple combination inhaler. As a result the Tier 1 copay was recommended for Breztri at this (August 2021) meeting. (Note that Committee recommendations from February 2021 had not yet been implemented at the time of the August 2021 P&T Committee meeting, due to the BAP zero-based review.)

Applying the Tier 1 copay at both Retail and Mail will also encourage use of the most cost-effective triple fixed-dose combination inhaler. Additionally, lowering the copay for this agent is consistent with 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020, in that the P&T Committee "will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries."

The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) changing the copay for Breztri inhaler from Tier 2 (brand) to the Tier 1 (generic) copay at the purchased care points of service (Retail and Mail). Implementation will occur on signing of the minutes.

## XV. TIER 1 COPAYMENT CHANGE for the PULMONARY 3 AGENTS: COMBINATIONS SUBCLASS— BUDESONIDE/GLYCOPYRROLATE/FORMOTEROL (BREZTRI INHALER) COPAYMENT CHANGE

### *BAP Comments*

#### A. Breztri Inhaler Tier 1 Copayment and Implementation Plan

The Committee recommended the Tier 1 Copay change for Breztri inhaler, as outlined above, with implementation occurring upon signing of the minutes.

| | | |
|---|---|---|
| *BAP Comment:* | ☐ Concur | ☐ Non-concur |

## XVI. BRAND OVER GENERIC AUTHORIZATION and TIER 1 (GENERIC) COPAYMENT PULMONARY ARTERIAL HYPERTENSION (PAH) AGENTS: AMBRISENTAN (LETAIRIS)

### *P&T Comments*

#### B. Ambrisentan (Letairis) brand over generic authorization and Tier 1 Copayment and Implementation Plan

The PAH drugs including the endothelin receptor antagonist subclass were most recently reviewed for formulary placement in May 2019. The Committee originally recommended brand over generic authorization and Tier 1 status for

branded ambrisentan (Letairis). However, multiple cost effective generic formulations were subsequently available prior to the implementation date of October 2019, so this requirement was removed at the August 2019 meeting.

At the August 2021 DoD P&T Committee meeting, the Committee reviewed overall trends in utilization and expenditures since implementation of the formulary recommendations in October 2019. The post-implementation review did reveal that supply of cost effective generic ambrisentan was unreliable. As a result, branded Letairis is currently more cost-effective than generic ambrisentan products. Due to these supply and cost issues, the Committee recommended implementing the brand over generic requirements for ambrisentan, requiring use of the branded Letairis formulation prior to a generic formulation, and applying the Tier 1(generic) copay to the branded Letairis product.

The P&T Committee recommended (16 for, 0 opposed, 1 abstained, 1 absent) requiring brand Letairis over generic ambrisentan in all new and current users, based on cost effectiveness. The prescriber will provide patient-specific justification as to why branded Letairis cannot be used. The Tier 1 (generic) copayment will apply to brand Letairis. The effective date will be upon signing of the minutes in all points of service. The "brand over generic" requirement will be removed administratively when it is no longer cost-effective compared to the AB-rated generics.

The authority for the Tier 1 copayment is codified in 32 CFR 199.21(j)(3): [W]hen a blanket purchase agreement, incentive price agreement, Government contract, or other circumstances results in a brand pharmaceutical agent being the most cost effective agent for purchase by the Government, the P&T Committee may also designate that the drug be cost-shared at the generic rate.

## XVII.  BRAND OVER GENERIC AUTHORIZATION and TIER 1 COPAYMENT PULMONARY ARTERIAL HYPERTENSION (PAH) AGENTS: — AMBRISENTAN (LETAIRIS)

### *BAP Comments*

### A.  Brand over generic authorization for ambrisentan (Letairis) and Tier 1 Copayment and Implementation Plan

The P&T Committee recommended the Letairis brand over generic authorization, PA criteria, Tier 1 (generic) copay and implementation upon signing of the minutes, as outlined above.

*BAP Comment:*     ☐ Concur     ☐ Non-concur

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 335 of 980

**AR1523**

**Table of implementation Status of UF Recommendations/Decisions Summary**

| DoD PEC Drug Class | UF Drugs | NF Drugs | Tier 4/Not Covered Drugs | Implement Date | Notes and Unique Users Affected |
|---|---|---|---|---|---|
| **Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors** | ▪ acalabrutinib (Calquence)<br>▪ ibrutinib (Imbruvica)<br>▪ zanubrutinib (Brukinsa) | ▪ None | ▪ None | Pending signing of the minutes: 2 weeks | ▪ Existing PAs in place for all 3 drugs<br>▪ Minor updates to the Ibrance tablets PA, requiring use of the capsules first<br>▪ UUs affected – not applicable; no NF drugs, no new PAs |
| **Laxatives-Cathartics-Stool Softeners: Bowel Preparations** | ▪ PEG 3350, sodium sulfate, sodium bicarbonate, sodium chloride and potassium chloride powder for oral solution (**Colyte, GoLYTELY, Galvilyte-A, Galvilyte-C, GalviLyte-G, generics**)<br>▪ PEG 3350 sodium bicarbonate, sodium chloride and potassium chloride powder for oral solution (**NuLYTELY, TriLyte, generics**)<br>▪ PEG sodium sulfate, sodium chloride, potassium chloride, ascorbic acid, and sodium ascorbate powder for oral solution (**Moviprep**)<br>▪ PEG sodium sulfate, sodium chloride, potassium chloride, ascorbic acid, and sodium ascorbate powder for solution (**Plenvu**)<br>▪ sodium picosulfate, magnesium oxide, and anhydrous citric acid oral solution (**Clenpiq**) | ▪ sodium sulfate, potassium sulfate, and magnesium sulfate concentrated oral solution (**Suprep**)<br>▪ sodium sulfate, potassium chloride and magnesium sulfate tablets (**Sutab**)<br>▪ sodium phosphate tablets (**Osmoprep**)<br>▪ sodium picosulfate, magnesium oxide, and anhydrous citric acid power packets (**Prepopik**) | ▪ None | Pending signing of the minutes: 2 weeks | ▪ No PAs for any of the drugs<br>▪ UUs affected – not applicable – drugs are used acutely once for bowel prep<br>▪ Current utilization for the drugs moving to NF:<br>▪ Suprep: 83,000 patients in calendar year 2020<br>▪ Osmoprep: 600 patients<br>▪ Prepopik: 0 patients |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 336 of 980

**AR1524**

**Table of Newly Approved New Drugs Designated Tier 4—Unique Utilizers Affected**

| Drug | Total |
|------|-------|
| rosuvastatin/ezetimibe (Roszet) | 3 |

**Drugs with New Prior Authorization Criteria—Unique Utilizers Affected**

| Drug | MTF | Mail Order | Retail | Total |
|------|-----|-----------|--------|-------|
| Miscellaneous Insulin Devices: Omnipod | 1 | 95 | 64 | 160 |
| Miscellaneous Insulin Devices: Omnipod DASH | 80 | 4 | 2,284 | 2,368 |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 337 of 980

**AR1525**

| | |
|---|---|
| **From:** | Frank Lopez <drfrank1@mac.com> |
| **Sent:** | Thursday, January 20, 2022 9:33 PM |
| **To:** | DHA NCR J-6 Mailbox BAPREQUESTS |
| **Subject:** | [Non-DoD Source] Viloxzine |
| **Attachments:** | 2021 - Nasser, Lopez- Ped NNT.pdf; 2021 - Nasser , Lopez- Ped Functional Impairment.pdf |

January 19th, 2022

Uniform Formulary BeneficiaryAdvisoryPanel
DFO
7700Arlington Blvd suite 5101
Falls Church, VA 22042-5101
Dha.ncr.j-6mbx.baprequests@mail.mil
Re: Viloxazine (Qelbree)

Esteemed Panel Members:
 My name is Frank A. Lopez, M.D. and I am a Neuro-developmental Pediatrician in private practice in Winter Park, Florida. By way of transparency and disclosure I have been involved in clinical trials for over 20 years and have served on various panels as a consultant and investigator for ADHD medications and have over 30 papers and posters regarding the results of research in the field. More importantly neither I or any family members own stock in any of the companies where I have served as a clinical investigator or consultant.
It has been my distinct honor and pleasure to provide care for many military families over the 30 years of practice, during which I have treated hundreds of children adolescents and young adults with ADHD.
As you are all aware the FDA does not dole out the classification "a new chemical entity" lightly especially when it comes to ADHD medication. The latter is the case for Viloxazine(Qelbree).
Since its approval and launch I have provided it to dozens of affected children.
The experience has been multidimensional one from its MOA which offers a distinct advantage of a more rapid onset than the other non stimulants (based on our clinical observation), and second families, patients, as well as teachers have remarked on the positive changes the children have experienced.
As examples I can cite improved attention, decreased excessive non-purposeful activity, and decreased impulsivity (core symptoms of the disorder). There are also other physical benefits ie appetite is not as suppressed as we see with stimulants, duration of effect is much better than with the other nonstimulants (as I have been involved with their research and am published with them) and have used them all in our practice I believe my observations have merit.
Parents have reported changes as quickly as 1 week with sustained benefits with continued use.
One can argue that we can see this with stimulants and other nonstimulants, however, there can be significant side effects and risks with stimulants and yes, less with nonstimulants in contrast to the stimulants.
Measuring the response with standardized scales, we have seen significant decrease to levels that are typically seen with stimulants. The same cannot be said of the other nonstimulants in our experience with the same speed of onset for benefit.
Yet another very tangible point are parental fears regarding the use of medication for their child ie stimulant versus non stimulants. Hence when a medication as this is not easily available the
January 19th, 2022
Viloxazine (Qelbree)

difficulty in its acquisition leads to parents trying alternative medications that do not have the "data" as to real life benefits and risks, not to understate loss of time in gaining improved quality of life for their child. Statistically and clinically, there is yet another benefit and that is the "number needed to treat vs number needed to harm" the former is a strong positive for this medication (I have taken the liberty to include a couple of recently published papers in which I participated as a coauthor regarding the benefits).

This medication based on its clinical benefits witnessed in our patients does not have a prolonged period of "non-treatment" ie waiting for weeks before seeing improvement as with the other nonstimulants, during which these patients are often unstable and sensitive to failure. The fact that this mechanism of action is unique and offers a shorter time to effectiveness offers improved quality of life for those children and adolescents who because of their diagnosis often lack the attentional and emotional control required to have success on a daily basis.

I ask that you consider adding this medication to your formulary without having a "step edit" as this only delays the care and positive changes that are essential to these youngsters.

Frank A Lopez, M.D.

Open Access Full Text Article

ORIGINAL RESEARCH

# The Effect of Viloxazine Extended-Release Capsules on Functional Impairments Associated with Attention-Deficit/Hyperactivity Disorder (ADHD) in Children and Adolescents in Four Phase 3 Placebo-Controlled Trials

Azmi Nasser[1]
Joseph T Hull[1]
Tesfaye Liranso[2]
Gregory D Busse[3]
Zare Melyan[3]
Ann C Childress[4]
Frank A Lopez[5]
Jonathan Rubin[6]

[1]Department of Clinical Research, Supernus Pharmaceuticals, Inc., Rockville, MD, USA; [2]Department of Biostatistics, Supernus Pharmaceuticals, Inc., Rockville, MD, USA; [3]Department of Medical Affairs, Supernus Pharmaceuticals, Inc., Rockville, MD, USA; [4]Center for Psychiatry and Behavioral Medicine, Inc., Las Vegas, NV, USA; [5]Children's Developmental Center, Winter Park, FL, USA; [6]Supernus Pharmaceuticals, Inc., Rockville, MD, USA

**Purpose:** The ADHD Rating Scale (ADHD-RS) assesses 18 symptoms of inattention and hyperactivity/impulsivity and has been used in many clinical trials to evaluate the treatment effect of drugs on ADHD. The fifth edition of this scale (ADHD-RS-5) also assesses the impact of inattention and hyperactivity/impulsivity symptoms on six domains of functional impairment (FI): family relationships, peer relationships, completing/returning homework, academic performance at school, controlling behavior at school, and self-esteem. Here, we report the effect of viloxazine extended-release capsules (viloxazine ER), a novel nonstimulant treatment for ADHD in children and adolescents (ages 6–17 years), on FI from a post hoc analysis of four randomized, double-blind, placebo-controlled Phase 3 clinical trials (N=1354).

**Patients and Methods:** ADHD-RS-5 investigator ratings of ADHD symptoms and FIs were conducted at baseline and weekly post-baseline for 6–8 weeks in the four trials. Change from baseline (CFB) in ADHD-RS-5 FI scores (Total score [sum of 12 FI items] and Inattention and Hyperactivity/Impulsivity subscale scores [sum of 6 corresponding FI items]) and the 30% and 50% Responder Rates (ADHD-RS-5 FI Total score) were compared between viloxazine ER and placebo.

**Results:** The reduction (improvement) in ADHD-RS-5 FI scores (Total and subscale scores) and the percentage of responders (30% and 50%) at Week 6 were significantly greater in each viloxazine ER dose group vs placebo. In the 100–400 mg/day viloxazine ER groups, improvements were found as early as Week 1 (100-mg/day) or Week 2 (200-, 400-mg/day) of treatment. Analysis of individual items of ADHD-related FIs demonstrated that the effect of viloxazine ER was observed across all domains of impairment.

**Conclusion:** Significant improvements observed in ADHD-related FIs are consistent with the reduction in inattention and hyperactivity/impulsivity symptoms demonstrated in the viloxazine ER Phase 3 pediatric trials. Therefore, viloxazine ER provides clinically meaningful improvement of ADHD symptoms and functioning in children and adolescents with ADHD, starting as early as Week 1–2 of treatment.

**Keywords:** impairment domains, academic performance, behavior, self-esteem

Correspondence: Azmi Nasser
Department of Clinical Research, Supernus Pharmaceuticals, Inc., 9715 Key West Ave, Rockville, MD, 20850, USA
Email anasser@supernus.com

## Introduction

Attention-deficit/hyperactivity disorder (ADHD) is the most common neurodevelopmental disorder of childhood. It is characterized by inattention, hyperactivity,

Received: 20 March 2021
Accepted: 13 May 2021
Published: 3 June 2021

**1751**

© 2021 Nasser et al. This work is published and licensed by Dove Medical Press Limited. The full terms of this license are available at https://www.dovepress.com/terms.php and incorporate the Creative Commons Attribution – Non Commercial (unported, v3.0) License (http://creativecommons.org/licenses/by-nc/3.0/). By accessing the work you hereby accept the Terms. Non-commercial uses of the work are permitted without any further permission from Dove Medical Press Limited, provided the work is properly attributed. For permission for commercial use of this work, please see paragraphs 4.2 and 5 of our Terms (https://www.dovepress.com/terms.php).

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 340 of 980

AR1528

and impulsivity symptoms and is associated with emotional dysregulation reflected in academic, social, and family impairments.[1] Although multiple stimulant and nonstimulant treatment options have demonstrated efficacy in the treatment of ADHD, there is a significant proportion of individuals with ADHD who do not or only partially benefit from these medications and/or have contraindications, tolerability, or preference issues.[2,3]

Historically, the assessment of treatment response in individuals with ADHD has focused on measures of ADHD symptoms. However, functional impairments (FIs) across familial, social, emotional, and academic/occupational domains are frequently the reason for seeking treatment for ADHD.[4] Therefore, current diagnosis of ADHD is based not only on the inattentive and hyperactive/impulsive symptoms, but also the evidence that symptoms cause functional impairments.[5] The assessment and monitoring of the extent to which symptoms interfere with the quality of social, school, or work functioning of the individual is an important part of ADHD diagnosis and treatment.[6]

When evaluating treatment effects in individuals with ADHD, different degrees of improvement are found for symptomatic and functional outcomes. An 11-week open-label study of 200 children and adolescents with ADHD treated with extended-release methylphenidate demonstrated that only 57% of individuals showed functional improvement, even though 94% of individuals exhibited significant improvements in ADHD symptoms.[7] Similar results were obtained using a reliable change index (RCI classifies individuals into three categories based on the direction and the magnitude of change [improvers, no-changers, and deteriorators] regardless of return to the normal range of functioning) in a study of children with ADHD who were enrolled in a school-based mental health program (N=64). In this study, up to 40% of children achieved reliable symptom improvement without reliable change in functioning, and up to 16% achieved reliable improvement in functioning without reliable change in symptoms.[8] High numbers of individuals with incomplete ADHD symptom control and residual disabilities in cognitive functions have been reported in other population-based studies.[9,10] A prospective blind longitudinal study followed up 110 children with ADHD and 105 non-ADHD controls for 10 years. While only 35% of children with ADHD met the full diagnostic criteria for ADHD in their adult years, an additional 43% had functional impairments associated with ADHD, continued to struggle with

subthreshold symptoms of ADHD, or had medication-associated remission of their ADHD symptoms.[11,12] These data highlighted the need for routinely including measures of functional outcomes in the assessment of treatment response.[7,13]

Many approaches have been used to assess impairments related to ADHD, including administering a single measure of global impairment (eg, Columbia Impairment Scale), multiple measures to assess a range of impairments such as academic performance and behavior problems, or a single measure to assess multiple domains of impairment (eg, Impairment Rating Scale or Weiss Functional Impairment Rating Scale [WFIRS]).[14–16] These approaches have been frequently criticized for not assessing impairments specifically related to ADHD symptoms as opposed to other conditions, which may occur concomitantly or mimic ADHD, leading to potential problems with scale specificity.[14,17]

The ADHD Rating Scale (ADHD-RS) has been validated and used to assess treatment benefits of drugs in many clinical trials. It is an 18-item rating scale reflecting the 18 symptoms of ADHD based on the Diagnostic and Statistical Manual of Mental Disorders (DSM). There are nine items that assess Inattention symptoms and nine items that assess Hyperactivity/Impulsivity symptoms.[6] The earlier version of this scale (ie, ADHD-RS-IV), however, measured ADHD symptoms without assessing ADHD-related FIs. To address this unmet need in assessment of treatment response in ADHD, following the publication of DSM-5,[6] the ADHD-RS has been updated. The fifth edition, ADHD-RS-5, also assesses the extent to which current ADHD symptoms affect functioning of children and adolescents across six domains of impairment.[13] After completing the ratings of the nine items for each ADHD-RS-5 subscale, the clinician/investigator is asked to assess (using a 4-point Likert-scale) how much those nine items cause problems for the child/teenager in each of the six FI domains. Therefore, the ADHD-RS-5 addressed the limitations of previous measures by integrating the assessment of symptoms and impairments in the same measure, focusing on impairments specifically related to ADHD symptoms, and differentiating impairments related to each ADHD symptom dimension (Inattention and Hyperactivity/Impulsivity).[14]

Viloxazine extended-release capsules (viloxazine ER; Qelbree™) is a novel nonstimulant medication which has been approved by the US Food and Drug Administration (FDA) for the treatment of ADHD in children and

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 341 of 980

AR1529

adolescents (ages 6–17 years). The objective of this post hoc analysis was to evaluate the effect of viloxazine ER on ADHD-RS-5 derived FI scores assessed in children and adolescents with ADHD during four Phase 3 clinical trials (the primary data from these clinical trials have been reported elsewhere).[18–21]

## Methods

### Phase 3 Trials Providing Data

The ADHD-RS-5 data collected during four Phase 3, randomized, placebo-controlled, double-blind, 3-arm clinical trials of viloxazine ER in children and adolescents (6–17 years of age) with ADHD were integrated in this analysis (Table 1).[18–21] ADHD-RS-5, Home Version: Child (6–11 years of age) or ADHD-RS-5, Home Version: Adolescent (12–17 years of age) was administered at each study visit.

In each study, the parent(s) or legal guardian(s) of each subject provided written informed consent to allow their child's participation prior to any study-related procedures. Assent was also obtained from the subject, if applicable, according to local requirements. The study protocols were approved by Advarra Institutional Review Board (IRB) and conducted in accordance with the Helsinki Declaration and the International Council for Harmonisation Note for Guidance on Good Clinical Practice. All versions of the informed consent form were reviewed and approved by IRB.

Eligibility in these studies was determined using predefined inclusion/exclusion criteria.[18–21] Subjects with a diagnosis of ADHD based on DSM-5[6] criteria and confirmed by the Mini International Neuropsychiatric Interview

for Children and Adolescents (MINI-KID), ADHD-RS-5 Total score of ≥28, and Clinical Global Impression-Severity of Illness (CGI-S)[22] scale score of ≥4 were eligible to participate. Key exclusion criteria were as follows: major psychiatric disorder or neurological disorder (excluding oppositional defiant disorder, or major depressive disorder if the individual was free of major depressive episodes within the 6 months prior to screening), a history of allergic reaction to viloxazine or its excipients, any food allergy/intolerance that contraindicated trial participation, suicidal ideation, history of seizures, or significant systemic disease. Subjects had to weigh ≥20 kg (children) or ≥35 kg (adolescents) and have a body mass index ≤95th percentile for the appropriate age and gender.

After a screening period (≤28 days), eligible subjects were randomized (1:1:1 ratio) to receive one of the two viloxazine ER doses or placebo (the treatment groups, treatment duration, and titration periods are summarized in Table 1).[18–21] Subjects were instructed to take the study medication once daily by mouth in the morning, with or without food, throughout the treatment period. The viloxazine ER and placebo capsules were identical in appearance. If necessary, the subject's parent(s) or legal guardian(s) could open the capsules and sprinkle the contents over a spoon of soft food (eg, apple sauce). Subjects were required to refrain from taking medications prohibited by the study protocol, including FDA-approved ADHD medications, starting at least 1 week prior to randomization until the end of study. Baseline ADHD-RS-5 and safety assessments were conducted on the day, but prior to, randomization and the administration of the first

**Table 1** Overview of Phase 3 Randomized Controlled Trials Providing Data

| Age Group | Children (6–11 Years of Age) | | Adolescents (12–17 Years of Age) | |
|---|---|---|---|---|
| Study | 812P301 | 812P303 | 812P302 | 812P304 |
| CT.gov identifier | NCT03247530 | NCT03247543 | NCT03247517 | NCT03247556 |
| Viloxazine ER doses | 100 mg/200 mg | 200 mg/400 mg | 200 mg/400 mg | 400 mg/600 mg |
| Weeks, T + M | 6 (1+5) | 8 (3+5) | 6 (1+5) | 7 (2+5) |
| Randomized (N) | 477 | 313 | 310 | 297 |
| Safety population (N) | 474 | 310 | 308 | 296 |
| ITT population (N) | 460 | 301 | 301 | 292 |
| Viloxazine ER/Placebo[a] | 305/155 | 204/97 | 197/104 | 196/96 |

**Note**: [a]N based on ITT population.
**Abbreviations**: ITT, intent-to-treat; M, maintenance; T, titration; viloxazine ER, viloxazine extended-release capsules.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 342 of 980

AR1530

dose of study medication. They were then repeated weekly during post-baseline study visits until the end of study or early termination.[18-21] The ADHD-RS-5 was administered by a trained clinician/investigator.

## ADHD-RS-5 FI Analysis

After completing the ratings of the nine items for each ADHD-RS-5 subscale, the clinician/investigator rated the child/teenager on a 4-point Likert-scale (0–3; where 0=No Problem; 1=Minor Problem; 2=Moderate Problem; 3=Severe Problem) on "How much do the nine behaviors in the previous question cause problems for the child/teenager?" in the following six FI domains:

1. Getting along with family members
2. Getting along with other children/teenagers
3. Completing or returning homework
4. Performing academically in school
5. Controlling behavior at school
6. Feeling good about himself/herself

The change from baseline (CFB) in the ADHD-RS-5 FI scores by study visit (Total and for the Inattention and Hyperactivity/Impulsivity subscales) and the 30% and 50% Responder Rates were evaluated. The ADHD-RS-5 Inattention FI score was the sum of six impairment items assessed for the Inattention subscale. The ADHD-RS-5 Hyperactivity/Impulsivity FI score was the sum of six impairment items for the Hyperactivity/Impulsivity subscale. The ADHD-RS-5 Total FI score was the sum of all 12 impairment items. The 30% and 50% Responder Rates represent proportions of subjects who achieved 30% or 50% improvement in the ADHD-RS-5 Total FI score. The 30% response threshold was selected as it is among the most commonly cited thresholds in ADHD studies,[23-25] while the 50% response threshold was selected as it has been shown to be statistically linked with the Clinical Global Impression-Improvement (CGI-I) score of 2 (much improved),[26,27] commonly used as the minimum threshold for clinically meaningful change.[28,29]

The data were analyzed using mixed model for repeated measures (MMRM), which included fixed effect terms for baseline, age group, treatment (dose 100-mg/day, 200-mg/day, 400-mg/day, and 600-mg/day), visit, and treatment-by-visit interaction as independent variables. The least square (LS) means ± standard error (SE) compared to placebo and *p* values were determined for all measures. Data from four trials over 6 weeks of

treatment with viloxazine ER were analyzed and presented by dose (100-mg/day, 200-mg/day, 400-mg/day, and 600-mg/day). The 30% and 50% Responder Rates were analyzed using the Pearson's Chi-square test. Numbers needed to treat (NNT) were calculated based on 30% and 50% Responder Rates. Statistical analyses were performed using SAS® system software, version 9.2 or higher.

## Results

A total of 1354 subjects with ADHD (intent-to-treat population) were included in the four Phase 3 trials of viloxazine ER (subjects treated with placebo: 452; subjects treated with 100-mg/day viloxazine ER: 147; subjects treated with 200-mg/day viloxazine ER: 359; subjects treated with 400-mg/day viloxazine ER: 299; and subjects treated with 600-mg/day viloxazine ER: 97). Of these subjects, 761 were children 6–11 years of age and 593 were adolescents 12–17 years of age; a majority were male (n=873) and either White (n=759) or African American (n=529). Seven subjects (five from the placebo group and two from the 200-mg/day viloxazine ER group) were excluded from the current analysis because they had no impairment item data at baseline.

## CFB ADHD-RS-5 FI Score

Statistically significant improvement vs placebo was observed in the CFB ADHD-RS-5 Total FI scores: with 100-mg/day viloxazine ER, starting at Week 1 of treatment (*p*=0.0041) through Week 6 (*p*=0.0026); with 200- or 400-mg/day viloxazine ER starting at Week 2 of treatment (*p*=0.0018 and *p*=0.0003, respectively) through Week 6 (*p*<0.0001 and *p*<0.0001, respectively); and with 600-mg/day viloxazine ER, at Week 6 (*p*=0.0208) (Figure 1).

Statistically significant improvement vs placebo was observed in the CFB ADHD-RS-5 Inattention FI scores: with 100-mg/day viloxazine ER, starting at Week 1 of treatment (*p*=0.0040) through Week 6 (*p*=0.0085); with 200- or 400-mg/day viloxazine ER, starting at Week 2 of treatment (*p*=0.0088 and *p*=0.0020, respectively) through Week 6 (*p*<0.0001 and *p*<0.0001), and with 600-mg/day viloxazine ER, at Week 6 (*p*=0.0183) (Figure 2).

Statistically significant improvement vs placebo was observed in the CFB ADHD-RS-5 Hyperactivity/Impulsivity FI scores: with 100-mg/day viloxazine ER, starting at Week 1 of treatment (*p*=0.0187) through

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 343 of 980

**AR1531**



**Figure 1** CFB in the ADHD-RS-5 FI Score by Week. (**A**) 100 mg viloxazine ER vs placebo; (**B**) 200 mg viloxazine ER vs placebo; (**C**) 400 mg viloxazine ER vs placebo; (**D**) 600 mg viloxazine ER vs placebo.
**Notes:** *$P<0.05$, placebo vs viloxazine ER. $P$ values were obtained from MMRM modeling change from baseline in ADHD-RS-5 Total FI Score as function of fixed effect terms for baseline ADHD-RS-5 Total FI Score, age group, treatment, visit, and treatment-by-visit interaction, as fixed independent variables.
**Abbreviations:** ADHD-RS-5, ADHD rating scale fifth edition; CFB, change from baseline; FI, functional impairments; SE, standard error; viloxazine ER, viloxazine extended-release capsules.

Week 6 ($p=0.0020$); with 200- or 400-mg/day viloxazine ER, starting at Week 2 of treatment ($p=0.0012$ and $p<0.0001$, respectively), through Week 6 ($p<0.0001$ and $p<0.0001$); and with 600-mg/day viloxazine ER, at Week 4 ($p=0.0428$) and Week 6 ($p=0.0208$) (Figure 3).

CFB ADHD-RS-5 scores for each Inattention and Hyperactivity/Impulsivity FI item by week of treatment and by dose are shown in Figure 4. These descriptive statistics curves demonstrate that, overall, the effect of viloxazine ER was observed across all FI items for both the Inattention and Hyperactivity/Impulsivity subscales.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 344 of 980

AR1532



**Figure 2** CFB in the ADHD-RS-5 Inattention FI Score by Week. (**A**) 100 mg viloxazine ER vs placebo; (**B**) 200 mg viloxazine ER vs placebo; (**C**) 400 mg viloxazine ER vs placebo; (**D**) 600 mg viloxazine ER vs placebo.
**Notes**: *P<0.05, placebo vs viloxazine ER. P values were obtained from MMRM modeling change from baseline in ADHD-RS-5 Inattention FI Score as function of fixed effect terms for baseline ADHD-RS-5 Inattention FI Score, age group, treatment, visit, and treatment-by-visit interaction, as fixed independent variables.
**Abbreviations**: ADHD-RS-5, ADHD rating scale fifth edition; CFB, change from baseline; FI, functional impairments; SE, standard error; viloxazine ER, viloxazine extended-release capsules.

## 30% and 50% Responders for ADHD-RS-5 Total FI Score

A significantly higher percentage of viloxazine ER treated subjects achieved a ≥30% reduction (improvement) in the CFB ADHD-RS-5 Total FI score (30% Responders) compared to placebo-treated subjects at Week 1, 4, 5, and 6 with 100-mg/day viloxazine ER; Weeks 2 through 6 with

200- or 400-mg/day viloxazine ER; and at Week 3, 4, and 6 with 600-mg/day viloxazine ER (Table 2).

The 30% Responder Rate at Week 6 was as follows: 53.4 % for placebo; 64.0% for 100-mg/day viloxazine ER ($p$=0.0293); 65.1% for 200-mg/day viloxazine ER ($p$=0.0015); 74.3% for 400-mg/day viloxazine ER ($p$<0.0001); and 70.4% for 600-mg/day viloxazine ER ($p$=0.0049) (Table 2). The NNTs for 100-, 200-, 400-, and

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 345 of 980

AR1533



**Figure 3** CFB in the ADHD-RS-5 Hyperactivity/Impulsivity FI Score by Week. (**A**) 100 mg viloxazine ER vs placebo; (**B**) 200 mg viloxazine ER vs placebo; (**C**) 400 mg viloxazine ER vs placebo; (**D**) 600 mg viloxazine ER vs placebo.

**Notes:** *$P$<0.05, placebo vs viloxazine ER. $P$ values were obtained from MMRM modeling change from baseline in ADHD-RS-5 Hyperactivity/Impulsivity FI Score as function of fixed effect terms for baseline ADHD-RS-5 Hyperactivity/Impulsivity FI Score, age group, treatment, visit, and treatment-by-visit interaction, as fixed independent variables.

**Abbreviations:** ADHD-RS-5, ADHD rating scale fifth edition; CFB, change from baseline; FI, functional impairments; SE, standard error; viloxazine ER, viloxazine extended-release capsules.

and 600-mg/day, based on 30% Responder Rates at Week 6, were 9.4, 8.6, 4.8, and 5.9, respectively.

A significantly higher percentage of viloxazine ER treated subjects achieved a ≥50% reduction (improvement) in the CFB ADHD-RS-5 Total FI score (50% Responders) compared to placebo-treated subjects at Week 1, 3, 4, 5, and 6 with 100-mg/day viloxazine ER; Weeks 2 through 6

with either 200- or 400-mg/day viloxazine ER; and Week 2, 3, 4, and 6 with 600-mg/day viloxazine ER (Table 3).

The 50% Responder Rate at Week 6 was as follows: 37.8% for placebo; 53.2% for 100-mg/day viloxazine ER ($p$=0.0014); 50.3% for 200-mg/day viloxazine ER ($p$=0.0007); 56.2% for 400-mg/day viloxazine ER ($p$<0.0001); and 53.1% for 600-mg/day viloxazine ER

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 346 of 980

**AR1534**



**Figure 4** Mean CFB in the ADHD-RS-5 Inattention (**A**) and Hyperactivity/Impulsivity (**B**) FI Score by Item by Week (Descriptive Statistics).
**Abbreviations**: ADHD-RS-5, ADHD rating scale fifth edition; CFB, change from baseline; FI, functional impairments; viloxazine ER, viloxazine extended-release capsules.

(*p*=0.0104) (Table 3). The NNTs for 100-, 200-, 400-, and 600-mg/day, based on 50% Responder Rates at Week 6, were 6.5, 8, 5.4, and 6.5, respectively.

## Discussion

To the best of our knowledge, this is the first study to evaluate a change in the ADHD-RS-5 impairment scores following a treatment with an approved or investigational medication for ADHD using a large sample of children and adolescents. The larger sample size was achieved by pooling data from multiple studies, which increased the statistical power of the analysis and allowed for integrated evaluation of each dose group across the studies. This analysis has demonstrated significant improvements in the CFB ADHD-RS-5 Total, Inattention, and Hyperactivity/Impulsivity FI scores compared to placebo. The analysis of CFB ADHD-RS-5 scores (Figures 1–3) by week found that with 100- to 400-mg/day viloxazine ER, the separation from placebo started at Week 1–2 of treatment. With 600-mg/day viloxazine ER, the statistically significant improvements vs placebo for Total and Inattention FI scores were only observed at Week 6 and for Hyperactivity/Impulsivity FI scores at Week 4 and Week 6. The responder analysis demonstrated that at Week 6, 50% to 56% of subjects

treated with 100- to 600-mg/day viloxazine ER had 50% improvement in FI (Table 3), while 64% to 74% of subjects displayed a 30% improvement in FI at the same time point (Table 2). The NNTs for most of the dose groups at Week 6 were around 5 and 6 (ranging from 4.8 to 9.4), which is consistent with the effect sizes evaluated based on the primary data reported for viloxazine ER.[30]

These results are consistent with the primary data of viloxazine ER, which have demonstrated statistically significant improvements in ADHD symptoms vs placebo for 100-, 200-, and 400-mg/day viloxazine ER (as measured with ADHD-RS-5 and CGI-5 scales) across three of four pivotal trials.[18–20] In the fourth clinical trial, the primary efficacy endpoint was not achieved; one of the active arms (400-mg/day) separated from placebo but the other active arm (600-mg/day) did not. Thus, the trial was considered negative due to step-down statistical analysis.[21] The placebo response in the fourth study was higher than in the three other studies and may have contributed to the 600-mg/day dose failure.[21]

Interestingly, a statistically significant increase in the 50% Responder Rate for ADHD-RS-5 Total FI score was demonstrated between all doses of viloxazine ER (including 600-mg/day) compared to placebo at nearly every

**Table 2** 30% Responder Rate Based on ADHD-RS-5-Derived Total Functional Impairment Score by Week

| Week | Statistic | Placebo | Viloxazine ER 100 mg | Viloxazine ER 200 mg | Viloxazine ER 400 mg | Viloxazine ER 600 mg |
|---|---|---|---|---|---|---|
| I | % (n/N) | 27.7 (123/444) | 42.0 (60/143) | 31.3 (109/348) | 33.2 (98/295) | 31.9 (30/94) |
|  | P value |  | 0.0014 | 0.2667 | 0.1086 | 0.4109 |
| 2 | % (n/N) | 38.9 (165/424) | 44.9 (62/138) | 48.2 (164/340) | 51.1 (145/284) | 45.6 (41/90) |
|  | P value |  | 0.2112 | 0.0097 | 0.0014 | 0.2430 |
| 3 | % (n/N) | 47.4 (195/411) | 57.3 (75/131) | 60.9 (204/335) | 61.5 (168/273) | 60.0 (51/85) |
|  | P value |  | 0.0506 | 0.0002 | 0.0003 | 0.0351 |
| 4 | % (n/N) | 49.8 (203/408) | 69.8 (90/129) | 63.4 (203/320) | 66.2 (178/269) | 65.9 (54/82) |
|  | P value |  | <0.0001 | 0.0002 | <0.0001 | 0.0077 |
| 5 | % (n/N) | 52.4 (210/401) | 65.4 (83/127) | 68.8 (216/314) | 68.3 (179/262) | 61.7 (50/81) |
|  | P value |  | 0.0103 | <0.0001 | <0.0001 | 0.1232 |
| 6 | % (n/N) | 53.4 (219/410) | 64.0 (89/139) | 65.1 (207/318) | 74.3 (197/265) | 70.4 (57/81) |
|  | P value |  | 0.0293 | 0.0015 | <0.0001 | 0.0049 |

**Notes:** n/N represents a proportion of subjects who achieved 30% improvement in the ADHD-RS-5-derived Total Functional Impairment Score; shaded boxes indicate $p<0.05$; $p$ value is from Pearson's Chi-square test.
**Abbreviation:** Viloxazine ER, viloxazine extended-release capsules.

weekly post-baseline assessment from Week 1 (100-mg /day) or 2 (200-, 400-, and 600-mg/day) through Week 6 (shaded cells in Table 3). The 30% Responder Rate results showed a similar pattern, except an increase with 600-mg /day viloxazine ER was not observed until Week 3 (shaded cells in Table 2). In the primary analysis of the Phase 3 trials, the 50% Responder Rate for the ADHD-RS-5 symptoms was also increased for all doses of viloxazine ER, but the difference vs placebo for 600-mg/day of viloxazine ER was not statistically significant.

In the clinical trials of viloxazine ER, changes in subjects' functioning were also evaluated by parents using WFIRS–Parent (WFIRS–P). Similar to the ADHD-RS-5 FI items, which assess to what degree ADHD symptoms affect an individual's ability to accomplish daily tasks and interactions, the WFIRS–P assesses to what degree an individual's behavior and emotional problems affect their ability to accomplish daily tasks and interactions (without taking into account the ADHD symptoms).[15,31] The 50 items

included in this scale are grouped into six domains (family, school, life skills, self-concept, social activities, and risky activities) that are scored using a 4-point Likert scale.

While none of the viloxazine ER Phase 3 trials were powered to detect changes vs placebo in CFB at end of study using the WFIRS–P, the Phase 3 trial with the highest sample size (Table 1) that evaluated 100- and 200-mg/day viloxazine ER vs placebo was able to detect a statistically significant improvement in the WFIRS–P Total average score.[18] Statistically significant improvements were also observed in several individual WFIRS–P domains in the three studies (evaluating 100- and 200-mg/day viloxazine ER vs placebo in children and 200- and 400-mg/day viloxazine ER vs placebo in children and adolescents), including the domains of family, school, social activities, and risky activities.[18–20] Therefore, WFIRS–P data support findings presented in the current study. Multi-informant assessment in ADHD has been

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 348 of 980

AR1536

**Table 3** 50% Responder Rate Based on ADHD-RS-5-Derived Total Functional Impairment Score by Week

| Week | Statistic | Placebo | Viloxazine ER 100 mg | Viloxazine ER 200 mg | Viloxazine ER 400 mg | Viloxazine ER 600 mg |
|------|-----------|---------|----------------------|----------------------|----------------------|----------------------|
| 1 | % (n/N) | 14.9 (66/444) | 27.3 (39/143) | 19.3 (67/348) | 17.3 (51/295) | 20.2 (19/94) |
|   | P value |  | 0.0008 | 0.1011 | 0.3768 | 0.1966 |
| 2 | % (n/N) | 22.9 (97/424) | 31.2 (43/138) | 30.9 (105/340) | 32.0 (91/284) | 33.3 (30/90) |
|   | P value |  | 0.0507 | 0.0127 | 0.0068 | 0.0367 |
| 3 | % (n/N) | 29.9 (123/411) | 42.7 (56/131) | 39.7 (133/335) | 43.2 (118/273) | 42.4 (36/85) |
|   | P value |  | 0.0066 | 0.0052 | 0.0004 | 0.0254 |
| 4 | % (n/N) | 36.0 (147/408) | 51.2 (66/129) | 47.2 (151/320) | 49.4 (133/269) | 50.0 (41/82) |
|   | P value |  | 0.0022 | 0.0024 | 0.0005 | 0.0176 |
| 5 | % (n/N) | 38.2 (153/401) | 55.1 (70/127) | 51.9 (163/314) | 54.6 (143/262) | 45.7 (37/81) |
|   | P value |  | 0.0007 | 0.0002 | <0.0001 | 0.2062 |
| 6 | % (n/N) | 37.8 (155/410) | 53.2 (74/139) | 50.3 (160/318) | 56.2 (149/265) | 53.1 (43/81) |
|   | P value |  | 0.0014 | 0.0007 | <0.0001 | 0.0104 |

**Notes:** n/N represents a proportion of subjects who achieved 50% improvement in the ADHD-RS-5-derived Total Functional Impairment Score; p value is from Pearson's Chi-square test; shaded boxes indicate p<0.05.
**Abbreviation:** Viloxazine ER, viloxazine extended-release capsules.

suggested as an important approach to comprehensive evaluation of individual's functional outcomes.[14] Therefore, the use of two types of assessments provided by different informants (ie, clinicians and parents) for viloxazine ER can provide a more comprehensive understanding of how much the individual's functionality improves in response to treatment in different domains of the individual's life.

The descriptive statistics in the present post hoc analysis revealed improvements in both ADHD-RS-5 Inattention and Hyperactivity/Impulsivity FI scores across all impairment domains with all doses of viloxazine ER (100- to 600-mg/day), with somewhat greater effects seen in the academic performance and behavioral functioning at school and at home, followed by family and peer relationship domains, and a relatively smaller effect seen in the self-esteem domain (Figure 4, solid lines). Interestingly, the individual dose curves showed that while the improvements in all FI domains reached a plateau at approximately Week 3 with 100-mg/day dose of viloxazine ER, there was

still a trend for improvement after Week 3 with higher doses (Figure 4, dotted lines).

One of the potential limitations of this study is that the data collected here were based on investigator-rated scales, and no parent or teacher ratings were included in this analysis. Parent-rated scales were used in individual trials of viloxazine ER and are described in their respective publications.[18–21] Another potential limitation is the length of follow-up. In the future, studies with longer duration may provide further insights into functional outcomes with viloxazine ER treatment. Finally, the current findings cannot be directly compared to those for other medications, given the differences in how response rates are reported across studies. To summarize, the statistically significant improvements vs placebo in the CFB ADHD-RS-5 FI scores and 30% and 50% Responder Rates observed in this post hoc analysis extend the primary efficacy data reported in the Phase 3 clinical trials of viloxazine ER demonstrating early and sustained improvement in inattention and hyperactivity/impulsivity symptoms. Furthermore, a recently

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 349 of 980

AR1537

published analysis using a machine learning approach has demonstrated that early response to viloxazine ER treatment at Week 2 can be predictive of efficacy outcome at Week 6.[32] Together, these results demonstrate that viloxazine ER (viloxazine extended-release capsules) can be considered an effective and well-tolerated treatment option that provides clinically meaningful improvement in ADHD symptoms and functioning in children and adolescents starting as early as Week 1–2 of treatment.

## Funding

The study was funded by Supernus Pharmaceuticals, Inc.

## Disclosure

AN, JTH, TL, GDB, ZM, and JR are employees of Supernus Pharmaceuticals, Inc. FAL has served as a consultant to and received speaker fees and/or research support from Eli Lilly, GSK, Ironshore, Neos, Novartis, Noven, Pfizer, Shire, Sunovion, Supernus, and Tris. ACC has served as a consultant, participated in advisory board meetings and received speaker fees and/or research support from Allergan, Takeda (Shire), Emalex, Akili, Arbor, Cingulate, Ironshore, Aevi Genomic Medicine, Neos, Otsuka, Pfizer, Purdue, Adlon, Rhodes, Sunovion, Tris, KemPharm, Supernus, US FDA, Corium, Jazz, Tulex Pharma, and Receptor. The authors report no other conflicts of interest in this work.

## References

1. Mattingly GW, Anderson RH. Optimizing outcomes in ADHD treatment: from clinical targets to novel delivery systems. *CNS Spectr*. 2016;21(S1):45–59. doi:10.1017/S1092852916000808

2. Childress A, Tran C. Current investigational drugs for the treatment of attention-deficit/hyperactivity disorder. *Expert Opin Investig Drugs*. 2016;25(4):463–474. doi:10.1517/13543784.2016.1147558

3. Cutler AJ, Mattingly GW, Jain R, O'Neal W. Current and future nonstimulants in the treatment of pediatric ADHD: monoamine reuptake inhibitors, receptor modulators, and multimodal agents. *CNS Spectr*. 2020;1–27. doi:10.1017/S1092852920001984

4. Epstein JN, Weiss MD. Assessing treatment outcomes in attention-deficit/hyperactivity disorder: a narrative review. *Prim Care Companion CNS Disord*. 2012;14(6). doi:10.4088/PCC.11r01336

5. Faraone SV, Asherson P, Banaschewski T, et al. Attention-deficit /hyperactivity disorder. *Nat Rev Dis Primers*. 2015;1:15020.

6. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders (5th Ed.)*. Washington, DC: American Psychiatric Publishing; 2013.

7. Weiss M, Childress A, Mattingly G, Nordbrock E, Kupper RJ, Adjei AL. Relationship between symptomatic and functional improvement and remission in a treatment response to stimulant trial. *J Child Adolesc Psychopharmacol*. 2018;28(8):521–529. doi:10.1089/cap.2017.0166

8. Owens J, Johannes LM, Karpenko V. The relation between change in symptoms and functioning in children with ADHD receiving school-based mental health services. *School Ment Health*. 2009;1:183–195. doi:10.1007/s12310-009-9020-y

9. Hodgkins P, Setyawan J, Mitra D, et al. Management of ADHD in children across Europe: patient demographics, physician characteristics and treatment patterns. *Eur J Pediatr*. 2013;172(7):895–906. doi:10.1007/s00431-013-1969-8

10. Sikirica V, Flood E, Dietrich CN, et al. Unmet needs associated with attention-deficit/hyperactivity disorder in eight European countries as reported by caregivers and adolescents: results from qualitative research. *Patient*. 2015;8(3):269–281. doi:10.1007/s40271-014-0083-y

11. Biederman J, Petty CR, Evans M, Small J, Faraone SV. How persistent is ADHD? A controlled 10-year follow-up study of boys with ADHD. *Psychiatry Res*. 2010;177(3):299–304. doi:10.1016/j.psychres.2009.12.010

12. Uchida M, Spencer TJ, Faraone SV, Biederman J. Adult outcome of ADHD: an overview of results from the MGH longitudinal family studies of pediatrically and psychiatrically referred youth with and without ADHD of both sexes. *J Atten Disord*. 2018;22(6):523–534. doi:10.1177/1087054715604360

13. DuPaul GJ, Power TJ, Anastopoulos AD, et al. *ADHD Rating Scale-5 for Children and Adolescents: Checklists, Norms, and Clinical Interpretation*. New York, NY: The Guilford Press; 2016.

14. Power TJ, Watkins MW, Anastopoulos AD, Reid R, Lambert MC, DuPaul GJ. Multi-informant assessment of ADHD symptom-related impairments among children and adolescents. *J Clin Child Adolesc Psychol*. 2017;46(5):661–674. doi:10.1080/15374416.2015.1079781

15. Gajria K, Kosinski M, Sikirica V, et al. Psychometric validation of the Weiss Functional Impairment Rating Scale-Parent Report Form in children and adolescents with attention-deficit/hyperactivity disorder. *Health Qual Life Outcomes*. 2015;13:184. doi:10.1186/s12955-015-0379-1

16. Fabiano GA, Pelham WE, Waschbusch DA, et al. A practical measure of impairment: psychometric properties of the impairment rating scale in samples of children with attention deficit hyperactivity disorder and two school-based samples. *J Clin Child Adolesc Psychol*. 2006;35(3):369–385. doi:10.1207/s15374424jccp3503_3

17. Vazquez AL, Sibley MH, Campez M. Measuring impairment when diagnosing adolescent ADHD: differentiating problems due to ADHD versus other sources. *Psychiatry Res*. 2018;264:407–411. doi:10.1016/j.psychres.2018.03.083

18. Nasser A, Liranso T, Adewole T, et al. A phase III, randomized, placebo-controlled trial to assess the efficacy and safety of once-daily SPN-812 (viloxazine extended-release) in the treatment of attention-deficit/hyperactivity disorder in school-age children. *Clin Ther*. 2020;42(8):1452–1466. doi:10.1016/j.clinthera.2020.05.021

19. Nasser A, Liranso T, Adewole T, et al. A phase 3, placebo-controlled trial of once-daily viloxazine extended-release in adolescents with ADHD. *J Clin Psychopharmacol*. 2021;In press.

20. Nasser A, Liranso T, Adewole T, et al. Once-Daily SPN-812 200 and 400 mg in the treatment of ADHD in school-aged children: a phase III randomized, controlled trial. *Clin Ther*. 2021. doi:10.1016/j.clinthera.2021.01.027

21. Nasser A, Liranso T, Adewole T, et al. A phase 3 placebo-controlled trial of once-daily 400-mg and 600-mg SPN-812 (viloxazine extended-release) in adolescents with ADHD. *Psychopharmacol Bull*. 2021;51(2):43–64.

22. Guy W. *Clinical Global Impression (CGI). Early Clinical Drug Evaluation Unit (ECDEU) Assessment Manual for Psychopharmacology*. Rockville, MD: U.S. Department of Health, Education, and Welfare; Public Health Service, Alcohol, Drug Abuse, and Mental Health Administration; National Institute of Mental Health; Psychopharmacology Research Branch; Division of Extramural Research Programs; 1976:218–222.

23. Michelson D, Allen AJ, Busner J, et al. Once-daily atomoxetine treatment for children and adolescents with attention deficit hyperactivity disorder: a randomized, placebo-controlled study. *Am J Psychiatry*. 2002;159(11):1896–1901. doi:10.1176/appi.ajp.159.11.1896

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 350 of 980

AR1538

24. Kemner JE, Starr HL, Ciccone PE, Hooper-Wood CG, Crockett RS. Outcomes of OROS methylphenidate compared with atomoxetine in children with ADHD: a multicenter, randomized prospective study. *Adv Ther.* 2005;22(5):498–512. doi:10.1007/BF02849870

25. Spencer T, Biederman J, Wilens T, et al. Efficacy of a mixed amphetamine salts compound in adults with attention-deficit/hyperactivity disorder. *Arch Gen Psychiatry.* 2001;58(8):775–782. doi:10.1001/archpsyc.58.8.775

26. Goodman D, Faraone SV, Adler LA, et al. Interpreting ADHD rating scale scores: linking ADHD rating scale scores and CGI levels in two randomized controlled trials of lisdexamfetamine dimesylate in ADHD. *Prim Psychiatry.* 2010;17(3):44–52.

27. Nasser A, Kosheleff AR, Hull JT, et al. Translating ADHD-RS-5 and WFIRS-P effectiveness scores into CGI clinical significance levels in four randomized clinical trials of SPN-812 (viloxazine extended-release) in children and adolescents with ADHD. *J Child Adolesc Psychopharmacol.* 2021;31:214–226. doi:10.1089/ cap.2020.0148

28. Busner J, Targum SD. The clinical global impressions scale: applying a research tool in clinical practice. *Psychiatry (Edgmont).* 2007;4 (7):28–37.

29. Kay SR. Positive-negative symptom assessment in schizophrenia: psychometric issues and scale comparison. *Psychiatr Q.* 1990;61 (3):163–178. doi:10.1007/BF01064966

30. Nasser A, Kosheleff AR, Hull JT, et al. Evaluating the likelihood to be helped or harmed after treatment with viloxazine extended-release in children and adolescents with attention deficit/hyperactivity disorder. *Int J Clin Pract.* 2021;In press.

31. Thompson T, Lloyd A, Joseph A, Weiss M. The Weiss Functional Impairment Rating Scale-Parent Form for assessing ADHD: evaluating diagnostic accuracy and determining optimal thresholds using ROC analysis. *Qual Life Res.* 2017;26(7):1879–1885. doi:10.1007/s11136-017-1514-8

32. Faraone SV, Gomeni R, Hull JT, et al. Early response to SPN-812 (viloxazine extended-release) can predict efficacy outcome in pediatric subjects with ADHD: a machine learning post-hoc analysis of four randomized clinical trials. *Psychiatry Res.* 2021;296:113664. doi:10.1016/j.psychres.2020.113664

*Neuropsychiatric Disease and Treatment*

Dovepress

**Publish your work in this journal**

Neuropsychiatric Disease and Treatment is an international, peer-reviewed journal of clinical therapeutics and pharmacology focusing on concise rapid reporting of clinical or pre-clinical studies on a range of neuropsychiatric and neurological disorders. This journal is indexed on PubMed Central, the 'PsycINFO' database and CAS, and is the official journal of The International Neuropsychiatric Association (INA). The manuscript management system is completely online and includes a very quick and fair peer-review system, which is all easy to use. Visit http://www.dovepress.com/testimonials.php to read real quotes from published authors.

Submit your manuscript here: https://www.dovepress.com/neuropsychiatric-disease-and-treatment-journal

   
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 351 of 980

AR1539

Received: 12 February 2021 | Revised: 16 April 2021 | Accepted: 3 May 2021

DOI: 10.1111/ijcp.14330



ORIGINAL PAPER

Psychiatry

THE INTERNATIONAL JOURNAL OF
CLINICAL PRACTICE WILEY

# Evaluating the likelihood to be helped or harmed after treatment with viloxazine extended-release in children and adolescents with attention-deficit/hyperactivity disorder

Azmi Nasser[1] | Alisa R. Kosheleff[1] | Joseph T. Hull[1] | Tesfaye Liranso[1] |
Peibing Qin[1] | Gregory D. Busse[1] | Maurizio Fava[2] | Vladimir Maletic[3] |
Jonathan Rubin[1] | Frank Lopez[4]

[1]Supernus Pharmaceuticals, Inc., Rockville, MD, USA

[2]Department of Psychiatry, Massachusetts General Hospital, Boston, MA, USA

[3]Department of Psychiatry/Behavioral Science, University of South Carolina School of Medicine, Greenville, SC, USA

[4]Children's Developmental Center, Winter Park, FL, USA

Correspondence
Azmi Nasser, Supernus Pharmaceuticals, Inc. 9715 Key West Avenue, Rockville, MD 20850, USA.
Email: anasser@supernus.com

Funding information
This study was fully sponsored by Supernus Pharmaceuticals, Inc.

## Abstract

**Aims:** When clinicians evaluate potential medications for their patients, they must weigh the probability of a treatment's benefits against the possible risks. To this end, the present analyses evaluate the novel nonstimulant viloxazine extended-release (viloxazine ER) using measures of effect size to describe the potential benefits of its treatment in children and adolescents with attention-deficit/hyperactivity disorder (ADHD) as well as the risk of discontinuation because of intolerable adverse events.

**Methods:** These post hoc analyses use pooled data from four pivotal Phase 3 trials in paediatric patients treated with viloxazine ER. The Likelihood to be Helped or Harmed (LHH) effect size measure was calculated to describe the probability of patients benefiting from treatment vs discontinuing. The Number Needed to Treat (NNT) was calculated from frequently used thresholds of response. The Number Needed to Harm (NNH) was calculated using discontinuations because of adverse events.

**Results:** LHH values for viloxazine ER ranged from 5 to 13, suggesting that subjects were 5-13 times more likely to benefit from, rather than discontinue, viloxazine ER treatment. Specifically, NNT values for viloxazine ER treatment ranged from 6 to 7. NNH values for viloxazine ER treatment ranged from 31 to 74. By convention, single-digit NNTs (<10) suggest the intervention is potentially useful, while NNH values ≥10 for adverse events suggest it is potentially safe or tolerable.

**Conclusions:** These results indicate that patients with ADHD are likely to benefit from treatment with viloxazine ER, and are unlikely to discontinue, as viloxazine ER treatment was associated with favourable LHH, NNT, and NNH values. Clinicaltrials. gov: NCT03247530, NCT03247543, NCT03247517, NCT03247556.

### What's known

Viloxazine extended-release (viloxazine ER) is a novel nonstimulant recently FDA-approved for the treatment of ADHD. Viloxazine ER has been shown to be effective in reducing symptoms

This is an open access article under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs License, which permits use and distribution in any medium, provided the original work is properly cited, the use is non-commercial and no modifications or adaptations are made.
© 2021 Supernus Pharmaceuticals Inc. *International Journal of Clinical Practice* published by John Wiley & Sons Ltd.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 352 of 980

AR1540

of ADHD in children and adolescents by the first week of treatment. Viloxazine ER has a favourable safety and adverse event profile.

### What's new

This analysis describes the clinical relevance of four pivotal Phase 3 trials in paediatric patients with ADHD treated with viloxazine ER, using measures of treatment effect that quantify both the benefits of treatment as well as its risks (defined as discontinuation because of adverse events).

### Message for the Clinic

When considering ADHD treatments for their patients, clinicians must weigh the probability of a treatment's benefits against the potential risks. Ultimately, medications that are effective but poorly tolerated are likely to result in premature treatment cessation and are thus ineffective for the patient in the long term. Based on the results reported here, viloxazine ER may be a viable candidate for the treatment of ADHD because of its favourable efficacy, safety, and tolerability profiles.

## 1 | INTRODUCTION

Attention-deficit/hyperactivity disorder (ADHD) is a neurobehavioural disorder characterised by a pattern of age-inappropriate inattentiveness, hyperactivity, and/or impulsivity that occurs across multiple settings (eg, school, home) and leads to various degrees of impairment.[1,2] Diagnosed in approximately 6.1 million (9.4%) US children and adolescents[3] and 2.5%-4.4% of adults,[4-6] ADHD often persists into adulthood as a chronic, life-long disorder that requires continuous, flexible treatment approaches across the lifespan.[7,8]

Current guidelines for pharmacotherapy recommend stimulants (eg, lisdexamfetamine, methylphenidate) as first-line therapy because of their greater efficacy in improving ADHD symptoms than nonstimulants (for a comprehensive review, see Cortese 2020).[9-12] However, stimulants must be used with caution, or may be contraindicated in patients with marked anxiety or agitation,[13] substance use disorders,[14,15] and bipolar disorder,[16] and are associated with weight loss, decreased appetite, and insomnia.[17,18] Stimulants also carry some risks of serious cardiovascular events[13,16] and have a risk for abuse, misuse, and diversion.[19-21] In children and adolescents for whom stimulant therapy is an option, 20%-30% have an inadequate response.[22] Nonstimulants, while generally less effective and with slower onset of effect than stimulants,[23] tend to have fewer limitations, no significant risk of abuse, misuse, or diversion, and generally lower risk of cardiovascular events in patients with pre-existing risk factors.[24,25]

When considering treatment with any medication, treating clinicians must weigh the potential benefits (ie, response to treatment) against the potential risks (ie, issues with safety and/or tolerability). Functionally, a medication that patients cannot tolerate and will eventually discontinue is of limited utility, even if patients find it beneficial in reducing ADHD symptoms. Likewise, patients, their caregivers, and physicians will have limited utility for a medication

that is well tolerated but does not provide benefit in reducing ADHD symptoms.

To quantify the potential benefits of ADHD treatments, clinical trials in ADHD are increasingly reporting efficacy results as the proportion of subjects having achieved pre-specified criteria of response, commonly based on the ADHD Rating Scale (ADHD-RS) or the Clinical Global Impressions - Improvement scale (CGI-I). Most commonly, the CGI-I (a quick, clinician-friendly assessment of overall change in illness) is used to convey the clinical relevance of a given treatment by reporting the percentage of subjects achieving a CGI-I level of 2 (*much improved*) or 1 (*very much improved*) after treatment, as a CGI-I assessment of *much improved* is conventionally thought to be the threshold indicative of clinically meaningful improvement.[26,27] These analyses can also define responder rates in terms of symptom scales such as the ADHD-RS, using response criteria ranging from 20%[28] to 70%[29] improvement, with 30% being amongst the most frequent percentage cited in the literature.[30-32] Conversely, risks can be quantified in a variety of ways depending on the event of interest (eg, headaches, fatigue, syncope, cardiovascular events, death), or their frequency, intensity, or duration. Ultimately, study discontinuation because of adverse events (AEs) has been proposed and is frequently used as a practical measure of overall tolerability.[33]

Viloxazine extended-release (viloxazine ER) is a bicyclic structurally distinct molecule with demonstrated in vitro activity as a moderate norepinephrine reuptake inhibitor ($IC_{50} = 0.269 \mu M$).[34] In a preclinical rodent model (microdialysis), viloxazine has also been shown to increase norepinephrine, serotonin, and dopamine levels in the prefrontal cortex, a region implicated in ADHD pathophysiology.[34] However, interspecies differences and limitations of this animal model preclude the functional translation of these data into humans. As such, additional research is needed to fully elucidate the mechanism of action of viloxazine ER beyond its noradrenergic activity.[34]

Viloxazine ER has recently been FDA-approved for the treatment of ADHD in children and adolescents under the trade name Qelbree.™ The present post hoc analyses quantify and report the benefits and tolerability of viloxazine ER using data from four Phase 3 studies in children[35,36] and adolescents.[37,38] To this end, we use Likelihood to be Helped or Harmed (LHH) as an overall measure of treatment effects, which succinctly measures the benefit-risk ratio that clinicians, parents/caregivers, and patients must consider when selecting a treatment plan, and its component measures Number Needed to Treat (NNT), which describes the beneficial effect of treatment, and Number Needed to Harm (NNH), a measure of risk, such as discontinuations because of AEs. Unlike traditional measures of effect size such as Cohen's d, which are used to report the benefits of treatment, LHH also describes the risks associated with treatment and was thus selected because of its clinically relevant interpretation.

## 2 | METHODS

### 2.1 | Data sources

These analyses were conducted using pooled data from four pivotal Phase 3 trials assessing the efficacy and safety of viloxazine ER for the treatment of ADHD in children 6-11 years (study P301, NCT03247530[35] and study P303, NCT03247543[36]) and adolescents 12-17 years (study P302, NCT03247517[37] and study P304, NCT03247556[38]) (Table 1). All four trials were randomised, double-blind, placebo-controlled, multicentre, three-arm, parallel-group studies evaluating efficacy and safety of viloxazine ER (a novel non-stimulant with effects on norepinephrine and serotonin[34]) in paediatric patients with ADHD. In each study, symptoms of ADHD were measured according to the diagnostic criteria of the Diagnostic and Statistical Manual, Fifth Edition, and the diagnosis of ADHD was confirmed with the Mini International Neuropsychiatric Interview for Children and Adolescents. All participants were required to have a minimum ADHD-RS (Fifth Edition; ADHD-RS-5) Total score of 28 at screening and baseline, and a minimum CGI-Severity (CGI-S) score of 4 (ie, *moderately ill*) at screening. Subjects were required to refrain from taking any ADHD medication (other than the study medication) starting at least 1 week prior to randomisation and continuing through end-of-study (EOS) or early termination. A trained

investigator/clinician administered the CGI-S at screening only, the ADHD-RS-5 at screening, baseline, and each post-baseline study visit, and the CGI-I at each post-baseline study visit.

Exclusion criteria included a current diagnosis of any major psychiatric disorders (a diagnosis of major depressive disorder was allowed if the subject was free of episodes at the time of screening and for six months prior), major neurological disorders or history of seizure disorder within the immediate family, current evidence of significant systemic disease, and/or evidence of suicidality within 6 months. Other exclusion criteria included a body mass index greater than 95th percentile for age and gender, history of receiving any investigational drug within the longer of 30 days or 5 half-lives prior to Day 1 dosing of viloxazine ER, or any other reason which might have prevented the subject from participating in the study (as determined by the Investigator).

Eligible participants were randomised at baseline in a 1:1:1 ratio to either placebo or one of the two doses of once-daily viloxazine ER as follows: children (6 to 11 years of age) received either 100 or 200 mg in study P301 and either 200 or 400 mg in study P303; adolescents (12 to 17 years of age) received either 200 or 400 mg in study P302 and either 400 or 600 mg in study P304 (Table 1). In P301, all subjects randomised to active treatment took an initial dose of 100 mg viloxazine ER on Week 1. Those subjects that were randomised to the 200 mg viloxazine ER arm were subsequently titrated up to 200 mg on Week 2. In P303, all subjects randomised to active treatment took an initial dose of 100 mg viloxazine ER on Week 1, and then were titrated up to 200 mg on Week 2. Those subjects that were randomised to the 400 mg viloxazine ER arm were subsequently titrated up to 300 mg on Week 3, and then 400 mg on Week 4. In P302, all subjects randomised to active treatment took an initial dose of 200 mg viloxazine ER on Week 1. Those subjects that were randomised to the 400 mg viloxazine ER arm were subsequently titrated up to 400 mg on Week 2. In P304, all subjects randomised to active treatment took an initial dose of 200 mg viloxazine ER on Week 1, and then titrated up to 400 mg on Week 2. Those subjects that were randomised to the 600 mg viloxazine ER arm were subsequently titrated up to 600 mg on Week 3. Regardless of the varied titration periods, subjects in all four studies maintained fixed-target, once-daily dosing for 5 weeks until EOS. The primary endpoint was the change from baseline at EOS in the ADHD-RS-5 Total score, and a key secondary endpoint was the mean CGI-I score at EOS.

**TABLE 1** Summary of Phase 3 clinical trials evaluating viloxazine ER in paediatric populations

| Age group | Children 6-11 years | | Adolescents 12-17 years | |
|---|---|---|---|---|
| Study number | P301[35] | P303[36] | P302[37] | P304[38] |
| N[a] (randomized/completed) | 477 / 399 | 310 / 266 | 313 / 281 | 297 / 276 |
| Viloxazine ER doses (per day) | 100 mg, 200 mg | 200 mg, 400 mg | 200 mg, 400 mg | 400 mg, 600 mg |
| Weeks (t + m) | 6 (1 + 5) | 8 (3 + 5) | 6 (1 + 5) | 7 (2 + 5) |
| End of study assessment | Week 6 (Day 42) | Week 8 (Day 56) | Week 6 (Day 42) | Week 7 (Day 49) |

Abbreviations: ER, extended-release; m, maintenance dosing; t, titration dosing.
[a]N = total number of participants randomized to the study/who completed the study.

The study protocols were approved by Advarra Institutional Review Board (IRB) and conducted in accordance with the Helsinki Declaration and the International Council for Harmonisation Note for Guidance on Good Clinical Practice. Parents or legal guardians provided written informed consent for all study procedures including protocol amendments. All versions of the informed consent were reviewed and approved by the IRB.

## 2.2 | Assessments

### 2.2.1 | ADHD rating scale, Fifth Edition

The ADHD-RS[39,40] is an ADHD-specific rating scale designed and validated to assess current ADHD symptomatology as described in the Diagnostic and Statistical Manual, Fifth edition (DSM-5), currently in its Fifth Edition (ADHD-RS-5), and is a frequently used assessment in ADHD clinical trials. The scale consists of 18 items that directly correspond to the 18 DSM-5 ADHD symptoms, which are further subdivided into two subscales (nine symptoms/items per subscale): Inattention and Hyperactivity/Impulsivity. On the ADHD-RS-5 scale, the individual or caregiver rates the frequency of each symptom or behaviour over the preceding week on a 4-point Likert scale ranging from 0 (no or rare symptoms) to 3 (severe or frequent symptoms). The sum of scores for the 18 items provides the total score (ranging from 0 to 54). In the four Phase 3 trials, a trained investigator/clinician administered and scored the ADHD-RS-5 Home Version Child (P301/P303) or Adolescent (P302/P304) instrument at screening, baseline, and at each weekly post-baseline study visit through to EOS. The present analyses used the ADHD-RS-5 Total score change from baseline, expressed as a percent reduction (ie, improvement) of baseline scores.

### 2.2.2 | Clinical global impressions – improvement

The CGI-I scale is a single-item, stand-alone assessment of a clinician's view of a patient's overall functioning relative to an established baseline. Although the CGI-I is non-specific to any one disease, it is often used to measure the improvement/exacerbation of dysfunction as a result of a psychiatric disorder.[26,41] The CGI-I is rated on a 7-point Likert scale from 1 (*very much improved*) to 7 (*very much worse*), with each score described as *very much improved*, *much improved*, *minimally improved*, *no change*, *minimally worse*, *much worse*, and *very much worse*. After an initial clinical evaluation, considering a patient's symptoms, behaviour, and circumstances, an experienced rater can complete the CGI-I in typically less than a minute. Successful therapy is indicated by a lower overall score in subsequent testing. In each of the four pivotal Phase 3 trials of viloxazine ER, the CGI-I was administered at each weekly post-baseline study visit to EOS (inclusive) to assess ADHD-specific clinical improvement.

## 2.3 | Statistical analyses

The risk-benefit balance of treatment is described by LHH (the ratio of NNH to NNT), which quantifies how much more likely a patient is to encounter a benefit vs harm from treatment, eg, if Drug A has an LHH value of 5, a patient taking Drug A is five times more likely to experience a benefit from treatment rather than harm.[42-44] Thus, larger LHH values are considered more favourable, though specific rubrics for what constitutes a favourable, acceptable, or poor LHH value depends on the specific events in question (ie, an acceptable value describing a side effect of dry mouth will be smaller than that describing death).[42-44] The components of LHH – NNT (which describes clinical treatment benefits) and NNH (which describes risks) – each quantify the likelihood of a response in a given patient by indicating how many patients would need to be treated with Drug A vs Drug B (eg, active vs placebo) in order to achieve one additional outcome of interest, such as a response to treatment (via NNT) or an adverse outcome (via NNH).[42-44]

NNT and NNH values were calculated by first computing the frequency of each event (ie, responses, discontinuations), then calculating the Attributable Risk Reduction (ARR; the difference in rates between the experimental group and the placebo group), and finally taking the inverse of the ARR[42-44]; ie, NNT or NNH = 1/ARR, where ARR = $f_a - f_b$, where $f_a$ = the frequency of events for viloxazine ER, and $f_b$ = the frequency of events for placebo:

$$\frac{1}{f_a - f_b} \tag{1}$$

Confidence intervals were calculated by taking the reciprocals of the values defining the confidence intervals for the ARR.[45] LHH values were calculated as the ratio of NNH over NNT (ie, LHH = NNH/NNT). When calculations resulted in a value other than a whole number, values were rounded to minimise bias and facilitate translation into clinical practice (ie, numbers of whole patients): NNT values were rounded up to the nearest whole number, and NNH and LHH values were rounded down.[45] NNT, NNH, and LHH calculations of values and confidence intervals were performed in SAS (version 9.4). When interpreting NNT, smaller values are more desirable, conveying a bigger difference between Drug A and Drug B.[42-44] Similarly, when comparing across multiple NNT values, smaller values indicate fewer patients need to be treated before one patient responds to treatment.[42-44] Conversely, larger values are desirable for NNH,[42-44] eg, an NNH = 50 would mean that fifty patients need to be treated in order for one patient to experience an adverse outcome (relative to the comparator treatment, eg, placebo). Similarly, larger values are desirable for LHH, indicating a more favourable risk-to-benefit ratio. By convention, single-digit NNTs ($< 10$) suggest the intervention is potentially useful, while NNH values ≥ 10 for adverse, unfavourable outcomes suggest it is potentially safe or tolerable.[42-44] These measures can provide a clinical context to traditional statistical hypothesis testing (which conveys the probability that a treatment effect is not the results of chance, yet says nothing of the clinical significance) by describing the magnitude of the treatment effect.

NNT values were calculated based on the intent-to-treat population (defined as any subject with at least one post-randomisation score), and based on percent responders as defined by four criteria: (a) 30% improvement (ie, reduction from baseline) on the ADHD-RS-5 alone, (b) 50% improvement on the ADHD-RS-5 alone, (c) 30% improvement on the ADHD-RS-5 *or* response on the CGI-I (score of 1 or 2, *very much improved* or *much improved*, respectively), and (d) 50% improvement on the ADHD-RS-5 *or* response on the CGI-I (score of 1 or 2). The 30% response threshold was selected as it is amongst the most commonly cited threshold in ADHD studies,[29,46-49] while the 50% response threshold was selected as it has been shown to be statistically linked with the CGI-I level *much improved* (CGI-I = 2),[50,51] commonly used as the minimum threshold for clinically meaningful change.[26,27] Response data were computed as the percent of subjects (treated with viloxazine ER vs receiving placebo) meeting the threshold for each criterion. NNH values were based on the safety population (defined as any subject having received at least one dose of study medication) using study discontinuation because of AEs, selected as a practical measure of overall tolerability.[33]

## 3 | RESULTS

Demographic characteristics are shown in Table 2.

### 3.1 | Likelihood to be helped or harmed

When using only the ADHD-RS-5 criteria to define treatment responders, the overall LHH value for viloxazine ER was 8 at the 30% improvement level (children = 13, adolescents = 5), and 7 at the

**TABLE 2** Demographic data and baseline characteristics

| N | 761 | 593 |
|---|---|---|
| **BMI** | | |
| Mean ± SD (range) | 17.2 ± 2.3 (12.5-26.3) | 21.3 ± 3.4 (13.5-32.6) |
| **Race, n(%)** | | |
| White | 395 (51.9%) | 364 (61.4%) |
| Black or African American | 326 (42.8%) | 203 (34.2%) |
| Other | 40 (5.3%) | 26 (4.4%) |

*Note:* Based on the intent-to-treat population.

Abbreviations: BMI, body mass index; n, number of subjects with that observation; N, total number of subjects; SD, standard deviation.

50% improvement level (children = 11, adolescents = 5) (Figure 1A). When response was defined by either the ADHD-RS-5 *or* CGI-I ≤ 2 criteria, the overall LHH value for viloxazine ER was 8 (children = 13, adolescents = 5), regardless of whether 30% or 50% thresholds were used (Figure 1B). Table 3 shows the n's associated with these values and NNT/NNH values used to calculate LHH based on only ADHD-RS-5 criteria, and Table 4 shows these values for response defined by either the ADHD-RS-5 or CGI-I.

### 3.2 | Number needed to treat using ADHD-RS-5 criteria

When using only the ADHD-RS-5 criteria to define treatment responders, more subjects treated with viloxazine ER achieved response vs subjects receiving placebo. At the 30% ADHD-RS-5 improvement level, 58.6% of viloxazine ER-treated subjects met the definition of responders, vs 40.7% from the placebo group. When examined by age group, 55.4% of children treated with viloxazine ER responded, vs 37.7% receiving placebo, while 62.8% of adolescents treated with viloxazine ER responded, vs 44.5% receiving placebo. At the 30% response level, the NNT value for viloxazine ER for all groups was 6, regardless of age.

At the 50% ADHD-RS-5 improvement level, 40.7% of viloxazine ER-treated subjects met the definition of responders, vs 24.8% from the placebo group. When examined by age group, 37.3% of children



**FIGURE 1** Likelihood to be helped or harmed. Likelihood to be Helped or Harmed (LHH) based on the rate of discontinuations because of adverse events and (A) ADHD-RS-5 criteria only or (B) either ADHD-RS-5 criteria *or* CGI-I criteria. LHH values under each symbol represent the likelihood of responding to treatment vs discontinuing treatment because of adverse events. ADHD-RS-5, Attention-Deficit Hyperactivity Disorder Rating Scale, Fifth Edition; CGI-I, Clinical Global Impressions – Improvement

**TABLE 3** NNT (based only on ADHD-RS-5 criteria), NNH (based on discontinuations because of adverse events), and LHH

| Subjects | NNT (95% CI) | N for NNT (viloxazine ER, Placebo) | NNH (95% CI) | N for NNH (viloxazine ER, Placebo) | LHH | Studies |
|---|---|---|---|---|---|---|
| 30% Improvement on ADHD-RS-5 | | | | | | |
| All subjects (6-17 y) | 6 (5 to 9) | 902, 452 | 46 (26 to 167) | 925, 463 | 8 | P301, P302, P303, P304 |
| Children (6-11 y) | 6 (4 to 10) | 509, 252 | 74 (−inf to −110) & (+27 to +inf)[a] | 522, 262 | 13 | P301 & P303 |
| Adolescents (12-17 y) | 6 (4 to 10) | 393, 200 | 31 (18 to 88) | 403, 201 | 5 | P302 & P304 |
| 50% Improvement on ADHD-RS-5 | | | | | | |
| All subjects (6-17 y) | 7 (5 to 10) | 902, 452 | 46 (26 to 167) | 925, 463 | 7 | P301, P302, P303, P304 |
| Children (6-11 y) | 7 (5 to 11) | 509, 252 | 74 (−inf to −110) & (+27 to +inf)[a] | 522, 262 | 11 | P301 & P303 |
| Adolescents (12-17 y) | 7 (5 to 13) | 393, 200 | 31 (18 to 88) | 403, 201 | 5 | P302 & P304 |

*Note:* Abbreviations: ADHD-RS-5, Attention-Deficit Hyperactivity Disorder Rating Scale, Fifth Edition; CI, confidence interval; ER, extended-release; inf, infinity; LHH, likelihood to be helped or harmed; N, number of subjects; NNH, number needed to harm; NNT, number needed to treat.
[a]The ARR value and CI for children is 1.35 (−0.90 to 3.59). When the ARR CI includes zero, this results in an NNT CI that contains two ranges of numbers: a negative value to negative infinity, and a positive value to positive infinity,[45,52,53] and suggests there exists no difference in event rates between patients treated with viloxazine ER and placebo.

**TABLE 4** NNT (based on either ADHD-RS-5 *or* CGI-I criteria), NNH (based on discontinuations because of adverse events), and LHH

| Subjects | NNT (95% CI) | N for NNT (viloxazine ER, placebo) | NNH (95% CI) | N for NNH (viloxazine ER, placebo) | LHH | Studies |
|---|---|---|---|---|---|---|
| 30% Improvement on ADHD-RS-5 *or* CGI-I ≤ 2 | | | | | | |
| All Subjects (6-17 y) | 6 (5 to 8) | 902, 452 | 46 (26 to 167) | 925, 463 | 8 | P301, P302, P303, P304 |
| Children (6-11 y) | 6 (4 to 9) | 509, 252 | 74 (−inf to −110) & (+27 to +inf)[a] | 522, 262 | 13 | P301 & P303 |
| Adolescents (12-17 y) | 6 (4 to 10) | 393, 200 | 31 (18 to 88) | 403, 201 | 5 | P302 & P304 |
| 50% Improvement on ADHD-RS-5 *or* CGI-I ≤ 2 | | | | | | |
| All Subjects (6-17 y) | 6 (5 to 8) | 902, 452 | 46 (26 to 167) | 925, 463 | 8 | P301, P302, P303, P304 |
| Children (6-11 y) | 6 (4 to 9) | 509, 252 | 74 (−inf to −110) & (+27 to +inf)[a] | 522, 262 | 13 | P301 & P303 |
| Adolescents (12-17 y) | 6 (4 to 10) | 393, 200 | 31 (18 to 88) | 403, 201 | 5 | P302 & P304 |

Abbreviations: ADHD-RS-5, Attention-Deficit Hyperactivity Disorder Rating Scale, Fifth Edition; CGI-I, Clinical Global Impressions – Improvement scale; CI, confidence interval; ER, extended-release; inf, infinity; LHH, likelihood to be helped or harmed; N, number of subjects with that observation; NNH, number needed to harm; NNT, number needed to treat.
[a]The ARR value and CI for children is 1.35 (−0.90 to 3.59). When the ARR CI includes zero, this results in an NNT CI that contains two ranges of numbers: a negative value to negative infinity, and a positive value to positive infinity,[45,52,53] and suggests there exists no difference in event rates between patients treated with viloxazine ER and placebo.

treated with viloxazine ER responded, vs 21.4% receiving placebo, while 45.0% of adolescents treated with viloxazine ER responded, vs 29.0% receiving placebo. At the 50% response level, the NNT value for viloxazine ER for all groups was 7, regardless of age. These NNT values and the 95% confidence intervals based only on ADHD-RS-5 criteria are shown in Figure 2A and Table 3.

## 3.3 | Number needed to treat using either ADHD-RS-5 or CGI-I criteria

When using either ADHD-RS-5 or CGI-I ≤ 2 response criteria at EOS, more subjects treated with viloxazine ER achieved response vs

subjects receiving placebo. Using 30% ADHD-RS-5 improvement or CGI-I ≤ 2 response criteria, 61.9% of viloxazine ER subjects met the definition of responders, vs 43.1% from the placebo group. When examined by age group, 59.5% of children treated with viloxazine ER responded, vs 40.9% receiving placebo, while 64.9% of adolescents treated with viloxazine ER responded, vs 46.0% receiving placebo. At this response level, the overall NNT value for viloxazine ER was 6 (regardless of age).

Using 50% ADHD-RS-5 improvement or CGI-I ≤ 2 response criteria at EOS, 53.3% of viloxazine ER subjects met the definition of responders, vs 34.7% from the placebo group. When examined by age, 51.9% of children treated with viloxazine ER responded, vs 33.3% receiving placebo, while 55.2% of adolescents treated





**FIGURE 3** Number needed to harm. Number Needed to Harm (NNH; ± 95% confidence intervals) based on the rate of discontinuations because of adverse events. NNH values represent the number of patients who need to be treated before one patient discontinues treatment because of adverse events. Confidence intervals for NNH values that are not statistically significant (ie, Children, blue square) contain two ranges of numbers: negative infinity to a negative value (ie, −infinity to −110), and a positive value to positive infinity (ie, +27 to +infinity), and suggest that there exists no difference in event rates between patients treated with viloxazine ER and placebo. NNH values are to the left of each symbol, 95% upper- and lower-bound confidence intervals are to the right

**FIGURE 2** Number needed to treat. Number Needed to Treat (NNT; ± 95% confidence intervals) based on (A) ADHD-RS-5 criteria only or (B) either ADHD-RS-5 criteria *or* CGI-I criteria. NNT values under each symbol represent the number of patients who need to be treated before one patient responds. ADHD-RS-5, Attention-Deficit Hyperactivity Disorder Rating Scale, Fifth Edition; CGI-I, Clinical Global Impressions − Improvement

with viloxazine ER responded, vs 36.5% receiving placebo. At this response level, the overall NNT value for viloxazine ER was also 6 (regardless of age). These NNT values and the 95% confidence intervals based on either ADHD-RS-5 or CGI-I criteria are shown in Figure 2B and Table 4.

## 3.4 | Number needed to harm using discontinuations because of adverse events

Averaging across all four studies, discontinuations because of AEs occurred in 3.5% of subjects treated with viloxazine ER, and 1.3% of subjects receiving placebo. When examined by age group, discontinuations because of AEs were reported by 3.3% of children treated with viloxazine ER, and 1.9% of children receiving placebo. Similarly, discontinuations because of AEs were reported by 3.7% of adolescents treated with viloxazine ER, and 0.5% of adolescents receiving placebo. The overall NNH value for viloxazine ER was 46 (children = 74, adolescents = 31). The NNH values and 95% confidence intervals are shown in Figure 3 and Tables 3 and 4.

## 4 | DISCUSSION

The present post hoc analyses describe the results of four piv- otal Phase 3 trials using the standardised measures LHH, NNT,

and NNH. Across these Phase 3 studies (randomised N = 1,397), three of the four trials resulted in statistically significant improve- ments (vs placebo) on the primary endpoint (the change from baseline in ADHD-RS-5 Total score), as quickly as within one week of treatment.[35-37] When analysed by response rates, ie, the per- centage of subjects achieving 50% or more improvement on the ADHD-RS-5 (a key secondary endpoint), significantly more sub- jects treated with viloxazine ER improved (relative to participants receiving placebo).[35-37]

Based on response rates from these studies and the low rate of dropouts because of AEs (3.5% in the viloxazine ER group, vs 1.3% in the placebo group, averaged across all four studies), the pres- ent analyses report favourable LHH values that support the use of viloxazine ER in reducing ADHD symptoms, with a relatively low risk of discontinuing the drug. The large LHH values reported here (Figure 1) suggest patients are 5 to 13 times more likely to bene- fit from viloxazine ER than discontinue because of AEs (a common proxy for tolerability[33]). Specifically, the NNT values (Figure 2) for viloxazine ER (ranging from 6 to 7) fall within the convention of NNT <10 for a potentially useful intervention.[43,44] This was true for all analysis pools, ie, both age groups had NNT values indicative of potentially useful treatment.

When interpreting NNT or NNH, the ARR value (the inverse of which is taken to compute NNT/NNH, see Equation 1, *Methods*) of the drug is considered statistically significant from the comparator (in this analysis, placebo) if both ends of the 95% confidence interval are positive or both ends are negative; if the ARR confidence inter- val includes zero, the value is not considered statistically significant

from its comparator.[45,52,53] For all groups analysed (children, adolescents, and overall), all NNT 95% confidence intervals were positive (Figure 2), suggesting that the NNT values were statistically significant; in other words, the rates of response for participants treated with viloxazine ER were significantly different from those receiving placebo, consistent with reports from these data using traditional statistical hypothesis testing.[35-37]

Similarly, NNH values (ranging from 31 to 74; Figure 3) measuring overall tolerability are well beyond the conventional threshold of NNH ≥10 for a potentially tolerable intervention.[43,44] Using the overall data (overall NNH = 46, with a confidence interval spanning 26 to 167), this suggests that a clinician will have to treat 46 patients on average before one patient discontinues because of an AE, indicating that this treatment is likely to be very well tolerated.[43,44] On this measure, modest differences between age groups were detected, as fewer discontinuations because of AEs were reported by children treated with viloxazine ER (3.3%, vs placebo = 1.9%) than by adolescents (3.7%, vs placebo = 0.5%). These differences—with the children's NNH value double that of the adolescents—are not likely to be clinically significant given the large overlap described by the 95% confidence intervals.

Interestingly, amongst children, the ARR value for discontinuations because of AEs was 1.35, with a confidence interval spanning −0.90 to 3.59. As described above, when the confidence interval for the ARR value includes zero, the value is not considered statistically significant from its comparator. Because NNT and NNH values are the inverse of the ARR (see Equation 1, *Methods*), when converting a confidence interval which includes zero to confidence intervals for NNT or NNH values, this results in a confidence interval with two ranges: a positive value to positive infinity and a negative value to negative infinity.[45,52,53] As such, the NNH value for the children in the present analysis includes two ranges: +27 to +infinity, and −110 to −infinity (Figure 3), suggesting that the event rate of the drug is not considered statistically significant from its comparator (here, placebo).[45,52,53] The confidence interval describing the range for the children's NNH value, therefore, can be interpreted to mean that the rate of AE-driven discontinuations between children treated with viloxazine ER and those receiving placebo was not significantly different.

The use of LHH to guide treatment decisions is likely to be more informative to clinicians than traditional measures of effect size, such as Cohen's d, odds ratios, or even NNT alone; as a measure of a treatment's *overall* effect, LHH quantifies the potential benefits *and* risks associated with a treatment, whereas traditional measures of effect size generally describe only the potential benefits. If exclusively considering a treatment's efficacy, clinicians may not fully consider the event rates of risks such as adverse events, safety considerations, or tolerability implications. The analyses here describe, in clinically relevant terms, how treatment with viloxazine ER is likely to affect individuals with ADHD with regard to clinical benefits *and* tolerability, which may help clinicians select a therapy that is both effective and unlikely to be prematurely discontinued.

Accordingly, data from randomised clinical trials (like those reported here) can be complemented by real-world data from observational studies, providing clinicians with additional information on a medication's impact on patients. Such data can provide evidence of a medication's efficacy or safety on additional measures not easily captured during short-term treatment (eg, infrequent events not likely to occur in short time frames, such as a reduction of risk of injuries[54]). Importantly, the LHH, NNT, and NNH values reported here were relatively consistent—regardless of how the response was defined, or which age group was analysed—suggesting that these data are likely to accurately represent the true effect in the population.

## 4.1 | Identifying clinically relevant improvement

Previous reports[35-37] from three of these Phase 3 trials have demonstrated that treatment with viloxazine ER significantly reduces ADHD symptoms and improves overall functioning vs placebo in children and adolescents. Like all statistical hypothesis testing, these significant results demonstrate the low likelihood of these effects occurring by chance, yet do not fully describe the clinical relevance or the potential clinical impact on patients. To identify which response thresholds might be most indicative of meaningful clinical improvement, recent analyses linking the ADHD-RS with the CGI-I scale[50,51] found that the commonly used 30% criteria threshold[29,46-49] was linked with *minimally improved* on the CGI-I (associated with no clinically meaningful reduction of symptoms and very little change in functioning[26,27]), while an improvement of 50% on the ADHD-RS was linked with *much improved*, which is typically assumed to be the threshold for clinically meaningful change.

Binary responder/non-responder efficacy results based on these or similar criteria lend themselves well to the measures NNT and NNH, clinically meaningful effect size measures which describe the results of a clinical trial in terms of the numbers of patients a clinician can expect to treat before one patient experiences the event of interest (eg, responds to therapy, drops out of treatment) vs a comparator treatment such as placebo. Regardless of which response criteria were used (ie, 30% or 50% improvement on the ADHD-RS-5 or CGI-I ≤ 2), all viloxazine ER NNT values for children and adolescents were smaller than 10 (Figure 2), the conventional threshold for a potentially beneficial intervention.[43]

## 4.2 | Medication discontinuation as an impediment to treatment

ADHD is a potentially lifelong disorder that is known to persist into adulthood,[7,8] yet several studies have reported medication discontinuation rates that are significantly higher than the relative rates of reported ADHD symptoms and diagnosis,[55-57] suggesting that many patients may be terminating treatment prematurely. While a variety of factors can cause a patient to discontinue treatment, intolerable AEs are consistently amongst the most cited reasons,[58] and present significant challenges to therapy. Although treatment

discontinuation rates in clinical trials tend to be lower than those in population-based studies (likely because clinical trials carefully select, monitor, and support patients throughout the study),[59] low early trial terminations as a result of AEs can indicate the likelihood that patients will continue treatment over the long term vs discontinuing prematurely.

The present analyses describe the likelihood of AE-induced treatment terminations using the effect size measure NNH. Using this measure, viloxazine ER had an overall NNH value of 46 (Figure 3), which exceeded the conventional NNH ≥10 threshold (indicating a potentially favourable tolerability profile), suggesting that a clinician would have to treat 46 patients with viloxazine ER before one patient found the medication intolerable. Because retrospective or longitudinal analyses tend to find higher rates of medication cessation than clinical trials,[59] these discontinuation rates—which are exclusively from randomised clinical trials—are likely to be an underestimation of the true frequency in clinical practice. This likely underestimation further emphasises the need to consider discontinuations as a barrier to treatment.

## 4.3 | Conclusions

Amongst children and adolescents with ADHD, treatment with viloxazine ER was associated with favourable LHH values, describing a medication that is likely to be clinically effective in treating ADHD symptoms and unlikely to result in premature medication cessation because of intolerability. Further, these analyses describe, in clinically relevant terms, how treatment with viloxazine ER is likely to affect patients and may help guide clinicians in understanding the potential impact of viloxazine ER treatment in patients (6-17 years of age) with ADHD. Although LHH is relatively simple to calculate from dichotomous data, an overwhelming majority of clinical trials fail to report it. In fact, many published NNT values are calculated during secondary meta-analyses (such as these analyses of stimulants[60] and atomoxetine[61]), rather than the original clinical trial reports. We believe reporting the LHH value resulting from clinical trials would increase the translational value of such studies and the clinical relevance for physicians, researchers, and patients alike, and we encourage authors to do so in their future studies.

## DISCLOSURES

A Nasser, AR Kosheleff, T Liranso, P Qin, JT Hull, GD Busse, and J Rubin are employees of Supernus Pharmaceuticals, Inc For a list of M Fava's lifetime disclosures, please see this link. V Maletic is an employee of the University of South Carolina School of Medicine. He is a consultant for ACADIA Pharmaceuticals Inc; Alfasigma USA, Inc; Alkermes, Inc; Allergan; Eisai-Purdue; Intra-Cellular Therapies; Janssen; H. Lundbeck A/S; Otsuka America Pharmaceutical, Inc; Sage Pharmaceuticals; Sunovion Pharmaceuticals Inc; Supernus Pharmaceuticals, Inc; and Takeda Pharmaceutical Company Limited. He serves on the speakers' bureau of ACADIA Pharmaceuticals Inc; Alkermes, Inc; Allergan; Ironshore; Intra-Cellular; Janssen; H. Lundbeck A/S; Otsuka America Pharmaceutical, Inc; Sunovion Pharmaceuticals Inc; and Takeda Pharmaceutical Company Limited; and his spouse serves on the speakers' bureau of Otsuka America Pharmaceutical, Inc F Lopez has served as a consultant to and received speaker fees and/or research support from Eli Lilly, GSK, Ironshore, Neos, Novartis, Noven, Pfizer, Shire, Sunovion, Supernus, and Tris.

## DATA AVAILABILITY STATEMENT

The data are not available in a repository, but reasonable requests can be directed to anasser@supernus.com.

## ORCID

*Alisa R. Kosheleff* 🔟 https://orcid.org/0000-0002-5738-7221

## REFERENCES

1. Singh A, Yeh CJ, Verma N, et al. Overview of attention deficit hyperactivity disorder in young children. *Health Psychol Res*. 2015;3:23-35.
2. Adesman AR. The diagnosis and management of attention-deficit/hyperactivity disorder in pediatric patients. *Prim Care Companion J Clin Psychiatry*. 2001;3:66-77.
3. Danielson ML, Bitsko RH, Ghandour RM, et al. Prevalence of parent-reported ADHD diagnosis and associated treatment Among U.S. children and adolescents, 2016. *J Clin Child Adolesc Psychol*. 2018;47(2):199–212.
4. Simon V, Czobor P, Balint S, et al. Prevalence and correlates of adult attention-deficit hyperactivity disorder: meta-analysis. *Br J Psychiatry*. 2009;194:204-211.
5. Kessler RC, Adler LA, Barkley R, et al. The prevalence and correlates of adult ADHD in the United States: results from the national comorbidity survey replication. *Am J Psychiatry*. 2006;163:716-723.
6. Polanczyk GV, de Lima MS, Horta BL, et al. The Worldwide Prevalence of ADHD: a systematic review and metaregression analysis. *Am J Psychiatry*. 2007;164:942-948.
7. Turgay A, Goodman DW, Asherson P, et al. Lifespan persistence of ADHD: the life transition model and its application. *J Clin Psychiatry*. 2012;73:192-201.
8. Wilens T, Biederman J, Spencer T. Attention deficit/hyperactivity disorder across the lifespan. *Annu Rev Med*. 2002;53:113-131.
9. Cortese S. Pharmacologic treatment of attention deficit-hyperactivity disorder. *N Engl J Med*. 2020;383:1050-1056.
10. Adler LA, Reingold LS, Morrill MS, et al. Combination pharmacotherapy for adult ADHD. *Current Psychiatry Reports*. 2006;8:409-415.
11. Molife C, Bernauer MJ, Farr AM, et al. Combination therapy patterns and predictors of ADHD in commercially insured and Medicaid populations. *Postgrad Med*. 2012;124:7-22.
12. Wilens T, Spencer T, Biederman J, et al. Combined pharmacotherapy: an emerging trend in pediatric psychopharmacology. *J Am Acad Child Adolesc Psychiatry*. 1995;34:110-112.
13. Concerta (Methylphenidate HCL) Extended Release [package insert]. Titusville, NJ: Janssen Pharmaceuticals, Inc.; 2017.
14. Biederman J, Wilens T, Mick E, et al. Psychoactive substance use disorders in adults with attention deficit hyperactivity disorder (ADHD): effects of ADHD and psychiatric comorbidity. *Am J Psychiatry*. 1995;152:1652-1658.
15. Wilens T. Impact of ADHD and its treatment on substance abuse in adults. *J Clin Psychiatry*. 2004;65:38-45.
16. Vyvanse (Lisdexamfetamine Dimesylate) [package insert]. Lexington, MA: Shire US Inc.; 2017.

17. Nafees B, Setyawan J, Lloyd A, et al. Parent preferences regarding stimulant therapies for ADHD: a comparison across six European countries. *Eur Child Adolesc Psychiatry*. 2014;23:1189-1200.

18. Efron D, Jarman F, Barker M. Side effects of methylphenidate and dexamfetamine in children with attention deficit hyper- activity disorder: a double-blind, crossover trial. *Pediatrics*. 1997;100:662-666.

19. Clemow DB, Walker DJ. The potential for misuse and abuse of med- ications in ADHD: a review. *Postgrad Med*. 2014;126:64-81.

20. Clemow DB. Misuse of methylphenidate. *Curr Top Behav Neurosci*. 2017;34:99-124.

21. Wilens TE, Adler LA, Adams J, et al. Misuse and diversion of stimu- lants prescribed for ADHD: a systematic review of the literature. *J Am Acad Child Adolesc Psychiatry*. 2008;47:21-31.

22. Spencer T, Biederman J, Wilens T, et al. Pharmacotherapy of attention-deficit hyperactivity disorder across the life cycle. *J Am Acad Child Adolesc Psychiatry*. 1996;35:409-432.

23. Faraone SV, Glatt SJ. A comparison of the efficacy of medications for adult attention-deficit/hyperactivity disorder using meta- analysis of effect sizes. *J Clin Psychiatry*. 2010;71:754-763.

24. Strattera (Atomoxetine) [prescribing information]. Indianapolis, IN: Eli Lilly and Company, LLC; 2017.

25. Intuniv (Guanfacine Extended-Release) [prescribing information]. Lexington, MA: Shire US Inc.; 2016.

26. Busner J, Targum SD. The Clinical Global Impressions Scale: ap- plying a research tool in clinical practice. *Psychiatry (Edgmont)*. 2007;4:28-37.

27. Kay SR. Positive-negative symptom assessment in schizophrenia: psy- chometric issues and scale construction. *Psychiatr Q*. 1990;61:163-178.

28. Weiss M, Tannock R, Kratochvil C, et al. A randomized, placebo- controlled study of once-daily atomoxetine in the school set- ting in children with ADHD. *J Am Acad Child Adolesc Psychiatry*. 2005;44:647-655.

29. Kemner JE, Starr HL, Ciccone PE, et al. Outcomes of OROS meth- ylphenidate compared with atomoxetine in children with ADHD: a multicenter, randomized prospective study. *Adv Ther. Sep-Oct*. 2005;22:498-512.

30. Huss M, Sikirica V, Hervas A, et al. Guanfacine extended release for children and adolescents with attention-deficit/hyperactiv- ity disorder: efficacy following prior methylphenidate treatment. *Neuropsychiatr Dis Treat*. 2016;112:1085-1101.

31. Stein MA, Sikirica V, Weiss MD, et al. Does guanfacine extended release impact functional impairment in children with attention- deficit/hyperactivity disorder? Results from a randomized con- trolled trial. *CNS Drugs*. 2015;29:953-962.

32. Biederman J, Krishnan S, Zhang Y, et al. Efficacy and tolerability of lisdexamfetamine dimesylate (NRP-104) in children with attention- deficit/hyperactivity disorder: a phase III, multicenter, random- ized, double-blind, forced-dose, parallel-group study. *Clin Ther*. 2007;29:450-463.

33. Gao K, Kemp DE, Fein E, et al. Number needed to treat to harm for discontinuation due to adverse events in the treatment of bi- polar depression, major depressive disorder, and generalized anxiety disorder with atypical antipsychotics. *J Clin Psychiatry*. 2011;72:1063-1071.

34. Yu C, Garcia-Olivares J, Candler S, et al. New insights into the mechanism of action of viloxazine: Serotonin and norepinephrine modulating properties. *J Exp Pharmacol*. 2020;12:285-300.

35. Nasser A, Liranso T, Adewole T, et al. A phase 3, randomized, placebo-controlled trial to assess the efficacy and safety of once- daily SPN-812 (viloxazine extended release) in the treatment of ADHD in school-age children. *Clin Ther*. 2020;42:1452-1466.

36. Nasser A, Liranso T, Adewole T, et al. Once-daily SPN-812 200 and 400 mg in the treatment of ADHD in school-aged children: a

phase III randomized, controlled trial. *Clin Ther*. 2021. [Epub ahead of print].

37. Nasser A, Liranso T, Adewole T, et al. A Phase 3, placebo-controlled trial of once-daily viloxazine extended-release in adolescents with ADHD. *J Clin Psychopharmacol*. In press. [Epub ahead of print].

38. Nasser A, Liranso T, Adewole T, et al. A phase 3 placebo-controlled trial of once-daily 400-mg and 600-mg SPN-812 (Viloxazine Extended-Release) in Adolescents with ADHD. *Psychopharm Bul*. 2021;51:43-64.

39. Faries DE, Yalcin I, Harder D, et al. Validation of the ADHD Rating Scale as a clinician administered and scored instrument. *J Attention Disorders*. 2001;5:107-115.

40. DuPaul GJ, Power TJ, Anastopoulos AD, et al. ADHD Rating Scale-5 for Children and Adolescents: Checklists, Norms, and Clinical Interpretation. Guilford Publications, 2016.

41. Guy W. ECDEU assessment manual for psychopharmacology. U.S. Department of Health, Education, and Welfare, Public Health Service, Alcohol, Drug Abuse, and Mental Health Administration, National Institute of Mental Health, Psychopharmacology Research Branch, Division of Extramural Research Programs. 1976.

42. Hoffman JIE. *Odds Ratio, Relative Risk, Attributable Risk, and Number Needed to Treat. Biostatistics for Medical and Biomedical Practitioners*, 2nd edn. Amsterdam, Netherlands: Elsevier Science; 2015.

43. Citrome L, Ketter TA. When does a difference make a differ- ence? Interpretation of number needed to treat, number needed to harm, and likelihood to be helped or harmed. *Int J Clin Pract*. 2013;67:407-411.

44. Citrome L. Compelling or irrelevant? Using number needed to treat can help decide. *Acta Psychiatr Scand*. 2008;117:412-419.

45. Altman DG. Confidence intervals for the number needed to treat. *BMJ*. 1998;317:1309-1312.

46. Michelson D, Allen AJ, Busner J, et al. Once-daily atomoxetine treatment for children and adolescents with attention deficit hy- peractivity disorder: a randomized, placebo-controlled study. *Am J Psychiatry*. 2002;159:1896-1901.

47. Kelsey D, Sumner CR, Casat CD, et al. Once-daily atomoxetine treatment for children with attention-deficit/hyperactivity disor- der, including an assessment of evening and morning behavior: a double-blind, placebo-controlled trial. *Pediatrics*. 2004;113:e1-e8.

48. Spencer T, Biederman J, Wilens T, et al. Efficacy of mixed amphet- amine salts compound in adults with attention-deficit/hyperactiv- ity disorder. *Arch Gen Psychiatry*. 2001;58:775-782.

49. Steele M, Jensen PS, Quinn DMP. Remission versus response as the goal of therapy in ADHD: a new standard for the field? *Clin Ther*. 2006;28:1892-1908.

50. Nasser A, Kosheleff AR, Hull JT, et al. Translating attention-deficit/ hyperactivity disorder rating scale-5 and weiss functional impair- ment rating scale-parent effectiveness scores into clinical global impressions clinical significance levels in four randomized clinical trials of SPN-812 (Viloxazine Extended-Release) in children and adolescents with attention-deficit/hyperactivity disorder. *J Child Adolesc Psychopharmacol*. 2021;31:214–226.

51. Goodman DW, Faraone SV, Adler LA, et al. Interpreting ADHD rat- ing scale scores: linking ADHD rating scale scores and cgi levels in two randomized controlled trials of lisdexamfetamine dimesylate in ADHD. *Primary Psychiatry*. 2010;17:44-52.

52. Citrome L. Can you interpret confidence intervals? It's not that dif- ficult. *Curr Psychiatry*. 2007;6:77-82.

53. Bender R. Calculating confidence intervals for the number needed to treat. *Control Clin Trials*. 2001;22:102-110.

54. Ghirardi L, Larsson H, Chang Z, et al. Attention-deficit/hy- peractivity disorder medication and unintentional injuries in children and adolescents. *J Am Acad Child Adolesc Psychiatry*. 2020;59:944-951.

55. Zetterqvist J, Asherson P, Halldner L, et al. Stimulant and non-stimulant attention deficit/hyperactivity attention drug use: total population study of trends and discontinuation patterns 2006–2009. *Acta Psychiatr Scand*. 2013;128:70-77.

56. McCarthy S, Asherson P, Coghill D, et al. Attention-deficit hyperactivity disorder: treatment discontinuation in adolescents and young adults. *Br J Psychiatry*. 2009;194:273-277.

57. Wong I, Asherson P, Bilbow A, et al. Cessation of attention deficit hyperactivity disorder drugs in the young (CADDY)-pharmacoepidemiological and qualitative study. *Health Technol Assess*. 2009;13:1-144.

58. Gajria K, Lu M, Sikirica V, et al. Adherence, persistence, and medication discontinuation in patients with attention-deficit/hyperactivity disorder - a systematic literature review. *Neuropsychiatr Dis Treat*. 2014;10:1543-1569.

59. Miller AR, Lalonde CE, McGrail KM. Children's persistence with methylphenidate therapy: a population-based study. *Can J Psychiatry*. 2004;49:761-768.

60. Faraone SV, Buitelaar J. Comparing the efficacy of stimulants for ADHD in children and adolescents using meta-analysis. *Eur Child Adolesc Psychiatry*. 2010;19:353-364.

61. Schwartz S, Correll CU. Efficacy and safety of atomoxetine in children and adolescents with attention-deficit/hyperactivity disorder: results from a comprehensive meta-analysis and metaregression. *J Am Acad Child Adolesc Psychiatry*. 2014;53:174-187.

**How to cite this article:** Nasser A, Kosheleff AR, Hull JT, et al. Evaluating the likelihood to be helped or harmed after treatment with viloxazine extended-release in children and adolescents with attention-deficit/hyperactivity disorder. *Int J Clin Pract*. 2021;00:e14330. https://doi.org/10.1111/ijcp.14330


January 17, 2022

Dear Tricare Uniform Formulary Beneficiary Advisory Panel members:

We understand that your group has reviewed our product Qelbree™ (viloxazine-extended release capsules) and based on our analysis of your review we would like to share some differences between Qelbree and other nonstimulants including Strattera based on indirect comparisons of clinical and scientific data. We believe these differences are important in highlighting areas where Qelbree's safety profile and onset of action in reducing ADHD symptoms differentiates from Strattera.

<u>**Qelbree™ (viloxazine extended-release capsules)**</u>

*Refer to complete Prescribing Information: https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=aedf408d-0f84-418d-9416-7c39ddb0d29a*

**WARNING: SUICIDAL THOUGHTS AND BEHAVIORS In clinical studies, higher rates of suicidal thoughts and behaviors were reported in pediatric patients with ADHD treated with Qelbree than in patients treated with placebo. Closely monitor all Qelbree-treated patients for clinical worsening and for emergence of suicidal thoughts and behaviors.**

- **There have been <u>no</u> head-to-head studies comparing Qelbree and other nonstimulants including Strattera.**
- While there are (31) drugs approved for the treatment of ADHD, all but 3 are formulations of just 2 stimulant molecules, methylphenidate and amphetamine.[1]

- The diagnosis of ADHD in children is complex, and patients require more than just new stimulant delivery systems. Moreover, there are only 3 other FDA approved nonscheduled options, two of which have similar mechanisms of action. What is needed are additional nonscheduled options such as Qelbree.[2]

- Whether for considerations of stimulant abuse and diversion, patient intolerance to stimulants or nonstimulants, or inability to swallow pills, Qelbree offers an important option for the treatment of ADHD.[2-5] Data support that treating ADHD with medication is a protective factor against the development of substance use disorders (SUD).[6] We recognize that data showing reduction of SUD is primarily from evaluation of stimulants. Qelbree, as a nonscheduled option, reduces ADHD symptoms and may act as a protective factor against development of SUD. Lastly, we know that 52% of pediatric and adolescent patients have engaged in one of three forms of diversion of stimulants, which may be an additional consideration for adding another nonscheduled option to the category.[7]

- Qelbree is a new chemical entity (NCE), nonscheduled, once-daily medication approved by the FDA for the treatment of Attention Deficit Hyperactivity Disorder (ADHD) in patients 6-17 years of age.[2]
- This new molecular entity (NME) is the first NME approved for ADHD in over 10 years.[2,8]



- The mechanism of action of viloxazine in the treatment of ADHD is unclear; however, it is thought to be through inhibiting the reuptake of norepinephrine. Additional data from animal models and *in vitro* research suggests that viloxazine increases dopamine, norepinephrine, and serotonin in the prefrontal cortex. The increase in serotonin is not through reuptake inhibition, but through other mechanisms under furthered investigation. Data from animal studies may not be predictive of a mechanism for treating ADHD in humans. This combined pharmacology makes viloxazine distinct from any FDA approved medication used to treat ADHD.[2,8]

- Patients receiving certain dosages of Qelbree demonstrated statistically significant improvement (ADHD-RS-5 scale) in ADHD symptoms occurring as early as week 1 that continued to the end of the clinical studies. Clinical Global Impression-Improvement scores also showed statistically significant early improvement that continued through end of clinical studies. Other ADHD nonscheduled medicines such as Strattera may take a median time to improvement of 4 weeks after treatment initiation; at least 12 weeks to full response; and 14.3 weeks to remission.[2,8,9-11, 14-20]

- The most common adverse reactions (≥ 5% and at least twice the rate of placebo for any dose) were somnolence, decreased appetite, fatigue, nausea, vomiting, insomnia, and irritability.[2]

- Qelbree is contraindicated with monoamine oxidase inhibitors and sensitive CYP1A2 substrates or CYP1A2 substrates with a narrow therapeutic range.[2]

- Warnings and Precautions with Qelbree: possible effect on blood pressure and heart rate; activation of mania or hypomania; potential somnolence and fatigue.[2]

- <u>Additional clinical data that indirectly highlight areas unique to Qelbree that differentiate it from Strattera</u>:
  - ➢ No evidence of hepatic injury as evidenced by minimal AST and ALT elevations in liver enzymes across all trials. No Drug-Induced Liver Injury (DILI). [2,10] There is a warning/precaution for severe liver injury with Strattera.[13]
  - ➢ Qelbree has multiple metabolic routes of elimination and is unlikely to have an interaction with other drugs metabolized by CYP2D6.[2] Strattera has a warning/precaution for concomitant use with potent CYP2D6 inhibitors.[13]
  - ➢ ~10% of the patient population has a polymorphism at the CYP2D6 enzyme. Phenotypic CYP2D6 metabolizer status appears to have only a minimal impact on Qelbree metabolism with only a 1.5-fold increase in poor metabolizers vs. extensive metabolizers.[2,10] Poor metabolizers using Strattera may have a 10-fold higher AUC and a 5-fold higher Cmax, which could place them at high risk for experiencing adverse events.[13]
  - ➢ Qelbree has minimal impact on the cardiovascular system, with supratherapeutic doses producing no clinically significant effects on cardiac repolarization or other ECG parameters in healthy adults, suggesting that it is not associated with a risk for cardiac arrhythmias.[2,10, 12] Assess heart rate and blood pressure prior to initiating treatment with Qelbree, following dosage increases and periodically while on treatment.[2] In comparison, there is a warning/precaution for serious cardiovascular events with Strattera. Strattera has a post marketing report of QT prolongation and syncope. Sudden

There have been <u>no</u> head-to-head studies comparing Qelbree and other nonstimulants.



death, stroke, and myocardial infarction have been reported in association with Strattera treatment.[13]

> Medication adherence can also be negatively impacted due to pill swallowing difficulties. Qelbree has convenient, once-daily dosing providing full-day medicine coverage; capsules can be opened and sprinkled on a spoonful of applesauce, yogurt, or pudding within 2 hours.[2,10] About one-third of adolescents and about 50% percent of children between the ages of 6 and 11 have reported some level of difficulty with pill swallowing without an intervention. After education, using pill cup or regular cup, ~10% of patients 6-11 years old can't swallow pills. [21-22] Strattera does not provide the option to be sprinkled.[13]

> No clinically significant impact on growth or weight effects were observed in Qelbree trials. Advise patients and their caregivers that Qelbree can affect weight and should be monitored while using Qelbree.[2,10] Strattera has a warning/precaution for growth (height and weight should be monitored).[13]

> Lastly, Number Needed to Treat (NNT) and Number Needed to Harm (NNH) are calculations that provide an assessment on the effect size and overall tolerability, respectively. The ratio of these two calculations provides the Likelihood to be Helped or Harmed (LHH). These calculations provide context on the clinical meaningfulness of the Qelbree data. The NNT for Qelbree is 7, NNH is 46 and LHH is 7. By contrast, for the Strattera, the NNT is 8, NNH is 29 and the LHH is 3.6. For Intuniv, the NNT is 4, NNH is 15 and LHH is 3.8. NNH values greater than 10 denote a potentially tolerable intervention so the NNH of 46 for Qelbree and 29 for Strattera and 15 for Intuniv indirectly highlight another differentiating area in which Qelbree may be a more safe and tolerable intervention in ADHD patients. NNH values are calculated based on dropout rates due to adverse events. The LHH ratios suggest that the benefit to risk ratio for Qelbree is more than double that of Strattera and Intuniv.[10,23]

- **Based on these data we feel that Qelbree has a safety, tolerability and scientific profile that differentiates it from Strattera. Therefore, we do not believe Strattera should be a step edit to Qelbree.**


**Respectfully,**

**Jonathan Rubin, MD, MBA**

**Chief Medical Officer, Senior Vice President, R&D**

Supernus Pharmaceuticals, Inc.
9715 Key West Avenue
Rockville, MD 20850


There have been <u>no</u> head-to-head studies comparing Qelbree and other nonstimulants.



**REFERENCES:**

1) Brown KA, et al. Transl Pediatr. 2018
2) Qelbree [package insert]. Rockville, MD: Supernus Pharmaceuticals, Inc.; April 2021.
3) Meltzer, Welch, Clinical Pediatrics, 2006
4) Kolar D, et al. *Neuropsychiatr Dis Treat*. 2008;4(2):389-403.
5) Spencer T, et al. *Psychiatr Clin North Am*. 2004;27(2):373-383.
6) Faraone and Wilens, *J. Clinical Psych*., 2003
7) Lasopa SO, et al. *Curr Opin Psychiatry*. 2015;28:292-298
8) Yu et al. *J Exp Pharmacol* 2020*;* 12:285-300.
9) Nasser et al. *Clinical Therapeutics, 2020*
10) Supernus Pharmaceuticals, Data on File.
11) Nasser et al., *J. Clin Psychopharmacology,* 2021
12) Nasser et al., J. Clinical Psychiatry, 2020
13) Strattera Package Insert 2002, 2020
14) Dickson et al. *Child Ado Psychiatry Ment Health* 2011
15) Michelson et al. *Am J Psych* 2002
16) Wilens et al. *J Peds* 2006
17) Hammerness et al. *NDT* 2009
18) Dickson et al. *Child Ado Psychiatry Ment Health* 2011
19) Bushe and Savill. *J Psychopharm* 2014
20) Clemow and Bushe. *J Psychopharm* 2015
21) Meltzer et al. *Clinical Pediatrics*, 2006
22) Hanson, Tulijius, & Hansen, *Pharma World Sci,* 2008
23) Nasser et al. Int J Clin Pract. 2021

**There have been <u>no</u> head-to-head studies comparing Qelbree and other nonstimulants.**



January 20, 2022

Colonel Paul J. Hoerner, USAF
Designated Federal Officer
Tricare Beneficiary Advisory Panel
7700 Arlington Boulevard, Suite 5101,
Falls Church, VA 22042–510

Braintree appreciates the opportunity to provide comments on the Pharmacy and Therapeutics (P&T) Committee's recommendations to Department of Defense's Beneficiary Advisory Panel (BAP). As an innovator in the field of gastroenterology for over 40 years, and a manufacturer of several products in the bowel preparation class under review at the August 2021 meeting, we would like to clarify several positions put forth by the P&T Committee.

**Section IV. UF Drug Class Reviews – Laxatives-Cathartics-Stool Softeners: Bowel Preparations Subclass**

**Section A – Bullet 1, Sub-bullets 1 & 2**

- *Several different dosage formulations are available, including powders for reconstitution, oral solutions, and tablets. The bowel preparations vary in the amount of liquid that is required for consumption, ranging from 2 to 4 liters.*

  - *Full-volume (standard volume) preparations require consumption of 4 liters (L) of total volume and include Colyte, GoLYTELY, NuLYTELY, and TriLyte and their generics.*

  - *Low-volume preparations range from 2 to 3.5 liters of total volume consumed and include Osmoprep (2 L), Plenvu (2 L), Clenpiq (2.2 L), Suprep (3 L), Sutab (3 L), and Moviprep (3 L). Although the tablet formulations (Osmoprep and Sutab) do not require mixing of solutions, significant additional water consumption is still required.*

**Braintree comment:** The P&T Committee's description of required liquids does not differentiate medicinal liquid preparation volumes from the water/clear liquids included in labeling to avoid dehydration.

Lower volume preparations are preferred by patients because their hypertonic formulations result in a lower requirement of medicinal fluid. Since an effective bowel preparation produces 2.5 liters or more of liquid stool output (Patel, et al[1]), the fluid deficit is made up for by water or clear liquids.

While both referenced as 3 liter preparations, SUPREP requires 1 liter of medicinal solution while MoviPrep requires 2 liters. PLENVU is referenced as a 2 liter prep, however the approved labeling notes that "additional clear liquids must be consumed after each dose of PLENVU in both dosing regimens". SUTAB and Osmoprep require no medicinal fluid, with only water or clear liquid needed to avoid dehydration.



| Corporate | Manufacturing | Distribution | (781) 843-2202 |
|---|---|---|---|
| 60 Columbian Street West | 270 Centre Street | 58 Teed Drive | (800) 874-6756 |
| P.O. Box 850929, Braintree, MA 02185 | Holbrook, MA 02343 | Randolph, MA 02368 | www.sebelapharma.com |



**Section A – Bullet 2**

- *There do not appear to be clinically relevant differences in efficacy, based on indirect evidence.*

**Braintree comment:** Direct evidence exists demonstrating the superior cleansing efficacy of SUPREP compared to sodium picosulfate, magnesium oxide, anhydrous citric acid (Prepopik). In a large, randomized, investigator-blinded trial, Rex et al[2] demonstrated significant differences favoring SUPREP for overall success (95% vs 86% for Prepopik), "excellent" preparations (54% vs 26% for Prepopik), and volume of washing needed to achieve a clinically adequate exam (significantly more water was needed to irrigate with Prepopik).

Although Clenpiq was not included as a comparator in this study, it contains the same active ingredients in the same amounts as Prepopik, except in a prediluted form.

This difference in efficacy was confirmed and explained further in a recent ACG abstract by Walker, et al[3], which describes Phase 1 studies in which stool output was assessed following the administration of several FDA-approved bowel preparations. Stool output is an important marker as it reflects the true impact of the bowel preparation without the influence of the endoscopist. The results demonstrated that sulfate-based preparations (SUPREP = 2.9L, SUTAB = 2.8L) produced greater than a liter more of stool than sodium picosulfate, magnesium oxide preparations (Prepopik = 1.3L, Clenpiq = 1.6L).

**Section A – Bullet 5, Sub-bullets 5 & 6**

- Specific clinical considerations for the products are as follows:

  - *Sodium sulfate, potassium sulfate, magnesium sulfate, concentrated oral solution (Suprep) is a low volume (3 L) product indicated for patients 12 years of age and older. Safety concerns include a higher risk of nausea, vomiting and abdominal distension compared to other products. Overall Suprep offers no compelling clinical advantages relative to the other bowel prep agents.*

**Braintree comment:** As noted above, SUPREP has been demonstrated to have superior cleansing efficacy to Prepopik and produce significantly higher stool output compared to Prepopik and Clenpiq. The safety concerns listed by the P&T Committee are expected symptoms for bowel preparations and have been shown to be transient. The rates of these symptoms included in SUPREP label are disproportionately high compared to other bowel preparation labels due to the solicited data collection methods required by FDA for those studies.

  - *Sodium sulfate, potassium chloride, magnesium sulfate tablets (Sutab): Although Sutab provides the convenience of a tablet, it requires consumption of 28 tablets and 3 L of extra volume. Overall Sutab offers no compelling clinical advantages relative to the other bowel prep agents.*

**Braintree comment:** The tablet count for SUTAB is incorrectly stated as 28 tablets, instead of the FDA approved dose of 24 tablets. As stated previously, the 3L of extra volume is necessary water (not medicinal liquid) to counterbalance the 2.7L of stool output to avoid dehydration. SUTAB offers a clinical safety advantage as the only tablet-based preparation without a black box warning (Osmoprep has a black box warning for acute phosphate nephropathy). As a recently FDA approved, safe and effective tablet preparation, SUTAB represents an important option for



patients with anxiety over the taste/volume of liquid bowel preparations or who have previously had a negative preparation experience. As an example, 91% of patients in one clinical trial found SUTAB "tolerable and very easy to consume" (Dipalma, et al, 2021[4]). Patient fear of the colonoscopy preparation and compliance with the preparation is well established as a barrier to colon cancer screening (Harewood, et al, 2002[5]). The inclusion of low volume and tablet-based preparations is an important tool for physicians to use in their screening procedures.

Based on the differentiating efficacy and safety factors outlined above, we believe that SUPREP and SUTAB merit inclusion in the Uniform Formulary. SUPREP has been the #1 prescribed prescription bowel preparation over the last 10 years in a landscape of parity coverage, confirming its preference by prescribers and patients. SUTAB which launched in January 2021 has grown to become the second most prescribed branded bowel prep[6]. In addition, with the recent extended supply chain disruptions of the generic 4L PEG preparations, it is critical that patients be allowed access to SUPREP and SUTAB.

In conclusion, Braintree asks that these comments be added an addendum to the Tricare P&T minutes from the August 2021 Meeting where Bowel Prep Formulations were reviewed.

If you have any questions about my comments, I welcome the opportunity to discuss them live with yourself or the Tricare P&T committee.

*John McGowan*

John McGowan
Head of R&D
Braintree Laboratories, Inc.

**CC:** Julia Trang, PharmD, Rob Raleigh, COO and General Counsel; Scott Briggs, CCO; Richard Ferguson, Senior Director, Managed Markets; Bob Stauffer, Director, Managed Markets



**References**

1. Patel V, Nicar M, Emmett M, Asplin J, Maguire JA, Santa Ana CA, Fordtran JS. Intestinal and renal effects of low-volume phosphate and sulfate cathartic solutions designed for cleansing the colon: pathophysiological studies in five normal subjects. Am J Gastroenterol. 2009 Apr;104(4):953-65. doi: 10.1038/ajg.2008.124. Epub 2009 Feb 24. PMID: 19240703.

2. Rex DK, DiPalma JA, McGowan J, Cleveland Mv. A comparison of oral sulfate solution with sodium picosulfate: magnesium citrate in split doses as bowel preparation for colonoscopy. Gastrointest Endosc. 2014 Dec;80(6):1113-23. doi: 10.1016/j.gie.2014.05.329. Epub 2014 Jul 12. PMID: 25028274.

3. Walker, Matthew L. PhD; McGowan, John MPH; Cleveland, Mark V. PhD; Zamora, Cynthia MD S223. Sulfate-Based Bowel Preparations Produce Greater Stool Output Compared to Sodium Picosulfate—Magnesium Citrate Preparations, The American Journal of Gastroenterology: October 2021 - Volume 116 - Issue - p S98. doi: 10.14309/01.ajg.0000773364.64323.9c

4. Di Palma, Jack A. MD, MACG1; Bhandari, Raj MD2; Cleveland, Mark vB. PhD3; Mishkin, Daniel S. MD4; Tesoriero, Jessica BS3; Hall, Sue PhD3; McGowan, John MPH3 A Safety and Efficacy Comparison of a New Sulfate-Based Tablet Bowel Preparation Versus a PEG and Ascorbate Comparator in Adult Subjects Undergoing Colonoscopy, The American Journal of Gastroenterology: February 2021 - Volume 116 - Issue 2 - p 319-328
doi: 10.14309/ajg.0000000000001020

5. Harewood GC, Wiersema MJ, Melton LJ 3rd. A prospective, controlled assessment of factors influencing acceptance of screening colonoscopy. Am J Gastroenterol. 2002 Dec;97(12):3186-94. doi: 10.1111/j.1572-0241.2002.07129. x. PMID: 12492209.

6. IQVIA National Prescription Audit, December 30, 2021



SUPREP® Bowel Prep Kit (sodium sulfate, potassium sulfate and magnesium sulfate) Oral Solution is an osmotic laxative indicated for cleansing of the colon as a preparation for colonoscopy in adults. Most common adverse reactions (> 2%) are overall discomfort, abdominal distention, abdominal pain, nausea, vomiting and headache. Use is contraindicated in the following conditions: gastrointestinal (GI) obstruction, bowel perforation, toxic colitis and toxic megacolon, gastric retention, ileus, known allergies to components of the kit. Use caution when prescribing for patients with a history of seizures, arrhythmias, impaired gag reflex, regurgitation or aspiration, severe active ulcerative colitis, impaired renal function or patients taking medications that may affect renal function or electrolytes. Use can cause temporary elevations in uric acid. Uric acid fluctuations in patients with gout may precipitate an acute flare. Administration of osmotic laxative products may produce mucosal aphthous ulcerations, and there have been reports of more serious cases of ischemic colitis requiring hospitalization. Patients with impaired water handling who experience severe vomiting should be closely monitored including measurement of electrolytes. Advise all patients to hydrate adequately before, during, and after use. Each bottle must be diluted with water to a final volume of 16 ounces and ingestion of additional water as recommended is important to patient tolerance.

SUTAB® (sodium sulfate, magnesium sulfate, potassium chloride) tablets for oral use is an osmotic laxative indicated for cleansing of the colon in preparation for colonoscopy in adults. DOSAGE AND ADMINSTRATION: A low residue breakfast may be consumed. After breakfast, only clear liquids may be consumed until after the colonoscopy. Administration of two doses of SUTAB (24 tablets) are required for a complete preparation for colonoscopy. Twelve (12) tablets are equivalent to one dose. Water must be consumed with each dose of SUTAB and additional water must be consumed after each dose. Complete all SUTAB tablets and required water at least 2 hours before colonoscopy. CONTRAINDICATIONS: Use is contraindicated in the following conditions: gastrointestinal obstruction or ileus, bowel perforation, toxic colitis or toxic megacolon, gastric retention. WARNINGS AND PRECAUTIONS: Risk of fluid and electrolyte abnormalities: Encourage adequate hydration, assess concurrent medications and consider laboratory assessments prior to and after each use; Cardiac arrhythmias: Consider pre-dose and post-colonoscopy ECGs in patients at increased risk; Seizures: Use caution in patients with a history of seizures and patients at increased risk of seizures, including medications that lower the seizure threshold; Patients with renal impairment or taking concomitant medications that affect renal function: Use caution, ensure adequate hydration and consider laboratory testing; Suspected GI obstruction or perforation: Rule out the diagnosis before administration. ADVERSE REACTIONS: Most common gastrointestinal adverse reactions are: nausea, abdominal distension, vomiting and upper abdominal pain. DRUG INTERACTIONS: Drugs that increase risk of fluid and electrolyte imbalance. See Full Prescribing Information and Medication Guide.

| | |
|---|---|
| **From:** | Davis, William <William.Davis@astrazeneca.com> |
| **Sent:** | Friday, January 21, 2022 6:03 PM |
| **To:** | DHA NCR J-6 Mailbox BAPREQUESTS |
| **Cc:** | Davis, William; Trang, Julia N CIV DHA DHA (USA) |
| **Subject:** | [Non-DoD Source] ACTION: FDA Label Oversight in Meeting Recommendations - August 2021 - BTK inhibitor |
| **Attachments:** | Calquence PI 11-2019.pdf; BAP Background Document for the August 2021 PT Committee meeting_508 Compliant.pdf |

Dear Sir/Ma'am,

Calling attention to an error in the Meeting Recommendations (BAP Background Document 2021) – **BTK inhibitors CLL-acalabrutinib (Calquence)**:

- On page 5 of 42 (see attached), an approved FDA labeled indication is absent in the BAP Background documentation.
- The PA recommendation section for acalabrutinib should also include 'Frontline Therapy' for CLL/SLL
- The acalabrutinib PA criteria, as currently written in the recommendations, does not include the FDA approved indication for Front Line CLL/SLL (FDA approval November 2019)
- The approved indication for acalabrutinib includes
  - Front Line CLL patients <u>with or without obinutuzumab</u>
  - Relapsed Refractory , Monotherapy
- NCCN Guidelines include acalabrutinib as Preferred and Category 1 for Front Line and Relapse/Refractory treatment. Patients with and without del 17p/TP53 mutations were included in both registrational studies.

Attached is the approved FDA label for acalabrutinib which includes both Front Line and Relapsed/Refractory CLL/SLL. The confirmatory sections are 1.2 and 14.2. 14.2 includes both registrational Front Line and Relapse Refractory studies used for approval.

## 1.2 Chronic Lymphocytic Leukemia or Small Lymphocytic Lymphoma

CALQUENCE is indicated for the treatment of adult patients with chronic lymp leukemia (CLL) or small lymphocytic lymphoma (SLL).

FRONT LINE:

*ELEVATE-TN*

The efficacy of CALQUENCE was evaluated in the ELEVATE-TN trial, a random multicenter, open-label, actively controlled, 3 arm trial of CALQUENC combination with obinutuzumab, CALQUENCE monotherapy, and obinutuzum combination with chlorambucil in 535 patients with previously untreated cl lymphocytic leukemia (NCT02475681). Patients 65 years of age or older or be

RELAPSED/REFRACTORY:



The efficacy of CALQUENCE in patients with relapsed or refractory CLL was

Please reach out to me with questions or further information.

Regards,
Bill Davis


**William C Davis, RPh, JD**
National Clinical Account Director
Accounts - VA and Department of Defense

_____

**AstraZeneca LP**
**US Payer Medical**
159 1st Ave N, #339
Franklin, TN 37064
M: 615-337-7778
william.davis@astrazeneca.com

_____

**Confidentiality Notice:** This message is private and may contain confidential and proprietary information. If you have received this message in error, please notify us and remove it from your system and note that you must not copy, distribute or take any action in reliance on it. Any unauthorized use or disclosure of the contents of this message is not permitted and may be unlawful.

<div align="center">

**DEPARTMENT OF DEFENSE**
**PHARMACY AND THERAPEUTICS COMMITTEE**
**MINUTES AND RECOMMENDATIONS**
**February 2022**

</div>

**I.   CONVENING**

The Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee convened at 0900 hours on February 9 and 10, 2022.  Due to the COVID-19 pandemic, the meeting was held via teleconference.

**II.   ATTENDANCE**

The attendance roster is listed in Appendix A.

**A. Review Minutes of Last Meetings - Status of February, May 2021, August 2021 and November 2021 P&T Committee meeting Minutes**—The Beneficiary Advisory Panel (BAP) meeting for the four quarterly P&T Committee meetings were held on January 25-26, 2022.  The February 2021, May 2021 August 2021and November 2021 Committee meeting minutes are set to be signed on February 14, 2022.

**III.   REQUIREMENTS**

All clinical and cost evaluations for new drugs, including newly approved drugs reviewed according to 32 Code of Federal Regulations (CFR) 199.21(g)(5), and full drug class reviews included, but were not limited to, the requirements stated in 32 CFR 199.21(e)(1) and (g)(5).  All TRICARE Tier 4/not covered drugs were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018.  The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms.  When applicable, patient-oriented outcomes are assessed, in accordance with the Final Rule.  All uniform formulary (UF), basic core formulary (BCF), and TRICARE Tier 4/Not Covered recommendations considered the conclusions from the relative clinical effectiveness and relative cost-effectiveness determinations, and other relevant factors including those outlined in Section 702 of the National Defense Authorization Act (NDAA) for fiscal year (FY) 2018.  Medical Necessity (MN) criteria were based on the clinical and cost evaluations and the conditions for establishing MN for a NF medication.

NF medications are generally restricted to the mail order program according to amended section 199.21, revised paragraphs (h)(3)(i) and (ii), effective August 26, 2015.

**IV.   UF DRUG CLASS REVIEWS**

**A. Oncological Agents:  Subclasses for the following - Renal Cell Carcinoma (RCC); Epidermal Growth Factor Receptor (EGFR) + Non-Small Cell Lung Cancer (NSCLC); Non-Bruton Tyrosine Kinase Inhibitors (Non-BTKIs) for Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL); Poly Adenosine Diphosphate-Ribose Polymerase (PARP) Inhibitors for BRCA+ Cancers (PARPIs); and Janus Kinase Inhibitors for Myelofibrosis (MF)**

*Background*—The P&T Committee evaluated the relative clinical effectiveness for five oncology subclasses. The Committee reviewed a distillation of the evidence including attention to guideline recommended use, the strength of those recommendations, the levels of evidence supporting those recommendations, and, where applicable, comparative judgments about the qualitative differences in clinical effectiveness between agents. A safety evaluation of each subclass's agents included comparative quantitative as well as qualitative assessments. There are a total of 23 drugs in the subclasses, with only two products available in generic formulations (everolimus and erlotinib).

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 1 absent) the following:

*Renal Cell Carcinoma (RCC)*

- Nine agents comprise the RCC subclass: axitinib (Inlyta), cabozantinib (Cabometyx), cabozantinib (Cometriq), everolimus (Afinitor, generic), lenvatinib (Lenvima), pazopanib (Votrient), sorafenib (Nexavar), sunitinib (Sutent), and tivozanib (Fotivda).

- Cumulatively, the 9 RCC agents are FDA-approved and/or guideline recommended to treat 14 different disease states including RCC, hepatocellular carcinoma, various forms of thyroid carcinoma, endometrial carcinoma, soft tissue sarcoma, gastrointestinal stromal tumors, pancreatic neuroendocrine tumors, melanoma, non-small cell lung cancer, acute myeloid leukemia, myelofibrosis, cutaneous T-cell lymphoma, bone cancers, and adenoid cystic carcinoma. With the exception of tivozanib (Fotivda) and everolimus (Afinitor) that are used exclusively in RCC, no two agents have perfectly overlapping usage in the exact same disease states.

- Where mutually indicated and/or guideline supported, comparisons can be drawn between agents for a particular disease context in a particular disease state, with some comparisons showing agents are largely qualitatively similar with similar overall clinical effectiveness, strengths of recommendation, and supporting levels of evidence. Meanwhile, other comparisons show a hierarchy of superiority. However, even where such comparisons are possible, it is difficult if not impossible to draw global conclusions about the relative clinical effectiveness of agents because a comparative conclusion among agents for one disease context of a specific disease state may differ from conclusions for another disease context or state.

- A review of safety shows that certain adverse events are class effects associated with mechanism of action, while others are unique to the specific agent. No two agents have identical safety profiles. However, overall the agents have similar tolerability.

- The RCC review concludes that the 9 subclass agents are significantly different from one another, and all the agents are necessary inclusions to the benefit.

*Epidermal Growth Factor Receptor-Mutant Non-Small Cell Lung Cancer (EGFR+ NSCLC)*

- Five agents comprise the EGFR+ NSCLC subclass: afatinib (Gilotrif), dacomitinib (Vizimpro), erlotinib (Tarceva, generic), gefitinib (Iressa) and osimertinib (Tagrisso).

- The 5 EGFR+ NSCLC agents are FDA-approved and/or guideline recommended to treat NSCLC, and erlotinib is also approved in pancreatic carcinoma. Osimertinib uniquely can be sequenced with the other EGFR+ NSCLC agents.

- The only disease context where all 5 agents are mutually comparable is frontline therapy for metastatic EGFR+ NSCLC. Osimertinib is the preferred frontline therapy. The remaining four agents have weaker strengths of recommendation supporting their use, with evidence showing qualitatively inferior outcomes relative to osimertinib but relatively equivalent between themselves. Only osimertinib and [axitinib are guideline-recommended in the relapsed/refractory setting, and axitinib only in combination with the medical benefit drug cetuximab (Erbitux)]. Osimertinib is the only subclass agent recommended in the adjuvant setting.

- A review of safety shows that rate of severe adverse events was similar between all EGFR+ NSCLC agents.

- The EGFR+ NSCLC review concludes that agents are only comparable in the treatment-naïve setting and that osimertinib and erlotinib are not true comparators to the remaining agents because of their alternative usages.

*Non-Bruton Tyrosine Kinase Inhibitors for Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma (non-BTKIs for CLL/SLL)*

- Three agents comprise the non-BTKIs for CLL/SLL subclass: duvelisib (Copiktra), idelalisib (Zydelig), and venetoclax (Venclexta).

- The three subclass agents mutually treat CLL/SLL with and without del7p/TP53 mutation. However, their other indications and guideline-supported use in Non-Hodgkin Lymphomas and Acute Myeloid Leukemia (for venetoclax) do not overlap.

- Venetoclax is guideline recommended for CLL/SLL in both the treatment-naïve and relapse-refractory settings. Duvelisib and idelalisib are only used in the relapsed/refractory setting. In the relapsed/refractory setting, venetoclax is the preferred regimen over duvelisib and idelalisib regardless of del17p/TP53 status and patient risk category. While duvelisib and idelalisib have the same strength of recommendation and levels of evidence supporting their use, idelalisib has qualitatively superior overall clinical effectiveness across the disease contexts in which both agents are used.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 376 of 980

AR1564

- A review of safety shows qualitatively and quantitatively unique safety profiles for each agent.  Venetoclax has the least number of severe events that resulted in warnings/precautions on the label and has no black box warnings.  Duvelisib and idelalisib have a greater number of warnings relative to venetoclax.  Duvelisib and idelalisib also have overlapping but non-identical black box warnings.

- The non-BTKIs for CLL/SLL review concludes that mechanism of action categorizes the agents by usage, guideline support, and safety profiles.  Agents are only comparable in the relapsed/refractory context of CLL/SLL and such a comparison shows a clear hierarchy of overall clinical effectiveness with venetoclax superior to idelalisib and both venetoclax and idelalisib superior to duvelisib.

*Poly (Adenosine Diphosphate-Ribose) Polymerase Inhibitors for BRCA+ Cancers (PARPI)*

- Four agents comprise the PARPI subclass:  niraparib (Zejula), olaparib (Lynparza), rucaparib (Rubraca), and talazoparib (Talzenna).

- The four PARPI agents have overlapping but non-identical FDA-approved indications:  olaparib is approved for ovarian cancer, breast cancer, pancreatic cancer, and prostate cancer.  Niraparib is only indicated for ovarian cancer.  Rucaparib is indicated for ovarian cancer and prostate cancer.  Talazoparib is indicated only for breast cancer.

- Where mutually indicated and/or guideline supported, comparisons can be drawn between agents, showing that the PARPI products are largely qualitatively similar with similar overall clinical effectiveness, strengths of recommendation, and supporting levels of evidence.  However, the absence of evidence supporting the use of certain agents in particular disease states limits the ability to draw comparative conclusions of global efficacy across the various disease states.  Rather only indirect comparisons can be drawn using olaparib as a reference point.

- The PARPI products show statistically significant differences in rates of severe adverse events, with olaparib and talazoparib showing lower rates than niraparib and rucaparib.  No statistically significant difference is observed between olaparib and talazoparib, nor between niraparib and rucaparib.

- The PARPI review concludes that the products are not broadly comparable because of the difference in approved indications, but where mutually used, the agents have qualitatively similar overall clinical effectiveness.  However, olaparib and talazoparib demonstrate quantitative superior safety in terms of reduced rates of severe adverse events.

*Janus Kinase Inhibitors for Myelofibrosis (MF)*

- Only two agents comprise the MF subclass: fedratinib (Inrebic) and ruxolitinib (Jakafi).

- Ruxolitinib is used in a variety of hematopoietic disorders including myelofibrosis, polycythemia vera, essential thrombocythemia, and graft vs. host disease. Fedratinib is only indicated and guideline supported for treating myelofibrosis.

- Ruxolitinib and fedratinib have overlapping but non-identical guideline supported use in myelofibrosis; only ruxolitinib is recommended in low-risk patients. The comparative conclusion between the two agents depends on the disease context. For example, in high-risk non-transplant candidates with treatment-naïve disease, ruxolitinib has superior overall qualitative clinical effectiveness. However, in the relapsed/refractory setting, fedratinib shows qualitatively superior efficacy. Another difference is that in the relapsed/refractory setting, fedratinib can be used in ruxolitinib refractory disease (but not vice-a-versa; ruxolitinib was not tested in fedratinib-refractory disease).

- Ruxolitinib and fedratinib have significantly different rates of adverse events with fedratinib showing greater rates of hematologic and gastrointestinal adverse events. Fedratinib also uniquely increases the risk of Wernicke's encephalopathy due to an indirect thiamine deficiency from malnutrition related to its poor gastrointestinal tolerability.

- The MF review concludes that fedratinib and ruxolitinib are not true comparators given the difference in usage, context of use within the same disease state, and clinically significant difference in adverse event profiles.

*Overall Conclusions*

- Comparative clinical statements between members within all five subclasses are confounded by differences between agents based on usage, guidelines, and safety profiles.

- Where agents are comparable, comparisons are often limited to either a subset of agents, a subset of disease states and/or disease contexts, or a combination of the two.

*Relative Cost Effectiveness Analysis and Conclusion*—The Committee reviewed the solicited bids and also conducted a budget impact analysis (BIA). The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 1 absent) the following:

- BIA was performed to evaluate the projected spend and cost avoidance after considering the solicited bids. BIA results showed that designating all of the

24 drugs in the 5 subclasses as UF demonstrated the greatest cost avoidance for the MHS.

1. **COMMITTEE ACTION:  UF RECOMMENDATION**—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 1 absent) the following:

- UF
  - Renal Cell Carcinoma (RCC)
    - axitinib (Inlyta)
    - cabozantinib (Cabometyx)
    - cabozantinib (Cometriq)
    - everolimus (Afinitor tab and disperz tab; generic)
    - lenvatinib (Lenvima)
    - pazopanib (Votrient)
    - sorafenib (Nexavar)
    - sunitinib (Sutent)
    - tivozanib (Fotivda)
  - Epidermal Growth Factor Receptor (EGFR) plus Non-Small Cell Lung Cancer (NSCLC)
    - afatinib (Gilotrif)
    - dacomitinib (Vizimpro)
    - erlotinib (Tarceva; generic)
    - gefitinib (Iressa)
    - osimertinib (Tagrisso)
  - Non-Bruton Tyrosine Kinase Inhibitor (Non-BTKIs) for Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL)
    - duvelisib (Copiktra)
    - idelalisib (Zydelig)
    - venetoclax (Venclexta)
  - Poly Adenosine Diphosphate-Ribose Polymerase (PARP) Inhibitors
    - olaparib (Lynparza)
    - niraparib (Zejula)
    - rucaparib (Rubraca)
    - talazoparib (Talzenna)

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 379 of 980

AR1567

- ▪ Myelofibrosis
  - ▪ ruxolitinib (Jakafi)
  - ▪ fedratinib (Inrebic)
- • NF - None
- • Tier 4 (Not covered) - None

**2.** ***COMMITTEE ACTION: MANUAL PA CRITERIA—***PA criteria currently apply to 10 drugs. Newer products that have been reviewed as innovators generally have PA criteria. PAs are in place based on NCCN guideline recommendations suggesting step therapy (e.g., RCC – Fotivda) or for safety issues or poor tolerability (e.g., Myelofibrosis: Inrebic; EGFR+NCSLC: Vizimpro). PAs are in place for all the drugs in the class for the PARPIs and the non-BTKIs for CLL/SL subclass.

The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) to maintain the current PAs for the drugs listed below. The most current PA criteria is found on the TRICARE Formulary Search Tool at: https://www.express-scripts.com/frontend/open-enrollment/tricare/fst/#/.

- • RCC: Fotivda
- • EGFR+NCLC: Vizimpro
- • Non-BTKIs for CLL/SL: Copiktra, Zydelig, Venclexta
  - ▪ For Copiktra, refer to the Utilization Management section on pp15-16 for the removal of the indication for relapsed or refractory follicular zone lymphoma
- • PARPIs: Lynparza, Zejula, Rubraca, Talzenna
- • Myelofibrosis: Inrebic

**3.** ***COMMITTEE ACTION:  QUANTITY LIMITS—***Quantity limits currently apply to all the drugs in the subclasses. The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) maintaining the current QLs, which are found on the TRICARE Formulary Search Tool.

**4.** ***COMMITTEE ACTION:  UF and IMPLEMENTATION PERIOD—***The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) an effective date upon signing of the minutes in all points of service.  (See Appendix G for the actual implementation dates.)

**B. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products**

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the agents used for treating severe hypoglycemia in diabetic patients. The drugs in the class all contain glucagon as the active ingredient. There are three new branded products marketed, glucagon nasal (Baqsimi), glucagon subcutaneous (SC) injection (Gvoke), and dasiglucagon SC injection (Zegalogue). The drugs were individually reviewed as innovators. Baqsimi and Gvoke were reviewed and made UF in November 2019 and Zegalogue was reviewed and made UF in August 2021.

Note that the older injectable glucagon products are more difficult to administer than the newer products and will not be discussed in detail.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (17 for, 0 opposed, 0 abstained, 0 absent) the following:

- Professional treatment guidelines from the American Diabetes Association and Diabetes Canada recommend using glucagon to treat severe hypoglycemia events. Diabetic patients at increased risk for hypoglycemia should have access to a glucagon product. However, the guidelines do not give a preference for any one agent over another.

- Older formulations of glucagon (e.g., Glucagon emergency kit, GlucaGen Hypokit) have been available for several years in intramuscular (IM) formulations that require reconstitution prior to administration.

- The three ready-to-use formulations offer significant advantages over existing agents in emergency situations due to their ease of use. Gvoke and Zegalogue are available as SC injections that don't require reconstitution, while Baqsimi is administered nasally.

- Specific clinical considerations for the products are as follows:

  - *Zegalogue* is available in a prefilled syringe and autoinjector, and is approved in patients as young as 6 years of age. It has an approximately 3 minute slower onset of action compared to glucagon IM. Common adverse events include injection site reactions. Disadvantages include that Zegalogue should not be used in patients with latex allergy, as the grey cap contains latex. Once removed from the refrigerator, Zegalogue has a shelf life of 12 months at room temperature, compared to 2 years at room temperature with Baqsimi and Gvoke.

  - *Baqsimi* nasal spray advantages include it is the only non-injectable glucagon formulation, and is easy for both patient and caregiver administration. Its onset of action is approximately 3 minutes slower compared to glucagon IM. It is approved for patients as young as 4 years of age. Unique adverse events with Baqsimi include localized upper respiratory tract irritation due to the nasal administration route.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 381 of 980

AR1569

- *Gvoke* advantages include FDA-approval in children as young as 2 years of age. The available formulations include a prefilled syringe and autoinjector for SC use. The onset of action is approximately 4 minutes slower compared to glucagon IM. The adverse event profile is similar to Zegalogue.

- Overall, there is a high degree of therapeutic interchangeability between the newer products, with treatment success approaching 100%.

- The P&T Committee recognizes that the newer glucagon preparations (nasal and autoinjectors) offer a significant advantages in terms of ease of administration.

*Relative Cost-Effectiveness Analysis and Conclusion*—Cost minimization analysis (CMA) and BIA were performed. The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 1 absent) the following:

- CMA results showed that Baqsimi, Gvoke and Zegalogue were all cost effective agents.

- BIA was performed to evaluate the potential impact of designating the three newer glucagon agent as UF, NF, or Tier 4 on the formulary. BIA results showed that designating all the products as UF demonstrated the greatest cost avoidance for the MHS.

1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 1 absent) the following:

   - UF
     - glucagon nasal (Baqsimi)
     - glucagon prefilled syringe, autoinjector, and kit (Gvoke, Gvoke Hypopen, Gvoke PFS)
     - dasiglucagon prefilled syringe and autoinjector (Zegalogue)
   - NF - None
   - Tier 4 (Not covered) – None
   - Note that the older IM products (Glucagon emergency kit, GlucaGen Hypokit, GluGen Diagnostic) will remain on the formulary

2. ***COMMITTEE ACTION: QUANTITY LIMITS***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 1 absent) maintaining the current quantity limits for the hypoglycemia agents (Baqsimi, Gvoke, and Zegalogue). See Appendix D for the full QLs.

3. ***COMMITTEE ACTION: TIER 1 COST SHARE***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 1 absent) lowering the

current Tier 2 cost-share for glucagon nasal (Baqsimi) to the generic Tier 1 cost-share.

The authority for this recommendation is codified in 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020 which states "in implementing this rule, the Committee will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries. The intent of identifying agents in this manner as well as the new exclusion authority is to yield improved health, smarter spending, and better patient outcomes." Lowering the cost-share for Baqsimi will provide a greater incentive for beneficiaries to use the most cost-effective glucagon product in the purchased care points of service.

4. ***EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM REQUIREMENTS***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 1 absent) exempting glucagon nasal (Baqsimi), glucagon injection (Gvoke), and dasiglucagon injection (Zegalogue) from the EMMPI requirement due to acute use exception. (*See the November 2021 and previous quarterly meeting minutes for a description of the EMMPI program and how it applies to NF drugs and maintenance drugs).*

5. ***COMMITTEE ACTION: UF, QUANTITY LIMITS, Tier1 COST SHARE, EMMPI IMPLEMENTATION PERIOD***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 1 absent) an effective date of the first Wednesday 30 days after signing of the minutes in all points of service (POS). (See Appendix G for the actual implementation date.)

## V. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions*—The P&T Committee agreed (Group 1 and Group 2: 17 for, 0 opposed, 0 abstained, 0 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5). See Appendix E for the complete list of newly approved drugs reviewed at the February 2022 P&T Committee meeting, a brief summary of their clinical attributes, and their formulary recommendations; see Appendix F for their restriction to or exemption from the Mail Order Pharmacy.

1. ***COMMITTEE ACTION: UF RECOMMENDATION***— The P&T Committee recommended for group 1: (16 for, 0 opposed, 0 abstained, 1 absent); group 2: (17 for, 0 opposed, 0 abstained, 0 absent); and for celecoxib oral solution (Elyxyb): (15 for, 1 opposed, 0 abstained, 1 absent) the following:

- UF
    - asciminib (Scemblix) – Oncological Agent for chronic myelogenous leukemia (CML)
    - avacopan (Tavneos) – Hematological Agent for microscopic polyangiitis and granulomatosis with polyangiitis
    - marabavir (Livtencity) – Antiviral for CMV infection/disease
    - topiramate oral solution (Eprontia) – Anticonvulsant-Antimania Agent for Epilepsy, migraine headache, and Lennox-Gastaut syndrome
    - vosoritide injection (Voxzogo) – Miscellaneous Growth Stimulating Agent for pediatric achondroplasia
- NF
    - atogepant (Qulipta) – Migraine agent for acute treatment of migraines
    - carbidopa/levodopa IR scored tab (Dhivy) – a scored immediate-release tablet formulation of carbidopa and levodopa for Parkinson's disease
    - lonapegsomatropin-tcgd injection (Skytrofa) – Growth stimulating Agent
    - maralixibat (Livmarli) – Miscellaneous Metabolic Agent for treatment of cholestatic pruritus in Alagille syndrome
    - ropeginterferon alfa-2b-njft injection (Besremi) – Hematological Agent for polycythemia vera
    - varenicline nasal solution (Tyrvaya) – Dry Eye Disease agent
- Tier 4 (Not covered): See Appendix H for additional detail regarding Tier 4 agents and formulary alternatives.
    - celecoxib oral solution (Elyxyb) – NSAIDs: another formulation of celecoxib as an oral solution approved for acute treatment of migraines
        - Elyxyb was recommended as Tier 4/Not Covered status as it has little to no additional clinical benefit relative to other NSAIDs, and the needs of TRICARE beneficiaries are met by available alternative agents. Formulary alternatives include ibuprofen, naproxen, diclofenac, and numerous other NSAIDs or combo products.

2. ***COMMITTEE ACTION: MN CRITERIA—*** The P&T Committee recommended for group 1: (16 for, 0 opposed, 0 abstained, 1 absent); and for group 2: (17 for, 0 opposed, 0 abstained, 0 absent) MN criteria for Besremi, Dhivy, Livmarli, Qulipta, Skytrofa, and Tyrvaya. See Appendix B the full criteria.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 384 of 980

AR1572

3. ***COMMITTEE ACTION: PA CRITERIA—*** The P&T Committee recommended for group 1: (16 for, 0 opposed, 0 abstained, 1 absent); group 2: (17 for, 0 opposed, 0 abstained, 0 absent) the following (see Appendix C for the full criteria):

- Oncologic drugs: Applying manual PA criteria to new users of Scemblix.

- Growth Stimulating Agents: Applying manual PA criteria to new users of Skytrofa, similar to the other products in the class. A trial of Norditropin, the step-preferred product is required first.

- Migraine Agents: Applying manual PA criteria to new users of Qulipta, similar to the other oral migraine agents.

- Applying manual PA criteria to new users of Besremi, Dhivy, Eprontia, Livmarli, Tavneos, Tyrvaya, and Voxzogo.

4. ***COMMITTEE ACTION: EMMPI—*** The P&T Committee recommended (for group 1: 16 for, 0 opposed, 0 abstained, 1 absent; and for group 2: 17 for, 0 opposed, 0 abstained, 0 absent) adding or exempting the drugs listed in Appendix F to/from the Select Maintenance List (EMMPI List) for the reasons outlined in the table. Note that the Add/Do Not Add recommendations listed in Appendix F pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement.

5. ***COMMITTEE ACTION: UF, TIER 4, MN, AND PA IMPLEMENTATION PERIOD—***The P&T Committee recommended for group 1: (16 for, 0 opposed, 0 abstained, 1 absent); and for group 2: (17 for, 0 opposed, 0 abstained, 0 absent); and for celecoxib oral solution (Elyxyb): (15 for, 1 opposed, 0 abstained, 1 absent) an effective date of the following

- **New Drugs Recommended for UF or NF Status:** an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

- **New Drugs Recommended for Tier 4 Status:** 1) An effective date of the first Wednesday 120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation.

# VI.    UTILIZATION MANAGEMENT

## A.  PA Criteria

1. **New Manual PA Criteria**

   a) **Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)**

   Manual PA criteria were recommended for several recently marketed drugs which contain active ingredients that are widely available in low-cost generic formulations. These products are usually produced by a single manufacturer. Due to the pathway used to gain FDA approval, these products do not meet the criteria for innovators and cannot be reviewed for formulary status. These drugs all have numerous cost-effective formulary alternatives available that do not require prior authorization. For the products listed below, PA criteria is recommended in new and current users, requiring a trial of cost effective generic formulary medications first.

   1) **Antilipidemics-2: Fenofibrates – fenofibrate 120 mg (Fenoglide)**—Fenoglide is a new fenofibrate formulation available in a 120 mg strength. There are several formulations of fibric acid derivatives currently available, including gemfibrozil (Lopid, generics), generic fenofibrate micronized/nonmicronized formulations (including Lofibra), and fenofibrate nanocrystallized (Tricor). Fenoglide is made by a sole manufacturer and is not cost-effective relative to other fibric acid derivatives.

   2) **Pain Agents: NSAIDs – indomethacin 50 mg suppositories (Indocin)**—The indomethacin suppositories are markedly not cost-effective. All other formulations of indomethacin (suspension and capsules) and various other NSAIDs (generic meloxicam, ibuprofen suspension, diclofenac potassium, and naproxen) are included on the TRICARE pharmacy benefit and do not require prior authorization criteria. OTC NSAIDs are also widely available.

   3) **Vitamins: Prenatal – Prenatal Multivitamin (Neonatal Plus)**—Neonatal Plus is a prenatal dietary supplement manufactured by a single company which requires a prescription prior to dispensing. The primary ingredients of Neonatal Plus are similar to that found in Azesco, Zalvit, Trinaz, Neonatal-DHA, Neonatal FE, and Neonatal Complete which require manual PA and are very expensive. Several cost-effective prescription prenatal multivitamins are included in the TRICARE pharmacy benefit for women younger than the age of 45 and do not require prior authorization criteria.

   *COMMITTEE ACTION: NEW PA CRITERIA AND IMPLEMENTATION PLAN*—The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) manual PA criteria for Neonatal Plus (regardless of the woman's age), Fenoglide, and Indocin suppositories in new and current users, due to the significant cost differences compared with numerous available alternative agents. The new PAs will become effective the first Wednesday 90 days after the signing of the minutes, and DHA will send letters to affected patients. See Appendix C for the full criteria.

   b) **Androgens-Anabolic Steroids: Intramuscular (IM) Testosterone Replacement Therapy - testosterone cypionate and testosterone enanthate**—The Testosterone

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 386 of 980

AR1574

Replacement Therapy (TRT) class was reviewed for formulary placement in August 2012, with PA criteria required for the gel and topical formulations. Other formulations reviewed as innovators accordingly have PA criteria (e.g., oral Jatenzo [February 2020] and SC Xyosted [February 2019]). The IM injectable products were not included in the 2012 review, due to low utilization and cost at that time. They remain Uniform Formulary "by default" (since not previously reviewed) with no Prior Authorization requirements. A DHA provider workgroup requested that the DoD P&T Committee evaluate the need for a PA for the injectable testosterone formulations.

There has been a notable increase in utilization of the injectable products, while use of the topicals has declined across all age groups. Several commercial health plans have PAs in place for the injectable TRT formulations.

> ***COMMITTEE ACTION: NEW PA CRITERIA AND IMPLEMENTATION PLAN—***The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) placing PA criteria for testosterone cypionate and testosterone enanthate IM in new users, to ensure appropriate clinical use.
>
> The Committee also recommended updating the existing PA criteria for the topicals and all other brand and generic TRT formulations (e.g., Fortesta, Androgel, Testim, Jatenzo, Xyosted etc.), to ensure that the provider has investigated the etiology of low testosterone levels, as several clinical conditions (e.g., untreated DM) can lower testosterone levels. This criteria will not apply when the TRTs are used for the indication of gender dysphoria. The new PA will become effective the first Wednesday 90 days after the signing of the minutes. See Appendix C for full criteria.

## 2. Updated PA Criteria for New FDA-Approved Indications

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) updates to the PA criteria for several drugs, due to new FDA-approved indications and expanded age ranges. The updated PA criteria outlined below will apply to new users. The most current PA criteria is found on the TRICARE Formulary Search Tool at: https://www.express-scripts.com/frontend/open-enrollment/tricare/fst/#/.

**a) Respiratory Interleukins–dupilumab (Dupixent)—**The manual PA criteria were updated to expand use in children as young as 6 years of age for add-on maintenance therapy for moderate-to-severe asthma characterized by an eosinophilic phenotype or with oral corticosteroid dependent asthma.

**b) Hepatitis C Agents: Direct Acting Agents–elbasvir/grazoprevir (Zepatier)**—The manual PA criteria were updated for Zepatier, allowing use in children as young as 12 years of age or weighing 30 kg or more for chronic hepatitis C virus (HCV) genotype 1 or 4 infection.

**c) Atypical Antipsychotic Agents**

- **brexpiprazole (Rexulti)**—The manual PA criteria were updated to allow use in children as young as 13 years of age for schizophrenia (Rexulti was previously only approved for adults)

- **lumateperone (Caplyta)**—Includes the new indication for depressive episodes associated with bipolar disorder I or II in adults, as monotherapy or as adjunct to lithium or valproate.

### d) Targeted Immunomodulatory Biologics

- **risankizumab-rzaa (Skyrizi)**—Includes the new indication for active PsA in adults.

- **secukinumab (Cosentyx)**—Includes the new indication for active enthesitis-related arthritis (ERA) in patients 4 years of age and older. The manual PA criteria were also updated allowing use in children as young as 2 years of age for PsA. Note that for the ERA indication a trial of a non-biologic (e.g., methotrexate, sulfasalazine, mesalamine steroids or azathioprine) is not required.

- **tofacitinib (Xeljanz/Xeljanz XR)**—Includes the new indication for active ankylosing spondylitis in adults who have had an inadequate response or intolerance to 1 or more tumor necrosis factor (TNF) blockers. Note that for the ankylosing spondylitis indication, a trial of a non-biologic (e.g., methotrexate, sulfasalazine, mesalamine steroids or azathioprine) is not required. The PA update also includes the new safety warnings for the drug class *(See the November 2021 meeting minutes for the safety updates made for Rinvoq and Olumiant)*.

- **upadacitinib (Rinvoq ER)**—Includes the new indication for active psoriatic arthritis (PsA) in adults who have had an inadequate response or intolerance to one or more TNF blockers. *Note that the Atopic Dermatitis indication will be discussed at the May 2022 P&T meeting in more detail, and thus is not included in this PA update.*

> ***COMMITTEE ACTION: UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) updates to the manual PA criteria for Dupixent, Zepatier, Rexulti, Caplyta, Skyrizi, Cosentyx, Xeljanz/Xeljanz XR and Rinvoq ER in new users. Implementation will be effective the first Wednesday 60 days after signing of the minutes.

### 3. Updated PA Criteria for Removal of Indication

**Oncological Agents: Non-Bruton Tyrosine Kinase Inhibitor (Non-BTKI) for Chronic Lymphocytic Leukemia–duvelisib (Copiktra)**—Copiktra was

reviewed as a newly approved drug in November 2018, and PA criteria for follicular lymphoma was implemented at that time. In December 2021, the manufacturer of Copiktra voluntarily withdrew the indication for Copiktra in patients with relapsed or refractory follicular lymphoma following at least 2 previous systemic therapies. The manufacturer determined this indication was no longer merited, based on the current treatment landscape for follicular lymphoma in the U.S. and the logistics, cost, and timing of the post-marketing requirements for the drug. This indication was originally approved by the FDA in September 2018 via accelerated pathway and was contingent upon the manufacturer completing confirmatory trials to receive full approval.

> ***COMMITTEE ACTION: COPIKTRA UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) to remove the follicular lymphoma indication for new users but will allow current users to consult their provider as to whether continued treatment is clinically appropriate. The other FDA-approved indications for Copiktra are not affected and will remain on the PA (e.g., relapsed or refractory chronic lymphocytic leukemia (CLL) or small lymphocytic lymphoma (SLL), marginal zone lymphoma (MZL), and for other indications when supported in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation.)

> Implementation will be effective the first Wednesday 60 days after signing of the minutes.

## B. Quantity Limits

QLs were reviewed for the newly approved drugs where there are existing QLs for the class, including the Myelogenous Leukemia, Miscellaneous Metabolic Agents, Miscellaneous Growth Stimulating Agents, Hematological Agents, Migraine Agents, and Ophthalmic Dry Eye products.

> ***COMMITTEE ACTION: QLs AND IMPLEMENTATION***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) QLs for Scemblix, Livmarli, Voxzogo, Tavneos, Qulipta, and Tyrvaya, with implementation occurring the first Wednesday two weeks after signing of the minutes. See Appendix D for the QLs.

## C. Line Extensions

The P&T Committee clarified the formulary status for several product line extensions ("follow-on products") by the original manufacturer. Line extensions have the same FDA indications as the "parent" drug and retain the same formulary and copayment status as the "parent" drug.

a) **Hepatitis C Agents: Direct Acting Agents**—designating **glecaprevir/pibrentasvir (Mavyret) 50 mg-20 mg oral pellet** as UF, with the same manual PA criteria requirements, QL, EMMPI List status, and specialty status as Mavyret 100 mg-40 mg tablet.

b) **Hepatitis C Agents: Direct Acting Agents**—designating **sofosbuvir/velpatasvir (Epclusa) 150 mg-37.5 mg and 200 mg-50 mg oral pellets** as UF, with the same manual PA criteria requirements, QL, EMMPI List status, and specialty status as Epclusa 400 mg-100 mg and 200 mg-50 mg tablets.

c) **Respiratory Interleukins**—designating **dupilumab (Dupixent) 100 mg and 150 mg syringes** as UF, with the same manual PA criteria requirements, QL, EMMPI List status, and specialty status as Dupixent 200 mg and 300 mg pens and syringes.

d) **Antiretrovirals: Combinations**—designating **bictegravir/emtricitabine/tenofovir alafenamide (Biktarvy) 30 mg-120 mg-15 mg tablet** as UF and specialty status as Biktarvy 50 mg-200 mg-25 mg tablet.

e) **Hematological Agents: Sickle Cell Anemia Agents**—designating **voxelotor (Oxbryta) 300 mg tablet for oral suspension** as UF, with the same manual PA criteria requirements, and specialty status as Oxbryta 500 mg tablet.

> ***COMMITTEE ACTION: LINE EXTENSIONS, FORMULARY STATUS AND IMPLEMENTATION***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) the formulary status for the line extension products as outlined above. Implementation will occur the first Wednesday two weeks after signing of the minutes.

## VII.  REMOVAL OF BRAND OVER GENERIC AUTHORIZATION FOR FLUTICASONE/SALMETEROL DRY POWDER INHALER (ADVAIR DISKUS) Pulmonary Is: Inhaled Corticosteroid/Long Acting Beta Agonist Inhalers:

Brand over generic PA requirements and a Tier 1 (generic) co-payment have applied to fluticasone/salmeterol dry powder inhaler (Advair Diskus DPI) since May 2019, due to cost effectiveness compared to AB-rated generics (e.g. Wixela). The branded agent, Advair Diskus is no longer the most cost effective inhaled corticosteroid/long-acting beta agonist (LABA/ICS) dry powder inhaler at the MTF and Mail Order points of service. Generic prices of fluticasone/salmeterol DPI will continually be monitored.

> ***COMMITTEE ACTION: REMOVAL OF BRAND OVER GENERIC FOR ADVAIR DISKUS***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) removing the Advair Diskus brand over generic PA requirement. As a result, the current PA criteria for the generic fluticasone/salmeterol DPI will be removed. The branded Advair Diskus will remain available at the Tier 1 (generic) co-payment at the Mail Order and the Retail network pharmacies, until further direction from the P&T Committee.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 390 of 980

AR1578

**VIII. CHANGES TO THE MHS GENESIS OTC LIST: ALIGNING OTC FORMULARIES AT MTFs: BROAD REVIEW OF REMAINING CLASSES**

*Background*—The DoD P&T Committee continued reviewing the OTC drugs on the MHS GENESIS OTC list, with the goal of conducting a broad review of the remaining classes on the list. The primary consideration for this broad review was MTF utilization, with products accounting for more than 5,000 MTF prescriptions in the most recent quarter considered for addition, and products with fewer than 50 prescriptions considered for deletion from the list.

The MHS GENESIS OTC list is a list of NDCs for OTC products that will successfully adjudicate through the outpatient pharmacy system at MHS GENESIS sites (not including OTCs that are already covered under the TRICARE pharmacy benefit, including diabetic supplies [e.g., test strips and syringes], tobacco cessation agents, and OTCs specifically added to the benefit by the DoD P&T Committee). While the list does not affect MTFs still on the CHCS system, non-GENESIS MTFs are encouraged to implement the list locally.

The MHS GENESIS OTC list does not affect inpatient, clinic, or emergency use within MTFs and does not hinder purchases of OTC medications through the prime vendor for either inpatient or outpatient use. The list also does not establish policies as to which of the items on the list may be included in Self-Care programs, although it does have a tangential impact on such programs, since Service policies require OTC products dispensed through self-care programs to be added to patient profiles, and OTC products need to be on the MHS GENESIS list to adjudicate through PDTS and show up on patient profiles.

The MHS GENESIS OTC list is generally controlled at drug/strength/dosage form level, with the pharmacy contractor (Express-Scripts) periodically refreshing the list to account for the introduction of new NDCs. MTFs may request changes to the MHS GENESIS OTC (addition or deletion of products not already on the list (at drug/strength/dosage form level)) by completing the MTF Drug Review Request form (including obtaining concurrence from their local P&T and supplying rationale) and forwarding the completed form to the Formulary Management Branch. Details on how to submit changes to the list will be provided to the MTFs.

***COMMITTEE ACTION: STATUS ON THE MHS GENESIS OTC LIST/IMPLEMENTATION***—The P&T Committee tabled two groups of drugs, the GI-2 Agents: Probiotics subclass, and the rectal Skin Prep agents to allow for a more in-depth review at the May 2022 quarterly P&T Committee meeting. With respect to the remaining classes/subclasses, the P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent):

- Retaining, removing, and adding OTC products to the MHS GENESIS OTC List as specified in Appendix I
- Implementation dates of 180 days following signing of the minutes for products removed from the list, and two weeks for products added to the list.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 391 of 980

AR1579

- Sending letters to patients with prescriptions for OTC products being removed from the list that are typically used chronically.

Appendix I outlines specific products retained or added to the MHS GENESIS OTC List. For the sake of completeness, Appendix I includes previously reviewed classes and products tabled for review in May 2022, as well as those addressed during the broad review at this meeting.

## IX. ITEMS FOR INFORMATION

### A. Annual Review of Newly Approved Drugs

The Committee was briefed on the cost implications for the newly approved drugs per 32 CFR 199.21(g)(5) that were evaluated since program implementation in August 2015. Since the start of the program, 401 drugs have been reviewed, including 52 reviewed in calendar year 2021 alone, with an additional 19 drugs reviewed as line extensions. For the 52 innovators reviewed in 2021, almost half (46%) were existing drugs in new formulations. Only 8 products were truly novel agents, including 6 for orphan diseases (Bylvay, Empaveli, Imcivree, Lupkynis, Welireg, Zokinvy). Updates on the metrics for the newly approved drugs will be presented periodically at upcoming P&T Committee meetings.

### B. Post-Implementation Review: Rapid Acting Insulins

The Committee reviewed utilization and cost trends for the Rapid Acting Insulins (RAI), which were evaluated at the November 2019 Committee meeting, and implemented in July 2020. Novolog was maintained as BCF, with Humalog as UF; there was one Tier 4 selection, Fiasp. The RAI formulary action resulted in in significant and sustained cost avoidance for the MHS, without affecting the numbers of patients receiving an RAI.

### C. Tier 4/Not Covered Re-Review: Migraine Agents: Triptans – sumatriptan 10 mg nasal spray (Tosymra)

The Committee evaluated clinical and cost information for Tosymra, which was evaluated at the November 2019 meeting and designed as Tier 4 on June 3, 2020. Tosymra is a sumatriptan 10 mg/spray nasal device which uses a new excipient and is indicated for acute treatment of migraine with or without aura

Clinical trial data show Tosymra is at least as efficacious as sumatriptan 20 mg/spray in achieving headache freedom at 2 hours post dose. There is no new evidence to suggest that Tosymra confers any significant advantages in efficacy or safety compared to the other sumatriptan nasal formulations. A CMA failed to detect any significant changes in cost effectiveness from the November 2019 P&T Committee review. Tosymra will remain designated as Tier 4.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 392 of 980
AR1580

**D. Pilocarpine 1.25% ophthalmic solution (Vuity) is not a TRICARE covered benefit.**
Vuity is a new prescription eye drop that treats age-related blurred vision (presbyopia).
The drug requires long-term administration due to the short duration of action (6 hours),
and it does not reverse the underlying problem. Vuity is not medically necessary, and thus
will not be part of the TRICARE pharmacy benefit.

**X. ADJOURNMENT**
The meeting adjourned at 1645 hours on February 10, 2022. The next meeting will be in May
2022.

**Appendix A—Attendance: February 9-10, 2022 DoD P&T Committee Meeting:**
**Appendix B—Table of Medical Necessity Criteria**
**Appendix C—Table of Prior Authorization Criteria**
**Appendix D—Table of Quantity Limits**
**Appendix E—Table of Formulary Recommendations for Newly Approved Drugs per 32**
**CFR 199.21(g)(5)**
**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary**
**during the February 2022 DoD P&T Committee Meeting**
**Appendix G—Implementation Dates**
**Appendix H—Tier 4/Not Covered Drugs and Therapeutic Alternatives**
**Appendix I—MHS GENESIS OTC Text List**

# DECISION ON RECOMMENDATIONS

**SUBMITTED BY**:

*[signature]*

John P. Kugler, M.D., MPH
DoD P&T Committee Chair

**The Director, DHA**:

☒ concurs with all recommendations.

☐ concurs with the recommendations, with the following modifications:

☐ concurs with the recommendations, except for the following:

*[signature]*

Brian C. Lein, MD
Assistant Director,
Healthcare Administration
*for* Ronald J. Place
LTG, MC, USA

25 April 2022
Date

Meeting & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 394 of 980

AR1582

| Voting Members Present | |
|---|---|
| John Kugler, COL (Ret.), MC, USA | DoD P&T Committee Chair |
| Col Paul Hoerner BSC, for Col Markus Gmehlin BSC | Chief, DHA Pharmacy Operations Division (POD) |
| CDR Scott Raisor, USPHS | Acting Chief, Formulary Management Branch (Recorder) |
| MAJ Sebastian Welsh, MC | Army, Physician at Large |
| COL Aatif Sheikh, MSC | Army, Pharmacy Officer |
| LTC Rosco Gore, MC | Army, Internal Medicine Physician |
| Ruben Salinas, COL (Ret.) MC, USA | Army, Family Medicine Physician |
| LCDR Sean Stuart, MC | Navy, Physician at Large |
| CAPT Bridgette Faber, MSC | Navy, Pharmacy Officer |
| CDR Danielle Barnes, MC | Navy, Pediatrics Representative |
| CDR Austin Parker, MC | Navy, Internal Medicine Physician |
| CAPT Paul Michaud, USCG | Coast Guard, Pharmacy Officer |
| Lt Col Jeffrey Colburn, MC | Air Force, Internal Medicine Physician |
| Maj Jennifer Dunn, MC | Air Force, Physician at Large |
| Lt Col Larissa Weir, MC | Air Force, OB/GYN Physician |
| Col Corey Munro, BSC | Air Force, Pharmacy Officer |
| Lara Au, PharmD, BCOP | Oncology Pharmacist |
| Nonvoting Members Present | |
| Megan Gemunder, DHA | Attorney Advisor, Contract Law |
| Eugene Moore, PharmD | COR TRICARE Pharmacy Program |
| LCDR William Agbo | DLA Troop Support |

| Guests | |
|---|---|
| Lt Col Matt Cowan | DLA Troop Support |
| Lt Col Francisco Boral | DLA Troop Support |
| LCDR Samuel Mendoza | DLA Troop Support |
| Sooyun Kim, Pharm.D. | DLA Troop Support |
| Mr. Dwight Bonham | DHA Contracting Officer |
| Ms. Marsha Peterson | DHA Contracting Officer |
| Ms. Patricia Legra | DHA Contracting Officer |
| Ms. Tracy Banks | DHA Contracting Officer |
| Ms. Madison Northern | DHA Contracting Officer |
| Mr. Hudson Tompkins | DHA Contracting Officer |
| **Others Present** | |
| MAJ Adam Davies, MSC | Chief, P&T Section, DHA Formulary Management Branch |
| Angela Allerman, PharmD, BCPS | DHA Formulary Management Branch |
| Shana Trice, PharmD, BCPS | DHA Formulary Management Branch |
| Amy Lugo, PharmD, BCPS | DHA Formulary Management Branch |
| LCDR Todd Hansen, MC | DHA Formulary Management Branch |
| LCDR Elizabeth Hall, BCPS, USPHS | DHA Formulary Management Branch |
| Maj Angelina Escano, MC | DHA Formulary Management Branch |
| LCDR Giao Phung, MSC | DHA Formulary Management Branch |
| Ellen Roska, PharmD, MBA, PhD | DHA Formulary Management Branch |
| Julia Trang, PharmD | DHA Formulary Management Branch |
| Maj Gregory Palmrose, BSC | DHA Market Management Branch |
| David Folmar, RPh | DHA Formulary Management Branch Contractor |
| Kirk Stocker, RPh | DHA Formulary Management Branch Contractor |
| Michael Lee, RPh | DHA Formulary Management Branch Contractor |
| Capt Ana Chavis, MSC | BAMC pharmacy resident |
| Sarah Bandy, Pharm D | University of Texas at Austin/UTHSCSA pharmacy resident |

Appendix A—Attendance
Meeting & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 396 of 980
Page 6 of 8
AR1584

| Drug / Drug Class | Medical Necessity Criteria |
|---|---|
| **Newly Approved Drugs MN Criteria** | |
| • maralixibat (Livmarli)<br><br>**Metabolic Agents-Miscellaneous** | • All five formulary agents (ursodiol, cholestyramine, rifampin, naltrexone, and at least 1 antihistamine) have resulted in therapeutic failure<br><br>**Formulary alternatives:** ursodiol, cholestyramine, diphenhydramine, rifampin, naltrexone |
| • ropeginterferon alfa-2b-njft injection (Besremi)<br><br>**Hematological Agents** | • Patient has experienced significant adverse effects from at least 1 formulary agent<br>• At least 1 formulary agent has resulted in therapeutic failure<br><br>**Formulary alternatives:** hydroxyurea, Pegasys |
| • carbidopa/levodopa IR scored tab (Dhivy)<br><br>**Parkinson's Agents** | • Formulary agents have resulted in therapeutic failure<br>• No alternative formulary agent: Patient cannot achieve the dose with generic IR carbidopa/levodopa<br><br>**Formulary alternatives:** generic IR carbidopa/levodopa |
| • atogepant (Qulipta)<br><br>**Migraine Agents** | • Formulary agents resulted in therapeutic failure<br><br>**Formulary alternatives:** Nurtec ODT, Aimovig, Emgality, Ajovy |
| • lonapegsomatropin-tcgd injection (Skytrofa)<br><br>**Growth stimulating agents** | • Use of all formulary agents is contraindicated<br>• Patient has experienced significant adverse effects from <u>all</u> formulary agents<br><br>**Formulary alternatives:** Norditropin (step-preferred), Omnitrope, Zomacton |
| • varenicline nasal solution (Tyrvaya)<br><br>**Ophthalmic: Dry Eye** | • Formulary agents have resulted in therapeutic failure<br><br>**Formulary alternatives:** cyclosporine 0.05% (Restasis/Multidose), lifitegrast 5% (Xiidra) |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting February 9-10, 2022

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 397 of 980    Page 58

AR1585

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| **Newly Approved Drug Pas** | |
| • asciminib (Scemblix)<br><br>**Oncological Agents** | Manual PA criteria apply to all new users of Scemblix<br><br>Manual PA criteria: Scemblix is approved if all criteria are met:<br>• Patient is 18 years of age or older<br>• Scemblix is prescribed by or in consultation with a hematologist/oncologist<br>• The patient has Philadelphia chromosome-positive CML (Ph+ CML) in chronic phase (CP) and was previously treated with two or more tyrosine kinase inhibitors<br>• The provider will monitor for myelosuppression, pancreatitis, hypertension, hypersensitivity, and cardiovascular toxicity<br>• Female patients of childbearing age are not pregnant confirmed by (-) HCG.<br>• Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment.<br>• Female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after cessation of therapy.<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • avacopan (Tavneos)<br><br>**Hematological Agents** | Manual PA criteria apply to new users of Tavneos.<br><br>Manual PA criteria: Tavneos is approved initially for 6 months if all criteria are met:<br>• Patient is 18 years of age or older<br>• The medication is prescribed by or in consultation with a rheumatologist<br>• Patient has a documented diagnosis of granulomatosis with polyangiitis (GPA) (Wegener's) and microscopic polyangiitis (MPA)<br>• Patient meets one of the following criteria (either a or b):<br>    a. Positive ELISA test for anti-proteinase-3 (PR-3)<br>    b. Positive ELISA test for anti-myeloperoxidase (MPO)<br>• Patient has documentation of baseline Birmingham vasculitis activity score (BVAS), with at least one of the following criteria (at least a, b, or c):<br>    a. At least 1 major item (i.e. gangrene, scleritis/episcleritis, hearing loss, massive hemoptysis/alveolar hemorrhage, respiratory failure, ischemic abdominal pain, rise/fall in serum creatinine, meningitis, CVA);<br>    b. At least 3 non-major items;<br>    c. At least 2 renal items of proteinuria and hematuria<br>• Patient has experienced or has a high probability to experience significant adverse effect from prednisone<br>• Tavneos is prescribed in combination with cyclophosphamide or rituximab, unless clinically significant adverse effects are experienced or both cyclophosphamide or rituximab are contraindicated<br><br>Non-FDA-approved used are not approved including Immunoglobulin A nephropathy, Hidradenitis suppurativa, acne inversa, and C3 Glomerulopathy (C3G).<br>Prior Authorization expires after 6 months<br><br>Renewal criteria (Initial TRICARE PA approval required for renewal) Coverage will be approved indefinitely for continuation of therapy if one of the following apply:<br>• Patient has responded positively to therapy as evidenced by at least a 50% reduction in BVAS from baseline or remission (BVAS of zero) AND<br>• If request is for a dose increase, new dose does not exceed 60 mg (2 tabs) per day |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Page 398 of 980
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 398 of 58
AR1586

| | |
|---|---|
| • atogepant (Qulipta)<br><br>**Migraine Agents** | **Changes from February 2022 meeting are in strikethrough.**<br><br>Manual PA criteria apply to all new users of Qulipta.<br><br><u>Manual PA criteria</u>: Qulipta is approved if <u>all</u> criteria are met:<br>• Patient is 18 years of age or older<br>• Medication is prescribed by or in consultation with neurologist<br>• Concurrent use with any small molecule CGRP targeted medication (i.e., Ubrelvy, Nurtec ODT or another gepant) is not allowed<br>• ~~Not approved for patients who have clinically significant or unstable cardiovascular disease~~<br>• Patient has Episodic Migraine as defined by the following:<br>    o 4 to 7 migraine days per month for 3 months AND has at least moderate disability shown by Migraine Disability Assessment (MIDAS) Test score > 11 or Headache Impact Test-6 (HIT-6) score > 50 *OR*<br>    o 8 to 14 migraine days per month for 3 months<br>• Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE drug from TWO of the following migraine prophylactic drug classes:<br>    o Prophylactic antiepileptic medications: valproate, divalproic acid, topiramate<br>    o Prophylactic beta-blocker medications: metoprolol, propranolol, atenolol, nadolol, timolol<br>    o Prophylactic antidepressants: amitriptyline, duloxetine, nortriptyline, venlafaxine<br>• Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE of the following CGRP injectable agents<br>    o erenumab-aooe (Aimovig)<br>    o fremanezumab-vfrm (Ajovy)<br>    o galcanezumab-gnlm (Emgality)<br><br>Non-FDA-approved uses are not approved.<br>Prior Authorization expires after 6 months.<br><br><u>Renewal Criteria</u>: (Initial TRICARE PA approval is required for renewal) Coverage will be approved indefinitely for continuation of therapy if one of the following apply<br>• The patient has had a reduction in mean monthly headache days of ≥ 50% relative to the pretreatment baseline (as shown by patient diary documentation or healthcare provider attestation) *OR*<br>• The patient has shown a clinically meaningful improvement in ANY of the following validated migraine-specific patient-reported outcome measures:<br>    o Migraine Disability Assessment (MIDAS)<br>        ▪ Reduction of ≥ 5 points when baseline score is 11–20<br>        ▪ Reduction of ≥ 30% when baseline score is > 20<br>    o Headache Impact Test (HIT-6) - Reduction of ≥ 5 points<br>    o Migraine Physical Functional Impact Diary (MPFID) Reduction of ≥ 5 points |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Page 399 of 980 58

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 399 of 580

AR1587

| | |
|---|---|
| • lonapegsomatropin-tcgd injection (Skytrofa)<br><br>**Growth Stimulating Agents** | Manual PA criteria apply to all new users of Skytrofa<br><br>The provider acknowledges that Norditropin is the Department of Defense's preferred somatropin agent.<br><br>Manual PA criteria: Skytrofa is approved if <u>all</u> criteria are met:<br>• Patient is a pediatric patient at least one year of age and older who weights at least 11.5 kg<br>• Skytrofa is being used for the indication of growth failure due to an inadequate secretion of endogenous growth hormone (GH) in pediatric patients<br>• Skytrofa is prescribed by or in consultation with a pediatric endocrinologist or nephrologist who recommends therapeutic intervention and will manage treatment<br>• Patient has one or more of the following:<br>   ○ Patient has a contraindication to Norditropin OR<br>   ○ Patient has experienced an adverse reaction(s) to Norditropin, Omnitrope, AND Zomacton not expected with Skytrofa<br><br>     \*Note, all possible preservative formulations are available between Norditropin, Omnitrope and Zomacton.<br>     \*Note that patient preference for a particular device is insufficient grounds for approval of an NF agent.<br><br>AND<br>• Patient requires a less than daily dosing regimen due to needle intolerance or aversion<br><br>Non-FDA-approved uses are not approved, including Idiopathic Short Stature, normal aging process, obesity, and depression<br>Coverage not approved for concomitant use of multiple somatropin agents.<br><br>Prior authorization expires in 1 year; provider must fill out a new PA. |
| • maralixibat (Livmarli)<br><br>**Metabolic Agents-Miscellaneous** | Manual PA criteria apply to all new users of Livmarli.<br><br>Manual PA criteria: Livmarli is approved if <u>all</u> criteria are met:<br>• Patient is 1 year of age or older<br>• The patient has diagnosed Alagille syndrome with severe refractory pruritus<br>• The prescription is written by a pediatric gastroenterologist, or pediatric hepatology transplant specialist<br>• The patient has been evaluated for possible orthotopic liver transplant (OLT)<br>• The patient has previously tried and failed all of the following:<br>   ○ ursodiol<br>   ○ cholestyramine<br>   ○ rifampin<br>   ○ naltrexone<br>   ○ At least one antihistamine (e.g. Atarax, Benadryl, etc.)<br><br>Non-FDA-approved uses such as non-alcoholic steatohepatitis (NASH), non-alcoholic fatty liver disease (NAFLD), progressive familial intrahepatic cholestasis (PFIC), biliary atresia, and other cholestatic diseases are not approved.<br><br>Prior Authorization expires after 6 months.<br><br>Renewal criteria (Initial TRICARE PA approval is required for renewal) Coverage will be approved for an additional six months if the following apply:<br>• Patient must demonstrate significant improvement in pruritus symptoms. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Case 2:25-cv-00041-M-RN      Document 75-1      Filed 12/05/25      Page 400 of 980      Page 29 of 58
AR1588

| | |
|---|---|
| • ropeginterferon alfa-2b-njft injection (Besremi)<br><br>**Hematological Agents** | Manual PA criteria apply to all new users of Besremi.<br><br>Manual PA criteria: Besremi is approved for 1 year if all criteria are met:<br>• Provider acknowledges that another pegylated interferon (Pegasys) is available at the formulary copay and without requiring prior authorization<br>• Patient is 18 years of age or older<br>• Drug is prescribed by or in consultation with a hematologist/oncologist<br>• Patient has a confirmed diagnosis of polycythemia vera (PV)<br>• Patient is high-risk (age >60 years and/or prior history of thrombosis)<br>• Patient is currently taking aspirin 81-100mg daily and is undergoing regular phlebotomy (to maintain hematocrit < 45%)<br>• Patient must try and fail or be intolerant or resistant to (showing phlebotomy-dependence and/or progressive splenomegaly) hydroxyurea OR<br>• The patient has a contraindication to hydroxyurea (e.g., pregnancy)<br><br>Non-FDA-approved uses are NOT approved including myeloproliferative neoplasms, essential thrombocythemia (ET), or adult T-cell leukemia (ATL).<br><br>Prior Authorization expires after 1 year.<br><br>Renewal criteria: (Initial TRICARE PA approval is required for renewal) Coverage is approved for an additional year if the following criteria are met:<br>• Patient has a documented improvement in symptoms |
| • topiramate oral solution (Eprontia)<br><br>**Anticonvulsants-Antimania Agents** | Manual PA criteria apply to all new users of Eprontia.<br><br>Manual PA criteria: Eprontia is approved if all criteria are met:<br>• PA does not apply to patients less than 12 years of age (age edit)<br>• Eprontia is prescribed by or in consultation with an adult or pediatric neurologist<br>• Patient has a diagnosis of one of the following:<br>    ○ For epilepsy monotherapy: Partial onset seizure or primary generalized tonic-clonic seizures in patients 2 years or age or older<br>    ○ For epilepsy adjunctive therapy: Partial onset seizure or primary generalized tonic-clonic seizures or seizures associated with Lennox Gastaut syndrome in patients 2 years of age or older<br>    ○ For Migraine: preventive treatment in patients 12 years of age or older<br>• Patient requires a liquid formulation due to swallowing difficulty or has a feeding tube and cannot use topiramate (sprinkles)<br><br>Non-FDA-approved uses are not approved<br>Prior Authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Page 401 of 980 58

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 402 of 580
AR1589

| | |
|---|---|
| • carbidopa/levodopa IR scored tab (Dhivy)<br><br>**Parkinson's Agents** | Manual PA criteria apply to all new users of Dhivy<br><br>Manual PA criteria: Dhivy is approved if all criteria are met:<br>• Provider acknowledges that generic immediate-release carbidopa/levodopa is available without a PA (e.g. generic Sinemet)<br>• The patient has tried and failed a generic immediate-release formulation of carbidopa/levodopa OR<br>• The patient cannot achieve the required dose with generic immediate-release carbidopa/levodopa (e.g. generic Sinemet)<br><br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire.<br>. |
| • varenicline nasal solution (Tyrvaya)<br><br>**Ophthalmic:**<br>**Dry Eye** | Manual PA criteria apply to all new users of Tyrvaya.<br><br>Manual PA criteria: Tyrvaya is approved if all criteria are met:<br>• The patient is 18 years of age or older<br>• Tyrvaya is prescribed by an ophthalmologist or optometrist<br>• Patient has a diagnosis of dry eye disease as supported by both of the criteria below:<br>  ○ Positive symptomology screening for dry eye disease from an appropriate measure<br>  ○ At least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)<br>• Patient must try and fail the following:<br>  ○ At least 1 month of one ocular lubricant used at optimal dosing and frequency (e.g., carboxymethylcellulose [Refresh, Celluvisc, Thera Tears, Genteal, etc.], polyvinyl alcohol [Liquitears, Refresh Classic, etc.], or wetting agents [Systane, Lacrilube])<br>  ○ Followed by at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency (e.g., carboxymethylcellulose, polyvinyl alcohol)<br>• If the patient has moderate to severe Dry Eye Disease:<br>  ○ Patient has tried and failed an adequate course (at least 6 weeks) of treatment of lifitegrast or cyclosporine treatment<br><br>Non-FDA-approved uses are not approved.<br>Prior Authorization expires after 1 year<br><br>Renewal Criteria: (Initial TRICARE PA approval is required for renewal) Coverage will be approved indefinitely if all criteria are met:<br>  ○ The drug is prescribed by an ophthalmologist or optometrist.<br>  ○ The patient must have documented improvement in ocular discomfort.<br>  ○ The patient must have documented improvement in signs of dry eye disease. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 402 of 980 58

AR1590

| | |
|---|---|
| • vosoritide (Voxzogo)<br><br>**Growth Stimulating Agents: Miscellaneous** | Manual PA criteria apply to all new users of Voxzogo.<br><br>Manual PA criteria: Voxzogo is approved if <u>all</u> criteria are met:<br>• Patient is 5 years of age or older<br>• Drug is prescribed by or in consultation with a pediatric endocrinologist<br>• Patient has a documented diagnosis of achondroplasia with open epiphyses<br>• Patient/Caregiver and provider acknowledge that Voxzogo was FDA approved in an accelerated fashion and continued approval may be contingent upon verification and description of clinical benefit in confirmatory trials<br>• Patient/Caregiver and provider acknowledge that a clinical benefit with Voxzogo has not been proven<br>• Patient/Caregiver have been instructed on how to properly use, store, and administer Voxzogo<br>• Provider agrees to monitor growth and adjust dose according to body weight<br>• Provider agrees to permanently discontinue Voxzogo upon closure of epiphyses<br><br>Non-FDA-approved uses are not approved.<br>Prior Authorization expires after 1 year; provider must fill out a new PA.. |
| | |
| • fenofibrate 120 mg tablets (Fenoglide)<br><br>**Antilipidemics-2: Fenofibrates** | Manual PA criteria applies to new and current users of fenofibrate 120 mg tablets (Fenoglide).<br><br><u>Manual PA Criteria</u>: Fenoglide 120 mg tablets are approved if all criteria are met:<br>• The provider acknowledges that other formulations of fenofibrate, including Tricor, Trilipix, and Lofibra, are available to DoD beneficiaries without the need of prior authorization.  Providers are encouraged to consider changing the prescription to another fenofibrate formulation.<br>• The provider must explain why the patient cannot take one generic fenofibrate 134 mg capsule or two fenofibrate 54 mg tablets or another formulation of fenofibrate *(fill-in blank)*<br><br>Non-FDA-approved uses are NOT approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 403 of 980    Page 58
AR1591

| | |
|---|---|
| • indomethacin suppository (Indocin)<br><br>**Pain Agents: NSAID** | Manual PA criteria applies to new and current users of indomethacin suppositories (Indocin).<br><br>Manual PA Criteria: diclofenac 25 mg tablet is approved if all criteria are met:<br><br>• The provider acknowledges that several other indomethacin formulations, including generic indomethacin suspension and capsules are available to TRICARE beneficiaries without requiring prior authorization.  Providers are encouraged to consider changing the prescription to another indomethacin formulation<br>• The provider acknowledges that several other NSAIDs are available to TRICARE beneficiaries without requiring prior authorization including generic meloxicam, ibuprofen suspension, diclofenac potassium, and naproxen<br>• The provider must explain why the patient requires Indocin suppositories and cannot take generic indomethacin suspension, indomethacin capsules, or other formulary NSAIDs *(fill-in blank)*<br><br>Non-FDA-approved uses are NOT approved.<br>Prior authorization does not expire. |
| • prenatal MVI (Neonatal Plus)<br><br>**Vitamins: Prenatal** | Manual PA criteria applies to new and current users of prenatal MVI (Neonatal Plus).<br><br>Manual PA Criteria: Azesco, Zalvit, Trinaz, Neonatal-DHA, Neonatal FE, Neonatal Complete, or **Neonatal Plus** is approved if all criteria are met:<br><br>• The provider is aware and acknowledges that Prenatal Vitamins Plus Low I, Prenatal Plus, Preplus, Prenatal, Prenatal Vitamins, Prenatal Multi plus DHA, Prenatal Vitamin plus Low Iron, or Prenatal Plus DHA are the preferred products over Azesco, Zalvit, Trinaz, Neonatal-DHA, Neonatal FE, and Neonatal Complete and **Neonatal Plus**.  The preferred vitamins listed above are covered without a PA for women who are under the age of 45 years and planning to become pregnant or who are pregnant. Please consider changing the prescription to one of these agents<br>• The provider must explain why the patient requires Neonatal Plus and cannot take one of the cost effective formulary alternatives *(fill-in blank)*<br><br>Non-FDA-approved uses are NOT approved.<br>Prior Authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 404 of 980 58

AR1592

| | |
|---|---|
| • testosterone cypionate and testosterone enanthate IM injections<br><br>**Androgens-Anabolic Steroids: Testosterone Replacement Therapies** | **The bolded questions will be also added to all other brand and generic formulations of TRT that currently require PA (Fortesta, Androgel, Testim, Jatenzo, Xyosted, etc)**<br><br>Manual PA criteria applies to new users of testosterone cypionate or testosterone enanthate IM injections.<br><br>Manual PA Criteria: testosterone cypionate and testosterone enanthate IM injections are approved if all criteria are met:<br>• Coverage approved for male patients if:<br>   • Patient is over the age of 17 years AND<br>   • Patient has diagnosis of hypogonadism as evidenced by 2 or more morning total testosterone levels below 300 ng/dL AND<br>   • **Provider has investigated the etiology of the low testosterone levels and acknowledges that testosterone therapy is clinically appropriate and needed AND**<br>   • The patient does not have prostate cancer AND<br>   • The patient is experiencing symptoms usually associated with hypogonadism<br>OR<br>• Coverage approved for female-to-male gender reassignment (endocrinologic masculinization) if:<br>   • Patient has diagnosis of gender dysphoria made by a TRICARE authorized mental health provider according to most current edition of the DSM<br>   • Patient is an adult, or is 16 years or older who has experienced puberty to at least Tanner stage 2 AND<br>   • Patient has no signs of breast cancer AND<br>   • For gender dysphoria biological female patients of childbearing potential, the patient IS NOT pregnant or breastfeeding AND<br>   • Patient has no psychiatric comorbidity that would confound a diagnosis of gender dysphoria or interfere with treatment (e.g. unresolved body dysmorphic disorder; schizophrenia or other psychotic disorders that have not been stabilized with treatment) AND<br>   • Patient has a documented minimum of three months of real-life experience (RLE) and/or three months of continuous psychotherapy addressing gender transition as an intervention for gender dysphoria<br><br>Non-FDA-approved uses are NOT approved.<br>Not approved for concomitant use with other testosterone products.<br>Prior Authorization does not expire. |

Appendix D—Table of Quantity Limits (QL)

| Drug / Drug Class | Quantity Limits |
|---|---|
| • dasiglucagon SC injection (Zegalogue)<br>• glucagon injection (Gvoke Hypopen and Pre-Filled Syringe)<br><br>**Antidotes-Overdose Agents: Hypoglycemia Agents** | ▪ Zegalogue and Gvoke:  Retail/MTF/Mail: 2 syringes/pens per fill (one two-pack or two individual packs)<br>▪ Baqsimi: Retail/MTF/Mail: 2 nasal spray units per fill (one two-pack or two individual) |
| • glucagon kit (Glucagon Emergency)<br>• glucagon powder for injection (GlucaGen Hypokit and GlucGen Diagnostic)<br><br>**Antidotes-Overdose Agents: Hypoglycemia Agents** | ▪ Retail/MTF/Mail: 2 kits per fill |
| • asciminib (Scemblix)<br><br>**Oncological Agents** | ▪ Retail/MTF/Mail:  30 day supply |
| • atogepant (Qulipta)<br><br>**Migraine Agents** | ▪ Retail: 30 tabs/30 days<br>▪ MTF/Mail: 90 tabs/90 days |
| • avacopan (Tavneos)<br><br>**Hematological Agents** | ▪ Retail/MTF/Mail:  30 day supply |
| • maralixibat (Livmarli)<br><br>**Metabolic Agents-Miscellaneous** | ▪ Retail/MTF/Mail:  30 day supply |
| • varenicline nasal solution (Tyrvaya)<br><br>**Ophthalmic: Dry Eye** | ▪ Retail: 1 package (2 bottles in each package) in 30 days<br>▪ MTF/Mail: 3 packages (2 bottles in each package) in 90 days |
| • vosoritide (Voxzogo)<br><br>**Growth Stimulating Agents: Miscellaneous** | ▪ Retail/MTF/Mail:  30 day supply |

| Generic (Trade) | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| asciminib (Scemblix)<br><br>Oncological Agents: Chronic Myelogenous Leukemia | • bosutinib (Bosulif)<br>• ponatinib (Iclusig) | • Tablet-20/40 mg<br>• Ph+ CML in CP: 80 mg PO qday or 40 mg PO bid<br>• Ph+ CML in CP with T315I Mutation: 200 mg PO bid<br>• Avoid food at least 2 hrs before and 1 hr after taking Scemblix; swallow tabs whole (do not break, crush, nor chew) | CML in chronic phase (CP) | • Most common ADRs (≥ 20%): URTI, musculoskeletal pain, fatigue, nausea, rash, and diarrhea<br>• Common lab abnormalities (≥ 20%): decreased PLT, neutrophils, Hgb; and increased triglycerides, CPK, ALT, lipase, and amylase | • Scemblix is one of the few agents indicated as a third line or later treatment option for Ph+ CML-CP<br>• Robust objective response (major molecular response) but immature survival data<br>• Unique safety profile relative to bosutinib; better tolerated<br>• Scemblix is an important addition to treatment options for later-line treatment of Ph+ CML-CP | • UF |
| atogepant (Qulipta)<br><br>Migraine Agents | • Emgality<br>• Ajovy<br>• Aimovig<br>• Nurtec ODT | • Tablet-10/30/60mg<br>• Dosing- 10, 30, or 60 mg by mouth once daily w/wo food | Preventive treatment of episodic migraine in adults | • >5%: constipation, nausea, fatigue | • The 5th CGRP agent and 2nd oral CGRP antagonist for migraine prevention<br>• Well tolerated with minimal side effect profile<br>• Indirect comparison shows similar efficacy to the injectable agents used for prevention of migraine<br>• No significant clinical advantage over other CGRP treatments for episodic migraine prevention | • NF |
| avacopan (Tavneos)<br><br>Hematological Agents | • prednisone<br>• cyclophos-phamide<br>• azathioprine<br>• mycophen-olate<br>• rituximab | • 10 mg capsules<br>• 30 mg (three caps) by mouth BID with food | Microscopic polyangiitis (MPA) and granulomatosis with polyangiitis (GPA) | • >5%: HA, HTN, NV/D, rash, fatigue, upper abdominal pain, dizziness, increased creatinine, and paresthesia | • First oral complement 5a receptor antagonist used adjunctively with glucocorticoids<br>• Avacopan use resulted in decreased prednisone use and was noninferior to tapered prednisone for remission at week 26<br>• Showed reduced risk of glucocorticoid toxic events due to its sparing effects<br>• Possibly useful as an alternative to prednisone use in patients suffering from GPA/MPA<br>• Most common adverse events include nausea, headache, vomiting and rash<br>• Avacopan is an additional option for therapy but does not change guideline directed therapy | • UF |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 407 of 980

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| Generic (Trade) | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| carbidopa/ levodopa (Dhivy) Parkinson's Agents | • Carbidopa/ levodopa IR tab 25 mg/ 100 mg • Carbidopa/ levodopa ODT tab 25 mg /100 mg | • 25 mg carbidopa/100 mg levodopa scored oral tablet | Parkinson's disease (PD) | • Same as other carbidopa/levodopa formulations | • Dhivy is another formulation of carbidopa/levodopa approved via 505(b)2 pathway for PD<br>• Dhivy has additional scorings for smaller dosing<br>• No new studies were conducted<br>• Dhivy provides no compelling advantage over existing agents other than scored tablets | • NF |
| celecoxib oral solution (Elyxyb) Pain Agents: NSAIDs | • celecoxib capsules • diclofenac powder packet (Cambia) • ibuprofen • naproxen • APAP/aspirin/ caffeine | • 120 mg (4.8 mL) with or without food; max of one dose/day • 60 mg (2.4 mL) dose for moderate hepatic impairment or poor metabolizers of CYP2C9 substrates | Acute treatment of migraines in adults with or without aura | ADR > 2% and greater than placebo: • Dysgeusia (3%) | • Elyxyb is a new oral solution formulation of celecoxib approved for adult migraine treatment with or without aura<br>• Approved through a 505(b)(2) application<br>• Only one of the two pivotal trials demonstrated a statistically significant improvement in freedom from pain at 2 hours vs. placebo<br>• Elyxyb's time to peak concentrations is faster than celecoxib capsules, but slower than other NSAIDs for migraine<br>• Patients with swallowing difficulties already have an easy to swallow celecoxib option (capsules can be opened up and mixed with applesauce)<br>• There are many other effective, formulary and OTC migraine medications available<br>• Elyxyb provides little to no clinical advantage over existing agents | • Tier 4/Not covered |
| lonapegsoma- tropin-tcgd injection (Skytrofa) Growth Stimulating Agents | • Genotropin • Norditropin | • Single dose, prefilled cartridges • SC dosing at 0.24 mg/kg body weight once-weekly • Doses: 3/3.6/4.3/5.2/6.3/7.6 /9.1/11/13.3 mg | Growth hormone | • Most common ADRs (≥5%) in peds: viral infection, pyrexia, cough, N/V/D, hemorrhage, abdominal pain, and arthralgia and arthritis | • Skytrofa is a long-acting somatropin prodrug whose primary advantage is weekly dosing instead of daily dosing required with the other growth hormone stimulating agents<br>• Skytrofa is non-inferior to Genotropin<br>• Somatropin products are clinically interchangeable<br>• Skytrofa is another treatment option in an already crowded class for growth hormone deficiency | • NF and non-step- preferred |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022

Page 35 of 58
AR1596

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 408 of 980

| Generic (Trade) | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| marabavir (Livtencity) Antivirals | • ganciclovir • valganciclovir • foscarnet • cidofovir | • 400 mg (two 200 mg tablets) PO BID with or without food (given for 8 weeks duration in pivotal study) • Dose adjustments for drug interactions with carbamazepine, phenytoin, or phenobarbital | Adults and children (12 years of age and older and weighing ≥35 kg) with post-transplant CMV infection / disease refractory to treatment (with or without genotypic resistance) with ganciclovir, valganciclovir, cidofovir or foscarnet | ADRs > 10%: • Taste disturbance (46%) • Nausea (21%) • Diarrhea (19%) • Vomiting (14%) • Fatigue (12%) | • Livtencity is a treatment option for patients with post-transplant CMV infections who are refractory to other medications • Available as a well-tolerated oral medication that offers a new mechanism of action • Superior to investigator-assigned treatment for viremia clearance and clearance plus symptom control maintained after therapy • Associated with less nephrotoxicity than foscarnet, less myelotoxicity than valganciclovir and ganciclovir, and fewer discontinuations than investigator-assigned treatment • One disadvantage is that it can lead to increased concentrations of immunosuppressants like tacrolimus, requiring increased monitoring • Likely to be reserved as last-line therapy • Adds to the armamentarium for a disease with serious consequences in post-transplant patients | • UF |
| maralixibat (Livmarli) Metabolic Agents-Miscellaneous | • chole-styramine • rifampin • hydroxyzine • naltrexone • odevixibat (Bylvay) | • Oral solution • 9.5 mg/mL in 30 mL bottles • Starting dose week 1: 190 mcg/kg daily for 1 week • Week 2: 380 mcg/kg if tolerated | Cholestatic pruritus in Alagille syndrome | • ≥ 5%: V/D, abdominal pain, fat soluble vitamin deficiency (FSVD), liver enzyme abnormalities, GI bleeding, bone fractures | • Livmarli is a new ileal bile acid transporter (IBAT) inhibitor • Only indicated for the treatment of cholestatic pruritus in patients 12 months of age and older • According to guidelines, use of ursodeoxycholic acid or cholestyramine should be first line, rifampin is second line followed by naltrexone and antihistamines for adjunctive therapy • The data for the primary and secondary endpoints were statistically significant • Adverse effects ≥ 5% diarrhea, abdominal pain, vomiting, fat soluble vitamin deficiency (FSVD), liver enzyme abnormalities, GI bleeding, bone fractures • Despite offering symptomatic control, studies on mortality and morbidity are not known • No effect on disease progression | • NF |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 409 of 980

| Generic (Trade) | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| ropeginterferon alfa-2b-njft injection (Besremi) Hematological Agents | • hydroxyurea • peginterferon alfa-2a injection (Pegasys) • ruxolitinib (Jakafi) • busulfan (Myleran) | • SubQ Injection: 500 mcg/mL single-dose PFS • 100 mcg SQ every 2 weeks • Increase by 50 mcg every 2 weeks until parameters stabilize (Hct < 45%, Plt < 400 x 109/L, and leukocytes < 10 x 109/L) • Max 500 mcg • Start at 50 mcg if currently receiving hydroxyurea | Polycythemia vera | Common ADRs (>40%) reported: • influenza-like illness • arthralgia • fatigue • pruritus • nasopharyngitis • musculoskeletal pain | • Besremi is another pegylated interferon and the only FDA-approved treatment for polycythemia vera (PV) without symptomatic splenomegaly • NCCN guidelines recommend hydroxyurea or Pegasys as first-line options in patients with high-risk PV • There are no head to head studies with similar agents, making statements about comparative effectiveness difficult • Besremi is pharmacologically similar to Pegasys (both are pegylated interferons) and would be expected to have a similar place in therapy • Clinically meaningful differences in efficacy and safety between Besremi and Pegasys or Pegintron cannot be established | • NF |
| topiramate oral solution (Eprontia) Anticonvulsants-Antimania Agents | • topiramate IR 200 mg tablet • topiramate ER capsule • topiramate ER 200 mg capsule (Qudexy XR) | • 25 mg/ml in 473 ml bottle • Varies depending on age and indication | Epilepsy, migraine, Lennox-Gastaut | • Epilepsy >10%: paresthesia, anorexia, speech, fatigue, dizziness, nervous, slowing, vision, fever • Migraine >5%: paresthesia, hypoesthesia, anorexia, memory, taste, N/D, abd pain, URI | • Eprontia is another formulation of topiramate in an oral solution approved via the 505(b)2 pathway • No new clinical studies were completed; has only shown bioequivalence to topiramate sprinkles • Other than being the only topiramate oral solution, Eprontia offers no major clinical benefit relative to other topiramate formulations | • UF |
| varenicline nasal solution (Tyrvaya) Ophthalmic: Dry Eye | • Restasis • Restasis multi-dose • Cequa • Xiidra | • 1 spray (0.05 mL [0.03 mg of Tyrvaya]) in each nostril BID • Available as a nasal spray bottle containing 60 sprays | To increase tear production in patients with kerato-conjunctivitis sicca (dry eye) ≥ 18 years of age | Most common AEs (incidence > 5% of patients): sneezing (82%), cough (16%), throat irritation (13%), and instillation-site (nose) irritation (8%) | • Tyrvaya is a new formulation of varenicline approved as a nasal spray for dry eye disease • Cholinergic agonist that activates the parasympathetic pathway to increase tear production • Does not address any underlying issues • Evaluated in two unpublished studies compared to varenicline 0.06 mg spray and vehicle. • Statistically superior to placebo based on the Schirmer Tear Test and met the MCID of 5 mm | • NF |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 410 of 980

| Generic (Trade) | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| | | | | | • No statistically significant difference vs. placebo for symptomatic dry eye<br>• Duration of therapy was limited to 4 weeks<br>• Overall, well tolerated with but different ADRs compared to ophthalmic treatment options<br>• No head to head studies have been conducted with other DED agents (e.g. Xiidra, Restasis)<br>• Guidelines have not addressed Tyrvaya, place in therapy remains unclear, and long-term benefit has not been determined<br>• Providers agree with recommending trials of OTC products and trials of Restasis or Xiidra<br>• The spray acts in as little as 14 days, rather than the 3–6 months required for existing prescription drugs, and it doesn't irritate the eyes.<br>• Tyrvaya offers a novel mechanism for treating DED however there are no compelling advantages over existing agents | |
| vosoritide injection (Voxzogo)<br><br>Growth Stimulating Agents: Miscellaneous | • Growth hormone therapy (off-label) | • Once daily subcutaneous injection based on patient weight<br>• Available as 0.4 mg, 0.56 mg, or 1.2 mg lyophilized powder in a single-dose vial for reconstitution | Increase linear growth in pediatric patients with achondroplasia who are 5 years of age and older with open epiphyses | Most common adverse reactions (>10%) are injection site swelling, vomiting, injection site urticaria, arthralgia, decreased blood pressure, and gastroenteritis | • First C type natriuretic peptide (CNP) analog approved for this condition (achondroplasia)<br>• Approved via accelerated approval; continued approval may be contingent upon verification of clinical benefit in confirmatory trials<br>• Compared to placebo in one phase 3 study<br>• Vosoritide provided a statistically significant change from baseline in annualized growth velocity (AGV) at Week 52 compared to placebo (−0.17 vs 1.4)<br>• Most common ADRs (> 10%) include injection site erythema, swelling, and urticaria, vomiting, arthralgia, decreased blood pressure, and gastroenteritis<br>• Voxzogo offers a once daily injectable treatment option for pediatric patients with achondroplasia | • UF |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 411 of 980

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| February 2022 | **Newly Approved Drugs per 32 CFR 199.21(g)(5) Designated NF:**<br>*No reason to exempt from NF-2-Mail requirement, similar agents are already on list, and pending final cost:*<br>• varenicline nasal solution (Tyrvaya)<br><br>*No reason to exempt from NF-2-Mail requirement, similar agents are already on list, pending availability at mail, and pending final cost:*<br>• lonapegsomatropin-tcgd injection (Skytrofa)<br>• ropeginterferon alfa-2b-njft injection (Besremi)<br><br>**Line Extensions Designated UF**<br>*Similar/parent agent already on list (all new strengths or dosage forms):*<br>• dupilumab syringe (Dupixent) | **Drug Class Reviews**<br>*Acute use exception applies*<br>• glucagon (Baqsimi, Gvoke, Zegalogue)<br><br>**Newly Approved Drugs per 32 CFR 199.21(g)(5) Designated UF:**<br>*Drugs in class not currently represented on EMMPI List and comparable pricing at mail order vs MTFs or retail:*<br>• asciminib (Scemblix)<br>• topiramate oral solution (Eprontia)<br><br>*Not yet clear if feasible to provide through mail:*<br>• avacopan (Tavneos)<br>• marabavir (Livtencity)<br><br>*Not yet clear if feasible to provide through mail and final cost pending:*<br>• vosoritide injection (Voxzogo)<br><br>**Designated NF:**<br>*Not yet clear if feasible to provide through mail order:*<br>• maralixibat (Livmarli)<br>• carbidopa/levodopa IR scored tab (Dhivy)<br><br>*Exception due to comparable pricing at mail order vs MTFs or retail and similar agents not on list:*<br>• atogepant (Qulipta)<br><br>**Line Extensions Designated UF**<br>*Similar/parent agent not on list:*<br>• glecaprevir/pibrentasvir (Mavyret)<br>• sofosbuvir/velpatasvir (Epclusa)<br>• bictegravir/emtricitabine/tenofovir alafenamide (Biktarvy)<br>• voxelotor (Oxbryta) |

Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Page 350 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 412 of 980

AR1600

**Upon signing:  April 27, 2022 (for signing date of April 26, 2022)**

**Two weeks after signing:  May 11, 2022**

**30 Days after Signing:  June 1, 2022**

**60 days after signing:  June 29, 2022**

**90 days after signing:  July 27, 2022**

**120 Days after signing:  August 24, 2022**

**\* Note that implementation occurs the first Wednesday following "X" days after signing of the minutes in all points of service.**

Appendix G—Implementation Dates for UF Recommendations/Decisions
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 413 of 580  Page 980 of 58
AR1601

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| February 2022 | Pain Agents: NSAIDs | • celecoxib oral solution (Elyxyb) | • celecoxib tablets<br>• ibuprofen<br>• naproxen<br>• diclofenac<br>• numerous other NSAIDs or combo products | • Month day, (120 days) |
| Nov 2021 | Antianxiety Agents: Benzodiazepines | • lorazepam ER capsule (Loreev XR) | • lorazepam IR tablets<br>• alprazolam IR and XR tablets | • June 15, 2022 (120 days) |
| Nov 2021 | Migraine Agents | • dihydroergotamine mesylate nasal spray (Trudhesa) | • DHE nasal spray<br>• sumatriptan nasal and oral<br>• rizatriptan<br>• zolmitriptan<br>• eletriptan | • June 15, 2022 (120 days) |
| Aug 2021 | Antilipidemic-1s | • rosuvastatin/ ezetimibe (Roszet) | • rosuvastatin with ezetimibe<br>• atorvastatin with ezetimibe<br>• simvastatin/ezetimibe (Vytorin)<br>• evolocumab (Repatha)<br>• alirocumab (Praluent) | • June 15, 2022 (120 days) |
| May 2021 | Anticonvulsants- Antimania Agents | • levetiracetam (Elepsia XR) | • levetiracetam ER<br>• lamotrigine XR<br>• topiramate ER | • June 15, 2022 (120 days) |
| Feb 2021 | Corticosteroids- Immune Modulators: High Potency | • clobetasol propionate 0.05% lotion metered dose pump (Impeklo) | • betamethasone/propylene glycol 0.05% lotion<br>• betamethasone dipropionate 0.05% gel<br>• clobetasol propionate/emollient 0.05 % (emulsion) foam<br>• clobetasol propionate 0.05% solution, lotion, gel, foam, spray, and shampoo<br>• fluocinonide 0.05% solution and gel | • June 15, 2022 (120 days) |
| Feb 2021 | Psoriasis Agents | • calcipotriene/ betamethasone dipropionate 0.005% /0.064% topical cream (Wynzora) | • vitamin D analog (calcipotriene 0.005% cream, ointment or solution) with a high potency topical corticosteroid (clobetasol propionate 0.05% ointment, cream, solution and gel | • June 15, 2022 (120 days) |

Appendix H—Not Covered Drugs and Therapeutic Alternatives
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| | | | • fluocinonide 0.05% cream, gel, and solution <br><br> • calcipotriene 0.005% / betamethasone 0.064% foam (Enstilar) [Nonformulary] | |
| Nov 2020 | Attention-Deficit/ Hyperactivity Disorder (ADHD) Agents: Stimulants | • methylphenidate ER sprinkle capsules (Adhansia XR) | • methylphenidate ER (Aptensio XR sprinkle capsule), for patients with swallowing difficulties <br> • methylphenidate ER oral suspension (Quillivant XR suspension), for patients with swallowing difficulties <br> • methylphenidate ER osmotic controlled release oral delivery system (OROS) (Concerta, generics) <br> • methylphenidate long-acting (Ritalin LA, generics) <br> • methylphenidate controlled delivery (CD) (Metadate CD, generics) <br> • dexmethylphenidate ER (Focalin XR, generics) <br> • mixed amphetamine salts ER (Adderall XR, generics) | • Currently Tier 4 from Aug 2019 meeting, implemented March 4, 2020 |
| Nov 2020 | GI-1 Agents | • budesonide ER 9 mg capsules (Ortikos) | • budesonide ER tablets (Entocort EC, generics) <br><br> • other corticosteroids | • June 2 2021 |
| Nov 2020 | Corticosteroids | • dexamethasone 20 mg tables (Hemady) | • dexamethasone generics 0.5, 0.75, 1, 1.5, 2, 4, 6 mg tabs | • June 2 2021 |
| Nov 2020 | Pulmonary I Agents Inhaled Corticosteroids (ICS) | • fluticasone propionate dry powder inhaler oral (ArmonAir Digihaler) | • fluticasone (Flovent Diskus) <br><br> • fluticasone (Flovent HFA) <br><br> • fluticasone furoate (Arnuity Ellipta) [non formulary] <br><br> • beclomethasone (QVAR) [non formulary] <br><br> • budesonide (Pulmicort Flexhaler) [non formulary] <br><br> • ciclesonide (Alvesco) [non formulary] <br><br> • flunisolide (Aerospan) [non formulary] <br><br> • mometasone (Asmanex Twisthaler [non formulary] | • June 2 2021 |
| Nov 2020 | Pulmonary I Agents ICS/Long-Acting Beta Agonists (LABA) | • fluticasone propionate / salmeterol dry powder inhaler oral (AirDuo Digihaler) | • fluticasone/salmeterol (Advair Diskus) <br><br> • fluticasone/salmeterol (Advair HFA) <br><br> • fluticasone/vilanterol (Breo Ellipta) [non formulary] <br><br> • mometasone/formoterol (Dulera) [non formulary] | • June 2 2021 |

Appendix H—Not Covered Drugs and Therapeutic Alternatives
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Page 415 of 980
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 415 of 58
AR1603

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| | | | • budesonide/formoterol (Symbicort) [non formulary]<br>• fluticasone/salmeterol (AirDuo Respiclick) [non formulary] | |
| Nov 2020 | Calcium Channel Blockers | • levamlodipine (Conjupri) | • amlodipine<br>• felodipine<br>• nifedipine<br>• diltiazem<br>• verapamil | • June 2 2021 |
| Nov 2020 | GI-2 Agents | • metoclopramide nasal spray (Gimoti) | • metoclopramide oral tablet (Reglan generics)<br>• metoclopramide oral solution (Reglan, generics)<br>• metoclopramide orally disintegrating tablet (Reglan ODT) | • June 2 2021 |
| Aug 2020 | Topical Psoriasis Agents | • calcipotriene 0.005%-betamethasone 0.064% suspension (Taclonex, generic) | *Scalp Psoriasis:*<br>• calcipotriene 0.005% solution<br>• clobetasol 0.05% solution, shampoo<br>• fluocinonide 0.05% solution<br>• calcipotriene 0.005%-betamethasone 0.064% foam (Enstilar) [Nonformulary]<br>*Psoriasis involving areas other than the scalp:*<br>• calcipotriene 0.005% ointment, cream, solution<br>• clobetasol 0.05% ointment, cream<br>• fluocinonide 0.05% cream, ointment | • February 24, 2021 |
| Aug 2020 | High-Potency Topical Corticosteroids | • halcinonide 0.1% topical solution (Halog) | • betamethasone propylene glycol 0.05% cream<br>• clobetasol propionate 0.05% cream and ointment<br>• clobetasol propionate/emollient 0.05% cream<br>• desoximetasone 0.25% cream and ointment<br>• fluocinonide 0.05% cream and ointment<br>• fluocinonide/emollient base 0.05% cream<br>• halobetasol propionate 0.05% ointment | • February 24, 2021 |

Appendix H—Not Covered Drugs and Therapeutic Alternatives
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Page 980 of 58
Page 416 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 416 of 980

AR1604

Appendix H—Not Covered Drugs and Therapeutic Alternatives

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| Aug 2020 | Acne Agents: Topical Acne and Rosacea | • tazarotene 0.045% lotion (Arazlo) | • adapalene 0.1% lotion, gel, cream<br>• adapalene 0.3% gel<br>• clindamycin phosphate 1% gel, cream, lotion, and solution<br>• clindamycin/ benzoyl peroxide 1.2% - 5% gel<br>• tazarotene 0.1% cream<br>• tretinoin 0.025%, 0.05%, and 0.1% cream<br>• tretinoin 0.01% and 0.025% gel | • February 24, 2021 |

*The P&T Committee may recommend complete exclusion of any pharmaceutical agent from the TRICARE pharmacy benefits program the Director determines provides very little or no clinical effectiveness relative to similar agents. All TRICARE Tier 4/not covered drugs were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018. The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms.

Drugs recommended for Tier 4/Not Covered status will not be available at the MTFs or Mail Order points of service. Beneficiaries will be required to pay the full out-of-pocket cost for the Tier 4/Not Covered drug at the Retail points of service.

The first Tier 4 products were designated at the February 2019 P&T Committee meeting, with implementation occurring on August 28, 2019. For a cumulative listing of all Tier 4 drugs to date, refer to previous versions of the DoD P&T Committee quarterly meeting minutes, found on the heatlh.mil website.

Appendix H—Not Covered Drugs and Therapeutic Alternatives
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Page 940 of 58

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 417 of 980

AR1605

Note: GCN Additions will be implemented the first Wednesday two weeks after signing of the minutes, with the deletions implemented at 120 days.

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Analgesics and Combinations (reviewed May 2019, acetaminophen 325 mg tablet updated May 2021)** | | |
| Feb 2022 | **Already reviewed (RETAIN)**<br>• 16903 - acetaminophen 120 MG SUPP.RECT<br>• 16905 - acetaminophen 325 MG SUPP.RECT<br>• 16907 - acetaminophen 650 MG SUPP.RECT<br>• 16908 - acetaminophen 80 MG SUPP.RECT<br>• 16932 - acetaminophen 160 MG/5ML LIQUID<br>• 16964 - acetaminophen 325 MG TABLET<br>• 16965 - acetaminophen 500 MG TABLET<br>• 16971 - acetaminophen 80 MG TAB CHEW<br>• 26911 - acetaminophen 160 MG/5ML ORAL SUSP<br>• 27794 - acetaminophen 160 MG/5ML ORAL SUSP | |
| **Anesthetic Agents : Local (topical anesthetic agents reviewed May 2019)** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 48591 - phenol 1.4 % SPRAY (Mucous Membrane) (e.g., Chloroseptic)<br>• 30354 - benzocaine/menthol 15MG-3.6MG LOZENGE (e.g., Cepacol)<br>• 30355 - benzocaine/menthol 15MG-2.6MG LOZENGE (e.g., Cepacol)<br><br>**Already reviewed (RETAIN)**<br>• 30671 - benzocaine/menthol 20 %-0.5 % AEROSOL (Topical) (Dermoplast)<br>• 30730 - dibucaine 1 % OINT. (G) (Topical) | **REMOVE these GCNs**<br>• 00740 - benzocaine 20 % SPRAY (e.g., Hurricaine Spray)<br>• 12200 - benzocaine 20 % GEL (GRAM) (e.g., Orajel)<br>• 29244 - benzocaine 20 % SPRAY (Hurricaine One Spray) |
| **Antibacterials** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 30011 - chlorhexidine gluconate 4 % LIQUID (e.g., Hibiclens)<br>• 45334 - povidone-iodine 10 % SOLUTION (e.g., Betadine) | **REMOVE these GCNs**<br>• 29723 - povidone-iodine 10 % MED. SWAB (e.g., Betadine)<br>• 29731 - povidone-iodine 7.5 % SOLUTION (e.g., Betadine)<br>• 29761 - povidone-iodine 10 % OINT. (G) (e.g., Betadine) |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Antibiotics : Combinations** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 31811 - bacitracin 500 UNIT/G PACKET<br>• 31812 - bacitracin 500 UNIT/G OINT. (G)<br>• 31810 - bacitracin zinc 500 UNIT/G OINT. (G)<br>• 31813 - bacitracin zinc 500 UNIT/G OINT PACK<br>• 85459 - neomycin/bacitracin/polymyxin B 3.5-400-5K OINT. (G) | **REMOVE these GCNs**<br>• 21311 - bacitracin/polymyxin B sulfate 500-10K/G OINT. (G) |
| **Antiemetic-Antivertigo Agents** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 18301 - meclizine HCl 12.5 MG TABLET<br>• 18312 - meclizine HCl 25 MG TAB CHEW | **REMOVE these GCNs**<br>• 18302 - meclizine HCl 25 MG TABLET |
| **Antifungals (Topical antifungals reviewed Aug 19; vaginal antifungals reviewed Nov 20)** | | |
| Feb 2022 | **Already reviewed (RETAIN)**<br><br>**Topical antifungals**<br>• 30370 - clotrimazole 1 % CREAM (G)<br>• 62498 - terbinafine HCl 1 % CREAM (G)<br>• 30310 - tolnaftate 1 % POWDER<br><br>**Vaginal antifungals**<br>• 28360 - clotrimazole 1 % CREAM/APPL<br>• 28380 - miconazole nitrate 2 % CREAM/APPL<br>• 69380 - miconazole nitrate 200 MG-2 % KIT | |
| **Antihistamine-1 : First Generation and Combinations** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 46512 - chlorpheniramine maleate 4 MG TABLET<br>• 45971 - diphenhydramine HCl 25 MG CAPSULE<br>• 46071 - diphenhydramine HCl 25 MG TABLET<br>• 45972 - diphenhydramine HCl 50 MG CAPSULE<br>• 48831 - diphenhydramine HCl 12.5MG/5ML LIQUID | **REMOVE these GCNs**<br>• 46503 - chlorpheniramine maleate 2 MG/5 ML SYRUP<br>• 46541 - chlorpheniramine maleate 12 MG TABLET ER<br>• 31607 - diphenhydramine HCl 25 MG CAPSULE<br>• 27481 - diphenhydramine HCl 25 MG TABLET<br>• 27482 - diphenhydramine HCl 50 MG CAPSULE<br>• 46032 - diphenhydramine HCl 12.5MG/5ML ELIXIR<br>• 46062 - diphenhydramine HCl 12.5MG/5ML SYRUP |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Antihistamine-1 : Second Generation and Combinations** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 13866 - cetirizine HCl/pseudoephedrine 5 MG-120MG TAB ER 12H<br>• 24394 - fexofenadine/pseudoephedrine 180-240MG TAB ER 24H<br>• 63565 - fexofenadine/pseudoephedrine 60MG-120MG TAB ER 12H<br>• 63570 - loratadine/pseudoephedrine 5 MG-120MG TAB ER 12H<br>• 63577 - loratadine/pseudoephedrine 10MG-240MG TAB ER 24H<br>• 49290 - cetirizine HCl 1 MG/ML SOLUTION<br>• 60521 - loratadine 10 MG TAB RAPDIS<br>• 60562 - loratadine 5 MG/5 ML SOLUTION<br><br>NOTE: OTC versions of cetirizine, loratadine, and fexofenadine tablets are available at all points of service on the DoD pharmacy benefit | **REMOVE these GCNs**<br>• 21771 - cetirizine HCl 10 MG TAB CHEW<br>• 27714 - cetirizine HCl 5 MG/5 ML SOLUTION<br>• 28661 - loratadine 5 MG TAB RAPDIS |
| **Antihistamine-2 Blockers** | | |
| Feb 2022 | **ADD these GCNs**<br>• 46432 – famotidine 10 MG TABLET | |
| **Antiinfectives : Anti-Helmintics (pyrantel pamoate reviewed Aug 20)** | | |
| Feb 2022 | **Already reviewed (RETAIN):**<br>• 43170 - pyrantel pamoate 50 MG/ML ORAL SUSP | |
| **Antiinfectives : Miscellaneous** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 44520 -permethrin 1 % LIQUID (e.g., Nix)<br>• 91071 -piperonyl butoxide/pyrethrins 4%-0.33% SHAMPOO (e.g., Rid) | |
| **Antilipidemics-2 : Dietary Supplements** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 26059 - omega-3 fatty acids/fish oil 300-1000MG CAPSULE<br>• 97298 - omega-3 fatty acids/fish oil 340-1000MG CAPSULE<br>• 21465 - omega-3/dha/epa/fish oil 500-1000MG CAPSULE<br>• 23414 - omega-3/dha/epa/fish oil 300-1000MG CAPSULE<br>• 28126 - omega-3/dha/epa/fish oil 1000 MG CAPSULE | **REMOVE these GCNs**<br>• 98676 - omega-3 fatty acids/fish oil 360-1200MG CAPSULE<br>• 34819 - omega-3s/dha/epa/fish oil 300-1000MG CAPSULE DR<br>• 46508 - omega-3/dha/epa/fish oil 300-1000MG CAPSULE |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Antiplatelet-Hemorrhelogic Agents : Pain Miscellaneous (reviewed Aug 2020)** | | |
| Feb 2022 | **Already reviewed (RETAIN)**<br>• 00161 - aspirin 81 MG TABLET DR<br>• 16701 - aspirin 325 MG TABLET<br>• 16713 - aspirin 81 MG TAB CHEW<br>• 16720 - aspirin 325 MG TABLET DR | |
| **Bandages and Dressings (designated by NDC)** | | |
| Feb 2022 | | **REMOVE these NDCs**<br>• 08137116144 - adhesive bandage 2.875" X4" BANDAGE<br>• 08137116286 - adhesive bandage  BANDAGE<br>• 08137116152 - adhesive tape 1" X 10 YD TAPE<br>• 08137116124 - gauze bandage 2" X 2" BANDAGE<br>• 08137116128 - gauze bandage 4" X 4" BANDAGE<br>• 08137116147 - gauze bandage 4" X 4" SPONGE<br>• 42167001801 - transparent dressing 4"X4 3/4" BANDAGE |
| **Binders-Chelators-Antidotes-Overdose Agents** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 34577 -dextrose/dextrin/maltose 24 G/31 G GEL (GRAM) (e.g., Insta-glucose) | |
| **Compounding Supplies** | | |
| Feb 2022 | | **REMOVE these GCNs**<br>• 40099 - compound vehicle susp SF no.20 ORAL SUSP<br>• 45550 - sorbitol solution 70 % SOLUTION |
| **Corticosteroids-Immune Modulators : Low Potency (reviewed Aug 19)** | | |
| Feb 2022 | **Already reviewed (RETAIN)**<br>• 30942 - hydrocortisone 1 % CREAM (G)<br>• 30951 - hydrocortisone 1 % OINT. (G)<br>• 30942 - hydrocortisone/aloe vera 1 % CREAM (G) | |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Cough-Cold Agents** | | |
| Feb 2022 | **ADD these GCNS**<br>• 17802 - dextromethorphan polistirex 30 MG/5 ML SUS ER 12H (e.g., Delsym)<br><br>**RETAIN these GCNs**<br>• 96445 - triprolidine/pseudoephedrine 2.5MG-60MG TABLET (e.g., Aprodine)<br>• 99512 -dextromethorphan/benzocaine 5MG-7.5MG LOZENGE (e.g., Cepacol Sore Throat)<br>• 53491 - guaifenesin/dextromethorphan 100-10MG/5 LIQUID<br>• 53495 - guaifenesin/dextromethorphan 100-10MG/5 SYRUP<br>• 53550 - guaifenesin/dextromethorphan 600MG-30MG TAB ER 12H<br>• 02482 - guaifenesin 200 MG TABLET<br>• 02512 - guaifenesin 100 MG/5ML LIQUID<br>• 18906 - guaifenesin 400 MG TABLET<br>• 35905 - guaifenesin 600 MG TAB ER 12H<br>• 98863 - guaifenesin 1200 MG TAB ER 12H<br>• 54980 - guaifenesin/pseudoephedrne HCl 600MG-60MG TAB ER 12H (e.g., Mucinex-D)<br>• 89731 - guaifenesin/pseudoephedrne HCl 1200-120MG TAB ER 12H (e.g., Mucinex-D)<br>• 23944 - phenylephrine HCl 10 MG TABLET (e.g., Contac D Cold)<br>• 20462 - pseudoephedrine HCl 15 MG/5 ML LIQUID<br>• 20481 - pseudoephedrine HCl 30 MG TABLET<br>• 20482 - pseudoephedrine HCl 60 MG TABLET<br>• 26901 - pseudoephedrine HCl 120 MG TABLET ER | **REMOVE these GCNs**<br>• 12933 - brompheniramine/pseudoephedrine 1-15MG/5ML LIQUID<br>• 44021 - chlorpheniramine/pseudoephedrine 2-30MG/5ML LIQUID<br>• 44023 - chlorpheniramine/pseudoephedrine 4 MG-60 MG TABLET<br>• 34672 - codeine phosphate/guaifenesin 10-100MG/5 LIQUID<br>• 34673 - codeine phosphate/guaifenesin 20-200/10 LIQUID<br>• 91713 - codeine phosphate/guaifenesin 10-100MG/5 LIQUID<br>• 17803 - dextromethorphan HBr 5 MG/5 ML SYRUP (e.g., Vicks Dayquil))<br>• 23807 - guaifenesin/dextromethorphan 400MG-20MG TABLET<br>• 53497 - guaifenesin/dextromethorphan 100-5 MG/5 LIQUID<br>• 13645 - pseudoephedrine HCl 30 MG/5 ML LIQUID (e.g., Sudafed)<br>• 33788 - pseudoephedrine HCl 30 MG TABLET |
| **Diagnostic Agents (designated by NDC)** | | |
| Feb 2022 | | **REMOVE these NDCs**<br>• 65702012810 - prothrombin time test strips STRIP |
| **Dietary Supplements** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 24536 - ubidecarenone 200 MG CAPSULE (e.g., Coenzyme Q10)<br>• 95128 - ubidecarenone 100 MG CAPSULE (e.g., Coenzyme Q10) | **REMOVE these GCNs**<br>• 49232 - ubidecarenone 30 MG CAPSULE (e.g., Coenzyme Q10) |

**AR1610**

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Devices (designated by NDC)** | | |
| Feb 2022 | **RETAIN these NDCs**<br>Sharps containers:<br>• 08080143699 - container,empty  EACH<br>• 08290305487 - container,empty  EACH<br>• 08290305488 - container,empty  EACH<br>• 08290305490 - container,empty  EACH<br>• 08290323487 - container,empty  EACH | **REMOVE these NDCs**<br><br>• 38779879503 - adapter cap for bottle  EACH<br>• 08290305489 - container,empty  EACH<br>• 00283118520 - medical supply, miscellaneous EACH<br>• 63323000130 - vial,empty  VIAL<br>• 49502020801 - inhaler,assist device,accesory EACH<br>• 49502020802 - inhaler,assist device,accesory EACH<br>• 49502020803 - inhaler,assist device,accesory EACH<br><br>Note: inhaler spacers are covered under the pharmacy benefit at all points of service |
| **Durable Medical Equipment** | | |
| Feb 2022 | | **REMOVE these NDCs**<br>• 00573304001 - cold-hot pack  EACH |
| **Electrolyte-Mineral-Trace Element Replacement (Calcium products reviewed Feb 20): Iron Replacement** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 04515 - ferrous fumarate 324(106)MG TABLET (e.g., Hemocyte)<br>• 30287 - ferrous gluconate 324(37.5) TABLET<br>• 97503 - ferrous gluconate 324(38)MG TABLET<br>• 04695 - ferrous sulfate 325(65) MG TABLET<br>• 41529 - ferrous sulfate 220 (44)/5 ELIXIR<br>• 97721 - ferrous sulfate 15 MG/ML DROPS<br>• 98527 - ferrous sulfate 324(65)MG TABLET DR<br>• 99233 - ferrous sulfate 220 (44)/5 SOLUTION<br>• 04580 - iron polysaccharide complex 150 MG CAPSULE (e.g., Niferex 150) | **REMOVE these GCNs**<br>• 10510 - ferrous gluconate 240(27)MG TABLET<br>• 04663 - ferrous sulfate 300 MG/5ML LIQUID<br>• 34358 - ferrous sulfate 220 (44)/5 ELIXIR<br>• 33224 - iron polysaccharide complex 15 MG/ML DROPS (Novaferrum drops) |
| **Electrolyte-Mineral-Trace Element Replacement (Calcium products reviewed Feb 20): Calcium, Magnesium, Potassium, Zinc** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 28999 - magnesium chloride 71.5 MG TABLET DR (e.g., Slow-Mag)<br>• 92902 - magnesium chloride 64 MG TABLET DR (e.g., Slow-Mag)<br>• 04091 - magnesium oxide 400 MG TABLET (e.g., Magox-400)<br>• 04093 - magnesium oxide 420 MG TABLET<br>• 04095 - magnesium oxide 500 MG TABLET<br>• 45064 - magnesium oxide 400 MG TABLET<br>• 05030 - potassium iodide 130 MG TABLET<br>• 99087 - sodium,potassium phosphates 280-250MG POWD PACK (e.g., Phos-Nak)<br>• 04911 - zinc sulfate 50(220)MG TABLET | • 33797 - magnesium carbonate 54 MG/5 ML LIQUID (Magonate)<br>• 42769 - magnesium chloride 70 MG TABLET DR (e.g., Slow-Mag)<br>• 45085 - magnesium oxide 400 MG TABLET<br>• 04912 - zinc sulfate 25(110) MG TABLET |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| | • 97145 - zinc sulfate 50(220)MG CAPSULE<br><br>**Already reviewed (RETAIN)**<br>• 03721 - calcium carbonate 500(1250) TABLET<br>• 07872 - calcium carbonate 500 MG/5ML ORAL SUSP<br>• 23323 - calcium carbonate/vitamin D3 600 MG-10 TABLET<br>• 09821 - calcium citrate 200(950)MG TABLET | |
| **Emollients** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 23043 - ammonium lactate 12 % CREAM (G)<br>• 20941 - ammonium lactate 12 % LOTION<br>• 44160 - emollient base CREAM (G) (e.g., Vanicream)<br>• 21329 - lanolin CREAM (G)<br>• 46446 - lanolin 72 % OINT. (G)<br>• 13738 - lanolin alcohol/mo/w.pet/ceres CREAM (G) (e.g., Eucerin)<br>• 77729 - mineral oil/petrolatum, white CREAM (G) (e.g., Dermacerin)<br>• 21689 - mineral oil/hydrophil petrolat OINT. (G) (e.g., Aquaphor)<br>• 88340 - mineral oil/petrolatum, white OINT. (G) (Absorbase)<br>• 36830 - petrolatum, white OINT. (G)<br>• 69950 - petrolatum, white 41 % OINT. (G) | **REMOVE these GCNs**<br>• 20942 - ammonium lactate 12 % LOTION<br>• 26555 - glycerin 99.5 % SOLUTION<br>• 22542 - lanolin 50 % OINT. (G)<br>• 30705 - lanolin 100 % OINT. (G)<br>• 77709 - mineral oil/w.pet/alcohols/sls CREAM (G) (Velvachol)<br>• 32160 - vits A and D/white pet/lanolin OINT PACK |
| **Gastrointestinal-2 Agents : Antacids** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 07893 - calcium carbonate 200(500)MG TAB CHEW<br>• 63910 - mag hydrox/aluminum hyd/simeth 200-200-20 ORAL SUSP (e.g., Alamag)<br>• 63915 - mag hydrox/aluminum hyd/simeth 400-400-40 ORAL SUSP<br>• 63951 - mag hydrox/aluminum hyd/simeth 200-200-25 TAB CHEW<br>• 64114 - magnesium carb/aluminum hydrox 105-160MG TAB CHEW (e.g., Gaviscon)<br>• 07855 - sodium bicarbonate 650 MG TABLET | **REMOVE these GCNs**<br>• 07894 - calcium carbonate 300MG(750) TAB CHEW<br>• 14196 - mag carb/aluminum hydrox/algin 358-95/15 ORAL SUSP (e.g., Gaviscon)<br>• 07852 - sodium bicarbonate 325 MG TABLET |
| **Gastrointestinal-2 Agents : Antidiarrheals** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 08420 - bismuth subsalicylate 262 MG TAB CHEW<br>• 26970 - bismuth subsalicylate 262MG/15ML ORAL SUSP (e.g., Kaopectate)<br>• 08550 - loperamide HCl 2 MG TABLET | **REMOVE these GCNs**<br>• 08421 - bismuth subsalicylate 262 MG TABLET (e.g., Kaopectate)<br>• 26971 - bismuth subsalicylate 525MG/15ML ORAL SUSP (e.g., Kaopectate)<br>• 08370 - loperamide HCl 2 MG CAPSULE<br>• 23400 - loperamide HCl 1 MG/5 ML LIQUID<br>• 25065 - loperamide HCl 1MG/7.5ML LIQUID |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Gastrointestinal-2 Agents : Probiotics** | | |
| Feb 2022 | **Currently on list (to be reviewed in May 22)**<br><br>• 99616 - Bifidobacterium infantis 4 MG CAPSULE (Align)<br>• 97109 - Lactobacil 2/S.thermo/Bifido 1 900B CELL PACKET (e.g., Visbiome)<br>• 34623 - Lactobacillus rhamnosus GG 15B CELL CAP SPRINK (e.g., Culturelle)<br>• 36349 - Lactobacillus rhamnosus GG 5B CELL POWD PACK (e.g., Culturelle)<br>• 92016 - Lactobacillus rhamnosus GG 10B CELL CAPSULE (e.g., Culturelle)<br>• 05162 - Saccharomyces boulardii 250 MG CAPSULE (e.g., Florastor)<br>• 06604 - Saccharomyces boulardii 250 MG POWD PACK (e.g., Florastor) | |
| **Gastrointestinal-2 Agents (no subclass)** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 08260 - simethicone 40MG/0.6ML DROPS SUSP<br>• 08281 - simethicone 80 MG TAB CHEW<br>• 08282 - simethicone 125 MG TAB CHEW | **REMOVE these GCNs**<br>• 94652 - simethicone 180 MG CAPSULE |
| **Keratolytics** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 22930 - benzoyl peroxide 10 % GEL (GRAM)<br>• 22931 - benzoyl peroxide 5 % GEL (GRAM)<br>• 22932 - benzoyl peroxide 2.5 % GEL (GRAM)<br>• 24673 - benzoyl peroxide 10 % CLEANSER<br>• 99676 - benzoyl peroxide 5 % CLEANSER<br>• 22711 - salicylic acid 17 % GEL (GRAM) (Compound W)<br>• 22811 - salicylic acid 17 % LIQUID (e.g., Compound W)<br>• 47162 - salicylic acid 40 % ADH. PATCH (e.g., Corn Remover)<br>• 79591 - salicylic acid/sulfur 2 %-2 % SHAMPOO (e.g., Sebulex Shampoo)<br>• 24772 - urea 20 % CREAM (G) (e.g., Ureacin-20, Carmol 20)<br>• 24791 - urea 10 % LOTION (e.g., Carmol 10) | **REMOVE these GCNs**<br>• 28610 - benzoyl peroxide 10 % LOTION<br>• 28611 - benzoyl peroxide 5 % LOTION<br>• 29303 - benzoyl peroxide 9.8 % FOAM (e.g., BP Foam, Enzoclear)<br>• 22981 - benzoyl peroxide 4 % CLEANSER<br>• 22982 - benzoyl peroxide 5 % CLEANSER<br>• 22984 - benzoyl peroxide 10 % CLEANSER<br>• 22818 - salicylic acid 2 % CLEANSER (e.g., Clearasil Daily Cleanser)<br>• 22462 - salicylic acid 17 % KIT (e.g., Corn-Callus Remover)<br>• 24770 - urea 10 % CREAM (G) (e.g., Atrac-tain) |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Laxatives-Cathartics-Stool Softeners (reviewed Feb 20)** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 07950 - magnesium hydroxide 400 MG/5ML ORAL SUSP (e.g., Milk of Magnesia)<br><br>**Already reviewed (RETAIN)**<br>• 08731 - bisacodyl 10 MG SUPP.RECT<br>• 08762 - bisacodyl 5 MG TABLET DR<br>• 09101 - docusate sodium 100 MG CAPSULE<br>• 09131 - docusate sodium 50 MG/5 ML LIQUID<br>• 08860 - glycerin ADULT SUPP.RECT<br>• 08861 - glycerin PEDIATRIC SUPP.RECT<br>• 09240 - magnesium citrate SOLUTION<br>• 86212 - polyethylene glycol 3350 17 G/DOSE POWDER<br>• 45889 - psyllium husk (with sugar) 3 G/7 G POWDER<br>• 46303 - psyllium husk (with sugar) 3 G/12 G POWDER<br>• 43199 - psyllium husk/aspartame 3 G/5.8 G POWDER<br>• 00701 - sennosides 8.6 MG TABLET<br>• 08660 - sennosides 8.8MG/5ML SYRUP<br>• 13483 - sennosides/docusate sodium 8.6MG-50MG TABLET<br>• 66559 - sodium phosphate,mono-dibasic 19G-7G/118 ENEMA<br>• 98276 - sodium phosphate,mono-dibasic 9.5-3.5/59 ENEMA | |
| **Medical Supplies (designated by NDC)** | | |
| Feb 2022 | | **Remove these NDCs**<br>• 38779737402 - topical cream metered-dose dev EACH |
| **Nasal Allergy Agents: Corticosteroids (reviewed Feb 21)** | | |
| Feb 2022 | **Already reviewed (RETAIN)**<br><br>• 34062 - oxymetazoline 0.05% spray (e.g., Afrin) | **REMOVE these GCNs**<br><br>**None at this meeting; however, the following will be removed as a result of the Feb 21 review:**<br><br>• 40708 - budesonide 32 mcg spray (e.g., Rhinocort)<br>• 37683 - fluticasone propionate 50 mcg spray susp (e.g., Flonase Allergy)<br>• 46790 - cromolyn sodium 5.2 mg spray (Nasalcrom)<br>• 34182 - phenylephrine 0.125% drops (e.g., Little Noses)<br>• 34122 - phenylephrine 0.25% spray (e.g., Neosynephrine)<br>• 34123 - phenylephrine 0.5% spray (e.g., Neosynephrine) |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Ophthalmic Miscellaneous : Artificial Tears (reviewed Nov 19)** | | |
| Feb 2022 | **Already reviewed (RETAIN)**<br>• 34571 - carboxymethyl/gly/poly80/PF 0.5-1-0.5% DROPERETTE<br>• 37381 - carboxymethylcellulose sodium 0.5 % DROPS<br>• 37384 - carboxymethylcellulose sodium 0.5 % DROPERETTE<br>• 98569 - carboxymethylcellulose sodium 1 % DROPER GEL<br>• 28068 - mineral oil/petrolatum,white 42.5-57.3% OINT. (G)<br>• 98935 - mineral oil/petrolatum,white 15 %-83 % OINT. (G)<br>• 99222 - mineral oil/petrolatum,white 42.5-56.8% OINT. (G)<br>• 99250 - mineral oil/petrolatum,white 20%-80% OINT. (G)<br>• 99952 - mineral oil/petrolatum,white 3 %-94 % OINT. (G) | |
| **Ophthalmic Miscellaneous (reviewed Nov 19, hypromellose 0.3% gel reviewed Aug 20)** | | |
| Feb 2022 | **Already reviewed (RETAIN)**<br>• 27956 - hypromellose 0.3 % GEL (GRAM)<br>• 31880 - sodium chloride 5 % OINT. (G)<br>• 31923 - sodium chloride 5 % DROPS | |
| **Oral Care Agents : Oxidizing Agents** | | |
| Feb 2022 | | **REMOVE these GCNs**<br>• 17035 - sodium hypochlorite 0.25 % SOLUTION (e.g., Dakin's)<br>• 17036 - sodium hypochlorite 0.5 % SOLUTION (e.g., Dakin's)<br>• 97216 - sodium hypochlorite 0.125 % SOLUTION (e.g., Dakin's) |
| **Otic Agents** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 34401 - carbamide peroxide 6.5 % DROPS (e.g., Debrox) | |
| **Pain Agents : Pain Miscellaneous (reviewed May 19)** | | |
| Feb 2022 | **Already reviewed (RETAIN)**<br>• 35743 - ibuprofen 200 MG TABLET<br>• 35749 - ibuprofen 100 MG TAB CHEW<br>• 35930 - ibuprofen 100 MG/5ML ORAL SUSP | |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Psoriasis Agents** | | |
| Feb 2022 | | **REMOVE these GCNs**<br>• 99006 - coal tar 2 % OINT. (G) (e.g., Elta Tar) |
| **Respiratory Agents Miscellaneous (reviewed Feb 21)** | | |
| Feb 2022 | **Already reviewed (RETAIN)**<br>• 36878 - sod chlor,bicarb/squeez bottle PACK W/DEV<br>• 34291 - sodium chloride 0.65 % SPRAY<br>• 34300 - sodium chloride 0.65 % DROPS<br>• 24904 - sodium chloride/sodium bicarb PACKET | |
| **Saline** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 03121 - sodium chloride 1 G TABLET | **REMOVE these GCNs**<br>• 26657 - sodium chloride 1000 MG TABLETSOL |
| **Sedative-Hypnotic Agents : Ethanolamines** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 11730 - doxylamine succinate 25 MG TABLET<br><br>Note: Doxylamine is on the DOD pharmacy benefit and available at all three points of service | |
| **Skin Preps : Antiseptics** | | |
| Feb 2022 | **ADD these GCNs**<br>• 28780 - alcohol antiseptic pads  MED. PAD | **REMOVE these GCNs**<br>• 27828 - phenol 1.5 % LIQUID (Castellani Paint Modified) |
| **Skin Preps : Irritants/Counter-Irritants (muscle rubs and capsaicin reviewed May 19)** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 23611 - coal tar 0.5 % SHAMPOO (e.g., Denorex for Dry Scalp)<br>• 23612 - coal tar 2 % SHAMPOO (e.g., X-Seb T Plus)<br>**Already reviewed (RETAIN)**<br>• 23373 - capsaicin 0.1 % CREAM (G)<br>• 33560 - capsaicin 0.025 % CREAM (G) | **REMOVE these GCNs**<br>• 23615 - coal tar 1 % SHAMPOO (e.g, T-Gel)<br><br>**REMOVE these NDCs**<br>• 41167008046 - tens unit electrodes  EACH (Icy Hot Smart Relief)<br>• 41167008045 - TENS units and TENS electrodes  COMBO. PKG (Icy Hot Smart Relief) |
| **Skin Preps : Protectives** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 97587 - calamine/zinc oxide 8 %-8 % LOTION<br>• 46612 - modified lanolin 100 % CREAM (G)<br>• 27937 - menthol/zinc oxide 0.44-20.6% OINT. (G) (e.g., Calmoseptine)<br>• 35565 - petrolatum,white 42 % OINT. (G)<br>• 22080 - zinc oxide 20 % OINT. (G)<br>• 22083 - zinc oxide 40 % OINT. (G) (e.g., Boudreauxs) | **REMOVE these GCNs**<br>• 36519 - lanolin,anhydrous  OINT. (G)<br>• 32838 - petrolatum,white  OINT PACK<br>• 98544 - zinc oxide 12.8% OINT. (G) (e.g, Triple Paste) |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| | • 23565 - zinc oxide 16 % OINT. (G) (e.g., Boudreauxs) | |

**Skin Preps (no subclass)**

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| Feb 2022 | **RETAIN these GCNs**<br>• 31828 - calcium acetate/aluminum sulf 952-1347MG POWD PACK (e.g., Domeboro)<br>• 25328 - glycerin/witch hazel 12.5%-50% MED. PAD<br>• 28286 - witch hazel 50 % MED. PAD<br>• 78090 - parab/cet alc/stryl alc/pg/sls CLEANSER (Ceta-Klenz)<br><br>**Currently on list (rectal products, to be reviewed in May 22)**<br>• 28080 - dibucaine 1 % OINT. (G) (e.g., Nupercainal)<br>• 35039 - phenyleph/mineral oil/petrolat 0.25 %-14% OINT/APPL (e.g., Preparation H)<br>• 97205 - phenyleph/pramoxin/glycr/w.pet 0.25%-1% CREAM (G) (e.g., Preparation H)<br>• 35585 - phenylephrine HCl/cocoa butter 0.25-88.44 SUPP.RECT (e.g., Preparation H) | |

**Sleep Disorders : Insomnia Agents (reviewed May 21)**

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| Feb 2022 | **Already reviewed (RETAIN)**<br>• 68738 - melatonin 3 MG TABLET<br>• 99671 - melatonin 5 MG TABLET | **REMOVE these GCNs**<br>**None at this meeting; however, the following will be removed as a result of the May 21 review:**<br><br>• 94035 – melatonin 1 mcg tablet spray<br>• 13448 – melatonin 5 mg SL tablet<br>• 31649 – melatonin 10 mg MPHASE |

**Urinary Agents Miscellaneous**

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| Feb 2022 | **RETAIN these GCNs**<br>• 12000 - sod phos di, mono/K phos mono 250 MG TABLET (e.g., K-Phos Neutral) | **REMOVE these GCNs**<br>• 14065 - potassium citrate/citric acid 1100-334/5 SOLUTION (e.g., Polycitra-K) |

**Vitamins : Fat Soluble (vitamin D products reviewed Feb 20)**

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| Feb 2022 | **RETAIN these GCNs**<br>• 94161 - vitamin A 10000 UNIT CAPSULE<br>• 15257 - vitamin E (dl,tocopheryl acet) 90 MG CAPSULE<br>• 14683 - vitamin E (dl,tocopheryl acet) 180 MG CAPSULE<br><br>**Already reviewed (RETAIN)**<br>• 00223 - cholecalciferol (vitamin D3) 25 MCG TABLET<br>• 26416 - cholecalciferol (vitamin D3) 10(400)/ML DROPS<br>• 53740 - cholecalciferol (vitamin D3) 10 MCG TABLET | **REMOVE these GCNs**<br>• 94501 - vitamin E 50 UNIT/ML DROPS<br>• 94531 - vitamin E 100 UNIT CAPSULE<br>• 94532 - vitamin E 200 UNIT CAPSULE<br>• 27554 - vitamin E 400 UNIT CAPSULE<br>• 24957 - vitamin E (dl,tocopheryl acet) 45 MG CAPSULE<br>• 26036 - vitamin E (dl,tocopheryl acet) 22.5MG(50) DROPS |

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| | • 93242 - cholecalciferol (vitamin D3) 125 MCG CAPSULE<br>• 94411 - ergocalciferol (vitamin D2) 200 MCG/ML DROPS | |

**Vitamins : Multivitamins (Renal & Ocular)**

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| Feb 2022 | **ADD these GCNs**<br>35396 - vit C/E/Zn/coppr/lutein/zeaxan 250MG-90MG CAPSULE (Preservision AREDS 2)<br><br>**RETAIN these GCNs**<br>• 04332 - B complex w-C no.20/folic acid 1 MG CAPSULE (e.g., Renal Caps)<br>• 12987 - folic acid/vit B complex and C  0.8 MG TABLET (e.g., Nephro-Vite) | |

**Vitamins : Multivitamins**

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| Feb 2022 | **RETAIN these GCNs**<br>• 95500 - multivitamin TABLET<br>• 95501 - multivitamin,therapeutic TABLET (Thera-tabs)<br>• 32287 - multivitamin with folic acid 400 MCG TABLET (e.g., Therems)<br>• 42475 - multivit-mins 56/folic/K/coQ10 200-1000 TAB CHEW (e.g., Dekas Plus)<br>• 29262 - mv-min 51/folic acid/vit K/ubi 100-350MCG TAB CHEW (e.g, Aquadeks)<br>• 44518 - mv-mn/iron/FA/vit K/chol/coQ10 22.5MG-400 TAB CHEW (e.g., Dekas Bariatric) | **REMOVE these GCNs**<br>• 40257 - multivit-mins 53/folic/K/coQ10 200-1000 CAPSULE ((Dekas Plus)<br>• 28413 - multivit-min/ferrous gluconate 9 MG/15 ML LIQUID (e.g., Multi-Vite)<br>• 33555 - multivit-min/ferrous gluconate 9 MG/15 ML LIQUID (e.g., Centrum)<br>• 43605 - mv-mn/iron/FA/vit K/chol/coQ10 22.5MG-400 TAB CHEW |

**Vitamins : Pediatric**

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| Feb 2022 | **RETAIN these GCNs**<br>• 97775 - pedi multivit 40/phytonadione 400 MCG/ML DROPS (Aquadeks)<br>• 48106 - pedi mv no.189/ferrous sulfate 11 MG/ML DROPS (Poly-Vi-Sol with Iron)<br>• 48289 - pediatric multivitamin no.192 250-50/ML DROPS (Poly-Vi-Sol) | **REMOVE these GCNs**<br>• 40267 - pedi multivit no.128/vitamin K 500 MCG/ML LIQUID (Dekas Plus)<br>• 36166 - vit A palmitate/vit C/vit D3 750-35/ML DROPS (e.g, Pedia Tri-Vite)<br>• 48267 - vit A palmitate/vit C/vit D3 250-50/ML DROPS (Tri-Vi-Sol) |

**Vitamins : Prenatal (reviewed Nov 17)**

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| Feb 2022 | **ADD these GCNs**<br>• 46129 - PNV151/Fe/FA/o3/dha/epa/fish 27-800-260 CAPSULE (Prenatal Multi-DHA)<br><br>**RETAIN these GCNs**<br>• 30909 - PNV no.95/ferrous fum/folic ac 28MG-0.8MG TABLET<br>• 44966 - prenatal no.137/iron/folic acd 27MG-0.8MG TABLET<br>• 30958 - prenatal vits96/iron fum/folic 27MG-0.8MG TABLET<br>Note: numerous legend prenatal vitamins are dispensed at all three points of service | |

Appendix I—MHS GENESIS OTC Text List
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 430 of 58    Page 980 of 58
AR1618

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Vitamins : Water Soluble (Vitamins B1, B2, B6, B7)** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 95032 - thiamine HCl 50 MG TABLET (vit B1)<br>• 95033 - thiamine HCl 100 MG TABLET (vit B1)<br>• 65061 - thiamine mononitrate 100 MG TABLET (vit B1)<br>• 95014 - riboflavin 100 MG TABLET (vit B2)<br>• 94971 - pyridoxine HCl 100 MG TABLET (vit B6)<br>• 94976 - pyridoxine HCl 50 MG TABLET (vit B6)<br>• 94977 - pyridoxine HCl 25 MG TABLET (vit B6) | **REMOVE these GCNs**<br>• 16993 - biotin 5 MG CAPSULE (vit B7)<br>• 16994 - biotin 5 MG TABLET (vit B7) |
| **Vitamins : Water Soluble (Vitamin B12, Folic Acid, Vitamin C)** | | |
| Feb 2022 | **RETAIN these GCNs**<br>• 94565 - cyanocobalamin  500 MCG TABLET (vitamin B12)<br>• 94566 - cyanocobalamin  1000 MCG TABLET (vitamin B13)<br>• 94783 - folic acid 0.4 MG TABLET<br>• 27629 - levomefolate calcium 15 MG TABLET (e.g., Elfolate)<br>• 28219 - mecobal/levomefolat Ca/B6 phos 2-3-35 MG TABLET (e.g., Foltanx)<br>• 94327 - ascorbic acid 500 MG TABLET (vit C) | • 94563 - cyanocobalamin  100 MCG TABLET (vitamin B12)<br>• 94700 - cyanocobalamin  1000 MCG TAB SUBL (vitamin B14)<br>• 94784 - folic acid 0.8 MG TABLET<br>• 26718 - levomefolate calcium 7.5 MG TABLET (e.g., Elfolate)<br>• 34346 - levomefolate/algal oil 7.5-90.314 CAPSULE (e.g., Deplin-Algal Oil)<br>• 34347 - levomefolate/algal oil 15-90.314 CAPSULE (e.g., Deplin-Algal Oil)<br>• 20602 - ascorbic acid 500 MG/5ML LIQUID<br>• 94333 - ascorbic acid 500 MG TAB CHEW<br>• 94363 - ascorbic acid 500 MG/5ML SYRUP |

**AR1619**

# EXECUTIVE SUMMARY

## Uniform Formulary Beneficiary Advisory Panel
## Meeting April 6, 2022

### For the February 2022 DoD Pharmacy and Therapeutics Committee Meeting

The Uniform Formulary Beneficiary Advisory Panel (UFBAP) convened at 10:00 A.M. EDT on April 6, 2022 via teleconference, due to the ongoing COVID pandemic. The current meeting took place over 1 hour and 45 minutes. The information presented on April 6th included the recommendations from the February 2022 DoD Pharmacy and Therapeutics Committee (P&T) meeting.

The detailed meeting information is found starting on page 7.

## UNIFORM FORMULARY (UF) DRUG CLASS REVIEWS

I. **UF CLASS REVIEWS—Oncological Agents:  Subclasses for the following:**

- **Renal Cell Carcinoma (RCC)**
- **Epidermal Growth Factor Receptor (EGFR) + Non-Small Cell Lung Cancer (NSCLC)**
- **Non-Bruton Tyrosine Kinase Inhibitors (Non-BTKIs) for Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL)**
- **Poly Adenosine Diphosphate-Ribose Polymerase (PARP) Inhibitors for BRCA+ Cancers (PARPIs)**
- **Janus Kinase Inhibitors for Myelofibrosis (MF)**

 A. **Oncological Agents —UF Recommendations**

- UF:  All 23 agents found on page 3
- NF - None
- Tier 4/Not Covered – None

*Summary of Panel Questions and Comments*

No comments

- **Concur:  8  Non-Concur: 0  Abstain:  0  Absent: 0**

Case 2:25-cv-00041-M-RN Document 75-1 Filed 12/05/25 Page 432 of 980

AR1620

**B. Oncological Agents —Manual PA Criteria**

*Summary of Panel Questions and Comments*

No comments.

- Concur: **8**    Non-Concur: **0**    Abstain: 0    Absent: 0

**C. Oncological Agents—UF, PA and Implementation Plan upon signing of the minutes**

*Summary of Panel Questions and Comments*

No comments.

- Concur: **8**    Non-Concur: **0**    Abstain: 0    Absent: 0

**II.    UF CLASS REVIEWS—Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products**

**A. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —UF Recommendation**

- UF
  - Baqsimi
  - Gvoke
  - Zegalogue
- NF – None
- Tier 4/Not Covered - None

*Summary of Panel Questions and Comments*

No comments.

- Concur: **8**    Non-Concur: **0**    Abstain: 0    Absent: 0

**B. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —Baqsimi Tier 1 Status**

*Summary of Panel Questions and Comments*

No comments

- Concur: **8**    Non-Concur: **0**    Abstain: 0    Absent: 0

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 433 of 980

AR1621

**C. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —UF, Tier 1 Copay and Implementation Plan of 30 days**

*Summary of Panel Questions and Comments*

No comments.

- **Concur: 8      Non-Concur: 0      Abstain: 0      Absent: 0**

III.  **NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)**

**A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4 Recommendation**

- **UF:**
  - Scemblix
  - Tavneos
  - Livtencity
  - Eprontia
  - Voxzogo

- **NF:**
  - Qulipta
  - Dhivy
  - Skytrofa
  - Livmarli
  - Besremi
  - Tyrvaya

- **Tier 4/Not Covered:**
  - Elyxyb

*Summary of Panel Questions and Comments*

Mr. Du Teil asked what the reason was for the one opposing vote for the Tier 4 drug. CDR Raisor responded that the reason was because the P&T member felt that the drug should have been nonformulary instead of Tier 4. Mr. Du Teil asked if this was due to cost? LCDR Elizabeth Hall relayed that there are several other treatments

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 434 of 980

AR1622

available for migraine headache including many other NSAIDs that are most cost effective. Input was received from several neurologists who agreed with the Tier 4 recommendation.

- **Concur: 8       Non-Concur: 0       Abstain: 0     Absent: 0**

**B. Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria for Scemblix, Norditropin, Qulipta, Besremi, Dhivy, Eprontia, Livmarli, Tavneos, and Voxzogo**

*Summary of Panel Questions and Comments*

Dr. Peloquin asked for Eprontia if the PA affects both new and current users, or just new users? CDR Raisor replied there is an error in the Background document, the PA will apply to new users only.

Dr. Peloquin also had a question on Livmarli, asking if the evaluation for liver transplantation is done in the office, and whether that will increase the cost to the patient. CDR Raisor responded that the criteria was included to ensure there is consideration of liver transplantation prior to prescribing the drug. CDR Raisor also stated that the Committee was aware of the potential of an increased cost for this evaluation to the patient in addition to the drug cost.

Dr. Peloquin also asked for clarification for Livmarli. If the PA expires in 6 months then does the patient have to submit the PA every six months, and whether there was a cap on the renewal period. He also asked what are the actual criteria – does the patient have to show additional improvement every six months? Dr. Lugo responded that the PA requires renewal every 6 months to ensure that the patient is responding and has continued improvement in pruritus symptoms, since the drug does not correct the underlying disease, and only treats symptoms.

- **Concur: 8       Non-Concur: 0       Abstain: 0     Absent: 0**

**C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered and PA Implementation Plan of two weeks for the UF and NF drugs, and 120 days for the Tier 4 drugs**

*Summary of Panel Questions and Comments*

No comments.

- **Concur: 8       Non-Concur: 0       Abstain: 0     Absent: 0**

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 435 of 980

AR1623

IV. **UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA**

    A. **New Manual PA Criteria Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5) for Fenoglide 120 mg tablets, Indocin 50 mg suppositories and Neonatal Plus**

        *Summary of Panel Questions and Comments*

        No comments.

- **Concur: 8**    **Non-Concur: 0**    **Abstain: 0**    **Absent: 0**

    B. **New Manual PA Criteria for Testosterone Replacement Therapies: IM testosterone cypionate and testosterone enanthate**

        *Summary of Panel Questions and Comments*

        No comments.

- **Concur: 8**    **Non-Concur: 0**    **Abstain: 0**    **Absent: 0**

    C. **New Manual PA Criteria Implementation Plan of 90 days**

        *Summary of Panel Questions and Comments*

        No comments.

- **Concur: 8**    **Non-Concur: 0**    **Abstain: 0**    **Absent: 0**

V. **UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS, AND EXPANDED AGE RANGES**

    A. **Updated PA Criteria for New FDA-Approved Indications and Expanded Age Ranges for Dupixent, Zepatier, Rexulti, Caplyta, Skyrizi, Cosentyx, Xeljanz and Rinvoq ER**

        *Summary of Panel Questions and Comments*

        No comments.

- **Concur: 8**    **Non-Concur: 0**    **Abstain: 0**    **Absent: 0**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 436 of 980

AR1624

B. **Updated PA Criteria for New FDA-Approved Indications and Expanded Age Ranges - Implementation Plan of 60 days**

*Summary of Panel Questions and Comments*

No comments.

- **Concur: 8**     **Non-Concur: 0**     **Abstain: 0**   **Absent: 0**

VI. **UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REMOVAL OF AN INDICATION**

A. **Updated PA Criteria for removal of indication for Copiktra for follicular lymphoma**

*Summary of Panel Questions and Comments*

No comments.

- **Concur: 8**     **Non-Concur: 0**     **Abstain: 0**   **Absent: 0**

B. **Updated PA Criteria for removal of indication for Copiktra for follicular lymphoma implementation plan of 60 days**

*Summary of Panel Questions and Comments*

No comments.

- **Concur: 8**     **Non-Concur: 0**     **Abstain: 0**   **Absent: 0**

VII. **REMOVAL OF BRAND OVER GENERIC AUTHORIZATION FOR FLUTICASONE/SALMETEROL DRY POWDER INHALER (ADVAIR DISKUS)**

A. **Fluticasone/salmeterol dry powder inhaler (Advair Diskus) removal of brand over generic authorization**

*Summary of Panel Questions and Comments*

No comments.

- **Concur: 8**     **Non-Concur: 0**     **Abstain: 0**   **Absent: 0**



Director, DHA: comments outlined above were taken under consideration prior to my final decision.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 438 of 980

AR1626

# Uniform Formulary Beneficiary Advisory Panel
## Virtual Meeting Summary Minutes
### April 6, 2022

**Panel Members Present**

- Mr. Jon Ostrowski, Non-Commissioned Officer Association, Chair
- Dr. Richard Bertin, Ph. D., Commissioned Officer Association of the U.S. Public Health Service
- Dr. Karen Dager, PharmD, Health Net Federal Services
- Mr. John Du Teil, U.S. Army Warrant Officers Association
- Dr. Betsaida Guzman, PharmD, Veterans of Foreign Wars
- Dr. Joseph McKeon, MD, Humana Military
- Dr. Jay Peloquin, Pharm D, Express Scripts
- Dr. Jennifer Soucy, PharmD, U.S. Family Health Plan, Martins Point Services

**Acting Designated Federal Officer (Non-Voting):**  Colonel Paul Hoerner, BSC

**DHA HQ and Pharmacy Operations Division Participants (Non-Voting)**

- Dr. John Kugler, Division Chief, J-6; DoD P&T Committee Chair
- Edward VonBerg, PharmD, BCPS, Chief, Pharmacy Operations Division Formulary Management Branch (POD FMB)
- CDR Scott Raisor, Chief, P&T Section POD FMB
- LCDR Todd Hansen, MC POD FMB
- Maj Angelina Escano, MC POD FMB
- LCDR Giao Phung, MSC POD FMB
- Amy Lugo, PharmD, BCPS POD FMB
- LCDR Elizabeth Hall POD FMB
- Ms. Meghan Gemunder Office of General Counsel

**Agenda** is found starting on page 16.

- Panel Discussion

*The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters.  Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes.  The Panel will provide comments on their vote as directed by the Panel Chairman.  Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

**Opening Remarks**

Col Paul Hoerner introduced himself as the Designated Federal Officer (DFO) for the Uniform Formulary (UF) Beneficiary Advisory Panel (BAP). The Panel has convened to comment on the recommendations of the DoD Pharmacy and Therapeutics (P&T) Committee meeting, which occurred on February 9-10, 2022.

Col Hoerner then indicated Title 10, United States, (U.S.C.) section 1074g, subsection b requires the Secretary of Defense to establish a DoD Uniform Formulary (UF) of the pharmaceutical agent and establishes the P&T committee to review the formulary on a periodic basis to make additional recommendations regarding the formulary as the committee determines necessary and appropriate.

In addition, 10 U.S.C. Section 1074g, subsection c, also requires the Secretary to establish a UF Beneficiary Advisory Panel (BAP) to review and comment on the development of the Uniform Formulary. The Panel includes members that represent non-governmental organizations and associations that represent the views and interests of a large number of eligible covered beneficiaries. The Panel's comments must be considered by the Director of the Defense Health Agency (DHA) before establishing the UF or implementing changes to the UF. The Panel's meetings are conducted in accordance of the Federal Advisory Committee Act (FACA).

Col Hoerner then outlined the duties of the Uniform Formulary Beneficiary Advisory Panel include the following:

- To review and comment on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. Comments to the Director, DHA, regarding recommended formulary status, pre-authorizations, and the effective dates for changing drugs from "formulary" to "non-formulary" status must be reviewed by the Director before making a final decision.

- To hold quarterly meetings in an open forum. The Panel may not hold meetings except at the call of or with the advance approval of the DFO in consultation with the Chairperson of the Panel.

- To prepare minutes of the proceeding and prepare comments for the Secretary or his designee regarding the Uniform Formulary or changes to the Formulary. The minutes will be available on the website and comments will be prepared by the Director, DHA.

The DFO provided guidance regarding this meeting.

- The role of the BAP is to comment on the UF recommendations made by the P&T Committee at their last meeting. While the Department of Defense appreciates that the BAP may be interested in the drug classes selected for review, drugs recommended for the basic core formulary (BCF) or specific pricing date, these topics do not fall under the purview of the BAP.

- The P&T Committee met for approximately 15 hours conducting its reviews of the drug class recommendations that will be presented today. Since this meeting is considerably shorter, the Panel will not receive the same extensive information that is presented to the P&T Committee members. However, the BAP will receive an abbreviated version of each presentation and its discussion. The materials provided to the Panel are available on the TRICARE website.

- Detailed minutes of this meeting are being prepared. The BAP meeting minutes, the DoD P&T Committee meeting minutes, and the Director's decisions will be available on the TRICARE website in approximately four to six weeks.

The DFO provided a few ground rules for conduct during the virtual meeting:

- Due to the travel restriction and guidance regarding COVID-19, this meeting will be conducted in a remote access format.

- Audience participation is limited to private citizen comments received in writing prior to the meeting.

- Participants will be joined in a LISTEN MODE only.

  - To ensure that there are not disruptions to discussion and as a precaution, please MUTE your phones.

*Panel and Presenter Guidance*

- When asking or responding to questions:
  - Panel members are asked to state their name and prior to asking your questions.
  - Presenters or anyone responding to a question are asked to state their name prior to responding.
  - The meeting is being recorded. Please speak clearly.
- Members of the Formulary Management Branch and the P&T Committee are available to answer questions related to the BAP's deliberations. Should a misstatement be made, these individuals may interrupt to ensure the minutes accurately reflect relevant facts, regulations or policy.

Col Hoerner introduced the individual Panel members (see list above) and noted house-keeping considerations.

Written comments were forwarded to the Panel for their review and consideration from the following;

1. Biomarin Pharmaceuticals
2. Mirum Pharmaceuticals
3. ChemoCentryx

Col Hoerner also relayed that there was one public citizen comment that did not pertain to this meeting was not presented since it contained protected health information.

The meeting was handed over to the Panel Chair Mr. Ostrowski for his opening remarks.

## Chairman's Opening Remarks

Mr. Ostrowski welcomes all panel members and attendees and stated he was looking forward to the presentations.

## Dr. VonBerg's Opening Remarks

The meeting then proceeded with comments from Dr. VonBerg who thanked the panel for the involvement today and stated that the Panels' voices were critical today. He then introduced the team speaking *(see list above)*.

Dr. VonBerg then continued with his opening remarks, stating that the DoD Formulary Management Branch supports the DoD P&T Committee by conducting the relative clinical effectiveness analyses and relative cost effectiveness analyses of the drugs and drug classes under review and consideration by the DoD P&T Committee for the Uniform Formulary.

The goal of this presentation is not to provide you with the same in-depth analyses presented to the DoD P&T Committee but a summary of the processes and analyses presented to the DoD P&T Committee.

- Dr. VonBerg continued that he wanted to provide a brief summary of what the P&T Committee did at the February meeting: the Committee reviewed some oncology subclasses and the class overdose agents for severe hypoglycemia.

  - For the drug class reviews, all 26 drugs in the classes were recommended for formulary status.

  - One Tier 1 drug was selected in the glucagon drug class. This will have an immediate copay reduction for existing patients and new patients.

- The Committee reviewed a total of 12 newly approved drugs
  - 5 were selected for UF status

  - 6 will be nonformulary

  - And there was 1 drug recommended for Tier 4/not covered status, so far which is not affecting any patients.

- I do have a couple of housekeeping requests:

- o  Please identify yourself each time you speak, since we are not able to meet in person, and we may not remember everyone's voice.
- o  For ensuring a smooth process, we ask that BAP members please hold your comments to the designated comment sections

The full presentations then started. Following each section, the DoD P&T Committee physician perspective was provided by Dr. John Kugler, and is included starting on page 13. The information starting on page 19 includes the full meeting information.

## Closing Remarks

Mr. Ostrowski thanked Col Hoerner and the team, thought all the presentations were very good. Aso thanks Maj Fosse for all his efforts with coordinating the meeting.  Mr. Ostrowski also thanked his fellow panel members for their dedication today for the meeting.

Col Hoerner closed the meeting by thanking the members of the pubic for their attendance, Mr. Ostrowski for his duties as chair, and the members of the Formulary Management Branch for their presentations.  The meeting was closed at 10:45 AM Eastern Daylight Time.


The Meeting Adjourned at 10:45 M EDT.

I hereby certify that, to the best of my knowledge, the foregoing minutes are accurate and complete.

_____

Jon R. Ostrowski
*Chairperson, UFBAP*

<u>**DoD P&T Committee Physician Perspective**</u>

Dr. John Kugler's comments on the formulary recommendations followed each individual section and are outlined below.

<u>**Drug Class Reviews**</u>

**Oncological Agents –** Five Subclasses:  Epidermal Growth Factor Receptor (EGFR) + Non-Small Cell Lung Cancer (NSCLC); Myelofibrosis; Non-Bruton's Tyrosine Kinase Inhibitor (Non-BTKI) for Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL); Poly Adenosine Diphosphate-Ribose Polymerase (PARP) Inhibitors; Renal Cell Carcinoma

- This is the third oncology class review that we've done in the past 12 months.  We took a new approach this time, since the Committee evaluated a total of 23 drugs from five subclasses at once.  The clinical and cost review were very detailed and comprehensive.

- The recommendation here is that all the products will be on uniform formulary, so the 5,000 patients that are currently on one of these drugs will continue to pay the Tier 2 copay.

- We will keep the PAs that are currently in place.  When the Committee reviewed the current prescribing trends, the utilization appeared to follow the NCCN guidelines, so no new PAs were recommended at this time.  Any new updated indications or NCCN guidelines can be handled through the utilization management process that we do at every meeting.  However, we will continue to monitor usage, and new PAs can be recommended in the future, if needed.

- Overall, providers will have several drugs to choose from, for their individual patients.

**Hypoglycemia Products:  Glucagon Agents** (Baqsimi nasal spray, Zegalogue, Gvoke and)

- There was no controversy on adding the three new products to the formulary; we won't be requiring a PA or having a preferred product.  We did receive feedback from both adult and pediatric endocrinologists for their recommendations.

- The Committee felt that all these products are highly interchangeable.  However, there may be some individual patients where a provider would choose one product over another, for example some patients might prefer the nasal spray while others might prefer the injectable products, since they are used to giving themselves insulin injections.

- A Tier 1 copay was recommended for the nasal spray product, Baqsimi.  Patients using the Mail Order or Retail Network will pay the generic copay, rather than the branded

(Tier 2 copay) for this drug. The 900 patients currently on this drug will see the copay reduction the next time they get a refill.

- Overall – the Committee recognizes that the newer glucagon preparations (nasal and autoinjectors) offer a significant clinical improvement over the older products, since they are easier to use and don't require mixing like the old emergency kits.


## Newly Approved Drugs

- There were a total of 12 new drugs reviewed at this meeting. Five will be designated as UF, with six nonformulary drugs, and one Tier 4 drug.

- We did recommend PA criteria for 10 of the drugs, however, all of the PAs here will apply to new users, so patients who are currently on one of these won't have to go back and fill out the PA.

- There were five drugs that were approved for rare diseases, where very limited numbers of patients have been studied. We did reach out to the appropriate specialists for input on the PA criteria for these drugs. The PA criteria here follow applicable clinical practice guidelines, and also will help ensure the drugs are used for the most appropriate patients.

- The other drugs where PA criteria were recommended were for more common disease states such as migraine headache, dry eye disease, Parkinson's disease, and growth hormone deficiency. The PA criteria follow the general criteria already in place for the other drugs in these classes, or for where there are already step-preferred therapies in the class, or where cost effective generics are available in the same active ingredient.

- The drug recommended for Tier 4 placement is an oral solution of celecoxib (Elyxxb). There are numerous NSAIDs already on the formulary, and several NSAIDs are easily available OTC. Input from neurologists supported Tier 4 status. Currently we don't have any patients on this drug; however, any new patient started on therapy will receive letters letting them know about the formulary change.


## Utilization Management – New PA Criteria

- **Indomethacin suppositories; fenoglide; Neonatal plus- Prenatal vitamin**

  o These are examples of a manufacturer bringing older products back to the market, at a significantly increased cost. For the Indocin suppositories, this formulation isn't clinically necessary outside of a hospital setting. For the fengolide product, there are numerous other cost effective formulations of fenofibrate available. In February, there were about 162 patients receiving the fenoglide formulation, and there are less than 10 patients on the indomethacin suppositories. We will send a letter to the patients currently receiving these drugs to notify them of the new PA requirements.

- For all of these products, if a provider does have a clinically compelling reason, then the PA can be filed.

- **Intramuscular (IM) Testosterone Replacement Therapy testosterone cypionate and testosterone enanthate**
  - For the transdermal testosterone products (like Fortesta and Androderm), there have been PA criteria in place for several years. The PA recommendation here is to have the same requirements for the injectable products. These recommendations were discussed with several MTF endocrinologists.

## Utilization Management – Updated PA Criteria – new FDA indications, NCCN guidelines, or expanded age ranges –

**Dupixent – children as young as 6 for asthma; Hepatitis C – Zepatier – children as young as 12 yrs; Antipsychotics – Rexulti – children as young as 13 years; Caplyta new bipolar depression indication; TIBs-Skyrizi – psoriatic arthritis; Cosentyx – patients as young as 4 yrs with enthesitis-related arthritis; Xeljanz – ankylosing spondylitis; Rinvoq – psoriatic arthritis**

- You will see examples of this section at every BAP meeting. The group does routinely monitor new indications for the drugs where we have PA criteria. The updates for the 8 drugs here expand the numbers of eligible patients, and you can see that several of the drugs today now are approved for children.

## Utilization Management - Updated PA Criteria for Removal of an indication

**Oncological Agents: Non-Bruton Tyrosine Kinase Inhibitor (Non-BTKI) for Chronic Lymphocytic Leukemia— duvelisib (Copiktra)**

- We don't see this situation too often, where the manufacturer is removing an indication. This change will affect new patients. For patients who are currently receiving the drug for this indication, we are leaving the decision up to the provider for their individual patients as to how to handle this change in the package insert.

## Removal of Brand Over Generic Requirement for Advair Diskus

- Advair has been the preferred combination inhaler for several years, and currently in order to receive a generic inhaler, a PA has to be completed stating why the patient can't use Advair. The change recommended today is that the PA won't be required in order for a patient to receive the generic inhaler. Providers can still write for Advair, which does not require a PA, and Advair will continue to have a Tier 1 copay.

# AGENDA

### Uniform Formulary Beneficiary Advisory Panel (BAP)
### For the February 2022 DoD Pharmacy and Therapeutics Committee Meetings
### April 6, 2022 at 10:00 AM Eastern Daylight Saving Time

#### Virtual Meeting

➢ **Administrative Meeting: 8:00 AM – 9:45 AM Eastern Daylight Saving Time (General session starts at 10:00 AM Eastern Daylight Saving Time)**

➢ **Roll Call**

➢ **Therapeutic Class Reviews**

*Members of the DHA Pharmacy Operations Division (POD) Formulary Management Branch (FMB) will present relative clinical and cost-effective analyses along with the DoD Pharmacy & Therapeutics Committee (P&T) recommendations for the Uniform Formulary (UF) and any recommended Tier 4/Not Covered candidates.*

*The P&T Committee made recommendations for the following drugs/drug classes during the February 2022 meeting:*

    ➢ **Drug Class Reviews**

      • *Oncological Agents*

        ▪ *Renal Cell Carcinoma (RCC)*

        ▪ *Epidermal Growth Factor Receptor (EGFR) + Non-Small Cell Lung Cancer (NSCLC) subclass*

        ▪ *Non-Bruton Tyrosine Kinase Inhibitors (Non-BTKIs) for Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL) subclass*

        ▪ *Poly Adenosine Diphosphate-Ribose Polymerase (PARP) Inhibitors for BRCA+ Cancers (PARPIs) subclass*

        ▪ *Janus Kinase Inhibitors for Myelofibrosis subclass*

      • *Binders-Chelators-Antidotes-Overdose Agent for severe hypoglycemia – Glucagon products*

    ➢ **Newly Approved Drugs per 32 CFR 199.21(g)(5)**

      • *asciminib (Scemblix) – Oncologic Agent for chronic myelogenous leukemia (CML) in chronic phase (CP)*

      • *atogepant (Qulipta) – Migraine Agent for the preventative treatment of episodic migraine in adults*

      • *avacopan (Tavneos) – Hematological Agent for microscopic polyangiitis (MPA) and granulomatosis with polyangiitis (GPA)*

- *carbidopa/levodopa (Dhivy) – Parkinson's Disease agent*
- *celecoxib oral solution (Elyxyb) – NSAID for acute migraine headache*
- *lonapegsomatropin-tcgd injection (Skytrofa) – Growth Stimulating Agent*
- *marabavir (Livtencity) – Antiviral for CMV infection/disease*
- *maralixibat (Livmarli) – Miscellaneous Metabolic agent for cholestatic pruritus in Alagille syndrome*
- *ropeginterferon alfa-2b-njft injection (Besremi) – Hematological agent for polycythemia vera*
- *topiramate oral solution (Eprontia) – Anticonvulsant-Antimania Agent for epilepsy, migraine headache, and Lennox-Gastaut syndrome*
- *varenicline nasal solution (Tyrvaya) – Dry Eye Disease Agent*
- *vosoritide injection (Voxzogo) – Miscellaneous Growth Stimulating Agent for pediatric achondroplasia*

➢ **Utilization Management Issues**

  ➢ **Prior Authorization Criteria—New Manual PA Criteria**

  - *Antilipidemics-2 – fenofibrate 40 mg and 120 mg (Fenoglide)*
  - *NSAIDs – indomethacin 50 mg suppositories (Indocin)*
  - *Vitamins: Prenatal – Prenatal Multivitamins (Neonatal Plus)*
  - *Androgens-Anabolic Steroids: Intramuscular (IM) Testosterone Replacement Therapy – testosterone cypionate and testosterone enanthate*

  ➢ **Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications, National Comprehensive Cancer Network Guideline Updates, or Age Ranges**

  - *Respiratory Interleukins: dupilumab (Dupixent)*
  - *Hepatitis C Agent – Direct Acting Agents: elbasvir/grazoprevir (Zepatier)*
  - *Atypical Antipsychotic Agents*
    - *brexpiprazole (Rexulti)*
    - *lumateperone (Caplyta)*
  - *Targeted Immunomodulatory Biologics (TIBs)*
    - *risankizumab-rzaa (Skyrizi)*
    - *secukinumab (Cosentyx)*

- o *tofacitinib (Xeljanz/Xeljanz XR*
- o *upadacitinib (Rinvoq ER)*

- **Prior Authorization Criteria—Removal of Indication**
  - *Oncological Agents: Non-Bruton Tyrosine Kinase Inhibitors (Non-BTKIs) for Chronic Lymphocytic Leukemia – duvelisib (Copiktra)*

➢ **Removal of Brand Over Generic Authorization**

- *Pulmonary Is: Inhaled Corticosteroid/Long Acting Beta Agonist Inhalers: fluticasone/salmeterol dry powder inhaler (Advair Diskus)*

➢ **Panel Discussions**

*The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 449 of 980
AR1637

**DEPARTMENT OF DEFENSE**
**PHARMACY AND THERAPEUTICS COMMITTEE RECOMMENDATIONS FROM**
**THE FEBRUARY 2022 MEETING**

**INFORMATION FOR THE UNIFORM FORMULARY**
**BENEFICIARY ADVISORY PANEL MEETING APRIL 6, 2022**

## I. UNIFORM FORMULARY REVIEW PROCESS

Under 10 United States Code § 1074g, as implemented by 32 Code of Federal Regulations 199.21, the Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee is responsible for developing the Uniform Formulary (UF). Recommendations to the Director, Defense Health Agency (DHA) or their designee, on formulary or Tier 4/not covered status, prior authorization (PA), pre-authorizations, and the effective date for a drug's change from formulary to non-formulary (NF) or Tier 4 status are received from the Beneficiary Advisory Panel (BAP), which must be reviewed by the Director or their designee before making a final decision.

## II. UF DRUG CLASS REVIEWS—Oncological Agents: Subclasses for the following:

- **Renal Cell Carcinoma (RCC)**
- **Epidermal Growth Factor Receptor (EGFR) + Non-Small Cell Lung Cancer (NSCLC)**
- **Non-Bruton Tyrosine Kinase Inhibitors (Non-BTKIs) for Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL)**
- **Poly Adenosine Diphosphate-Ribose Polymerase (PARP) Inhibitors for BRCA+ Cancers (PARPIs)**
- **Janus Kinase Inhibitors for Myelofibrosis (MF)**

*P&T Comments*

### A. Oncological Agents —Relative Clinical Effectiveness Analysis and Conclusion

*Background*—The P&T Committee evaluated the relative clinical effectiveness for five oncology subclasses. The Committee reviewed a distillation of the evidence including attention to guideline recommended use, the strength of those recommendations, the levels of evidence supporting those recommendations, and, where applicable, comparative judgments about the qualitative differences in clinical effectiveness between agents. A safety evaluation of each subclass's agents included comparative quantitative as well as qualitative assessments. There are a total of 23 drugs in the subclasses, with only two products available in generic formulations (everolimus and erlotinib).

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 1 absent) the following:

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 450 of 980
**AR1638**

*Renal Cell Carcinoma (RCC)*

- Nine agents comprise the RCC subclass: axitinib (Inlyta), cabozantinib (Cabometyx), cabozantinib (Cometriq), everolimus (Afinitor, generic), lenvatinib (Lenvima), pazopanib (Votrient), sorafenib (Nexavar), sunitinib (Sutent), and tivozanib (Fotivda).

- Cumulatively, the 9 RCC agents are FDA-approved and/or guideline recommended to treat 14 different disease states including RCC, hepatocellular carcinoma, various forms of thyroid carcinoma, endometrial carcinoma, soft tissue sarcoma, gastrointestinal stromal tumors, pancreatic neuroendocrine tumors, melanoma, non-small cell lung cancer, acute myeloid leukemia, myelofibrosis, cutaneous T-cell lymphoma, bone cancers, and adenoid cystic carcinoma. With the exception of tivozanib (Fotivda) and everolimus (Afinitor) that are used exclusively in RCC, no two agents have perfectly overlapping usage in the exact same disease states.

- Where mutually indicated and/or guideline supported, comparisons can be drawn between agents for a particular disease context in a particular disease state, with some comparisons showing agents are largely qualitatively similar with similar overall clinical effectiveness, strengths of recommendation, and supporting levels of evidence. Meanwhile, other comparisons show a hierarchy of superiority. However, even where such comparisons are possible, it is difficult if not impossible to draw global conclusions about the relative clinical effectiveness of agents because a comparative conclusion among agents for one disease context of a specific disease state may differ from conclusions for another disease context or state.

- A review of safety shows that certain adverse events are class effects associated with mechanism of action, while others are unique to the specific agent. No two agents have identical safety profiles. However, overall the agents have similar tolerability.

- The RCC review concludes that the 9 subclass agents are significantly different from one another, and all the agents are necessary inclusions to the benefit.

*Epidermal Growth Factor Receptor-Mutant Non-Small Cell Lung Cancer (EGFR+ NSCLC)*

- Five agents comprise the EGFR+ NSCLC subclass: afatinib (Gilotrif), dacomitinib (Vizimpro), erlotinib (Tarceva, generic), gefitinib (Iressa) and osimertinib (Tagrisso).

- The 5 EGFR+ NSCLC agents are FDA-approved and/or guideline recommended to treat NSCLC, and erlotinib is also approved in pancreatic

carcinoma. Osimertinib uniquely can be sequenced with the other EGFR+ NSCLC agents.

- The only disease context where all 5 agents are mutually comparable is frontline therapy for metastatic EGFR+ NSCLC. Osimertinib is the preferred frontline therapy. The remaining four agents have weaker strengths of recommendation supporting their use, with evidence showing qualitatively inferior outcomes relative to osimertinib but relatively equivalent between themselves. Only osimertinib and axitinib are guideline-recommended in the relapsed/refractory setting [and axitinib only in combination with the medical benefit drug cetuximab (Erbitux)]. Osimertinib is the only subclass agent recommended in the adjuvant setting.

- A review of safety shows that rate of severe adverse events was similar between all EGFR+ NSCLC agents.

- The EGFR+ NSCLC review concludes that agents are only comparable in the treatment-naïve setting and that osimertinib and erlotinib are not true comparators to the remaining agents because of their alternative usages.

*Non-Bruton Tyrosine Kinase Inhibitors for Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma (non-BTKIs for CLL/SLL)*

- Three agents comprise the non-BTKIs for CLL/SLL subclass: duvelisib (Copiktra), idelalisib (Zydelig), and venetoclax (Venclexta).

- The three subclass agents mutually treat CLL/SLL with and without del7p/TP53 mutation. However, their other indications and guideline-supported use in Non-Hodgkin Lymphomas and Acute Myeloid Leukemia (for venetoclax) do not overlap.

- Venetoclax is guideline recommended for CLL/SLL in both the treatment-naïve and relapse-refractory settings. Duvelisib and idelalisib are only used in the relapsed/refractory setting. In the relapsed/refractory setting, venetoclax is the preferred regimen over duvelisib and idelalisib regardless of del17p/TP53 status and patient risk category. While duvelisib and idelalisib have the same strength of recommendation and levels of evidence supporting their use, idelalisib has qualitatively superior overall clinical effectiveness across the disease contexts in which both agents are used.

- A review of safety shows qualitatively and quantitatively unique safety profiles for each agent. Venetoclax has the least number of severe events that resulted in warnings/precautions on the label and has no black box warnings. Duvelisib and idelalisib have a greater number of warnings relative to venetoclax. Duvelisib and idelalisib also have overlapping but non-identical black box warnings.

- The non-BTKIs for CLL/SLL review concludes that mechanism of action categorizes the agents by usage, guideline support, and safety profiles. Agents are only comparable in the relapsed/refractory context of CLL/SLL and such a comparison shows a clear hierarchy of overall clinical effectiveness with venetoclax superior to idelalisib and both venetoclax and idelalisib superior to duvelisib.

*Poly (Adenosine Diphosphate-Ribose) Polymerase Inhibitors for BRCA+ Cancers (PARPI)*

- Four agents comprise the PARPI subclass: niraparib (Zejula), olaparib (Lynparza), rucaparib (Rubraca), and talazoparib (Talzenna).

- The four PARPI agents have overlapping but non-identical FDA-approved indications: olaparib is approved for ovarian cancer, breast cancer, pancreatic cancer, and prostate cancer. Niraparib is only indicated for ovarian cancer. Rucaparib is indicated for ovarian cancer and prostate cancer. Talazoparib is indicated only for breast cancer.

- Where mutually indicated and/or guideline supported, comparisons can be drawn between agents, showing that the PARPI products are largely qualitatively similar with similar overall clinical effectiveness, strengths of recommendation, and supporting levels of evidence. However, the absence of evidence supporting the use of certain agents in particular disease states limits the ability to draw comparative conclusions of global efficacy across the various disease states. Rather only indirect comparisons can be drawn using olaparib as a reference point.

- The PARPI products show statistically significant differences in rates of severe adverse events, with olaparib and talazoparib showing lower rates than niraparib and rucaparib. No statistically significant difference is observed between olaparib and talazoparib, nor between niraparib and rucaparib.

- The PARPI review concludes that the products are not broadly comparable because of the difference in approved indications, but where mutually used, the agents have qualitatively similar overall clinical effectiveness. However, olaparib and talazoparib demonstrate quantitative superior safety in terms of reduced rates of severe adverse events.

*Janus Kinase Inhibitors for Myelofibrosis (MF)*

- Only two agents comprise the MF subclass: fedratinib (Inrebic) and ruxolitinib (Jakafi).

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 453 of 980

AR1641

- Ruxolitinib is used in a variety of hematopoietic disorders including myelofibrosis, polycythemia vera, essential thrombocythemia, and graft vs. host disease. Fedratinib is only indicated and guideline supported for treating myelofibrosis.

- Ruxolitinib and fedratinib have overlapping but non-identical guideline supported use in myelofibrosis; only ruxolitinib is recommended in low-risk patients. The comparative conclusion between the two agents depends on the disease context. For example, in high-risk non-transplant candidates with treatment-naïve disease, ruxolitinib has superior overall qualitative clinical effectiveness. However, in the relapsed/refractory setting, fedratinib shows qualitatively superior efficacy. Another difference is that in the relapsed/refractory setting, fedratinib can be used in ruxolitinib refractory disease (but not vice-a-versa; ruxolitinib was not tested in fedratinib-refractory disease).

- Ruxolitinib and fedratinib have significantly different rates of adverse events with fedratinib showing greater rates of hematologic and gastrointestinal adverse events. Fedratinib also uniquely increases the risk of Wernicke's encephalopathy due to an indirect thiamine deficiency from malnutrition related to its poor gastrointestinal tolerability.

- The MF review concludes that fedratinib and ruxolitinib are not true comparators given the difference in usage, context of use within the same disease state, and clinically significant difference in adverse event profiles.

*Overall Conclusions*

- Comparative clinical statements between members within all five subclasses are confounded by differences between agents based on usage, guidelines, and safety profiles.

- Where agents are comparable, comparisons are often limited to either a subset of agents, a subset of disease states and/or disease contexts, or a combination of the two.

**B. Oncological Agents—Relative Cost Effectiveness Analysis and Conclusion**

*Relative Cost-Effectiveness Analysis and Conclusion—* The Committee reviewed the solicited bids and also conducted a budget impact analysis (BIA). The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 1 absent) the following:

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 454 of 980

AR1642

- BIA was performed to evaluate the projected spend and cost avoidance after considering the solicited bids. BIA results showed that designating all of the 23 drugs in the 5 subclasses as UF demonstrated the greatest cost avoidance for the MHS.

## C. Oncological Agents —UF/Tier 4/Not Covered Recommendation

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 1 absent) the following:

- UF
  - Renal Cell Carcinoma (RCC)
    - axitinib (Inlyta)
    - cabozantinib (Cabometyx)
    - cabozantinib (Cometriq)
    - everolimus (Afinitor tab and disperz tab; generic)
    - lenvatinib (Lenvima)
    - pazopanib (Votrient)
    - sorafenib (Nexavar)
    - sunitinib (Sutent)
    - tivozanib (Fotivda)
  - Epidermal Growth Factor Receptor (EGFR) plus Non-Small Cell Lung Cancer (NSCLC)
    - afatinib (Gilotrif)
    - dacomitinib (Vizimpro)
    - erlotinib (Tarceva; generic)
    - gefitinib (Iressa)
    - osimertinib (Tagrisso)
  - Non-Bruton Tyrosine Kinase Inhibitor (Non-BTKIs) for Chronic Lymphocytic Leukemia (CLL)/Small Lymphocytic Lymphoma (SLL)
    - duvelisib (Copiktra)
    - idelalisib (Zydelig)
    - venetoclax (Venclexta)
  - Poly Adenosine Diphosphate-Ribose Polymerase (PARP) Inhibitors
    - olaparib (Lynparza)
    - niraparib (Zejula)

- rucaparib (Rubraca)
- talazoparib (Talzenna)
    - JAK Kinase inhibitors for Myelofibrosis
        - ruxolitinib (Jakafi)
        - fedratinib (Inrebic)
- NF
    - None
- Tier 4/Not Covered
    - None

**D. Oncological Agents —Manual PA Criteria**

PA criteria currently apply to 10 drugs. Newer products that have been reviewed as innovators generally have PA criteria. PAs are in place based on NCCN guideline recommendations suggesting step therapy (e.g., RCC – Fotivda) or for safety issues or poor tolerability (e.g., Myelofibrosis: Inrebic; EGFR+NCSLC: Vizimpro). PAs are in place for all the drugs in the class for the PARPIs and the non-BTKIs for CLL/SL subclass.

The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) to maintain the current PAs for the drugs listed below. The most current PA criteria is found on the TRICARE Formulary Search Tool at: https://www.express-scripts.com/frontend/open-enrollment/tricare/fst/#/.

- RCC: Fotivda
- EGFR+NCLC: Vizimpro
- Non-BTKIs for CLL/SL: Copiktra, Zydelig, Venclexta
    - For Copiktra, refer to the Utilization Management section on pp. 31-32 for the removal of the indication for relapsed or refractory follicular zone lymphoma
- PARPIs: Lynparza, Zejula, Rubraca, Talzenna
- Myelofibrosis: Inrebic

**E. Oncological Agents —UF, PA and Implementation Period**
The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) an effective date upon signing of the minutes in all points of service.

**III.  UF DRUG CLASS REVIEWS-Oncological Agents**

*BAP Comments*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 456 of 980

AR1644

**D. Oncological Agents —UF Recommendations**

The P&T Committee recommended the formulary status for the Oncological Agents in the five subclasses as discussed above.

- UF: All 23 agents
- NF - None
- Tier 4/Not Covered - None

*BAP Comments*

    **a.**    **Concur:**    **Non-Concur:**    **Abstain:**    **Absent:**

**E. Oncological Agents —Manual PA Criteria**

The P&T Committee recommended maintaining the PA criteria as outlined above.

*BAP Comments*

    **b.**    **Concur:**    **Non-Concur:**    **Abstain:**    **Absent:**

**F. Oncological Agents—UF, PA and Implementation Plan**

The P&T Committee recommended the implementation plan upon signing of the minutes in all points of service.

*BAP Comments*

    **c.**    **Concur:**    **Non-Concur:**    **Abstain:**    **Absent:**

**IV. UF DRUG CLASS REVIEWS—Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products**

*P&T Comments*

    **A. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —Relative Clinical Effectiveness Analysis and Conclusion**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 457 of 980

AR1645

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the agents used for treating severe hypoglycemia in diabetic patients. The drugs in the class all contain glucagon as the active ingredient. There are three new branded products marketed, glucagon nasal (Baqsimi), glucagon subcutaneous (SC) injection (Gvoke), and dasiglucagon SC injection (Zegalogue). The drugs were individually reviewed as innovators. Baqsimi and Gvoke were reviewed and made UF in November 2019 and Zegalogue was reviewed and made UF in August 2021.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (17 for, 0 opposed, 0 abstained, 0 absent) the following:

- Professional treatment guidelines from the American Diabetes Association and Diabetes Canada recommend using glucagon to treat severe hypoglycemia events. Diabetic patients at increased risk for hypoglycemia should have access to a glucagon product. However, the guidelines do not give a preference for any one agent over another.

- Older formulations of glucagon (e.g., Glucagon emergency kit, GlucaGen Hypokit) have been available for several years in intramuscular (IM) formulations that require reconstitution prior to administration.

- The three ready-to-use formulations offer significant advantages over existing agents in emergency situations due to their ease of use. Gvoke and Zegalogue are available as SC injections that don't require reconstitution, while Baqsimi is administered nasally.

- Specific clinical considerations for the products are as follows:

  - *Zegalogue* is available in a prefilled syringe and autoinjector, and is approved in patients as young as 6 years of age. It has an approximately 3 minute slower onset of action compared to glucagon IM. Common adverse events include injection site reactions. Disadvantages include that Zegalogue should not be used in patients with latex allergy, as the grey cap contains latex. Once removed from the refrigerator, Zegalogue has a shelf life of 12 months at room temperature, compared to 2 years at room temperature with Baqsimi and Gvoke.

  - *Baqsim*i nasal spray advantages include it is the only non-injectable glucagon formulation, and is easy for both patient and caregiver administration. Its onset of action is approximately 3 minutes slower compared to glucagon IM. It is approved for patients as young as 4 years of age. Unique adverse events with Baqsimi include localized upper respiratory tract irritation due to the nasal administration route.

  - *Gvoke* advantages include FDA-approval in children as young as 2 years of age. The available formulations include a prefilled syringe and autoinjector for SC use. The onset of action is approximately 4 minutes slower compared to glucagon IM. The adverse event profile is similar to Zegalogue.

- Overall, there is a high degree of therapeutic interchangeability between the newer products, with treatment success approaching 100%.

- The P&T Committee recognizes that the newer glucagon preparations (nasal and autoinjectors) offer a significant advantages in terms of ease of administration.

## B. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —Relative Cost Effectiveness Analysis and Conclusion

*Relative Cost-Effectiveness Analysis and Conclusion*—Cost Minimization Analysis (CMA) and BIA were performed. The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 1 absent) the following:

- CMA results showed that Baqsimi, Gvoke and Zegalogue were all cost effective agents.

- BIA was performed to evaluate the potential impact of designating the three newer glucagon agent as UF, NF, or Tier 4 on the formulary. BIA results showed that designating all the products as UF demonstrated the greatest cost avoidance for the MHS.

## C. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —UF Recommendation The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 1 absent) the following:

- UF
  - glucagon nasal (Baqsimi)
  - glucagon prefilled syringe, autoinjector, and kit (Gvoke, Gvoke Hypopen, Gvoke PFS)
  - dasiglucagon prefilled syringe and autoinjector (Zegalogue)
- NF
  - None
- Tier 4/Not Covered
  - None

  Note that the older IM product (Glucagon emergency kit, GlucaGen Hypokit, GluGen Diagnostic) will remain on the formulary

## D. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —Baqsimi Tier 1 Status

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 459 of 980

AR1647

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 1 absent) lowering the current Tier 2 cost-share for Baqsimi to the generic Tier 1 cost-share.

The authority for this recommendation is codified in 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020 which states "in implementing this rule, the Committee will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries. The intent of identifying agents in this manner as well as the new exclusion authority is to yield improved health, smarter spending, and better patient outcomes." Lowering the cost-share for Baqsimi will provide a greater incentive for beneficiaries to use the most cost-effective glucagon in the purchased care points of service.

### E. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —UF, Tier 1 Copay and Implementation Plan

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 1 absent) an effective date of the first Wednesday 30 days after signing of the minutes in all points of service (POS).

## V. UF DRUG CLASS REVIEWS-Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products

### *BAP Comments*

### A. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —UF Recommendation

The P&T Committee recommended the formulary status for the glucagon products cas discussed above:

- UF
  - Baqsimi
  - Gvoke
  - Zegalogue
- NF – None
- Tier 4/Not Covered - None

### *BAP Comments*

*Concur:     Non-Concur:     Abstain:     Absent:*

### B. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —Baqsimi Tier 1 Status

The P&T Committee recommended lowering the current Tier 2 cost-share for Baqsimi to the generic Tier 1 cost-share as outlined above.

*Concur:     Non-Concur:          Abstain:          Absent:*

### C. Binders-Chelators-Antidotes-Overdose Agents for Severe Hypoglycemia – Glucagon products —UF,  Tier 1 Copay and Implementation Plan

The P&T Committee recommended an effective date of the first Wednesday 30 days after signing of the minutes in all points of service.

*BAP Comments*

*Concur:     Non-Concur:          Abstain:          Absent:*

## VI.     NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*P&T Comments*

### A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—Relative Clinical Effectiveness and relative Cost-Effectiveness Conclusions

Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions— The P&T Committee agreed (Group 1 and Group 2:  17 for, 0 opposed, 0 abstained, 0 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5).

### B. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4/Not Covered Recommendation

The P&T Committee recommended for group 1:  (16 for, 0 opposed, 0 abstained, 1 absent); group 2: (17 for, 0 opposed, 0 abstained, 0 absent); and for celecoxib oral solution (Elyxyb): (15 for, 1 opposed, 0 abstained, 1 absent)the following:

- UF:
    - asciminib (Scemblix) – Oncological Agent for chronic myelogenous leukemia (CML)
    - avacopan (Tavneos) – Hematological Agent for microscopic polyangiitis and granulomatosis with polyangiitis
    - marabavir (Livtencity) – Antiviral for CMV infection/disease
    - topiramate oral solution (Eprontia) – Anticonvulsant-Antimania Agent for Epilepsy, migraine headache, and Lennox-Gastaut syndrome
    - vosoritide injection (Voxzogo) – Miscellaneous Growth Stimulating Agent for pediatric achondroplasia

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 461 of 980

AR1649

- NF:
  - atogepant (Qulipta) – Migraine agent for acute treatment of migraines
  - carbidopa/levodopa IR scored tab (Dhivy) – a scored immediate-release tablet formulation of carbidopa and levodopa for Parkinson's disease
  - lonapegsomatropin-tcgd injection (Skytrofa) – Growth stimulating Agent
  - maralixibat (Livmarli) – Miscellaneous Metabolic Agent for treatment of cholestatic pruritus in Alagille syndrome
  - ropeginterferon alfa-2b-njft injection (Besremi) – Hematological Agent for polycythemia vera
  - varenicline nasal solution (Tyrvaya) –Dry Eye Disease agent
- Tier 4 (Not covered):
  - celecoxib oral solution (Elyxyb) – NSAIDs: another formulation of celecoxib as an oral solution approved for acute treatment of migraines
    - Elyxyb was recommended for Tier 4/Not Covered status as it has little to no clinical benefit relative to NSAIDs, and the needs of TRICARE beneficiaries are met by available alternative agents. Formulary alternatives include ibuprofen, naproxen, diclofenac, and numerous other NSAIDs or combo products.

## C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria

The P&T Committee recommended for group 1: (16 for, 0 opposed, 0 abstained, 1 absent); group 2: (17 for, 0 opposed, 0 abstained, 0 absent) the following:

- Oncologic drugs: Applying manual PA criteria to new users of Scemblix.
- Growth Stimulating Agents: Applying manual PA criteria to new users of Skytrofa, similar to other products in the class. A trial of Norditropin, the step-preferred product is required first.
- Migraine Agents: Applying manual PA criteria to new users of Qulipta, similar to the other oral migraine agents.
- Applying manual PA criteria to new users of Besremi, Dhivy, Eprontia, Livmarli, Tavneos, Tyrvaya, and Voxzogo.

Full PA Criteria for the Newly Approved Drugs per 32 CFR 199.21(g)(5) is as follows

1. **asciminib (Scemblix)**

   Manual PA criteria apply to all new users of Scemblix

   - Patient is 18 years of age and older

   - Scemblix is prescribed by or in consultation with a hematologist/oncologist

   - The patient has Philadelphia chromosome-positive CML (Ph+ CML) in chronic phase (CP) and was previously treated with two or more tyrosine kinase inhibitors

   - The provider will monitor for myelosuppression, pancreatitis, hypertension, hypersensitivity, and cardiovascular toxicity

   - Female patients of childbearing age are not pregnant confirmed by (-) HCG

   - Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment

   - Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after cessation of therapy.

   - The diagnosis IS NOT listed above, but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so the provider must list the diagnosis

   Non-FDA-approved uses are not approved except as noted above.

   Prior authorization does not expire.

2. **avacopan (Tavneos)**

   Manual PA criteria apply to all new users of Tavneos

   - Patient is 18 years of age or older

   - Tavneos is prescribed by or in consultation with a rheumatologist

   - Patient has a documented diagnosis of granulomatosis with polyangiitis (GPA) (Wegener's) and microscopic polyangiitis (MPA)

   - Patient meets one of the following criteria (either a or b):

       a. Positive ELISA test for anti-proteinase-3 (PR-3)

       b. Positive ELISA test for anti-myeloperoxidase (MPO)

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 463 of 980

AR1651

- Patient has documentation of baseline Birmingham vasculitis activity score (BVAS), with at least one of the following criteria (at least a, b, or c):
  - c. At least 1 major item (i.e. gangrene, scleritis/episcleritis, hearing loss, massive hemoptysis/alveolar hemorrhage, respiratory failure, ischemic abdominal pain, rise/fall in serum creatinine, meningitis, CVA);
  - d. At least 3 non-major items;
  - e. At least 2 renal items of proteinuria and hematuria
- Patient has experienced or has a high probability to experience significant adverse effect from prednisone
- Tavneos is prescribed in combination with cyclophosphamide or rituximab, unless clinically significant adverse effects are experienced or both cyclophosphamide or rituximab are contraindicated

Non-FDA-approved uses are not approved, including Immunoglobulin A nephropathy, Hidradenitis suppurativa, acne inversa, and C3 Glomerulopathy (C3G).

Prior authorization expires after 6 months. Tavneos will be approved indefinitely if the following criteria are met:

- Patient has responded positively to therapy as evidenced by at least a 50% reduction in BVAS from baseline or remission (BVAS of zero) AND
- If request is for a dose increase, new dose does not exceed 60 mg (2 tabs) per day

3. **atogepant (Qulipta)**

   Manual PA criteria apply to all new users of Qulipta.

   - Patient is 18 years of age or older

   - Qulipta is prescribed by or in consultation with a neurologist

   - Concurrent use with any small molecule CGRP targeted medication (i.e., Ubrelvy, Nurtec ODT or another gepant) is not allowed

   - Patient has Episodic Migraine as defined by the following:
     - 4 to 7 migraine days per month for 3 months AND has at least moderate disability shown by Migraine Disability

Assessment (MIDAS) Test score > 11 or Headache Impact Test-6 (HIT-6) score > 50 OR

- o 8 to 14 migraine days per month for 3 months

- Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE drug from TWO of the following migraine prophylactic drug classes:

  - o Prophylactic antiepileptic medications: valproate, divalproic acid, topiramate

  - o Prophylactic beta-blocker medications: metoprolol, propranolol, atenolol, nadolol, timolol

  - o Prophylactic antidepressants: amitriptyline, duloxetine, nortriptyline, venlafaxine

- Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE of the following CGRP injectable agents

  - o erenumab-aooe (Aimovig)

  - o fremanezumab-vfrm (Ajovy)

  - o galcanezumab-gnlm (Emgality)

Non-FDA approved uses are not approved
Prior authorization expires in 6 months.
Qulipta will be approved indefinitely if one of the following criteria are met:

- The patient has had a reduction in mean monthly headache days of $\geq 50\%$ relative to the pretreatment baseline (as shown by patient diary documentation or healthcare provider attestation) OR

- The patient has shown a clinically meaningful improvement in ANY of the following validated migraine-specific patient-reported outcome measures:

  - o Migraine Disability Assessment (MIDAS)

    - Reduction of $\geq 5$ points when baseline score is 11–20

    - Reduction of $\geq 30\%$ when baseline score is > 20

  - o Headache Impact Test (HIT-6) - Reduction of $\geq 5$ points

  - o Migraine Physical Functional Impact Diary (MPFID) Reduction of $\geq 5$ points

4. **carbidopa/levodopa IR scored tab (Dhivy)**

   Manual PA criteria apply to all new users of Dhivy

- Provider acknowledges that generic immediate-release carbidopa/levodopa is available without a PA (e.g. generic Sinemet)
- The patient has tried and failed a generic immediate-release formulation of carbidopa/levodopa OR
- The patient cannot achieve the required dose with generic immediate-release carbidopa/levodopa (e.g. generic Sinemet)

Non-FDA-approved uses are not approved.

Prior authorization does not expire.


5. **lonapegsomatropin-tcgd injection (Skytrofa)**

Manual PA criteria apply to all new users of Skytrofa

The provider acknowledges that Norditropin is the DoD's preferred somatropin agent

- Patient is a pediatric patient at least one year of age and older who weights at least 11.5 kg
- Skytrofa is being used for the indication of growth failure due to an inadequate secretion of endogenous growth hormone (GH) in pediatric patients
- Skytrofa is prescribed by or in consultation with a pediatric endocrinologist or nephrologist who recommends therapeutic intervention and will manage treatment
- Patient has one or more of the following:
  - Patient has a contraindication to Norditropin OR
  - Patient has experienced an adverse reaction(s) to Norditropin, Omnitrope, AND Zomacton not expected with Skytrofa
    - Note that patient preference for a particular device is insufficient grounds for approval of an NF agent

AND
- Patient requires a less than daily dosing regimen due to needle intolerance or aversion


Non-FDA-approved uses are not approved including Idiopathic Short Stature, normal aging process, obesity, and depression.

Coverage not approved for concomitant use of multiple somatropin agents.


Prior authorization expires in 1 year; provider must fill out a new PA.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 466 of 980

AR1654

6. **maralixibat (Livmarli)**

   Manual PA criteria apply to all new users of Livmarli.

   - Patient is 1 year of age or older

   - Patient has diagnosed Alagille syndrome with severe refractory pruritus

   - The prescription is written by a pediatric gastroenterologist, or pediatric hepatology transplant specialist

   - Patient has been evaluated for possible orthotopic liver transplant (OLT)

   - Patient has previously tried and failed all of the following:

     - ursodiol

     - cholestyramine

     - rifampin

     - naltrexone

     - At least one antihistamine (e.g. Atarax, Benadryl, etc.)

   Non-FDA-approved uses such as non-alcoholic steatohepatitis (NASH), non-alcoholic fatty liver disease (NAFLD), progressive familial intrahepatic cholestasis (PFIC), biliary atresia and other cholestatic disease are not approved.

   Prior authorization expires after 6 months. Livmarli will be approved for an additional 6 months if the following criteria are met:

   - Patient must demonstrate significant improvement in pruritus symptoms.

7. **ropeginterferon alfa-2b-njft injection (Besremi)**

   Manual PA criteria apply to all new users of Besemri.

   - Provider acknowledges that another pegylated interferon (Pegasys) is available at the formulary copay and without requiring prior authorization

   - Patient is 18 years of age or older

   - Drug is prescribed by or in consultation with a hematologist/oncologist

   - Patient has a confirmed diagnosis of polycythemia vera (PV)

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 467 of 980

AR1655

- Patient is high-risk (age >60 years and/or prior history of thrombosis)

- Patient is currently taking aspirin 81-100mg daily and is undergoing regular phlebotomy (to maintain hematocrit < 45%)

- Patient must try and fail or be intolerant or resistant to (showing phlebotomy-dependence and/or progressive splenomegaly) hydroxyurea OR

- The patient has a contraindication to hydroxyurea (e.g., pregnancy)

Non-FDA-approved uses are not approved including myeloproliferative neoplasms, essential thrombocythemia (ET), or adult T-cell leukemia (ATL).

Prior authorization does expires after 1 year.  Besremi will be approved for an additional year  if the following criteria are met:

- Patient has a documented improvement in symptoms.

8. **topiramate oral solution (Eprontia)**

   Manual PA criteria apply to all new users of Eprontia.

   - PA does not apply to patients less than 12 years of age (age edit)

   - Eprontia is prescribed by or in consultation with an adult or pediatric neurologist

   - Patient has a diagnosis of one of the following:

     - For epilepsy monotherapy: Partial onset seizure or primary generalized tonic-clonic seizures in patients 2 years or age or older

     - For epilepsy adjunctive therapy: Partial onset seizure or primary / generalized tonic-clonic seizures or seizures associated with Lennox Gastaut syndrome in patients 2 years of age or older

     - For Migraine: preventive treatment in patients 12 years of age or older

   - Patient requires a liquid formulation due to swallowing difficulty or has a feeding tube and cannot use topiramate (sprinkles)

   Non-FDA-approved uses are not approved.
   Prior authorization does not expire

9. **varenicline nasal solution (Tyrvaya)**

   Manual PA criteria apply to all new users of Tryvaya

   - Patient is 18 years of age or older

   - Tyrvaya is prescribed by an ophthalmologist or optometrist

   - Patient has a diagnosis of dry eye disease as supported by both of the criteria below:

     - Positive symptomology screening for dry eye disease from an appropriate measure

     - At least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)

   - Patient must try and fail the following:

     - At least 1 month of one ocular lubricant used at optimal dosing and frequency (e.g., carboxymethylcellulose [Refresh, Celluvisc, Thera Tears, Genteal, etc.], polyvinyl alcohol [Liquitears, Refresh Classic, etc.], or wetting agents [Systane, Lacrilube])

     - Followed by at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency (e.g., carboxymethylcellulose, polyvinyl alcohol)

   - If the patient has moderate to severe Dry Eye Disease

     - Patient has tried and failed an adequate course (at least 6 weeks) of treatment of lifitegrast (Xiidra) or cyclosporine treatment (Restasis)

   Non-FDA-approved uses are NOT approved

   Prior authorization expires after 1 year. Tyrvaya will be approved indefinitely if the following criteria are met:

   - The drug is prescribed by an ophthalmologist or optometrist.

   - The patient must have documented improvement in ocular discomfort.

   - The patient must have documented improvement in signs of dry eye disease.

10. **vosoritide injection (Voxzogo)**

    Manual PA criteria apply to all new users of Voxzogo

    - Patient is 5 years of age or older

- Voxzogo is prescribed by or in consultation with a pediatric endocrinologist

- Patient has a documented diagnosis of achondroplasia with open epiphyses

- Patient/Caregiver and provider acknowledge that Voxzogo was FDA approved in an accelerated fashion and continued approval may be contingent upon verification and description of clinical benefit in confirmatory trials

- Patient/Caregiver and provider acknowledge that a clinical benefit with Voxzogo has not been proven

- Patient/Caregiver have been instructed on how to properly use, store, and administer Voxzogo

- Provider agrees to monitor growth and adjust dose according to body weight

- Provider agrees to permanently discontinue Voxzogo upon closure of epiphyses

Non-FDA-approved uses are not approved.

Prior Authorization expires after 1 year; provider must fill out a new PA.

### G. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered, and PA Implementation Plan

The P&T Committee recommended for group 1: (16 for, 0 opposed, 0 abstained, 1 absent); for group 2: (17 for, 0 opposed, 0 abstained, 0 absent); and for celecoxib oral solution (Elyxyb): (15 for, 1 opposed, 0 abstained, 1 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status:** an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

- **New Drugs Recommended for Tier 4 Status:** 1) An effective date of the first Wednesday 120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation.

## VII.   NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*BAP Comments*

**A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4 Recommendation**

The P&T Committee recommended the formulary status for the newly approved drugs as discussed above:

- **UF:**
  - Scemblix
  - Tavneos
  - Livtencity
  - Eprontia
  - Voxzogo

- **NF:**
  - Qulipta
  - Dhivy
  - Skytrofa
  - Livmarli
  - Besremi
  - Tyrvaya

- **Tier 4/Not Covered:**
  - Elyxyb

*BAP Comments*

*Concur:*     *Non-Concur:*          *Abstain:*          *Absent:*

**D. Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria**

The P&T Committee recommended the PA criteria for the new drugs as stated previously.

*BAP Comments*

*Concur:*     *Non-Concur:*          *Abstain:*          *Absent:*

E. **Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered and PA Implementation Plan**

The P&T Committee recommended the following implementation plans as described above.

> *BAP Comments*
>
> *Concur:*    *Non-Concur:*      *Abstain:*      *Absent:*

## VIII. UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA

*P&T Comments*

C. **New Manual PA Criteria Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)**

Manual PA criteria were recommended for several recently marketed drugs which contain active ingredients that are widely available in low-cost generic formulations. These products are usually produced by a single manufacturer. Due to the pathway used to gain FDA approval, these products do not meet the criteria for innovators and cannot be reviewed for formulary status. These drugs all have numerous cost effective formulary alternatives that do not require prior authorization. For the products listed below, PA criteria is recommended in new and current users, requiring a trial of cost effective generic formulary medication first.

The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) manual PA criteria for Neonatal Plus (regardless of the woman's age), Fenoglide, and Indocin suppositories in new and current users, due to the significant cost differences compared with numerous available alternative agents. The criteria are as follows:

1) **Anti lipidemics-2: Fenofibrates – fenofibrate 120 mg (Fenoglide)—**
   Fenoglide is a new fenofibrate formulation available in a 120 mg strength. There are several formulations of fibric acid derivatives currently available, including gemfibrozil (Lopid, generics), generic fenofibrate micronized/nonmicronized formulations (including Lofibra), and fenofibrate nanocrystallized (Tricor). Fenoglide is made by a sole manufacturer and is not cost-effective relative to other fibric acid derivatives.

   > Manual PA criteria applies to new and current users of fenofibrate 120 mg tablets (Fenoglide)

- The provider is aware and acknowledges that other formulations of fenofibrate, including Tricor, Trilipix and Lofibra are available to DoD beneficiaries without the need of prior authorization
- The provider must explain why the patient t cannot take one generic fenofibrate 134 mg capsule or two fenofibrate 54 mg tablets or another formulation of fenofibrate *(fill-in blank)*

Non-FDA approved uses are NOT approved.

Prior Authorization does not expire.

2) **Pain Agents: NSAIDs—indomethacin 50 mg suppositories (Indocin):** The indomethacin suppositories are markedly not cost-effective. All other formulations of indomethacin (suspension and capsules) and various other NSAIDs (generic meloxicam, ibuprofen suspension, diclofenac potassium, and naproxen) are included on the TRICARE pharmacy benefit and do not require prior authorization criteria. OTC NSAIDs are also widely available.

Manual PA criteria applies to new and current users of indomethacin suppositories

- The provider acknowledges that several other indomethacin formulations, including generic indomethacin suspension and capsules are available to TRICARE beneficiaries without requiring prior authorization
- The provider acknowledges that several other NSAIDs are available to TRICARE beneficiaries without requiring prior authorization including generic meloxicam, ibuprofen suspension, diclofenac potassium, and naproxen
- The provider must explain why the patient requires Indocin suppositories and cannot take generic indomethacin suspension, indomethacin capsules, or other formulary NSAIDs *(fill-in blank)*

Non-FDA-approved uses are NOT approved.
Prior authorization does not expire.

3) **Vitamins: Prenatal—prenatal MVI (Neonatal Plus):** Neonatal Plus is a prenatal dietary supplement manufactured by a single company which requires a prescription prior to dispensing. The primary ingredients of Neonatal Plus are similar to that found in Azesco, Zalvit, Trinaz, Neonatal-DHA, Neonatal FE, and Neonatal Complete, which require manual PA and are very expensive. Several cost-effective prescription prenatal multivitamins are included in the TRICARE pharmacy benefit for women younger than the age of 45 and do not require prior authorization criteria.

Manual PA criteria applies to new and current users of prenatal Neonatal Plus

- The provider acknowledges that Prenatal Vitamins Plus Low I, Prenatal Plus, Preplus, Prenatal, Prenatal Vitamins, Prenatal Multi plus DHA, Prenatal Vitamin plus Low Iron, or Prenatal Plus DHA are the preferred products over Azesco, Zalvit, Trinaz, Neonatal-DHA, Neonatal FE, and Neonatal Complete and are covered without a PA for women who are under the age of 45 years and planning to become pregnant or who are pregnant. Please consider changing the prescription to one of these agents
- The provider must explain why the patient requires Neonatal Complete and cannot take one of the cost effective formulary alternatives. *(fill-in blank)*

Non-FDA approved uses are NOT approved.
Prior Authorization does not expire.

**B. New Manual PA Criteria—Androgens-Anabolic Steroids: Intramuscular (IM) Testosterone Replacement Therapy testosterone cypionate and testosterone enanthate:**

The Testosterone Replacement Therapy (TRT) class was reviewed for formulary placement in August 2012, with PA criteria required for the gel and topical formulations. The IM injectable products were not included in the 2012 review, due to low utilization and cost at that time. They remain Uniform Formulary "by default" (since not previously reviewed) with no Prior Authorization requirements. A DHA provider workgroup requested that the DoD P&T Committee evaluate the need for a PA for the injectable testosterone formulations.

There has been a notable increase in utilization of the injectable products, while use of the topicals has declined across all age groups. Several commercial health plans have PAs in place for the injectable TRT formulations.

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) placing PA criteria for testosterone cypionate and testosterone enanthate IM in new users, to ensure appropriate clinical use. The Committee also recommended updating the existing PA criteria for the topicals and all other brand and generic TRT formulations (e.g., Fortesta, Androgel, Testim Xyosted etc.), to ensure that the provider has investigated the etiology of low testosterone levels, as several clinical conditions (e.g., untreated DM) can lower testosterone levels. This criteria will not apply when the TRTs are used for the indication of gender dysphoria.

The PA criteria is as follows, with updates shown in bold also applying to the current PA criteria for the topical products.

Manual PA criteria applies to new users of testosterone cypionate or testosterone enanthate IM injections.

- Coverage approved for male patients if:
  - Patient is over the age of 17 years AND
  - Patient has diagnosis of hypogonadism as evidenced by 2 or more morning total testosterone levels below 300 ng/dL AND
  - **Provider has investigated the etiology of the low testosterone levels and acknowledges that testosterone therapy is clinically appropriate and needed AND**
  - The patient does not have prostate cancer AND
  - The patient is experiencing symptoms usually associated with hypogonadism

  OR

- Coverage approved for female-to-male gender reassignment (endocrinologic masculinization) if:
  - Patient has diagnosis of gender dysphoria made by a TRICARE authorized mental health provider according to most current edition of the DSM
  - Patient is an adult, or is 16 years or older who has experienced puberty to at least Tanner stage 2 AND
  - Patient has no signs of breast cancer AND
  - For gender dysphoria biological female patients of childbearing potential, the patient IS NOT pregnant or breastfeeding AND
  - Patient has no psychiatric comorbidity that would confound a diagnosis of gender dysphoria or interfere with treatment (e.g. unresolved body dysmorphic disorder; schizophrenia or other psychotic disorders that have not been stabilized with treatment) AND
  - Patient has a documented minimum of three months of real-life experience (RLE) and/or three months of continuous psychotherapy addressing gender transition as an intervention for gender dysphoria

Non-FDA approved uses are NOT approved.
Not approved for concomitant use with other testosterone products.
Prior Authorization does not expire.

### C   New Manual PA Criteria Implementation Plan

The P&T Committee recommended the following implementation periods:

- The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 2 absent) the manual PA criteria for Fenoglide, Indocin suppositories, and Neonatal Plus (regardless of the woman's age), become effective the first Wednesday 90 days after the signing of the minutes, and DHA will send letters to affected patients.

- The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) the new PA criteria for IM testosterone cypionate and testosterone enanthate will become effective the first Wednesday 90 days after the signing of the minutes.


## IX.   UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA

### *BAP Comments*

### A.   New Manual PA Criteria Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)

The P&T Committee recommended new manual PA criteria for the 3 products listed above that contain active ingredients that are widely available in cost effective generic formulations:  Fenoglide 120 mg tablets, Indocin 50 mg suppositories and Neonatal Plus, as listed above.

#### *BAP Comments*

*Concur:*     *Non-Concur:*          *Abstain:*          *Absent:*


### B.   New Manual PA Criteria for Testosterone Replacement Therapies: IM testosterone cypionate and testosterone enanthate

The P&T Committee recommended new manual PA criteria for IM testosterone cypionate and testosterone enanthate as listed above.

#### *BAP Comments*

*Concur:*     *Non-Concur:*          *Abstain:*          *Absent:*


### D.   New Manual PA Criteria Implementation Plan

The P&T Committee recommended the new PA criteria for Fenoglide, Indocin suppositories Neonatal plus and IM testosterone cypionate and testosterone

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 476 of 980

AR1664

enanthate become effective the first Wednesday 90 days after signing of the minutes.

> ***BAP Comments***
>
> ***Concur:    Non-Concur:        Abstain:      Absent:***

# X.    UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS, AND EXPANDED AGE RANGES

### *P&T Comments*

## A.    Updated PA Criteria for New FDA-Approved Indications and Expanded Age Ranges

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) updates to the PA criteria for several drugs, due to new FDA-approved indications and expanded age ranges. The updated PA criteria outlined below will apply to new users.

Note that since these types of updates expand the patient population eligible for the drug, only a summary of the PA criteria is provided here; the current full PA criteria can be found on the TRICARE Formulary Search Tool at https://www.express-scripts.com/frontend/open-enrollment/tricare/fst/#/.

**1.)  Respiratory Interleukins–dupilumab (Dupixent)—**The manual PA criteria were updated to expand use in children as young as 6 years of age for add-on maintenance therapy for moderate-to-severe asthma characterized by an eosinophilic phenotype or with oral corticosteroid dependent asthma.

**2.)  Hepatitis C Agents: Direct Acting Agents–elbasvir/grazoprevir (Zepatier)—**The manual PA criteria were updated for Zepatier, allowing use in children as young as 12 years of age or weighing 30 kg or more for chronic hepatitis C virus (HCV) genotype 1 or 4 infection.

**3.)  Atypical Antipsychotic Agents**

- **brexpiprazole (Rexulti)—**The manual PA criteria were updated to allow use in children as young as 13 years of age for schizophrenia (Rexulti was previously only approved for adults)

- **lumateperone (Caplyta)—**Includes the new indication for depressive episodes associated with bipolar disorder I or II in adults, as monotherapy or as adjunct to lithium or valproate.

**4.)  Targeted Immunomodulatory Biologics (TIBs)**

- **risankizumab-rzaa (Skyrizi)**—Includes the new indication for active PsA in adults.

- **secukinumab (Cosentyx)**—Includes the new indication for active enthesitis-related arthritis (ERA) in patients 4 years of age and older. The manual PA criteria were also updated allowing use in children as young as 2 years of age for PsA. Note that for the ERA indication a trial of a non-biologic (e.g., methotrexate, sulfasalazine, mesalamine steroids or azathioprine) is not required.

- **tofacitinib (Xeljanz/Xeljanz XR)**—Includes the new indication for active ankylosing spondylitis in adults who have had an inadequate response or intolerance to 1 or more tumor necrosis factor (TNF) blockers. Note that for the ankylosing spondylitis indication, a trial of a non-biologic (e.g., methotrexate, sulfasalazine, mesalamine steroids or azathioprine) is not required. The PA update also includes the new safety warnings for the drug class.

- **upadacitinib (Rinvoq ER)**—Includes the new indication for active psoriatic arthritis (PsA) in adults who have had an inadequate response or intolerance to one or more TNF blockers.

### B. Updated PA Criteria for New FDA-Approved Indications and Expanded Age Ranges - Implementation plan:

The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 3 absent) implementation of the first Wednesday 60 days after signing of the minutes for the updated PAs discussed above.

## XI. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS AND EXPANDED AGE RANGES

*BAP Comments*

### A. Updated PA Criteria for New FDA-Approved Indications and Expanded Age Ranges:

The P&T Committee recommended updates to the PA criteria for Dupixent, Zepatier, Rexulti, Caplyta, Skyrizi, Cosentyx, Xeljanz and Rinvoq ER as discussed above.

*BAP Comments*

*Concur:* *Non-Concur:* *Abstain:* *Absent:*

B. **Updated PA Criteria for New FDA-Approved Indications and Expanded Age Ranges -  Implementation Plan**
The updated PA criteria for the drugs discussed above will become effective the first Wednesday 60 days after the signing of the minutes.


*BAP Comments*

*Concur:     Non-Concur:           Abstain:          Absent:*


## XII.    UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REMOVAL OF AN INDICATION

*P&T Comments*

A. **Updated PA Criteria for Removal of an indication**

**Oncological Agents: Non-Bruton Tyrosine Kinase Inhibitor (Non-BTKIs) for Chronic Lymphocytic Leukemia— duvelisib (Copiktra)**

In December 2021, the manufacturer of Copiktra voluntarily withdrew the indication for Copiktra in patients with relapsed or refractory follicular lymphoma following at least 2 previous systemic therapies.  The manufacturer determined this indication was no longer merited, based on the current treatment landscape for follicular lymphoma in the U.S. and the logistics, cost, and timing of the post-marketing requirements for the drug.  This indication was originally approved by the FDA in September 2018 via accelerated pathway and was contingent upon the manufacturer completing confirmatory trials to receive full approval.

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) removing the follicular lymphoma indication for new users; current users will be able to consult their provider as to whether continued treatment is clinically appropriate.  The other FDA-approved indications for Copiktra are not affected and will remain on the PA (e.g., relapsed or refractory chronic lymphocytic leukemia (CLL) or small lymphocytic lymphoma (SLL), marginal zone lymphoma (MZL),

B. **Updated PA Criteria for Safety Information Implementation Plan**
The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) an implementation of the first Wednesday 60 days after signing of the minutes for Copiktra.

## XIII.   UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REMOVAL OF AN INDICATION

*BAP Comments*

C. **Updated PA Criteria for Safety Information**

The P&T Committee recommended updates to the PA criteria for Copiktra as outlined above.

*BAP Comments*

*Concur:*   *Non-Concur:*      *Abstain:*      *Absent:*

D. **Updated PA Criteria for Safety - Implementation Plan**
The updated PA criteria for Copiktra will become effective the first Wednesday 60 days after the signing of the minutes as discussed above.

*BAP Comments*

*Concur:*   *Non-Concur:*      *Abstain:*      *Absent:*

XIV. **REMOVAL OF BRAND OVER GENERIC AUTHORIZATION FOR FLUTICASONE/SALMETEROL DRY POWDER INHALER (ADVAIR DISKUS)**

*P&T Comments*

A. **Fluticasone/salmeterol dry powder inhaler (Advair Diskus) removal of brand over generic authorization**
Brand over generic PA requirements and a Tier 1 (generic) co-payment have applied to fluticasone/salmeterol dry powder inhaler (Advair Diskus DPI) since May 2019, due to cost effectiveness compared to AB-rated generics (e.g. Wixela). The branded agent, Advair Diskus is no longer the most cost effective inhaled corticosteroid/long-acting beta agonist (LABA/ICS) dry powder inhaler at the MTF and Mail Order points of service. Generic prices of fluticasone/salmeterol DPI will continually be monitored.

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 0 absent) removing the Advair Diskus brand over generic PA requirement. As a result, the current PA criteria for the generic fluticasone/salmeterol DPI will be removed. The branded Advair Diskus will remain available at the Tier 1 (generic) co-payment at the Mail Order and the Retail network pharmacies, until further direction from the P&T Committee.

XV.    **REMOVAL OF BRAND OVER GENERIC AUTHORIZATION FOR FLUTICASONE/SALMETEROL DRY POWDER INHALER (ADVAIR DISKUS)**

*BAP Comments*

**A. Fluticasone/salmeterol dry powder inhaler (Advair Diskus) removal of brand over generic authorization**

The P&T Committee recommended removing the Advair Diskus brand over generic authorization, as outlined above.

*BAP Comments*

*Concur:     Non-Concur:        Abstain:        Absent:*

## XIV. INFORMATIONAL ITEM—BENEFICIARY IMPACT (FEBRUARY 2022 DoD P&T COMMITTEE MEETING)

**Table of Newly Approved New Drugs Designated Tier 4—Unique Utilizers Affected**

| Drug | Total |
|---|---|
| celecoxib oral solution (Elyxyb) | 0 |

**Drugs with New Prior Authorization Criteria—Unique Utilizers Affected**

| Drug | MTF | Mail Order | Retail | Total |
|---|---|---|---|---|
| Fenofibrate 120 mg tablets | 22 | 90 | 50 | 162 |
| Indomethacin suppositories | 0 | 3 | 6 | 9 |
| prenatal vitamin Neonatal Plus | 0 | 0 | 0 | 0 |

**Biomarin Pharmaceuticals**


**From:** Becky Hanson
**Sent:** Tuesday, April 5, 2022 10:52 AM
**To:** DHA NCR J-6 Mailbox BAPREQUESTS <dha.ncr.j-6.mbx.baprequests@mail.mil>
**Subject:** [Non-DoD Source] Written Comment Regarding Voxozogo

To Whom it May Concern,

I am writing in regards to the proposed policy for Vozxogo (vosoritide injection).  I would like to request the following changes:

- Current language in question 3: Voxozogo is prescribed by or in consultation with a pediatric endocrinologist

    - Please consider changing to "Voxozogo is prescribed by or in consultation with a pediatric endocrinologist, geneticist, or other specialist with experience in treating achondroplasia patients".  In our clinical trials, 12 principle investigators were geneticists, 5 were orthopedists, and 6 were pediatric endocrinologists.  Thus, many achondroplasia patients are currently seen by these specialists, and they are well positioned to monitor patients being treated with Voxzogo.

- Current language in question 5: Patient/Caregiver and provider acknowledge that a clinical benefit with Voxzogo has not been proven

    - Please consider changing to "Does the patient/caregiver and provider acknowledge Voxzogo was approved based on an increase in linear growth which was determined by FDA to be likely to predict clinical benefit but that clinical benefit is being researched and has not yet been proven" When answering a yes or no question we want to ensure that the intent is clear for the provider.

Thank you for your consideration. If there are any questions, please do not hesitate to reach out.

Kind Regards,

*Becky Hanson*

Becky Hanson, PharmD
Senior Director, Managed Markets



Beneficiary Advisory Panel Members,

With the release of the Pharmacy and Therapeutics Committee recommendations for Livmarli (Maralixibat) Oral Solution, we seek to provide comments to PA criteria 4 and 5 which are misaligned with how patients with Alagille's Syndrome are traditionally treated.

**PA Criteria 4 Recommendation**: "Patient has been evaluated for possible orthotopic liver transplant (OLT)"

- **Response**: From the observations of several Tricare physicians, who have prescribed Livmarli, this OLT evaluation is not the standard for newly diagnosed Alagille Syndrome patients one year of age or older. This is especially true if liver function is mildly impaired. OLT Evaluation is usually performed when a patient has signs and symptoms of advanced liver disease, failure to thrive, along with severe pruritus. Severe pruritus alone is usually not a reason for an OLT referral. This recommendation is an outlier as less than 1% of lives in Commercial or Medicaid insurance plans require an OLT evaluation as part of their prior authorization policy for Livmarli (Maralixibat) Oral Solution.

**PA Criteria 5 Recommendation**: Patient has previously tried and failed all of the following:
   - ursodiol
   - cholestyramine
   - rifampin
   - naltrexone
   - At least one antihistamine (e.g. Atarax, Benadryl, etc.)

- **Response**: The 5 medications recommended by the P&T Committee are not approved by the FDA for use in the treatment of cholestatic pruritus in patients with Alagille Syndrome. Not only are they not indicated to treat cholestatic pruritus, but efficacy is also poorly understood based on current data in this patient population. In the ICONIC trial, 94% of patients utilized concomitant medications (most commonly ursodiol and rifampin). These patients showed poor pruritus control as shown by mean ItchRO(obs) scores of 2.9 (mean score is before the initiation of Livmarli). The scale for ItchRo(obs) ranges from 0 (no pruritus) to 4 (severe pruritus).

   As a result of poor pruritus control, 86% of lives within Commercial and Medicaid insurance plans require the trial and failure of **one or fewer** medications (predominantly Ursodiol) before Livmarli (Maralixibat) Oral Solution can be considered for usage.

On behalf of Alagille Syndrome patients and their families, we ask each of the BAP members to consider voting for the removal of the OLT evaluation requirement (criteria 4), and adjust the previous therapies tried and failed in these patients to one (criteria 5).

We recognize that the P&T recommendations were published on April 4th in preparation for the April 6th meeting. As a result, we were not able to provide these comments 5 days in advance of the BAP session. Respectfully, we ask each BAP member to consider these comments before taking a vote on the final Prior Authorization criteria for Livmarli (Maralixibat) Oral Solution.

Sincerely,

Mirum Pharmaceuticals

**ChemoCentryx Pharmaceuticals**


**From:** Kathy Blecha >
**Sent:** Tuesday, April 5, 2022 10:52 AM
**To:** DHA NCR J-6 Mailbox BAPREQUESTS <dha.ncr.j-6.mbx.baprequests@mail.mil>
**Subject:** [Non-DoD Source] Written Comment Regarding Tavneos


I am a new Account Director for ChemoCentryx. I understand per the Federal Register that our newly approved molecule will be reviewed by BAP at the April 6 meeting.

I missed the cutoff date to submit information for consideration. The agenda states it must be submitted 5 days prior to the meeting and the Federal Register notice says 1 day — my sincere apologies I missed the cutoff.

I just saw something in the meeting background document that I wanted to alert you about. It's regarding the criteria for one of the newly approved drugs being reviewed:

TAVNEOS® ( avacopan)

Respectfully, think perhaps there may be an error in the proposed criteria on bullet point 5 where the criteria says (at least a, b, or c): where it references BVAS score. It may need to be c, d, or e?  BVAS scores are used in clinical trials, but not typically used by provider specialists in clinical practice.  Many specialists at facilities or as contracted providers in the community will not know how to use a BVAS score.

I will be sure to follow up with XXX who is in charge of Industry Relations and ask for guidance related to any requests for clinical information.

Have a great meeting tomorrow. I'm excited to listen in and learn!

Respectfully,
Kathy


Kathy Blecha, National Account Director
ChemoCentryx

# DEPARTMENT OF DEFENSE
## PHARMACY AND THERAPEUTICS COMMITTEE
## MINUTES AND RECOMMENDATIONS
### August 2022

**I.   CONVENING**

The Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee convened at 0830 hours on August 3rd and 4th, 2022.

**II.   ATTENDANCE**

The attendance roster is listed in Appendix A.

**A. Approval of May 2022 Minutes—**Dr. Brian Lein, Assistant Director, Healthcare Administration, DHA, approved the minutes from the May 2022 DoD P&T Committee meeting on July 27, 2022.

**B. Clarification of Previous Minutes:**

**1. February 2022 Meeting—MHS GENESIS OTC Test List—products removed from the list:** The implementation date is 180 days after signing on Oct 26, 2022, not 120 days, due to the need to send 17 different letters to patients notifying them of the changes.

**2. May 2022-Restasis Brand Over Generic authorization—**The brand over generic requirement for cyclosporine 0.05% ophthalmic emulsion single-dose (brand Restasis) at the Mail Order and Military Treatment Facilities (MTFs) points of service will be removed, due to inability to operationalize. However, the Tier 1 copay for brand Restasis at Mail Order and Retail Network pharmacies will remain in place. Implementation will now occur 30 days after signing.

**III.   REQUIREMENTS**

All clinical and cost evaluations for new drugs, including newly approved drugs reviewed according to 32 Code of Federal Regulations (CFR) 199.21(g)(5), and full drug class reviews included, but were not limited to, the requirements stated in 32 CFR 199.21(e)(1) and (g)(5). All TRICARE Tier 4/not covered drugs were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018. The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms. When applicable, patient-oriented outcomes are assessed, in accordance with the Final Rule. All uniform formulary (UF), basic core formulary (BCF), and TRICARE Tier 4/Not Covered recommendations considered the conclusions from the relative clinical effectiveness and relative cost-effectiveness determinations, and other relevant factors including those outlined in Section 702 of the National Defense Authorization Act (NDAA) for fiscal year (FY) 2018. Medical Necessity (MN) criteria were based on the clinical and cost evaluations and the conditions for establishing MN for a NF medication.

NF medications are generally restricted to the mail order program according to amended section 199.21, revised paragraphs (h)(3)(i) and (ii), effective August 26, 2015.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 486 of 980

AR1674

## IV.  UF DRUG CLASS REVIEWS

### A.  Antidepressants and Non-Opioid Pain:  Subclasses for the following – Selective Serotonin Reuptake Inhibitors (SSRIs); Selective Serotonin/Norepinephrine Reuptake Inhibitors (SNRIs); Norepinephrine/Dopamine Reuptake Inhibitors (NDRIs); and Gamma-Aminobutyric Acid Analogs (GABAs)

*Background*—The P&T Committee evaluated the relative clinical effectiveness of 4 subclasses in the Antidepressants and Non-Opioid Pain Drug Class.  The full drug class was first reviewed for formulary placement in November 2011, with several new entrants to the class individually reviewed as new drugs.  There are currently 30 products from 8 different subclasses on the uniform formulary.  The drugs in the class are now largely available as generic formulations, however, 9 branded products remain.  The clinical and cost effectiveness review focused on these 9 branded products.

The drugs in the class are approved for a variety of indications, including major depressive disorder (MDD), generalized anxiety disorder, (GAD), obsessive compulsive disorder (OCD), panic disorder (PD), seasonal affective disorder (SAD), diabetic peripheral neuropathic pain (DPNP), fibromyalgia (FM), and restless leg syndrome (RLS).

The clinical review focused on an extensive review of professional treatment guidelines for the various indications, provider feedback from the pertinent subspecialties, meta-analyses evaluating efficacy and safety, and other factors, including dosing frequency, dosage titration and tapering, and issues in special populations, including pregnancy and adolescents.  The major clinical attributes of the drugs are discussed below.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 0 absent) the following:

*Selective Serotonin Reuptake Inhibitors (SSRIs)*

- *vortioxetine (Trintellix) (note that the previous brand name was Brintellix)*
  - Trintellix has been designated NF since it was first reviewed in February 2014.  Trintellix carries a single indication for MDD, in contrast to the other generic SSRIs (including citalopram, fluoxetine, paroxetine and sertraline) that are indicated for multiple conditions.
  - The 2022 Department of Defense/Veterans Affairs (DoD/VA) Clinical Practice Guideline for MDD lists Trintellix as an initial pharmacotherapy option, along with other SSRIs, SNRIs, bupropion, mirtazapine, trazadone, and vilazodone, although this is based on an overall weak recommendation.
  - A 2018 Lancet network meta-analysis concluded Trintellix did not demonstrate significantly improved efficacy or tolerability when compared to other SSRIs for MDD.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 487 of 980

AR1675

- Limited data suggests Trintellix carries less risk for sexual dysfunction and cognitive impairment compared to other antidepressants. Trintellix also has the unique advantage among SSRIs for allowing abrupt discontinuation of treatment, if needed.

- *vilazodone (Viibryd)*
  - Viibryd has been designated as NF since the original review in November 2011. Viibryd carries a single indication for MDD. It is also listed in the 2022 VA/DoD Clinical Practice Guideline for MDD as an initial pharmacotherapy option along with numerous other options, as previously stated with Trintellix.
  - A 2018 Lancet network meta-analysis concluded Viibryd did not demonstrate significantly improved efficacy or tolerability compared to other SSRIs for MDD. When compared to other SSRIs, Viibryd has a higher incidence of gastrointestinal adverse effects including diarrhea and nausea.

- *paroxetine mesylate (Pexeva)*
  - Pexeva is indicated for major depressive disorder (MDD), generalized anxiety disorder, obsessive compulsive disorder (OCD), and panic disorder. Unlike its competitor, paroxetine hydrochloride (Paxil), Pexeva lacks additional approval for post-traumatic stress disorder and seasonal affective disorder. Several clinical practice guidelines for each of Pexeva's indications recommends SSRIs overall for first-line treatment, with no recommendation for a superiority of a specific formulation or brand product.
  - There is limited clinical data available with Pexeva, as FDA-approval was based on the information using data from paroxetine hydrochloride (Paxil). There is no data to show that Pexeva confers any clinically relevant advantages over Paxil.

*Selective Serotonin/Norepinephrine Reuptake Inhibitors (SNRIs)*

- *levomilnacipran (Fetzima)*
  - Fetzima is an enantiomer of milnacipran (Savella). It is only indicated to treat MDD. Among the wide array of other treatment options for MDD, several generic SNRIs are available on the formulary, including duloxetine, venlafaxine, and desvenlafaxine.
  - A 2018 Lancet network meta-analysis concluded Fetzima did not confer significantly improved efficacy or tolerability compared to other SNRIs for MDD. Among the SNRIs, Fetzima carries a lower risk for gastrointestinal adverse effects.

- *milnacipran (Savella)*
  - Savella is only approved for treating fibromyalgia. The 2016 European Alliance of Associations for Rheumatology guideline supports treatment of fibromyalgia with Savella, however, this is in addition to a variety of other treatment options, including duloxetine, amitriptyline, and pregabalin.
  - A 2016 Rheumatology International network meta-analysis concluded that Savella did not demonstrate greater efficacy or tolerability when compared to duloxetine or pregabalin.

- *duloxetine delayed release (Drizalma Sprinkle)*
  - Duloxetine delayed-release capsules are a sprinkle formulation of duloxetine that was originally designated NF in November 2019. No clinical trials were used to gain FDA approval, as the efficacy and safety relied on the data from duloxetine (Cymbalta). Drizalma has the same FDA indications as duloxetine.
  - Although Drizalma Sprinkle provides a formulation for patients with swallowing difficulties, it provides no compelling advantages compared to existing formulary agents, including generic duloxetine.
  - DoD specialists (child and adult psychiatrists, and neurologists) also supported that Drizalma Sprinkle is not needed on the formulary.

*Norepinephrine/Dopamine Reuptake Inhibitors (NDRIs)*

- *bupropion hydrobromide (Aplenzin)*
  - Aplenzin is an extended release hydrobromide formulation of bupropion; its generic counterpart is bupropion hydrochloride extended release (Wellbutrin XL). Both agents are bioequivalent and approved for the same indications (MDD and SAD).
  - Guidelines from the 2010 American Psychiatric Association and 2019 National Institute for Health Care and Excellence recommend the same array of medication options for MDD and SAD. As previously stated, the most recent clinical guideline for MDD (2022 DoD/VA CPG) lists bupropion, but does not endorse a specific formulation (e.g., hydrochloride vs. hydrobromide). Several other subclasses are also listed as initial pharmacotherapy options for MDD.
  - There are no compelling benefits of Aplenzin compared to generic bupropion formulations.

*Gamma-Aminobutyric Acid Analogs (GABAs)*

- *gabapentin ER 24 hour tablets (Gralise)*

- Gralise is an extended release formulation of gabapentin indicated for Post Herpetic Neuralgia (PHN). The 2004 American Academy of Neurology PHN guidelines recommend multiple first line treatment options, including gabapentin, pregabalin, tricyclic antidepressants, opioid, and the lidocaine patch.

- A 2015 Lancet Neurology network meta-analysis concluded Gralise did not result in significantly greater efficacy for pain relief for PHN when compared to gabapentin and gabapentin enacarbil.

- Notably, Gralise carries a possible lower risk for dizziness and somnolence when compared to other gabapentin formulations. However it also requires a large tablet burden to reach recommended dosing.

- *gabapentin enacarbil (Horizant)*

  - Horizant is another extended release gabapentin formulation due to its prodrug characteristics. Horizant is indicated for PHN and Restless Leg Syndrome. The 2016 American Academy of Neurology guideline lists Horizant as a first-line treatment option, along with multiple other drugs from other classes, as mentioned previously.

  - Network meta-analyses evaluating fibromyalgia (2015 Lancet Neurology) and RLS (2013 JAMA Internal Medicine) both concluded that Horizant did not confer additional efficacy when compared to other gabapentin formulations and pregabalin, respectively.

  - Although Horizant is unique among the GABAs for allowing abrupt discontinuation if administered at doses lower than 600 mg per day, it carries a possible high risk of dizziness and somnolence when compared to other agents in the subclass.


*Overall Conclusions*

- The 2011 P&T efficacy conclusions remain largely unchanged; the brand-only agents reviewed do not offer significantly improved efficacy when compared to other generic agents across similar indications and subclass.

  - A comprehensive clinical efficacy evaluation for mood disorders is not possible at this time, as some agents were approved based on bioequivalence to a generic competitor, and did not have new clinical data for review.

- The 2011 P&T safety conclusions remain largely unchanged; the brand only agents do not offer significantly improved tolerability when compared to other generic competitors across like indications.

- Of note, Trintellix offers limited data supporting a lower risk of sexual dysfunction and cognitive impairment compared to other antidepressants.

*Relative Cost Effectiveness Analysis and Conclusion*—The Committee reviewed the solicited bids from manufacturers and also conducted a budget impact analysis (BIA). The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 0 absent) the following:

- Cost minimization analysis (CMA) results showed the following: All 9 branded products, Trintellix, Viibryd, Pexeva, Fetzima, Savella, Drizalma Sprinkles, Gralise, Horizant, and most notably, Aplenzin, were not cost effective relative to the generic formulations in the 4 respective subclasses.

- Budget Impact Analysis (BIA) and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary or NF on the UF. BIA results showed that designating vortioxetine (Trintellix), vilazodone (Viibryd), and all generically-available agents as UF, with bupropion hydrobromide (Aplenzin), duloxetine delayed release (Drizalma Sprinkle), gabapentin (Gralise), gabapentin enacarbil (Horizant), levomilnacipran (Fetzima), milnacipran (Savella), and paroxetine mesylate (Pexeva) as NF demonstrated significant cost avoidance for the MHS.

1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the following:
   - UF
     - vortioxetine (Trintellix) *moves from NF to UF*
     - vilazodone (Viibryd) *moves from NF to UF*
     - Note that the antidepressants in the class that are currently available in generic formulations will remain UF.

   - NF
     - paroxetine mesylate (Pexeva) mov*es from UF to NF*
     - duloxetine DR (Drizalma sprinkle)
     - levomilnacipran (Fetzima)
     - milnacipran (Savella)
     - bupropion hydrobromide XR (Aplenzin)
     - gabapentin ER 24 hr tablets (Gralise)
     - gabapentin enacarbil (Horizant)
   - Tier 4 (Not covered) – None

2. **COMMITTEE ACTION: MANUAL PA CRITERIA**—The P&T Committee recommended (16 for, 0 opposed, 0 abstained) the following with regard to PA criteria for all 9 branded agents. There was no change to the current PA criteria for Drizalma Sprinkles, which requires the provider to justify why this formulation is needed (write-in). New manual PA criteria were recommended for paroxetine mesylate (Pexeva) and vilazodone (Viibryd), in new users.

   For the remaining products where PA criteria are already in place (Trintellix, Fetzima, Savella, Gralise, Horizant, and Aplenzin), updates were recommended in new users. Automation that is currently in place for Trintellix, Fetzima, Savella, Gralise, and Horizant was removed. For all the PAs, the provider should consider non-pharmacologic options along with drug therapy. Additionally, a trial of two to three alternate formulary agents is recommended first for all the branded drugs. See Appendix C for the full criteria.

3. ***COMMITTEE ACTION: MEDICAL NECESSITY CRITERIA***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained) new MN criteria for Pexeva and Aplenzin, and maintaining the current MN criteria for Drizalma Sprinkle, Fetzima, Savella, Gralise, and Horizant that is currently in place. See Appendix B for the full criteria.

4. ***COMMITTEE ACTION: EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM REQUIREMENTS***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) maintaining the current exclusion for the 9 NF agents from the EMMPI program.

5. ***COMMITTEE ACTION: UF, MN, PA, EMMPI and IMPLEMENTATION PERIOD***—The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 1 absent) 1) an effective date of the first Wednesday 60 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the NF recommendation for Pexeva. (See Appendix G for the actual implementation dates.)

B. **Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass**

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the OAB β-3 adrenergic agonists. The subclass is comprised of mirabegron (Myrbetriq), vibegron (Gemtesa) and mirabegron extended-release (ER) granules for oral suspension (Myrbetriq Granules); the products were previously reviewed as new drugs in May 2014, May 2021, and November 2021, respectively. PA currently applies to all three drugs.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 492 of 980

AR1680

The previous OAB formulary review in November 2012 included the older antimuscarinic drugs [e.g. oxybutynin (Ditropan), tolterodine (Detrol), and solifenacin (Vesicare), etc.], however, they were not part of this current review.

Mirabegron (Myrbetriq) and vibegron (Gemtesa) are both approved for the treatment of OAB, while Myrbetriq Granules are only approved for neurogenic detrusor overactivity (NDO).

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 0 absent) the following:

*Professional Treatment Guidelines*

- The 2019 OAB guidelines from the American Urological Association/Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (AUA/SUFU) state the following:

  - Clinicians should offer behavioral therapies (e.g., bladder training, bladder control strategies, pelvic floor muscle training, and fluid management) as first-line therapy to all patients with OAB. *(Standard, Evidence strength: Grade B)*

  - Clinicians should offer oral anti-muscarinics or oral β-3-adrenoceptor agonists as second-line therapy *(Standard, Evidence Strength Grade B)*

  - If a patient experiences inadequate symptom control and/or unacceptable adverse drug events with one antimuscarinic medication, then a dose modification or a different anti-muscarinic medication or a β-3-adrenoceptor agonist may be tried. *(Clinical Principle)*

*Antimuscarinics vs. β-3-adrenergic agonists*

- The antimuscarinics and β-3-agonists show similar efficacy for treating OAB, however the β-3-agonists have fewer side effects, such as dry mouth. One retrospective, matched cohort study found a higher risk of dementia with the antimuscarinics compared to the β-3 agonists. Limitations to this analysis include the observational study design, and that overall the difference in dementia rates between the groups was relatively small. *(BJU Intl 2020)*

*Mirabegron vs. Vibegron*

- For mirabegron, there was no new data that would support changes to the previous clinical conclusions from 2014; compared to placebo, mirabegron produced statistically significant reductions in incontinence episodes, but the clinical effect is small and there is a high placebo response rate.

- Vibegron has not been directly compared against mirabegron in a head-to-head trial, but indirect comparisons suggest similar efficacy.

*Mirabegron*

- Advantages of mirabegron include its long marketing history (it was FDA-approved in 2012), and existing high utilization in the Military Health System

(MHS). It is also indicated for use in combination with the antimuscarinic solifenacin (Vesicare). Disadvantages include that mirabegron is formulated as an ER tablet that cannot be crushed.

- The Myrbetriq granules are solely indicated for NDO, and currently have very low MHS utilization.

*Vibegron*

- Benefits of vibegron compared to mirabegron include fewer drug interactions, lack of clinically significant effects on blood pressure, and that the tablets can be crushed.

*Overall Conclusions*

- Overall, there is a high degree of therapeutic interchangeability between mirabegron and vibegron based on efficacy data. For safety, although there are subtle differences that favor vibegron over mirabegron, most patients could use either drug.

- In order to meet the needs of MHS beneficiaries, at least one β-3 agonist is required on the formulary.

*Relative Cost-Effectiveness Analysis and Conclusion*—CMA and BIA were performed. The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 0 absent) the following:

- (CMA) results showed that mirabegron (Myrbetriq) was more cost effective than vibegron (Gemtesa).

- BIA and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary or NF on the UF. BIA results showed that designating mirabegron (Myrbetriq) and vibegron (Gemtesa) both as UF demonstrated significant cost avoidance for the MHS.

1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the following:
   - UF
     - mirabegron tablets (Myrbetriq)
     - mirabegron ER granules for oral suspension (Myrbetriq granules) *moves from NF to UF*
     - vibegron (Gemtesa)
   - NF – None
   - Tier 4 (Not covered) – None

2. ***COMMITTEE ACTION: MANUAL PRIOR AUTHORIZATION CRITERIA***— PA criteria have been in place for Myrbetriq, Gemtesa and the Myrbetriq Granules since they were originally reviewed as new drugs. The PA criteria requires a trial of an antimuscarinic first. Additionally, at the May 2021 review of Gemtesa, the Myrbetriq PA was revised to require a trial of Gemtesa

in new users, based on cost-effectiveness. However due to the delay of the Beneficiary Advisory Panel meeting (due to the zero-based review), implementation did not occur until March 2022.

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) minor updates to the current manual PA criteria for Myrbetriq and Gemtesa in new users. The current requirements for a trial of an antimuscarinic first before use of a β-3 agonist will be maintained, as the AUA/SUFU guidelines place the antimuscarinics and β-3 agonists on equal footing, and do not prefer the β-3 agonists over the antimuscarinics. Practices from commercial healthcare plans also require an antimuscarinic before a β-3 agonist. A trial of only one antimuscarinic will be required, instead of the current requirement for two prior drugs.

Minor updates were made to the dosage modifications based on renal function. Additionally, the current requirement for a trial of Gemtesa prior to Myrbetriq will be removed. There were no changes made to the existing Myrbetriq Granules PA criteria. (See Appendix C)

3. ***EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM REQUIREMENTS***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) removing mirabegron tabs (Myrbetriq) and mirabegron ER granules for oral suspension (Myrbetriq Granules) from the program. Vibegron (Gemtesa) is not on the program.

4. ***COMMITTEE ACTION: UF, PA, EMMPI IMPLEMENTATION PERIOD***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday 30 days after signing of the minutes in all points of service. (See Appendix G for the actual implementation date.)

## V. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions*—The P&T Committee agreed (16 for, 0 opposed, 0 abstained, 0 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5). See Appendix E for the complete list of newly approved drugs reviewed at the August 2022 P&T Committee meeting, a brief summary of their clinical attributes, and their formulary recommendations; see Appendix F for their restriction to or exemption from the Mail Order Pharmacy.

1. ***COMMITTEE ACTION: UF RECOMMENDATION***— The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the following:
   - UF

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 495 of 980

AR1683

- alpelisib (Vijoice) – Oncological agent for PIK3CA-related overgrowth spectrum (PROS)
- daridorexant (Quviviq) – Sleep Disorders: dual orexin receptor antagonist (DORA) for treating insomnia
- edaravone oral suspension (Radicava ORS) – Miscellaneous Neurological Agent for amyotrophic lateral sclerosis (ALS) and a new oral version of an IV medication
- ganaxolone oral suspension (Ztalmy) – Anticonvulsant for treating seizures associated with cyclin-dependent kinase-like 5 (CDKL5) deficiency
- insulin glargine solostar unbranded authorized biologic (from Winthrop labs) – Basal insulin; note that as part of this recommendation, this product will be designated as non-step-preferred.
- mavacamten (Camzyos) – Miscellaneous Cardiovascular Agent for symptomatic New York Heart Association (NYHA) class II-III obstructive hypertrophic cardiomyopathy (oHCM)

- NF:
  - amlodipine oral solution (Norliqva) – Dihydropyridine Calcium Channel Blocker (CCB) alternate dosage form for hypertension
  - cyclosporine 0.1% ophthalmic emulsion (Verkazia) – Ophthalmic for vernal keratoconjunctivitis
  - donepezil patch (Adlarity) – Alzheimer's agent for mild, moderate, to severe dementia and a patch version of an available oral agent
  - leuprolide SC injection (Camcevi Kit) – Leuprolide-hormone-release hormone (LHRH) agent for treatment of advanced prostate cancer
  - tapinarof 1% cream (Vtama) – Psoriasis Agent
  - tirzepatide SC injection (Mounjaro) – Glucagon-like peptide-1 (GLP-1) receptor agonist for type 2 diabetes
  - testosterone undecanoate 112.5 mg capsule (Tlando) – Oral Testosterone Replacement Therapy; note that as part of this recommendation, this product will be designated as non-step-preferred.
  - vonoprazan/amoxicillin (Voquezna Dual Pak) – Miscellaneous Anti-infective for *Helicobacter pylori* (*H. pylori*) infection
  - vonoprazan/amoxicillin/clarithromycin; (Voquezna Triple Pak) – Miscellaneous Anti-infective for *Helicobacter pylori* (*H. pylori*) infection

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 496 of 980

AR1684

- Tier 4 (Not covered): The drugs listed below were recommended for Tier 4 status, as they provide little to no additional clinical effectiveness relative to similar agents in their respective drug classes, and the needs of TRICARE beneficiaries are met by available alternative agents. See Appendix H for additional detail regarding Tier 4 agents and formulary alternatives.

  - baclofen oral granules (Lyvispah) – Skeletal Muscle Relaxant; another alternative formulation of baclofen for multiple sclerosis spasticity

    - Alternatives include baclofen tablets, baclofen oral solution (Ozobax) and baclofen oral suspension (Fleqsuvy)

  - benzoyl peroxide 5% cream (Epsolay) – keratolytic for rosacea

    - Alternatives include other legend and OTC benzoyl peroxide formulations; metronidazole 1% gel (MetroGel, generics), azelaic acid 15% gel (Finacea) and NF products, including minocycline 1.5% topical foam (Zilxi) minocycline 50 mg capsule; minocycline 4% foam (Amzeeq); brimonidine tartrate 0.33% gel (Mirvaso); and ivermectin 1% cream (Soolantra)

2. ***COMMITTEE ACTION: MN CRITERIA***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) MN criteria for criteria for Adlarity, Camcevi Kit, Mounjaro, Norliqva, Tlando, Verkazia, Voquezna Double Pak, Voquezna Triple Pak, and Vtama (see Appendix B for the full criteria.)

3. ***COMMITTEE ACTION: PA CRITERIA***— The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the following (see Appendix C for the full criteria):
   - Applying manual PA criteria to new users of tirzepatide (Mounjaro) consistent with the other NF GLP1-RA, Ozempic. A trial of metformin will be required before Mounjaro.

   - Applying manual PA criteria to new users of Quviviq, similar to the criteria in place for the other DORAs, Belsomra and Dayvigo. A trial of zolpidem extended-release or eszopiclone is required first before a DORA.

   - Applying manual PA criteria to new users of the insulin glargine solostar unbranded authorized biologic, consistent with the criteria for the other non-preferred basal insulins. A trial of Lantus is required first.

   - Applying manual PA criteria to new users of Tlando, consistent with the criteria already in place for the oral testosterone products (Jatenzo) and the other topical testosterone replacement products. A trial of the step-preferred product Fortesta is required first.

- Applying manual PA criteria to new users of Verkazia, consistent with the existing PA criteria for other ophthalmic cyclosporine products. Patients who are younger than age 21 years and who have a history of cyclosporine 0.05% ophthalmic emulsion (Restasis) in the past 180 days do not require a manual PA for Verkazia (age edit and auto-look back). The Restasis PA was also updated to allow use in patients younger than 18 years. *(See the Utilization Management section on page 18 for updates to the Restasis PA criteria).*

- Applying PA criteria to new users of Vtama, consistent with what is already in place for other topical Psoriasis Drugs.

- Applying PA criteria to new users of Vijoice, Radicava ORS, Ztalmy, Camzyos, Voquezna Double Pak, Voquezna Triple Pak, Adlarity, and Camcevi Kit

4. ***COMMITTEE ACTION: EMMPI***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) adding or exempting the drugs listed in Appendix F to/from the Select Maintenance List (EMMPI List) for the reasons outlined in the table. Note that the Add/Do Not Add recommendations listed in Appendix F pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement.

5. ***COMMITTEE ACTION: UF, TIER 4, MN, AND PA IMPLEMENTATION PERIOD***—The P&T Committee recommended for (16 for, 0 opposed, 0 abstained, 0 absent) an effective date of the following:
   - **New Drugs Recommended for UF or NF Status:** an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

   - **New Drugs Recommended for Tier 4 Status:** 1) An effective date of the first Wednesday 120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation.


VI. **UTILIZATION MANAGEMENT**
   A. PA Criteria

   1. **New Manual PA Criteria**

   a) **Pulmonary II Agents: Long-Acting Muscarinic Antagonists (LAMAs)—tiotropium dry powder inhaler (Spiriva HandiHaler)**—Spiriva HandiHaler was reviewed in February 2013 and added to the BCF. In November 2016, a follow-on product, tiotropium soft mist inhaler (Spiriva Respimat), was reviewed as a new drug and also added to the BCF. Both formulations are indicated for maintenance treatment of chronic obstructive pulmonary disease (COPD), and to reduce the risk of COPD exacerbations. They produce similar improvements in forced expiratory

volume in one second (FEV1), and have safety profiles that reflect the other LAMAs.

The Spiriva HandiHaler requires insertion of the dry powder capsules into the device, and also requires a minimum inspiratory flow rate of 30 mL/min to activate the inhaler. Generics are not expected for at least two years. For Spiriva Respimat, patients with dexterity issue may have difficulty assembling and priming the device. However, advantages of the Respimat device include that more drug is deposited in the lungs, rather than the oral cavity; it is a passive inhalation device which does not rely on the patient's inspiratory effort; and it has an additional indication for maintenance treatment of asthma in patients 6 years of age and older. Spiriva Respimat is more cost-effective than Spiriva HandiHaler.

> ***COMMITTEE ACTION: SPIRIVA HANDIHALER NEW PA CRITERIA AND IMPLEMENTATION PLAN***—The P&T Committee recommended (13 for, 0 opposed, 0 abstained, 3 absent) manual PA criteria in new and current users of Spiriva HandiHaler, in order to encourage use of Spiriva Respimat, due to compelling advantages of the delivery mechanism. The new PA will become effective the first Wednesday 120 days after the signing of the minutes, and DHA will send letters to affected patients prior to and following implementation. Additionally, Spiriva HandiHaler will be added to the rapid response ("safety net") program, which is included in the new TPharm5 contract. See Appendix C for the full criteria.

2. **New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)**

Manual PA criteria were recommended for two recently marketed drugs which contain active ingredients that are widely available in low-cost generic formulations. These products are usually produced by a single manufacturer. Due to the pathway used to gain FDA approval, these products do not meet the criteria for innovators and cannot be reviewed for formulary status. These drugs all have numerous cost-effective formulary alternatives available that do not require prior authorization. For the products listed below, PA criteria is recommended in new and current users, requiring a trial of cost effective generic formulary medications first.

a) **Renin-Angiotensin Anti-hypertensives (RAAs)—valsartan 20 mg/5 mL oral solution**—Valsartan is an angiotensin receptor blocker (ARB) that is available in cost-effective generic formulations, along with several other ARBs (e.g., losartan, candesartan, telmisartan, etc). Valsartan oral solution is not cost effective compared to the other ARBs.

b) **Non-Insulin Diabetes Drugs: Biguanides Subclass—metformin immediate release (IR) 625 mg tablets**—Numerous other metformin IR (500 mg and 850 mg) and ER (750 mg and 1000 mg) formulations are more cost-effective than this 625 mg IR formulation made by a sole manufacturer.

*COMMITTEE ACTION:  NEW PA CRITERIA FOR DRUGS NOT SUBJECT TO 32 CFR 199.21(g)(5) AND IMPLEMENTATION PLAN—* The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) manual PA criteria for valsartan 20 mg/5 mL oral solution and metformin 625 mg IR tablets in new and current users, due to the significant cost differences compared with numerous available alternative agents.  The new PAs will become effective the first Wednesday 60 days after the signing of the minutes, and DHA will send letters to affected patients.   See Appendix C for the full criteria.

### 3.  Updated PA Criteria for New FDA-Approved Indications

The P&T Committee evaluated updates to the PA criteria for several drugs, due to new FDA-approved indications.  The updated PA criteria outlined below will apply to new users.  See Appendix C for the full criteria.

**a)** Atopy Agents (now incorporates the previously titled Respiratory Interleukins)—dupilumab injection (Dupixent)

   **i. Eosinophilic Esophagitis (EoE):**  Dupixent recently gained a new indication for treating EoE.  A trial of both a proton pump inhibitor (PPI) and topical glucocorticoid is required prior to using Dupixent in new users, based on the current EoE clinical practice guidelines from the American Academy of Allergy, Asthma and Immunology (AAAI) and MHS provider feedback.  Note that topical glucocorticoids in this case refers to spraying a high potency inhaled corticosteroid in the mouth and then swallowing the dose (due to extensive first pass metabolism), or making a slurry out of budesonide respules.

   **ii. Atopic Dermatitis in young children**:  The Dupixent manual PA criteria were also updated to allow for expanded use as add-on maintenance treatment of atopic dermatitis in children aged 6 months to 5 years whose disease is not adequately controlled with topical prescription treatments.

**b) Targeted Immunomodulatory Biologics (TIBs):  oral Janus Kinase (JAK) inhibitors—upadacitinib (Rinvoq)**—The manual PA criteria were updated for Rinvoq to expand use for treating ankylosing spondylitis (AS) in new users.  There are currently no head-to-head trials comparing the efficacy of one biologic over another for AS.  Based on current clinical practice guidelines for AS, availability of other TIBs with indications for AS [including the TNF-inhibitor adalimumab (Humira) and the anti-IL-17 product secukinumab (Cosentyx)], and due to safety issues with the oral JAK inhibitors as a class, a trial of two non-steroidal anti-inflammatory drugs (NSAIDs), Humira and Cosentyx is required prior to using Rinvoq.

**c) TIBs:  apremilast (Otezla)**—PA criteria for Otezla have applied since August 2014 for the original indications of psoriatic arthritis and moderate-to-severe plaque psoriasis in patients who are candidates for phototherapy or systemic therapy.  Step-therapy applies to the TIBs, requiring a trial of Humira first for

these indications. Otezla's package labeling has recently been expanded to include adults with mild cases of plaque psoriasis.

Based on clinical practice guidelines for treating psoriasis and feedback from MHS dermatologists, a trial of Humira will not be required for patients with mild plaque psoriasis. However, other standard therapies, including phototherapy and a moderate-to-high potency topical corticosteroid, steroid sparing agent and other topical agents, will be required first.

**d) Attention Deficit Hyperactivity Disorder (ADHD): Non-Stimulants— viloxazine extended release (Qelbree)—**PA criteria have been in place for Qelbree since it was reviewed as a new drug at the August 2021 DoD P&T Committee meeting. At the time Qelbree was approved for treating ADHD only in children between the ages of 6 and 17 years. Qelbree has recently received an indication for treating adults.

For adults with ADHD, the PA criteria will be more stringent than in children, as a trial of methylphenidate (e.g., Concerta), mixed amphetamine salts (e.g., Adderall XR), atomoxetine (Strattera), and another non-stimulant [guanfacine ER (Intuniv) or clonidine ER (Kapvay)] will be required before Qelbree in new users. This requirement is due to the limited number of patients included in the trials used to gain FDA-approval (only 175 adults were studied for six weeks); the safety concerns with Qelbree in adults (including increases in heart rate and blood pressure); and the availability of numerous other cost-effective stimulants and non-stimulants for treating ADHD.

For children, updates were made to allow pediatric patients with swallowing difficulties to bypass the requirement for a trial of a different non-stimulant first, since Qelbree capsules can be opened up and mixed with applesauce. The other non-stimulants cannot be crushed or chewed.

**e) Miscellaneous Metabolic Agents—setmelanotide injection (Imcivree)**—The PA was updated for the new indication of chronic weight management in adults and pediatric patients 6 years of age and older with monogenic or syndromic obesity due to Bardet-Beidl syndrome was added to the PA.

***COMMITTEE ACTION: UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION PLAN—***The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for Dupixent, Rinvoq, Otezla, Qelbree and Imcivree in new users. Implementation will be effective the first Wednesday 60 days after signing of the minutes.

## 4. Removal of PA

**a) Topical Acne and Rosacea Agents: azelaic acid 15% (Finacea, generics)**— The P&T Committee evaluated an MTF request to remove the PA criteria for Finacea and add it to the Basic Core Formulary (BCF). Azelaic acid 15% gel is approved for treating rosacea, but is commonly used for acne. Step therapy

requires a trial of topical metronidazole first for rosacea. Finacea is now available in cost-effective generic formulations.

There is high quality evidence that topical azelaic acid decreases inflammatory lesions and erythema in rosacea. Additionally, for acne the 2016 American Academy of Dermatology guidelines give azelaic acid a class A recommendation with level 1 evidence. Azelaic acid is also rated as pregnancy category B.

The P&T Committee recommended removing the PA criteria for azelaic acid 15% gel; it remains on the UF, but will not be added to the BCF. Note that the current PA criteria for azelaic acid 20% cream (Azelex), which is approved for acne, will remain in place.

b) **Respiratory Agents Miscellaneous: epinephrine Auto-Injector (Auvi-Q)**—PA criteria for the Auvi-Q talking epinephrine auto-injector device were re-instated in February 2020, due to the resolution of the national shortage of EpiPen. Since 2020, the price of Auvi-Q has dropped significantly, and the nationwide supply of epinephrine autoinjectors appears stable. The P&T Committee recommended removing the Auvi-Q PA.

> ***COMMITTEE ACTION: REMOVAL OF PA CRITERIA AND IMPLEMENTATION PLAN***—The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) removing the PA criteria for azelaic acid 15% gel and Auvi-Q auto-injector. Implementation will be effective the first Wednesday 2 weeks after signing of the minutes.

5. **Updated PA Criteria for Reasons other than new Indications**

   a) **Ophthalmic Dry Eye Class: cyclosporine 0.05% ophthalmic emulsion single dose (Restasis)**—PA criteria for Restasis currently allow use in patients older than 18 years of age. The PA criteria will now have an age edit to allow patients younger than 18 to bypass the PA criteria. The change in age will enable Restasis to be used in patients with vernal keratoconjunctivitis, rather than Verkazia, if the provider chooses. There were no other changes made; adults who do not have a claim for Restasis in the past 120 days are required to go through the PA. See Appendix C.

   b) **Glucagon-Like Peptide-1 Receptor Agonists (GLP-1RAs)** —The GLP-1RAs were reviewed for formulary placement in May 2022, with implementation set to occur on September 28, 2022. Trulicity was designated BCF, with a trial of metformin required. For Trulicity an automated look back was added; if a patient has received any diabetic drug in the past 720 days coverage will be allowed.

6. **Updated PA Criteria for Removal of Indication**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 502 of 980

AR1690

Over the past several months, the FDA has removed certain indications from some oncology drugs due to safety issues. The P&T Committee recommended updates to the PAs below, based on recent FDA action.

**Oncologic Agents - Poly Adenosine Diphosphate Ribose Polymerase- (PARP) Inhibitor: rucaparib (Rubraca)**—The indication for BRCA-mutated ovarian cancer after at least two prior chemotherapies has been removed, due to increased risk of death compared to chemotherapy in the third-line ovarian cancer treatment setting. The indications remain for ovarian cancer as second-line maintenance treatment in chemotherapy responders and also for previously treated BRCA-mutant metastatic castration-resistant prostate cancer.

**Oncologic Agents - Non-Bruton Tyrosine Kinase Inhibitors for Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma (non-BTKIs for CLL/SLL): duvelisib (Copiktra)**—A recent clinical trial reported a possible increased risk of death with Copiktra compared to another medication for leukemia and lymphoma. Additionally there was a higher risk of serious side effects with Copiktra, including infections, diarrhea, inflammation of the intestines and lungs, skin reactions, and elevated liver enzyme levels. Although the FDA has not yet formally removed the indications for CLL/SLL, the P&T Committee will continue to monitor FDA actions and respond accordingly with updating the PA if needed.

> ***COMMITTEE ACTION: RUBRACA UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION***—The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) to remove the Rubraca indication for BRCA-mutated ovarian cancer after at least two prior chemotherapies. If any updates are made to the Copiktra label, the corresponding PA criteria will be updated accordingly. Implementation will be effective the first Wednesday 60 days after signing of the minutes.

**B. Quantity Limits**

1. **Newly approved drugs:** QLs were reviewed for the newly approved drugs where there are existing QLs for the class, or due to recommended treatment course durations.

   > ***COMMITTEE ACTION: NEW DRUGS QLs AND IMPLEMENTATION***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) QLs for Vijoice, Voquezna Dual PAK, and Voquezna Triple PAK. See Appendix D for the QLs.

2. **Specialty Drugs QLs:** An extensive review of quantity limits for specialty medications was presented. Quantity limits for Specialty medications were systematized based on the principles listed below. Additionally administrative authority for the Formulary Management Branch to establish and make changes to days

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 503 of 980

AR1691

supply and quantity limits for specialty medications as needed was also presented (see Appendix J for the Table of Administrative Authorities).

- Starting with current Mail Order days supply limits (e.g., up to 56 days supply per fill) or "quantity per days supply" (e.g., up to 120 tablets per 60 day supply), simplify requirements by changing to a days supply limit wherever possible

- Keep limits consistent across points of service

- Whenever possible, maintain consistency among similar drugs

- In general, do not set limits lower than the current limits at Mail Order, unless the product is not available at or not currently dispensed from the Mail Order pharmacy

- For products with a current Mail Order days supply limit between 31 and 60 days (e.g., 45 days supply), allow up to a 60 day supply (depending on product packaging)

- Allow the current benefit limits for non-specialty drugs (typically 30 days supply at Retail pharmacies, but up to 90 days supply with multiple copays; up to 90 days supply at MTFs and Mail) to apply to Specialty medications in selected classes (e.g., leuprolides, octreotide, growth hormone, and multiple sclerosis agents)

- In general, limit to no more than 30 days supply for products with current limits of 21-30 days supply and limited distribution medications not currently filled at Mail Order

- In general, limit starter packs to one pack per fill, with no refills

- While days supply limits are preferable logistically, keep current quantity per days supply limits in special cases where days supply limits may allow overuse

- Do not exceed REMS requirements

- Consider recommendations from providers and specialty pharmacists

> ***COMMITTEE ACTION: SPECIALTY DRUGS QLs AND IMPLEMENTATION***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the QLs for the specialty drugs as discussed above, with implementation occurring 30 days after signing of the minutes.

## C. Line Extensions

The P&T Committee clarified the formulary status for three product line extensions ("follow-on products") by the original manufacturer. Line extensions have the same FDA indications as the "parent" drug and retain the same formulary and copayment status as the "parent" drug.

**a)** Antiretrovirals: Combinations—designating abacavir /dolutegravir/lamivudine tablets for oral suspension (Triumeq PD) as UF, with the same formulary status as the parent Triumeq

**b)** Pulmonary Arterial Hypertension (PAH)—designating treprostinil dry powder inhaler (Tyvaso DPI) as UF with the same PA as Tyvaso solution for inhalation

> *COMMITTEE ACTION: LINE EXTENSIONS, FORMULARY STATUS AND IMPLEMENTATION—The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) the formulary status for the line extension products as outlined above. Implementation will occur the first Wednesday two weeks after signing of the minutes.*

## VII. BRAND OVER GENERIC AUTHORIZATION FOR FLUTICASONE PROPIONATE HYDROFLUOROALKANE (FLOVENT HFA) AND TIER 1 COPAY

The Inhaled Corticosteroids (ICS) subclass was reviewed in May 2014, and Flovent dry powder inhaler (DPI) and hydrofluoroalkane (HFA) inhalers were designated as BCF and step-preferred. A generic fluticasone propionate HFA formulation has entered the market, however this product is less cost-effective compared to brand Flovent HFA. Therefore, the branded Flovent HFA/Flovent DPI product will continue to be dispensed at all three points of service, and the generic will only be available with prior authorization (i.e., the reverse of the current brand to generic policy).

> ***COMMITTEE ACTION: BRAND OVER GENERIC REQUIREMENT FOR FLUTICASONE PROPIONATE HFA INHALER, TIER 1 COPAY AND IMPLEMENTATION PERIOD—***The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) requiring brand Flovent HFA or Flovent DPI in all new and current users at all three points of service, based on cost effectiveness. The prescriber will provide patient-specific justification as to why brand Flovent HFA or Flovent DPI cannot be used. The Tier 1 (generic) copayment will apply to both brand Flovent HFA and DPI. The effective date will be 2 weeks after signing of the minutes. The "brand over generic" requirement will be removed administratively when it is no longer cost-effective compared to the AB-rated generics.
>
> The authority for the Tier 1 copayment is codified in 32 CFR 199.21(j)(3): When a blanket purchase agreement, incentive price agreement, Government contract, or other circumstances results in a brand pharmaceutical agent being the most cost effective agent for purchase by the Government, the P&T Committee may also designate that the drug be cost-shared at the generic rate.

## VIII. BRAND OVER GENERIC AUTHORIZATION FOR MESALAMINE 1.2 gm (LIALDA)

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 505 of 980

**AR1693**

Brand over generic PA requirements originally applied to mesalamine 1.2 gram tablets (Lialda) in September 2017, due to cost effectiveness. In April 2020, cost-effective generic mesalamine formulations were available at the Mail Order and MTFs, however, generic prices at Retail pharmacies were not cost effective. On May 20, 2020, the brand over generic requirements were administratively removed at the Mail Order and MTF points of service, but remained at Retail pharmacies. The cost of generic mesalamine 1.2 gram tablets has now fallen at the Retail POS.

> ***COMMITTEE ACTION: REMOVAL OF LIALDA BRAND OVER GENERIC REQUIREMENT TIER 2 COPAYMENT AND IMPLEMENTATION PERIOD—*** The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 2 absent), to remove the brand Lialda over generic PA requirement at the Retail Network. The co-pay for brand Lialda at Retail pharmacies will increase back to the Tier 2 copay. The effective date will be 2 weeks after signing of the minutes.

## IX. RE-EVALUATION OF NF GENERICS/EMMPI REQUIREMENTS: BETA BLOCKERS—NEBIVOLOL (BYSTOLIC)

The P&T Committee reviewed the current utilization, formulary status, generic availability, and relative cost-effectiveness, including the weighted average cost per unit, for generic nebivolol (Bystolic). The P&T Committee agreed that, while the unit cost of generic nebivolol has dropped significantly from the previous generic and brand cost, it is still substantially higher than generic beta blocker formulations of metoprolol tartrate, metoprolol succinate, and atenolol, which are on the Uniform Formulary. The P&T Committee also noted that generic nebivolol is most competitively priced at retail compared to mail and MTF. There are 4 generic manufacturers available, suggesting stable generic prices and likely a continued decrease in the cost of nebivolol.

> ***COMMITTEE ACTION: NEBIVOLOL FORMULARY STATUS AND IMPLEMENTATION—***The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) that nebivolol (Bystolic, generics) remain NF but be exempted from the mail order requirement on the basis of comparable decreasing and competitive pricing at retail, effective the first Wednesday two weeks after the signing of the minutes. See Appendix F.

## X. NATIONAL DEFENSE AUTHORIZATION ACT (NDAA) 2017 PILOT PROGRAM: INCORPORATION OF VALUE-BASED HEALTH CARE IN PURCHASED CARE COMPONENT OF TRICARE AND MEDICATION ADHERENCE

*Background*—A pilot program outlined in the NDAA 2017 required identification of high-value medications where copayments or cost shares would be reduced for targeted populations of covered beneficiaries. The DoD P&T Committee identified rosuvastatin (Crestor generics) and insulin glargine pens (Lantus pens) as candidates for inclusion in the pilot, which was intended to assess the effects of copayment reduction or elimination on medication adherence

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 506 of 980

AR1694

rates. Additionally, the amount of any reduced or eliminated copay would be credited towards the patient's deductible/catastrophic cap. Implementation occurred on January 1, 2018, to align with recommended regulatory language. (*See the November 2017 and August 2017 DoD P&T Committee minutes*)

Pilot results showed there was no meaningful change in adherence, positive or negative, for patients receiving Lantus pens or rosuvastatin following a reduction in copay.

As required by NDAA 2017 termination of the pilot will occur on December 31, 2022, therefore the following changes will occur:

- Because Rosuvastatin is a generic, the copay will increase from the current $0 co-pay back to the Tier 1 copay at the Mail Order and Retail network pharmacies, as generic co-pays are statutorily required and absent statutory authority to exclude a specific item or service from otherwise required co-pays, they cannot be waived. Patients will be notified of the copay change via letter.
- The catastrophic cap credit for the reduced/eliminated copays will end.
- These changes will occur on January 1, 2023.

The Committee also discussed the copays for Lantus, a branded drug. At the August 2017 Basal Insulin drug class review, the Lantus pens and vials were both designated as BCF, based on provider opinion, clinical and cost effectiveness, and MHS utilization patterns. The conclusion at the time was that the majority of MHS patients could be treated with Lantus, as there was a lack of compelling advantages of the newer basal insulin analogs.

***COMMITTEE ACTION: LANTUS PENS AND VIALS TIER 1 COPAY AND IMPLEMENTATION PLAN***—The P&T Committee recommended (15 for, 0 against, 0 abstained, 1 absent) the following:

- Insulin glargine pens (Lantus pens): Maintaining the Tier 1 copay at the Mail Order and Retail Network
- Insulin glargine vials (Lantus vials): Applying the Tier 1 copay at the Mail Order and Retail Network
- Implementation will occur on January 1, 2023.

The authority for this recommendation is codified in 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020 which states "in implementing this rule, the Committee will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries. The intent of identifying agents in this manner as well as the new exclusion authority is to yield improved health, smarter spending, and better patient outcomes." Lowering the cost-share for Lantus pens and vials will provide a greater incentive for beneficiaries to use the most cost-effective basal insulin product in the purchased care points of service.

# XI. OVER-THE-COUNTER MEDICATIONS—MHS GENESIS OTC TEST LIST
## A. Purpose of the MHS GENESIS OTC List

*Background*—At retail pharmacies and the Mail Order pharmacy, OTC medications are limited to those explicitly included in the TRICARE pharmacy benefit (e.g., diabetic supplies, tobacco cessation agents), as well as medications added to the Uniform Formulary and covered by TRICARE under provisions of 32 CFR 199.21(h)(5) as being cost-effective and clinically effective compared with other drugs in the same therapeutic class (e.g., loratadine, cetirizine, fexofenadine, levonorgestrel 1.5 mg [Plan B One-Step and its generics], and doxylamine 25 mg).

Historically, MTFs have dispensed a wide variety of OTC medications, as determined by the local MTF. A transition to a more uniform list of OTC products available across MTFs was recommended. Additionally, standardization was necessary due to the implementation of MHS GENESIS, the new electronic health record system. The MHS GENESIS OTC list was implemented on March 29, 2018; it is a list of NDCs for OTC products that will successfully adjudicate through the outpatient pharmacy system at MHS GENESIS sites. The P&T Committee has been systematically reviewing OTCs on the MHS GENESIS list since 2018 in order to finalize the list, with the last two categories reviewed in May 2022. (*Please refer to P&T Committee meeting minutes for May 2019, August 2019 and February 2022 for more background information*.)

*Clarification*—Although the goal of the MHS GENESIS OTC list is to provide a streamlined, standardized list of drugs that will adjudicate through the Pharmacy Data Transaction Service (PDTS), MTFs are <u>not</u> required to include every item on the list locally. Inclusion of an OTC product on the MHS GENESIS OTC list only allows for adjudication of a product at a MHS GENESIS site, and does not mandate inclusion on MTF formularies (i.e.; "may' have, not "must" have locally).

In addition, the MHS GENESIS OTC list does not affect purchasing of OTC medications through the prime vendor for either inpatient or out-patient use. It is also not intended to provide guidance for MTF self-care programs. However, since Service policies require products dispensed through such programs to be added to patient profiles, OTC products dispensed as part of MTF self-care programs do need to be on the MHS GENESIS OTC list in order to adjudicate through PDTS and show up on patient profiles.

## B. Changes to the List: Vitamin D products update

*Background*—The DoD P&T Committee reviewed a request from the TRICARE nutritional community for addition of two additional vitamin D products to the MHS GENESIS OTC list to support an MTF standard: vitamin D3 (cholecalciferol) 2000 unit caps/tabs and 50,000 caps. Currently the list contains the following products: vitamin D3 (cholecalciferol) 400 u/mL drops and 400-, 1000-, and 5000-unit tablets, and vitamin D2 (ergocalciferol) 8000 u/mL drops. In addition, vitamin D2 (ergocalciferol) 50,000 unit caps are legend products and widely dispensed at all three points of service.

The request for vitamin D3 50,000 was based on evidence of slightly higher vitamin D concentrations compared to vitamin D2; however the clinical significance of this is unclear.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 508 of 980

AR1696

With respect to the 2000 unit strength, CHCS MTFs currently dispense similar quantities of the capsule and tablet products.

> ***COMMITTEE ACTION: STATUS ON THE MHS GENESIS OTC LIST/IMPLEMENTATION***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) adding vitamin D3 2000 unit tabs and caps and 50,000 unit caps to the MHS GENESIS OTC list. See Appendix I which outlines specific products retained or added to the MHS GENESIS OTC List.

## C. Maintenance of the MHS GENESIS OTC Test List—General Process and MTF Requests

The MHS GENESIS OTC list is generally controlled at drug/strength/dosage form level, with the pharmacy contractor, Express-Scripts (ESI) periodically refreshing the list to account for the introduction of new NDCs. MTFs proposing additions or deletions from the list (at drug/strength/dosage form level) may fill out the MTF Drug Review Request Form (DHA Form 111), which may be found on the Formulary Management Branch (FMB) Sharepoint page: https://info.health.mil/hco/pharmacy/FMB/SitePages/Home.aspx).

This form requires the rationale for the proposed change, as well as sign-off by a local MTF P&T Committee before it will be presented to the DoD P&T Committee. If MTFs are encountering difficulties due to the lack of a specific NDC for products already represented on the list, or shortages arise for products already on the list, they may contact the FMB without going through the MTF Request Form process.

> ***COMMITTEE ACTION: STATUS ON THE MHS GENESIS OTC LIST/IMPLEMENTATION***—In order to facilitate ongoing maintenance of the list, the P&T Committee agreed (16 for, 0 opposed, 0 abstained, 0 absent) on the following:
>
> - Changes to be managed administratively by FMB:
>   - Requests for addition of products to the list where a similar agent is on the list
>   - Changes requested as a result of a shortage or other availability issue (e.g., OTC status changes), where similar agents are already on the list
>   - Changes for administrative reasons that don't affect adjudication through PDTS (e.g., management of formulary lists)
> - Changes to be handled administratively, but brought to the P&T Committee afterward for review
>   - Changes requested as a result of a shortage or other availability issue, where similar agents aren't already on the list
> - Changes requiring P&T Committee review

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 509 of 980

AR1697

- Addition of products where similar agents are not already on the list (e.g., adding new category of products)

- Deletion of products that result in no agents on the list in a given category

## XII.  PHARMACY AND THERAPEUTICS COMMITTEE ADMINISTRATIVE FUNCTIONS—NEW MEDICAL DEVICES

Management of the TRICARE pharmacy benefit requires a wide variety of actions, with various levels of involvement of the DoD P&T Committee, the Beneficiary Advisory Panel (BAP), and the Director, DHA.  In May 2005 when the UF Rule was implemented, the P&T Committee developed a comprehensive list of the functions associated with formulary management and categorized each into one of three decision pathways, depending on the level of involvement required.  Periodic updates have been made (*Refer to the May 2017, May 2019, August 2020, and August 2021 meeting minutes*.)

Medical devices are not part of the TRICARE Pharmacy benefit, with limited exceptions (e.g., certain diabetic supplies [continuous glucose monitoring systems, self-monitoring blood glucose test strips] and spacers for inhalers, [Aerochamber]). Medical devices are primarily covered by the TRICARE Health Plan and any additions to the pharmacy benefit are not meant to replace this pathway for procuring medical devices.  A process for identifying how and when to review new versions of medical devices currently covered under the TRICARE pharmacy benefit is needed. There is currently no statutory or regulatory requirement mandating that the DoD P&T Committee review new FDA-approved medical devices or that the TRICARE Pharmacy benefit cover such devices.

The Committee discussed and approved a process of reviewing medical devices for inclusion on the DoD Uniform Formulary.  Any new version/model of a currently covered device is not automatically included on the UF; new versions/models must first be reviewed by the DoD P&T Committee for clinical and cost effectiveness before being added to the TRICARE pharmacy benefit.  Issues such as Trade Agreement Act noncompliance or other regulatory factors may preclude addition to the UF.  See Appendix J for details on the device review pathway in the updated Administrative Authorities document.

> ***COMMITTEE ACTION:  MEDICAL DEVICE REVIEW PROCESS***—The P&T Committee agreed (16 for, 0 opposed, 0 abstained, 0 absent) with the process for considering and reviewing new versions/models of medical devices currently covered under the TRICARE pharmacy benefit for UF status.

## VIII.  SPECIALTY MEDICATION DEFINITION

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 510 of 980

AR1698

The P&T Committee revised the definition of Specialty medications established by the P&T Committee in Aug 2014 to the following:  Specialty medications will be based on one or more of the following characteristics:

1. One or more of the following clinical factors:
   - Difficult to administer
   - Special handling or storage
   - Intense monitoring
   - High risk of adverse drug events
   - Frequent dose adjustments
   - REMS programs in place
   - Benefits of ongoing training for patients
   - Not widely used in practice
   - Other drugs in the class are designated as specialty

2. The cost of the medication to DoD exceeds a cost factor based on that used by CMS to identify Specialty medications (top 1% of spend within DoD per 30 day-supply)

3. Upon future evaluation, the Specialty Pharmacy Program continues to provide value to the patient and/or DoD

> ***COMMITTEE ACTION:  SPECIALTY MEDICATION DEFINITION***—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the factors mentioned above as defining a specialty medication for the MHS.

**VIV. ITEMS FOR INFORMATION**
    A. **Post-Implementation Review: Pancreatic Enzyme Replacement Products:**  The Committee reviewed utilization and cost trends for the Pancreatic Enzyme Replacement (PERT) Products, which were reviewed for formulary placement in November 2018.  The formulary actions of using Tier 1 and implementing step preference for the class resulted in significant and sustained cost avoidance for the MHS.

**XV. ADJOURNMENT**
    The meeting adjourned at 1715 hours on August 4, 2022.  The next meeting will be in November, 2022.

**Appendix A—Attendance: August 4-5, 2022 DoD P&T Committee Meeting:**
**Appendix B—Table of Medical Necessity Criteria**
**Appendix C—Table of Prior Authorization Criteria**
**Appendix D—Table of Quantity Limits**
**Appendix E—Table of Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**

**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary during the May 2022 DoD P&T Committee Meeting**
**Appendix G—Implementation Dates**
**Appendix H—Tier 4/Not Covered Drugs and Therapeutic Alternatives**
**Appendix I—MHS GENESIS OTC Text List**
**Appendix J—Table of Administrative Authorities**

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 512 of 980

AR1700

# DECISION ON RECOMMENDATIONS

**SUBMITTED BY:**

_(signature)_

John P. Kugler, M.D., MPH
DoD P&T Committee Chair

**The Director, DHA:**

☒  concurs with all recommendations.

☐  concurs with the recommendations, with the following modifications:

☐  concurs with the recommendations, except for the following:

_(signature)_

Brian C. Lein, MD
Assistant Director,
Healthcare Administration
_for_ Ronald J. Place
LTG, MC, USA
Director

26 OCT 2022

Date

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 513 of 980
AR1701

| Voting Members Present | |
|---|---|
| John Kugler, COL (Ret.), MC, USA | DoD P&T Committee Chair |
| Col Paul Hoerner BSC, for Mr. Edward Norton | Chief, DHA Pharmacy Operations Division (POD) |
| Ed VonBerg, PharmD | Chief, Formulary Management Branch (Recorder) |
| MAJ Megan Donahue, MC | Army, Physician at Large |
| LTC Joseph Taylor, MSC | Army, Pharmacy Consultant |
| LTC Rosco Gore, MC | Army, Internal Medicine Physician |
| CAPT Bridgette Faber, MSC | Navy, Pharmacy Consultant |
| CDR Danielle Barnes, MC | Navy, Pediatrics Representative |
| Lt Col Larissa Weir, MC | Air Force, OB/GYN Physician |
| CAPT Austin Parker, MC | Navy, Internal Medicine Physician |
| CDR Chris Janik, USCG | Coast Guard, Pharmacy Consultant |
| Capt Jamie Geringer, MC for Lt Col Jeffrey Colburn, MC | Air Force, Internal Medicine Physician |
| Maj Jennifer Dunn, MC | Air Force, Physician at Large |
| Col Corey Munro, BSC | Air Force, Pharmacy Consultant |
| LTC Jason Burris, MC | Army, Oncology Physician |
| Walter Downs, MD | Physician at Large, DHA |
| Nonvoting Members Present | |
| Megan Gemunder, DHA | Attorney Advisor, Contract Law |
| Eugene Moore, PharmD | COR TRICARE Pharmacy Program |
| LCDR Samuel Mendoza | Defense Logistics Agency |

| Guests | |
|---|---|
| CDR Daniel True, USPHS | Bureau of Prisons |
| Ms. Tracy Banks | DHA Contracting |
| Ms. Stephanie Erpelding | DHA Contracting |
| Mr. Ralph Bowie | DHA Contracting |
| **Others Present** | |
| CDR Scott Raisor, USPHS | Chief, P&T Section, DHA Formulary Management Branch |
| Angela Allerman, PharmD, BCPS | DHA Formulary Management Branch |
| Shana Trice, PharmD | DHA Formulary Management Branch |
| LCDR Elizabeth Hall, BCPS, USPHS | DHA Formulary Management Branch |
| Maj Angelina Escano, MC | DHA Formulary Management Branch |
| LCDR Giao Phung, MSC | DHA Formulary Management Branch |
| LT Stephanie Klimes, MC | DHA Formulary Management Branch |
| Ellen Roska, PharmD, MBA, PhD | DHA Formulary Management Branch |
| Julia Trang, PharmD | DHA Formulary Management Branch |
| David Folmar, RPh | DHA Formulary Management Branch Contractor |
| Kirk Stocker, RPh | DHA Formulary Management Branch Contractor |
| Michael Lee, RPh | DHA Formulary Management Branch Contractor |
| Dean Valibhai, PharmD | DHA Purchased Care Branch |
| LT Vivian Le, MSC | Navy Pharmacy Resident, San Diego |

Appendix A—Attendance
Meeting & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 515 of 980     Page 53 of 73
AR1703

| Drug / Drug Class | Medical Necessity Criteria |
|---|---|
| **Drug Class Reviews MN Criteria** | |
| • paroxetine mesylate (Pexeva)<br><br>**Anti-Depressants & Non-Opioid Pain** | • Formulary agents have resulted in therapeutic failure<br><br>**Formulary alternatives:** SSRI: citalopram, escitalopram, fluoxetine, sertraline, fluvoxamine, paroxetine hydrochloride IR; SNRI: venlafaxine IR, venlafaxine ER, desvenlafaxine succinate ER |
| • bupropion hydrobromide XR (Aplenzin)<br><br>**Anti-Depressants & Non-Opioid Pain** | • Formulary agents have resulted in therapeutic failure<br><br>**Formulary alternatives:** bupropion HCl (IR, SR, ER) |
| • duloxetine DR sprinkle (Drizalma Sprinkle)<br><br>**Anti-Depressants & Non-Opioid Pain** | • No alternative formulary agent: Patient requires duloxetine but cannot swallow duloxetine capsules<br><br>**Formulary alternatives:** duloxetine capsules, fluoxetine oral syrup/oral solution, citalopram solution, sertraline solution, venlafaxine sprinkle |
| • levomilnacipran XR (Fetzima)<br><br>**Anti-Depressants & Non-Opioid Pain** | • Use of formulary alternatives is contraindicated<br>• Patient has experienced or is likely to experience significant adverse effects from formulary agents that are not expected to occur with Fetzima<br>• Formulary alternatives have resulted in therapeutic failure<br>• Patient previously responded to nonformulary agent and changing would incur unacceptable risk<br>• No alternative formulary agent<br><br>**Formulary alternatives:** selective serotonin reuptake inhibitors, serotonin/norepinephrine reuptake inhibitor (except milnacipran), tricyclic antidepressants, mirtazapine, bupropion, serotonin antagonist reuptake inhibitors, monoamine oxidase inhibitors |
| • milnacipran (Savella)<br><br>**Anti-Depressants & Non-Opioid Pain** | • Use of formulary alternatives is contraindicated<br>• Patient has experienced or is likely to experience significant adverse effects from formulary agents that are not expected to occur<br>• Formulary alternatives have resulted in therapeutic failure<br>• Patient previously responded to nonformulary agent and changing would incur unacceptable risk<br><br>**Formulary alternatives:** reuptake inhibitor (except levomilnacipran), tricyclic antidepressants, mirtazapine, bupropion, serotonin antagonist reuptake inhibitors, monoamine oxidase inhibitors |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 516 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 516 of 973

AR1704

| | |
|---|---|
| • gabapentin ER 24 hr tablets (Gralise)<br>• gabapentin enacarbil (Horizant)<br><br>**Anti-Depressants & Non-Opioid Pain** | • Use of formulary alternatives is contraindicated<br>• Patient has experienced or is likely to experience significant adverse effects from formulary alternatives<br><br>**Formulary alternatives:** gabapentin or the formulary non-opioid pain syndrome agents. |
| **Newly Approved Drugs MN Criteria** | |
| • amlodipine oral solution (Norliqva)<br><br>**Calcium Channel Blockers** | • No alternative formulary agent – patient has swallowing difficulties and can't take amlodipine tabs<br><br>**Formulary alternatives:** amlodipine (generic), or other DHP CCBs (felodipine, isradipine) |
| • cyclosporine 0.1% ophthalmic emulsion (Verkazia)<br><br>**Ophthalmic Dry Eye** | • Formulary agents result or are likely to result in therapeutic failure<br><br>**Formulary alternatives:** cyclosporine 0.05% (Restasis) or cyclosporine 0.09% (Cequa) |
| • donepezil patch (Adlarity)<br><br>**Alzheimer's Agents** | • Formulary agents result or are likely to result in therapeutic failure<br><br>**Formulary alternatives:** donepezil tablets, rivastigmine patch (Exelon), galantamine |
| • leuprolide SC injection (Camcevi Kit)<br><br>**LHRH Agonists – Antagonists** | • Patient has experienced or is likely to experience significant adverse effects from formulary agents<br><br>**Formulary alternatives:** Lupron-Depot; Eligard |
| • tapinarof 1% cream (Vtama)<br><br>**Psoriasis Agents** | • Use of formulary agents is contraindicated<br>• Patient has experienced or is likely to experience significant adverse effects from formulary agents<br>• Formulary agents resulted in therapeutic failure<br><br>**Formulary alternatives:** moderate to high potency topical corticosteroids (e.g., betamethasone, clobetasol, fluocinonide), topical calcineurin inhibitors (i.e., pimecrolimus, tacrolimus) |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting May 4-5, 2022
Page 33 of 73

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 517 of 980

AR1705

| | |
|---|---|
| • testosterone undecanoate 112.5 mg capsule (Tlando)<br><br>**Androgens-Anabolic Steroids: Testosterone Replacement Therapies** | • Patient has experienced significant adverse effects from ALL listed formulary agents<br>• ALL listed formulary agents resulted in therapeutic failure<br><br>**Formulary alternatives:** Androderm patch, testosterone 2% gel (Fortesta), testosterone 1% gel (generic to Androgel), and Testim 1% gel |
| • tirzepatide SC injection (Mounjaro)<br><br>**Diabetes Non Insulin: Glucagon-Like Peptide-1 (GLP1_ Receptor Agonists** | • Patient has experienced significant adverse effects from Trulicity which is not expected to occur with Mounjaro<br><br>**Formulary alternatives:** Trulicity |
| • amoxicillin; vonoprazan (Voquezna Dual Pak)<br>• amoxicillin; clarithromycin; vonoprazan (Voquezna Triple Pak)<br><br>**Anti-Infectives: Miscellaneous** | • A trial of two formulary treatment courses/combinations resulted in therapeutic failure<br><br>**Formulary alternatives:** omeprazole, lansoprazole, amoxicillin, rifabutin, clarithromycin, bismuth subsalicylate, metronidazole, tetracycline, other PPIs or H2 blockers |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting May 4-5, 2022    Page 5 of 73

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 518 of 980

AR1706

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| **Drug Class Review PAs** | |
| • paroxetine mesylate (Pexeva)<br><br>**Anti-Depressants & Non-Opioid Pain - SSRI** | **PA criteria apply to all new users of Pexeva. (New PA criteria)**<br><br>Manual PA criteria: Pexeva is approved if all criteria are met:<br>• Patient is 18 years of age or older.<br>• Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. CBT, sleep hygiene) are encouraged to be used in conjunction with this medication.<br>• Patient has a diagnosis of depression, anxiety, obsessive compulsive disorder, or panic disorder<br>• Patient has tried and failed generic paroxetine at maximally tolerated dose AND<br>• The patient has a contraindication to, intolerability to, or has failed a trial of TWO other formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).<br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire. |
| • vilazodone (Viibryd)<br><br>**Anti-Depressants & Non-Opioid Pain - SSRI** | **PA criteria apply to all new users of Viibryd. (New PA criteria)**<br><br>Manual PA criteria: Viibryd is approved if all criteria are met:<br>• Patient is 18 years of age or older.<br>• Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. CBT, sleep hygiene) are encouraged to be used in conjunction with this medication.<br>• Patient is being treated for depression<br>• The patient has a contraindication to, intolerability to, or has failed a trial of THREE formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).<br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire. |
| • vortioxetine (Trintellix)<br><br>**Anti-Depressants & Non-Opioid Pain - SSRI** | **Updates to the Feb 2014 meeting are in bold ~~and strikethrough~~**<br>**Note that previous automation has been removed**<br><br>PA criteria apply to all new users of Trintellix.<br><br>Manual PA criteria: Trintellix is approved if all criteria are met:<br>• Patient is 18 years of age or older.<br>• **Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. CBT, sleep hygiene) are encouraged to be used in conjunction with this medication.**<br>• **Patient is being treated for depression**<br>• **The patient has a contraindication to, intolerability to, or has failed a trial of TWO formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).**<br>• ~~Patients are required to try a generic SSRI, duloxetine, SNRI (except milnacipran), tricyclic antidepressant, mirtazapine> bupropion, serotonin antagonist reuptake inhibitor (trazodone, ornefazodone), or mononamine oxidase inhibitor first~~<br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire. |

AR1707

| | |
|---|---|
| • duloxetine DR (Drizalma Sprinkle )<br><br>**Anti-Depressants & Non-Opioid Pain - SNRI** | **Note – There were no changes made at the August 2022 meeting.**<br><br>PA does not apply to patients 12 years of age and younger (age edit).<br>PA criteria apply to all new users of Drizalma Sprinkle older than 12 years of age.<br><br><u>Manual PA Criteria</u>: Drizalma Sprinkle is approved if all criteria are met:<br>    • Provider must explain why the patient requires Drizalma sprinkle capsules and cannot take alternatives.<br><br>Non-FDA-approved uses are not approved.<br>PA expires in one year.<br><br><u>Renewal PA criteria</u>: No renewal allowed. When the PA expires, the next fill/refill will require submission of a new PA. |
| • levomilnacipran XR (Fetzima)<br><br>**Anti-Depressants & Non-Opioid Pain - SNRI** | **Updates to the Feb 2014 meeting are in bold** ~~and strikethrough~~<br>**Note that previous automation has been removed**<br><br>PA criteria apply to all new users of Fetzima<br><br><u>Manual PA criteria</u>: Fetzima is approved if all criteria are met:<br>    • Patient is 18 years of age or older.<br>    • **Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. CBT, sleep hygiene) are encouraged to be used in conjunction with this medication.**<br>    • ~~**Patients are required to try a generic SSRI, duloxetine, SNRI (except milnacipran), tricyclic antidepressant, mirtazapine> bupropion, serotonin antagonist reuptake inhibitor (trazodone, ornefazodone), or monoamine oxidase inhibitor first**~~<br>    • **Patient is being treated for depression**<br>    • **The patient has a contraindication to, intolerability to, or has failed a trial of THREE formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).**<br><br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire. |
| • milnacipran (Savella)<br><br>**Anti-Depressants & Non-Opioid Pain - SNRI** | **Updates to the Nov 2011 meeting are in bold** ~~and strikethrough~~<br>**Note that previous automation has been removed**<br><br>PA criteria apply to all new users of Savella<br><br><u>Manual PA criteria</u>: Savella is approved if all criteria are met:<br>    • Patient is 18 years of age or older.<br>    • ~~**All new users of Savella are required to try a non-opioid pain syndrome agent including SNRI including milnacipran, TCA, cyclobenzaprine, gabapentin or pregabalin**~~<br>    • **Patient is being treated for fibromyalgia**<br>    • **Patient has tried and failed duloxetine at maximally tolerated dose AND**<br>    • **The patient has a contraindication to, intolerability to, or has failed a trial of ONE other formulary medication at maximally tolerated dose (examples of formulary agents include pregabalin, amitriptyline, cyclobenzaprine).**<br><br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire. |

**AR1708**

| | |
|---|---|
| • bupropion hydrobromide XR (Aplenzin)<br><br>**Anti-Depressants & Non-Opioid Pain - NDRI** | **Updates to the Nov 2017 meeting are in bold** ~~and strikethrough~~<br>**Note that previous automation has been removed**<br><br>PA criteria apply to all new users of Aplenzin<br><br>Manual PA criteria: Aplenzin is approved if all criteria are met:<br>• The patient is 18 years or older.<br>• **The patient does not have a history of seizure disorder or conditions that increase the risk of seizure (e.g. bulimia, anorexia nervosa, severe head injury).**<br>• **Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. CBT, sleep hygiene) are encouraged to be used in conjunction with this medication.**<br>• ~~New and current users of Aplenzin are required to try generic bupropion ER and a second antidepressant first.~~<br>• **The patient has being treated for depression or seasonal affective disorder**<br>• **Patient has tried and failed bupropion extended release at maximally tolerated dose AND**<br>• **The patient has a contraindication to, intolerability to, or has failed a trial of TWO other formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).**<br><br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire. |
| • gabapentin ER 24 hr tablets (Gralise)<br><br>**Anti-Depressants & Non-Opioid Pain - GABA** | **Updates to the May 2012 meeting are in bold** ~~and strikethrough~~<br>**Note that previous automation has been removed**<br><br>PA criteria apply to all new users of Gralise<br><br>Manual PA criteria: Gralise is approved if all criteria are met:<br>• Patient is 18 years of age or older.<br>• ~~The patient has a contraindication to or experienced adverse events with gabapentin or the formulary non-opioid pain syndrome agents which is not expected to occur with Horizant or Gralise.~~<br>• **Patient is being treated for post herpetic neuralgia and:**<br>• **Patient has tried and failed gabapentin or pregabalin at maximally tolerated dose AND**<br>• **Patient has a contraindication to, intolerability to or has tried and failed a TCA at maximally tolerated dose.**<br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire. |
| • gabapentin enacarbil (Horizant)<br><br>**Anti-Depressants & Non-Opioid Pain - GABA** | **Updates to the May 2012 meeting are in bold** ~~and strikethrough~~<br>**Note that previous automation has been removed**<br><br>PA criteria apply to all new users of Horizant<br><br>Manual PA criteria: Horizant is approved if all criteria are met:<br>• ~~The patient has a contraindication to or the formulary non-opioid pain syndrome agents, which is not expected to occur with Horizant or Gralise.~~<br>• ~~The patient has experienced adverse events (AEs) with gabapentin or the formulary non-opioid pain syndrome agents, which is not expected to occur with Horizant or Gralise.~~<br>**For post herpetic neuralgia:**<br>• **Patient is 18 years of age or older** |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 521 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 522 of 873

AR1709

| | |
|---|---|
| | • **Patient has tried and failed gabapentin or pregabalin at maximally tolerated dose AND**<br><br>• **Patient has a contraindication to, intolerability to or has tried and failed a TCA at maximally tolerated dose.**<br>**For restless leg syndrome:**<br>• **Patient is 18 years of age or older.**<br><br>• **Patient has tried and failed gabapentin or pregabalin at maximally tolerated dose AND**<br><br>• **Patient has contraindication to, intolerability to or has tried and failed pramipexole or rotigtine at maximally tolerated dose.**<br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire. |
| • mirabegron tablets (Myrbetriq)<br><br>**Overactive Bladder Agents – β-3 Agonists** | **Updates from the August 2022 meeting are in bold and ~~strikethrough~~**<br><br>Manual PA criteria apply to all new users of mirabegron (Myrbetriq).<br>Manual PA criteria: Myrbetriq is approved if <u>all</u> criteria are met:<br>• Overactive Bladder<br>   • The patient has a confirmed diagnosis of overactive bladder (OAB) with symptoms of urge incontinence, urgency, and urinary frequency AND<br>   • The patient has tried and failed behavioral interventions to include pelvic floor muscle training in women, and bladder training<br>   • The patient has had a 12-week trial with ~~one~~ **two** ~~formulary step-preferred products~~ **generic antimuscarinic medication** (oxybutynin IR, oxybutynin ER, tolterodine ER, **trospium, solifenacin, darifenacin or fesoterodine**) and had therapeutic failure OR<br>   • The patient has experienced central nervous system adverse events with oral OAB medications OR is at increased risk for such central nervous system effects due to comorbid conditions, **advanced age** or other medications<br>   • ~~Patient has tried and failed or has a contraindication to vibegron (Gemtesa)~~<br>   • The patient's ~~does not have a Cr Cl <15 mL/min~~ **estimated creatinine clearance (CrCl)/glomerular filtration rate (eGFR) is ≥15 mL/min/1.73m²** **and the provider is aware that the dose should not exceed 25 mg a day in patients with a CrCl/eGFR between 15 – 29 mL/min/1.73m²**<br>   • ~~If the CrCl is between 15-29 mL/min, the dosage does not exceed 25 mg QD~~<br><br>   **OR**<br>• Neurogenic Detrusor Overactivity (NDO)<br>   • The patient has a confirmed diagnosis of neurogenic detrusor overactivity (NDO) secondary to detrusor overactivity and/or myelomeningocele<br>   • The drug is prescribed by or in consultation with a urologist or nephrologist<br>   • The provider acknowledges that the granules are not bioequivalent and cannot be substituted on a mg to mg basis with the tablets and will not combine dosage forms to achieve a specific dose<br>   • Provider acknowledge that there are detailed renal and hepatic dose adjustments in the package labeling and agrees to consult this before prescribing in this special population<br>   • Provider acknowledge that oxybutynin is available for patients with neurogenic detrusor overactivity and does not require prior authorization<br>   • Patient has tried and failed or has a contraindication to oxybutynin<br>   • The patient weighs greater than or equal to 35 kg<br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022

Page 522 of 980

73

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 522 of 980

AR1710

| | |
|---|---|
| • mirabegron extended release granules for oral suspension (Myrbetriq Granules)<br><br>**Overactive Bladder Agents – β-3 Agonists** | **No changes made at the August 2022 meeting**<br><br>Note that the previous automation for Myrbetriq granules and tablets has been removed<br><br>Manual PA criteria: Myrbetriq Granules are approved if all criteria are met:<br><br>• Myrbetriq granules for oral suspension are prescribed by or in consultation with a urologist or nephrologist<br><br>• The prescription is written for neurogenic bladder secondary to detrusor overactivity and/or myelomeningocele, and not for overactive bladder<br><br>• Provider acknowledges that oxybutynin oral syrup is available for patients with neurogenic detrusor overactivity and does not require prior authorization<br><br>• Patient has tried and failed or has a contraindication to oxybutynin<br><br>• Patient requires Myrbetriq granules for oral suspension for one of the following reasons:<br><br>   • The patient cannot swallow due to some documented medical condition (e.g., dysphagia, oral candidiasis, systemic sclerosis, etc) and not convenience. OR<br><br>   • The patient weighs less than 35 kg<br><br>• Provider acknowledges that Myrbetriq granules for suspension are not bioequivalent to and cannot be substituted on a mg to mg basis to the Myrbetriq tablets<br><br>• Provider acknowledges that Myrbetriq granules for suspension and the Myrbetriq tablets will not be combined to achieve a specific dose<br><br>• Provider acknowledges the detailed renal and hepatic dosing adjustments in the package labeling and agrees to consult this before prescribing the granules in these special populations<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • vibegron (Gemtesa)<br><br>**Overactive Bladder Agents – β-3 Agonists** | **Updates from the August 2022 meeting are in bold and ~~strikethrough~~**<br><br>Manual PA criteria apply to all new users of Gemtesa.<br><br>Manual PA criteria: Gemtesa is approved if all criteria are met:<br><br>• The patient has a confirmed diagnosis of overactive bladder (OAB) with symptoms of urge incontinence, urgency, and urinary frequency<br><br>• The patient has tried and failed behavioral interventions to include pelvic floor muscle training in women, and bladder training,<br><br>• The patient has had a 12-week trial with **one** ~~two formulary step-preferred products~~ **generic antimuscarinic** (oxybutynin IR, oxybutynin ER, tolterodine ER, **trospium, solifenacin, darifenacin or fesoterodine**) and had therapeutic failure OR<br><br>• The patient has experienced central nervous system adverse events with at least one oral OAB medication OR is at increased risk for such central nervous system effects due to comorbid conditions, **advanced age** or other medications,<br><br>• The patient's creatinine clearance (CrCl) **)/glomerular filtration rate (eGFR) is ≥15 mL/min/1.73m$^2$** ~~is greater than 15 mL/min~~<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 523 of 980 73

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 523 of 980

AR1711

| Newly Approved Drug PAs | |
|---|---|
| • alpelisib (Vijoice)<br><br>**Oncological Agents** | PA criteria apply to all new users of alpelisib (Vijoice).<br><br>Manual PA criteria:  Vijoice is approved if all criteria are met:<br>• Prescription is written by or in consultation with a medical geneticist or vascular surgeon<br>• Patient has a documented diagnosis of PIK3CA Related Overgrowth Spectrum (PROS) which the provider determines to be severe and requiring systemic therapy<br>• Patient has documented evidence of a mutation in the PIK3CA gene<br><br>Non-FDA-approved uses are not approved<br>PA expires in one year<br><br>Renewal Criteria:  (Initial TRICARE PA approval is required for renewal) Coverage will be approved indefinitely for continuation of therapy if<br>• The patient has a documented positive clinical response to therapy |
| • amlodipine oral solution (Norliqva)<br><br>**Calcium Channel Blockers** | PA does not apply to patients less than 12 years of age (age edit).<br><br>PA criteria apply to all new users of Norliqva.<br><br>Manual PA criteria:  Norliqva is approved if all criteria are met<br>• Provider must explain why the patient requires amlodipine oral solution and cannot take amlodipine tablets or amlodipine suspension<br><br>Non-FDA-approved uses are not approved<br>PA does not expire |
| • cyclosporine 0.1% ophthalmic emulsion (Verkazia)<br><br>**Ophthalmic Dry Eye** | Note that an age edit and automated look back apply.<br>• Patients who are younger than age 21 years who have a history of Restasis do not require a PA; Verkazia is approved<br>• Patients younger than age 21 who **do not** have a history of Restasis require manual PA<br>• Manual PA is required in all new patients 21 years of age and older<br><br>Automated PA criteria:  The patient is younger than age 21 years AND has filled a prescription for cyclosporine 0.05% ophthalmic solution (Restasis) at any MHS pharmacy point of service (MTFs, retail network pharmacies, or mail order) during the previous 720 days.<br><br>Manual PA Criteria: If automated criteria are not met, coverage is approved for Verkazia if all criteria are met:<br>• Verkazia is prescribed by or in consultation with an optometrist or ophthalmologist<br>• Patient has moderate to severe vernal keratoconjunctivitis (VKC)<br>• Patient has tried and failed an adequate course of at least one mast cell stabilizer/antihistamine (i.e., olopatadine, azelastine, epinastine, lodoxamide, cromolyn)<br>• Patient has tried and failed, or has a contraindication to an adequate course of cyclosporine 0.05% ophthalmic emulsion (Restasis)<br><br>Non-FDA-approved uses are NOT approved including dry eye disease, graft rejection/graft versus host disease (GvHD), corneal transplant, atopic keratoconjunctivitis (AKC) and LASIK associated dry eye<br><br>PA does not expire |

| | |
|---|---|
| • daridorexant (Quviviq)<br><br>**Sleep Disorders: Insomnia Agents** | Manual PA criteria apply to all new users of **Quviviq**, Belsomra, and Dayvigo.<br><br>Manual PA Criteria: **Quviviq,** Belsomra, Dayvigo is approved if <u>all</u> criteria are met:<br>• Provider acknowledges the following agents are available without prior authorization: zolpidem IR and ER, zaleplon, eszopiclone<br>• Patient has documented diagnosis of insomnia characterized by difficulties with sleep onset and/or sleep maintenance<br>• Non-pharmacologic therapies have been inadequate in improving functional impairment, including but not limited to relaxation therapy, cognitive behavioral therapy for insomnia (CBT-I), sleep hygiene, and the patient will continue with non-pharmacologic therapies throughout treatment<br>• Patient has tried and failed or had clinically significant adverse effects to zolpidem extended-release OR eszopiclone<br>• Patient has no current or previous history of narcolepsy<br>• Patient has no current or previous history of drug abuse<br><br>Non FDA-approved uses are not approved<br>Prior authorization expires in 1 year<br><br>Renewal criteria: Note that initial TRICARE PA approval is required for renewal. PA will be renewed for an additional 1 year if the renewal criteria are met:<br>• Patient has not adequately responded to non-pharmacologic therapies<br>• Patient agrees to continue with non-pharmacologic therapies including but not limited to relaxation therapy, cognitive behavioral therapy for insomnia (CBT-I), and/or sleep hygiene<br>• Patient continues to respond to the drug |
| • donepezil patch (Adlarity)<br><br>**Alzheimer's Agents** | Manual PA criteria apply to all new users of donepezil transdermal system (Adlarity).<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• The patient is 18 years of age or older<br>• The medication is being prescribed in consultation with a neurologist, psychiatrist, or specialist in geriatric medicine.<br>• The patient is being treated for mild, moderate, or severe dementia of the Alzheimer's type.<br>• The patient must have tried and failed, have a contraindication to, or have had an adverse reaction to both of the following:<br>  • One oral donepezil formulation (e.g., donepezil 5 mg or, 10 mg tab or orally dissolving tablets [ODT]) AND<br>  • One topical agent: rivastigmine transdermal system (Exelon patch).<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |
| • edaravone oral suspension (Radicava ORS)<br><br>**Neurological Agents Miscellaneous** | Manual PA criteria apply to all new users of Radicava ORS.<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• Patient is 18 years of age or older<br>• The medication is prescribed by a neurologist.<br>• The patient has a diagnosis of amyotrophic lateral sclerosis (ALS).<br>• The disease duration is two years or less<br>• The patient has a score of $\geq$ 2 points for each item of ALS Functional Rating Scale–Revised (ALSFRS-R).<br>• The patient has preserved respiratory function (forced vital capacity ≥ 80%)<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria<br>Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022<br>525 of 980 73

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 525 of 980

AR1713

| | |
|---|---|
| • ganaxolone oral suspension (Ztalmy)<br><br>**Anticonvulsants-Antimania Agents** | Manual PA criteria apply to all new users of ganaxolone (Ztalmy)<br><br><u>Manual PA criteria:</u> Coverage is approved if all criteria are met:<br>• Drug is prescribed by or in consultation with pediatric neurologist<br>• Patient has a diagnosis of seizures associated with cyclin-dependent kinase-like 5 (CDKL5) deficiency disorder confirmed with a genetic test<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |
| • insulin glargine solostar authorized biologic<br><br>**Basal Insulins** | Manual PA criteria apply to all new users of insulin glargine solostar<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• Provider acknowledges that Lantus is the DoD's preferred basal insulin and preferred insulin glargine. Prescriptions written for Lantus do not require prior authorization and are available at the lowest Tier 1 copay.<br>• Patient must have tried and failed insulin glargine (Lantus)<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |
| • leuprolide SC injection (Camcevi Kit)<br><br>**LHRH Agonists-Antagonists** | Manual PA criteria apply to all new users of Camcevi.<br><br><u>Manual PA criteria</u>: Coverage is approved if all criteria are met:<br>• Patient is 18 years of age or older<br>• Drug is prescribed by or in consultation with an oncologist or urologist<br>• Patient has a diagnosis of advanced prostate cancer<br>• Patient has intolerability to, or has failed alternative formulary leuprolide injections (i.e. Lupron Depot, Eligard)<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |
| • mavacamten (Camzyos)<br><br>**Cardiovascular Agents Miscellaneous** | Manual PA criteria apply to all new users of Camzyos.<br><br><u>Manual PA criteria</u>: Camzyos is approved if <u>all</u> criteria are met:<br>• The patient is 18 years of age and older<br>• Drug is prescribed by a cardiologist<br>• The patient has documented evidence of obstructive hypertrophic cardiomyopathy (HCM)<br>• Left ventricular outflow tract (LVOT) pressure gradient is greater than or equal to 50 mmHg<br>• The patient has NYHA Class II to III obstructive HCM that is symptomatic (e.g., dyspnea, chest pain, light headedness, syncope, fatigue, reduced exercise capacity)<br>• The patient's left ventricular ejection fraction (LVEF) is greater than or equal to 55%<br>• Patient has failed therapy with at least **one** agent from **both** of the following classes:<br>   • Beta blocker (non-vasodilating) – propranolol, metoprolol AND<br>   • Calcium channel blockers (non-dihydropyridine) – verapamil, diltiazem<br>• Patient must not be on dual calcium channel blocker and beta blocker therapy concurrently<br>• Patient must not be receiving ranolazine or disopyramide concurrently<br>• Patient and provider must be aware of the risks of systolic dysfunction as outlined by REMS |

| | |
|---|---|
| | • Provider and patient must agree to comply to all requirements of the REMS program, including echocardiogram at 0, 4, 8, 12 weeks follow by every 12 weeks and drug interaction monitoring requirements<br>• If the patient is of child-bearing age, the patient must not be pregnant and will receive counseling for effective contraception during therapy and for 4 months after the last dose<br><br>Non-FDA-approved uses are not approved<br>PA expires in 1 year,<br><br>• Renewal criteria: Note that initial TRICARE PA approval is required for renewal. PA will be renewed indefinitely if the patient has responded to therapy, as evidenced by improvement in obstructive hypertrophic cardiomyopathy symptoms |
| • tapinarof 1% cream (Vtama)<br><br>**Psoriasis Agents** | Manual PA criteria apply to all new users of tapinarof (Vtama).<br><br>Manual PA criteria: Vtama is approved if all criteria are met:<br>• Patient is 18 years of age of older.<br>• The patient has a diagnosis of plaque psoriasis.<br>• The medication is being prescribed in consultation with a dermatologist.<br>• The patient must have tried for at least 2 weeks and failed, have a contraindication to, or have had an adverse reaction to both of the following:<br>   • at least one moderate to high potency topical corticosteroid (e.g., clobetasol propionate 0.05% ointment, cream, solution and gel; fluocinonide 0.05% ointment, cream, solution) AND<br>   • at least one topical calcineurin inhibitor (e.g. tacrolimus, pimecrolimus)<br>Non-FDA approved uses are not approved.<br>PA does not expire. |
| • testosterone undecanoate 112.5 mg capsules (TLando)<br><br>**Androgens-Anabolic Steroids: Testosterone Replacement Therapies** | Manual PA criteria applies to new users of users of Jatenzo and **TLando**<br><br>Manual PA Criteria: Jatenzo or **TLando** is approved if all criteria are met:<br>• Patient has a confirmed diagnosis of hypogonadism as evidenced by morning total serum testosterone levels below 300 ng/dL taken on at least two separate occasions<br>• Patient is a male age 18 years of age or older<br>• The patient has a diagnosis of hypogonadism as evidenced by 2 or more morning total testosterone levels below 300 ng/dL.<br>• Provider has investigated the etiology of the low testosterone levels and acknowledges that testosterone therapy is clinically appropriate and needed (From Feb 2022 meeting PA update for the testosterone replacement therapy drug class)<br>• Patient is experiencing signs and symptoms usually associated with hypogonadism<br>• Patient has tried testosterone 2% gel (Fortesta) OR testosterone 1% gel (Androgel generic) for a minimum of 90 days AND failed to achieve total serum testosterone levels above 400 ng/dL (labs drawn 2 hours after use of the agent) AND without improvement in symptoms<br>OR<br>• Patient has a contraindication to or has experienced a clinically significant adverse reaction to Fortesta OR generic testosterone 1% gel, that is not expected to occur with Jatenzo or **TLando**<br>• The patient requires a testosterone replacement therapy (TRT) that has a low risk of skin-to-skin transfer between family members<br>OR<br>• Coverage approved for female-to-male gender reassignment (endocrinologic masculinization) if: |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 527 of 980

AR1715

| | |
|---|---|
| | • Patient has diagnosis of gender dysphoria made by a TRICARE authorized mental health provider according to most current edition of the DSM<br><br>• Patient is an adult, or is 16 years or older who has experienced puberty to at least Tanner stage 2 AND<br><br>• Patient has no signs of breast cancer AND<br><br>• For gender dysphoria biological female patients of childbearing potential, the patient IS NOT pregnant or breastfeeding AND<br><br>• Patient has no psychiatric comorbidity that would confound a diagnosis of gender dysphoria or interfere with treatment (e.g. unresolved body dysmorphic disorder; schizophrenia or other psychotic disorders that have not been stabilized with treatment) AND<br><br>• ~~Patient has a documented minimum of three months of real-life experience (RLE) and/or three months of continuous psychotherapy addressing gender transition as an intervention for gender dysphoria (deleted May 2022)~~<br><br>• Patient does not have any of the following:<br>   • Hypogonadism conditions not associated with structural or genetic etiologies (e.g. "age-related" hypogonadism), carcinoma of the breast or suspected carcinoma of the prostate<br>   • Uncontrolled hypertension or is at risk for cardiovascular events (e.g., myocardial infarction or stroke) prior to start of Jatenzo or **Tlando** therapy or during treatment (based on the product's boxed warning of increased risk of major adverse cardiovascular events and hypertension)<br><br>Non-FDA-approved uses are NOT approved.<br>Not approved for concomitant use with other testosterone products.<br>Prior Authorization does not expire |
| • tirzepatide (Mounjaro)<br><br>**Non-Insulin Diabetes Drugs: Glucagon-Like Peptide-1 Receptor Agonists (GLP1RAs)** | Manual PA criteria apply to all new users of Mounjaro.<br><br>All new users of a GLP1RA are required to try metformin before receiving a GLP1RA. Patients currently taking a GLP1RA must have had a trial of metformin first.<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• Provider acknowledges that Trulicity is available on the UF and has an indication to reduce the risk of major adverse cardiovascular events in adults with Type 2 diabetes mellitus (T2DM) who have established cardiovascular disease or multiple cardiovascular risk factors, Mounjaro does not have this indication<br>• The patient has a confirmed diagnosis of Type 2 diabetes mellitus<br>• The patient has experienced any of the following issues on metformin:<br>   • impaired renal function precluding treatment with metformin OR<br>   • history of lactic acidosis<br>• The patient has had inadequate response to metformin OR<br>• The patient has a contraindication to metformin<br><br>Non-FDA approved uses are NOT approved, including for weight loss in patients who do not have diabetes<br>PA does not expire |

| | |
|---|---|
| • vonoprazan, amoxicillin (Voquezna Dual Pak)<br>• vonoprazan, amoxicillin, clarithromycin (Voquezna Triple Pak)<br><br>**Anti-Infectives Miscellaneous** | Manual PA criteria apply to all new users of Voquezna Dual & Triple Pak<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• The provider acknowledges that other medications to treat *H. pylori* including lansoprazole, amoxicillin, and clarithromycin are on the TRICARE formulary and are available without a PA<br>• Patient is 18 years of age or older<br>• Prescription is written by or in consultation with a gastroenterologist or infectious disease specialist<br>• Patient has tried and failed two 14-day trials of therapy with guideline-recommended first-line therapies (Appropriate treatment combinations of: omeprazole, lansoprazole, amoxicillin, rifabutin, clarithromycin, bismuth subsalicylate, metronidazole, tetracycline, and PPI or H2 blockers) for *H. pylori*<br> • Note: Failure is defined as failure to eradicate *H. pylori* infection after a 14-day course of therapy<br><br>Non-FDA approved uses are NOT approved<br>PA renewal is not allowed; A new PA is required for each course of therapy |
| **Utilization Management New PAs** | |
| • tiotropium dry powder inhaler (Spiriva HandiHaler)<br><br>**Pulmonary II Agents: Long-Acting Muscarinic Antagonists (LAMAS)** | Manual PA criteria apply to all **new and current** users of Spiriva HandiHaler.<br><br>Manual PA criteria:  Spiriva HandiHaler is approved if all the following criteria are met:<br>• The provider acknowledges that Spiriva Respimat is the Department of Defense's preferred long-acting muscarinic antagonist and does not require prior authorization.<br>• The provider must document a patient-specific reason as to why the patient requires Spiriva Handihaler and cannot use the Spiriva Respimat device.  (blank write-in)<br><br>Non-FDA-approved uses are NOT approved.<br>Prior authorization does not expire. |
| • metformin 625 mg IR tablets<br><br>**Non-Insulin Diabetes Drugs:  Bigaunides** | Manual PA criteria apply to all **new and current** users of metformin IR 625 mg tablets.<br><br>Manual PA criteria: Metformin IR 625 mg tablets are approved if all criteria are met:<br>• Provider acknowledges other metformin formulations, including the 500 mg and 850 mg immediate release tablets, and 750 mg and 1000 mg extended release tablets are available without requiring prior authorization.<br>• The provider must explain why the patient can't take a different metformin formulation.  (blank write-in)<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 529 of 980 73

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 529 of 980

AR1717

| | |
|---|---|
| • valsartan 20 mg/5mL oral solution<br><br>**Renin Angiotensin Antihypertensives (RAAs): Angiotensin Receptor Blockers (ARBs)** | Manual PA criteria apply to all **new and current** users of valsartan 20 mg/5mL oral solution.<br><br>Manual PA criteria: Valsartan 20 mg/5mL oral solution is approved if all criteria are met:<br>• Provider acknowledges other angiotensin receptor blockers (ARBs) including valsartan, telmisartan and losartan are available without requiring prior authorization.<br>• The provider must explain why the patient can't take a tablet formulation of an (ARB) (blank write-in)<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |

| **Utilization Management Updated PAs** |
|---|

| | |
|---|---|
| • dupilumab (Dupixent)<br><br>**Atopy Agents (Formerly Respiratory Interleukins)** | **Updates from the August 2022 meeting for EoE and atopic dermatitis are in bold and strikethrough. Note that no changes were made for the asthma or nasal polyps indications.**<br><br>Manual PA is required for all new users of dupilumab (Dupixent).<br><br>Manual PA Criteria: Dupixent coverage will be approved for initial therapy for 12 months if all criteria are met:<br><br>***For Eosinophilic Esophagitis:***<br><br>• **The patient is 12 years of age or older and weighs at least 40 kilograms (~88 lbs)**<br><br>• **The drug is prescribed by or in consultation with a gastroenterologist or allergy/immunology specialist**<br><br>• **Patient has a documented diagnosis of Eosinophilic Esophagitis (EoE) by endoscopic biopsy**<br><br>• **For EoE, the patient has tried and failed an adequate course of both the following:**<br>  ▪ **Proton pump inhibitor (PPI) at up to maximally indicated doses (adults: 20-40 mg twice daily omeprazole equivalent; children: 1-2mg/kg or equivalent), unless contraindicated or clinically significant adverse effects are experienced AND**<br>  ▪ **Topical glucocorticoids [e.g. fluticasone (Flovent), budesonide (Pulmicort)] at up to maximally indicated doses, unless contraindicated, clinically significant adverse effects are experienced, or in children maximal doses can not be reached due to concerns for growth suppression or adrenal insufficiency**<br>**Renewal Criteria: (initial TRICARE PA approval is required for renewal) AND**<br><br>• **Eosinophilic Esophagitis (EoE):**<br>  ▪ **For maintenance: patient has experienced a beneficial clinical response, defined by ONE of the following (a, b, c, d, or e):**<br>    a) **Reduced intraepithelial eosinophil count; OR**<br>    b) **Decreased dysphagia/pain upon swallowing; OR**<br>    c) **Reduced frequency/severity of food impaction; OR**<br>    d) **Reduced vomiting/regurgitation; OR**<br>    e) **Improvement in oral aversion/failure to thrive**<br><br>  ▪ **For relapse: prior authorization form or chart notes documenting a relapse after treatment was discontinued since last approval** |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 530 of 980 73

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 530 of 980
AR1718

***For Atopic Dermatitis:***

- The patient is at least **6 months** ~~years~~ of age or older

- The drug is prescribed by a dermatologist, allergist, or immunologist

- The patient has moderate to severe or uncontrolled atopic dermatitis

- The patient has a contraindication to, intolerability to, or has failed treatment with one medication in each of the following categories:

    - Topical Corticosteroids:

        - For patients 18 years of age or older; high potency/class 1 topical corticosteroids (e.g., clobetasol propionate 0.05% ointment/cream, fluocinonide 0.05% ointment/cream)

        - For patients 6 to 17 year of age: any topical corticosteroid

    AND

    - Topical calcineurin inhibitor (e.g., pimecrolimus, tacrolimus)

- The patient has a contraindication to, intolerability to, inability to access treatment, or has failed treatment with Narrowband UVB phototherapy

***For Asthma:***

- The patient is 6 years of age or older

- The drug is prescribed by an allergist, immunologist, pulmonologist, or asthma specialist,

- The patient has one of the following

    - Moderate to severe asthma with an eosinophilic phenotype, with baseline eosinophils ≥ 150 cells/mcL OR

    - Oral corticosteroid-dependent asthma with at least 1 month of daily oral corticosteroid use within the past 3 months

- For eosinophilic asthma, the patient's asthma must be uncontrolled despite adherence to optimized medication therapy regimen as defined as requiring one of the following;

    - Hospitalization for asthma in past year OR

    - Two courses oral corticosteroids in past year OR

    - Daily high-dose inhaled corticosteroids with inability to taper off of the inhaled corticosteroids

- For eosinophilic asthma, the patient has tried and failed an adequate course (3 months) of two of the following while using a high-dose inhaled corticosteroid:

    - Long-acting beta agonist (LABA e.g., Serevent, Striverdi),

    - Long –acting muscarinic antagonist (LAMA e.g. Spiriva, Incruse), or

    - Leukotriene receptor antagonist (e.g., Singulair, Accolate, Zyflo)

***For Chronic rhinosinusitis with nasal polyposis:***

- The patient is 18 years of age or older

- The drug is prescribed by allergist, immunologist, pulmonologist, or otolaryngologist

- The patient has chronic rhinosinusitis with nasal polyposis defined by all of the following:

    - Presence of nasal polyposis is confirmed by imaging or direct visualization AND

    - At least two of the following: mucopurulent discharge, nasal obstruction and congestion, decreased or absent sense of smell, or facial pressure and pain

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 531 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 531 of 873

AR1719

- Dupixent will only be used as add-on therapy to standard treatments, including nasal steroids and nasal saline irrigation

- The symptoms of chronic rhinosinusitis with nasal polyposis must continue to be inadequately controlled despite all of the following treatments

  - Adequate duration of at least TWO different high-dose intranasal corticosteroids AND

  - Nasal saline irrigation AND

  - The patient has a past surgical history or endoscopic surgical intervention or has a contraindication to surgery

- Patients with chronic rhinosinusitis with nasal polyposis must use only the 300 mg strength

AND

- For all indications the patient is not currently receiving another immunobiologic (e.g., benralizumab [Fasenra], mepolizumab [Nucala], or omalizumab [Xolair])

Non-FDA-approved uses are not approved
Prior authorization expires after 12 months. Renewal PA criteria will be approved indefinitely

Renewal Criteria: (initial TRICARE PA approval is required for renewal) AND

- Eosinophilic Esophagitis (EoE):

  - For maintenance: patient has experienced a beneficial clinical response, defined by ONE of the following (a, b, c, d, or e):

    f) Reduced intraepithelial eosinophil count; OR
    g) Decreased dysphagia/pain upon swallowing; OR
    h) Reduced frequency/severity of food impaction; OR
    i) Reduced vomiting/regurgitation; OR
    j) Improvement in oral aversion/failure to thrive

  - For relapse: prior authorization form or chart notes documenting a relapse after treatment was discontinued since last approval

- Asthma: The patient has had a positive response to therapy with a decrease in asthma exacerbations, improvements in forced expiratory volume in one second (FEV1) or decrease in oral corticosteroid use

- Atopic Dermatitis: The patient's disease severity has improved and stabilized to warrant continued therapy

- Chronic rhinosinusitis with nasal polyposis : There is evidence of effectiveness as documented by decrease in nasal polyps score or nasal congestion score.

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 532 of 980 73

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 532 of 980

AR1720

| | |
|---|---|
| • upadacitinib (Rinvoq)<br><br>**Targeted Immunomodulatory Biologics (TIBs): Miscellaneous** | **Updates from the Aug 2022 meeting are in bold. Note that there were not changes to the criteria for the other indications (RA, PsA, AD, Ulcerative Colitis)**<br><br>Step therapy and manual PA criteria apply to all new users of upadacitinib (Rinvoq ER).<br><br>Manual PA Criteria: Rinvoq is approved if all criteria are met:<br><br>*For Ankylosing Spondylitis*<br>• **Provider acknowledges that Humira is the Department of Defense's preferred targeted biologic agent for ankylosing spondylitis**<br>• **The patient is 18 years of age or older**<br>• **The patient has ankylosing spondylitis**<br>• **Patient has had an inadequate response to Humira and Cosentyx OR**<br>• **Patient has experienced an adverse reaction to Humira and Cosentyx that is not expected to occur with the requested agent OR**<br>• **Patient has a contraindication to Humira and Cosentyx AND**<br>• **Patient has had an inadequate response to at least two NSAIDs over a period of at least two months**<br><br>*For all indications*<br>• Patient has no evidence of active TB infection within the past 12 months<br>• Patient has no history of venous thromboembolic (VTE) disease<br>• Provider is aware of the FDA safety alerts AND Boxed Warnings<br>• Patient has no evidence of neutropenia (ANC < 1000)<br>• Patient has no evidence of lymphocytopenia (ALC < 500)<br>• Patient has no evidence of anemia (Hgb < 8)<br>• Patient is not taking Rinvoq concomitantly with other TIBs agents except for Otezla and other potent immunosuppressant's (e.g., azathioprine, cyclosporine)<br>Non-FDA-approved uses are not approved.<br>PA does not expire for rheumatoid arthritis, psoriatic arthritis, ulcerative colitis, **or ankylosing spondylitis**<br><br>*For Rheumatoid Arthritis*<br>• Provider acknowledges that Humira is the Department of Defense's preferred targeted biologic agent for rheumatoid arthritis<br>• The provider also acknowledges that for rheumatoid arthritis a trial of Xeljanz or Olumiant is required before Rinvoq.<br>• The patient is 18 years of age or older<br>• The patient has a diagnosis of active rheumatoid arthritis (RA)<br>• Patient has had an inadequate response or an intolerance to methotrexate or other disease-modifying anti-rheumatic drugs (DMARDs)<br>• Patient has had an inadequate response to Humira OR<br>• Patient has experienced an adverse reaction to Humira that is not expected to occur with the requested agent OR<br>• Patient has a contraindication to Humira AND<br>• Patient has had an inadequate response to Xeljanz or Olumiant OR<br>• Patient has experienced an adverse reaction to Xeljanz or Olumiant that is not expected to occur with Rinvoq OR<br>• Patient has a contraindication to Xeljanz or Olumiant that does not apply to Rinvoq<br><br>*For Psoriatic Arthritis* |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 533 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 533 of 873

AR1721

- Provider acknowledges that Humira is the Department of Defense's preferred targeted biologic agent for psoriatic arthritis.
- The provider also acknowledges that for psoriatic arthritis a trial of Xeljanz is required before Rinvoq.
- The patient has a diagnosis of active psoriatic arthritis (PsA)
- The patient is 18 years of age or older
- Patient has had an inadequate response or an intolerance to methotrexate or other disease-modifying anti-rheumatic drugs (DMARDs)
- Patient has had an inadequate response to Humira OR
- Patient has experienced an adverse reaction to Humira that is not expected to occur with the requested agent OR
- Patient has a contraindication to Humira AND
- Patient has had an inadequate response to Xeljanz OR
- Patient has experienced an adverse reaction to Xeljanz or OR

  Patient has a contraindication to Xeljanz or Olumiant that does not apply to Rinvoq

*For Atopic Dermatitis*

- The patient is 12 years of age or older
- The drug is prescribed by a dermatologist, allergist, or immunologist
- The patient has moderate to severe atopic dermatitis
- The patient's disease is not adequately controlled with other systemic drug products, including biologics (for example, Dupixent)
- The patient has a contraindication to, intolerability to, or has failed treatment with one medication in each of the following categories:
  - Topical Corticosteroids:
    - For patients 18 years of age or older;  high potency/class 1 topical corticosteroids (e.g., clobetasol propionate 0.05% ointment/cream, fluocinonide 0.05% ointment/cream)
    - For patients 12 to 17 year of age:  any topical corticosteroid  AND
  - Topical calcineurin inhibitor (e.g.,  pimecrolimus, tacrolimus)
- The patient has a contraindication to, intolerability to, inability to access treatment, or has failed treatment with Narrowband UVB phototherapy

*For Ulcerative Colitis*

- Provider acknowledges that Humira is the Department of Defense's preferred targeted biologic agent for ulcerative colitis
- The patient is 18 years of age or older
- The patient has moderately to severely active ulcerative colitis
- Patient has had an inadequate response to Humira OR
- Patient has experienced an adverse reaction to Humira that is not expected to occur with the requested agent OR
- Patient has a contraindication to Humira
- The patient has had an inadequate response to non-biologic systemic therapy. (For example - methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressant's [e.g. azathioprine], etc.)

*For all indications*

- Patient has no evidence of active TB infection within the past 12 months
- Patient has no history of venous thromboembolic (VTE) disease

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 534 of 980

AR1722

- Provider is aware of the FDA safety alerts AND Boxed Warnings
- Patient has no evidence of neutropenia (ANC < 1000)
- Patient has no evidence of lymphocytopenia (ALC < 500)
- Patient has no evidence of anemia (Hgb < 8)
- Patient is not taking Rinvoq concomitantly with other TIBs agents except for Otezla and other potent immunosuppressant's (e.g., azathioprine, cyclosporine)

Non-FDA-approved uses are not approved.
PA does not expire for rheumatoid arthritis, psoriatic arthritis, ulcerative colitis, **or ankylosing spondylitis;** For atopic dermatitis, PA expires in 1 year

Renewal criteria:  initial TRICARE PA approval is required for renewal)  Coverage will be approved indefinitely for continuation of therapy if the following apply:
Atopic Dermatitis - The patient's disease severity has improved and stabilized to warrant continued therapy

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 585 of 973
AR1723

| | |
|---|---|
| • apremilast (Otezla)<br><br>**TIBs** | **Updates from the August 2022 meeting are in bold and strikethrough.  Note that there were no changes made to the existing criteria for treating oral ulcers associated with Behçet's disease or active psoriatic arthritis (PsA).**<br><br>Manual PA criteria applies to new users of Otezla<br><br>*For Mild Plaque Psoriasis*<br><br>Manual PA Criteria: **Coverage approved for patients ≥ 18 years with mild plaque psoriasis who are candidates for systemic therapy or phototherapy if the following criteria are met:**<br><br>  • **The patient has a contraindication to, intolerability to, or has failed treatment with medications from at least TWO of these THREE categories:**<br>    ▪ **Moderate to High Potency Topical Corticosteroids (class 1 – class 5) e.g., clobetasol propionate 0.05% ointment/cream, fluocinonide 0.05% ointment/cream, betamethasone dipropionate 0.05% cream/lotion/ointment, etc.**<br>    ▪ **Steroid Sparing Agents: Vitamin D analogs (e.g. calcipotriene and calcitriol), tazarotene, or topical calcineurin inhibitors (e.g. tacrolimus and pimecrolimus)**<br>    ▪ **Other Topicals: emollients, salicylic acid, anthralin, or coal tar AND**<br>  • **The patient has a contraindication to, intolerability to, inability to access treatment, or has failed treatment with phototherapy**<br><br>*For Psoriatic Arthritis and Moderate to Severe Plaque Psoriasis*<br><br>Step therapy and manual PA criteria apply to all new users of Otezla.<br><br>Automated PA Criteria: The patient has filled a prescription for adalimumab (Humira) at any MHS pharmacy point of service (MTFs, retail network pharmacies, or mail order) during the previous 180 days.   AND<br><br>Manual PA Criteria:<br>If automated criteria are not met, coverage is approved for Otezla if:<br>• Contraindications exist to Humira.<br>• Inadequate response to Humira.<br>• Adverse reactions to Humira not expected with requested non-step-preferred TIB. AND<br>Coverage approved for patients ≥ 18 years with:<br>• Oral ulcers associated with Behçet's disease (Please note: A trial of Humira first is not required for Behçet's disease.)<br>• Active psoriatic arthritis (PsA).<br>• Moderate to severe plaque psoriasis who are candidates for systemic therapy or phototherapy.<br><br>Will Otezla be prescribed in combination with Actemra, Cimzia, Cosentyx, Enbrel, Humira, Ilumya, Kevzara, Kineret, Olumiant, Orencia, Remicade, Rituxan, Siliq, Simponi, Stelara, Taltz, Tremfya, or Xeljanz/Xeljanz XR?<br>• If yes: Fill in the blank write-in referencing literature to support combination, and patient will be monitored closely for adverse effects.<br><br>Has the patient had an inadequate response to non-biologic systemic therapy?  (For example: methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressants [e.g., azathioprine])?<br><br>~~Patient has negative TB test result in past 12 months (or TB is adequately managed).~~<br>Non-FDA-approved uses are not approved.<br><br>PA does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
536 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 536 of 973
AR1724

| | |
|---|---|
| • viloxazine (Qelbree)<br><br>**ADHD Agents: Non-Stimulants** | **Updates from the August 2022 meeting are in bold**<br>Manual PA criteria apply to all new users of Qelbree.<br><br>Manual PA criteria: Qelbree is approved if all criteria are met:<br>**For Adults:**<br><ul><li>**Patient is 18 years of age or older**</li><li>**Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD)**</li><li>**Patient has tried and failed, had an inadequate response, OR contraindication to amphetamine salts XR (Adderall XR, generic) or other long acting amphetamine or derivative drug**</li><li>**Patient has tried and failed, had an inadequate response, OR contraindication to methylphenidate OROS and other (Concerta, generic) or other long acting methylphenidate or derivative drug**</li><li>**Patient has tried and failed, had an inadequate response, OR contraindication to atomoxetine (generic Strattera)**</li><li>**Patient has tried and failed, had an inadequate response, OR contraindication to at least one other non-stimulant ADHD medication (generic formulations of Kapvay or Intuniv)**</li><li>■</li></ul>**For children and adolescents:**<br><ul><li>Patient is 6 to 17 years of age</li><li>Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD)</li><li>Patient has tried and failed, had an inadequate response, OR contraindication to amphetamine salts XR (Adderall XR, generic) or other long acting amphetamine or derivative drug</li><li>Patient has tried and failed, had an inadequate response, OR contraindication to methylphenidate OROS and other (Concerta, generic) or other long acting methylphenidate or derivative drug</li><li>Patient has tried and failed, had an inadequate response, OR contraindication to at least one non-stimulant ADHD medication (generic formulations of Strattera, Kapvay, or Intuniv)</li><li>**OR if patient is under the age of 18 and cannot swallow due to some documented medical condition (e.g., dysphagia, oral candidiasis, systemic sclerosis, autism spectrum disorder, etc.) and not convenience, then a trial of one non-stimulant ADHD medication (generic formulations of Strattera, Kapvay, or Intuniv) is not required**</li></ul><br>Non-FDA-approved uses are not approved (to include depression and anxiety).<br>Prior authorization does not expire. |
| • setmelanotide (Imcivree)<br><br>**Miscellaneous Metabolic Agents** | <u>**Updates from the August 2022 meeting are in bold and strikethrough**</u><br><br>Manual PA criteria apply to all new users of Imcivree.<br><br>Manual PA criteria: Imcivree is approved if all criteria are met:<br><ul><li>Patient is 6 years of age or older</li><li>Patient has a confirmed diagnosis (via genetic testing) of POMC-, PCSK1-, or LEPR-deficiency that are interpreted as pathogenic, likely pathogenic, or of uncertain significance (VUS) **OR**</li><li>**The patient has monogenic or syndromic obesity due to Bardet-Beidl syndrome (BBS)**</li><li>Patient and provider agree to evaluate weight loss after 12-16 weeks of treatment. Imcivree should be discontinued if a patient has not lost at least 5% of baseline body weight, or 5% of baseline BMI for patients with continued growth potential</li></ul> |

| | |
|---|---|
| | Initial prior authorization expires in 4 months.<br><br>Renewal criteria: Note that initial TRICARE PA approval is required for renewal. Imcivree is approved for 1 year for continuation of therapy for **POMC-, PCSK1-, or LEPR-deficiency or BBS** if all criteria are met:<br><br>• The patient has a documented improvement (a decrease from baseline) in at least 5% of baseline body weight, or 5% of baseline BMI for patients with continued growth potential.<br><br>Non-FDA approved uses are NOT approved including Alström Syndrome, ~~Bardet-Biedl Syndrome (BBS)~~, POMC-, PCSK1-, or LEPR-deficiency with POMC, PCSK1, or LEPR variants classified as benign or likely benign, other types of obesity not related to POMC, PCSK1 or LEPR deficiency, including obesity associated with other genetic syndromes and general (polygenic) obesity |
| • cyclosporine 0.05% ophthalmic emulsion single dose (Restasis)<br><br>**Ophthalmic Dry Eye** | **Updates from the August 2022 meeting are in Bold**<br><br>**Patients younger than 18 years of age do not require a PA**<br><br>Automated PA: If there is no Restasis, Cequa, or Xiidra prescription in the past 120 days, a manual PA is required.<br><br>Manual PA criteria: Coverage is approved if all the criteria are met:<br>• The drug is prescribed by an ophthalmologist or optometrist<br>• The patient is 18 years of age or older<br>• A diagnosis of moderate to severe dry eye disease is supported by both of the criteria below:<br>• Positive symptomology screening for moderate to severe dry eye disease from an appropriate measure<br>• At least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)<br>    ▪ Patient must try and fail the following:<br>        ○ At least 1 month of one ocular lubricant used at optimal dosing and frequency (e.g., carboxymethylcellulose [Refresh, Celluvisc, Thera Tears, Genteal, etc.], polyvinyl alcohol [Liquitears, Refresh Classic, etc.], or wetting agents [Systane, Lacrilube])<br><br>        ○ Followed by at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency (e.g., carboxymethylcellulose, polyvinyl alcohol)<br><br>• Concomitant use of Restasis, Cequa, or Xiidra is NOT allowed.<br>• Restasis is also approved for the following conditions: graft rejection/graft versus host disease (GvHD), corneal transplant, atopic keratoconjunctivitis (AKC) / vernal keratoconjunctivitis (VKC), and LASIK associated dry eye (limited to 3 months of therapy)<br><br>Non-FDA-approved uses are not approved.<br>PA expires in one year.<br><br>Renewal Criteria: Note that initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely if all criteria are met:<br>• The drug is prescribed by an ophthalmologist or optometrist.<br>• The patient must have documented improvement in ocular discomfort.<br>• The patient must have documented improvement in signs of dry eye disease. |

AR1726

| Drug / Drug Class | Quantity Limits |
|---|---|
| • alpelisib (Vijoice)<br><br>**Oncological Agents** | ▪ Retail/MTF/Mail: 28-days supply |
| • amoxicillin; vonoprazan<br>(Voquezna Dual Pak)<br><br>**Anti-Infective Miscellaneous** | ▪ Retail/MTF/Mail: 1 pack/14 days |
| • amoxicillin; clarithromycin;<br>vonoprazan (Voquezna Triple<br>Pak)<br><br>**Anti-Infective Miscellaneous** | ▪ Retail/MTF/Mail: 1 pack/14 days |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| Generic (Trade) | Comparators | Dosage Form/ Dosing | Indications | Adverse Events | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| alpelisib (Vijoice) ONCOLOGICAL AGENTS | • alpelisib (Piqray) | • 50, 125, & 200 mg film-coated tablets in blister packs for 28 day supply • Dosing: Pediatrics (age 2 -1yr8): 50 mg QD with food; consider titrating to 125 mg after 24 weeks if patient ≥ 6 years old; Adults: 250 mg QD with food | treatment of adult and pediatric patients 2 years of age and older with severe manifestations of PIK3CA Related Overgrowth Spectrum (PROS) who require systemic therapy | ≥ 5%: Diarrhea, stomatitis, hyperglycemia, eczema, dry skin, alopecia, headache, cellulitis | • 1st approved drug for PIK3CA-related overgrowth spectrum (PROS) • Alpelisib (Piqray) previously approved for breast cancer • Accelerated approval based on a small, single-arm study • Response observed in 27% of patients • Diarrhea, stomatitis, and hyperglycemia were the most common ADRs • Offers a new treatment option in a serious, rare disease with limited treatment options | • UF |
| amlodipine oral solution (Norliqva) CALCIUM CHANNEL BLOCKING AGENT | • amlodipine (Norvasc) • amlodipine susp (Katerzia) • isradipine (Dynacirc) • lisinopril solution (Qbrelis) | • Solution; Oral adults: 5 mg QD; max of 10 mg QD pediatrics: 2.5 mg QD; max of 5 mg QD | HTN down to age 6 | • peripheral edema 10% | • 2nd DHP calcium channel blocker (CCB) available in a liquid formulation and the 1st oral solution • amlodipine oral suspension Katerzia is NF from Nov 2019 – no PA required • Approved via 5050b2 application using data from Norvasc tablets • No clinical data available • Provides no compelling clinical advantage over existing CCBs or other antihypertensives | • NF • Add to EMMI List |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022

| Drug | Comparators | Dosage | Indication | ADRs | Review | Recommendation |
|---|---|---|---|---|---|---|
| amoxicillin; vonoprazan (Voquezna Dual Pak) amoxicillin; clarithromycin; vonoprazan (Voquezna Triple Pak) ANTIINFECTIVES; MISCELLANEOUS | • omeprazole, amox, clarith • omeprazole, amox, rifabutin (Talicia) | **Dual** • Capsule, Tablet • vonoprazan 20 mg BID + amoxicillin 1000 mg TID ± food x 14 days **Triple:** • Capsule, Tablet, Tablet • vonoprazan 20 mg + amoxicillin 1000 mg + clarithromycin 500 mg BID (12 hours apart) ± food x 14 days | Treatment of *Helicobacter pylori* (*H. pylori*) infection in adults | • ADRs (≥ 2%): diarrhea, abdominal pain, vulvovaginal candidiasis (VVC) and nasopharyngitis | • Voquezna is a new combination of acid suppression and antibacterials approved for treatment of *H. pylori* infection in adults, co-packaged for a 14-day treatment course • Vonoprazan is a new molecular entity that suppresses gastric acid secretion by inhibiting the H+, K+-ATPase enzyme system in a potassium competitive manner • Available as a dual product (Voquezna Dual Pak) containing vonoprazan and amoxicillin or Available as a triple combination product (Voquezna Triple Pak) containing vonoprazan, amoxicillin, and clarithromycin • Evaluated in 1 trial compared to traditional *H. pylori* treatment including lansoprazole, amoxicillin, and clarithromycin (LAC) • Among all randomized patients with *H. pylori*, Voquezna Dual Pak had a cure rate of 77.2% compared to a cure rate of 68.5% with LAC • Voquezna Dual Pak and Triple Pak's place in therapy is yet to be determined, but it is likely to be used as a later-line agent for refractory cases | • NF • Do not add to EMMI list |
| baclofen oral granules (Lyvispah) SKELETAL MUSCLE RELAXANTS & COMBINATIONS | • baclofen tablets • baclofen soln (Ozobax) • baclofen susp (Fleqsuvy) | • Granules; Oral in 5 mg, 10 mg, and 20 mg packets • Increase dose slowly in divided doses until clinical response; max dose 80 mg daily (20 mg QID); can be emptied into the mouth, mixed with liquids or soft foods, or be given via feeding tube | For the treatment of spasticity from MS, particularly for the relief of flexor spasms and concomitant pain, clonus, and muscular rigidity; may also be used in patients with spinal cord injuries/disease Limitations of Use: Not indicated in the treatment of skeletal muscle spasm resulting from rheumatic disorders | • ADRs≥ 15%: drowsiness, dizziness, and weakness | • Lyvispah is the third oral alternate dosage formulation of baclofen, available as an oral granule • Approved based on bioequivalence to baclofen oral tablets • Lyvispah does not require refrigeration and can be emptied in the mouth, mixed with liquids or soft foods, or be given via feeding tube • Received provider feedback that states there is not a need for this drug • Provides little compelling clinical advantage over existing agents | • Tier 4/Not Covered |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 541 of 980

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| | | | | | Recommendation |
|---|---|---|---|---|---|
| benzoyl peroxide 5% cream (Epsolay)<br><br>ACNE AGENTS: TOPICAL ACNE & ROSACEA | • benzoyl peroxide gel<br>• azalaic acid (Finacea gel)<br>• metronidazole gel | • Cream; Topical<br>• Available as a 30 g pump<br>• Apply to the affected areas once daily | For the treatment of inflammatory lesions of rosacea in adults | • ADRs ≥1%: application site reactions: pain, erythema, pruritis and edema | • Epsolay is a new benzoyl peroxide cream for the treatment of inflammatory lesions of rosacea<br>• Differs from other benzoyl peroxides in its microencapsulation technology and controlled-release formulation, but no head-to-head clinical trials compare Epsolay to other benzoyl peroxides or rosacea drugs to determine if there is any added benefit<br>• A little less than half of Epsolay treated patients achieved IGA success and the drug was well tolerated<br>• Inflammatory lesions of rosacea are typically treated with: metronidazole, azelaic acid, ivermectin, doxycycline or isotretinoin; benzoyl peroxide is not a 1st-line treatment option for rosacea<br>• Provides little compelling clinical advantage over existing agents in the treatment of rosacea | • Tier 4/Not Covered |
| cyclosporine 0.1% ophthalmic emulsion (Verkazia)<br><br>OPHTHALMIC: DRY EYE | • cyclosporine 0.09% (Cequa)<br>• cyclosporine 0.05% (Restasis)<br>• Cromolyn 4%<br>• Lodoxamide 0.1% (Alomide) | • Ophthalmic emulsion 0.1% (0.3 mL vial)<br>• 5 vials are packaged in an aluminum pouch; 6, 12, or 24 pouches are packaged in a box<br>• Each box contains either 30, 60 or 120 vials<br>• 1 gtt QID | treatment of Helicobacter pylori (H. pylori) infection in adults | ≥ 1%: pain, erythema, pruritis, edema/swelling | • Mast cell stabilizer/antihistamine are recommended for first line treatment of VKC<br>• Verkazia is the first cyclosporine ophthalmic emulsion FDA approved for VKC – however other forms of cyclosporine ophthalmic are recommended for treatment<br>• Providers would like to have the higher concentration available<br>• Verkazia provides little to no compelling clinical advantage over existing agents to treat VKC | • NF<br>• Add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022

Case 2:25-cv-00041-M-RN   Document 75-1   Filed 12/05/25   Page 542 of 980

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| | | | | | |
|---|---|---|---|---|---|
| daridorexant (Quviviq)<br><br>SLEEP DISORDERS: INSOMNIA AGENTS | • zolpidem 12.5mg (Ambien CR)<br>• eszopiclone (Lunesta)<br>• suvorexant (Belsomra)<br>• lemborexant (Dayvigo) | • Tablet; Oral<br>• Tablets: 25 mg, 50 mg; each comes in a 30 count bottle | Multiple Sclerosis associated spasticity | • Eye pain (12%) | • Quviviq is the third DORA approved for insomnia (sleep onset and maintenance)<br>• Quviviq has the same contraindications, drug interactions, and warnings compared to the other DORAs (Dayvigo and Belsomra)<br>• All the DORAs carry a risk of somnolence; Quviviq has the additional slightly higher incidence of headache compared to the other DORAs<br>• Quviviq does not have Alzheimer's insomnia and driving performance data, unlike its competitors<br>• Quviviq has not been studied in any head to head trials with any other insomnia agents<br>• In its clinical trial results, a dose dependent response was observed, with the higher 50 mg strength reaching improved efficacy for all primary endpoints relative to the 25 mg strength and placebo<br>• Quviviq provides no significant clinical advantages compared to other existing insomnia agents | • UF Before Branded Agents Step<br>• Add to EMMI list |
| donepezil patch (Adlarity)<br><br>ALZHEIMER'S AGENTS | • donepezil (Aricept, Aricept ODT)<br>• rivastigmine patch (Exelon patch)<br>• galantamine | • System; Transdermal<br>• Transdermal System;<br>• 5 mg/day and 10 mg/day | • Rosacea | • Eye pruritus (8%) | • Adlarity is a topical formulation of donepezil indicated for mild, moderate, and severe Alzheimer's dementia<br>• It is the second topical AChEI for treatment of AD dementia<br>• No new clinical studies were completed, only demonstrated bioequivalence to donepezil tablets<br>• Offers once weekly treatment frequency, the longest of comparative agents for AD dementia<br>• Provides another option for treatment of Alzheimer's associated dementia | • NF<br>• Do not add to EMMI list |

| | | | | |
|---|---|---|---|---|
| edavarone oral suspension (Radicava ORS)<br><br>NEUROLOGIC AL AGENTS MISCELLANEO US | • riluzole (Rilutek)<br>• riluzole film (Exservan)<br>• edaravone IV (Radicava IV) | • Suspension; Oral 105 mg (5 mL) orally or feeding tube (NG, PEG) in the morning after overnight fasting. Food should not be consumed for 1 hour after administration except water.<br>• Initial course: daily dosing for 14 days followed by 14 days drug-free<br>• Subsequent: daily dosing for 10 days out of 14-day period, followed by 14 days drug-free | • vernal keratoconjunctiviti s | • ≥ 5%: headache, somnolence | • Radicava ORS is another formulation of edaravone<br>• No new clinical studies were published for FDA approval, the oral solution demonstrated bioequivalence to IV edaravone<br>• ICER Review 2022, for a narrow subset of ALS patients, IV edaravone demonstrated a clinically meaningful change in ALSFRS-R scores; and as a result deems oral edaravone to be comparable or incremental compared to riluzole<br>• JAMA Neurology 2022, long term cohort study concludes that addition of IV edaravone to standard treatment (riluzole) did not cause a significant change to disease progression rates, time to noninvasive ventilation, and survival probability<br>• Provides another treatment option for ALS patients | • UF<br>• Do not add to EMMI list |
| ganaxolone oral suspension (Ztalmy)<br><br>ANTICONVULS ANTS-ANTIMANIA AGENTS | • levetiracetam oral soln<br>• valproic acid oral soln<br>• vigabatrin powder packet | • Suspension; Oral<br>• Oral suspension (50mg/mL)<br>• 110 mL per bottle | • treatment of adult patients with insomnia, characterized by difficulties with sleep onset and/or sleep maintenance | • 505(b)(2) to oral donepezil | • Ztalmy is indicated for seizures associated with CDD<br>• CDD is a rare pediatric neurodevelopmental disorder with early onset and severe, refractory, multiple, evolving seizure types<br>• Ztalmy's clinical trial demonstrated a 27% median reduction of motor seizure frequency in CDD patients relative to placebo<br>• No head to head trials with other AEDs are available at this time<br>• Ztalmy is another anti-epileptic option for refractory seizures in CDD | • UF<br>• Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022

Page 59 of 73
AR1732

| | | | | |
|---|---|---|---|---|
| insulin glargine solostar authorized biologic<br><br>INSULINS: BASAL | • insulin glargine (Lantus, Semglee, -yfgn, Basaglar) | • Injectable; Injection<br>• 100 units/mL<br>• 10 mL MDV<br>• 3 mL single-patient-use prefilled pen | mild, moderate, and severe dementia of the Alzheimer's type | • Headache, pruritus, insomnia, cramps, abd pain, const/diar | • Current condition set is only one product step preferred (Lantus) and all others NF and non-step preferred<br>• Insulin glargine by Winthrop is another insulin glargine formulation approved for Type 1 and Type 2 diabetes mellitus in adults and pediatrics<br>• 7th long acting basal insulin analog<br>• Utilize clinical trials from the original Lantus NDA application<br>• No differences in efficacy or safety compared to another insulin glargine<br>• Provides no compelling clinical advantage over existing formulary agents | • UF and Non-Step Preferred<br>• Add to EMMI list |
| leuprolide SC injection (Camcevi Kit)<br><br>LHRH AGONISTS-ANTAGONISTS | • leuprolide (Eligard)<br>• leuprolide (Lupron Depot)<br>• leuprolide (Fensolvi) | • Emulsion; Subcutaneous<br>• 42 mg administered subcutaneously once every 6 months<br>• Injectable emulsion: 48 mg leuprolide mesylate = 42 mg leuprolide | treatment of amyotrophic lateral sclerosis | (≥10%) contusion, gait disturbance, headache | • Camcevi is the 3rd leuprolide formulation approved for the treatment of advanced prostate cancer<br>• Approval was based on the results from an open-label, single-arm study, where 98% of eligible patients achieved castrate levels (serum testosterone suppression to ≤ 50 ng/dL) at 28 days, and 97% maintained this endpoint through 336 days<br>• No head-to-head studies have been completed with other leuprolide formulations<br>• Camcevi provides no compelling clinical advantage compared to existing formulary agents | • NF |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022

Page 60 of 73

AR1733

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 545 of 980

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| Drug / Class | Alternatives | Dosage | Indication | Adverse Effect | Notes | Recommendation |
|---|---|---|---|---|---|---|
| mavacamten (Camzyos)<br>CARDIOVASCULAR AGENTS MISCELLANEOUS | • diltiazem (Cardizem)<br>• metoprolol (Toprol XL)<br>• propranolol (Inderal LA)<br>• verapamil (Calan SR)<br>• disopyramide (Norpace) | • Capsule; Oral<br>• 2.5, 5, 7.5 or 10 mg caps<br>• Complicated dosage titration/adjustment based on LV outflow track gradient ad | Seizures associated with CDKL5 deficiency (CDD); DEA schedule pending | somnolence | • 1st cardiac myosin inhibitor for treatment of NYHA class II-III obstructive hypertrophic cardiomyopathy (oHCM)<br>• Guidelines recommend non-vasodilating beta blockers, non-DHB CCB, and disopyramide or surgery for severe cases<br>• Limited evidence suggests potential benefit in cardiac remodeling, rather than just treating symptoms (BB, CCB, disopyramide treat symptoms)<br>• REMS program implemented for risk of heart failure with treatment<br>• ICER rated as promising but inconclusive compared to disopyramide or usual care due to lack of mortality data, lack of active comparator data and risk of heart failure | • UF<br>• Do not add to EMMI list |
| tapinarof 1% cream (Vtama)<br>PSORIASIS AGENTS | • calcipotriene/betamethasone (Taclonex)<br>• calcipotriene 0.005% (Dovonex)<br>• pimecrolimus 1% (Elidel)<br>• ruxolitinib 1.5% (Opzelura) | • Cream; Topical<br>• Cream (1%); 1 gram = 10 mg of tapinarof<br>• 60 g tube | T1DM and T2DM | pyrexia | • Aryl hydrocarbon receptor agonist for treatment of psoriasis in adults<br>• Vtama 1% cream was evaluated in two clinical trials and achieved significant reduction in PGA scores relative to placebo<br>• No head-to-head studies with other topical agents<br>• Most common adverse events include folliculitis, nasopharyngitis, contact dermatitis, headache, pruritus, and influenza<br>• Vtama offers an additional option for treating psoriasis, however numerous alternative formulary agents are available, its use is limited to a single indication, there is no direct comparative efficacy data available at this time, and its place in therapy is unclear | • NF<br>• Add to EMMI list |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 546 of 980

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| | | | | |
|---|---|---|---|---|
| testosterone undecanoate 112.5 mg capsule (Tlando) ANDROGENS- ANABOLIC STEROIDS: TESTOSTERO NE REPLACEMEN T THERAPIES | • Fortesta Gel<br>• Testim Gel<br>• Androgel<br>• Jatenzo Cap<br>• Androderm Patch | • Capsule; Oral<br>• Dose: 225 mg PO BID w/ food<br>• Available as 112.5 mg capsules<br>• Bottles of #120 | For testosterone replacement therapy in adult males for conditions associated with a deficiency or absence of endogenous testosterone; Limitations of Use: safety and efficacy in males < 18 years old have not been established | ADRs ≥ 2%: increased blood prolactin, hypertension, increased hematocrit, upper respiratory tract infection, weight increased, headache, and musculoskeletal pain | • Tlando is the 2nd oral capsule testosterone undecanoate and the 14th available testosterone<br>• Unlike Jatenzo, Tlando does not require dose titration<br>• In an open-label, single-arm study, 80% of patients taking Tlando met the primary outcome specified testosterone concentration<br>• Tlando was well tolerated<br>• There are numerous alternative testosterone formulations available; Tlando's place in therapy remains unclear, and there is no compelling clinical advantage over existing formulary agents | • NF and Non-Step Preferred<br>• Add to EMMI list |

| | | | | |
|---|---|---|---|---|
| tirzepatide SC injection (Mounjaro)<br><br>DIABETES NON-INSULIN; GLUCAGON-LIKE PEPTIDE-1 (GLP-1) RECEPTOR AGONISTS INJECTABLE | • dulaglutide (Trulicity)<br>• semaglutide (Ozempic)<br>• exenatide (Bydureon BCise) | • Injectable; Injection 2.5mg, 5mg, 7.5mg, 10mg, 12.5mg, or 15mg SQ once weekly in pre-filled single dose auto-injector pens | treatment of adults with symptomatic New York Heart Association (NYHA) class II-III obstructive hypertrophic cardiomyopathy (HCM) to improve functional capacity and symptoms.<br><br>seasonal allergy | • Mounjaro is the first dual acting GLP-1 and GIP agonist approved for use in adults with T2DM as an adjunct to diet and exercise administered SubQ once weekly<br>• Tirzepatide was studied for T2DM in the SURPASS clinical trial program and was evaluated against other GLP1RAs (semaglutide and dulaglutide), rapid-acting and basal insulins, oral agents, and as monotherapy in treatment naïve patients<br>• The primary end point (HbA1c reduction) was statistically significant in comparison to baseline, with average A1c reductions between 1.8-2.1% for 5 mg and between 1.7-2.4% for both 10 mg and 15 mg strengths<br>• Patients lost between 12 lb. (5 mg strength) and 25 lb. (15 mg strength) on average<br>• Most common ADRs are GI-related including nausea, diarrhea, decreased appetite, vomiting, constipation, indigestion (dyspepsia), and stomach (abdominal) pain<br>• Warnings and contraindications are similar to the GLP1RA class<br>• Ongoing studies for Mounjaro are numerous and include use for weight loss in those without diabetes, NASH, and heart failure with preserved ejection fraction<br>• Mounjaro is the first dual-acting GLP1/GIP agonist approved for adults with T2DM and has shown a clinically significant improvement in glycemic control as well as weight loss with similar ADRs to the GLP1RAs<br>• Given that other GLP1RAs have an additional indication for CV risk reduction, true utility of Mounjaro remains unclear until the CVOT (SURPASS-CVOT) is completed | • NF<br>• Add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 548 of 980

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| May 2022 | **Newly Approved Drugs per 32 CFR 199.21(g)(5) Designated UF** <br> *Similar agents are already on list* <br> • daridorexant (Quviviq) <br><br> **Designated NF:** <br> *No reason to exempt from NF-2-Mail requirement, similar agents are already on list, and pending final cost:* <br> • amlodipine oral solution (Norliqva) <br> • cyclosporine 0.1% ophth emulsion (Verkazia) <br> • insulin glargine solostar authorized biologic <br> • tapinarof 1% cream (Vtama) <br> • testosterone undecanoate  112.5 mg caps (TLando) <br> • tirzepatide (Mounjaro) | **Beta Blockers** <br> *Comparable pricing at mail order vs MTFs or retail:* <br> • nebivolol (Bystolic; generics) <br><br> **Drug Class Reviews** <br> **Designated UF:** <br>   **OABs** <br>   *Comparable pricing at mail order vs MTFs or retail:* <br> • mirabegron (Myrbetriq) <br> • mirabegron (Myrbetriq Granules) <br> • vibegron (Gemtesa) <br><br>   **Antidepressants/Non-Opioid Pain Drugs** <br>   *Comparable pricing at mail order vs MTFs or retail* <br> • vortioxetine (Trintellix) <br> • vilazodone (Viibryd) <br><br> **Designated NF:** <br>   **Antidepressants/Non-Opioid Pain Drugs** <br>   *Comparable pricing at mail order vs MTFs or retail:* <br> • paroxetine mesylate (Pexeva) <br> • duloxetine DR (Drizalma sprinkle) <br> • levomilnacipran (Fetzima) <br> • milnacipran (Savella) <br> • bupropion hydrobromide XR (Aplenzin) <br> • gabapentin ER 24 hr tablets (Gralise) <br> • gabapentin enacarbil (Horizant) <br><br> **Newly Approved Drugs per 32 CFR 199.21(g)(5)** <br> **Designated UF:** <br>   *Not yet clear if feasible to provide through mail:* <br> • alpelisib (Vijoice) <br> • edaravone ORS (Radicava) <br> • mavacamten (Camzyos) <br><br>   *Acute use exception applies* <br> • amoxicillin; vonoprazan (Voquezna Dual Pak) <br> • amoxicillin; clarithromycin; vonoprazan (Voquezna Triple Pak) <br><br>   *Drugs in class not currently represented on EMMPI List* <br> • ganaxolone oral suspension (Ztalmy) <br><br> **Designated NF:** <br>   *Not yet clear if feasible to provide through mail:* <br> • leuprolide SC injection (Camcevi) <br><br>   *Comparable pricing at mail order vs MTFs or retail:* <br> • donepezil patch (Adlarity) |

Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 98 of 73

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 549 of 980

AR1737

**Upon signing:** October 26, 2022

**Two weeks after signing:** November 9, 2022

**30 Days after Signing:** November 30, 2022

**60 days after signing:** December 28, 2022

**90 days after signing:** January 5, 2023

**Termination of NDAA 2018 Medication Adherence Pilot:** December 31, 2022 (as per statute)

**120 Days after signing:** March 1, 2023

   **\* Note that implementation occurs the first Wednesday following "X" days after signing of the minutes in all points of service.**

AR1738

Appendix H—Not Covered Drugs and Therapeutic Alternatives*

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| August 2022 | Skeletal Muscle Relaxants | • baclofen oral solution (Lyvispah) | • baclofen oral solution (Ozobax)<br>• baclofen oral suspension (Fleqsuvy)<br>• baclofen tablets | • 120 days |
| August 2022 | Acne Agents: Topical Acne & Rosacea | • benzoyl peroxide 5% cream (Epsolay) | • benzoyl peroxide gel OTC and Rx versions<br>• azaleic acid 15% gel (Finacea gel)<br>• metronidazole 1% gel<br>• brimonidine 0.33% gel (Mirvaso)<br>• ivermectin 1% cream (Soolantra)<br>• minocycline 1.5% topical foam (Zilxi)<br>• minocycline 4% foam (Amzeeq)<br>• minocycline 50 mg tablets | • 120 days |
| May 2022 | Nephrology Agents Miscellaneous | • budesonide (Tarpeyo) | • prednisone<br>• methylprednisolone<br>• budesonide delayed release capsules (Entocort EC, generics) | • November 30, 2022 (120 days) |
| May 2022 | Narcotic Analgesics and Combinations | • celecoxib/ tramadol (Seglentis) | • tramadol<br>• celecoxib | • November 30, 2022 (120 days) |
| May 2022 | Anticholinergics-Antispasmodics | • glycopyrrolate (Dartisla ODT) | • glycopyrrolate tablets<br>• glycopyrrolate oral solution (Cuvposa)<br>• omeprazole<br>• famotidine | • November 30, 2022 (120 days) |
| May 2022 | Endocrine Agents Miscellaneous | • levoketoconazole (Recorlev) | • ketoconazole<br>• metyrapone (Metopirone)<br>• osilodrostat (Isturisa)<br>• pasireotide (Signifor LAR -medical benefit) | • November 30, 2022 (120 days) |
| May 2022 | Diuretics | • torsemide 20 mg and 60 mg tablets (Soaanz) | • torsemide<br>• furosemide<br>• bumetanide<br>• ethacrynic acid | • November 30, 2022 (120 days) |
| May 2022 | Acne Agents: Topical Acne & Rosacea | • tretinoin 0.1%/ benzoyl peroxide 3% topical cream (Twyneo) | • tretinoin cream<br>• benzoyl peroxide cream | • November 30, 2022 (120 days) |

Appendix H—Not Covered Drugs and Therapeutic Alternatives
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022
Page 980 of 73

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 551 of 73

AR1739

Appendix H—Not Covered Drugs and Therapeutic Alternatives

| P&T Committee Meeting Date | Drug Class | Tier 4/Not Covered Product | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| February 2022 | Pain Agents: NSAIDs | • celecoxib oral solution (Elyxyb) | • celecoxib tablets<br>• ibuprofen<br>• naproxen<br>• diclofenac<br>• numerous other NSAIDs or combos | • August 24, 2022 (120 days) |
| Nov 2021 | Antianxiety Agents: Benzodiazepines | • lorazepam ER capsule (Loreev XR) | • lorazepam IR tablets<br>• alprazolam IR and XR tablets | • June 15, 2022 (120 days) |
| Nov 2021 | Migraine Agents | • dihydroergotamine mesylate nasal spray (Trudhesa) | • DHE nasal spray<br>• sumatriptan nasal and oral<br>• rizatriptan<br>• zolmitriptan<br>• eletriptan | • June 15, 2022 (120 days) |
| Aug 2021 | Antilipidemic-1s | • rosuvastatin/ ezetimibe (Roszet) | • rosuvastatin with ezetimibe<br>• atorvastatin with ezetimibe<br>• simvastatin/ezetimibe (Vytorin)<br>• evolocumab (Repatha)<br>• alirocumab (Praluent) | • June 15, 2022 (120 days) |
| May 2021 | Anticonvulsants-Antimania Agents | • levetiracetam (Elepsia XR) | • levetiracetam ER<br>• lamotrigine XR<br>• topiramate ER | • June 15, 2022 (120 days) |

*The P&T Committee may recommend complete exclusion of any pharmaceutical agent from the TRICARE pharmacy benefits program the Director determines provides very little or no clinical effectiveness relative to similar agents. All TRICARE Tier 4/not covered drugs were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018. The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms.

Drugs recommended for Tier 4/Not Covered status will not be available at the MTFs or Mail Order points of service. Beneficiaries will be required to pay the full out-of-pocket cost for the Tier 4/Not Covered drug at the Retail points of service.

The first Tier 4 products were designated at the February 2019 P&T Committee meeting, with implementation occurring on August 28, 2019. For a cumulative listing of all Tier 4 drugs to date, refer to previous versions of the DoD P&T Committee quarterly meeting minutes, found on the heatlh.mil website.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 552 of 980

AR1740

Note: GCN Additions will be implemented the first Wednesday two weeks after signing of the
minutes, with the deletions implemented at 120 days.

| DoD P&T Meeting | RETAIN or ADD to the MHS GENESIS OTC List | REMOVE from the MHS GENESIS OTC List |
|---|---|---|
| **Vitamins Fat Soluble** | | |
| May 2022 | **Add these GCNs**<br><br>• 99882 vitamin D3 (cholecalciferol) 2000 unit caps<br>• 12309 vitamin D3 (cholecalciferol) 2000 unit tabs<br>• 98425 vitamin D3 (cholecalciferol) 50,000 unit caps<br><br>**Retain these GCNs**<br><br>• 53740 vitamin D3 (cholecalciferol) 400 unit tabs<br>• 00223 vitamin D3 (cholecalciferol) 1000 unit tabs<br>• 93242 vitamin D3 (cholecalciferol) 5000 unit caps<br>• 26416 vitamin D3 (cholecalciferol) 400 unit/mL drops<br>• 94411 vitamin D3 (cholecalciferol) 8000 unit/mL drops<br><br>Note: Vitamin D2 (ergocalciferol) 50,000 unit caps are legend and available at all 3 points of service. | |

**DoD P&T Committee Updates to Approval Authorities**
Note that updates are in **bold** font.

### Table 1.  Processes and Recommendation/Approval Authorities For August 2022 DoD P&T Committee Meeting

| Process | Function |
|---|---|
| **Administrative** (not part of DoD P&T Committee process; Beneficiary Advisory Panel (BAP) comments not required; Director, DHA, approval not required)<br><br>Responsible parties include: TPharm4 (Mail Order Pharmacy and Retail Pharmacy Network) Contracting Officer Representative ( CORs), DHA Pharmacy Program, DHA Office of General Counsel, and Pharmacy Operations Division Formulary Management Branch (FMB) staff; **P&T Committee Chair and others as needed** | • Identification of new FDA-approved medications, formulations, strengths, package sizes, fixed dose combinations, etc.<br>• If situation unclear, determination as to whether a new FDA-approved medication is covered by TRICARE.<br>• If situation unclear, determination as to whether a new FDA-approved medication is part of the pharmacy benefit (e.g., IV infusions).<br>• If situation unclear, determination as to whether a new FDA-approved medication is suitable for dispensing through the TRICARE Mail Order Pharmacy (e.g., Accutane with proof of negative pregnancy testing requirements).<br>• Calculating and implementing quantity limits.  The QLs will be reviewed by the DoD P&T Committee at the next meeting.<br>• Making changes to quantity limits as needed based on non-clinical factors such as changes to packaging (e.g., medication previously available in boxes of 5 now only available packaged in boxes of 8).<br>• **Establishing and making changes to days supply and quantity limits for specialty medications as needed, consistent with days supply or quantity limits for similar agents, expert opinion from providers and specialty pharmacists, dosing, package sizes, and other considerations, to be reviewed by the DoD P&T Committee at the next meeting.**<br>• Establishing adjudication edits (Pharmacy Data Transaction Service [PDTS] limitations which are set well above the clinical maximum and are intended to prevent entry errors [e.g., entering a quantity of 17 for a 17-gram inhaler for which the actual unit of measure is 1 inhaler] or are intended to limit diversion.<br>• Implementing prior authorization (PA) requirements if already established through the DoD P&T Committee process for a given medication or class of medications.<br>• Implementing step therapy (automated PA criteria) for a new entrant to a medication class if already established through the DoD P&T Committee process.  The entrant will be designated as "non step preferred" (i.e., behind the step).  The step therapy criteria for the new entrant will be reviewed by the DoD P&T Committee at the next meeting.<br>• Making minor changes to prior authorization forms or Medical Necessity (MN) forms NOT involving changes to underlying criteria, such as correcting contact information or rewording clinical questions.<br>• Making changes to PA criteria, MN criteria, quantity limits and any associated documents to accommodate new FDA-approved indications or to respond to changes in FDA-recommended safety limitations (changes will be reviewed by DoD P&T Committee at next meeting).<br>• Applying general MN criteria to drugs newly approved by the FDA after August 26, 2015 (previously known as "innovator" drugs), as outlined in the August 2015 DoD P&T Committee meeting minutes.<br>• Designated drugs newly approved by the FDA after August 26, 2015 with no formulary alternatives to adjudicate as UF (Tier 2 co-pay), after consultation |

Appendix J—Table of Administrative Authorities
Minutes & Recommendations of the DoD P&T Committee Meeting August 3-4, 2022

Page 980

with a DoD P&T Committee physician member or MHS specialist prior to formal vote from the DoD P&T Committee. All newly approved drugs, including those that the Pharmacy Operations Division has determined have no formulary alternatives will be reviewed by the DoD P&T Committee at the next meeting, as outlined in the February 2016 DoD P&T Committee meeting minutes.

- Establishing temporary specific PA criteria or MN criteria for select drugs newly approved by the FDA after August 26 2015, to be implemented at the time of product launch, after consultation with a DoD P&T Committee physician member or MHS specialist, prior to formal vote by the DoD P&T Committee, as outlined in the February 2016 DoD P&T Committee meeting minutes. All temporary specific PA or MN criteria will be reviewed by the DoD P&T Committee at the next meeting. The temporary specific PA or MN criteria will only be active until the formal P&T Committee process is complete. Implementation of permanent criteria will become effective upon signing of the DoD P&T Committee minutes. All users who have established temporary specific PA or MN criteria will be "grandfathered" when the permanent criteria become effective, unless directed otherwise.

- Establishing drug class definitions for maintenance medications as part of the Expanded MTF/Mail Order Pharmacy Initiative.

- Exempting NF medications from the requirement for TRICARE Mail Order Pharmacy dispensing where Trade Act Agreement conflicts preclude purchase for use by the Mail Order Pharmacy; for products that will be discontinued from the market; or for products that are not feasible to provide through the Mail Order Pharmacy (e.g., shortages, access requirements).

- Exempting medications or classes of medications previously identified for addition to the Expanded MTF/Mail Order Pharmacy Initiative from the requirement for Mail Order Pharmacy dispensing in cases where Trade Act Agreement conflicts preclude purchase for use by the Mail Order Pharmacy; for products that will be discontinued from the market; or for products that are not feasible to provide through the Mail Order Pharmacy (e.g., shortages, access requirements).

- After consultation with the Chair of the DoD P&T Committee, implementing "brand over generic" authorization and PA criteria for drugs with recent generic entrants where the branded product is more cost effective than the generic formulations. The branded product will continue to be dispensed, and the generic product will only be available upon prior authorization. The branded product will adjudicate at the Tier 1 co-pay at the Retail Pharmacy Network and Mail Order Pharmacy. The "brand over generic" authority will be removed when it is no longer cost effective to the MHS. These actions will be reviewed by the DoD P&T Committee at the next meeting, as outlined in the May 2016 DoD P&T Committee meeting minutes.

- Designating "line extension" products to retain the same formulary status and any applicable PA/step therapy or MN criteria as the "parent" drug. Line extensions will be reviewed by the DoD P&T Committee at the next meeting. Line extensions are defined as having the same FDA-approved indication as the parent drug, and must be from the same manufacturer. Line extensions may also include products where there are changes in the release properties of parent drug, for example, an immediate release preparation subsequently FDA-approved as a sustained release or extended release formulation, available from the same manufacturer as the parent drug. The line extension definition is outlined in the May 2014 and November 2016 DoD P&T Committee meeting minutes.

|  | <ul><li>Removing medications withdrawn from the U.S. market from Basic Core Formulary (BCF) or Extended Core Formulary (ECF) listings and other documents.</li><li>Providing clarifications to existing BCF/ECF listings in the event of market entrant of new dosage strengths, new formulations, new delivery devices (e.g., HandiHaler vs. Respimat inhaler) or manufacturer removal/replacement of products (e.g., mesalamine Asacol changed to Delzicol). BCF clarifications of this type will be reviewed by the DoD P&T Committee at the next meeting.</li><li>Providing clarifications to existing listings on the BCF or ECF to designate specific brands/manufacturers when a national contract (e.g., joint DoD/VA, Defense Logistics Agency) is awarded for a given product.</li><li>Other functions as necessary to accomplish the functions listed above; for example, making changes to PDTS coding for TPharm4, communicating status of medications as part of the pharmacy or medical benefit to Managed Care Support Contractors (MCSCs), and making changes to the DHA "health.mil" website.</li><li>Adding or removing products from the Specialty Agent Reporting List that have previously been designated by the DoD P&T Committee. The Specialty Agent Reporting List is maintained for purposes of monitoring specialty drug utilization trends and spends, and is based on the definition of a specialty drug previously agreed upon by the DoD P&T Committee at the August 2014 meeting.</li><li>Adding or deleting drugs or drug classes from the Clinical Services Drug List, based on approved P&T Committee criteria, which identifies drugs for which specialty care pharmacy services are provided at the Mail Order Pharmacy under the TRICARE pharmacy contract. The list also designates which drugs must be filled through the Specialty Drug Home Delivery Program or at specified Retail Network pharmacies. Addition or deletion of drugs or drug classes from the Clinical Services Drug List will be formally reviewed by the DoD P&T Committee at the next meeting.</li><li>In order to avert or respond to drug shortages due to widespread (national or worldwide) emergency situations (e.g., pandemics) and after consultation with the Chair of the DoD P&T Committee and other parties as needed (e.g., Deputy Assistant Director – Health Affairs), applying manual PA criteria or Quantity Limits to certain drugs, to ensure adequate supply and or appropriate usage in the MHS. Any actions taken will be presented to the P&T Committee at the next meeting. PAs and/or QLs implemented in these situations will removed when the situation has resolved.</li><li>**FDA approval of a device or supply does not require consideration by the DoD P&T Committee. If deemed appropriate, identification of new FDA approved devices or supplies and determination as to whether a new FDA approved device or supply should be considered for coverage by TRICARE Pharmacy Benefit. This includes new versions or models. If determination made to consider for coverage, timeline for review by DoD P&T Committee. The DoD P&T Committee must evaluate cost and clinical effectiveness for inclusion on the benefit and resulting formulary status recommendation. Additionally, devices or supplies may be reviewed periodically and may be designated UF, NF or excluded/removed from the pharmacy benefit.**</li><li>**Designating "line extension" devices to retain the same formulary status and any applicable PA/step therapy or MN criteria as the "parent" or previous version device that have already been added to the TRICARE Pharmacy Benefit. Line extensions for devices will be reviewed by the**</li></ul> |

| | |
|---|---|
| | **DoD P&T Committee at the next meeting. Line extension devices are defined as having the same indication, being a newer version or model of an already covered device, same pricing, and must be from the same manufacturer.** |
| **Approval by Director, DHA, required based on DoD P&T Committee recommendations and BAP comments** | <ul><li>Classification of a medication as non-formulary on the Uniform Formulary (UF), and implementation plan (including effective date).</li><li>Classification of a medication as Tier 4 (not covered) on the Uniform Formulary, for products selected for complete exclusion that provide very little or no clinical effectiveness relative to similar agents, and implementation plan (including effective date).</li><li>Establishment of prior authorization requirements for a medication or class of medications, a summary/outline of prior authorization criteria, and implementation plan (including effective date).</li><li>Changes to existing prior authorization (e.g., due to the availability of new efficacy or safety data).</li><li>Discontinuation of prior authorization requirements for a drug.</li><li>Clarification of a medication as non-formulary due to NDAA Section 703 regulations, and implementation plan (effective date).</li><li>Establishing pre-authorization criteria for drugs recommended as non-formulary due to NDAA Section 703 regulations.</li><li>Addition or deletion of over-the-counter (OTC) drugs to the Uniform Formulary, and designating products recommended for a co-payment waiver.</li><li>Removal of co-pays or reducing co-pays for an individual drug (e.g., branded product available at the Tier 1 co-pay).</li><li>Designating individual generic drugs as non-formulary (Tier 3 co-pay).</li><li>**The Director may approve devices or supplies as recommended by the P&T Committee and the BAP; however approval is not required. Even if excluded from the pharmacy benefit, devices or supplies continue to be covered under the TRICARE medical benefit.**</li><li>**Devices or supplies approved for addition to the pharmacy benefit may be designated UF or NF with prior authorization criteria and implementation plans as recommended by the DoD P&T Committee and BAP.**</li></ul> |
| **Approval by Director, DHA, required based on DoD P&T Committee recommendations** (not required to be submitted to BAP for comments) | <ul><li>Establishment of quantity limits for a medication, **device or supply** or class of medications, devices or supplies; deletion of existing quantity limits; or changing existing quantity limits based on clinical factors (e.g., new clinical data or dosing regimens).</li><li>Establishment and changes of MN criteria for non-formulary drugs, **devices or supplies.**</li><li>Addition or deletion of medications, **devices or supplies** listed on the Basic Core Formulary (BCF) or Extended Core Formulary (ECF).</li><li>Addition or deletion of drugs or drug classes, **devices or supplies** on the Expanded MFT/Mail Order Pharmacy Initiative Program.</li><li>For OTC products added or deleted from the UF, adding or removing the requirement for a prescription waiver.</li><li>Including or excluding drugs or drug classes, **devices or supplies** from the Mail Order Pharmacy auto refill program.</li><li>Exempting NF medications, **devices or supplies** from the requirement for dispensing from the Mail Order Pharmacy (e.g., schedule II drugs,</li></ul> |

| | |
|---|---|
| | antipsychotics, oncology drugs, or drugs not suitable for dispensing from the Mail Order).<br><br>• Addition or deletion of drugs or drug classes from the Clinical Services Drug List, which identifies drugs for which specialty care pharmacy services are provided at the Mail Order Pharmacy under the TRICARE pharmacy contract. The list also designates which drugs must be filled through the Specialty Drug Home Delivery Program or at specified Retail Network pharmacies. |

Appendix J—Table of Administrative Authorities
Minutes & Recommendations of the DoD P&T Committee Meeting February 9-10, 2022

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 558 of 980 Page 73 of 73

AR1746

# EXECUTIVE SUMMARY

## Uniform Formulary Beneficiary Advisory Panel
## Meeting September 29 2022

### For the August 2022 DoD Pharmacy and Therapeutics Committee Meeting

The Uniform Formulary Beneficiary Advisory Panel (UFBAP) convened at 10:00 A.M. EDT on September 29, 2022 via teleconference. The current meeting took place over 2 hour and 30 minutes. The information presented included the recommendations from the August 2022 DoD Pharmacy and Therapeutics Committee (P&T) meeting.

The detailed meeting information is found starting on page 10.

## UNIFORM FORMULARY (UF) DRUG CLASS REVIEWS

I.     UF CLASS REVIEWS—Antidepressants and Non-Opioid Pain Agents:
       Subclasses for the following:

- Selective Serotonin Reuptake Inhibitors (SSRIs)
- Selective Serotonin/Norepinephrine Reuptake Inhibitors (SNRIs)
- Norepinephrine/Dopamine Reuptake Inhibitors (NDRIs)
- Gamma-Aminobutyric Acid Analogs (GABAs)

A. Antidepressants And Non-Opioid Pain Agents—UF/NF Recommendations

- **UF**
    - vortioxetine (Trintellix) *moves from NF to UF*
    - vilazodone (Viibryd) *moves from NF to UF*
    - Note that the antidepressants in the class that are currently available in generic formulations will remain UF

- **NF**
    - paroxetine mesylate (Pexeva) moves from UF to NF
    - duloxetine DR (Drizalma sprinkle)
    - levomilnacipran (Fetzima)
    - milnacipran (Savella)
    - bupropion hydrobromide XR (Aplenzin)
    - gabapentin ER 24 hr tablets (Gralise)

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 559 of 980

AR1747

- gabapentin enacarbil (Horizant)

- **Tier 4/Not Covered - None**

*Summary of Panel Questions and Comments*
No Comments

- **Concur: 9      Non-Concur: 0      Abstain: 0    Absent: 0**

**B. Antidepressants And Non-Opioid Pain Agents—Manual PA Criteria**

*Summary of Panel Questions and Comments*
No Comments

- **Concur: 9      Non-Concur: 0      Abstain: 0    Absent: 0**

**C. Antidepressants And Non-Opioid Pain Agents —UF, PA and Implementation Plan 60 days after signing of the minutes**

*Summary of Panel Questions and Comments*
No Comments

- **Concur: 9      Non-Concur: 0      Abstain: 0    Absent: 0**

**II.    UF CLASS REVIEWS— Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass**

**A. OAB – β-3 Adrenergic Agonists Subclass—UF Recommendation**

- **UF**
  - mirabegron tablets (Myrbetriq)
  - mirabegron granules for oral suspension (Myrbetriq granules)– *moves from NF to UF*
  - vibegron (Gemtesa)

- **NF – None**

- **Tier 4/Not Covered - None**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9**       **Non-Concur: 0**       **Abstain: 0**     **Absent:  0**

**B. OAB – β-3 Adrenergic Agonists Subclass —Manual Prior Authorization Criteria**

*Summary of Panel Questions and Comments*

No Comments

- **Concur:  9**       **Non-Concur: 0**       **Abstain: 0**      **Absent:  0**

**C. OAB – β-3 Adrenergic Agonists Subclass —UF, PA and Implementation Plan of 30 days**

*Summary of Panel Questions and Comments*

No Comments

- **Concur:  9**       **Non-Concur: 0**       **Abstain: 0**     **Absent:  0**

**III.   NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)**

**A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/Tier 4 Recommendation**
- **UF:**
  - alpelisib (Vijoice)
  - daridorexant (Quviviq)
  - edaravone oral suspension (Radicava ORS)
  - ganaxolone oral suspension (Ztalmy
  - insulin glargine solostar unbranded authorized biologic (from Winthrop labs) – Basal insulin; note that as part of this recommendation, this product will be designated as non-step-preferred.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 561 of 980

AR1749

o mavacamten (Camzyos)

1. **NF:**
   o amlodipine oral solution (Norliqva)

   o cyclosporine 0.1% ophthalmic emulsion (Verkazia)

   o donepezil patch (Adlarity)

   o leuprolide SC injection (Camcevi Kit)

   o tapinarof 1% cream (Vtama)

   o tirzepatide SC injection (Mounjaro)

   o testosterone undecanoate 112.5 mg capsule (Tlando)

   o vonoprazan/amoxicillin (Voquezna Dual Pak)

   o vonoprazan/amoxicillin/clarithromycin; (Voquezna Triple Pak)

2. **Tier 4/Not Covered:**
   o baclofen oral granules (Lyvispah)

   o benzoyl peroxide 5% cream (Epsolay)

*Summary of Panel Questions and Comments*
No Comments

- **Concur: 9     Non-Concur: 0     Abstain: 0     Absent: 0**

B. **Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria for Mounjaro, Quviviq, insulin glargine solostar, Tlando, Verkazia, Vtama, Vijoice, Radicava ORS, Ztalmy, Camzyos, Voquezna Double Pak, Voquezna Triple Pak, Adlarity, and Camcevi Kit**

*Summary of Panel Questions and Comments*
No Comments

- **Concur: 9     Non-Concur: 0     Abstain: 0     Absent: 0**

**C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered and PA Implementation Plan of two weeks for the UF and NF drugs, and 120 days for the Tier 4 drugs**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9     Non-Concur: 0     Abstain: 0     Absent: 0**

## IV.  UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA AND IMPLEMENTATION PLAN

**A. New Manual PA Criteria Pulmonary II Agents:  Long-Acting Muscarinic Antagonists (LAMAs)—tiotropium dry powder inhaler (Spiriva HandiHaler)**

*Summary of Panel Questions and Comments*

Dr. Peloquin asked how many patients are going to be affected. CDR Raisor responded that there are 14,407 patients on the HandiHaler product.

- **Concur: 9     Non-Concur: 0     Abstain: 0     Absent: 0**

**B. New Manual PA Criteria Pulmonary II Agents:  Long-Acting Muscarinic Antagonists (LAMAs)—tiotropium dry powder inhaler (Spiriva HandiHaler) Implementation Plan of 120 days**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9     Non-Concur: 0     Abstain: 0     Absent: 0**

## V.  UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA FOR NEWLY APPROVED DRUGS NOT SUBJECT TO 32 CFR 199.21 (G)(5) AND IMPLEMENTATION PLAN

**A. New Manual PA Criteria Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5) for valsartan oral solution and metformin 625 mg IR tablets**

*Summary of Panel Questions and Comments*

Dr. Peloquin asked about the availability of other oral solutions within the Angiotensin Receptor Blocker (ARB) class of drugs. LCDR Hall responded that the PA will allow for medically necessary coverage of this ARB when an oral solution is needed.

- **Concur: 9** **Non-Concur: 0** **Abstain: 0** **Absent: 0**

**B. New Manual PA Criteria Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5) Implementation Plan of 60 days**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9** **Non-Concur: 0** **Abstain: 0** **Absent: 0**

**VI. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS AND IMPLEMENTATION PLAN**

**A. Updated PA Criteria for New FDA-Approved Indications for Dupixent, Rinvoq, Otezla, Qelbree, Imcivree**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9** **Non-Concur: 0** **Abstain: 0** **Absent: 0**

**B. Updated PA Criteria for New FDA-Approved Indications - Implementation Plan of 60 days**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9** **Non-Concur: 0** **Abstain: 0** **Absent: 0**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 564 of 980

AR1752

## VII. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REMOVAL OF PA AND IMPLEMENTATION PLAN

### A. Removal of PAs for Finacea gel and epinephrine auto-injector (Auvi-Q).

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

### B. Removal of Finacea gel and Auvi-Q PA implementation plan of 2 weeks after signing

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

## VIII. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REMOVAL OF AN INDICATION AND IMPLEMENTATION PLAN

### A. Updated PA criteria for removal of indications for Rubraca and Copiktra

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

### B. Updated PA criteria for removal of indications -implementation plan of 60 days.

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

IX.   **BRAND OVER GENERIC AUTHORIZATION FOR FLUTICASONE PROPIONATE HYDROFLUOROALKANE (FLOVENT HFA) AND TIER 1 COPAY**

**A. Brand over Generic authorization for Flovent HFA and Tier 1 copay**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9     Non-Concur: 0     Abstain: 0    Absent: 0**

**B. Brand over Generic authorization for Flovent HFA and Tier 1 copay – implementation plan**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9     Non-Concur: 0     Abstain: 0    Absent: 0**

X.   **REMOVAL OF BRAND OVER GENERIC AUTHORIZATION FOR MESALAMINE 1.2 gm (Lialda)**

**A. Brand over Generic authorization for Lialda**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9     Non-Concur: 0     Abstain: 0    Absent: 0**

**B. Brand over Generic authorization for Lialda implementation plan of two weeks after signing of the minutes**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9     Non-Concur: 0     Abstain: 0    Absent: 0**

XI.   **NATIONAL DEFENSE AUTHORIZATION ACT (NDAA) 2017 PILOT PROGRAM:  INCORPORATION OF VALUE-BASED HEALTH CARE IN**

**PURCHASED CARE COMPONENT OF TRICARE AND MEDICATION ADHERENCE**

**A. Tier 1 copay for Lantus pens and vials, with an implementation of January 1, 2023**

*Summary of Panel Questions and Comments*

No Comments

- **Concur: 9**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

*Director, DHA:*

The comments outlined above were taken under consideration prior to my final decision.

**Uniform Formulary Beneficiary Advisory Panel**
Virtual Meeting Summary Minutes
September 29, 2022

**Panel Members Present**
- Dr. Richard Bertin – Commissioned Officer Association (COA) of the United States Public Health Service, Inc., Chair
- Dr. Karen Dager, Health Net Federal Services
- Dr. Jay Peloquin, Express Scripts, Inc.
- Dr. Joseph McKeon, Humana Military
- Dr. Jennifer Soucy, USFHP, Martin's Point Healthcare
- Ms. Amanda Meyers – Military Officers Association of America (MOAA)
- Ms. Holly Dailey, the Association of the United States Army
- Mr. John R. Du Teil – United States Army Warrant Officers Association
- Dr. Betsaida Guzman, Veterans of Foreign Wars

**Panel Members Not in Attendance**
- Mr. Jon Ostrowski, Non-Commissioned Officer Association
- Ms. Patricia Orfini, National Family Member Association

**Acting Designated Federal Officer (Non-Voting):** Colonel Paul Hoerner, BSC

**DHA HQ and Pharmacy Operations Division Participants (Non-Voting)**
- Dr. John Kugler, Division Chief, J-6; DoD P&T Committee Chair
- Edward VonBerg, PharmD, BCPS, Chief, Pharmacy Operations Division Formulary Management Branch (POD FMB)
- CDR Scott Raisor, Chief, P&T Section POD FMB
- Maj Angelina Escano, MC POD FMB
- LCDR Elizabeth Hall POD FMB
- Ms. Megan Gemunder, Office of General Counsel
- Major Peter Fosse POD, Chief - Patient Safety & Compliance Operations
- Col Paul Carby POD, Pharmacy Market Consultant
- CDR Thien Nguyen POD, Senior Executive Officer POD

**Agenda** is found starting on page 19.

- Panel Discussion

*The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will*

*concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

### Opening Remarks

Col Paul Hoerner introduced himself as the Designated Federal Officer (DFO) for the Uniform Formulary (UF) Beneficiary Advisory Panel (BAP). The Panel has convened to comment on the recommendations of the DoD Pharmacy and Therapeutics (P&T) Committee meeting, which occurred on August 3-4 , 2022.

Col Hoerner then indicated Title 10, United States, (U.S.C.) section 1074g, subsection b requires the Secretary of Defense to establish a DoD Uniform Formulary (UF) of pharmaceutical agents and establishes the P&T committee to review the formulary on a periodic basis to make additional recommendations regarding the formulary as the committee determines necessary and appropriate.

In addition, 10 U.S.C. Section 1074g, subsection c, also requires the Secretary to establish a UF Beneficiary Advisory Panel (BAP) to review and comment on the development of the Uniform Formulary. The Panel includes members that represent non-governmental organizations and associations that represent the views and interests of a large number of eligible covered beneficiaries. The Panel's comments must be considered by the Director of the Defense Health Agency (DHA) before establishing the UF or implementing changes to the UF. The Panel's meetings are conducted in accordance of the Federal Advisory Committee Act (FACA).

Col Hoerner then outlined the duties of the Uniform Formulary Beneficiary Advisory Panel include the following:

- To review and comment on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. Comments to the Director, DHA, regarding recommended formulary status, pre-authorizations, and the effective dates for changing drugs from "formulary" to "non-formulary" status must be reviewed by the Director before making a final decision.

- To hold quarterly meetings in an open forum. The Panel may not hold meetings except at the call of or with the advance approval of the DFO in consultation with the Chairperson of the Panel.

- To prepare minutes of the proceeding and prepare comments for the Secretary or his designee regarding the Uniform Formulary or changes to the Formulary. The minutes will be available on the website and comments will be prepared by the Director, DHA.

The DFO provided guidance regarding this meeting.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 569 of 980

AR1757

- The role of the BAP is to comment on the UF recommendations made by the P&T Committee at their last meeting. While the Department of Defense appreciates that the BAP may be interested in the drug classes selected for review, drugs recommended for the basic core formulary (BCF) or specific pricing date, these topics do not fall under the purview of the BAP.

- The P&T Committee met for approximately 15 hours conducting its reviews of the drug class recommendations that will be presented today. Since this meeting is considerably shorter, the Panel will not receive the same extensive information that is presented to the P&T Committee members. However, the BAP will receive an abbreviated version of each presentation and its discussion. The materials provided to the Panel are available on the TRICARE website.

- Detailed minutes of this meeting are being prepared. The BAP meeting minutes, the DoD P&T Committee meeting minutes, and the Director's decisions will be available on the TRICARE website in approximately four to six weeks.

The DFO provided a few ground rules for conduct during the virtual meeting:

- Due to the travel restriction and guidance regarding COVID-19, this meeting will be conducted in a remote access format.

- Audience participation is limited to private citizen comments received in writing prior to the meeting.

- Participants will be joined in a LISTEN MODE only.

  - To ensure that there are not disruptions to discussion and as a precaution, please mute your phones.

*Panel and Presenter Guidance*

- When asking or responding to questions:

  - Panel members are asked to state their name prior to asking your questions.

  - Presenters or anyone responding to a question are asked to state their name prior to responding.

  - The meeting is being recorded. Please speak clearly.

- Members of the Formulary Management Branch and the P&T Committee are available to answer questions related to the BAP's deliberations. Should a misstatement be made, these individuals may interrupt to ensure the minutes accurately reflect relevant facts, regulations or policy.

Col Hoerner introduced the individual Panel members (see list above) and noted house-keeping considerations.

*Private Citizen Comments:* Written comments were forwarded to the Panel for their review and consideration from the following;

1. Azurity Pharma for gabapentin enacarbil (Horizant)
2. Supernus Pharma for viloxazine (Qelbree)
3. Santeen Pharma for cyclosporine ophthalmic (Verkazia)

The meeting was handed over to the Panel Chair Dr. Richard Bertin for his opening remarks.

## Chairman's Opening Remarks

Dr. Bertin welcomed all panel members and emphasized the importance of the Beneficiary Advisory Panel in this process of managing the TRICARE formulary.

## Dr. VonBerg's Opening Remarks

The meeting then proceeded with comments from Dr. VonBerg who thanked the panel for the involvement today and stated that the Panels' voices were critical today. He then introduced the team speaking *(see list above)*.

Dr. VonBerg then continued with his opening remarks, stating that the DoD Formulary Management Branch supports the DoD P&T Committee by conducting the relative clinical effectiveness analyses and relative cost effectiveness analyses of the drugs and drug classes under review and consideration by the DoD P&T Committee for the Uniform Formulary.

The goal of this presentation is not to provide you with the same in-depth analyses presented to the DoD P&T Committee but a summary of the processes and analyses presented to the DoD P&T Committee.

The full presentations then started. Following each section, the DoD P&T Committee physician perspective was provided by Dr. John Kugler, and is included starting on page 15. The information starting on page 19 includes the full meeting information.

## Closing Remarks

Dr. Bertin thanked everyone for helping our beneficiaries and also thanked the fellow Panel members.
Col Hoerner closed the meeting by thanking the Panel members for their time, involvement and commitment to improving the health and well-being of our nation's military members and families.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 571 of 980
AR1759

The Meeting Adjourned at 12:30 PM EDT.

I hereby certify that, to the best of my knowledge, the foregoing minutes are accurate and complete.

*Richard J. Bertin*

Richard Bertin, PhD
*Chairperson, UFBAP*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 572 of 980

AR1760

## DoD P&T Committee Physician Perspective

Dr. John Kugler's comments on the formulary recommendations followed each individual section and are outlined below.

## Drug Class Reviews

### Antidepressants and non-opioid pain syndromes

- The class review centered on the 9 drugs that are only available as branded products. There are currently 30 drugs on the formulary that have cost-effective generic formulations and do not require Prior Authorization, so several alternatives are available for all the branded drugs reviewed today.

- The Committee did acknowledge the impact that the COVID pandemic has had on the increasing prevalence of depression and anxiety. The Committee also considered how formulary status and PA requirements would affect access of our beneficiaries to psychiatric treatment, especially in the active duty population.

- As a result of this class review, two drugs, Trintellix and Viibryd, will move from NF status to UF. The change in formulary status will affect over 11,500 patients who will see their copay decrease. This represents about 75% of the 15,000 patients currently receiving one of these 9 branded products.

- Only one drug, Pexeva, will move from UF to NF status, but there are only about 60 current users. Pexeva's active ingredient is paroxetine, which is found in generic products already included on the UF, including an immediate release, sustained release preparation and oral syrup. The remaining 6 drugs are currently NF, and are recommended to remain NF.

- We did obtain feedback from several MHS psychiatrists, behavioral health specialists, and neurologists. Providers most commonly requested placing Trintellix back on the formulary, but did mention that it is not considered a first-line agent for depression. The provider feedback was considered when making the formulary recommendations and PA criteria. The updated PA criteria will only apply to new users.

### Overactive Bladder Agents - Beta 3 Agonists

- We first reviewed the OAB drugs several years ago. This time the review focused on the beta-3 agents, and there won't be any changes to the formulary status for the older anti-muscarinic drugs.

- None of products for OAB, whether an antimuscarinic or beta agonist are very effective, and there is a high placebo response rate. Guidelines recommend using behavior therapy before using drug therapy. The class has a high drop-out rate, as only about 50% of patients are still taking an OAB drug after one year.

- For the formulary recommendation, both Myrbetriq and Gemtesa will remain UF. The main change is in the PA. There is now no preference for either Myrbetriq or Gemtesa. Providers can choose which ever one they want to us first.

- The PA will still require a trial of one of the older antimuscarinic drugs first, which is similar to the requirements from other commercial health plans. However, now only one antimuscarinic agent will be required, rather than two antimuscarinics. The PA will only apply to new patients.

- For the PA, if a patient is at risk for cognitive effects from an antimuscarinic or has other risk factors, including advanced age, then the antimuscarinic trial will not be required.

## Newly Approved Drugs

- There were a total of 17 new drugs reviewed, with 6 recommended for UF placement and 9 recommended as NF.

- For the products designated as NF, seven drugs have the active ingredient available in other products. The remaining two NF products were for conditions where there are several formulary alternatives, including psoriasis (Vtama) or diabetes (Mounjaro).

- There were two drugs recommended for Tier 4 status.

  - For the baclofen oral granules (Lyvispah) there are three other more cost effective formulations available, including tablets, an oral solution, and oral suspension.

  - The acne drug Epsolay contains benzoyl peroxide, which is widely available over the counter. Also, there are several other types of acne products are on the formulary, so this particular formulation of benzoyl peroxide is not needed

- PAs were recommended for all of the drugs. The reasoning behind this is that for several drugs there are already PA requirements for the respective classes. Additionally, PA was recommended for cases in rare conditions where specialist evaluation is needed (for Vijoice and Camzyos), or for conditions where other therapies have more long-term data.

## Utilization Management

- **New PAs – Spiriva**

  - The intent of the PA here is to transition patients over to the newer inhaler device from the same company containing the same medication. If a patient does actually require the old Handihaler device, then the PA can be completed. However, we are encouraging providers to write new prescriptions for the Respimat device.

- o We are going with a longer implementation period here of 120 days, along with sending patients letters. Also, we will include this as part of ESI's safety net program, to reduce the chance of any patients from falling through the cracks.

- **New Default PAs (not subject to 32 CFR 199.21)– Metformin IR 625 mg, Valsartan syrup**
  - o These are examples of a manufacturer bringing an older generic product to the market with a minor update. This time we have a non-standard dose of metformin 625 mg, where the usual doses are 500, 750, or 1000 mg, and a new oral syrup for valsartan. We haven't received any prescriptions yet for either of these two products.

- **Updated PAs – New Indications –Dupixent, Rinvoq, Otezla, Qelbree, Imcivree**
  - o The drugs discussed here include situations where there are new FDA indications for products where other treatments should be tried first. These are good examples of our process for the P&T Committee, where our PA criteria reflect clinical evidence, professional guidelines, and provider feedback.

- **Remove PAs –Finacea, Auvi-Q**
  - o The P&T Committee does take into account feedback from MTFs for PA criteria, along with changes in cost. The two drugs here will no longer have PA requirements. We've had a lot of PA updates at this meeting, so you can see all the different types of factors that go into the PA criteria.

- **Remove Indications –Rubraca, Copiktra**
  - o This is the 3rd meeting in a row where we've had a situation where the FDA removes a specific oncology indication due to safety issues. This issue does reinforce that when drugs are newly approved, there is often limited data, and the full efficacy and safety profile don't become fully known until years of marketing.
  - o This change will affect new patients. For patients who are currently receiving the drug for this indication, we are leaving the decision up to the provider for their individual patients as to how to handle this change in the package insert.

- **Brand over generic –Flovent HFA, Lialda**
  - o The Flovent HFA is an example of where we continue to monitor pricing and availability of generics. Here we will be preferring the branded product, and lowering

the copay. Patients will notice this copay reduction the next time they fill their prescription for Flovent HFA after signature.

- o Likewise, when it is no longer advantageous to continue a brand over generic PA, then we remove the requirement, which is the case with Lialda.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 576 of 980

AR1764

## *AGENDA*

### *Uniform Formulary Beneficiary Advisory Panel (BAP)*
### *For the August 2022 DoD Pharmacy and Therapeutics Committee Meetings*
### *September 29, 2022 at 10:00 AM Eastern Daylight Saving Time*

#### *Virtual Meeting*

➢ **Administrative Meeting: 9:00 AM – 9:45 AM Eastern Daylight Saving Time (General session starts at 10:00 AM Eastern Daylight Saving Time)**

➢ **Roll Call**

➢ **Therapeutic Class Reviews**

*Members of the DHA Pharmacy Operations Division (POD) Formulary Management Branch (FMB) will present relative clinical and cost-effective analyses along with the DoD Pharmacy & Therapeutics Committee (P&T) recommendations for the Uniform Formulary (UF) and any recommended Tier 4/Not Covered candidates.*

*The P&T Committee made recommendations for the following drugs/drug classes during the August 2022 meeting:*

    ➢ **Drug Class Reviews**

- *Antidepressant and Non-Opioid Pain Agents*
    - *Selective Serotonin Reuptake Inhibitors (SSRIs) subclass*
    - *Selective Serotonin/Norepinephrine Reuptake Inhibitors (SNRIs) subclass*
    - *Norepinephrine/Dopamine Reuptake Inhibitors (NDRIs) subclass*
    - *Gamma-Aminobutyric Acid Analogs (GABAs) subclass*

- *Overactive Bladder Agents (OAB)*
    - *Beta3 (β-3) Adrenergic Agonists subclass*

    ➢ **Newly Approved Drugs per 32 CFR 199.21(g)(5)**

- *alpelisib (Vijoice) – Oncological agent for PIK3CA-related overgrowth spectrum (PROS)*

- *amlodipine oral solution (Norliqva) – Dihydropyridine Calcium Channel Blocker (CCB) alternate dosage form for hypertension*

- *baclofen oral granules (Lyvispah) – Skeletal Muscle Relaxant; alternative formulation of baclofen for multiple sclerosis spasticity*

- *benzoyl peroxide 5% cream (Epsolay) – keratolytic for rosacea*

- *cyclosporine 0.1% ophthalmic emulsion (Verkazia) – Ophthalmic agent for*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 577 of 980

AR1765

*vernal keratoconjunctivitis*

- *daridorexant (Quviviq) – Sleep Disorders: dual orexin receptor antagonist (DORA) for treating insomnia*

- *donepezil patch (Adlarity) – Alzheimer's agent for mild, moderate, to severe dementia and a patch version of an available oral agent*

- *edaravone oral suspension (Radicava ORS) – Miscellaneous Neurological Agent for amyotrophic lateral sclerosis (ALS) and a new oral version of an IV medication*

- *ganaxolone oral suspension (Ztalmy) – Anticonvulsant for treating seizures associated with cyclin-dependent kinase-like 5 (CDKL5) deficiency*

- *insulin glargine solostar unbranded authorized biologic (from Winthrop labs) – Basal insulin*

- *leuprolide SC injection (Camcevi Kit) – Leuprolide-hormone-release hormone (LHRH) agent for treatment of advanced prostate cancer*

- *mavacamten (Camzyos) – Miscellaneous Cardiovascular Agent for symptomatic New York Heart Association (NYHA) class II-III obstructive hypertrophic cardiomyopathy*

- *tapinarof 1% cream (Vtama) – Psoriasis Agent*

- *testosterone undecanoate 112.5 mg capsule (Tlando) – Oral Testosterone Replacement Therapy*

- *tirzepatide SC injection (Mounjaro) – Glucagon-like peptide-1 (GLP-1) receptor agonist for type 2 diabetes*

- *vonoprazan/amoxicillin (Voquezna Dual Pak) – Miscellaneous  Anti-infective for Helicobacter pylori (H. pylori) infection*

- *vonoprazan/amoxicillin/clarithromycin; (Voquezna Triple Pak) – Miscellaneous Anti-infective for Helicobacter pylori (H. pylori) infection*

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 578 of 980

AR1766

➢ **Utilization Management Issues**

- **Prior Authorization Criteria—New Manual PA Criteria**
  - *Pulmonary II Agents: Long-Acting Muscarinic Antagonists (LAMAs)— tiotropium dry powder inhaler (Spiriva HandiHaler)*

- **New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)**
  - *Non-Insulin Diabetes Drugs: Biguanides subclass—metformin immediate release (IR) 625 mg tablets*
  - *Renin-Angiotensin Anti-hypertensives (RAAs)—valsartan 20 mg/5 mL oral solution*

- **Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications**
  - *Atopy Agents (Formulary Respiratory Interleukins)—dupilumab injection (Dupixent)*
  - *Targeted Immunomodulatory Biologics (TIBs)—upadacitinib (Rinvoq)*
  - *TIBs—apremilast (Otezla)*
  - *Attention Deficit Hyperactivity Disorder (ADHD): Non-Stimulants—viloxazine extended release (Qelbree)*
  - *Miscellaneous Metabolic Agents—setmelanotide injection (Imcivree)*

- **Prior Authorization Criteria—Removal of Prior Authorization**
  - *Topical Acne and Rosacea Agents—azelaic acid 15% (Finacea, generics)*
  - *Respiratory Agents Miscellaneous—epinephrine Auto-Injector (Auvi-Q)*

- **Prior Authorization Criteria—Removal of Indication**
  - *Oncologic Agents – Poly Adenosine Diphosphate Ribose Polymerase- (PARP) Inhibitor: rucaparib (Rubraca)*
  - *Oncologic Agents – Non-Bruton Tyrosine Kinase Inhibitors for Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma (non-BTKIs for CLL/SLL): duvelisib (Copiktra)*

➢ **Removal of Brand Over Generic Authorization**

- *Inhaled Corticosteroids: fluticasone propionate hydrofluoroalkane (Flovent HFA)*

- *G1·1 Agents: Aminosalicylates Subclass: mesalamine 1.2 gm (Lialda)*

- ➢ **National Defense Authorization Act (NDAA) 2017 Pilot Program: Incorporation of Value-Based Health Care in Purchased Care Component of TRICARE and Medication**

  - *Basal Insulins:  insulin glargine (Lantus) Tier 1 copay*

- ➢ **Panel Discussions**

  *The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

**DEPARTMENT OF DEFENSE**
**PHARMACY AND THERAPEUTICS COMMITTEE RECOMMENDATIONS FROM**
**THE AUGUST 2022 MEETING**

**INFORMATION FOR THE UNIFORM FORMULARY**
**BENEFICIARY ADVISORY PANEL MEETING SEPTEMBER 29, 2022**

## I. UNIFORM FORMULARY REVIEW PROCESS

Under 10 United States Code § 1074g, as implemented by 32 Code of Federal Regulations 199.21, the Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee is responsible for developing the Uniform Formulary (UF). Recommendations to the Director, Defense Health Agency (DHA) or their designee, on formulary or Tier 4/not covered status, prior authorization (PA), pre-authorizations, and the effective date for a drug's change from formulary to nonformulary (NF) or Tier 4 status are received from the Beneficiary Advisory Panel (BAP), which must be reviewed by the Director or their designee before making a final decision.

## II. UF DRUG CLASS REVIEWS— Antidepressants and Non-Opioid Pain Agents: Subclasses for the following:

- Selective Serotonin Reuptake Inhibitors (SSRIs)
- Selective Serotonin/Norepinephrine Reuptake Inhibitors (SNRIs)
- Norepinephrine/Dopamine Reuptake Inhibitors (NDRIs)
- Gamma-Aminobutyric Acid Analogs (GABAs)

### *P&T Comments*

#### A. Antidepressants And Non-Opioid Pain Agents—Relative Clinical Effectiveness Analysis And Conclusion

*Background*—The P&T Committee evaluated the relative clinical effectiveness of 4 subclasses in the Antidepressants and Non-Opioid Pain Drug Class. The full drug class was first reviewed for formulary placement in November 2011, with several new entrants to the class individually reviewed as new drugs. There are currently 30 products from 8 different subclasses on the uniform formulary. The drugs in the class are now largely available as generic formulations, however, 9 branded products remain. The clinical and cost effectiveness review focused on these 9 branded products.

The drugs in the class are approved for a variety of indications, including major depressive disorder (MDD), generalized anxiety disorder, (GAD), obsessive compulsive disorder (OCD), panic disorder (PD), seasonal affective disorder (SAD), diabetic peripheral neuropathic pain (DPNP), fibromyalgia (FM), and restless leg syndrome (RLS).

The clinical review focused on an extensive review of professional treatment guidelines for the various indications, provider feedback from the pertinent subspecialties, meta-analyses

evaluating efficacy and safety, and other factors, including dosing frequency, dosage titration and tapering, and issues in special populations, including pregnancy and adolescents. The major clinical attributes of the drugs are discussed below.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 0 absent) the following:

*Selective Serotonin Reuptake Inhibitors (SSRIs)*

- *vortioxetine (Trintellix) (note that the previous brand name was Brintellix)*
  - Trintellix has been designated nonformulary since it was first reviewed in February 2014. Trintellix carries a single indication for MDD, in contrast to the other generic SSRIs (including citalopram, fluoxetine, paroxetine and sertraline) that are indicated for multiple conditions.
  - The 2022 Department of Defense/Veterans Affairs (DoD/VA) Clinical Practice Guideline for MDD lists Trintellix as an initial pharmacotherapy option, along with other SSRIs, SNRIs, bupropion, mirtazapine, trazadone, and vilazodone, although this is based on an overall weak recommendation.
  - A 2018 Lancet network meta-analysis concluded Trintellix did not demonstrate significantly improved efficacy or tolerability when compared to other SSRIs for MDD.
  - Limited data suggests Trintellix carries less risk for sexual dysfunction and cognitive impairment compared to other antidepressants. Trintellix also has the unique advantage among SSRIs for allowing abrupt discontinuation of treatment, if needed.

- *vilazodone (Viibryd)*
  - Viibryd has been designated as nonformulary since the original review in November 2011. Viibryd carries a single indication for MDD. It is also listed in the 2022 VA/DoD Clinical Practice Guideline for MDD as an initial pharmacotherapy option along with numerous other options, as previously stated with Trintellix.
  - A 2018 Lancet network meta-analysis concluded Viibryd did not demonstrate significantly improved efficacy or tolerability compared to other SSRIs for MDD. When compared to other SSRIs, Viibryd has a higher incidence of gastrointestinal adverse effects including diarrhea and nausea.

- *paroxetine mesylate (Pexeva)*
  - Pexeva is indicated for major depressive disorder (MDD), generalized anxiety disorder, obsessive compulsive disorder (OCD), and panic disorder. Unlike its competitor, paroxetine hydrochloride (Paxil), Pexeva lacks additional approval for post-traumatic stress disorder and seasonal affective disorder. Several clinical practice guidelines for each of Pexeva's indications recommends SSRIs

overall for first-line treatment, with no recommendation for a superiority of a specific formulation or brand product.

- There is limited clinical data available with Pexeva, as FDA-approval was based on the information using data from paroxetine hydrochloride (Paxil). There is no data to show that Pexeva confers any clinically relevant advantages over Paxil.

*Selective Serotonin/Norepinephrine Reuptake Inhibitors (SNRIs)*

- *levomilnacipran (Fetzima)*
  - Fetzima is an enantiomer of milnacipran (Savella). It is only indicated to treat MDD. Among the wide array of other treatment options for MDD, several generic SNRIs are available on the formulary, including duloxetine, venlafaxine, and desvenlafaxine.

  - A 2018 Lancet network meta-analysis concluded Fetzima did not confer significantly improved efficacy or tolerability compared to other SNRIs for MDD. Among the SNRIs, Fetzima carries a lower risk for gastrointestinal adverse effects, however, this has not resulted in improved efficacy for treating MDD.

- *milnacipran (Savella)*
  - Savella is only approved for treating fibromyalgia. The 2016 European Alliance of Associations for Rheumatology guideline supports treatment of fibromyalgia with Savella, however, this is in addition to a variety of other treatment options, including duloxetine, amitriptyline, and pregabalin.

  - A 2016 Rheumatology International network meta-analysis concluded that Savella did not demonstrate greater efficacy or tolerability when compared to duloxetine or pregabalin.

- *duloxetine delayed release (Drizalma Sprinkle)*
  - Duloxetine delayed-release capsules are a sprinkle formulation of duloxetine that was originally designated nonformulary in November 2019. No clinical trials were used to gain FDA approval, as the efficacy and safety relied on the data from duloxetine (Cymbalta). Drizalma has the same FDA indications as duloxetine.

  - Although Drizalma Sprinkle provides a formulation for patients with swallowing difficulties, it provides no compelling advantages compared to existing formulary agents, including generic duloxetine.

  - DoD specialists (child and adult psychiatrists, and neurologists) also supported that Drizalma Sprinkle is not needed on the formulary.

*Norepinephrine/Dopamine Reuptake Inhibitors (NDRIs)*

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

- *bupropion hydrobromide (Aplenzin)*
  - Aplenzin is an extended release hydrobromide formulation of bupropion; its generic counterpart is bupropion hydrochloride extended release (Wellbutrin XL). Both agents are bioequivalent and approved for the same indications (MDD and SAD).
  - Guidelines from the 2010 American Psychiatric Association and 2019 National Institute for Health Care and Excellence recommend the same array of medication options for MDD and SAD. As previously stated, the most recent clinical guideline for MDD (2022 DoD/VA CPG) lists bupropion, but does not endorse a specific formulation (e.g., hydrochloride vs. hydrobromide). Several other subclasses are also listed as initial pharmacotherapy options for MDD.
  - There are no compelling benefits of Aplenzin compared to generic bupropion formulations.

*Gamma-Aminobutyric Acid Analogs (GABAs)*

- *gabapentin ER 24 hour tablets (Gralise)*
  - Gralise is an extended release formulation of gabapentin indicated for Post Herpetic Neuralgia (PHN). The 2004 American Academy of Neurology PHN guidelines recommend multiple first line treatment options, including gabapentin, pregabalin, tricyclic antidepressants, opioid, and the lidocaine patch.
  - A 2015 Lancet Neurology network meta-analysis concluded Gralise did not result in significantly greater efficacy for pain relief for PHN when compared to gabapentin and gabapentin enacarbil.
  - Notably, Gralise carries a possible lower risk for dizziness and somnolence when compared to other gabapentin formulations. It also requires a large tablet burden to reach recommended dosing.

- *gabapentin enacarbil (Horizant)*
  - Horizant is another extended release gabapentin formulation due to its prodrug characteristics. Horizant is indicated for PHN and Restless Leg Syndrome. The 2016 American Academy of Neurology guideline lists Horizant as a first-line treatment option, along with multiple other drugs from other classes, as mentioned previously.
  - Network Meta-analyses evaluating fibromyalgia (2015 Lancet Neurology) and RLS (2013 JAMA Internal Medicine) both concluded that Horizant did not confer additional efficacy when compared to other gabapentin formulations and pregabalin, respectively.
  - Although Horizant is unique among the GABAs for allowing abrupt discontinuation if administered at doses lower than 600 mg per day, it carries a

possible high risk of dizziness and somnolence when compared to other agents in the subclass.

*Overall Conclusions*

- The 2011 P&T efficacy conclusions remain largely unchanged; the brand-only agents reviewed do not offer significantly improved efficacy when compared to other generic agents across similar indications and subclass.

- A comprehensive clinical efficacy evaluation for mood disorders is not possible at this time, as some agents were approved based on bioequivalence to a generic competitor, and did not have new clinical data for review.

- The 2011 P&T safety conclusions remain largely unchanged; the brand only agents do not offer significantly improved tolerability when compared to other generic competitors across like indications.

- Of note, Trintellix offers limited data supporting a lower risk of sexual dysfunction and cognitive impairment compared to other antidepressants.

**B. Antidepressants And Non-Opioid Pain Agents—Relative Cost Effectiveness Analysis And Conclusion**

*Relative Cost Effectiveness Analysis and Conclusion*—The Committee reviewed the solicited bids from manufacturers and also conducted a budget impact analysis (BIA). The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 0 absent) the following:

- Cost minimization analysis (CMA) results showed the following: All 9 branded products, Trintellix, Viibryd, Pexeva, Fetzima, Savella, Drizalma Sprinkles, Gralise, Horizant, and most notably, Aplenzin, were not cost effective relative to the generic formulations in the 4 respective subclasses.

- Budget Impact Analysis (BIA) and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary or NF on the UF. BIA results showed that designating vortioxetine (Trintellix), vilazodone (Viibryd), and all generically-available agents as UF, with bupropion hydrobromide (Aplenzin), duloxetine delayed release (Drizalma Sprinkle), gabapentin (Gralise), gabapentin enacarbil (Horizant), levomilnacipran (Fetzima), milnacipran (Savella), and paroxetine mesylate (Pexeva) as NF demonstrated significant cost avoidance for the MHS.

**C. Antidepressants And Non-Opioid Pain Agents—UF/NF Recommendation**

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the following:

- UF

- vortioxetine (Trintellix) *moves from NF to UF*
- vilazodone (Viibryd) *moves from NF to UF*
- Note that the antidepressants in the class that are currently available in generic formulations will remain UF.

- NF
  - paroxetine mesylate (Pexeva) mov*es from UF to NF*
  - duloxetine DR (Drizalma sprinkle)
  - levomilnacipran (Fetzima)
  - milnacipran (Savella)
  - bupropion hydrobromide XR (Aplenzin)
  - gabapentin ER 24 hr tablets (Gralise)
  - gabapentin enacarbil (Horizant)

- Tier 4 (Not covered) – None


## D. ANTIDEPRESSANTS AND NON-OPIOID PAIN AGENTS—PA CRITERIA

The P&T Committee recommended (16 for, 0 opposed, 0 abstained) the following with regard to PA criteria for all 9 branded agents. There was no change to the current PA criteria for Drizalma Sprinkles, which requires the provider to justify why this formulation is needed (write-in). New manual PA criteria were recommended for paroxetine mesylate (Pexeva) and vilazodone (Viibryd), in new users.

For the remaining products where PA criteria are already in place (Trintellix, Fetzima, Savella, Gralise, Horizant, and Aplenzin), updates were recommended in new users. Automation that is currently in place for Trintellix, Fetzima, Savella, Gralise, and Horizant was removed. For all the PAs, the provider should consider non-pharmacologic options along with drug therapy. Additionally, a trial of two to three alternate formulary agents is recommended first for all the branded drugs.

The PA Criteria is as follows:

3. **paroxetine mesylate (Pexeva)**

   **PA criteria apply to all new users of Pexeva. (New PA criteria)**

   <u>Manual PA criteria</u>: Pexeva is approved if all criteria are met:

   - Patient is 18 years of age or older.

   - Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. Cognitive Behavioral Therapy [CBT], sleep hygiene) are encouraged to be used in conjunction with this medication.

- Patient has a diagnosis of depression, anxiety, obsessive compulsive disorder, or panic disorder

- Patient has tried and failed generic paroxetine at maximally tolerated dose AND

- The patient has a contraindication to, intolerability to, or has failed a trial of TWO other formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).

Non-FDA-approved uses are not approved.
Authorization does not expire.

4. **vilazodone (Viibryd)**

   **PA criteria apply to all new users of Viibryd. (New PA criteria)**

   <u>Manual PA criteria</u>: Viibryd is approved if all criteria are met:

   - Patient is 18 years of age or older.

   - Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. CBT, sleep hygiene) are encouraged to be used in conjunction with this medication.

   - Patient is being treated for depression

   - The patient has a contraindication to, intolerability to, or has failed a trial of THREE formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).

   Non-FDA-approved uses are not approved.
   Prior Authorization does not expire.

5. **vortioxetine (Trintellix)**

   **Updates to the Feb 2014 meeting are in bold ~~and strikethrough~~**

   **Note that previous automation has been removed**

   PA criteria apply to all new users of Trintellix.

   <u>Manual PA criteria</u>: Trintellix is approved if all criteria are met:
   - Patient is 18 years of age or older.

   - **Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. CBT, sleep hygiene) are encouraged to be used in conjunction with this medication.**

   - **Patient is being treated for depression**

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

- **The patient has a contraindication to, intolerability to, or has failed a trial of TWO formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).**

- ~~**Patients are required to try a generic SSRI, duloxetine, SNRI (except milnacipran), tricyclic antidepressant, mirtazapine, bupropion, serotonin antagonist reuptake inhibitor (trazodone, ornefazodone), or mononamine oxidase inhibitor first**~~

Non-FDA-approved uses are not approved.
Prior Authorization does not expire.

6. **duloxetine DR (Drizalma Sprinkle )**

   **Note – There were no changes made at the August 2022 meeting.**

   PA does not apply to patients 12 years of age and younger (age edit).
   PA criteria apply to all new users of Drizalma Sprinkle older than 12 years of age.

   <u>Manual PA Criteria</u>: Drizalma Sprinkle is approved if all criteria are met:

   - Provider must explain why the patient requires Drizalma sprinkle capsules and cannot take alternatives.

   Non-FDA-approved uses are not approved.
   PA expires in one year.

   <u>Renewal PA criteria</u>: No renewal allowed. When the PA expires, the next fill/refill will require submission of a new PA.

7. **levomilnacipran XR (Fetzima)**

   **Updates to the Feb 2014 meeting are in bold ~~and strikethrough~~ Note that previous automation has been removed**

   PA criteria apply to all new users of Fetzima

   <u>Manual PA criteria</u>: Fetzima is approved if all criteria are met:

   - Patient is 18 years of age or older.

   - **Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. CBT, sleep hygiene) are encouraged to be used in conjunction with this medication.**

   - ~~**Patients are required to try a generic SSRI, duloxetine, SNRI (except milnacipran), tricyclic antidepressant, mirtazapine>**~~

**bupropion, serotonin antagonist reuptake inhibitor (trazodone, ~~ornefazodone), or mononamine oxidase inhibitor first~~**

- **Patient is being treated for depression**

- **The patient has a contraindication to, intolerability to, or has failed a trial of THREE formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).**

Non-FDA-approved uses are not approved.
Prior Authorization does not expire.

8. **milnacipran (Savella)**

Updates to the Nov 2011 meeting are in bold ~~and strikethrough~~

Note that previous automation has been removed

PA criteria apply to all new users of Savella

Manual PA criteria: Savella is approved if all criteria are met:
- Patient is 18 years of age or older.

- ~~**All new users of Savella are required to try a non-opioid pain syndrome agent including SNRI including milnacipran, TCA, cyclobenzaprine, gabapentin or pregabalin**~~

- **Patient is being treated for fibromyalgia**

- **Patient has tried and failed duloxetine at maximally tolerated dose**

**AND**

- **The patient has a contraindication to, intolerability to, or has failed a trial of ONE other formulary medication at maximally tolerated dose (examples of formulary agents include pregabalin, amitriptyline, cyclobenzaprine).**

Non-FDA-approved uses are not approved.
Prior Authorization does not expire.

9. **bupropion hydrobromide XR (Aplenzin)**

**Updates to the Nov 2017 meeting are in bold and ~~strikethrough~~**
**Note that previous automation has been removed**

PA criteria apply to all new users of Aplenzin

Manual PA criteria: Aplenzin is approved if all criteria are met:

- **The patient is 18 years or older.**

- **The patient does not have a history of seizure disorder or conditions that increase the risk of seizure (e.g. bulimia, anorexia nervosa, severe head injury).**

- **Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e. CBT, sleep hygiene) are encouraged to be used in conjunction with this medication.**

- ~~**New and current users of Aplenzin are required to try generic bupropion ER and a second antidepressant first.**~~

- **The patient has being treated for depression or seasonal affective disorder**

- **Patient has tried and failed bupropion extended release at maximally tolerated dose**

**AND**

- **The patient has a contraindication to, intolerability to, or has failed a trial of TWO other formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose).**

Non-FDA-approved uses are not approved.
Prior Authorization does not expire.

10. **gabapentin ER 24 hr tablets (Gralise)**

**Updates to the May 2012 meeting are in bold** ~~and strikethrough~~
**Note that previous automation has been removed**

PA criteria apply to all new users of Gralise

Manual PA criteria: Gralise is approved if all criteria are met:
- Patient is 18 years of age or older.

- ~~**The patient has a contraindication to or experienced adverse events with gabapentin or the formulary non-opioid pain syndrome agents which is not expected to occur with Horizant or Gralise.**~~

- **Patient is being treated for post herpetic neuralgia and:**

- **Patient has tried and failed gabapentin or pregabalin at maximally tolerated dose AND**

- **Patient has a contraindication to, intolerability to or has tried and failed a TCA at maximally tolerated dose.**

Non-FDA-approved uses are not approved.
Prior Authorization does not expire.

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

11. **gabapentin enacarbil (Horizant)**

**Updates to the May 2012 meeting are in bold ~~and strikethrough~~**
**Note that previous automation has been removed**

PA criteria apply to all new users of Horizant

Manual PA criteria: Horizant is approved if all criteria are met:

- ~~The patient has a contraindication to gabapentin or the formulary non-opioid pain syndrome agents, which is not expected to occur with Horizant or Gralise.~~

- ~~The patient has experienced adverse events (AEs) with gabapentin or the formulary non-opioid pain syndrome agents, which is not expected to occur with Horizant or Gralise.~~

**For post herpetic neuralgia:**

- **Patient is 18 years of age or older**

- **Patient has tried and failed gabapentin or pregabalin at maximally tolerated dose AND**

- **Patient has a contraindication to, intolerability to or has tried and failed a tricyclic antidepressant (TCA) at maximally tolerated dose.**

**For restless leg syndrome:**

- **Patient is 18 years of age or older.**

- **Patient has tried and failed gabapentin or pregabalin at maximally tolerated dose AND**

- **Patient has contraindication to, intolerability to or has tried and failed pramipexole or rotigotine at maximally tolerated dose.**

Non-FDA-approved uses are not approved.
Prior Authorization does not expire.

**E. ANTIDEPRESSANTS AND NON-OPIOID PAIN AGENTS—UF, PA AND IMPLEMENTATION PERIOD**

The P&T Committee recommended (15 for, 0 opposed, 0 abstained, 1 absent) 1) an effective date of the first Wednesday 60 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the nonformulary recommendation for Pexeva.

**III. UF DRUG CLASS REVIEWS—Antidepressants and Non-Opioid Pain Agents**

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

*BAP Comments*

## A.  Antidepressants and Non-Opioid Pain Agents—UF Recommendations

The P&T Committee recommended the formulary status for the Antidepressants and Non-Opioid Agents in the four subclasses as discussed above.

- UF
  - Trintellix *moves from NF to UF*
  - Viibryd *moves from NF to UF*
  - Note that the antidepressant in the class that are currently available in generic formulations will remain UF
- NF
  - Pexeva *moves from UF to NF*
  - Drizalma sprinkle
  - Fetzima
  - Savella
  - Aplenzin
  - Gralise
  - Horizant

- Tier 4 (Not covered) – None

*BAP Comments*

**Concur:**      **Non-Concur:**       **Abstain:**      **Absent:**

## B.  Antidepressants and Non-Opioid Pain Agents—Manual PA Criteria

The P&T Committee recommended the updated PA criteria for Trintellix, Fetzima, Savella, Gralise, Horizant and Aplenzin, and the new PA criteria for Pexeva and Viibryd as outlined above.

*BAP Comments*

**Concur:**      **Non-Concur:**       **Abstain:**      **Absent:**

C. **Antidepressants and Non-Opioid Pain Agents—UF, PA and Implementation Plan**

The P&T Committee recommended 1) an effective date of the first Wednesday 60 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the nonformulary recommendation for Pexeva.

*BAP Comments*

Concur:          Non-Concur:          Abstain:          Absent:

IV. **UF DRUG CLASS REVIEWS—Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass**

*P & T Comments*

A. **Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass— Relative Clinical Effectiveness Analysis and Conclusion**

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the OAB β-3 adrenergic agonists. The subclass is comprised of mirabegron (Myrbetriq), vibegron (Gemtesa) and mirabegron extended-release (ER) granules for oral suspension (Myrbetriq Granules); the products were previously reviewed as new drugs in May 2014, May 2021, and November 2021, respectively. PA currently applies to all three drugs.

The previous OAB formulary review in November 2012 included the older antimuscarinic drugs [e.g. oxybutynin (Ditropan), tolterodine (Detrol), and solifenacin (Vesicare), etc.], however, they were not part of this current review.

Mirabegron (Myrbetriq) and vibegron (Gemtesa) are both approved for the treatment of OAB, while both mirabegron products are approved for neurogenic detrusor overactivity (NDO).

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 0 absent) the following:

*Professional Treatment Guidelines*

- The 2019 OAB guidelines from the American Urological Association/Society of Urodynamics, Female Pelvic Medicine & Urogenital Reconstruction (AUA/SUFU) state the following:
  - Clinicians should offer behavioral therapies (e.g., bladder training, bladder control strategies, pelvic floor muscle training, and fluid management) as

first-line therapy to all patients with OAB. *(Standard, Evidence strength: Grade B)*

- Clinicians should offer oral anti-muscarinics or oral β-3-adrenoceptor agonists as second-line therapy *(Standard, Evidence Strength Grade B)*

- If a patient experiences inadequate symptom control and/or unacceptable adverse drug events with one antimuscarinic medication, then a dose modification or a different anti-muscarinic medication or a β-3-adrenoceptor agonist may be tried. *(Clinical Principle)*

*Antimuscarinics vs. β-3-adrenergic agonists*

- The antimuscarinics and β-3-agonists show similar efficacy for treating OAB, however the β-3-agonists have fewer side effects, such as dry mouth. One retrospective, matched cohort study found a higher risk of dementia with the antimuscarinics compared to the β-3 agonists. Limitations to this analysis include the observational study design, and that overall the difference in dementia rates between the groups was relatively small. *(BJU Intl 2020)*

*Mirabegron vs. Vibegron*

- For mirabegron, there was no new data that would support changes to the previous clinical conclusions from 2014; compared to placebo, mirabegron produced statistically significant reductions in incontinence episodes, but the clinical effect is small and there is a high placebo response rate.

- Vibegron has not been directly compared against mirabegron in a head-to-head trial, but indirect comparisons suggest similar efficacy.

*Mirabegron*

- Advantages of mirabegron include its long marketing history (it was FDA-approved in 2012), and existing high utilization in the Military Health System (MHS). It is also indicated for use in combination with the antimuscarinic solifenacin (Vesicare). Disadvantages include that mirabegron is formulated as an ER tablet that cannot be crushed.

- The Myrbetriq granules are solely indicated for NDO, and currently have very low MHS utilization.

*Vibegron*

- Benefits of vibegron compared to mirabegron include fewer drug interactions, lack of clinically significant effects on blood pressure, and that the tablets can be crushed.

*Overall Conclusions*

- Overall, there is a high degree of therapeutic interchangeability between mirabegron and vibegron based on efficacy data. For safety, although there are subtle differences that favor vibegron over mirabegron, most patients could use either drug.

- In order to meet the needs of MHS beneficiaries, at least one β-3 agonist is required on the formulary.

## B. Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass—Relative Cost Effectiveness Analysis and Conclusion

*Relative Cost-Effectiveness Analysis and Conclusion*—CMA and BIA were performed. The P&T Committee concluded (16 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that mirabegron (Myrbetriq) was more cost effective than vibegron (Gemtesa).

- BIA and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary or NF on the UF. BIA results showed that designating mirabegron (Myrbetriq) and vibegron (Gemtesa) both as UF demonstrated significant cost avoidance for the MHS.

## C. Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass—UF Recommendation

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the following:

- UF
    - mirabegron tablets (Myrbetriq)
    - mirabegron ER granules for oral suspension (Myrbetriq granules) *moves from NF to UF*
    - vibegron (Gemtesa)

- NF – None

- Tier 4 (Not covered) – None

## D. Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass—Manual PA Criteria

PA criteria have been in place for Myrbetriq, Gemtesa and the Myrbetriq Granules since they were originally reviewed as new drugs. The PA criteria requires a trial of an antimuscarinic first. Additionally, at the May 2021 review of Gemtesa, the Myrbetriq PA was revised to require a trial of Gemtesa in new users, based on cost-effectiveness. However due to the delay of the Beneficiary Advisory Panel meeting (due to the zero-based review), implementation did not occur until March 2022.

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) minor updates to the current manual PA criteria for Myrbetriq and Gemtesa in new users. The current

requirements for a trial of an antimuscarinic first before use of a β-3 agonist will be maintained, as the AUA/SUFU guidelines place the antimuscarinics and β-3 agonists on equal footing, and do not prefer the β-3 agonists over the antimuscarinics. Practices from commercial healthcare plans also require an antimuscarinic before a β-3 agonist. A trial of only one antimuscarinic will be required, instead of the current requirement for two prior drugs.

Minor updates were made to the dosage modifications based on renal function. Additionally, the current requirement for a trial of Gemtesa prior to Myrbetriq will be removed. There were no changes made to the existing Myrbetriq Granules PA criteria.

1. **mirabegron tablets (Myrbetriq)**

   **Updates from the August 2022 meeting are in bold** ~~and strikethrough~~

   Manual PA criteria apply to all new users of mirabegron (Myrbetriq).

   Manual PA criteria: Myrbetriq is approved if all criteria are met:

   Overactive Bladder:

   - The patient has a confirmed diagnosis of overactive bladder (OAB) with symptoms of urge incontinence, urgency, and urinary frequency AND

   - The patient has tried and failed behavioral interventions to include pelvic floor muscle training in women, and bladder training

   - The patient has had a 12-week trial with **one** ~~two formulary step-preferred products~~ **generic antimuscarinic medication** (oxybutynin IR, oxybutynin ER, tolterodine ER, **trospium, solifenacin, darifenacin** or fesoterodine) and had therapeutic failure

   OR

   - The patient has experienced central nervous system adverse events with oral OAB medications OR is at increased risk for such central nervous system effects due to comorbid conditions, **advanced** age or other medications

   - ~~Patient has tried and failed or has a contraindication to vibegron (Gemtesa)~~

   - The patient's ~~does not have a Cr Cl <15 mL/min~~ **estimated creatinine clearance (CrCl)/glomerular filtration rate (eGFR) is ≥15 mL/min/1.73m2 and the provider is aware that the dose should not exceed 25 mg a day in patients with a CrCl/eGFR between 15 − 29 mL/min/1.73m2**

   - ~~If the CrCl is between 15-29 mL/min, the dosage does not exceed 25 mg QD~~

**OR**

Neurogenic Detrusor Overactivity (NDO)

- The patient has a confirmed diagnosis of neurogenic detrusor overactivity (NDO) secondary to detrusor overactivity and/or myelomeningocele

- The drug is prescribed by or in consultation with a urologist or nephrologist

- The provider acknowledges that the granules are not bioequivalent and cannot be substituted on a mg to mg basis with the tablets and will not combine dosage forms to achieve a specific dose

- Provider acknowledge that there are detailed renal and hepatic dose adjustments in the package labeling and agrees to consult this before prescribing in this special population

- Provider acknowledge that oxybutynin is available for patients with neurogenic detrusor overactivity and does not require prior authorization

- Patient has tried and failed or has a contraindication to oxybutynin

- The patient weighs greater than or equal to 35 kg

Non-FDA-approved uses are not approved.
Prior authorization does not expire.

**2. mirabegron extended release granules for oral suspension (Myrbetriq Granules)**

**No changes made at the August 2022 meeting**

Manual PA criteria: Myrbetriq Granules are approved if all criteria are met:

- Myrbetriq granules for oral suspension are prescribed by or in consultation with a urologist or nephrologist

- The prescription is written for neurogenic bladder secondary to detrusor overactivity and/or myelomeningocele, and not for overactive bladder

- Provider acknowledges that oxybutynin oral syrup is available for patients with neurogenic detrusor overactivity and does not require prior authorization

- Patient has tried and failed or has a contraindication to oxybutynin

- Patient requires Myrbetriq granules for oral suspension for one of the following reasons:

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

> - The patient cannot swallow due to some documented medical condition (e.g., dysphagia, oral candidiasis, systemic sclerosis, etc) and not convenience. OR
>
> - The patient weighs less than 35 kg

- Provider acknowledges that Myrbetriq granules for suspension are not bioequivalent to and cannot be substituted on a mg to mg basis to the Myrbetriq tablets

- Provider acknowledges that Myrbetriq granules for suspension and the Myrbetriq tablets will not be combined to achieve a specific dose

- Provider acknowledges the detailed renal and hepatic dosing adjustments in the package labeling and agrees to consult this before prescribing the granules in these special populations

Non-FDA-approved uses are not approved.
Prior authorization does not expire.


### 3. vibegron (Gemtesa)

**Updates from the August 2022 meeting are in bold ~~and strikethrough~~**

Manual PA criteria apply to all new users of Gemtesa.

<u>Manual PA criteria</u>: Gemtesa is approved if all criteria are met:

- The patient has a confirmed diagnosis of overactive bladder (OAB) with symptoms of urge incontinence, urgency, and urinary frequency

- The patient has tried and failed behavioral interventions to include pelvic floor muscle training in women, and bladder training,

- The patient has had a 12-week trial with **one ~~two formulary step-preferred products generic~~** antimuscarinic (oxybutynin IR, oxybutynin ER, tolterodine ER, **trospium, solifenacin, darifenacin or fesoterodine**) and had therapeutic failure OR

- The patient has experienced central nervous system adverse events with at least one oral OAB medication OR is at increased risk for such central nervous system effects due to comorbid conditions, advanced age or other medications,

- The patient's creatinine clearance (CrCl) )**/~~glomerular filtration rate (eGFR) is ≥15 mL/min/1.73m2 is greater than 15 mL/min~~**

Non-FDA-approved uses are not approved.
Prior authorization does not expire.

**E. Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass— UF, PA and Implementation Period**

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday 30 days after signing of the minutes in all points of service.

**V. UF DRUG CLASS REVIEWS—Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass**

*BAP Comments*

**A. Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass—UF Recommendation**

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the following:

- UF
  - Myrbetriq tablets
  - Myrbetriq granules *moves from NF to UF*
  - Gemtesa
- NF – None
- Tier 4 (Not covered) – None

> *BAP Comments*
>
> Concur:          Non-Concur:          Abstain:          Absent:

**B. Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass— Manual Prior Authorization**

The P&T Committee recommended minor updates to the current manual PA criteria in new users as outlined above.

> *BAP Comments*
>
> Concur:          Non-Concur:          Abstain:          Absent:

C. **Overactive Bladder Agents (OAB) – Beta3 (β-3) Adrenergic Agonists Subclass—UF, PA, and Implementation Period**

The P&T Committee recommended an effective date of the first Wednesday 30 days after signing of the minutes in all points of service.

> *BAP Comments*
>
> Concur:      Non-Concur:      Abstain:      Absent:

# VI. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*P&T Comments*

A. **Newly Approved Drugs Per 32 CFR 199.21(g)(5)--Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions**

Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions—The P&T Committee agreed (16 for, 0 opposed, 0 abstained, 0 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5).

B. **Newly Approved Drugs Per 32 CFR 199.21(g)(5)—UF Recommendations**

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the following:

- UF
  - alpelisib (Vijoice) – Oncological agent for PIK3CA-related overgrowth spectrum (PROS)
  - daridorexant (Quviviq) – Sleep Disorders: dual orexin receptor antagonist (DORA) for treating insomnia
  - edaravone oral suspension (Radicava ORS) – Miscellaneous Neurological Agent for amyotrophic lateral sclerosis (ALS) and a new oral version of an IV medication
  - ganaxolone oral suspension (Ztalmy) – Anticonvulsant for treating seizures associated with cyclin-dependent kinase-like 5 (CDKL5) deficiency
  - insulin glargine solostar unbranded authorized biologic (from Winthrop labs) – Basal insulin; note that as part of this recommendation, this product will be designated as non-step-preferred.
  - mavacamten (Camzyos) – Miscellaneous Cardiovascular Agent for symptomatic New York Heart Association (NYHA) class II-III obstructive hypertrophic cardiomyopathy (oHCM)
- NF:

- amlodipine oral solution (Norliqva) – Dihydropyridine Calcium Channel Blocker (CCB) alternate dosage form for hypertension

- cyclosporine 0.1% ophthalmic emulsion (Verkazia) – Ophthalmic for vernal keratoconjunctivitis

- donepezil patch (Adlarity) – Alzheimer's agent for mild, moderate, to severe dementia and a patch version of an available oral agent

- leuprolide SC injection (Camcevi Kit) – Leuprolide-hormone-release hormone (LHRH) agent for treatment of advanced prostate cancer

- tapinarof 1% cream (Vtama) – Psoriasis Agent

- tirzepatide SC injection (Mounjaro) – Glucagon-like peptide-1 (GLP-1) receptor agonist for type 2 diabetes

- testosterone undecanoate 112.5 mg capsule (Tlando) – Oral Testosterone Replacement Therapy; note that as part of this recommendation, this product will be designated as non-step-preferred.

- vonoprazan/amoxicillin (Voqueza Dual Pak) – Miscellaneous  Anti-infective for Helicobacter pylori *(H. pylori)* infection

- vonoprazan/amoxicillin/clarithromycin; (Voqueza Triple Pak) – Miscellaneous Anti-infective for Helicobacter pylori *(H. pylori)* infection

- Tier 4 (Not covered):  The drugs listed below were recommended for Tier 4 status, as they provide little to no additional clinical effectiveness relative to similar agents in their respective drug classes, and the needs of TRICARE beneficiaries are met by available alternative agents.

  - baclofen oral granules (Lyvispah) – Skeletal Muscle Relaxant; another alternative formulation of baclofen for multiple sclerosis spasticity

    - Alternatives include baclofen tablets, baclofen oral solution (Ozobax) and baclofen oral suspension (Fleqsuvy)

  - benzoyl peroxide 5% cream (Epsolay) – keratolytic for rosacea

    - Alternatives include other legend and OTC benzoyl peroxide formulations, metronidazole, and azelaic acid products.


## C.  Newly Approved Drugs Per 32 CFR 199.21(g)(5)—PA Criteria

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 0 absent) the following:

- Applying manual PA criteria to new users of tirzepatide (Mounjaro) consistent with the other NF GLP1-RA, Ozempic.  A trial of metformin will be required before Mounjaro.

- Applying manual PA criteria to new users of Quviviq, similar to the criteria in place for the other DORAs, Belsomra and Dayvigo.  A trial of zolpidem extended-release or eszopiclone is required first before a DORA.

- Applying manual PA criteria to new users of the insulin glargine solostar unbranded authorized biologic, consistent with the criteria for the other non-preferred basal insulins. A trial of Lantus is required first.

- Applying manual PA criteria to new users of Tlando, consistent with the criteria already in place for the oral testosterone products (Jatenzo) and the other topical testosterone replacement products. A trial of the step-preferred product Fortesta is required first.

- Applying manual PA criteria to new users of Verkazia, consistent with the existing PA criteria for other ophthalmic cyclosporine products. Patients who are younger than age 21 years and who have a history of cyclosporine 0.05% ophthalmic emulsion (Restasis) in the past 180 days do not require a manual PA for Verkazia (age edit and auto-look back). The Restasis PA was also updated to allow use in patients younger than 18 years.

- Applying PA criteria to new users of Vtama, consistent with what is already in place for other topical Psoriasis Drugs.

- Applying PA criteria to new users of Vijoice, Radicava ORS, Ztalmy, Camzyos, Voquezna Double Pak, Voquezna Triple Pak, Adlarity, and Camcevi Kit

**The PA Criteria is as follows:**

1. **alpelisib (Vijoice)**

    PA criteria apply to all new users of alpelisib (Vijoice)

    <u>Manual PA criteria</u>: Vijoice is approved if all criteria are met:

    - Prescription is written by or in consultation with a medical geneticist or vascular surgeon

    - Patient has a documented diagnosis of PIK3CA Related Overgrowth Spectrum (PROS) which the provider determines to be severe and requiring systemic therapy

    - Patient has documented evidence of a mutation in the PIK3CA gene

    Non-FDA-approved uses are not approved
    PA expires in one year

    Renewal Criteria: (Initial TRICARE PA approval is required for renewal)
    Coverage will be approved indefinitely for continuation of therapy if

    - The patient has a documented positive clinical response to therapy

2. **amlodipine oral solution (Norliqva)**

    PA does not apply to patients less than 12 years of age (age edit).

    PA criteria apply to all new users of Norliqva.

    <u>Manual PA criteria:</u> Norliqva is approved if all criteria are met

- Provider must explain why the patient requires amlodipine oral solution and cannot take amlodipine tablets or amlodipine suspension

Non-FDA-approved uses are not approved
PA does not expire

3. **cyclosporine 0.1% ophthalmic emulsion (Verkazia)**

Note that an age edit and automated look back apply.

- Patients who are younger than age 21 years who have a history of Restasis do not require a PA; Verkazia is approved

- Patients younger than age 21 who do not have a history of Restasis require manual PA

- Manual PA is required in all new patients 21 years of age and older

Automated PA criteria: The patient is younger than age 21 years AND has filled a prescription for cyclosporine 0.05% ophthalmic solution (Restasis) at any MHS pharmacy point of service (MTFs, retail network pharmacies, or mail order) during the previous 720 days.

Manual PA Criteria: If automated criteria are not met, coverage is approved for Verkazia if all criteria are met:
- Verkazia is prescribed by or in consultation with an optometrist or ophthalmologist

- Patient has moderate to severe vernal keratoconjunctivitis (VKC)

- Patient has tried and failed an adequate course of at least one mast cell stabilizer/antihistamine (i.e., olopatadine, azelastine, epinastine, lodoxamide, cromolyn)

- Patient has tried and failed, or has a contraindication to an adequate course of cyclosporine 0.05% ophthalmic emulsion (Restasis)

Non-FDA-approved uses are NOT approved including dry eye disease, graft rejection/graft versus host disease (GvHD), corneal transplant, atopic keratoconjunctivitis (AKC) and LASIK associated dry eye

PA does not expire

4. **daridorexant (Quviviq)**

Manual PA criteria apply to all new users of Quviviq, Belsomra, and Dayvigo.

Manual PA Criteria: Quviviq, Belsomra, Dayvigo is approved if all criteria are met:

- Provider acknowledges the following agents are available without prior authorization: zolpidem IR and ER, zaleplon, eszopiclone

- Patient has documented diagnosis of insomnia characterized by difficulties with sleep onset and/or sleep maintenance

- Non-pharmacologic therapies have been inadequate in improving functional impairment, including but not limited to relaxation therapy, cognitive behavioral therapy for insomnia (CBT-I), sleep hygiene, and the patient will continue with non-pharmacologic therapies throughout treatment

- Patient has tried and failed or had clinically significant adverse effects to zolpidem extended-release OR eszopiclone

- Patient has no current or previous history of narcolepsy

- Patient has no current or previous history of drug abuse

Non FDA-approved uses are not approved
Prior authorization expires in 1 year

Renewal criteria: Note that initial TRICARE PA approval is required for renewal. PA will be renewed for an additional 1 year if the renewal criteria are met:

- Patient has not adequately responded to non-pharmacologic therapies

- Patient agrees to continue with non-pharmacologic therapies including but not limited to relaxation therapy, cognitive behavioral therapy for insomnia (CBT-I), and/or sleep hygiene

- Patient continues to respond to the drug


5. **donepezil patch (Adlarity)**

   **Manual PA criteria apply to all new users of donepezil transdermal system (Adlarity).**

   Manual PA criteria: Coverage is approved if all criteria are met:

   - The patient is 18 years of age or older

   - The medication is being prescribed in consultation with a neurologist, psychiatrist, or specialist in geriatric medicine.

   - The patient is being treated for mild, moderate, or severe dementia of the Alzheimer's type.

   - The patient must have tried and failed, have a contraindication to, or have had an adverse reaction to both of the following::

- One oral donepezil formulation (e.g., donepezil 5 mg or, 10 mg tab or orally dissolving tablets [ODT]) AND

- One topical agent: rivastigmine transdermal system (Exelon patch).

Non-FDA approved uses are NOT approved.
PA does not expire.

**6.  edaravone oral suspension (Radicava ORS)**

Manual PA criteria: Coverage is approved if all criteria are met:

- Patient is 18 years of age or older

- The medication is prescribed by a neurologist.

- The patient has a diagnosis of amyotrophic lateral sclerosis (ALS).

- The disease duration is two years or less

- The patient has a score of $\geq 2$ points for each item of ALS Functional Rating Scale–Revised (ALSFRS-R).

- The patient has preserved respiratory function (forced vital capacity $\geq 80\%$)

Non-FDA approved uses are NOT approved.
 PA does not expire.

**7.  ganaxolone oral suspension (Ztalmy)**

Manual PA criteria: Coverage is approved if all criteria are met:

- Drug is prescribed by or in consultation with pediatric neurologist

- Patient has a diagnosis of seizures associated with cyclin-dependent kinase-like 5 (CDKL5) deficiency disorder confirmed with a genetic test

Non-FDA approved uses are NOT approved.
PA does not expire.

**8.  insulin glargine solostar authorized biologic**

Manual PA criteria: Coverage is approved if all criteria are met:

- Provider acknowledges that Lantus is the DoD's preferred basal insulin and preferred insulin glargine.  Prescriptions written for Lantus do not require prior authorization and are available at the lowest Tier 1 copay.

- Patient must have tried and failed insulin glargine (Lantus)

Non-FDA approved uses are NOT approved.

PA does not expire.

9. **leuprolide SC injection (Camcevi Kit)**

   <u>Manual PA criteria</u>: Coverage is approved if all criteria are met:

   - Patient is 18 years of age or older

   - Drug is prescribed by or in consultation with an oncologist or urologist

   - Patient has a diagnosis of advanced prostate cancer

   - Patient has intolerability to, or has failed alternative formulary leuprolide injections (i.e. Lupron Depot, Eligard)

   Non-FDA approved uses are NOT approved.
   PA does not expire.

10. **mavacamten (Camzyos)**

    <u>Manual PA criteria</u>: Camzyos is approved if all criteria are met:

    - The patient is 18 years of age and older

    - Drug is prescribed by a cardiologist

    - The patient has documented evidence of obstructive hypertrophic cardiomyopathy (HCM)

    - Left ventricular outflow tract (LVOT) pressure gradient is greater than or equal to 50 mmHg

    - The patient has NYHA Class II to III obstructive HCM that is symptomatic (e.g., dyspnea, chest pain, light headedness, syncope, fatigue, reduced exercise capacity)

    - The patient's left ventricular ejection fraction (LVEF) is greater than or equal to 55%

    - Patient has failed therapy with at least one agent from both of the following classes:

      - Beta blocker (non-vasodilating) – propranolol, metoprolol AND

      - Calcium channel blockers (non-dihydropyridine) – verapamil, diltiazem

    - Patient must not be on dual calcium channel blocker and beta blocker therapy concurrently

    - Patient must not be receiving ranolazine or disopyramide concurrently

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 606 of 980

AR1794

- Patient and provider must be aware of the risks of systolic dysfunction as outlined by REMS

- Provider and patient must agree to comply to all requirements of the REMS program, including echocardiogram at 0, 4, 8, 12 weeks follow by every 12 weeks and drug interaction monitoring requirements

- If the patient is of child-bearing age, the patient must not be pregnant and will receive counseling for effective contraception during therapy and for 4 months after the last dose

Non-FDA-approved uses are not approved
PA expires in 1 year

- <u>Renewal criteria</u>: Note that initial TRICARE PA approval is required for renewal. PA will be renewed indefinitely if the patient has responded to therapy, as evidenced by improvement in obstructive hypertrophic cardiomyopathy symptoms

**11. tapinarof 1% cream (Vtama)**

<u>Manual PA criteria:</u> Vtama is approved if all criteria are met:
- Patient is 18 years of age of older.

- The patient has a diagnosis of plaque psoriasis.

- The medication is being prescribed in consultation with a dermatologist.

- The patient must have tried for at least 2 weeks and failed, have a contraindication to, or have had an adverse reaction to both of the following:

  - at least one moderate to high potency topical corticosteroid (e.g., clobetasol propionate 0.05% ointment, cream, solution and gel; fluocinonide 0.05% ointment, cream, solution) AND

  - at least one topical calcineurin inhibitor (e.g. tacrolimus, pimecrolimus)

Non-FDA approved uses are not approved.
PA does not expire.

**12. testosterone undecanoate 112.5 mg capsules (TLando)**

Manual PA criteria applies to new users of users of Jatenzo and TLando

<u>Manual PA Criteria</u>: Jatenzo or TLando is approved if all criteria are met:

- Patient has a confirmed diagnosis of hypogonadism as evidenced by morning total serum testosterone levels below 300 ng/dL taken on at least two separate occasions

- Patient is a male age 18 years of age or older

- The patient has a diagnosis of hypogonadism as evidenced by 2 or more morning total testosterone levels below 300 ng/dL.

- Provider has investigated the etiology of the low testosterone levels and acknowledges that testosterone therapy is clinically appropriate and needed

- Patient is experiencing signs and symptoms usually associated with hypogonadism

- Patient has tried testosterone 2% gel (Fortesta) OR testosterone 1% gel (Androgel generic) for a minimum of 90 days AND failed to achieve total serum testosterone levels above 400 ng/dL (labs drawn 2 hours after use of the agent) AND without improvement in symptoms

OR

- Patient has a contraindication to or has experienced a clinically significant adverse reaction to Fortesta OR generic testosterone 1% gel, that is not expected to occur with Jatenzo or TLando

- The patient requires a testosterone replacement therapy (TRT) that has a low risk of skin-to-skin transfer between family members

OR

- Coverage approved for female-to-male gender reassignment (endocrinologic masculinization) if:

- Patient has diagnosis of gender dysphoria made by a TRICARE authorized mental health provider according to most current edition of the DSM

- Patient is an adult, or is 16 years or older who has experienced puberty to at least Tanner stage 2 AND

- Patient has no signs of breast cancer AND

- For gender dysphoria biological female patients of childbearing potential, the patient IS NOT pregnant or breastfeeding AND

- Patient has no psychiatric comorbidity that would confound a diagnosis of gender dysphoria or interfere with treatment (e.g. unresolved body dysmorphic disorder; schizophrenia or other

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

psychotic disorders that have not been stabilized with treatment) AND

- Patient does not have any of the following:
  - Hypogonadism conditions not associated with structural or genetic etiologies (e.g. "age-related" hypogonadism), carcinoma of the breast or suspected carcinoma of the prostate
  - Uncontrolled hypertension or is at risk for cardiovascular events (e.g., myocardial infarction or stroke) prior to start of Jatenzo or Tlando therapy or during treatment (based on the product's boxed warning of increased risk of major adverse cardiovascular events and hypertension)

Non-FDA-approved uses are NOT approved.
Not approved for concomitant use with other testosterone products.
Prior Authorization does not expire


13. **tirzepatide (Mounjaro)**

Manual PA criteria apply to all new users of Mounjaro.

All new users of a GLP1RA are required to try metformin before receiving a GLP1RA. Patients currently taking a GLP1RA must have had a trial of metformin first.

Manual PA criteria: Coverage is approved if all criteria are met:
- Provider acknowledges that Trulicity is available on the UF and has an indication to reduce the risk of major adverse cardiovascular events in adults with Type 2 diabetes mellitus (T2DM) who have established cardiovascular disease or multiple cardiovascular risk factors, Mounjaro does not have this indication
- The patient has a confirmed diagnosis of Type 2 diabetes mellitus
- The patient has experienced any of the following issues on metformin:
  - impaired renal function precluding treatment with metformin OR
  - history of lactic acidosis
- The patient has had inadequate response to metformin OR
- The patient has a contraindication to metformin

Non-FDA approved uses are NOT approved, including for weight loss in patients who do not have diabetes
PA does not expire

14. **vonoprazan, amoxicillin (Voquezna Dual Pak)**
**vonoprazan, amoxicillin, clarithromycin (Voquezna Triple Pak)**

Manual PA criteria apply to all new users of Voquezna Dual & Triple Pak

<u>Manual PA criteria:</u> Coverage is approved if all criteria are met:
- The provider acknowledges that other medications to treat *H. pylori* including lansoprazole, amoxicillin, and clarithromycin are on the TRICARE formulary and are available without a PA

- Patient is 18 years of age or older

- Prescription is written by or in consultation with a gastroenterologist or infectious disease specialist

- Patient has tried and failed two 14-day trials of therapy with guideline-recommended first-line therapies (Appropriate treatment combinations of omeprazole, lansoprazole, amoxicillin, rifabutin, clarithromycin, bismuth subsalicylate, metronidazole, tetracycline, and PPI or H2 blockers) for *H. pylori*
  - Note: Failure is defined as failure to eradicate *H. pylori* infection after a 14-day course of therapy

Non-FDA approved uses are NOT approved
PA renewal is not allowed; a new PA is required for each course of therapy

## D. Newly Approved Drugs Per 32 CFR 199.21(g)(5)—UF, Tier 4/Not Covered, and PA Implantation Plan

The P&T Committee recommended for (16 for, 0 opposed, 0 abstained, 0 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status:** an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

- **New Drugs Recommended for Tier 4 Status:** 1) An effective date of the first Wednesday 120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the Tier 4/Not Covered recommendation at 30 days and 60 days prior to implementation.

## VII. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

### *BAP Comments*

### A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF/NF/Tier 4 Recommendation

The P&T Committee recommended the formulary status for the newly approved drugs as stated above:

- UF
    - Vijoice
    - Quviviq
    - Radicava ORS
    - Ztalmy
    - Basal insulin
    - Camzyos

- NF:
    - Norliqva
    - Verkazia
    - Adlarity
    - Camcevi Kit
    - Vtama
    - Mounjaro
    - Tlando
    - Voquezna Dual Pak
    - Voquezna Triple PAK

- Tier 4 (Not covered)
    - Lyvispah
    - Epsolay

### BAP Comments

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

## B. Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria

The P&T Committee recommended the PA criteria for the new drugs as stated above.

*BAP Comments*

**Concur:**   **Non-Concur:**      **Abstain:**      **Absent:**

**C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, NF, Tier 4/Not Covered and PA Implementation Plan**

The P&T Committee recommended the implementation plans as stated above.

*BAP Comments*

**Concur:**   **Non-Concur:**      **Abstain:**      **Absent:**

**VIII.   UTILIZATION MANAGEMENT—NEW MANUAL CRITERIA SPIRIVA HANDIHALER**

*P & T Comments*

**A. Prior Authorization Criteria—Spiriva HandiHaler New Manual PA Criteria**

**Pulmonary II Agents:  Long-Acting Muscarinic Antagonists (LAMAs)—tiotropium dry powder inhaler (Spiriva HandiHaler)—**Spiriva HandiHaler was reviewed in February 2013 and added to the BCF.  In November 2016, a follow-on product, tiotropium soft mist inhaler (Spiriva Respimat), was reviewed as a new drug.  Both formulations are indicated for maintenance treatment of chronic obstructive pulmonary disease (COPD), and to reduce the risk of COPD exacerbations.  They produce similar improvements in forced expiratory volume in one second (FEV1), and have safety profiles that reflect the other LAMAs.

The Spiriva HandiHaler requires insertion of the dry powder capsules into the device, and also requires a minimum inspiratory flow rate of 30 mL/min to activate the inhaler.  Generics are not expected for at least two years.  For Spiriva Respimat, patients with dexterity issue may have difficulty assembling and priming the device.  However, advantages of the Respimat device include that more drug is deposited in the lungs, rather than the oral cavity; it is a passive inhalation device which does not rely on the patient's inspiratory effort; and it has an additional indication for maintenance treatment of asthma in patients 6 years of age and older.  Spiriva Respimat is more cost-effective than Spiriva HandiHaler.

The P&T Committee recommended (13 for, 0 opposed, 0 abstained, 3 absent) manual PA criteria in new and current users of Spiriva HandiHaler, in order to encourage use of Spiriva Respimat, due to compelling advantages of the delivery mechanism.

The PA criteria is as follows:

Manual PA criteria apply to all new and current users of Spiriva HandiHaler.

Manual PA criteria:  Spiriva HandiHaler is approved if all the following criteria are met:

- The provider acknowledges that Spiriva Respimat is the Department of Defense's preferred long-acting muscarinic antagonist and does not require prior authorization.

- The provider must document a patient-specific reason as to why the patient requires Spiriva Handihaler and cannot use the Spiriva Respimat device.  (blank write-in)

Non-FDA-approved uses are NOT approved

Prior authorization does not expire.

## B. Prior Authorization Criteria—Spiriva HandiHaler New Manual PA Criteria Implementation Plan

The P&T Committee recommended (13 for, 0 opposed, 0 abstained, 3 absent) the new PA will become effective the first Wednesday 120 days after the signing of the minutes, and DHA will send letters to affected patients prior to and following implementation.

## IX. UTILIZATION MANAGEMENT—SPIRIVA HANDIHALER NEW MANUAL PA CRITERIA

*BAP Comments*

### A. Prior Authorization Criteria—Spiriva HandiHaler New Manual PA Criteria

The P&T Committee recommended manual PA criteria in new and current users of Spiriva HandiHaler, as outlined above.

*BAP Comments*

*Concur:     Non-Concur:          Abstain:          Absent:*

### B. Prior Authorization Criteria—Spiriva HandiHaler New Manual PA Criteria Implementation Plan

The P&T Committee recommended new PA will become effective the first Wednesday 120 days after the signing of the minutes, and DHA will send letters to affected patients prior to and following implementation.

*BAP Comments*

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

*Concur:*        *Non-Concur:*        *Abstain:*        *Absent:*

## X. UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA FOR NEWLY APPROVED DRUGS NOT SUBJECT TO 32 CFR 199.21(G)(5)

### *P & T Comments*

#### A. New Manual Pa Criteria For Newly Approved Drugs Not Subject To 32 CFR 199.21(G)(5)

Manual PA criteria were recommended for several recently marketed drugs which contain active ingredients that are widely available in low-cost generic formulations. These products are usually produced by a single manufacturer. Due to the pathway used to gain FDA approval, these products do not meet the criteria for innovators and cannot be reviewed for formulary status. These drugs all have numerous cost-effective formulary alternatives available that do not require prior authorization. For the products listed below, PA criteria is recommended in new and current users, requiring a trial of cost effective generic formulary medications first.

The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) manual PA criteria for valsartan 20 mg/5 mL oral solution and metformin 625 mg IR tablets in new and current users, due to the significant cost differences compared with numerous available alternative agents.

#### 1) Non-Insulin Diabetes Drugs: Biguanides Subclass - metformin immediate release (IR) 625 mg tablets—Numerous other metformin IR (500 mg and 850 mg) and ER (750 mg and 1000 mg) formulations are more cost-effective than this 625 mg IR formulation made by a sole manufacturer.

Manual PA criteria apply to all new and current users of metformin IR 625 mg tablets.

Manual PA criteria: Metformin IR 625 mg tablets are approved if <u>all</u> criteria are met:
- Provider acknowledges other metformin formulations, including the 500 mg and 850 mg immediate release tablets, and 750 mg and 1000 mg extended release tablets are available without requiring prior authorization.

- The provider must explain why the patient can't take a different metformin formulation. (blank write-in)

Non-FDA-approved uses are not approved.

Prior authorization does not expire.

#### 2) Renin-Angiotensin Anti-hypertensives (RAAs) - valsartan 20 mg/5 mL oral solution—Valsartan is an angiotensin receptor blocker (ARB) that is available in cost-

effective generic formulations, along with several other ARBs (e.g., losartan, candesartan, telmisartan, etc). Valsartan oral solution is not cost effective compared to the other ARBs.

Manual PA criteria apply to all new and current users of valsartan 20 mg/5mL oral solution.

Manual PA criteria: Valsartan 20 mg/5mL oral solution is approved if all criteria are met:

- Provider acknowledges other angiotensin receptor blockers (ARBs) including valsartan, telmisartan and losartan are available without requiring prior authorization.

- The provider must explain why the patient can't take a tablet formulation of an (ARB) (blank write-in)

Non-FDA-approved uses are not approved.
Prior authorization does not expire.

## B. New Manual Pa Criteria For Newly Approved Drugs Not Subject To 32 CFR 199.21(G)(5) Implementation Plan

The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) that the new PAs will become effective the first Wednesday 60 days after the signing of the minutes, and DHA will send letters to affected patients.

## XI. UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA FOR NEWLY APPROVED DRUGS NOT SUBJECT TO 32 CFR 199.21(G)(5)

### *BAP Comments*

## A. New Manual Pa Criteria For Newly Approved Drugs Not Subject To 32 CFR 199.21(G)(5)

The P&T Committee recommended manual PA criteria for valsartan 20 mg/5 mL oral solution and metformin 625 mg IR tablets in new and current users, as outlined above.

### *BAP Comments*

Concur:          Non-Concur:          Abstain:          Absent:

B. **New Manual Pa Criteria For Newly Approved Drugs Not Subject To 32 CFR 199.21(G)(5) Implementation Plan**

The P&T Committee recommended the new PAs will become effective the first Wednesday 60 days after the signing of the minutes, and DHA will send letters to affected patients.

*BAP Comments*

Concur:    Non-Concur:    Abstain:    Absent:

XII. **PRIOR AUTHORIZATION CRITERIA—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS**

*P&T Comments*

A. **Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications**

The P&T Committee evaluated updates to the PA criteria for several drugs, due to new FDA-approved indications.  The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for Dupixent, Rinvoq, Otezla, Qelbree and Imcivree in new users.

1. **Atopy Agents (now incorporates the previously titled Respiratory Interleukins)— dupilumab injection (Dupixent)**

   a) **Eosinophilic Esophagitis (EoE):**  Dupixent recently gained a new indication for treating EoE.  A trial of both a proton pump inhibitor (PPI) and topical glucocorticoid is required prior to using Dupixent in new users, based on the current EoE clinical practice guidelines from the American Academy of Allergy, Asthma and Immunology (AAAI) and MHS provider feedback.  Note that topical glucocorticoids in this case refers to spraying a high potency inhaled corticosteroid in the mouth and then swallowing the dose (due to extensive first pass metabolism), or making a slurry out of budesonide capsules.

   b) **Atopic Dermatitis in young children**:  The Dupixent manual PA criteria were also updated to allow for expanded use as add-on maintenance treatment of atopic dermatitis in children aged 6 months to 5 years whose disease is not adequately controlled with topical prescription treatments.

   The PA criteria is as follows:
   Only the updates for EoE and atopic dermatitis are included; note that no changes were made for the asthma or nasal polyps indications.

   Manual PA is required for all new users of dupilumab (Dupixent).

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

<u>Manual PA Criteria:</u> Dupixent coverage will be approved for initial therapy for 12 months if all criteria are met:

***For Eosinophilic Esophagitis:***

- The patient is 12 years of age or older and weighs at least 40 kilograms (~88 lbs)

- The drug is prescribed by or in consultation with a gastroenterologist or allergy/immunology specialist

- Patient has a documented diagnosis of Eosinophilic Esophagitis (EoE) by endoscopic biopsy

  - For EoE, the patient has tried and failed an adequate course of both the following:

  - Proton pump inhibitor (PPI) at up to maximally indicated doses (adults 20-40 mg twice daily omeprazole equivalent; children: 1-2 mg/kg or equivalent), unless contraindicated or clinically significant adverse effects are experienced AND

  - Topical glucocorticoids [e.g., fluticasone (Flovent), budesonide (Pulmicort)] at up to maximally indicated doses, unless contraindicated, clinically significant adverse effects are experienced, or in children maximal doses can not be reached due to concerns for growth suppression or adrenal insufficiency.

**Renewal Criteria:  (initial TRICARE PA approval is required for renewal)**

*For Eosinophilic Esophagitis (EoE):*
- For <u>maintenance:</u> patient has experienced a beneficial clinical response, defined by ONE of the following (a, b, c, d, or e):
  - a) Reduced intraepithelial eosinophil count; OR
  - b) Decreased dysphagia/pain upon swallowing; OR
  - c) Reduced frequency/severity of food impaction; OR
  - d) Reduced vomiting/regurgitation; OR
  - e) Improvement in oral aversion/failure to thrive

- For <u>relapse:</u>  prior authorization form or chart notes documenting a relapse after treatment was discontinued since last approval

2. **Targeted Immunomodulatory Biologics (TIBs):  oral Janus Kinase (JAK) inhibitors—upadacitinib (Rinvoq)**

    The manual PA criteria were updated for Rinvoq to expand use for treating ankylosing spondylitis (AS) in new users.  There are currently no head-to-head trials comparing

the efficacy of one biologic over another for AS. Based on current clinical practice guidelines for AS, availability of other TIBs with indications for AS [including the TNF-inhibitor adalimumab (Humira) and the anti-IL-17 product secukinumab (Cosentyx)], and due to safety issues with the oral JAK inhibitors as a class, a trial of two non-steroidal anti-inflammatory drugs (NSAIDs), Humira and Cosentyx is required prior to using Rinvoq.

The PA criteria are as follows:

Updates for the Ankylosing Spondylitis indication are shown below. Note that no changes were made to the criteria for the other indications (rheumatoid arthritis, psoriatic arthritis, atopic dermatitis, and ulcerative colitis).

Step therapy and manual PA criteria apply to all new users of upadacitinib (Rinvoq ER).

<u>Manual PA Criteria</u>: Rinvoq is approved if all criteria are met:

*For Ankylosing Spondylitis*
- Provider acknowledges that Humira is the Department of Defense's preferred targeted biologic agent for ankylosing spondylitis

- The patient is 18 years of age or older

- The patient has ankylosing spondylitis

- Patient has had an inadequate response to Humira and Cosentyx OR

- Patient has experienced an adverse reaction to Humira and Cosentyx that is not expected to occur with the requested agent OR

- Patient has a contraindication to Humira and Cosentyx AND

- Patient has had an inadequate response to at least two NSAIDs over a period of at least two months

*For all indications*
- Patient has no evidence of active TB infection within the past 12 months

- Patient has no history of venous thromboembolic (VTE) disease

- Provider is aware of the FDA safety alerts AND Boxed Warnings

- Patient has no evidence of neutropenia (ANC < 1000)

- Patient has no evidence of lymphocytopenia (ALC < 500)

- Patient has no evidence of anemia (Hgb < 8)

- Patient is not taking Rinvoq concomitantly with other TIBs agents except for Otezla and other potent immunosuppressant's (e.g., azathioprine, cyclosporine)

Non-FDA-approved uses are not approved.
PA does not expire for rheumatoid arthritis, psoriatic arthritis, ulcerative colitis, **or ankylosing spondylitis**


3. **TIBs: apremilast (Otezla)**—PA criteria for Otezla have applied since August 2014 for the original indications of psoriatic arthritis and moderate-to-severe plaque psoriasis in patients who are candidates for phototherapy or systemic therapy. Step-therapy applies to the TIBs, requiring a trial of Humira first for these indications. Otezla's package labeling has recently been expanded to include adults with mild cases of plaque psoriasis.

Based on clinical practice guidelines for treating psoriasis and feedback from MHS dermatologists, a trial of Humira will not be required for patients with mild plaque psoriasis. However, other standard therapies, including phototherapy and a moderate-to-high potency topical corticosteroid, steroid sparing agent and other topical agents, will be required first.

The PA criteria is as follows:

Updates from the August 2022 meeting are in bold ~~and strikethrough~~. Note that there were no changes made to the existing criteria for active psoriatic arthritis (PsA).

Manual PA criteria applies to new users of Otezla

*For Mild Plaque Psoriasis*

<u>Manual PA Criteria:</u> **Coverage approved for patients ≥ 18 years with mild plaque psoriasis who are candidates for systemic therapy or phototherapy if the following criteria are met:**

- **The patient has a contraindication to, intolerability to, or has failed treatment with medications from at least TWO of these THREE categories:**

  - **Moderate to High Potency Topical Corticosteroids (class 1 – class 5) e.g., clobetasol propionate 0.05% ointment/cream, fluocinonide 0.05% ointment/cream, betamethasone dipropionate 0.05% cream/lotion/ointment, etc.**

  - **Steroid Sparing Agents: Vitamin D analogs (e.g. calcipotriene and calcitriol), tazarotene, or topical calcineurin inhibitors (e.g. tacrolimus and pimecrolimus)**

  - **Other Topicals: emollients, salicylic acid, anthralin, or coal tar**

    **AND**

  - **The patient has a contraindication to, intolerability to, inability to access treatment, or has failed treatment with phototherapy**

*For Psoriatic Arthritis and Moderate to Severe Plaque Psoriasis* Note that no changes were made. Step therapy requiring a trial of Humira first is required, unless the patient has a contraindication to Humira, or has had an inadequate

response or adverse reaction. Additionally, a patients must be candidates for systemic therapy or phototherapy.

Non-FDA-approved uses are not approved.
PA does not expire.

4. **Attention Deficit Hyperactivity Disorder (ADHD): Non-Stimulants—viloxazine extended release (Qelbree)—**PA criteria have been in place for Qelbree since it was reviewed as a new drug at the August 2021 DoD P&T Committee meeting. At the time Qelbree was approved for treating ADHD only in children between the ages of 6 and 17 years. Qelbree has recently received an indication for treating adults.

For adults with ADHD, the PA criteria will be more stringent than in children, as a trial of methylphenidate (e.g., Concerta), mixed amphetamine salts (e.g., Adderall XR), atomoxetine (Strattera), and another non-stimulant [guanfacine ER (Intuniv) or clonidine ER (Kapvay)] will be required before Qelbree in new users. This requirement is due to the limited number of patients included in the trials used to gain FDA-approval (only 175 adults were studied for six weeks); the safety concerns with Qelbree in adults (including increases in heart rate and blood pressure); and the availability of numerous other cost-effective stimulants and non-stimulants for treating ADHD.

For children, updates were made to allow pediatric patients with swallowing difficulties to bypass the requirement for a trial of a different non-stimulant first, since Qelbree capsules can be opened up and mixed with applesauce. The other non-stimulants cannot be crushed or chewed.

The PA criteria is as follows:
   Updates from the August 2022 meeting are in bold
   Manual PA criteria apply to all new users of Qelbree.

   <u>Manual PA criteria</u>: Qelbree is approved if all criteria are met:
   **For Adults:**
   - **Patient is 18 years of age or older**

   - **Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD)**

   - **Patient has tried and failed, had an inadequate response, OR contraindication to amphetamine salts XR (Adderall XR, generic) or other long acting amphetamine or derivative drug**

   - **Patient has tried and failed, had an inadequate response, OR contraindication to methylphenidate OROS and other (Concerta, generic) or other long acting methylphenidate or derivative drug**

   - **Patient has tried and failed, had an inadequate response, OR contraindication to atomoxetine (generic Strattera)**

- **Patient has tried and failed, had an inadequate response, OR contraindication to at least one other non-stimulant ADHD medication (generic formulations of Kapvay or Intuniv)**

**For children and adolescents:**
- Patient is 6 to 17 years of age

- Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD)

- Patient has tried and failed, had an inadequate response, OR contraindication to amphetamine salts XR (Adderall XR, generic) or other long acting amphetamine or derivative drug

- Patient has tried and failed, had an inadequate response, OR contraindication to methylphenidate OROS and other (Concerta, generic) or other long acting methylphenidate or derivative drug

- Patient has tried and failed, had an inadequate response, OR contraindication to at least one non-stimulant ADHD medication (generic formulations of Strattera, Kapvay, or Intuniv)

- **OR if patient is under the age of 18 and cannot swallow due to some documented medical condition (e.g., dysphagia, oral candidiasis, systemic sclerosis, autism spectrum disorder, etc.) and not convenience, then a trial of one non-stimulant ADHD medication (generic formulations of Strattera, Kapvay, or Intuniv) is not required**

Non-FDA-approved uses are not approved (to include depression and anxiety).
Prior authorization does not expire.

5. **Miscellaneous Metabolic Agents—setmelanotide injection (Imcivree)**—The PA was updated for the new indication of chronic weight management in adults and pediatric patients 6 years of age and older with monogenic or syndromic obesity due to Bardet-Beidl syndrome was added to the PA.

The PA criteria is as follows:

Updates from the August 2022 meeting are in bold ~~and strikethrough~~

Manual PA criteria apply to all new users of Imcivree.

Manual PA criteria: Imcivree is approved if all criteria are met:

- Patient is 6 years of age or older

- Patient has a confirmed diagnosis (via genetic testing) of POMC-, PCSK1, or LEPR-deficiency that are interpreted as pathogenic, likely pathogenic, or of uncertain significance (VUS) OR

- **The patient has monogenic or syndromic obesity due to Bardet-Beidl syndrome (BBS)**

- Patient and provider agree to evaluate weight loss after 12-16 weeks of treatment. Imcivree should be discontinued if a patient has not lost at least 5% of baseline body weight, or 5% of baseline BMI for patients with continued growth potential

Initial prior authorization expires in 4 months.

Renewal criteria: Note that initial TRICARE PA approval is required for renewal. Imcivree is approved for 1 year for continuation of therapy for **POMC-, PCSK1-, or LEPR-deficiency or BBS** if all criteria are met:

- The patient has a documented improvement (a decrease from baseline) in at least 5% of baseline body weight, or 5% of baseline BMI for patients with continued growth potential.

Non-FDA approved uses are NOT approved including Alström Syndrome, ~~Bardet-Biedl Syndrome (BBS)~~, POMC-, PCSK1-, or LEPR-deficiency with POMC, PCSK1, or LEPR variants classified as benign or likely benign, other types of obesity not related to POMC, PCSK1 or LEPR deficiency, including obesity associated with other genetic syndromes and general (polygenic) obesity.

## B. Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications Implementation Plan

The P&T Committee recommended an effective the first Wednesday 60 days after signing of the minutes.

## XIII. PRIOR AUTHORIZATION CRITERIA—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS

### *BAP Comments*

### A. Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications

The P&T Committee evaluated updates to the PA criteria for several drugs, due to new FDA-approved indications, as outlined above.

### *BAP Comments*

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

**B. Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications Implementation Plan**

The P&T Committee recommend effective date the first Wednesday 60 days after signing of the minutes.

*BAP Comments*

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

**XIV.   PRIOR AUTHORIZATION CRITERIA—REMOVAL OF PRIOR AUTHORIZATION**

*P & T Comments*

**A. Prior Authorization Criteria—Removal of Prior Authorization**

The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) removing the PA criteria for azelaic acid 15% gel and Auvi-Q auto-injector.

**1.   Topical Acne and Rosacea Agents:  azelaic acid 15% (Finacea, generics)**

The P&T Committee evaluated an MTF request to remove the PA criteria for Finacea. Azelaic acid 15% gel is approved for treating rosacea, but is commonly used for acne. Step therapy requires a trial of topical metronidazole first for rosacea.  Finacea is now available in cost-effective generic formulations.

There is high quality evidence that topical azelaic acid decreases inflammatory lesions and erythema in rosacea.  Additionally, for acne the 2016 American Academy of Dermatology guidelines give azelaic acid a class A recommendation with level 1 evidence.  Azelaic acid is also rated as pregnancy category B.

The P&T Committee recommended removing the PA criteria for azelaic acid 15% gel; it remains on the UF, but will not be added to the BCF.  Note that the current PA criteria for azelaic acid 20% cream (Azelex), which is approved for acne, will remain in place.

**2.   Respiratory Agents Miscellaneous:  epinephrine Auto-Injector (Auvi-Q)**

PA criteria for the Auvi-Q talking epinephrine auto-injector device were re-instated in February 2020, due to the resolution of the national shortage of EpiPen. Since 2020, the price of Auvi-Q has dropped significantly, and the nationwide supply of epinephrine auto-injectors appears stable. The P&T Committee recommended removing the Auvi-Q PA.

**B. Prior Authorization Criteria—Removal of Prior Authorization Implementation Plan**

The P&T Committee recommended an effective the first Wednesday 2 weeks after signing of the minutes.

## XV. PRIOR AUTHORIZATION CRITERIA—REMOVAL OF PRIOR AUTHORIZATION

*BAP Comments*

**A. Prior Authorization Criteria—Removal of Prior Authorization**

The P&T Committee recommended removing the PA criteria for azelaic acid 15% gel and Auvi-Q auto-injector.

*BAP Comments*

**Concur:**        **Non-Concur:**        **Abstain:**        **Absent:**

**B. Prior Authorization Criteria—Removal of Prior Authorization Implementation Plan**

The P&T Committee recommended an effective date the first Wednesday 2 weeks after signing of the minutes.

*BAP Comments*

**Concur:**        **Non-Concur:**        **Abstain:**        **Absent:**

## XVI. PRIOR AUTHORIZATION CRITERIA—REMOVAL OF AN INDICATION

*P & T Comments*

**A. Prior Authorization Criteria—Removal of Indications**

Over the past several months, the FDA has removed certain indications from some oncology drugs due to safety issues. The P&T Committee recommended updates to the PAs below, based on recent FDA action.

The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) to remove the Rubraca indication for BRCA-mutated ovarian cancer after at least two prior chemotherapies. If any updates are made to the Copiktra label, the corresponding PA criteria will be updated accordingly, as described below.

1. **Oncologic Agents - Poly Adenosine Diphosphate Ribose Polymerase- (PARP) Inhibitor: rucaparib (Rubraca)**

   The indication for BRCA-mutated ovarian cancer after at least two prior chemotherapies has been removed, due to increased risk of death compared to chemotherapy in the third-line ovarian cancer treatment setting. The indications remain for ovarian cancer as second-line maintenance treatment in chemotherapy responders and also for previously treated BRCA-mutant metastatic castration-resistant prostate cancer.

2. **Oncologic Agents - Non-Bruton Tyrosine Kinase Inhibitors for Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma (non-BTKIs for CLL/SLL): duvelisib (Copiktra)**

   A recent clinical trial reported a possible increased risk of death with Copiktra compared to another medication for leukemia and lymphoma. Additionally there was a higher risk of serious side effects with Copiktra, including infections, diarrhea, inflammation of the intestines and lungs, skin reactions, and elevated liver enzyme levels. Although the FDA has not yet formally removed the indications for CLL/SLL, the P&T Committee will continue to monitor FDA actions and respond accordingly with updating the PA if needed.

**B. Prior Authorization Criteria—Removal of Prior Authorization Implementation Plan**

The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) an effective date of the first Wednesday 60 days after signing of the minutes.

## XVII.    PRIOR AUTHORIZATION CRITERIA—REMOVAL OF AN INDICATION

*BAP Comments*

**A. Prior Authorization Criteria—Removal of Prior Authorization**

The P&T Committee recommended removal of the indications for the oncology drugs Rubraca and Copiktra, as discussed above.

*BAP Comments*

*Concur:*   *Non-Concur:*      *Abstain:*      *Absent:*

**B. Prior Authorization Criteria—Removal of Prior Authorization Implementation Plan**

The P&T Committee recommended an effective date the first Wednesday 60 days after signing of the minutes.

> *BAP Comments*
>
> *Concur:*   *Non-Concur:*      *Abstain:*      *Absent:*

**XVIII.  BRAND OVER GENERIC AUTHORIZATION FOR FLUTICASONE PROPIONATE HYDROFLUOROALKANE (FLOVENT HFA) AND TIER 1 COPAY**

*P &T Comments*

**A. Fluticasone propionate hydrofluoroalkane (Flovent HFA) brand over generic authorization and Tier 1 Copay**

The Inhaled Corticosteroids (ICS) subclass was reviewed in May 2014, and Flovent dry powder inhaler (DPI) and hydrofluoroalkane (HFA) inhalers were designated as BCF and step-preferred.  A generic fluticasone propionate HFA formulation has entered the market, however this product is less cost-effective compared to brand Flovent HFA.  Therefore, the branded Flovent HFA/Flovent DPI product will continue to be dispensed at all three points of service, and the generic will only be available with prior authorization (i.e., the reverse of the current brand to generic policy).

The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) requiring brand Flovent HFA or Flovent DPI in all new and current users at all three points of service, based on cost effectiveness.  The prescriber will provide patient-specific justification as to why brand Flovent HFA or Flovent DPI cannot be used.  The Tier 1 (generic) copayment will apply to both brand Flovent HFA and DPI.

The authority for the Tier 1 copayment is codified in 32 CFR 199.21(j)(3):  When a blanket purchase agreement, incentive price agreement, Government contract, or other circumstances results in a brand pharmaceutical agent being the most cost effective agent for purchase by the Government, the P&T Committee may also designate that the drug be cost-shared at the generic rate.

**B. Fluticasone propionate hydrofluoroalkane (Flovent HFA) brand over generic authorization and Tier 1 Copay Implementation Plan**

The P&T Committee recommended (14 for, 0 opposed, 0 abstained, 2 absent) an effective of 2 weeks after signing of the minutes. The "brand over generic" requirement will be removed administratively when it is no longer cost-effective compared to the AB-rated generics.

## XIX. BRAND OVER GENERIC AUTHORIZATION FOR FLUTICASONE PROPIONATE HYDROFLUOROALKANE (FLOVENT HFA) AND TIER 1 COPAY

*BAP Comments*

### A. Fluticasone propionate hydrofluoroalkane (Flovent HFA) brand over generic authorization and Tier 1 Copay

The P&T Committee recommended fluticasone propionate hydrofluoroalkane (Flovent HFA) brand over generic authorization, as outlined above.

*BAP Comments*

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

### B. Fluticasone propionate hydrofluoroalkane (Flovent HFA) brand over generic authorization and Tier 1 Copay Implementation Plan

The P&T Committee recommended an effective date of 2 weeks after signing of the minutes, as discussed above.

*BAP Comments*

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

## XX. BRAND OVER GENERIC AUTHORIZATION FOR MESALAMINE 1.2 gm (LIALDA)

*P & T Comments*

### A. Removal of Lialda Brand over Generic Requirement

Brand over generic PA requirements originally applied to mesalamine 1.2 gram tablets (Lialda) in September 2017, due to cost effectiveness. In April 2020, cost-effective generic mesalamine formulations were available at the Mail Order and MTFs, however, generic prices

29 September 2022 Beneficiary Advisory Panel Meeting Minutes

at Retail pharmacies were not cost effective. On May 20, 2020, the brand over generic requirements were administratively removed at the Mail Order and MTF points of service, but remained at Retail pharmacies. The cost of generic mesalamine 1.2 gram tablets has now fallen at the Retail POS.

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 2 absent), to remove the brand Lialda over generic PA requirement at the Retail Network. The co-pay for brand Lialda at Retail pharmacies will increase back to the Tier 2 copay.

**B. Removal of Lialda Brand over Generic Requirement Implementation Plan**

The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 2 absent), and effective date of 2 weeks after signing of the minutes.

## XXI. BRAND OVER GENERIC AUTHORIZATION FOR MESALAMINE 1.2 gm (LIALDA)

*BAP Comments*

**A. Removal of Lialda Brand over Generic Requirement**

The P&T Committee recommended removal of Liala brand over generic requirement as outlined above.

> *BAP Comments*
>
> *Concur:        Non-Concur:        Abstain:        Absent:*

**B. Removal of Lialda Brand over Generic Requirement Implementation Plan**

The P&T Committee recommended an effective date of 2 weeks after signing of the minutes, as discussed above

**BAP Comments**

**Concur:        Non-Concur:        Abstain:        Absent:**

## XXII. NATIONAL DEFENSE AUTHORIZATION ACT (NDAA) 2017 PILOT PROGRAM: INCORPORATION OF VALUE-BASED HEALTH CARE IN PURCHASED CARE COMPONENT OF TRICARE AND MEDICATION ADHERENCE

*P & T Comments*

*Background*—A pilot program outlined in the NDAA 2017 required identification of high-value medications where copayments or cost shares would be reduced for targeted populations of

covered beneficiaries. The P&T Committee identified rosuvastatin (Crestor generics) and insulin glargine pens (Lantus pens) as candidates for inclusion in the pilot, which was intended to assess the effects of copayment reduction or elimination on medication adherence rates. Additionally, the amount of any reduced or eliminated copay would be credited towards the patient's deductible/catastrophic cap. Implementation occurred on January 1, 2018, to align with recommended regulatory language. (*See the November 2017 and August 2017 DoD P&T Committee minutes*)

Pilot results showed there was no meaningful change in adherence, positive or negative, for patients receiving Lantus pens or rosuvastatin following a reduction in copay.

Following termination of the pilot on December 31, 2022, the following changes will occur:

- Because rosuvastatin is a generic, the copay will increase from the current $0 co-pay back to the Tier 1 copay at the Mail Order and Retail network pharmacies, as generic co-pays are statutorily required, and absent statutory authority to exclude a specific item or service from otherwise required co-pays, they cannot be waived. Patients will be notified of the copay change via letter.

- The catastrophic cap credit for the reduced/eliminated copays will end.

- These changes will occur on January 1, 2023.

The Committee also discussed the copays for Lantus, a branded drug. At the August 2017 Basal Insulin drug class review, the Lantus pens and vials were both designated as BCF, based on provider opinion, clinical and cost effectiveness, and MHS utilization patterns. The conclusion at the time was that the majority of MHS patients could be treated with Lantus, as there was a lack of compelling advantages of the newer basal insulin analogs.

The P&T Committee recommended (15 for, 0 against, 0 abstained, 1 absent) the following:

- Insulin glargine pens (Lantus pens): Maintaining the Tier 1 copay at the Mail Order and Retail Network

- Insulin glargine vials (Lantus vials): Applying the Tier 1 copay at the Mail Order and Retail Network

- Implementation will occur on January 1, 2023.

The authority for this recommendation is codified in 32 CFR 199.21(e)(3) from the Final Rule published June 3, 2020 which states "in implementing this rule, the Committee will not only evaluate drugs for exclusion from coverage, but will also include identifying branded drugs that may be moved to Tier 1 status with a lower copayment for beneficiaries. The intent of identifying agents in this manner as well as the new exclusion authority is to yield improved health, smarter spending, and better patient outcomes." Lowering the cost-share for Lantus pens and vials will provide a greater incentive for beneficiaries to use the most cost-effective basal insulin product in the purchased care points of service.

## XXIII. NATIONAL DEFENSE AUTHORIZATION ACT (NDAA) 2017 PILOT PROGRAM: INCORPORATION OF VALUE-BASED HEALTH CARE IN PURCHASED CARE COMPONENT OF TRICARE AND MEDICATION ADHERENCE

### BAP Comments

The P&T Committee recommended the Tier 1 copay for Lantus pens and vials, with an implementation of January 1, 2023, due to termination of the pilot program, as stated above.

### BAP Comments

*Concur:*        *Non-Concur:*        *Abstain:*        *Absent:*



September 22, 2022


Uniform Formulary Beneficiary Advisory Panel
7700 Arlington Boulevard, Suite 5101
Falls Church, VA 22042-5101


Attention Beneficiary Advisory Panel Members,

Azurity Pharmaceuticals would like to bring to your attention our concerns regarding the latest recommendations from the August Pharmacy & Therapeutics Committee meeting as related to Horizant (gabapentin enacarbil) as a treatment for Restless Legs Syndrome (RLS).

The P&T Committee added another step into the prior authorization of Horizant for RLS that includes a proposed trial of dopamine agonists, either pramipexole or rotigotine. These recommendations are contrary to the latest Restless Legs Syndrome Foundation guidelines as published in the Mayo Clinic Proceedings in July of 2021 (Silber et al Mayo Clin Proc. 2021;96(7):1921-1937, https://www.rls.org/file/general-free-publications/MayoClinicProceedings.pdf).

Quoting the algorithm,

*"Unless contraindicated, alpha2-delta ligands are first-line agents for treatment of chronic persistent RLS, with dopamine agonists second-line drugs."*

*"Two major problems often limit the use of dopamine agonists, which is why they are not recommended as first-line agents unless there are contraindications to alpha2-delta ligands. The single and by far most common problem is disease augmentation (onset of RLS symptoms earlier in the day after an evening dose of medication, spread of symptoms to the arms, paradoxical worsening of symptoms with dose increase, and shorter effect of each dose of medication. A second common adverse effect of longterm dopamine agonist use is impulse control disorder, with rate of occurrence estimated to be between 6% and 17%."*

*"…because of increasing awareness of the high incidence of dopamine agonist-induced worsening of RLS symptoms known as augmentation and the risk for development of impulse control disorder, alpha$_2$-delta ligands should, when not contraindicated, be tried first."*

*If alpha2-delta ligands are ineffective or poorly tolerated, change to a dopamine agonist."*



*Committed to making a difference in patients' lives.*

Of note, Horizant (gabapentin enacarbil) is the only FDA-approved alpha2-delta ligand approved for the treatment of RLS. We respectfully request the BAP consider the removal of the added step put in place for the treatment of RLS with Horizant.

Respectfully,

Evan Scullin, MD
Chief Medical Officer

Dear Uniform Formulary Benefit Advisory Panel,

Supernus appreciates the opportunity to respond to the P&T committee recommendation for Qelbree for more stringent criteria for adults than for children. We standby the FDA's decision that the trial was of adequate size to gain FDA approval for the use of Qelbree in adults with ADHD. Supernus also appreciates the opportunity to address the broad comment of safety concerns with Qelbree and more specifically concerns with blood pressure and heart rate. Furthermore, placing Qelbree in a 5th line position may not reduce the growing epidemic of stimulant misuse, abuse and diversion, in fact this policy could further proliferate this problem.

**Qelbree® (viloxazine extended-release capsules)**

**WARNING: SUICIDAL THOUGHTS AND BEHAVIORS In clinical trials, higher rates of suicidal thoughts and behaviors were reported in patients treated with Qelbree than in patients treated with placebo. Closely monitor for worsening and for emergence of suicidal thoughts and behaviors.**

➢ **Qelbree is a selective norepinephrine reuptake inhibitor (NRI) indicated for the treatment of ADHD in adults and pediatric patients 6 years and older.**[1] The mechanism of action of viloxazine in the treatment of ADHD is unclear; however, it is thought to be through inhibiting the reuptake of norepinephrine. Data from animal models and *in vitro* research suggests viloxazine, as a moderate NRI, increases dopamine, norepinephrine, and serotonin in the prefrontal cortex **making it unique among other stimulants and nonstimulants used to treat ADHD**. Data from animal studies may not be predictive of a mechanism for treating ADHD in humans.[1,2]

➢ Qelbree is contraindicated with monoamine oxidase inhibitors and sensitive CYP1A2 substrates or CYP1A2 substrates with a narrow therapeutic range.[1]

➢ Warnings and Precautions with Qelbree: possible effect on blood pressure and heart rate; activation of mania or hypomania; potential somnolence and fatigue.[1]

**For more specifics, including Warnings and Precautions:**
*Refer to Prescribing Information:*https://dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=aedf408d-0f84-418d-9416-7c39ddb0d29a

Clinical Summary:

In the adult patient population, the only FDA approved nonstimulants are Qelbree and atomoxetine.[1,3] However, we understand Tricare's proposed adult prior authorization criteria limits Qelbree to adult ADHD patients that have failed atomoxetine along with non-FDA approved options including alpha$_{2A}$-adrenergic agonists (clonidine or guanfacine). Guanfacine and clonidine were only evaluated and FDA approved for ADHD patients 6-17 years of age.[4-5] The efficacy and safety of these compounds in adults with ADHD is unknown, and the appropriate dose for adults is unknown. Qelbree, which was evaluated in adequate and well-controlled FDA registration trials (>1000 patients) in adults and patients 6 years and older, showed statistically improved reduction in ADHD symptoms on the AISRS and CGI-S at week 2 in a 6-week flexible dose adult trial.[13] This, along with the inferior safety profile of atomoxetine and alpha$_{2A}$-adrenergic agonists (e.g. guanfacine), we feel makes trial and failure through these options clinically ineffective for adult ADHD patients.

Indirectly comparing safety data, there are areas unique to Qelbree that differentiate it from alpha$_{2A}$-adrenergic agonists including guanfacine and clonidine, as well as the potent norepinephrine reuptake inhibitor atomoxetine, which have importance in an adult ADHD population already at risk for cardiovascular and hepatic problems[14-20]:

**Qelbree**
Cardiovascular (CV) Safety Profile[1,21-22]
- o Qelbree has mild impacts on the cardiovascular system, with supratherapeutic doses producing no clinically significant effects on cardiac repolarization or other ECG parameters in healthy adults, suggesting that it is not associated with a risk for cardiac arrhythmias.
- o In the adult clinical trials, there were no patients that discontinued due to CV related adverse events
- o In pediatric/adolescent trials, only 16 subjects (1.6%) and 14 subjects (1.4%) had transient clinical (3+ instances in a row) diastolic or systolic hypertension, respectively.

There have been no head-to-head studies comparing Qelbree and other nonstimulants.

o Assess heart rate and blood pressure prior to initiating treatment with Qelbree, following dosage increases and periodically while on treatment.

Hepatic Safety Profile[1,21]
o Minimal elevations in liver enzymes. No Drug-Induced Liver Injury.
o Qelbree has multiple metabolic routes of elimination and is unlikely to have an interaction with other drugs metabolized by CYP2D6. No dose adjustment necessary with CYP2D6 inhibitors.
o There is no dose adjustment necessary with Qelbree in patients with hepatic impairment.
o CYP2D6 metabolizer status (PM vs. extensive) has only a minimal impact on Qelbree metabolism

Somnolence, lethargy and sedation[1]: 6% incidence the Qelbree adult group vs. 2% in placebo

## Alpha$_{2A}$-adrenergic agonists (guanfacine/clonidine)
CV Safety Profile[4,5]
- Hypotension, bradycardia, syncope: Titrate slowly and monitor vital signs frequently in patients at risk for hypotension, heart block, bradycardia, syncope, CV disease, vascular disease, cerebrovascular disease
- Cardiac Conduction Abnormalities: May worsen sinus node dysfunction and atrioventricular block
- Rebound Hypertension: Abrupt discontinuation of guanfacine can lead to clinically significant and persistent rebound hypertension

Hepatic Safety Profile[4]: May be necessary to reduce dosage in patients with significant hepatic impairment

Somnolence, sedation and hypersomnia[4,5]: 38% guanfacine vs. 11% in placebo; 31% clonidine vs. 4% placebo

## Atomoxetine
CV Safety Profile[3]
- Atomoxetine is contraindicated in patients with severe CV Disorders that might deteriorate with clinically important increases in HR and BP.
- There is a warning/precaution for serious CV events with atomoxetine. Atomoxetine has post-marketing reports of QT prolongation and syncope.
- Sudden death, stroke, and myocardial infarction have been reported in association with atomoxetine. It generally should not be used in children or adolescents with known serious structural cardiac abnormalities, cardiomyopathy, serious heart rhythm abnormalities, or other serious cardiac problems that may place them at increased vulnerability to its noradrenergic effects.
- Consideration should be given to not using atomoxetine in adults with clinically significant cardiac abnormalities.

Hepatic Safety Profile[3]
- Severe Liver Injury – Should be discontinued and not restarted in patients with jaundice or laboratory evidence of liver injury. Severe liver injury due to any drug may potentially progress to acute liver failure resulting in death or the need for a liver transplant
- Dosing adjustment for hepatically impaired patients, with a strong CYP2D6 inhibitor, and in CYP2D6 PMs

Somnolence and sedation[3]: 8% in atomoxetine group vs. 5% in placebo
Sexual side effects[3]: Erectile dysfunction (8%); ejaculation delayed/disorder (4%); urinary hesitation (6%)

There have been no head-to-head studies comparing Qelbree and other nonstimulants.

Lastly, the Number Needed to Harm (NNH) used to assess the overall tolerability, calculated based on dropout rates due to adverse events in pediatric/adolescent patients, was evaluated among the non-stimulants. NNH results were 46 for Qelbree, 29 for atomoxetine. and 15 for guanfacine. The larger NNH value for Qelbree suggests a more safe and tolerable intervention for ADHD patients. This data and the lack of FDA approval for alpha$_{2A}$-adrenergic agonists in adults should be given serious consideration in step therapy recommendations.[21,23]

**Given that Qelbree truly offers a novel benefit to patient care, is approved for the treatment of adult ADHD and its safety profile differentiates it from other nonstimulants, we respectfully ask that the prior authorization criteria applied to pediatric/adolescent patients be used for adults.**

REFERENCES:

1) Qelbree [package insert]. Rockville, MD: Supernus Pharmaceuticals, Inc.; 2022
2) Yu et al., *J Exp Pharmacol* 2020; 12:285-300.
3) Strattera Package Insert, 2002, 2022
4) Intuniv Package Insert 2019
5) Kapvay Package Insert 2020
6) Dickson et al. *Child Ado Psychiatry Ment Health* 2011
7) Michelson et al. *Am J Psych* 2002
8) Wilens et al. *J Peds* 2006
9) Hammerness et al., *NDT* 2009
10) Dickson et al. *Child Ado Psychiatry Ment Health* 2011
11) Bushe and Savill, *J Psychopharm* 2014
12) Newcorn et al., JAACAP, 2009
13) Nasser et al., CNS Drugs, 2022
14) Chen et al., PLOS ONE 2018
15) Du Rietz et al., Lancet, 2021
16) Biederman et al., Am. J. Psychiatry, 1995
17) Chalon et al., Clin Pharmacol Ther, 2003
18) Tuithof et al., Drug and Alcohol Dependence
19) Torgenson et al., Nord. J Psych., 2006
20) Danielson ML et al., J. Clin Child Adolesc. Psych, 2018
21) Supernus Pharmaceuticals, Data on File.
22) Nasser et al., J. Clinical Psychiatry, 2020
23) Nasser et al., Int. J. Clinical Practice, 2021

There have been no head-to-head studies comparing Qelbree and other nonstimulants.

Edward Zastawny, RPh, PharmD

Colonel Paul Hoerner, BSC

Designated Federal Officer, Uniform Formulary Beneficiary Advisory Panel (BAP)

Arlington Boulevard Suite 5101

Falls Church, VA 22042-5101

Dear COL Hoerner,

Thank you for the opportunity to comment on these prior authorization (PA) criteria and thank you for your time and efforts in support of our active-duty forces, retirees, and their families.

Vernal Keratoconjunctivitis (VKC) is a potentially blinding disease which affects primarily a pediatric and adolescent population.

To more aggressively protect these still-growing and developing eyes, would you please discuss and consider the possibility of not requiring a 'look-back' or 'low-potency' cyclosporine step-therapy for Verkazia® at least for *newly diagnosed patients under the age of 21*.

This approach would be more consistent with the criteria developed and, the thinking employed by commercial insurers to whom we were able to deliver the same or similar clinical data prior to their respective P&T discussions. This includes the Federal Employees program and that of the TRICARE PBM, Express Scripts (examples attached). These PA criteria do not require prior use or failure of low potency cyclosporine. Notwithstanding the reference to adults in the approved indication, vernal keratoconjunctivitis is overwhelmingly a disease of pediatric and adolescent origin.

Our pivotal, phase 3 VEKTIS trial showed the early and continuous use of Verkazia® improved keratitis, itching, mucous discharge, photophobia, tearing, decreased use of rescue medications, and increased quality of Life (QoL). The benefits of treatment were maintained over the duration of the trial. Verkazia® was well tolerated over the entire 12-month trial as well.

I'd be happy to answer any remaining questions you or the committee may have. Have a good week and stay well.

 *// emz - 23 Sept 2022  //*

**EDWARD ZASTAWNY, RPh, PharmD**

**Senior Medical Science Liaison**

**Santen Inc**

***LtCol, USAF, BSC (ret)***

<div align="center">

**DEPARTMENT OF DEFENSE**
**PHARMACY AND THERAPEUTICS COMMITTEE**

**MINUTES AND RECOMMENDATIONS**
**February 2023**

</div>

### I.  CONVENING

The Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee convened at 0830 hours on February 8th and 9th, 2023.

### II.  ATTENDANCE

The attendance roster is listed in Appendix A.

**A. Approval of November 2022 Minutes**—Dr. Brian Lein, Assistant Director, Healthcare Administration, DHA, approved the minutes from the November 2022 DoD P&T Committee meeting on January 31, 2023

### III.  REQUIREMENTS

All clinical and cost evaluations for new drugs, including newly approved drugs reviewed according to 32 Code of Federal Regulations (CFR) 199.21(g)(5), and full drug class reviews included, but were not limited to, the requirements stated in 32 CFR 199.21(e)(1) and (g)(5). All completely excluded pharmaceutical agents (not covered/tier 4) were reviewed for clinical and cost-effectiveness in accordance with 32 CFR 199.21(e)(3).  When applicable, patient-oriented outcomes are assessed.  All uniform formulary (UF), basic core formulary (BCF), NF and completely excluded pharmaceutical agent recommendations considered the conclusions from the relative clinical effectiveness and relative cost-effectiveness determinations, and other relevant factors including those outlined in Section 702 of the National Defense Authorization Act (NDAA) for fiscal year (FY) 2018, permanently codified at 10 USC 1074g (a)(10). Medical Necessity (MN) criteria were based on the clinical and cost evaluations and the conditions for establishing MN for a non-formulary (NF) medication.

NF medications are generally restricted to the mail order program pursuant to 10 USC 1074g (a)(5) and 32 CFR 199.21(h)(3)(i) and (ii).  Additionally, the Expanded Military Treatment Facility (MTF)/Mail Pharmacy Initiative (EMMPI) implements 10 USC 1074g (a)(9), added by Section 702(c)(2) of the NDAA 2015, which requires beneficiaries generally fill non-generic prescription maintenance medications at MTFs or the national mail order pharmacy.

### IV.  UF DRUG CLASS REVIEWS

**A. Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists Subclass**

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the dual orexin receptor antagonists (DORAs), which are used to treat insomnia.  The DORA agents include suvorexant (Belsomra), lemborexant (Dayvigo), and

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 637 of 980

AR1825

daridorexant (Quviviq). Belsomra and Dayvigo were previously reviewed as part of the insomnia drug class review in May 2021, while daridorexant (Quviviq), was evaluated as a new drug in August 2022.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 2 absent) the following:

*Clinical Practice Guidelines*

- Non-pharmacological therapy, specifically cognitive behavioral therapy for insomnia (CBT-I), is recommended as a first-line treatment for chronic insomnia. This was supported most recently in 2021 by the 'Endorsement of European Guideline for the Diagnosis and Treatment of Insomnia by the World Sleep Society.'

- Pharmacologic treatment can be used in addition to non-pharmacologic therapies for patients who continue to have insomnia symptoms.

- Guidelines recommend treating insomnia with pharmacologic therapies for the shortest possible treatment course.

- No single medication is recommended as a first line treatment option for insomnia.

*DORA Efficacy*

- No direct comparative data are available between the DORA agents.

- A 2022 Sleep Medicine Review network meta-analysis concluded that the DORAs, to include Belsomra, Dayvigo, and Quviviq, are superior to placebo in terms of both efficacy and safety. Efficacy outcomes included a variety of objective and subjective sleep endpoints, such as sleep latency, time to sleep onset, total sleep time, and wake after sleep onset.

*DORA Safety*

- All three agents have similar label information, including warnings, contraindications, drug interactions, and adverse drug reactions.

- All three agents have similar recommendations regarding special populations. No dosing modifications are required for geriatric patients or those with renal impairment; and all three agents should be avoided in severe hepatic impairment.

- Longer term extension studies for all three agents reveal a slightly higher incidence of somnolence for Belsomra and Dayvigo compared to Quviviq.

- All three agents have data reported for the elderly population. Efficacy and safety endpoints in this population include assessing wake after sleep onset, falls, driving performance, rebound insomnia, and withdrawal effects.

Meeting & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Belsomra and Dayvigo have clinical trial data involving patients with Alzheimer's dementia, whereas Quviviq does not.

*DORA Other Factors*

- Dayvigo has the longest half-life (17-19 hours), followed by Belsomra (12 hours), then Quviviq (8 hours).

- The 2022 Sleep Medicine Review network meta-analysis involving the three DORA agents notably reported on the Insomnia Severity Index (ISI) for all three agents. The ISI includes measures of the impact of insomnia on an individual, such as daytime functioning, dissatisfaction with sleep, and quality of life. Notably, all three DORA agents did not meet the minimally clinical important difference threshold for ISI scores.

- Military Health System (MHS) sleep medicine physicians provided feedback, with a general consensus that no one DORA agent is preferred over another.

*Relative Cost Effectiveness Analysis and Conclusion*—The Committee reviewed the solicited bids from manufacturers and conducted a cost minimization analysis (CMA), budget impact analysis (BIA), and sensitivity analysis. The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that daridorexant (Quviviq), lemborexant (Dayvigo), and suvorexant (Belsomra) were all cost effective.

- A BIA and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary or NF on the UF. BIA results showed that designating daridorexant (Quviviq), lemborexant (Dayvigo), and suvorexant (Belsomra) as UF generated significant cost avoidance for the MHS.

1. ***COMMITTEE ACTION: UF RECOMMENDATION—***The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) the following:

    - UF and step-preferred brand

        ▪ lemborexant (Dayvigo)

        ▪ suvorexant (Belsomra)

        ▪ daridorexant (Quviviq)

        ▪ Note that as part of the formulary recommendation for Belsomra, Dayvigo, and Quviviq, a trial of zolpidem ER or eszopiclone is required.

        ▪ The step therapy allows for new entrants to come to market and be placed non-preferred, if recommended by the Committee.

- NF
  - None
- Tier 4 (complete exclusion)
  - None

2. ***COMMITTEE ACTION: MANUAL PA CRITERIA***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) maintaining the current manual PA criteria for Belsomra, Dayvigo and Quviviq. A trial of a non-pharmacologic therapy (i.e., CBT-I) is required first, along with a trial and failure or adverse effect to zolpidem extended release or eszopiclone. Renewal criteria will include a continued requirement for trial and failure of a non-pharmacologic therapy. The patient should also demonstrate a response to the requested drug for renewal. See Appendix C for the full criteria

3. ***EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM REQUIREMENTS***—The P&T Committee recommended (18 for, 0 opposed, 2 abstained, 0 absent) excluding Belsomra, Dayvigo, and Quviviq from the EMMPI program.

4. ***COMMITTEE ACTION: UF, PA, EMMPI and IMPLEMENTATION PERIOD***— The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday 30 days after signing of the minutes in all points of service. See Appendix G for the actual implementation date.

## B. Androgens-Anabolic Steroids—Testosterone Replacement Therapies Subclass

*Background*—The Androgens-Anabolic Steroids: Testosterone Replacement Therapy class was last reviewed for formulary status in August 2012. At that time, the class was solely comprised of the topical testosterone products; the oral (PO) and the intramuscular (IM) injectable products were not included in the original review. Step-therapy, requiring a trial of testosterone 2% gel (Fortesta) prior to other topical products, has been in place since 2012.

Testosterone products are available in a variety of formulations including topical gels, a topical solution, a transdermal patch, a nasal spray, oral capsules and tablets, IM injections, and a subcutaneous autoinjector. Testosterone pellets (Testopel) and testosterone undecanoate injection (Aveed) are part of the TRICARE medical benefit and were not included in the formulary review.

The current review included the topicals, IM injectable products (testosterone cypionate and testosterone enanthate), SC product (Xyosted), oral testosterone undecanoate

formulations (Jatenzo and Tlando) and oral methyltestosterone products. A third recently approved oral testosterone undecanoate product, Kyzatrex, was also reviewed.

The P&T Committee evaluated the relative clinical effectiveness of the testosterone replacement therapy agents for the FDA-labeled indications of primary hypogonadism, hypogonadotropic hypogonadism, delayed puberty, and metastatic mammary cancer.

- All agents in the class have indications for primary hypogonadism and hypogonadotropic hypogonadism.

- The testosterone enanthate IM injections and the methyltestosterone products are the only products that are also approved for treating delayed puberty and metastatic mammary cancer.

- With the exception of the IM injections and methyltestosterone products, the package labeling for all other testosterone replacement therapy agents contains a limitation of use noting the lack of safety and efficacy data to support use in males less than 18 years of age.

Off-label uses of testosterone were also evaluated, including for treating age-related decline in testosterone levels, gender dysphoria (use in transgender males), and hypoactive sexual desire disorder.

- Topical and injectable testosterone products are commonly used off-label for men with age-related hypogonadism, although the safety and efficacy of these products are limited. Notably, the four most recently approved agents, Xyosted SC injection, and the orally administered products Jatenzo, Tlando, and Kyzatrex, are contraindicated for use in men with age-related hypogonadism.

- Testosterone replacement therapy agents are used by patients with gender dysphoria to achieve the desired virilization effects of testosterone.

- Women with hypoactive sexual desire disorder typically use one-tenth of the standard male dose of a 1% transdermal gel product.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 1 absent) the following:

*Efficacy*

- The clinical conclusions from the 2012 review remain largely unchanged.

- The testosterone products have all demonstrated efficacy in normalizing testosterone levels in the majority of patients. Comparative efficacy data among the available testosterone replacement therapies is limited. Drugs in this class are considered similarly efficacious for treating hypogonadism; however, expert opinion suggests that methyltestosterone products may be less effective.

- The 2018 Endocrine Society Guidelines on hypogonadism state that the choice of testosterone therapy can be based on patient preference, pharmacokinetics, formulation-specific adverse effects, treatment burden, and cost.

Meeting & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 641 of 980
AR1829

- The 2017 Endocrine Society Guidelines on gender dysphoria were reviewed by the P&T Committee. The recent update to the TRICARE Gender Dysphoria Policy references the 2017 Endocrine Society guidelines and states, "Gender-affirming hormone therapy, also known as cross-sex hormone treatment, for adult or adolescent beneficiaries is covered when all of the following criteria are met: The beneficiary meets the eligibility criteria outlined in the most current version of the Endocrine Society Clinical Practice Guidelines for Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons; and the beneficiary has no contraindications to gender-affirming hormone therapy."

  Notably, the Endocrine Society Guidelines states the following with regard to initiation of gender affirming hormone therapy: "In adolescents who request sex hormone treatment (given this is a partly irreversible treatment), we recommend initiating treatment using a gradually increasing dose schedule after a multidisciplinary team of medical and MHPs [mental health professionals] has confirmed the persistence of gender dysphoria/gender incongruence and sufficient mental capacity to give informed consent, which most adolescents have by age 16 years. We recognize that there may be compelling reasons to initiate sex hormone treatment prior to the age of 16 years in some adolescents with gender dysphoria/gender incongruence, even though there are minimal published studies of gender-affirming hormone treatments administered before age 13.5 to 14 years. As with the care of adolescents ≥16 years of age, we recommend that an expert multidisciplinary team of medical and MHPs manage this treatment."

*Safety*

- Testosterone products differ in their adverse reactions, precautions, and warnings in the product labeling. Some differences include transference risk, flammability, application site reactions, and hypertension.

- The American Urological Association Guidelines recommend that clinicians should not prescribe methyltestosterone, as it is associated with hepatic safety concerns.

*Individual Product Characteristics*

*Topical*

- *Androderm* is the only available testosterone patch. It is applied once daily and is associated with skin irritation at the application site.

- *Androgel, Fortesta, Testim, Vogelexo, and generics* are all available in a testosterone gel formulation. Fortesta is available as a 2% gel, Androgel is formulated as a 1% and 1.62% gel, while the remaining products are available as 1% gels. The gels are used once daily and can be applied to the shoulders or upper arms, with the exception of Fortesta which is applied to the front and inner thighs. The transdermal gels contain a black box warning for the risk of virilization of children from secondary exposure. Precautions must be taken to prevent testosterone transference to close-contact partners and children.

- *Axiron* is available as a 2% solution and is applied to the axilla once daily. Similar to the gels, it has a black box warning on the risk of transference.

Meeting & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

*Nasal*

- *Natesto* is a nasal spray administered three times daily and is associated with nasal adverse effects.

*Injectable*

- *testosterone cypionate IM and testosterone enanthate IM injections* are typically administered once every two weeks. These formulations are associated with peaks and valleys in serum testosterone which may lead to fluctuations in symptoms.

- *testosterone enanthate SC (Xyosted)* is a once weekly, subcutaneous autoinjector; it has a black box warning for increases in blood pressure.

*Oral*

- *testosterone undecanoate capsules (Jatenzo, Tlando, and Kyzatrex)* are typically administered twice daily. Each drug is available at a slightly different dose and requires dose titration, with the exception of Tlando which does not allow for dose titration. The oral products have black box warnings for increases in blood pressure. Provider feedback stated a preference for using the topical and injectable products first before trying an oral agent.

  - *Kyzatrex* was recently FDA-approved and is the 3rd testosterone undecanoate capsule. In one open-label, single-arm study, 88% of patients receiving Kyzatrex met the primary outcome of a specified testosterone concentration.

  - There are numerous alternative testosterone formulations available, and overall, Kyzatrex has no compelling clinical advantages over existing testosterone formulary agents.

- *methyltestosterone* is an older testosterone replacement therapy agent. Guidelines and provider feedback support avoiding use due to hepatic side effects.

*Overall Clinical Conclusion*

- There is a high degree of therapeutic interchangeability among the testosterone products with regards to efficacy. There are some subtle differences in safety based on differences in formulation, but overall, the testosterone products are highly interchangeable.

- In order to meet the needs of MHS patients, at least one topical and one injectable testosterone product are required on the formulary.

*Relative Cost Effectiveness Analysis and Conclusion*—A CMA, BIA, and sensitivity analysis were performed. The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 1 absent) the following:

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 643 of 980

AR1831

- CMA results showed that the injectable testosterone products are more cost effective than the topical formulations, followed by the oral products.

- BIA was performed to evaluate the potential impact of designating the testosterone replacement agents as UF, NF, or Tier 4 (complete exclusion) on the formulary. BIA and sensitivity analysis results showed that maintaining the agents in the respective formulary status as stated below demonstrated significant cost avoidance to the MHS.

1. ***COMMITTEE ACTION: UF RECOMMENDATION—***The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) maintaining the following:

- UF
    - testosterone 2% gel (Fortesta) (step-preferred)
    - testosterone 1% gel *(generic to AndroGel)* (step-preferred)
    - testosterone cypionate IM
    - testosterone enanthate IM
    - Androderm patch (non-step-preferred)
    - Natesto spray (non-step-preferred)
    - Striant (non-step-preferred) *(discontinued)*
    - Testim 1% gel, generic (non-step-preferred)
    - Vogelxo 1% gel; 1% gel metered dose pump (MDP) (non-step-preferred)
    - Xyosted SC auto-injector
    - methyltestosterone oral capsule and tablet

- NF
    - AndroGel 1% gel brand (non-step-preferred)
    - AndroGel 1.62% gel packet (non-step-preferred)
    - AndroGel, generic 1.62% gel MDP (non-step-preferred)
    - Axiron, generic 30 mg MDP (non-step-preferred)
    - Jatenzo oral capsule
    - Tlando oral capsule
    - Kyzatrex oral capsule

- Tier 4 (complete exclusion) - none

- Note that Fortesta 2% gel and generic Androgel 1% are step-preferred and must be tried before the other topical testosterone formulations.

2. ***COMMITTEE ACTION: BCF RECOMMENDATION***—The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) maintaining the current BCF status for testosterone 2% gel (Fortesta, generics).

3. ***COMMITTEE ACTION: MANUAL PA CRITERIA FOR INDICATIONS OTHER THAN TRANSGENDER USE***—The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) manual PA criteria for all agents in the class. Efforts were made to streamline and simplify the PAs. The oral testosterone undecanoate products will now require a trial of both a preferred topical and an injectable testosterone replacement therapy first. New manual PA criteria will apply to methyltestosterone in new and current users. The PA updates for all products other than methyltestosterone will affect new users only. See Appendix C for the full criteria.

4. ***COMMITTEE ACTION: MANUAL PA CRITERIA FOR TRANSGENDER USE***—The P&T Committee recommended (13 for, 3 opposed, 3 abstained, 1 absent) manual PA criteria for transgender use of the testosterone replacement therapies. The age limit for the gender dysphoria indication was updated to allow for use in adolescents down to age 14 years. Product preference for IM testosterones and testosterone 2% gel (Fortesta) or generic testosterone 1% gel (Androgel) applies to Transgender Use criteria. See Appendix C for the full criteria.

5. ***COMMITTEE ACTION: ACTION: MEDICAL NECESSITY (MN) CRITERIA***—The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) maintaining the MN criteria currently in place for Tlando, adding MN for Kyzatrex to match Tlando, and updating the MN criteria for all other NF drugs to match Tlando. See Appendix B for the full criteria.

6. ***COMMITTEE ACTION: QUANTITY LIMITS (QL)***—The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) maintaining the current quantity limits for Xyosted injection which were originally recommended at the February 2019 DoD P&T Committee meeting. See Appendix D.

7. ***COMMITTEE ACTION: EMMPI PROGRAM REQUIREMENTS***—The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) adding Kyzatrex and maintaining all other branded and NF agents on the EMMPI list.

8. ***COMMITTEE ACTION: UF, BCF, MN, PA, QL, EMMPI and IMPLEMENTATION PERIOD***—The P&T Committee recommended

(19 for, 0 opposed, 0 abstained, 1 absent) an effective date of the first Wednesday 60 days after signing of the minutes in all points of service. DHA will send letters to patients affected by the new PA criteria for oral methyltestosterone. See Appendix G for the actual implementation date.

### C. Nephrology Agents Miscellaneous Drug Class

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the drugs in the Nephrology Agents Miscellaneous drug class. Currently there is only one product in the class, a new formulation of budesonide in a delayed-release (DR) capsule (Tarpeyo), however additional drugs are in the pipeline. *(Note following the meeting sparsentan (Filspari) was FDA-approved for treating IgAN and will be reviewed as a new drug at an upcoming P&T Committee meeting.)*

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 2 absent) the following:

- Tarpeyo is FDA-approved to reduce proteinuria in adults with primary immunoglobulin A nephropathy (IgAN). Approval was based on a surrogate outcome; however, the Kidney Disease Improving Global Outcomes (KDIGO) 2021 guidelines do recognize reduction in proteinuria as a valid surrogate outcome.

- It has not been established to what extent Tarpeyo's efficacy is mediated via local effects in the ileum vs. systemic effects.

- FDA-approval for Tarpeyo was granted using the accelerated approval process, and a confirmatory trial is required (currently ongoing).

- Other glucocorticoids, including prednisone and methylprednisolone, lack formal FDA-approval for IgAN but have been evaluated in randomized controlled trials, including the STOP-IgAN and TESTING trials.

- Current professional guidelines (KDIGO 2021) outline considerations for using glucocorticoids in patients with IgAN who are at high risk of progressive chronic kidney disease despite maximal supportive care.

- The Tarpeyo package insert contains the usual warnings for glucocorticoids, including hypercortisolism and adrenal axis suppression, immunosuppression, and other corticosteroid effects.

- Comparative efficacy and safety of Tarpeyo vs. other glucocorticoids (e.g., prednisone, methylprednisolone), and other immunosuppressants (e.g., cyclophosphamide, mycophenolate mofetil) is currently unknown.

- There is no direct comparative clinical data showing how Tarpeyo would compare clinically to other budesonide formulations that are released in the ileum.

- Tarpeyo's place in therapy for IgAN remains to be established.

*Relative Cost-Effectiveness Analysis and Conclusion*—The Committee conducted a CMA, BIA, and sensitivity analysis. The P&T Committee concluded (17 for, 0 opposed, 0 abstained, 3 absent) the following:

- CMA results showed that budesonide 4 mg delayed release (Tarpeyo) was not cost effective.

- A BIA and a sensitivity analysis were performed to evaluate the potential impact of formulary status for budesonide 4 mg DR (Tarpeyo). BIA and sensitivity results showed that designating Tarpeyo as Tier 4 (complete exclusion) demonstrated significant cost avoidance for the MHS

1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 3 absent) that Tarpeyo be designated as Tier 4 (complete exclusion), as other than the formal FDA-approval for IgAN, it provides little to no clinical advantages relative to other drugs used off-label for IgAN.

2. ***COMMITTEE ACTION: INTERIM MANUAL PA CRITERIA***—In order to minimize the impact on affected beneficiaries, the P&T Committee recommended (17 for, 0 opposed, 0 abstained, 3 absent) interim PA criteria for Tarpeyo prior to the Tier 4 (complete exclusion) implementation. See Appendix C for the full criteria.

3. ***COMMITTEE ACTION: UF, INTERIM PA, AND IMPLEMENTATION PERIOD***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 3 absent) an effective date of the first Wednesday 180-days after signing of the minutes in all points of service and that DHA send letters to patients affected by the formulary decision. See Appendix G for the actual implementation date.

## V. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

The products were divided into three groups when presented at the P&T Committee meeting. The generic names are provided below. Group 1 included Lytgobi, Ermeza, Rezlidhia, Fylnetra, and Noxafil; Group 2 was comprised of Furoscix, Auvelity and Relyvrio; and Group 3 included Xelstrym, Leuprolide, Basaglar Tempo pen, Lyumjev Tempo pen, and Humalog Tempo pen. Please note the Kyzatrex review can be found in the testosterone class review.

*Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions*—The P&T Committee agreed (group 1: 19 for, 0 opposed, 0 abstained, 1 absent; group 2: 19 for, 0

opposed, 0 abstain, 1 absent; and group 3: 18 for, 0 opposed, 0 abstained, 2 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5). See Appendix E for the complete list of newly approved drugs reviewed at the February 2023 P&T Committee meeting, a brief summary of their clinical attributes, and their formulary recommendations; see Appendix F for their restriction to or exemption from the Mail Order Pharmacy.

1. **COMMITTEE ACTION: UF RECOMMENDATION**—The P&T Committee recommended for group 1: (19 for, 0 opposed, 0 abstained, 1 absent) and group 2: (19 for, 0 opposed, 0 abstained, 1 absent); and for group 3 (18 for, 0 opposed, 0 abstained, 2 absent) the following:

   - UF
       - futibatinib (Lytgobi) – Oncological agent for intra-hepatic cholangio-carcinoma
       - insulin lispro (Humalog Tempo Pen) – Rapid acting insulin.
       - leuprolide acetate depot injection (no brand name) - Luteinizing hormone-releasing hormone (LHRH) agonists-antagonists for prostate cancer
       - olutasidenib (Rezlidhia) – Oncological agent for acute myeloid leukemia (AML) with isocitrate dehydrogenase-1 (IDH1) mutation
       - pegfilgrastim-pbbk (Fylnetra) – White Blood Cell (WBC) stimulants – pegfilgrastims. Note that as part of this recommendation, Fylnetra will be non-step-preferred
       - posaconazole DR oral suspension (Noxafil Powdermix Kit) – Antifungal for prophylaxis of invasive Aspergillus and Candida
       - sodium phenylbutyrate/sodium taurursodiol powder for oral suspension (Relyvrio) – miscellaneous neurological agent for amyotrophic lateral sclerosis (ALS)

   - NF
       - dextroamphetamine transdermal system (Xelstrym) – Attention deficit hyperactivity disorder (ADHD) Stimulant
       - dextromethorphan hydrobromide/bupropion hydrochloride (Auvelity) – Antidepressants and non-opioid pain syndrome agents
       - insulin glargine (Basaglar Tempo Pen) – Basal insulin; note that as part of this recommendation the Basaglar TEMPO pen will be non-step-preferred
       - insulin lispro-aabc (Lyumjev Tempo Pen) – Rapid acting insulin; note that as part of this recommendation the Lyumjev TEMPO pen will be non-step-preferred

- levothyroxine sodium 150 mcg/5 mL oral solution (Ermeza) – Thyroid agent
- Note that for the three TEMPO pens (Basaglar, Lyumjev and Humalog) the actual Tempo Smart button and app are not a covered TRICARE pharmacy benefit at this time.

- Tier 4 (complete exclusion): See Appendix H for additional detail regarding excluded agentss and formulary alternatives.
  - furosemide SC injection (Furoscix) – Diuretic
    - Furoscix was recommended for (complete exclusion) as it has little to no clinical benefit relative to other diuretics, and the needs of TRICARE beneficiaries are met by alternative agents. Formulary alternatives include furosemide, bumetanide, ethacrynic acid and torsemide tablets.

2. ***COMMITTEE ACTION: MN CRITERIA***—The P&T Committee recommended (group 1: 19 for, 0 opposed, 0 abstained, 1 absent; group 2: 19 for, 0 opposed, 0 abstain, 1 absent; and group 3: 18 for, 0 opposed, 0 abstained, 2 absent) MN criteria for Xelstrym, Auvelity, Basaglar Tempo Pen, Lyumjev Tempo Pen, and Ermeza. See Appendix B for the full criteria.

3. ***COMMITTEE ACTION: PA CRITERIA***—The P&T Committee recommended (group 1: 19 for, 0 opposed, 0 abstained, 1 absent; group 2: 19 for, 0 opposed, 0 abstain, 1 absent; and group 3: 18 for, 0 opposed, 0 abstained, 2 absent) the following PA criteria (see Appendix C for the full criteria):

   - Oncologic drugs: Applying manual PA criteria to new users of Lytgobi and Rezlidhia

   - Applying manual PA criteria to new users of Xelstrym patch, Auvelity, Basaglar Tempo pen, Lyumjev Tempo pen, Humalog Tempo pen, Relyvrio and Ermeza oral solution

   - Applying manual PA criteria to Fylnetra, similar to what is in place for the other non-step-preferred pegfilgrastims. New patients receiving Fylnetra or one of the other non-step-preferred pegfilgrastims (Neulasta, Neulasta Onpro, and Ziextenzo) will be required to have a trial of Nyvepria, Udenyca and Fulphila first.

4. ***COMMITTEE ACTION: QUANTITY LIMITS (QLs)***—The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) QLs for Lytgobi, Rezlidhia, leuprolide acetate depot and Relyvrio. See Appendix D for the QLs.

5. ***COMMITTEE ACTION: EMMPI***—The P&T Committee recommended (group 1: 19 for, 0 opposed, 0 abstained, 1 absent; group 2: 19 for, 0 opposed, 0 abstain, 1 absent; and group 3: 18 for, 0 opposed, 0 abstained, 2 absent) adding or exempting the drugs listed in Appendix F to/from the Select Maintenance List (EMMPI List) for the reasons outlined in the table. Note that the Add/Do Not Add recommendations listed in Appendix F pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement.

6. ***COMMITTEE ACTION: UF, MN, AND PA IMPLEMENTATION PERIOD***—The P&T Committee recommended (group 1: 19 for, 0 opposed, 0 abstained, 1 absent; group 2: 19 for, 0 opposed, 0 abstain, 1 absent; and group 3: 18 for, 0 opposed, 0 abstained, 2 absent) an effective date of the following:

   - **New Drugs Recommended for UF or NF Status:** an effective date of the first Wednesday two weeks after signing of the minutes in all points of service; see Appendix G.

   - **New Drugs Recommended for Tier 4 (complete exclusion) Status:** 1) An effective date of the first Wednesday 120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the Tier 4 (complete exclusion) recommendation at 30 days and 60 days prior to implementation; see Appendix G.

## VI.   UTILIZATION MANAGEMENT

### A. PA Criteria

#### 1. New Manual PA Criteria and Formulary Status

**mifepristone 200 mg tablet (Mifeprex)**—On January 3, 2023, the FDA approved a modification of the mifepristone Risk Evaluation and Mitigation Strategies (REMS) program which permanently removed the in-person (e.g., clinic, medical office, hospital setting) dispensing requirement and allowed for the addition of pharmacy certification for dispensing. The revised REMS program prompted a review of mifepristone for addition to the TRICARE pharmacy benefit and for PA criteria. PA criteria were recommended to allow for use of mifepristone for termination of pregnancy abiding by 10 U.S. Code 1093 requirements (limited to cases of rape, incest, or if the life of the mother would be endangered if the fetus were carried to term) and allow for off-label use for pregnancy loss. Provider feedback, randomized controlled trial data, and guidelines support the off-label use for pregnancy loss.

> A) ***COMMITTEE ACTION: MIFEPRISTONE 200 MG TABLET (MIFEPREX)—TRICARE PHARMACY BENEFIT ADDITION, UNIFORM FORMULARY STATUS AND PA CRITERIA FOR PREGNANCY LOSS AND IMPLEMENTATION PERIOD***—The P&T

Committee recommended (14 for, 1 opposed, 2 abstained, 3 absent) addition of mifepristone 200 mg tablets (Mifeprex) to the TRICARE pharmacy benefit, UF status, and manual PA criteria for every use (one tablet and no refills) for pregnancy loss. The new PA will become effective the first Wednesday 30 days after the signing of the minutes. See Appendix C for the full criteria.

b) ***COMMITTEE ACTION: MIFEPRISTONE 200 MG TABLET (MIFEPREX)—PA CRITERIA FOR PREGNANCY TERMINATION IN ACCORDANCE WITH 10 U.S. CODE 1093 —***The P&T Committee recommended (14 for, 2 opposed, 1 abstained, 3 absent) PA criteria for Mifeprex for every use (one tablet and no refills) for the indication of termination of pregnancy. See Appendix C for the full criteria.

**2. New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)**

Manual PA criteria were recommended for two recently marketed drugs which contain active ingredients that are widely available in low-cost generic formulations. These products are usually produced by a single manufacturer. Due to the pathway used to gain FDA approval, these products do not meet the criteria for innovators. These drugs all have numerous cost-effective formulary alternatives available that do not require prior authorization. For the products listed below, PA criteria is recommended in new and current users, requiring a trial of cost-effective generic formulary medications first.

a) **Antigout Agents—allopurinol 200 mg tablet—**Allopurinol 200 mg is manufactured by a single company and is not cost-effective relative to allopurinol 100 mg and 300 mg formulations. Allopurinol 100 mg and 300 mg are on the uniform formulary and do not require prior authorization criteria.

b) **Skeletal Muscle Relaxants and Combinations—methocarbamol 1000 mg tablet—**Methocarbamol 500 mg and 750 mg tablets are available on the formulary as generics and do not require a prior authorization. A new methocarbamol 1000 mg tablet that is manufactured by a single company is markedly not cost-effective relative to methocarbamol 500 mg and methocarbamol 750 mg tablets.

***COMMITTEE ACTION: NEW PA CRITERIA AND IMPLEMENTATION PERIOD—***The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) manual PA criteria for allopurinol 200 mg tablets and methocarbamol 1000 mg tablets in new and current users, due to the significant cost differences compared with numerous available alternative agents. The new PAs will become effective the first Wednesday 90 days after the signing of the minutes, and DHA will send letters to affected patients. See Appendix C for the full criteria.

### 3. Updated PA Criteria for New FDA-Approved Indications

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) updates to the PA criteria for several drugs, due to new FDA-approved indications and expanded age ranges. The updated PA criteria outlined below will apply to new users. See Appendix C for full criteria.

**a) Neurological Agents Miscellaneous—amifampridine (Firdapse)—**The manual PA criteria were updated for Firdapse, allowing for use in children 6 to 17 years of age for the treatment of Lambert-Eaton myasthenic syndrome.

**b) Oncological Agents: Melanoma—cobimetinib (Cotellic)—**Includes the new indication for the treatment of histiocytic neoplasms as a single agent in adults.

**c) Oncological Agents—elpercatinib (Retevmo)—**Includes the new indication for adult patients with locally advanced or metastatic solid tumors in adults with a rearranged during transfection gene fusion that have progressed on or following prior systemic treatment or who have no satisfactory alternative treatment options.

**d) Osteoporosis Agents: Parathyroid Hormone Analogs—abaloparatide (Tymlos)—**The manual PA criteria were updated for Tymlos to allow for use in men at high risk for fracture or patients who have failed or are intolerant to other available osteoporosis therapy.

**e) Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)—upadacitinib (Rinvoq)—**The manual PA criteria were updated to include the new indication for non-radiographic axial spondyloarthritis. The new PA criteria requires a trial of two NSAIDs, Humira, and Cosentyx before Rinvoq for this indication.

**f) Atopy Agents—dupilumab (Dupixent)—**The manual PA criteria were updated to allow for Dupixent use in patients with prurigo nodularis if a patient has a contraindication to, intolerability to, or has failed treatment with a topical glucocorticoid.

> ***COMMITTEE ACTION: UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION PERIOD—***The P&T Committee recommended (18 for, 0 opposed, 2 absent) updates to the manual PA criteria for Firdapse, Cotellic, Retevmo, Tymlos, Rinvoq, and Dupixent in new users. Implementation will be effective the first Wednesday 90 days after signing of the minutes. See Appendix C for the full criteria.

### 4. Updated PA Criteria for Safety Information

**a) Oral Oncologic Agents: Ovarian Cancer—niraparib (Zejula)** In September 2022, the FDA label for Zejula was updated to remove the indication for the treatment of advanced ovarian, fallopian tube or primary peritoneal cancer in adults who have been treated with three or more prior chemotherapy regimens and who cancer is associated with homologous recombination deficiency (HRD) positive status defined by either a deleterious or suspected deleterious breast

cancer susceptibility gene (BRCA) mutation, or genomic instability and who have progressed more than 6 months after response to the last platinum based chemotherapy. This was based on a consultation with the FDA and the totality of information from PARP inhibitors in late-line ovarian cancer which suggests a negative effect on overall survival.

> ***COMMITTEE ACTION: MANUAL PA CRITERIA AND IMPLEMENTATION PERIOD***—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for Zejula removing the indication for treatment of advanced HRD positive ovarian after three or more lines of chemotherapy. Implementation will be effective the first Wednesday 90 days after signing of the minutes. See Appendix C for the full criteria.

5. **Updated PA Criteria for Reasons other than new Indications**

   a) **Targeted Immunomodulatory Biologics: Tumor Necrosis Factor Inhibitors—adalimumab**

      i. **biosimilars to Humira**—Based on provider feedback, manual PA criteria were updated to allow use of adalimumab biosimilar if a patient has an intolerance or contraindication to non-biologic systemic therapy. See Appendix C.

      ii. **adalimumab plaque psoriasis update**—MHS provider feedback relayed that it is now common practice to start Humira in patients with moderate to severe psoriasis who have failed topical treatments. The manual PA criteria were revised to allow use of Humira for plaque psoriasis if a patient has an inadequate response, intolerance or contraindication to non-biologic systemic therapy, including methotrexate, aminosalicylates, corticosteroids, immunosuppressants (e.g., azathioprine, cyclosporine), acitretin or phototherapy.

   b) **Insulins: Miscellaneous Insulin Devices—Omnipod, Omnipod Dash, Omnipod 5**—Based on a MTF provider request, the manual PA criteria were updated to remove the current requirement of multiple daily injection therapy for six months for type 1 diabetics for all the Omnipod devices. However, the multiple daily injection therapy for six months requirement will remain for other diabetic patients for Omnipod and Omnipod Dash.

   > ***COMMITTEE ACTION: UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION PERIOD***—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for biosimilar adalimumab, and Omnipod, Omnipod Dash, and Omnipod 5 in new users. Implementation will be effective the first Wednesday 90 days after signing of the minutes. See Appendix C for the full criteria.

5. **Updated PA Criteria for Weight Loss Drugs**

The weight loss drugs were evaluated for formulary status at the November 2017 P&T Committee Meeting. Since then, several updates to the PAs were recommended to account for expanded age ranges, recommendations from clinical practice guidelines as to the appropriate place in therapy, and to increase the initial approval period to account for dosage titration schedules.

Recent guidelines from the American Gastroenterological Association now recommend against the use of orlistat (Xenical), due to low efficacy and increased incidence of adverse effects. The ICER 2022 obesity report concluded that the fixed dose phentermine/topiramate ER (Qsymia) demonstrated greater weight loss than liraglutide (Saxenda) and bupropion/naltrexone (Contrave).

Specific requirements for Active Duty Service Members (ADSM) have referenced individual service polices for weight loss; there are inconsistences between the services. The recommendation from the Committee was to remove the service policy requirements, contingent on the Pharmacy Consultants coordinating the request with their respective Surgeons General.

The specific PA updates are listed below:

a) **liraglutide (Saxenda)**—Multiple edits were made to the manual PA criteria for Saxenda. Patients are no longer required to have a trial of Xenical first, adolescents 16 to 17 years of age are no longer required to try phentermine first, and adolescents between the ages of 12 to 17 years of age must now try Qsymia first or have a contraindication to its use. The initial approval period for the PA was increased from four months to six months to allow for adequate time for dose titration.

b) **phentermine/ topiramate ER (Qsymia)**—The manual PA criteria were updated to include the new indication allowing use in children 12 to 17 years of age for weight management.

c) **semaglutide (Wegovy)**— The manual PA criteria were updated allowing for use in children 12 to 17 years of age per the current FDA label. Patients are no longer required to have a trial of Xenical first, and adolescents between the ages of 12 to 17 years of age must now try Qsymia first or have a contraindication to it. The initial approval period for the PA was increased from four months to six months to allow for adequate time for dose titration.

> ***COMMITTEE ACTION: WEIGHT LOSS DRUGS UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION PERIOD**—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for the weight loss drugs in new users. Implementation will be effective the first Wednesday 90 days after signing of the minutes. See Appendix C for the full criteria.*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 654 of 980

AR1842

**B. Line Extensions**

The P&T Committee clarified the formulary status for one product line extension by the original manufacturer. Line extensions have the same FDA indications as the "parent" drug and retain the same formulary and copayment status as the "parent" drug.

**Multiple Sclerosis: Miscellaneous Oral Agents—fingolimod 0.5 mg orally dissolving tablets (Tascenso ODT)**—Tascenso 0.25 mg ODT was reviewed as a new drug at the November 2022 P&T meeting, with the PA criteria limiting use to the indications in the label at that time, which were only for treating patients who were ten years of age and older and weighing no more than 40 kg. A new 0.5 mg ODT dosage strength has now been approved, which no longer has the weight restriction. The manual PA criteria were updated to remove the weight limit. A trial of fingolimod 0.5 mg capsules will be required first, based on cost effectiveness. Tascenso 0.5 mg ODT will be designated as NF, similar to the formulary status of the 0.25 mg ODT formulation. See Appendix C.

*COMMITTEE ACTION: TASCENSO 0.5 mg ODT LINE EXTENSION, FORMULARY STATUS CLARIFICATION, AND IMPLEMENTATION PERIOD—* The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) clarifying the formulary status of the line extension product, as outlined above. Implementation will occur the first Wednesday two weeks after signing of the minutes.

## VII. SLEEP DISORDERS: WAKEFULNESS PROMOTING AGENT: SODIUM OXYBATE (XYREM) AUTHORIZED GENERIC PA CRITERIA:

The Sleep Disorders: Wakefulness Promoting Agents class was last reviewed in August 2020, and sodium oxybate (Xyrem) was designated as UF with a PA. Xyrem is indicated for treatment of narcolepsy with cataplexy. Prior authorization (PA) criteria for authorized generic sodium oxybate requiring a trial of Xyrem first were recommended.

*COMMITTEE ACTION: AUTHORIZED GENERIC PA REQUIREMENT FOR XYREM AND IMPLEMENTATION PERIOD—*
The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent), requiring brand Xyrem in all new and current users for the authorized generic sodium oxybate at all points of service, based on cost effectiveness. The prescriber will provide patient-specific justifications as to why brand Xyrem cannot be used over the authorized generic. The effective date will be the first Wednesday 90 days after signing of the minutes. The "brand over authorized generic" requirement will be removed administratively when it is no longer cost-effective compared to AB-rated generics.

## VIII. REFILLS OF PRESCRIPTION MAINTENANCE MEDICATIONS THROUGH MTF PHARMACIES OR THE MAIL ORDER PROGRAM

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 655 of 980

AR1843

**Newly Approved Drugs per 32 CFR 199.21(g)(5)**
See Appendix F for the mail order status of medications designated UF or NF during the November 2021 P&T Committee meeting. Note that the Add/Do Not Add recommendations listed in the appendix pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement. The implementation period for all the recommendations from the February 2023 meeting listed in Appendices E and F, including those for newly approved drugs, will be effective upon the first Wednesday two weeks after the signing of the minutes.

> ***COMMITTEE ACTION: NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5) RECOMMENDED FOR UF OR NF STATUS—*** The P&T Committee recommended (for group 1: 19 for, 0 opposed, 0 abstained, 1 absent; group 2: 19 for, 0 opposed, 0 abstained, 1 absent; and group 3: 18 for, 0 opposed, 0 abstain, 2 absent) adding or exempting the drugs listed in Appendix F to/from the Select Maintenance List (EMMPI List) for the reasons outlined in the table. See Appendix F.

## IX.  ITEMS FOR INFORMATION

### A. Annual Review of TRICARE Pharmacy Benefit Medications

The Committee was briefed on the utilization and cost trends for the newly approved drugs per 32 CFR 199.21(g)(5) that were evaluated since program implementation in August 2015.

The Committee was also briefed on trends in the FDA's accelerated approval pathway, where drugs enter the market based on surrogate outcomes. Concerns raised by the accelerated approval pathway include holding the manufacturer responsible to complete confirmatory trial requirements within the designated time, and when warranted, timely withdrawal of the product from the market when confirmatory trials are negative or produce harms. (https://www.fda.gov/drugs/resources-information-approved-drugs/withdrawn-cancer-accelerated-approvals)

The Committee also noted that more reformulated medications are being approved, rather than new molecular entities. Many of the drugs approved in the past year provide slight or no improvement in therapeutic benefit over currently available therapies. Updates for the newly approved drugs will be presented periodically at upcoming P&T Committee meetings.

### B. Notice to MTF Pharmacies Regarding Continual Surveillance of Drug Classes

The Formulary Management Branch (FMB) reviews all drug classes included on the DoD Pharmacy Benefit annually for updates to formulary management status. MTFs can submit requests for formulary status updates and, if criteria are met, these changes will be considered by the DoD Pharmacy and Therapeutics Committee.

Criteria used to update the formulary status includes relevant clinical updates (i.e., safety, efficacy, etc.), humanistic information, and economic data. The Department of Defense Pharmacy and Therapeutics Committee's mission is to uniformly, consistently, and equitably provide appropriate drug therapy to meet the clinical needs of DoD beneficiaries in an effective, efficient, and fiscally responsible manner.

### C. Baricitinib (Olumiant) and coverage for alopecia areata

The P&T Committee reviewed an MTF request to update the baricitinib (Olumiant) PA criteria to allow use for a new FDA-approved indication to treat adult patients with severe alopecia areata. Medication intended to encourage hair regrowth for alopecia areata is excluded by federal regulation (32 CFR 199.4(g)(41)(ii)). Therefore, no update to coverage for this indication was recommended. Olumiant remains covered for treatment of rheumatoid arthritis.

### D. Retrospective Review: Weight Loss Agents

The Committee reviewed utilization and cost trends for the Weight Loss Agents, which were reviewed for formulary placement in November 2017, with implementation occurring in May 2018. Formulary management tools such as step therapy, PA, and tier status help ensure appropriate patient selection and medication utilization. The weight loss drugs class review created formulary conditions (including step therapy, PA, and NF) which have successfully managed utilization, and also allows placement of future marketed drugs as non-step-preferred.

## X.   ADJOURNMENT

The meeting adjourned at 1630 hours on February 9th. The next meeting will be in May 2023.

**Appendix A—Attendance:  February 2023 DoD P&T Committee Meeting:**
**Appendix B—Table of Medical Necessity Criteria**
**Appendix C—Table of Prior Authorization Criteria**
**Appendix D—Table of Quantity Limits**
**Appendix E—Table of Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**
**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary during the February 2023 DoD P&T Committee Meeting**
**Appendix G—Implementation Dates**
**Appendix H—Tier 4 Agents (completely excluded) and Therapeutic Alternatives**

# DECISION ON RECOMMENDATIONS

**SUBMITTED BY:**

███████████████

———————————————————————————————————————

John P. Kugler, M.D., MPH
DoD P&T Committee Chair

**The Director, DHA:**

☒ concurs with all recommendations.

☐ concurs with the recommendations, with the following modifications:

1.
2.
3.

☐ concurs with the recommendations, except for the following:

███████████████

———————————————————————————————————————

Brian C. Lein, MD
Assistant Director,
Healthcare Administration
*for* Telita Crosland LTG, MC, USA
Director

*1 May 2023*
Date

## Appendix A—Attendance

| Voting Members Present | |
|---|---|
| John Kugler, COL (Ret.), MC, USA | DoD P&T Committee Chair |
| Col Paul Hoerner BSC, for Mr. Edward Norton | Chief, DHA Pharmacy Operations Division (POD) |
| Ed VonBerg, PharmD | Chief, Formulary Management Branch (Recorder) |
| LTC Rosco Gore, MC | Army, Internal Medicine Physician |
| Ruben Salinas, COL (Ret.) MC, USA | Army, Family Medicine Physician |
| MAJ Megan Donahue, MC | Army, Physician at Large |
| COL Aatif Sheikh, MSC | Army, Pharmacy Consultant |
| CAPT Austin Parker, MC | Navy, Internal Medicine Physician |
| CDR Danielle Barnes, MC | Navy, Pediatrics Representative |
| CAPT Peter Cole, MC | Navy, Physician at Large |
| CDR Kellye Donovan, MSC, for CAPT Bridgette Faber, MSC | Navy, Pharmacy Consultant |
| Col Larissa Weir, MC | Air Force, OB/GYN Physician |
| Capt Courtney Clutter, MC, for Lt Col Jeffrey Colburn, MC Day #1 | Air Force, Internal Medicine Physician |
| Lt Col John Oberlin, MC, for Lt Col Jeffrey Colburn, MC Day #2 | Air Force, Internal Medicine Physician |
| Maj Jennifer Dunn, MC | Air Force, Physician at Large |
| Col Corey Munro, BSC | Air Force, Pharmacy Consultant |
| Walter Downs, MD, CAPT (Ret.) MC, USN | Physician at Large, DHA |
| LCDR Shira Paul | Oncology Physician |
| Laura Au, RPh, BCOP | Oncology Pharmacist |
| CDR Chris Janik, USCG | Coast Guard, Pharmacy Consultant |
| COL Yang Xia | TRICARE Latin America and Canada |

## Appendix A—Attendance

| Nonvoting Members Present | |
|---|---|
| Megan Gemunder, DHA | Attorney Advisor, Contract Law |
| Dennis Dyke, DHA | Attorney Advisor, Contract Law |
| Eric Parsons, RPh | Tpharm5 Clinical COR |
| Eugene Moore, PharmD | Tpharm5 Clinical COR |
| CPT Hope Shen, PharmD | Defense Logistics Agency |
| **Guests** | |
| Ms. Marsha Peterson | DHA Contracting Officer |
| Ms. Tracy Banks | DHA Contracting |
| Ms. Stephanie Erpelding | DHA Contracting |
| Ms. Sydney Roman | DHA Contracting |
| **Others Present** | |
| CDR Scott Raisor, USPHS | Chief, P&T Section, DHA Formulary Management Branch |
| Angela Allerman, PharmD, BCPS | DHA Formulary Management Branch |
| Shana Trice, PharmD, BCPS | DHA Formulary Management Branch |
| LCDR Elizabeth Hall, BCPS, USPHS | DHA Formulary Management Branch |
| Maj Angelina Escano, MC | DHA Formulary Management Branch |
| LCDR Giao Phung, MSC | DHA Formulary Management Branch |
| LT Stephanie Klimes, MC | DHA Formulary Management Branch |
| Julia Trang, PharmD | DHA Formulary Management Branch |
| Mr. David Folmar | DHA Formulary Management Branch Contractor |
| Mr. Kirk Stocker | DHA Formulary Management Branch Contractor |
| Mr. Michael Lee | DHA Formulary Management Branch Contractor |
| Ms. Martha Hutchinson | DHA Formulary Management Branch Contractor |

## Appendix B—Table of Medical Necessity Criteria

| Drug / Drug Class | Medical Necessity Criteria |
|---|---|
| **Drug Class Reviews MN Criteria** | |
| • testosterone undecanoate capsule (Jatenzo)<br>• testosterone undecanoate capsule (Tlando)<br>• testosterone undecanoate capsule (Kyzatrex)<br>• testosterone transdermal solution (Axiron)<br>• testosterone transdermal gel (AndroGel 1% brand, Androgel 1.62% brand, 1.62% gel generic)<br><br>**Androgens-Anabolic Steroids: Testosterone Replacement Therapies** | • Patient has experienced significant adverse effects from ALL listed formulary agents<br>• ALL listed formulary agents resulted in therapeutic failure<br><br>**Formulary alternatives:** Androderm patch, testosterone 2% gel (Fortesta), testosterone 1% gel (generic to Androgel), and Testim 1% gel |
| **New Drugs MN Criteria** | |
| • dextroamphetamine transdermal system (Xelstrym)<br><br>**ADHD Agents: Stimulants** | • Use of formulary agents is contraindicated<br>• Patient has experienced significant adverse effects from formulary agents<br>• Formulary agents resulted in therapeutic failure<br>• No alternative formulary agent<br><br>**Formulary alternatives:** extended-release methylphenidate (e.g., Concerta, Metadate CD, Ritalin LA), extended-release mixed amphetamine salts (Adderall XR) |
| • dextromethorphan hydrobromide/bupropion hydrochloride (Auvelity)<br><br>**Antidepressants and Non-Opioid Pain Syndrome Agents** | • Use of formulary agents is contraindicated<br>• Patient has experienced significant adverse effects from formulary agents<br>• Formulary agents resulted in therapeutic failure<br>• Patient previously responded to non-formulary agent and changing to a formulary agent would incur unacceptable risk<br><br>**Formulary alternatives:** SSRIs, SNRIs, TCAs, mirtazapine (Remeron), bupropion (Wellbutrin), trazodone, nefazodone, MAOIs |
| • insulin glargine (Basaglar Tempo Pen)<br><br>**Basal Insulin** | • Use of formulary agents is contraindicated<br>• Patient has experienced significant adverse effects from formulary agents<br><br>**Formulary alternatives:** Lantus |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 661 of 980

AR1849

## Appendix B—Table of Medical Necessity Criteria

| | |
|---|---|
| • insulin lispro-aabc (Lyumjev Tempo Pen) <br><br> **Rapid Acting Insulin** | • Use of formulary agents is contraindicated <br> • Patient has experienced significant adverse effects from formulary agents <br><br> **Formulary alternatives:** Novolog Flex Pen, Humalog Kwikpen and Lyumjev Kwikpen |
| • levothyroxine sodium 150 mcg/5 mL oral solution (Ermeza) <br><br> **Thyroid & Antithyroid Agents** | • No alternative formulary agent: patient is not able to swallow capsule or sprinkle capsule on food or chew a tablet <br><br> **Formulary alternatives:** levothyroxine sodium tablets, levothyroxine sodium liquid filled capsules, levothyroxine sodium oral solution (Tirosint-Sol) |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 662 of 980

AR1850

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| **Drug Class Review PAs** | |
| • suvorexant (Belsomra)<br>• lemborexant (Dayvigo)<br>• daridorexant (Quviviq)<br><br>**Sleep Disorders: Insomnia** | **Note there were no changes to the PA criteria from the May 2021 and August 2022 P&T meetings.**<br>Manual PA criteria apply to all new users of Quviviq, Belsomra, and Dayvigo.<br><br>Manual PA Criteria: Quviviq, Belsomra, Dayvigo is approved if _all_ criteria are met:<br>• Provider acknowledges the following agents are available without prior authorization: zolpidem IR and ER, zaleplon, eszopiclone<br>• Patient has documented diagnosis of insomnia characterized by difficulties with sleep onset and/or sleep maintenance<br>• Non-pharmacologic therapies have been inadequate in improving functional impairment, including but not limited to relaxation therapy, cognitive behavioral therapy for insomnia (CBT-I), sleep hygiene, and the patient will continue with non-pharmacologic therapies throughout treatment<br>• Patient has tried and failed or had clinically significant adverse effects to zolpidem extended-release OR eszopiclone<br>• Patient has no current or previous history of narcolepsy<br>• Patient has no current or previous history of substance and/or alcohol use disorder<br><br>Non FDA-approved uses are not approved<br>Prior authorization expires in 1 year<br><br>Renewal criteria: Note that initial TRICARE PA approval is required for renewal. PA will be renewed for an additional 1 year if the renewal criteria are met:<br>• Patient has not adequately responded to non-pharmacologic therapies<br>• Patient agrees to continue with non-pharmacologic therapies including but not limited to relaxation therapy, cognitive behavioral therapy for insomnia (CBT-I), and/or sleep hygiene<br>• Patient continues to respond to the drug |
| • transdermal 2% gel pump (Fortesta)<br>• transdermal patch (Androderm)<br>• transdermal 1% gel tubes (Testim)<br>• transdermal 1% gel (Vogelxo)<br>• transdermal gel and gel pump 1%, 1.62% (AndroGel)<br>• transdermal solution (Axiron)<br>• nasal gel (Natesto)<br><br>**Androgens-Anabolic Steroids: Testosterone Replacement Therapies** | **Updates from the February 2023 meeting are in bold and strikethrough**<br><br>Manual PA criteria apply to all new users of Androderm, Androgel, Fortesta, Natesto, Testim, Testosterone 1.62% gel, Vogelxo, and Axiron.<br><br>Manual PA Criteria: Androderm, Androgel, Fortesta, Natesto, Testim, Testosterone 1.62% gel, Vogelxo, and Axiron are approved if ALL criteria are met:<br><br>Coverage approved for Hypogonadism if:<br>• Patient is ~~greater than 17 years of age~~ **a male 18 years of age or older**<br>• Patient has a **confirmed** diagnosis of hypogonadism as evidenced by ~~2 or more~~ morning total serum testosterone levels below 300 ng/dL **taken on at least two separate occasions OR testosterone is prescribed by an endocrinologist or urologist who has made the diagnosis of hypogonadism based on unequivocally and consistently low serum total testosterone or free testosterone levels**<br>• Patient is experiencing signs and symptoms ~~usually~~ associated with hypogonadism<br>• Provider has investigated the etiology of the low testosterone levels **and has assessed the risks versus benefits of initiating testosterone therapy in this patient. Provider** acknowledges that testosterone therapy is clinically appropriate and needed.<br><br>OR |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 663 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 663 of 55

AR1851

Coverage approved for female-to-male gender-**affirming hormone therapy in a natal female patient (assigned female at birth)** ~~reassignment (endocrinologic masculinization)~~ if:

- Patient is 14 years of age or older
- Patient has diagnosis of Gender Dysphoria made by a TRICARE-authorized mental health provider according to most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM)
- **Prescription if prescribed by an endocrinologist or a physician who specializes in the treatment of transgender patients**
- Patient is an adult, or is **an adolescent** ~~16 years or older who has experienced puberty to at least Tanner stage 2~~ **with sufficient mental capacity to give informed consent for this partially irreversible treatment**
- **Patient has experienced puberty to at least Tanner stage 2**
- ~~Patient has no signs of breast cancer~~
- For gender dysphori**ac,** biologic**ally** female patients of childbearing potential, the patient IS NOT pregnant or breastfeeding
- Patient has no psychiatric comorbidity that would confound a diagnosis of gender dysphoria or interfere with treatment (e.g., unresolved body dysmorphic disorder; schizophrenia or other psychotic disorders that have not been stabilized with treatment)

OR

**If indication is not listed above, please write in requested indication and rationale for use: _____ (blank write-in)**
**AND**

- **Is the requested prescription for testosterone 2% gel (Fortesta) or generic testosterone 1% gel (Androgel),**
  - **Yes, approve. No, answer below questions**
- Patient has tried **and failed a 3-month trial, experienced a clinically significant adverse reaction, or had a contraindication or relative contraindication to one of the following:**
  - **Testosterone 2% gel (Fortesta) or generic testosterone 1% gel (Androgel)**
  - **OR does the patient require a testosterone replacement therapy that has a low risk of skin-to-skin transfer (option only for Androderm and Natesto)**
- ~~Fortesta or Androgel 1% for a minimum of 90 days failed to achieve total serum testosterone levels > 400 ng/dL AND without improvement in symptoms [For hypogonadism indication only not transgender indication]~~
- ~~Patient has a CI or relative CI to Fortesta or Androgel that does not apply to requested agent~~
- ~~Patient has experienced a clinically significant skin reaction to Fortesta or Androgel not expected to occur with the requested agent~~
- ~~Fortesta or Androgel not expected to occur with the requested agent~~
- ~~Is the requested med Androderm or Natesto?~~
  - ~~Patient requires a testosterone replacement therapy that has a low risk of skin-to-skin transfer between family members~~
- Not approved for concomitant use with other testosterone products

~~Non-FDA-approved uses are NOT approved.~~ **Testosterone will not be approved to enhance athletic performance.**

~~Prior Authorization does not expire~~

**PA expires in 1 year**
**Renewal Criteria: Initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely for continuation of therapy if both of the following apply:**

- **The patient has had a positive response to therapy**
- **The risks of continued therapy do not outweigh the benefits**

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| • testosterone cypionate IM injection<br>• testosterone enanthate IM injection<br>• testosterone enanthate SC injection (Xyosted)<br><br>Androgens-Anabolic **Steroids:**<br>**Testosterone Replacement Therapies** | **Updates from the February 2023 meeting are in bold and strikethrough.**<br><br>PA does not apply to patients less than 1 year of age (age edit **for testosterone cypionate or enanthate IM only)**<br><br>Manual PA criteria applies to new users of testosterone cypionate **IM,** testosterone enanthate IM, **and testosterone enanthate (Xyosted)** injections<br><br>Manual PA Criteria: testosterone cypionate **IM, ~~and~~** testosterone enanthate IM, **and testosterone enanthate (Xyosted)** injections are approved if all criteria are met:<br>• Coverage approved for male patients (patients male at birth) if:<br>   • Patient is younger than 18 years of age AND<br>   • **Prescription is for testosterone cypionate IM or testosterone enanthate IM**<br>   • Prescription is written by or in consultation with a pediatric endocrinologist **or pediatric urologist** OR<br>   • Patient is 18 years of age or older AND<br>   • Patient has **a confirmed** diagnosis of hypogonadism as evidenced by two or more morning total **serum** testosterone levels below 300 ng/dL **taken on at least two separate occasions OR testosterone is prescribed by an endocrinologist or urologist who has made the diagnosis of hypogonadism based on unequivocally and consistently low serum total testosterone or free testosterone levels**<br>   • Patient is experiencing **signs and** symptoms ~~usually~~ associated with hypogonadism<br>   • Provider has investigated the etiology of the low testosterone levels and **has assessed the risks versus benefits of initiating testosterone therapy in this patient.  Provider** acknowledges that testosterone therapy is clinically appropriate and needed.<br>   • ~~The patient does not have prostate cancer~~<br><br>OR<br><br>Coverage approved for female-to-male gender-**affirming hormone therapy in a natal female patient (assigned female at birth)** ~~reassignment (endocrinologic masculinization)~~ if:<br>   • **Patient is 14 years of age or older**<br>   • Patient has diagnosis of Gender Dysphoria made by a TRICARE-authorized mental health provider according to most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM)<br>   • **Prescription if prescribed by an endocrinologist or a physician who specializes in the treatment of transgender patients**<br>   • Patient is an adult, or is **an adolescent ~~16 years or older who has experienced puberty to at least Tanner stage 2~~ with sufficient mental capacity to give informed consent for this partially irreversible treatment**<br>   • **Patient has experienced puberty to at least Tanner stage 2**<br>   • ~~Patient has no signs of breast cancer~~<br>   • For gender dysphor**ia**~~c~~, biological**ly** female patients of childbearing potential, the patient IS NOT pregnant or breastfeeding<br>   • Patient has no psychiatric comorbidity that would confound a diagnosis of gender dysphoria or interfere with treatment (e.g., unresolved body dysmorphic disorder; schizophrenia or other psychotic disorders that have not been stabilized with treatment)<br>OR<br>Coverage approved for females if:<br>   • Patient has diagnosis of breast cancer<br>   • Prescription is written by or in consultation with an oncologist<br>OR<br>**If indication is not listed above, please write in requested indication and rationale for use: _____ (blank write-in)**<br>**AND**<br>   • **Is the requested prescription for testosterone cypionate IM or testosterone enanthate IM?**<br>      o **Yes, approve. No need to answer below questions** |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 665 of 980

AR1853

| | |
|---|---|
| | • If requested prescription is for Xyosted, has the patient tried and failed a 3-month trial, experienced a clinically significant adverse reaction, or had a contraindication or relative contraindication to one drug from each of the following two categories?<br>  ○ **testosterone cypionate IM injection or testosterone enanthate IM injection**<br>  ○ **testosterone 2% gel (Fortesta) or generic testosterone 1% gel (Androgel)**<br>• **Not approved for concomitant use with other testosterone products.**<br><br>~~Non-FDA-approved uses are NOT approved.~~ **Testosterone will not be approved to enhance athletic performance.**<br>Prior Authorization expires in 1 year<br>Renewal Criteria: Initial TRICARE PA approval is required for renewal. Coverage will be approved in:<br>• **Children for one additional year if one of the following apply**<br>  – The patient has had a positive response to therapy<br>  – The risks of continued therapy do not outweigh the benefits<br>  **OR**<br>• Adults will be approved indefinitely for continuation of therapy **if both of the following apply**<br>  – The patient has had a positive response to therapy<br>  – The risks of continued therapy do not outweigh the benefits |
| • testosterone undecanoate oral capsule (Jatenzo)<br>• testosterone undecanoate oral capsule (Tlando)<br>• testosterone undecanoate oral capsule (Kyzatrex)<br><br>**Androgens-Anabolic Steroids: Testosterone Replacement Therapies** | **Updates from the February 2023 meeting are in bold.**<br><br>Manual PA criteria applies to new users of Jatenzo, Tlando, **and Kyzatrex**<br>Manual PA Criteria: Jatenzo, Tlando, **or Kyzatrex** is approved if all criteria are met:<br>Coverage approved for hypogonadism if:<br>• Patient is a male age 18 years of age or older<br>• Patient has a confirmed diagnosis of hypogonadism as evidenced by morning total serum testosterone levels below 300 ng/dL taken on at least two separate occasions **OR testosterone is prescribed by an endocrinologist or urologist who has made the diagnosis of hypogonadism based on unequivocally and consistently low serum total testosterone or free testosterone levels**<br>• Patient is experiencing signs and symptoms associated with hypogonadism<br>• Provider has investigated the etiology of the low testosterone levels and **has assessed the risks versus benefits of initiating testosterone therapy in this patient. Provider** acknowledges that testosterone therapy is clinically appropriate and needed.<br>OR<br>Coverage approved for female-to-male gender-**affirming hormone therapy in a natal female patient (assigned female at birth)** ~~reassignment (endocrinologic masculinization)~~ if:<br>• **Patient is 14 years of age or older**<br>• Patient has diagnosis of Gender Dysphoria made by a TRICARE-authorized mental health provider according to most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM)<br>• **Prescription if prescribed by an endocrinologist or a physician who specializes in the treatment of transgender patients**<br>• Patient is an adult, or is an ~~adolescent 16 years or older who has experienced puberty to at least Tanner stage 2~~ with sufficient mental capacity to give informed consent for this partially irreversible treatment<br>• **Patient has experienced puberty to at least Tanner stage 2**<br>• ~~Patient has no signs of breast cancer~~<br>• For gender dysphori**a,** biologicall**y** female patients of childbearing potential, the patient IS NOT pregnant or breastfeeding<br>• Patient has no psychiatric comorbidity that would confound a diagnosis of gender dysphoria or interfere with treatment (e.g., unresolved body dysmorphic disorder; schizophrenia or other psychotic disorders that have not been stabilized with treatment) |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 666 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 66 of 55

**AR1854**

| | |
|---|---|
| | OR<br>**If indication is not listed above, please write in requested indication and rationale for use: _____ (blank write-in)**<br><br>**AND**<br>• **Patient has tried and failed a 3-month trial, experienced a clinically significant adverse reaction, or had a contraindication or relative contraindication to one drug from each of the following two categories:** ~~for a minimum of 90 days AND failed to achieve total serum testosterone levels above 400 ng/dL (labs drawn 2 hours after use of the agent) AND without improvement in symptoms~~<br> 1. **testosterone cypionate IM injection or testosterone enanthate IM inje**<br> 2. **testosterone 2% gel (Fortesta) OR testosterone 1% gel (Androgel generic)**<br>~~OR~~<br>~~• The patient requires a testosterone replacement therapy (TRT) that has a low risk of skin-to-skin transfer between family members~~<br>~~OR~~<br>~~• Patient does not have any of the following:~~<br>~~• Hypogonadism conditions not associated with structural or genetic etiologies (e.g. "age-related" hypogonadism), carcinoma of the breast or suspected carcinoma of the prostate~~<br>~~• Uncontrolled hypertension or is at risk for cardiovascular events (e.g., myocardial infarction or stroke) prior to start of Jatenzo or Tlando therapy or during treatment (based on the product's boxed warning of increased risk of major adverse cardiovascular events and hypertension)~~<br>• Not approved for concomitant use with other testosterone products<br>~~Non-FDA-approved uses are NOT approved.~~ Testosterone will not be approved to enhance athletic performance.<br>~~Prior Authorization does not expire~~<br><br>**PA expires in 1 year**<br>**Renewal Criteria: Initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely for continuation of therapy if both of the following apply:**<br>• **The patient has had a positive response to therapy**<br>• **The risks of continued therapy do not outweigh the benefits** |
| • methyltestosterone oral tablet or capsule<br><br>**Androgens-Anabolic Steroids: Testosterone Replacement Therapies** | Manual PA Criteria apply to all new and current users of methyltestosterone<br><br><u>Manual PA criteria</u>: Methyltestosterone is approved if <u>ALL</u> criteria are met<br>Patient has a diagnosis of hypogonadism, delayed puberty, or metastatic mammary cancer<br>• This agent has been identified as having safer, more effective, and more cost-effective alternatives. The provider must explain why the patient requires methyltestosterone and cannot take the formulary alternatives. (blank write-in)<br>• Not approved for concomitant use with other testosterone products<br><br>Non-FDA-approved uses are not approved.<br>PA expires in 1 year<br><br>Renewal Criteria: Initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely for continuation of therapy if both of the following apply:<br>• The patient has had a positive response to therapy<br>• The risks of continued therapy do not outweigh the benefits |

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • budesonide delayed release 4 mg caps (Tarpeyo)<br><br>**Nephrology Agents Miscellaneous** | Interim Manual PA criteria apply to all new users of Tarpeyo until implementation of the Tier 4 (complete exclusion) recommendation.<br><br>Manual PA Criteria: Coverage is approved if all criteria are met:<br><br>• Provider will be notified that Tarpeyo will no longer be available 180 days after signing of the minutes<br>• Tarpeyo is prescribed by a nephrologist<br>• The patient has a diagnosis of biopsy-verified primary immunoglobulin A nephropathy (IgAN)<br>• The patient has a urine protein-to-creatinine ratio UPCR greater than or equal to 1.5 g/g<br>• The patient is receiving a stable dose of a Renin-Angiotensin inhibitor [ACE inhibitor or ARB (such as lisinopril, losartan, irbesartan)] at a maximally tolerated dose. Note: prior use will be verified<br>• Patient is not currently receiving dialysis or has not undergone kidney transplant<br>• Patient has an estimated glomerular filtration rate (eGFR) greater than or equal to 35 ml/min/1.73m$^2$<br>• The patient has had a trial of an alternate oral glucocorticoid regimen for 6 months or immunosuppressive therapy and has failed therapy or the patient has a contraindication to oral glucocorticoid therapy or immunosuppressive therapy. Examples include methylprednisolone, prednisolone/prednisone, and Entocort EC or Uceris budesonide formulations<br>• The provider has considered use of an SGLT-2 inhibitor<br><br>Non-FDA-approved uses are not approved, including ulcerative colitis or Crohn's disease<br><br>PA expires in 9 months; no renewal allowed |
| **Newly Approved Drug PAs** | |
| • dextroamphetamine transdermal system (Xelstrym)<br><br>**ADHD Agents: Stimulants** | Manual PA criteria apply to all new users of dextroamphetamine transdermal system (Xelstrym)<br><br>Manual PA criteria:  Xelstrym is approved if all criteria are met:<br><br>• Patient is 6 years of age and older.<br>• Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD) that has been appropriately documented in the medical record.<br>• Provider is aware of the warnings, screening and monitoring precautions for Xelstrym.<br>• Patient must have tried and failed or have a contraindication to one medication from each of the following categories:<br>   ▪ amphetamines (single or mixed salt medications)<br>   ▪ methylphenidate<br>• Patient has documented swallowing dysfunction requiring alternative formulation for treatment<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 920 of 55

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 668 of 980

AR1856

| | |
|---|---|
| • dextromethorphan hydrobromide and bupropion hydrochloride (Auvelity)<br><br>**Antidepressants and Non-Opioid Pain Syndrome Agents** | Manual PA criteria apply to all new users of Auvelity.<br><br>Manual PA criteria:  Auvelity is approved if all criteria are met:<br><br>• The patient is 18 years of age or older<br>• The patient does not have a history of seizure disorder or conditions that increase the risk of seizure (e.g., bulimia, anorexia nervosa, severe head injury)<br>• Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e., CBT, sleep hygiene) are encouraged to be used in conjunction with this medication<br>• The patient is being treated for depression<br>• Patient has tried and failed generic bupropion extended release at maximally tolerated dose AND<br>• The patient has a contraindication to, intolerability to, or has failed a trial of TWO other formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose)<br><br>Non-FDA-approved uses are not approved.<br>Prior Authorization does not expire. |
| • futibatinib (Lytgobi)<br><br>**Oncological Agent** | Manual PA criteria apply to all new users of futibatinib (Lytgobi)<br><br>Manual PA criteria: Lytgobi is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• The drug is prescribed by or in consultation with a hematologist or oncologist<br>• Patient has previously treated, unresectable locally advanced or metastatic cholangiocarcinoma with a fibroblast growth factor receptor 2 (FGFR2) fusion or other rearrangement as detected by an FDA-approved test<br>• The patient will be monitored for retinal pigment epithelial detachment, hyperphosphatemia, and soft-tissue mineralization<br>• Female patients of childbearing age are not pregnant confirmed by (-) HCG<br>• Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment<br>• Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after cessation of therapy<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis:<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |
| • insulin glargine (Basaglar Tempo Pen)<br><br>**Basal Insulin** | Manual PA criteria apply to all new users of insulin glargine (Basaglar Tempo Pen)<br><br>Manual PA criteria: Basaglar Tempo pen is approved if all criteria are met:<br><br>• Provider acknowledges that Lantus is the DoD's preferred basal insulin and preferred insulin glargine.  No prior authorization is required for Lantus.  Lantus is available at the lowest Tier 1 copay.<br>• The patient must have tried and failed Lantus.<br>• The provider must document why the patient cannot use the Basaglar Kwikpen version. (blank write-in)<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 669 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 68 of 55

AR1857

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • insulin lispro (Humalog Tempo Pen)<br><br>**Rapid Acting Insulin** | Manual PA criteria apply to all new users of insulin lispro (Humalog Tempo Pen)<br><br>Manual PA criteria: Humalog Tempo pen is approved if all criteria are met:<br><br>• Provider acknowledges that Novolog Flex Pen, Humalog Kwikpen and Lyumjev Kwikpen are TRICARE's preferred rapid-acting insulins and are available to TRICARE beneficiaries without requiring prior authorization.<br>• The provider must document why the patient cannot use the Humalog Kwikpen version.<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |
| • insulin lispro-aabc (Lyumjev Tempo Pen)<br><br>**Rapid Acting Insulin** | Manual PA criteria apply to all new users of insulin lispro-aabc (Lyumjev Tempo Pen)<br><br>Manual PA criteria: Lyumjev Tempo pen is approved if all criteria are met:<br><br>• Provider acknowledges that Novolog Flex Pen, Humalog Kwikpen and Lyumjev Kwikpen are TRICARE's preferred rapid-acting insulins and are available to TRICARE beneficiaries without requiring prior authorization.<br>• The provider must document why the patient cannot use the Lyumjev Kwikpen version. (blank write-in)<br><br>Non-FDA approved uses are NOT approved.<br>PA does not expire. |
| • levothyroxine sodium 150 mcg/5 mL oral solution (Ermeza)<br><br>**Thyroid & Antithyroid Agents** | Manual PA criteria apply to all new users of levothyroxine sodium oral solution (Ermeza)<br><br>PA does not apply to patients younger than 6 years of age (Age edit)<br><br>Manual PA criteria:  Ermeza is approved if all criteria are met:<br><br>• The patient is 6 years of age or older<br>• Patient is not able to chew a levothyroxine tablet<br>• Patient is not able to swallow a levothyroxine capsule or tablet<br>• Ermeza is prescribed by or in consultation with an endocrinologist<br><br>Non-FDA approved uses are NOT approved.<br>PA expires after 12 months. No renewal allowed; must fill out a new PA |
| • olutasidenib (Rezlidhia)<br><br>**Oncological Agent** | Manual PA criteria apply to all new users of olutasidenib (Rezlidhia)<br><br>Manual PA criteria: Rezlidhia is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• Rezlidhia is prescribed by or in consultation with a hematologist or oncologist<br>• The patient has laboratory evidence of relapsed or refractory acute myeloid leukemia (AML) with a susceptible isocitrate dehydrogenase-1 (IDH1) mutation as detected by an FDA approved test test OR<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis:_____.<br>• The patient will be monitored for differentiation syndrome<br>• The patient will be monitored for hepatotoxicity<br><br>Other non-FDA approved uses are NOT approved.<br>PA does not expire. |
| • pegfilgrastim-pbbk (Fylnetra)<br><br>**WBC Stimulants/ Pegfilgrastims** | Manual PA criteria apply to all new users of pegfilgrastim (Neulasta), pegfilgrastim (Neulasta OnPro), pegfilgrastim-bmez (Ziextenzo) and **pegfilgrastim-pbbk (Fylnetra)**<br><br>Note that Udenyca and Nyvepria are available at the Tier 1 copay at the Mail Order and Retail Network pharmacies.<br><br>Manual PA criteria: **Fylnetra** is approved if all criteria are met: |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023   Page 980 of 55

Case 2:25-cv-00041-M-RN      Document 75-1      Filed 12/05/25      Page 670 of 940

AR1858

# Appendix C—Table of Prior Authorization (PA) Criteria

|  |  |
|---|---|
|  | <ul><li>Provider acknowledges that pegfilgrastim-cbqv (Udenyca), pegfilgrastim-jmdb (Fulphila) and pegfilgrastim-apgf (Nyvepria) are the preferred pegfilgrastims and are available without a PA</li><li>Fyletra is prescribed by or in consultation with a hematologist/oncologist</li><li>For Neulasta OnPro, the patient requires use of an on-body injector (Neulasta OnPro) because the patient/caregiver cannot self-inject and/or cannot reasonably attend multiple visits to the clinic for administration<br>OR</li><li>Patient has experienced an inadequate treatment response or intolerance to pegfilgrastim-cbqv (Udenyca), pegfilgrastim-jmdb (Fulphila) or pegfilgrastim-apgf (Nyvepria) and is expected to respond to pegfilgrastim (Neulasta), pegfilgrastim-bmez (Ziextenzo), or **pegfilgrastim-pbbk (Fylnetra)**</li></ul><br>PA does not expire |
| <ul><li>sodium phenylbutyrate and taurursodiol (Relyvrio)</li></ul>**Neurological Agent** | Manual PA criteria apply to all new users of Relyvrio.<br><br>Manual PA criteria: Relyvrio is approved if all criteria are met:<ul><li>Patient is 18 years of age or older.</li><li>Relyvrio is prescribed by a neurologist.</li><li>The patient has a diagnosis of amyotrophic lateral sclerosis (ALS)</li></ul>Non-FDA approved uses are NOT approved.<br>PA does not expire. |
| **Utilization Management New PAs** | |
| <ul><li>mifepristone 200 mg tablets (Mifeprex)</li></ul> | Manual PA criteria apply to every use (one tablet and no refills) of mifepristone (Mifeprex).<br><br>Manual PA criteria: Mifeprex is approved if all criteria are met:<ul><li>The patient and provider are enrolled in the Mifeprex Risk Evaluation and Mitigation Strategies (REMS) program</li><li>Mifeprex used for termination of pregnancy:<ul><li>Patient is terminating a pregnancy through 70 days of gestation. Documentation will indicate date of patient's last menstrual period: _____ and anticipated date of treatment initiation: _____ AND</li><li>One of the two following criteria must apply:<br>1. Patient is seeking to terminate pregnancy due to an act of rape or incest. It is the provider's good faith belief, based on all of the information available to the provider, that the patient was the victim of rape or incest (the provider should maintain medical records that support the provider's good faith belief). OR<br>2. Patient is seeking to terminate pregnancy because the patient's life would be endangered by carrying the fetus to term. Provider certifies that the mother's life would be at risk if the fetus was carried to term (the provider should maintain medical records that support the provider's certification).</li></ul></li><li>Mifeprex used for Pregnancy Loss:<ul><li>Patient has experienced a pregnancy loss and requests medical management</li><li>Provider certifies that the medication will be used to manage a pregnancy loss and will not be used for termination of a pregnancy (medical abortion) (the provider should maintain medical records that support the provider's certification).</li></ul></li></ul>Other non-FDA-approved uses are not approved<br>PA renewal is not allowed; no refills allowed; each course of therapy requires a new PA |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 671 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 672 of 855

AR1859

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • allopurinol 200 mg tablet<br><br>**Antigout Agents** | Manual PA criteria apply to all new and current users of allopurinol 200 mg tablets.<br><br>Manual PA criteria: allopurinol 200 mg tablets are approved if all criteria are met:<br><br>• Provider acknowledges other allopurinol formulations, including allopurinol 100 mg and 300 mg tablets are available without requiring prior authorization.<br>• The provider must explain why the patient can't take a different allopurinol formulation.  (*write-in*)<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • methocarbamol 1000 mg tablet<br><br>**Skeletal Muscle Relaxants and Combinations** | Manual PA criteria apply to all new and current users of methocarbamol 1000 mg tablet.<br><br>Manual PA criteria: methocarbamol 1000 mg tablet is approved if all criteria are met:<br><br>• Provider acknowledges other formulations of methocarbamol, including methocarbamol 500 mg and 750 mg are available without requiring prior authorization.<br>• The provider must explain why the patient can't take a different formulation of methocarbamol. (*write-in*)<br><br>Non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| **Utilization Management Updated PAs** | |
| • amifampridine (Firdapse)<br><br>**Neurological Agents Miscellaneous** | **Updates from the February 2023 meeting are in bold and strikethrough.**<br>Manual PA apply to all new users of Firdapse.<br><br>Manual PA Criteria: Firdapse is approved if:<br><br>• Patient is **6** ~~18~~ years of age or older<br>• Firdapse is prescribed by an oncologist or neurologist<br>• The patient has laboratory evidence of Lambert-Eaton myasthenic syndrome (LEMS)<br>Non-FDA-approved uses are not approved.<br>PA does not expire. |
| • cobimetinib (Cotellic)<br><br>**Oncological Agents: Melanoma** | **Updates from the February 2023 meeting are in bold.**<br>Manual PA apply to all new users of Cotellic.<br><br>Manual PA Criteria: Cotellic is  approved if:<br><br>• The patient is 18 years of age or older.<br>• **Patient has one of the following:**<br>  ▪ Unresectable metastatic melanoma AND has confirmed BRAF V600E or V600K mutation by an FDA-approved test AND Cotellic is being taken in combination with vemurafenib (Zelboraf) AND Patient is not on concurrent encorafenib (Braftovi), binimetinib (Mektovi), dabrafenib (Tafinlar), nor trametinib (Mekinist) OR<br>  ▪ **histiocytic neoplasms**<br>• Prescribed by or in consultation with an oncologist<br><br>Non-FDA-approved uses are NOT approved.<br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 672 of 960   Page 60 of 55

AR1860

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • elpercatinib (Retevmo)<br><br>**Oncological Agents** | **Updates from the February 2023 meeting are in bold.**<br><br>Manual PA apply to all new users of Retevmo.<br><br>Manual PA Criteria: Retevmo is approved if all criteria are met:<br><br>• Retevmo is prescribed by or in consultation with a hematologist/oncologist<br>• Patient has one of the following indications:<br>  ▪ Adult patients with metastatic RET fusion-positive non-small cell lung cancer (NSCLC)<br>  ▪ Patients 12 years and older with advanced or metastatic RET-mutant medullary thyroid cancer (MTC) who require systemic therapy<br>  ▪ Patients 12 years and older with advanced or metastatic RET fusion-positive thyroid cancer who require systemic therapy and who are radioactive iodine refractory (if radioactive iodine is appropriate)<br>  ▪ **Adult patients with locally advanced or metastatic solid tumors with a RET gene fusion that have progressed on or following prior systemic treatment or who have no satisfactory alternative treatment options**<br>• Patient will be monitored for hepatotoxicity and QT prolongation<br>• Patient does not have uncontrolled hypertension<br>• Provider is aware and has counseled patient that Retevmo can cause life threatening hemorrhage and allergic reactions<br>• Female patients of childbearing age are not pregnant confirmed by (-) HCG<br>• Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment<br>• Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after cessation of therapy<br>• Patient has a diagnosis for another indication that is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. Prescriber must provide specific diagnosis for documentation.<br><br>Non-FDA approved uses are NOT approved except as noted above.<br>Prior authorization does not expire. |
| • abaloparatide (Tymlos)<br><br>**Osteoporosis Agents: Parathyroid Hormone Analogs** | **Updates from the February 2023 meeting are in bold.**<br><br>Manual PA apply to new users of Tymlos.<br><br>Manual PA criteria: Tymlos is approved if **ALL** of the following criteria are met:<br><br>• The drug is prescribed for treatment of osteoporosis, and not for prevention of osteoporosis.<br>• The patient is a **male or** postmenopausal female with osteoporosis at high risk for fracture as defined by one of the following:<br>  ▪ history of osteoporotic fracture<br>  ▪ multiple risk factors for fracture (e.g., a history of vertebral fracture or low-trauma fragility fracture of the hip, spine or pelvis, distal forearm or proximal humerus)<br>  ▪ documented bone mineral density (BMD) T-score of -2.5 or worse<br>  ▪ has one of the following: has tried and experienced an inadequate response to, therapeutic failure with, is intolerant to (unable to use or absorb), or has contraindications to at least one formulary osteoporosis therapy (e.g., alendronate, ibandronate) AND<br>  ▪ The patient will continue to take calcium and vitamin D supplementation during PTH analog therapy if dietary intake is inadequate AND<br>  ▪ Cumulative treatment with Tymlos, Forteo and/or other Parathyroid Hormone Analogs formulations used more than 24 months during the patient's lifetime should be used in extreme caution AND |

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 673 of 980

AR1861

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| | • The patient is not at increased risk for osteosarcoma (e.g., Paget's disease, unexplained elevations of alkaline phosphatase, patients with open epiphyses, prior external beam or implant radiation therapy involving the skeleton) AND<br>• The patient cannot comply with the refrigeration requirement for Tymlos<br><br>Off-label uses are not approved unless supporting documentation is provided.<br><br>Prior Authorization expires in 24 months.<br>Prior Authorization may not be renewed. |
| • fingolimod orally dissolving tablets (Tascenso ODT)<br><br>**Multiple Sclerosis: Miscellaneous Oral Agents** | **Updates from the February 2023 meeting are in bold and strikethrough.**<br><br>Manual PA apply to all new users of Tascenso ODT.<br><br><u>Manual PA Criteria</u>: Coverage is approved if all criteria are met:<br>• Patient is ≥ 10 years **and weighs ≤ 40 kg**<br>• Patient has a documented diagnosis of a relapsing form of multiple sclerosis (MS)<br>• Medication is prescribed by a neurologist<br>• Patient has tried and failed or has a contraindication (i.e. swallowing difficulties) to fingolimod capsule<br>• Patient is not concurrently using a disease-modifying therapy (e.g., beta interferons [Avonex, Betaseron, Rebif, Plegridy, Extavia], glatiramer [Copaxone, Glaptopa], dimethyl fumarate [Tecfidera], diroximel fumarate [Vumerity], monomethyl fumarate [Bafiertam], cladribine [Mavenclad], teriflunomide [Aubagio])<br>• Patients of childbearing potential agree to use effective contraception during treatment and for 2 months after stopping therapy<br>• Patient has not failed a course of another S1p receptor modulator (e.g., Gilenya, Mayzent, Zeposia, Ponvory)<br>• Provider acknowledges that all recommended Tascenso ODT monitoring has been completed and the patient will be monitored throughout treatment as recommended in the package insert. Monitoring includes complete blood count (CBC); liver function tests (LFT); varicella zoster virus (VZV) antibody serology, electrocardiogram (ECG), pulmonary function tests (PFTs), blood pressure, skin assessments and macular edema screening as indicated.<br><br>Non-FDA approved uses are not approved **, including for patients weighing > 40 kg**<br>PA does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 674 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 67 of 55

AR1862

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • niraparib (Zejula)<br><br>**Oral Oncologic Agents: Ovarian Cancer** | Manual PA criteria apply to all new users of Zejula.<br><br>Manual PA Criteria: Coverage will be approved if all criteria are met:<br><br>• Zejula is prescribed by or in consultation with a hematologist/oncologist<br>• Patient is 18 years of age or older<br>• ~~Patient has a deleterious or suspected deleterious BRCA mutation as detected by an FDA-approved test~~<br>• Niraparib will be prescribed as a maintenance therapy for one of the following diagnoses:<br>    ○ Platinum-sensitive, relapsed, high-grade, ovarian cancers: OR<br>    ○ Recurrent epithelial ovarian cancer, fallopian tube, or primary peritoneal cancer<br><br>AND<br><br>    ○ Patient has received 2 or more lines of platinum-based chemotherapy AND<br>    ○ Patient was in objective response (either complete or partial) to most recent treatment regimen AND<br>    ○ Zejula will not be combined with bevacizumab (Avastin)<br><br>OR<br><br>    ○ The diagnosis is NOT listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, the provider must list the diagnosis:_____.<br>• Female patients are not pregnant or planning to become pregnant and will take highly effective contraception while taking Zejula and for 6 months after the last dose.<br>•<br>Other non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • upadacitinib (Rinvoq ER)<br><br>**Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)** | Manual PA apply to all new users of Rinvoq<br><br>Note that there were no changes to the current PA requirements for indications other than atopic dermatitis (e.g., a trial of Humira is still required before Rinvoq in patients with rheumatoid arthritis; no changes were made to the indications of PsA, Ulcerative Colitis or Ankylosing Spondylitis – see the August 2022 P&T Committee meeting minutes for the full criteria<br><br>Manual PA criteria: Coverage for **non-radiographic axial spondyloarthritis** is approved if all criteria are met:<br>• Provider acknowledges that Humira is the Department of Defense preferred targeted biologic agent for active non-radiographic axial spondyloarthritis<br>• The patient is 18 years of age or older<br>• The patient has active non-radiographic axial spondyloarthritis<br>• Patient has had an inadequate response to Humira and Cosentyx OR<br>• Patient has experienced an adverse reaction to Humira and Cosentyx that is not expected to occur with the requested agent OR<br>• Patient has a contraindication to Humira and Cosentyx AND<br>• Patient has had an inadequate response to at least two NSAIDs over a period of 2 months<br>For all indications<br>• Patient has no evidence of active TB infection within the past 12 months<br>• Patient has no history of venous thromboembolic (VTE) disease<br>• Provider is aware of the FDA safety alerts AND Boxed Warnings<br>• Patient has no evidence of neutropenia (ANC < 1000)<br>• Patient has no evidence of lymphocytopenia (ALC < 500)<br>• Patient has no evidence of anemia (Hgb < 8)<br>• Patient is not taking Rinvoq concomitantly with other TIBs agents except for Otezla and other potent immunosuppressant's (e.g., azathioprine, cyclosporine) |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 98 of 55

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 675 of 980

AR1863

| | |
|---|---|
| | Non-FDA-approved uses are not approved.<br><br>PA does not expire for rheumatoid arthritis, psoriatic arthritis, ulcerative colitis, ankylosing spondylitis, or non-radiographic axial spondyloarthritis |
| • dupilumab (Dupixent)<br><br>**Atopy Agents** | Manual PA apply to all new users of Dupixent.<br><br>Note that there were no changes to the PA criteria for the indications of asthma, atopic dermatitis, chronic rhinosinusitis with nasal polyposis, or eosinophilic esophagitis; see the August 2022 P&T Committee meeting minutes for the full criteria<br><br><u>Manual PA criteria</u>: Coverage for Prurigo Nodularis is approved if all criteria are met:<br>• Patient is 18 years of age or older<br>• Dupixent is prescribed by an allergist, immunologist, or dermatologist<br>• Patient has 20 or more identifiable nodular lesions in total on both arms, and/or both legs, and/or trunk<br>• Patient has experienced pruritus for 6 weeks or longer<br>• Patient's prurigo nodularis is NOT medication-induced or secondary to a non-dermatologic condition OR the patient has a secondary cause of prurigo nodularis that has been identified and adequately managed<br>• The patient has a contraindication to, intolerability to, or has failed treatment with one high potency/class 1 topical corticosteroids (e.g., clobetasol propionate 0.05% ointment/cream, fluocinonide 0.05% ointment/cream)<br>• The patient has a contraindication to, intolerability to, inability to access treatment, or has failed treatment with phototherapy<br><br>Non-FDA approved uses are NOT approved.<br>Prior authorization does not expire. |
| • adalimumab biosimilars to Humira<br><br>**Targeted Immunomodulatory Biologics** | Manual PA apply to all new and current users of biosimilar formulations of adalimumab<br>Manual PA Criteria: Biosimilar adalimumab is approved if all criteria are met:<br>• The provider acknowledges that the originator Humira formulation is preferred over biosimilar adalimumab formulations for the DoD<br>• The provide must document a patient-specific justification as to why the originator Humira formulation cannot be used in this patient: _____(write-in)<br><br>Non-FDA approved uses are not approved.<br><br>Prior Authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 676 of 980

Page 49 of 55

AR1864

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • Omnipod 5<br><br>**Insulins:**<br>**Miscellaneous Insulin**<br>**Devices** | **Updates from the February 2023 meeting are in bold and strikethrough.**<br><br>Manual PA applies to new users of Omnipod 5 Pods and Kits<br><br>Manual PA criteria: Omnipod 5 Pods are approved if all criteria are met:<br>• Note: Current utilization of Omnipod 3 and 4 is not automatic approval for Omnipod 5. A new PA is required<br>• Written by or in consultation with an endocrinologist<br>• The patient has a documented diagnosis of Type 1 DM<br>• ~~The patient is on an insulin regimen of 3 or more injections per day using both basal and prandial insulin and has failed to achieve glycemic control after six months of Multiple Daily Injection (MDI) therapy or is currently on an insulin pump~~<br>• The patient has completed a comprehensive diabetes education program **(to include teaching patient and caregiver how to administer insulin via syringe)**<br>• The patient has demonstrated willingness and ability to play an active role in diabetes self-management<br><br>PA expires after 1 year<br><br>Renewal criteria: (coverage will be approved for 1 year if all criteria are met); Note that initial TRICARE PA approval is required for renewal:<br><br>• Patient has been successful with therapy as shown by increased time in range (TIR), improved A1c, or has seen decreases in hypoglycemic episodes. |
| • Omnipod DASH (4) and Omnipod 3<br><br>**Insulins:**<br>**Miscellaneous Insulin**<br>**Devices** | **Updates from the February 2023 meeting are in bold.**<br><br>Manual PA applies to new users of Omnipod/Omnipod DASH<br><br>Manual PA criteria: Omnipod/Omnipod DASH is approved if all criteria are met:<br>• The patient has diabetes mellitus AND requires insulin therapy<br>• **Patient has one of the following**<br>    ○ **The patient has a documented diagnosis of Type 1 DM OR**<br>    ○ The patient **has diabetes** and is on an insulin regimen of 3 or more injections per day and has failed to achieve glycemic control after six months of Multiple Daily Injection (MDI) therapy<br>• The patient performs 4 or more blood glucose tests per day or is using a Continuous Glucose Monitoring (CGM) system<br>• The patient has completed a comprehensive diabetes education program **(to include teaching patient and caregiver how to administer insulin via syringe)**<br>• The patient has demonstrated willingness and ability to play an active role in diabetes self-management<br><br>Initial prior authorization expires after 1 year.<br><br>Renewal criteria: Note that initial TRICARE PA approval is required for renewal.<br><br>Omnipod or Omnipod DASH is approved for 1 year for continuation of therapy if all criteria are met:<br>• Patient has been successful with therapy |
| • phentermine/<br>topiramate ER<br>(Qsymia)<br><br>**Weight Loss Agents** | **Updates from the February 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of Qsymia.<br><br>Manual PA Criteria: Agent is approved if all criteria are met:<br><br>• **Patient is 12 years of age or older** ~~and is managed by an obesity specialist~~<br>• Patient does not have a history of cardiovascular disease (e.g., arrhythmias, coronary artery disease, heart failure, stroke, uncontrolled hypertension), hyperthyroidism, or other significant contraindication to the above agent.<br>• Patient has a BMI ≥ 30, or a BMI ≥ 27 for those with risk factors in addition to obesity (diabetes, impaired glucose tolerance, dyslipidemia, hypertension, sleep apnea) **OR** |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 677 of 980

AR1865

| | |
|---|---|
| | **patient is a pediatric patient 12 years of age or older with BMI ≥ 95th percentile standardized for age and sex** |
| | • Patient has engaged in a trial of behavioral modification and dietary restriction for at least 6 months and has failed to achieve the desired weight loss and will remain engaged throughout course of therapy. |
| | • ~~For Active Duty Service Members: The individual must be enrolled in a Service specific Health/Wellness Program AND adhere to Service policy, AND will remain engaged throughout course of therapy.~~ |
| | • Patient is not pregnant. |
| | • **Provider agrees to monitor the rate of weight loss in pediatric patients. If weight loss exceeds 2 lbs (0.9 kg)/week, consider dosage reduction.** |
| | • Prescriber will abide by and the patient has been informed of the REMS and safety concerns associated with this agent: |
| | • Use in combination with other products intended for weight loss has not been established |
| | • Use in patients with increased cardiovascular risk has not been established |
| | • Qsymia is pregnancy category X and is associated with increased risk of teratogenicity |
| | • If patient has **impaired glucose tolerance** or diabetes, must have tried **metformin** first or is concurrently taking metformin. |
| | Non-FDA-approved uses are not approved. |
| | Prior authorization expires after 4 months. |
| | Renewal PA Criteria: Qsymia will be approved for an additional 12 months if the following are met: |
| | • The patient is currently engaged in behavioral modification and on a reduced calorie diet |
| | • The patient has lost ≥ 5% of baseline body weight since starting medication |
| | • For patients initially receiving Qsymia 7.5 mg/46 mg: discontinue Qsymia or escalate to 15 mg/92 mg if a 3% reduction in baseline body weight is not achieved **or a pediatric patient has not experienced a reduction of at least 3% of baseline BMI** at 12 weeks |
| | • For patients receiving Qsymia 15 mg/92 mg: discontinue if a 5% reduction in baseline body weight is not achieved **or a pediatric patient has not experienced a reduction of at least 5% of baseline BMI** at 12 weeks |
| | • The patient is not pregnant. |
| • semaglutide (Wegovy) **Weight Loss Agents** | **Updates from the February 2023 meeting are in bold and strikethrough.** |
| | Manual PA criteria apply to all new users of Wegovy. |
| | Manual PA criteria: Coverage is approved if all criteria are met: |
| | • **Patient is ≥ 12 years old and <18 years old with BMI ≥ 95th percentile standardized for age and sex ~~and is managed by an obesity specialist~~** |
| | • **Has tried and Qsymia or has a contraindication to Qsymia (Note: provider must include the date of use and duration of therapy or contraindication to the drug)** |
| | Qsymia: Date_____ Duration of therapy _____ **Or** |
| | • Patient is 18 years of age or older and patient has tried and failed all of the following (generic phentermine, Qsymia, ~~Xenical,~~ and Contrave) or has a contraindication to all of the following weight loss medications (Note: provider must include the date of use and duration of therapy or contraindication to the drug) |
| | Phentermine: Date_____ Duration of therapy _____ |
| | Qsymia: Date_____ Duration of therapy _____ |
| | ~~Xenical: Date _____ Duration of therapy _____~~ |
| | Contrave: Date _____ Duration of therapy _____ |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 678 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 679 of 55

AR1866

|  |  |
|---|---|
|  | - If the patient is diabetic, must have tried and failed metformin and the DoD's preferred GLP1Ras (Trulicity)<br><br>- Concomitant use of Wegovy with another GLP1RA is not allowed (e.g., Bydureon, Trulicity, Byetta, Adlyxin, Victoza, Soliqua, Xultophy)<br><br>- The patient does not have a history of or family history of medullary thyroid cancer or multiple endocrine neoplasia syndrome type 2<br><br>- Patient has a BMI ≥ to 30, or a BMI ≥ to 27 for those with risk factors in addition to obesity (diabetes, impaired glucose tolerance, dyslipidemia, hypertension, sleep apnea)<br><br>- Patient has engaged in behavioral modification and dietary restriction for at least 6 months and has failed to achieve the desired weight loss, and will remain engaged throughout course of therapy<br><br>- ~~If active duty, the individual is enrolled in a Service-specific Health/Wellness Program AND adhere to Service policy, AND will remain engaged throughout course of therapy~~<br><br>- Patient is not pregnant<br><br>Non-FDA approved uses are NOT approved including diabetes mellitus.<br><br>Initial prior authorization expires after ~~6~~ **4** months and then annually.<br><br>Renewal PA Criteria: Wegovy will be approved for an additional 12 months if the following are met:<br><br>- The patient is currently engaged in behavioral modification and on a reduced calorie diet<br><br>- Wegovy will be discontinued if a 4% decrease in baseline body weight is not achieved at 16 weeks **or pediatric patient has not experienced a reduction of at least 5% of baseline BMI**<br><br>- The patient is not pregnant<br><br>~~Additionally, for Active Duty Service Members: The individual continues to be enrolled in a Service-specific Health/Wellness Program AND adheres to Service policy AND will remain engaged throughout course of therapy.~~ |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 679 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 67 of 55

AR1867

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| • liraglutide (Saxenda)<br><br>**Weight Loss Agents** | **Updates from the February 2023 meeting are in bold and ~~strikethrough~~.**<br><br>Manual PA apply to all new users of Saxenda.<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• **Patient is ≥ 12 years old and <18 years old with BMI ≥ 95th percentile standardized for age and sex ~~and is managed by an obesity specialist~~**<br>• **Has tried and Qsymia or has a contraindication to Qsymia (Note: provider must include the date of use and duration of therapy or contraindication to the drug)**<br>**Qsymia: Date_____ Duration of therapy _____ OR**<br>• Patient is 18 years of age or older and patient has tried and failed all of the following (generic phentermine, Qsymia, ~~Xenical,~~ and Contrave) or has a contraindication to all of the following weight loss medications (Note: provider must include the date of use and duration of therapy or contraindication to the drug)<br>Phentermine: Date_____ Duration of therapy _____<br>Qsymia: Date_____ Duration of therapy _____<br>~~Xenical: Date _____ Duration of therapy _____~~<br>Contrave: Date _____ Duration of therapy _____<br>• If the patient is diabetic, must have tried and failed metformin and the DoD's preferred GLP1Ras (Trulicity)<br>• Concomitant use of Wegovy with another GLP1RA is not allowed (e.g., Bydureon, Trulicity, Byetta, Adlyxin, Victoza, Soliqua, Xultophy)<br>• The patient does not have a history of or family history of medullary thyroid cancer or multiple endocrine neoplasia syndrome type 2<br>• Patient has a BMI ≥ to 30, or a BMI ≥ 27 for those with risk factors in addition to obesity (diabetes, impaired glucose tolerance, dyslipidemia, hypertension, sleep apnea)<br>• Patient has engaged in behavioral modification and dietary restriction for at least 6 months and has failed to achieve the desired weight loss, and will remain engaged throughout course of therapy<br>• ~~If active duty, the individual is enrolled in a Service-specific Health/Wellness Program AND adhere to Service policy, AND will remain engaged throughout course of therapy~~<br>• Patient is not pregnant<br><br>Non-FDA approved uses are NOT approved including diabetes mellitus.<br><br>Initial prior authorization expires after **6** ~~4~~ months and then annually.<br><br>Renewal PA Criteria: Saxenda will be approved for an additional 12 months if the following are met:<br><br>• The patient is currently engaged in behavioral modification and on a reduced calorie diet<br>• Wegovy will be discontinued if a 4% decrease in baseline body weight is not achieved at 16 weeks **or pediatric patient has not experienced a reduction of at least 5% of baseline BMI**<br>• The patient is not pregnant<br><br>~~**Additionally, for Active Duty Service Members: The individual continues to be enrolled in a Service-specific Health/Wellness Program AND adheres to Service policy AND will remain engaged throughout course of therapy.**~~ |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 680 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 68 of 55

AR1868

# Appendix D—Table of Quantity Limits (QL)

| Drug / Drug Class | Quantity Limits |
|---|---|
| • testosterone enanthate (Xyosted)<br><br>**Androgens-Anabolic Steroids: Testosterone Replacement Therapies** | ▪ Retail: 4 syringes per fill and 28-day supply<br>▪ MTF/Mail: 12 syringes per fill and 84-day supply |
| • futibatinib (Lytgobi)<br><br>**Oncological Agent** | ▪ Retail/MTF/Mail: 60-day supply |
| • leuprolide acetate (Leuprolide Depot – unbranded)<br><br>**LHRH Agents** | ▪ Retail/MTF/Mail: 1 kit per fill |
| • olutasidenib (Rezlidhia)<br><br>**Oncological Agent** | ▪ Retail/MTF/Mail: 60-day supply |
| • sodium phenylbutyrate and taurursodiol (Relyvrio)<br><br>**Neurological Agent** | ▪ Retail/MTF/Mail: 60-day supply |

Appendix D—Table of Quantity Limits (QL)
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 681 of 980 Page 68 of 55

AR1869

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| Generic (Trade) Name / UF Class | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (Aes) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| dextro-amphet-amine transdermal system (Xelstrym)<br><br>**ADHD Agents: Stimulants** | • Vyvanse cap<br>• Daytrana patch<br>• Adzenys XR-DT | • Formulation: 4.5, 9, 13.5, 18 mg patch<br>• Dosing: Patch worn up to 9 hours | • Treatment of ADHD in patients ≥ 6 years old | Pediatric (≥ 2%):<br>• Anorexia<br>• Headache<br>• Insomnia<br>• Tic<br>• Abdominal pain<br>• Vomiting<br>• Nausea<br>• Irritability<br>• Hypertension,<br>• Tachycardia<br><br>Adults (≥ 5%):<br>• Anorexia<br>• Insomnia<br>• Dry mouth<br>• Diarrhea<br>• Nausea<br>• Anxiety | • Xelstrym is the 2nd transdermal formulation approved for ADHD in patients 6 years of age and older<br>• It is one amongst numerous alternate formulations available for ADHD patients unable to swallow a capsule or tablet<br>• Xelstrym was approved via 505(b)(2)<br>• A single phase 2 study demonstrated statistically significant improvement vs. placebo in ADHD symptoms on SKAMP scores for patients ages 6-17 years<br>• Xelstrym provides little to no compelling clinical advantage over existing agents | • NF<br>• Do not add to EMMI list |
| dextro-methorphan hydrobromide / bupropion hydrochloride (Auvelity)<br><br>**Antidepress-ants and non-opioid pain syndrome: Norepinephri ne-dopamine releasing** | • Wellbutrin XL tab<br>• Aplenzin tab<br>• Delsym tab<br>• Lexapro tab<br>• Effexor XR tab | • Formulation: dextro-methorphan HBr IR 45 mg and bupropion HCl XR 105 mg tablet<br>• Dosing: Initial is 1 tab PO QAM x3 days, then 1 tab PO BID | • Treatment of Major Depressive Disorder (MDD) in adults | ≥5%<br>• Dizziness<br>• Headache<br>• Diarrhea<br>• Somnolence<br>• Dry mouth<br>• Sexual dysfunction<br>• Hyperhidrosis | • Auvelity is indicated for the treatment of adults with major depressive disorder<br>• Clinical trial results demonstrated statistically significant reduction in total MADRS score relative to placebo; antidepressant effect was observed within 1 week with sustained improvement over the 6-week timeframe<br>• Multiple MDD guidelines list a variety of initial treatment options, to include bupropion; however, no one drug is preferred<br>• Auvelity provides another treatment option for major depressive disorder in adults | • NF<br>• Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Page 46 of 55

AR1870

| | | | | |
|---|---|---|---|---|
| furosemide SC injection (Furoscix) **Diruretics** | • Soaanz (DR torsemide) • furosemide tab • bumetanide • furosemide IV | • Formulation: 80 mg/10 ml Injection Solution • Dosing: deliver 30 mg over the first hour then 12.5 mg per hour for the subsequent 4 hours | • Treatment of congestion due to fluid overload in adults with NYHA class II/III CHF | >20% • Infusion site bruising • Infusion site pain >10% • dizziness (12.5%) | • Single-use, on-body infusor that administers 80 mg SC furosemide over a period of 5 hours • pH of Furoscix is lower than IV furosemide which permits SC administration • Pharmacokinetic studies demonstrated similar bioavailability and total urine output to the IV furosemide formulation • Not for treatment of acute pulmonary edema • Although this is a novel device that allows self-administration of SC furosemide, there are no clinical studies available to show a reduction in hospitalization for heart failure | • Tier 4 (complete exclusion) |
| futibatinib (Lytgobi) **Oncological Agent: CML** | • Pemazyre • Truseltiq | • Formulation: 4 mg tablet • Dosing: 20 mg PO QD until disease progression or unacceptable toxicity occurs | • Treatment of previously treated, unresectable, locally advanced or metastatic intra-hepatic cholangio-carcinoma harboring FGFR2 gene fusions or re-arrangements in adults | ≥20% • Nail toxicity • Musculoskeletal pain • Constipation • Diarrhea • Fatigue • Dry mouth • Alopecia • Stomatitis • Abdominal pain • Dry skin • Arthralgia • Dysgeusia • Dry eye • Nausea • Decreased appetite • UTI • Palmer-plantar erythron-dysesthesia syndrome • Vomiting | • Lytgobi is the third small molecule kinase inhibitor approved for adults with previously treated, unresectable, locally advanced or metastatic intrahepatic cholangiocarcinoma harboring FGFR2 gene fusions or other rearrangements • A single phase 2 study demonstrated ORR of 42% and a duration of response of 10 months • Lytgobi has no direct comparisons to competitors, pemigatinib (Pemazyre) or infigratinib (Truseltiq) – all three approved via accelerated approval as single-arm phase 2 studies • FDA review of Lygtobi states it is reasonably likely to predict a clinically meaningful benefit over existing treatments, thus meeting the requirements for accelerated approval. • Lytgobi provides an additional treatment option for this fatal disease indication | • UF • Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 683 of 980

| | | | | | | |
|---|---|---|---|---|---|---|
| insulin glargine (Basaglar Tempo Pen) **Insulin: Basal** | • Inpen<br>• Basaglar Kwikpen | • Formulation: SC Injection Pen<br>• Dosing: patient specific dosing | • Improve glycemic control in adults and children with diabetes mellitus | • Injection site pain<br>• Lipodystrophy<br>• Pruritus<br>• Pain<br>• Weight gain<br>• Hypoglycemia<br>• Nasopharyngitis<br>• Infectious disease | • Prefilled and disposable insulin pen that has the same active ingredient as Basaglar Kwikpen<br>• When Tempo Smart Button is attached to Tempo Pen then it can transmit user data via Bluetooth to the smart phone application<br>• Tempo Smart Button and App are not yet commercially available in United States<br>• No new clinical studies<br>• Provides no compelling advantage over existing agents | • NF<br>• Add to EMMI list |
| insulin lispro (Humalog Tempo Pen) **Insulin: Rapid-Acting** | • Inpen<br>• Humalog Kwikpen | • Formulation: SC Injection Pen<br>• Dosing: patient specific dosing | • Improve glycemic control in adults and children with diabetes mellitus | • Injection site disorder<br>• Lipodystrophy<br>• Hypoglycemia<br>• Hypokalemia<br>• Nasopharyngitis<br>• Upper respiratory infection | • Prefilled and disposable insulin pen that has the same active ingredient as Humalog Kwikpen<br>• When Tempo Smart Button is attached to Tempo Pen then it can transmit user data via Bluetooth to the smart phone application<br>• Tempo Smart Button and App are not yet commercially available in United States<br>• No new clinical studies<br>• Provides no compelling advantage over existing agents | • UF<br>• Add to EMMI list |
| insulin lispro-aabc (Lyumjev Tempo Pen) **Insulin: Rapid-Acting** | • Inpen<br>• Lyumjev Kwikpen | • Formulation: SC Injection Pen<br>• Dosing: patient specific dosing | • Improve glycemic control in adults and children with diabetes mellitus | • Hypoglycemia<br>• Nasopharyngitis<br>• Upper respiratory infection | • Prefilled and disposable insulin pen that has the same active ingredient as Lyumjev Kwikpen<br>• When Tempo Smart Button is attached to Tempo Pen then it can transmit user data via Bluetooth to the smart phone application<br>• Tempo Smart Button and App are not yet commercially available in United States<br>• No new clinical studies<br>• Provides no compelling advantage over existing agents | • NF<br>• Add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Page 48 of 55

**AR1872**

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**

| Drug | Formulation/Dosing | Indication | ≥10% | Clinical Review | Recommendation |
|---|---|---|---|---|---|
| leuprolide acetate (Leuprolide Depot – unbranded) **LHRH Agents** | • Lupron Depot 22.5mg • Elgard 22.5mg | • Formulation: 22.5 mg IM Injection solution • Dosing: 22.5 mg IM Q 3 months | • Palliative treatment of advanced prostate cancer | ≥10% • Hot flushes • Upper respiratory infection • Fatigue • Diarrhea • Pollakiuria • Arthralgia • Injection site pain | • Leuprolide Acetate Depot manufactured by Cipla is the third leuprolide acetate 22.5mg injection given at a 3-month frequency, all of which are indicated for treatment of end stage prostate cancer • No new clinical data • The active ingredient, route of administration, dosage form and strength are the exact same as the Lupron Depot 22.5mg product from Abbvie • No compelling clinical advantage compared to existing formulary agents | • UF • Do not add to EMMI list |
| levothyroxine sodium 150 mcg/5 mL oral solution (Ermeza) **Thyroid and Antithyroid agents** | • Tirosant-Sol • Thyquidity • Tirosant cap | • Formulation: 150mcg/5ml oral solution • Dosing: patient specific dosing | • Hypothyroidism in adult/pediatric patients. | • Palpitations, alopecia, sweating, weight loss, diarrhea, insomnia, anxiety, fatigue | • Ermeza is another levothyroxine sodium oral solution formulation • No new clinical studies conducted • This formulation provides little to no compelling clinical advantage over existing agents | • NF • Add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 685 of 980

| | | | | |
|---|---|---|---|---|
| olutasidenib (Rezlidhia) **Oncological Agents: AML** | • Tibsovo | • Formulation: 150mg capsule<br><br>• Dosing: 150 mg capsule given PO BID until disease progression or unacceptable toxicity | • For treatment of relapsed or refractory AML with IDH1 mutation | ADRs (≥ 20%):<br>• AST increased<br>• ALT increased<br>• Potassium decreased<br>• Sodium decreased<br>• Alkaline phosphatase increased<br>• Nausea<br>• Creatinine increased<br>• Fatigue/malaise<br>• Arthralgia<br>• Constipation<br>• Lymphocytes increased<br>• Bilirubin increased<br>• Leukocytosis<br>• Uric acid increased<br>• Dyspnea<br>• Pyrexia<br>• Rash<br>• Lipase increased<br>• Mucositis<br>• Diarrhea<br>• Transaminitis | • Second isocitrate dehydrogenase-1 (IDH1) inhibitor approved for the treatment of adult patients with relapsed or refractory acute myeloid leukemia (AML) with susceptible IDH1 mutation as detected by an FDA approved test<br>• Phase 2 study demonstrated complete response rate (CR) + complete remission with partial hematological recovery rate (CRh) of 35%<br>• Median response duration of CR plus CRh was 25.9 months<br>• No direct comparisons with Tibsovo<br>• However, when compared indirectly, Rezlidhia demonstrated less QT prolongation and more hepatotoxicity then Tibsovo<br>• NCCN guidelines do not yet mention Rezlidhia<br>• Offers a treatment option in a patient population with limited options and a poor prognosis | • UF<br>• Do not add to EMMI list |
| pegfilgrastim-pbbk (Fylnetra)<br><br>**WBC Stimulants: Pegfilgrastims** | • Udenyca<br>• Nyvepria<br>• Fulphila<br>• Neulasta<br>• Neulasta OnPro<br>• Ziextenzo | • Formulation: 6 mg/0.6 mL solution in a single-dose prefilled syringe. 27-gauge, ½-inch needle<br><br>• Dosing: 6 mg SC once per chemotherapy cycle; weight-based dosing for pediatrics | • To decrease the incidence of infection, as manifested by febrile neutropenia, in patients with nonmyeloid malignancies receiving myelosuppressive anti-cancer drugs associated with a clinically significant incidence of febrile neutropenia | ADRs (≥ 5% difference in incidence compared to placebo):<br>• Bone pain<br>• Pain in extremity | • Fylnetra is the 5th biosimilar to Neulasta and 11th agent in the white blood cell stimulant class<br>• No new clinical data<br>• Latex-free product<br>• Fylnetra provides little to no compelling clinical advantage over existing pegfilgrastim agents | • UF<br>• Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Page 50 of 55

**AR1874**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 686 of 980

# Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| | | | | |
|---|---|---|---|---|
| posaconazole DR oral suspension (Noxafil PowderMix Kit) **Antifungals** | • posaconazole oral sus • posaconazole ER tab • voriconazole | • Formulation: 30 mg/mL DR oral suspension • Dosing: weight-based dosing for pediatrics | • Prophylaxis of invasive *Aspergillus* and *Candida* infections in severely compromised posaconazole patients that are ≥ 2 y/o and weigh ≤ 40 kg | • Pyrexia • Febrile neutropenia • Vomiting • Mucosal inflammation • Pruritus • Hypertension • Hypokalemia • Stomatitis | • Another formulation of posaconazole in a delayed-release oral suspension • Comparing with posaconazole IV, Noxafil PowderMix has similar safety pharmacokinetic profile • Both formulations, IV and PowderMix, were well tolerated without dose-, exposure-, or age-related differences in the safety profiles • Unlike the delayed release tablets and oral solution, PowderMix can be used in patients ≥ 2 years AND ≤ 40 kg • PowderMix formulation contains sorbitol and contraindicated in hereditary fructose intolerance | • UF • Do not add to EMMI list |
| sodium phenyl-butyrate/ sodium taurursodiol (Relyvrio) **Neurological Agents Misc.** | • Tiglutik susp • Exservan film • Rilutek tab • Radicava soln | • Single dose pack, oral suspension: 3g sodium phenyl-butyrate and 1g taurursodiol • Dosing: Initial is 1 packet PO QD x3 weeks, then 1 packet PO BID | • Treatment of amyotrophic lateral sclerosis in adults | (≥15%) • diarrhea • abdominal pain, • nausea • upper respiratory tract infection | • Relyvrio is a specialty drug approved for adults with amyotrophic lateral sclerosis • Patients receiving Relyvrio were more likely than those who received PBO to discontinue secondary to adverse events (i.e. diarrhea) • A single, small phase 2 study demonstrated a benefit with slower functional decline, measured via ALSFRS-R compared to placebo; a follow-on open label extension study had a median survival benefit of 6.5 mo • FDA review did not find a statistically significant result for functional decline; however, the FDA states due to the life-threatening nature of ALS, the unmet medical need of the disease state, and lack of serious safety concerns with Relyvrio, its benefits outweigh the risk • FDA required follow up studies will include carcogenicity, drug interactions, hepatic and renal impairment • Relyvrio provides another treatment option for patients with ALS | • UF • Do not add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Page 51 of 55

**AR1875**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 687 of 980

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**

| | | | | |
|---|---|---|---|---|
| testosterone undecanoate (Kyzatrex) **Androgens-Anabolic Steroids: TRT** | • Jatenzo<br>• Tlando | • Dose: 100 mg QD to 400 mg BID with food (adjusted to serum levels) Available as 100 mg, 150 mg or 200 mg capsules | • For testosterone replacement therapy in adult males for conditions associated with a deficiency or absence of endogenous testosterone<br>• Limitations of Use: safety and efficacy in males < 18 years old have not been established | ADRs (≥ 2%):<br>• hypertension | • Kyzatrex is the 3rd oral capsule testosterone undecanoate and the 15th available testosterone<br>• Unlike Tlando, Kyzatrex and Jatenzo do require dose adjustment based on serum testosterone levels<br>• In an open-label, single-arm study, 88% of patients taking Kyzatrex met the primary outcome specified testosterone concentration<br>• There are numerous alternative testosterone formulations available; Kyzatrex's place in therapy remains unclear, and there is no compelling clinical advantage over existing formulary agents | • NF<br>• Add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 688 of 980

# Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary*

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program; if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| February 2023 | **Drug Class Reviews**<br>**Androgens-Anabolic Steroids: Testosterone Replacement Therapies**<br>**Designated UF:**<br><br>• testosterone patch Androderm<br>• testosterone 2% gel Fortesta<br>• testosterone 1% gel Testim<br>• testosterone 1% gel (Vogelxo)<br>• testosterone nasal gel (Natesto)<br><br>**Designated NF:**<br>*No reason to exempt from NF-2-Mail requirement, similar agents are already on list, and pending final cost:*<br>• testosterone undecanoate (Kyzatrex)<br>• testosterone undecanoate (Jatenzo)<br>• testosterone undecanoate (Tlando)<br>• testosterone transdermal solution (Axiron)<br>• testosterone transdermal gel (AndroGel 1% brand, Androgel 1.62% brand, 1.62% gel generic)<br><br>**Newly Approved Pharmaceutical Agents per 32 CFR 199.21(g)(5)**<br><br>**Designate UF**<br>• insulin lispro (Humalog Tempo Pen)<br><br>**Designated NF**<br>*No reason to exempt from NF-2-Mail requirement, similar agents are already on list, and pending final cost:*<br>• insulin glargine (Basaglar Tempo Pen)<br>• inulin lispro-aabc (Lyumjev Tempo Pen)<br>• levothyroxine sodium 150 mcg/5 mL oral solution (Ermezau | **Drug Class Reviews**<br>**Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists Subclass**<br>**Designated UF**<br><br>• Belsomra<br>• Dayvigo<br>• Quviviq<br><br>**Newly Approved Pharmaceutical Agents per 32 CFR 199.21(g)(5)**<br>**Designated UF:**<br><br>*Acute use exception*<br>• posaconazole DR oral suspension (Noxafil Powder mix kit)<br><br>*Not yet clear if feasible to provide through Mail*<br>• leuprolide acetate injection<br><br>*Specialty Drug*<br>• futibatinib (Lytgobl)<br>• olutasidenib (Rezlidhia)<br>• sodium phenylbutyrate/sodium taurursodiol (Relyvrio)<br><br>*Consistent with others in the class*<br>• pegfilgrastim-pbbk (Fylnetra)<br><br>**Designated NF:**<br>*Similar to other agents in the class*<br>• Dextroamphetamine transdermal system (Xelstrym)<br><br>*Comparable pricing at mail order vs MTFs or retail*<br>• dextromethorphan hydrobromide/ bupropion hydrochloride (Auvelity) |

\* The Expanded Military Treatment Facility (MTF)/Mail Pharmacy Initiative (EMMPI) implements 10 USC 1074g(a)(9), which requires beneficiaries generally to fill non-generic prescription maintenance medications at MTFs or the national mail order pharmacy.

Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 33 of 55

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 689 of 980

AR1877

**Appendix G—Implementation Dates for UF Recommendations/Decisions**

Implementation Dates for UF Recommendations/Decisions*

**Upon signing:** May 1, 2023

**Two weeks after signing:** May 17, 2023

**30 days after Signing**: May 31, 2023

**60 days after signing:** July 12, 2023

**90 days after signing:** Aug 2, 2023

**120 days after signing:** Aug 30, 2023

**180 days after signing** Nov 1, 2023

**\* Note that implementation occurs the first Wednesday following "X" days after signing of the minutes in all points of service.**

Appendix G—Implementation Dates for UF Recommendations/Decisions
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 690 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 690 of 55

AR1878

# Appendix H—Tier 4 Agents (completely excluded) and Therapeutic Alternatives*

| P&T Committee Meeting Date | Drug Class | Tier 4 (complete exclusion) Products | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| February 2023 | Nephrology Agents Miscellaneous | • budesonide 4 mg DR capsules (Tarpeyo) | • methylprednisolone <br> • prednisolone/prednisone <br> • Entocort EC <br> • Uceris <br> • mycophenolate mofetil | • 180 days |
| February 2023 | Diuretics | • furosemide SC injection (Fuoscix) | • furosemide <br> • bumetanide <br> • ethacrynic acid <br> • torsemide | • 120 days |

*The P&T Committee may recommend complete exclusion of any pharmaceutical agent from the TRICARE pharmacy benefits program the Director determines provides very little or no clinical effectiveness relative to similar agents. All TRICARE Tier 4 (complete exclusion) agents that are not eligible for cost-sharing were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018. The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms.

Drugs recommended for Tier 4 (complete exclusion) will not be available at the MTFs or Mail Order points of service. Beneficiaries will be required to pay the full out-of-pocket cost for the Tier 4(complete exclusion) agents at the Retail points of service.

The first Tier 4 (complete exclusion) products were designated at the February 2019 P&T Committee meeting, with implementation occurring on August 28, 2019. For a cumulative listing of all Tier 4 agents to date, refer to previous versions of the DoD P&T Committee quarterly meeting minutes, found on the heatlh.mil website.

Appendix H—Tier 4 Agents (completely excluded) and Therapeutic Alternatives
Minutes & Recommendations of the DoD P&T Committee Meeting February 8-9, 2023
Page 980 of 55

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 691 of 980

AR1879

<div align="center">

**EXECUTIVE SUMMARY**

**Uniform Formulary Beneficiary Advisory Panel
Meeting April 4, 2023**

**For the February 2023 DoD Pharmacy and Therapeutics Committee Meeting**

</div>

The Uniform Formulary Beneficiary Advisory Panel (UFBAP) convened at 10:00 A.M. EDT on April 4, 2023 via teleconference. The current meeting took place over 2 hours. The information presented included the recommendations from the February 2023 DoD Pharmacy and Therapeutics Committee (P&T) meeting.

The detailed meeting information is found starting on page 11.

## UNIFORM FORMULARY (UF) DRUG CLASS REVIEWS

I.   **UF CLASS REVIEWS—Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists Subclass**

    A.  **Insomnia Agents—UF Recommendations**

- **UF and step-preferred brand**
  - lemborexant (Dayvigo)
  - suvorexant (Belsomra)
  - daridorexant (Quviviq)
  - Note that as part of the formulary recommendation for Belsomra, Dayvigo, and Quviviq, a trial of zolpidem ER or eszopiclone is required.

- **NF - None**

- **Complete exclusion - None**

*Summary of Panel Questions and Comments*

Dr. Guzman asked regarding the short half-life of Quviviq, would this translate to fewer falls or less drowsiness. MAJ Escano replied that the Committee did look at pharmacokinetic data and for data from studies lasting 40 weeks, and although there is more somnolence with Dayvigo, there was no difference in the falls between the three drugs. Dr. Guzman commented that since these drugs are new, that these issues should be considered.

- **Concur:  9      Non-Concur: 0      Abstain: 0      Absent:  0**

    B.  **Insomnia Agents—Manual PA Criteria**

There were no questions or comments from the Panel.

- **Concur: 9      Non-Concur: 0      Abstain: 0      Absent: 0**

### C. Insomnia Agents—UF, PA, and Implementation Plan of an effective date of the first Wednesday 30 days after signing of the minutes in all points of service

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 9      Non-Concur: 0      Abstain: 0      Absent: 0**

## II. UF CLASS REVIEWS—Androgens-Anabolic Steroids—Testosterone Replacement Therapies Subclass

### A. Testosterone Replacement Therapies Subclass—UF/NF Recommendation

The P&T Committee recommended maintaining the formulary status for the testosterone replacement agents.

- **UF**
    - testosterone 2% gel (Fortesta) (step-preferred)
    - testosterone 1% gel (generic to AndroGel) (step-preferred)
    - testosterone cypionate IM
    - testosterone enanthate IM
    - Androderm patch (non-step-preferred)
    - Natesto spray (non-step-preferred)
    - Striant (non-step-preferred) (discontinued)
    - Testim 1% gel, generic (non-step-preferred)
    - Vogelxo 1% gel; 1% gel metered dose pump (MDP) (non-step-preferred)
    - Xyosted SC auto-injector
    - methyltestosterone oral capsule and tablet

- **NF**
    - AndroGel 1% gel brand (non-step-preferred)
    - AndroGel 1.62% gel packet (non-step-preferred)
    - AndroGel, generic 1.62% gel MDP (non-step-preferred)

- Axiron, generic 30 mg MDP (non-step-preferred)
- Jatenzo oral capsule
- Tlando oral capsule
- Kyzatrex oral capsule

- **Complete exclusion – None**
- Note that Fortesta 2% gel and generic Androgel 1% are step-preferred and must be tried before the other topical testosterone formulations.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 9       Non-Concur: 0       Abstain: 0       Absent: 0**

## B. Testosterone Replacement Therapies Subclass—Manual Prior Authorization Criteria for indications other than Transgender Use

The P&T Committee recommended Manual PA criteria for testosterone replacement agents for indications other than transgender use.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  9       Non-Concur: 0       Abstain: 0       Absent: 0**

## C. Testosterone Replacement Therapies Subclass—Manual Prior Authorization Criteria for Transgender Use

The P&T Committee recommended Manual PA criteria for testosterone replacement agents in transgender patients.

*Summary of Panel Questions and Comments*

Mr. Ostrowski commented: Who are the experts to determine the age of the children. It's easy to find an expert who would give almost any opinion you want, and second of all, I don't see anything with parents, I see age 14, so personally I disagree with that age.

Mr. DuTeil commented: Shares Mr. Ostrowski's concerns.

Dr. Guzman commented: Also shares concerns with the ages.

- **Concur:  4       Non-Concur: 3       Abstain: 2       Absent: 0**

## D. Testosterone Replacement Therapies Subclass—UF, PA, and Implementation Plan

The P&T Committee recommended an effective date of the first Wednesday 60 days after signing of the minutes in all points of service.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:   9        Non-Concur: 0        Abstain: 0     Absent:  0**


### III.    UF CLASS REVIEWS—Nephrology Agents Miscellaneous

### A.  Nephrology Agents Miscellaneous—UF Recommendation

The P&T Committee recommended the formulary status for the nephrology agents miscellaneous as discussed above.

- **Complete exclusion**
  - Tarpeyo

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 9      Non-Concur: 0        Abstain: 0     Absent:  0**


### B.  Nephrology Agents Miscellaneous—Interim Manual PA Criteria

The P&T Committee recommended interim manual PA criteria for Tarpeyo as outlined above.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:   9        Non-Concur: 0        Abstain: 0     Absent:**


### C.  Nephrology Agents Miscellaneous—UF, Interim PA, and Implementation Plan

The P&T Committee recommended an effective date of the first Wednesday 180-days after signing of the minutes in all points of service and that DHA send letters to patients affected by the formulary decision.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:   9        Non-Concur: 0        Abstain: 0     Absent: 0**


### IV.    NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

## A. Newly Approved Drugs Per 32 CFR 199.21(g)(5)—UF/NF/Complete Exclusion Recommendation

- **UF**
  - futibatinib (Lytgobi)
  - insulin lispro (Humalog Tempo Pen)
  - leuprolide acetate depot injection (no brand name)
  - olutasidenib (Rezlidhia)
  - pegfilgrastim-pbbk (Fylnetra)
  - posaconazole DR oral suspension (Noxafil Powdermix Kit)
  - sodium phenylbutyrate/sodium taurursodiol powder for oral suspension (Relyvrio)

- **NF**
  - dextroamphetamine transdermal system (Xelstrym)
  - dextromethorphan hydrobromide/bupropion hydrochloride (Auvelity)
  - insulin glargine (Basaglar Tempo Pen)
  - insulin lispro-aabc (Lyumjev Tempo Pen)
  - levothyroxine sodium 150 mcg/5 mL oral solution (Ermeza)
  - Note that for the three TEMPO pens (Basaglar, Lyumjev and Humalog) the actual Tempo Smart button and app are not a covered TRICARE pharmacy benefit at this time.

- **Complete exclusion**
  - furosemide SC injection (Furoscix) – Diuretic
    - Furoscix was recommended for complete exclusion placement as it has little to no clinical benefit relative to other diuretics, and the needs of TRICARE beneficiaries are met by alternative agents. Formulary alternatives include furosemide, bumetanide, ethacrynic acid and torsemide tablets.

The P&T Committee recommended the formulary status for the newly approved drugs as discussed above

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 9      Non-Concur: 0      Abstain: 0      Absent: 0**

**B. Newly Approved Drugs Per 32 CFR 199.21(g)(5)—PA Criteria Xelstrym, Auvelity, Lytgobi, Basaglar Tempo Pen, Lyumjev Tempo Pen, Ermeza, Rezlidhia, Fylnetra, and Relyvrio**

The P&T Committee recommended the PA criteria for Xelstrym, Auvelity, Lytgobi, Basaglar Tempo Pen, Lyumjev Tempo Pen, Ermeza, Rezlidhia, Fylnetra, and Relyvrio as stated previously.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 9      Non-Concur: 0      Abstain: 0      Absent: 0**

**C. Newly Approved Drugs Per 32 CFR 199.21(g)(5)—UF, NF, Complete Exclusion and PA Implementation Plan**

The P&T Committee recommended the implementation plans as described above

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 9      Non-Concur: 0      Abstain: 0      Absent: 0**

**V.      UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA AND IMPLEMENTATION PLAN**

**A. Prior Authorization Criteria—mifepristone 200 mg tablet (Mifeprex)—TRICARE pharmacy benefit addition, UF status, and PA Criteria for pregnancy loss and Implementation Period**

The P&T Committee recommended addition to the TRICARE pharmacy benefit, UF status, and new manual PA criteria for mifepristone 200 mg tablet (Mifeprex) for pregnancy loss and an implementation period of 30 days, as listed above.

*Summary of Panel Questions and Comments*

There were no comments or questions from the Panel.

- **Concur:    9      Non-Concur: 0  Abstain: 0  Absent: 0**

**B. Prior Authorization Criteria—mifepristone 200 mg tablet (Mifeprex)—PA Criteria for pregnancy termination in accordance with 10 U.S. Code 1093**

The P&T Committee recommended new manual PA criteria for mifepristone 200 mg tablet (Mifeprex), for pregnancy termination in accordance with 10 U.S. Code 1093.

*Summary of Panel Questions and Comments*

Dr. Dager asked with regard to the 70 days of gestation where did it come from? Dr. Hall replied that it came from the FDA-REMS program.

- **Concur:  5         Non-Concur: 0 Abstain: 4 Absent: 0**

## VI.  UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA FOR NEWLY APPROVED DRUGS NOT SUBJECT TO 32 CFR 199.21 (g)(5) AND IMPLEMENTATION PLAN

### A. New Manual PA Criteria Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)

The P&T Committee recommended manual PA criteria for allopurinol 200 mg tablet and methocarbamol 1000 mg tablet as stated above.

*Summary of Panel Questions and Comments*

There were no comments or questions from the Panel.

- **Concur:  9         Non-Concur: 0         Abstain: 0         Absent: 0**

### B. New Manual PA Criteria Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5) Implementation Plan

The P&T Committee recommended the new PAs will become effective the first Wednesday 60 days after the signing of the minutes.

*Summary of Panel Questions and Comments*

There were no comments or questions from the Panel.

- **Concur:  9         Non-Concur: 0         Abstain: 0         Absent: 0**

## VII.  UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS AND IMPLEMENTATION PLAN

### A. Updated PA Criteria for New FDA-Approved Indications

The P&T Committee evaluated updates to the PA criteria for Firdapse, Cotellic, Retevmo, Tymlos, Rinvoq and Dupixent, due to new FDA-approved indications as outlined above.

*Summary of Panel Questions and Comments*

There were no comments or questions from the Panel.

- **Concur:  9      Non-Concur:  0      Abstain: 0    Absent: 0**

### B. Updated PA Criteria for New FDA-Approved Indications Implementation Plan

The P&T Committee recommended an effective date of 60 days after signing of the minutes for the drugs discussed above.

*Summary of Panel Questions and Comments*

There were no comments or questions from the Panel.

- **Concur:  9      Non-Concur:  0      Abstain: 0    Absent: 0**

## VIII.   UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR SAFETY INFORMATION AND IMPLEMENTATION PLAN

### A. Updated PA Criteria for Safety Information—Oral Oncologic Agents: Ovarian Cancer—niraparib (Zejula)

The P&T Committee recommended PA revisions as listed above.

*Summary of Panel Questions and Comments*

There were no comments or questions from the Panel.

- **Concur: 9      Non-Concur:  0      Abstain: 0    Absent: 0**

### B. Updated PA Criteria for Safety Information—Oral Oncologic Agents: Ovarian Cancer—niraparib (Zejula) Implementation Plan

The P&T Committee recommended the implementation plan as stated above.

*Summary of Panel Questions and Comments*

There were no comments or questions from the Panel.

- **Concur: 9      Non-Concur:  0      Abstain: 0    Absent: 0**

## IX.   UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS AND IMPLEMENTATION PLAN

**A. Updated PA criteria for reasons other than new indications for adalimumab and Omnipod, Omnipod Dash, and Omnipod 5**

The P&T Committee recommended PA revisions as listed above.

*Summary of Panel Questions and Comments*

There were no comments or questions from the Panel.

- **Concur: 9      Non-Concur: 0      Abstain: 0    Absent: 0**

**B. Updated PA Criteria for Reasons other than New Indications Implementation Period**

The P&T Committee recommended PA Implementation Period as listed above

*Summary of Panel Questions and Comments*

There were no comments or questions from the Panel.

- **Concur: 9      Non-Concur: 0      Abstain: 0    Absent: 0**

**X.      UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR WEIGHT LOSS DRUGS AND IMPLEMENTATION PLAN**

**A. Updated PA Criteria for Weight Loss Drugs for Saxenda, Qsymia, and Wegovy and Implementation Plan**

The P&T Committee recommended PA revisions and an implementation of 60 days after signing of the minutes as listed above.

*Summary of Panel Questions and Comments*

Dr. Guzman asked if there is a BMI requirement for any of the drugs. LCDR Phung responded that yes, there is a BMI requirement; for adolescents it is a BMI $\geq 95^{th}$ percentile standardized for age and sex, and for adults the requirement is a BMI greater than 30%, or greater than 27% with risk factors.

- **Concur: 9      Non-Concur: 0      Abstain: 0    Absent: 0**

**XI.    SLEEP DISORDERS: WAKEFULNESS PROMOTING AGENT: SODIUM OXYBATE (XYREM) AUTHORIZED GENERIC PA CRITERIA**

**A. Authorized Generic PA Requirement for Xyrem and Implementation Plan**

The P&T Committee recommended authorized generic PA criteria for Xyrem, and Implementation Period as outlined above.

*Summary of Panel Questions and Comments*

There were no question or comments from the Panel.

- **Concur: 9**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

*Director, DHA:*

The comments outlined above were taken under consideration prior to my final decision.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 701 of 980

**AR1889**

**Uniform Formulary Beneficiary Advisory Panel**
Virtual Meeting Summary Minutes
April 4, 2023

**Panel Members Present**

- Mr. Jon Ostrowski, Non-Commissioned Officer Association, Chair
- Dr. Karen Dager, PharmD, Health Net Federal Services
- Ms. Holly Dailey, the Association of the United States Army
- Jack DuTeil, U.S. Army Warrant Officers Association
- Dr. Joseph McKeon, MD, Humana Military
- Dr. Betsaida Guzman, PharmD, Veterans of Foreign Wars
- Ms. Amanda Meyers, Military Officers Association of America (MOAA)
- Dr. Jay Peloquin, Pharm D, Express Scripts
- Dr. Jennifer Soucy, PharmD, U.S. Family Health Plan, Martins Point Services

**Acting Designated Federal Officer (Non-Voting):** COL Paul Carby, BSC

**DHA HQ and Pharmacy Operations Division Participants (Non-Voting)**

- Dr. John Kugler, Division Chief, J-6; DoD P&T Committee Chair
- Edward VonBerg, PharmD, BCPS, Chief, Pharmacy Operations Division Formulary Management Branch (POD FMB)
- CDR Scott Raisor, Chief, P&T Section POD FMB
- Maj Angelina Escano, MC POD FMB
- LCDR Elizabeth Hall POD FMB
- LCDR Giao Phung, POD FMB
- Angela Allerman, PharmD, BCPS, POD FMB
- Ms. Megan Gemunder Office of General Counsel
- Major Peter Fosse POD, Chief - Patient Safety & Compliance Operations

**Agenda** is found starting on page 19.

- Panel Discussion

*The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

**Opening Remarks**

COL Carby introduced himself as the Designated Federal Officer (DFO) for the Uniform Formulary (UF) Beneficiary Advisory Panel (BAP). The Panel has convened to comment on the recommendations of the DoD Pharmacy and Therapeutics (P&T) Committee meeting, which occurred on February 8-9, 2023.

COL Carby then indicated Title 10, United States, (U.S.C.) section 1074g, subsection b requires the Secretary of Defense to establish a DoD Uniform Formulary (UF) of pharmaceutical agents and establishes the P&T committee to review the formulary on a periodic basis to make additional recommendations regarding the formulary as the committee determines necessary and appropriate.

In addition, 10 U.S.C. Section 1074g, subsection c, also requires the Secretary to establish a UF Beneficiary Advisory Panel (BAP) to review and comment on the development of the Uniform Formulary. The Panel includes members that represent non-governmental organizations and associations that represent the views and interests of a large number of eligible covered beneficiaries. The Panel's comments must be considered by the Director of the Defense Health Agency (DHA) before establishing the UF or implementing changes to the UF. The Panel's meetings are conducted in accordance with the Federal Advisory Committee Act (FACA).

COL Carby then outlined the duties of the Uniform Formulary Beneficiary Advisory Panel include the following:

- To review and comment on the recommendations of the P&T Committee concerning the establishment of the UF and to subsequently recommend changes. Comments to the Director, DHA, regarding recommended formulary status, and the effective dates for changing drugs from "formulary" to "non-formulary" status must be reviewed by the Director before making a final decision.

- To hold quarterly meetings in an open forum. The Panel may not hold meetings except at the call of or with the advance approval of the DFO in consultation with the Chairperson of the Panel.

- To prepare minutes of the proceeding and prepare comments for the Secretary or his designee regarding the Uniform Formulary or changes to the Formulary. The minutes will be available on the website and comments will be prepared by the Director, DHA.

The DFO provided guidance regarding this meeting.

- The role of the BAP is to comment on the UF recommendations made by the P&T Committee at their last meeting. While the Department of Defense appreciates that the BAP may be interested in the drug classes selected for review, drugs recommended for the basic core formulary (BCF) or specific pricing date, these topics do not fall under the purview of the BAP.

*4 April 2023 Beneficiary Advisory Panel Meeting Minutes for the Feb 2023 DoD P&T Committee Meeting*
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 703 of 980 Page 12 of 62

**AR1891**

- The P&T Committee met for approximately 16 hours conducting its reviews of the drug class recommendations that will be presented today. Since this meeting is considerably shorter, the Panel will not receive the same extensive information that is presented to the P&T Committee members. However, the BAP will receive an abbreviated version of each presentation and its discussion. The materials provided to the Panel are available on the TRICARE website.

- Detailed minutes of this meeting are being prepared. The BAP meeting minutes, the DoD P&T Committee meeting minutes, and the Director's decisions will be available on the TRICARE website in approximately four to six weeks.

The DFO provided a few ground rules for conduct during the virtual meeting:

- Audience participation is limited to private citizen comments received in writing prior to the meeting.

- Participants will be joined in a LISTEN MODE only.

- To ensure that there are not disruptions to discussion and as a precaution, please mute your phones.

### *Panel and Presenter Guidance*
- When asking or responding to questions:
  - Panel members are asked to state their name prior to asking your questions.
  - Presenters or anyone responding to a question are asked to state their name prior to responding.
  - The meeting is being recorded. Please speak clearly.
- Members of the Formulary Management Branch and the P&T Committee are available to answer questions related to the BAP's deliberations. Should a misstatement be made, these individuals may interrupt to ensure the minutes accurately reflect relevant facts, regulations, or policy.

COL Carby introduced the individual Panel members (see list above) and noted house-keeping considerations.

The meeting was handed over to the Panel Chair Mr. Ostrowski for his opening remarks.

## **Chairman's Opening Remarks**
Mr. Ostrowski welcomed all panel members and attendees and stated he was looking forward to the presentations today.

**Dr. VonBerg's Opening Remarks**

The meeting then proceeded with comments from Dr. VonBerg, a pharmacist and retired Navy Captain who thanked the panel for the involvement today and stated that the Panels' voices were critical today. He then introduced the team speaking *(see list above)*.

Dr. VonBerg then continued with his opening remarks, stating that the DoD Formulary Management Branch supports the DoD P&T Committee by conducting the relative clinical effectiveness analyses and relative cost effectiveness analyses of the drugs and drug classes under review and consideration by the DoD P&T Committee for the Uniform Formulary.

The goal of this presentation is not to provide you with the same in-depth analyses presented to the DoD P&T Committee, but a summary of the processes and analyses presented to the DoD P&T Committee.

The full presentations then started. Following each section, the DoD P&T Committee physician perspective was provided by Dr. John Kugler, and is included starting on page 15. The information starting on page 22 includes the full meeting information.

**Closing Remarks**

Mr. Ostrowski thanked everyone for helping our beneficiaries who use these services, and also thanked the presenters, and COL Carby, along with the fellow Panel members. He is excited to work with the team at the next meeting.

COL Carby closed the meeting by thanking the Panel members for their time, involvement, and stated that he expresses warmest appreciation for continued commitment to the TRICARE pharmacy benefit.

The Meeting Adjourned at 11:00 AM EDT.

I hereby certify that, to the best of my knowledge, the foregoing minutes are accurate and complete.

Jon R. Ostrowski
*Chairperson, UFBAP*

*Public Citizen Comments:* Immediately prior to the BAP meeting it was discovered that the BAP email inbox was not functional. This problem has now been resolved. Written comments were received following the meeting for budesonide delayed release capsules (Tarpeyo) – two comments, and for bupropion/dextromethorphan (Auvelity) - one comment. Per DFO, all submitted industry comments will be shared with the BAP members in at the next meeting in June.

## DoD P&T Committee Physician Perspective

Dr. John Kugler's comments on the formulary recommendations followed each individual section and are outlined below:

## Drug Class Reviews

### Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists

- The entire insomnia drug class was reviewed 2 years ago, so this review was just for the DORA subclass.

- The three drugs are highly interchangeable, and the recommendation was that all three drugs will remain on the formulary.

- PA requirements have been in place for a while, and there were no changes made to the criteria. Before a patient can receive a DORA, they must have tried one of the older generic Ambien or Lunesta products first. The step therapy allows for new entrants to come to market and be placed non-preferred. Overall, there was no controversy here.

### Androgens-Anabolic Steroids—Testosterone Replacement Therapies

- This is the first that we are reviewing all of the formulations for formulary status. The last review in 2012 only included the topical agents, so now we also evaluated the injectable and oral products. PA has applied to the injectable products since Feb 2022.

- The older generic topical and injectable products will remain on the formulary. The branded topical products and the new oral products will remain nonformulary. There have been PA requirements in place for several years, requiring an inexpensive generic drug before the branded products, and this will continue.

- For the PA updates, there were several changes made in an effort to harmonize and standardize the wording for the different formulations, in consideration of policy and provider input.

- The PA criteria for transgender use was also revised. Because of the updated transgender policy and requests from MHS providers, we took a look at the age limits on the current PA. Based on feedback from experts, and a review of the available evidence, the PA was updated to lower the age from 16 years down to 14, assuming all the other PA criteria is met. The vote was not unanimous, as there were concerns from some of the Committee members who felt that the age should be increased and some felt the age should be decreased for transgender use, and others who abstained and did not share the reason for their vote. However, all the other votes were unanimous with regard to formulary status and the PA criteria for non-transgender use.

### Nephrology Agents Miscellaneous

- At the time of the P&T Committee meeting, there was only one drug in the class, Tarpeyo. However, a new product with a different mechanism of action has been approved for the same indication and will be reviewed at the next meeting.

- Tarpeyo had originally been recommended for complete exclusion, at the May 2022 meeting, however implementation was delayed in order to re-evaluate new data.

- Based on the collective judgment of the Committee, and feedback from experts both within DoD and from nephrologists in private practice, complete exclusion was recommended. This recommendation was unanimous.

- The usual course of therapy for Tarpeyo is 9 months, so the Committee did recommend interim PA criteria to be placed, in order to reduce patient disruption. The PA criteria will note the date of the of complete exclusion, so that providers will be aware of the change. Additionally, we are recommending 180 days for the implementation plan, which is the maximum time allowed per statutes. Letters will also be mailed to patients.

- Tarpeyo was approved by the FDA using the accelerated approval pathway, and the Committee will review new confirmatory clinical trial data when it is published in a peer reviewed journal.


## Newly Approved Drugs

- The Committee reviewed 13 new drugs, with 7 drugs recommended for UF placement and 5 recommended as NF; one drug was recommended for complete exclusion. All of the votes were unanimous, and there was not controversy for the formulary recommendations or PA criteria. We did solicit provider feedback for drafting the PA criteria.

- For the products designated as NF, they all contain active ingredients that are found in other products on the formulary.

- The one drug recommended for complete exclusion, Furoscix, is an injectable formulation of furosemide. This product has limited clinical trial evidence. Additionally, several other diuretics are available, so the Committee did not feel that this product was needed.


## Utilization Management

- **New PA – Mifeprex 200 mg tablet**
  - The reason that Mifeprex was reviewed was due to a change in the FDA Risk Evaluation and Mitigation Strategy (or REMS) requirements. Prior to this change, dispensing was only allowed under supervision of a healthcare provider. The REMS update now allows dispensing by certified pharmacies. The recommendations by the P&T Committee do not affect use in the clinic or inpatient setting under the TRICARE medical benefit.
  - Mifepristone is recommended for coverage through the TRICARE pharmacy benefit for pregnancy loss and for pregnancy termination. Mifepristone for pregnancy termination

under the TRICARE pharmacy benefit must meet the FDA Risk Evaluation and Mitigation Strategy (REMS) program requirements. Additionally, it must also meet current Federal guidance, outlined in Title 10, United States Code (U.S.C.), Section 1093, that appropriated funds and DoD facilities may only be used to perform abortions under the following circumstances: where the life of the mother would be endangered if the fetus were carried to term; or in the case in which the pregnancy is the result of an act of rape or incest.

o The P&T committee votes were not unanimous, and although feedback was solicited from Committee members who opposed or abstained from the recommendation, no specific feedback was provided.

- **New PAs (not subject to 32 CFR 199.21)** – **allopurinol 200 mg and methocarbamol 1000 mg tablets**
  o We see examples of this at every meeting. The PA recommendations apply to these older generic drugs that a manufacture has brought back to the market in a new dosage strength. The PA criteria will require use of the low-cost generic products first.

  o Currently there are only 2 patients on the allopurinol product, and so far, no patients on the methocarbamol product. Since the PA will apply to current and new users, we will mail letters to affected patients.

- **Updated PAs – New Indications** – **Firdapse, Cotellic, Retevmo, Tymlos, Rinvoq, and Dupixent**
  o We had several updates here, which ensures our PAs are up-to-date with the package insert changes for either new indications or updated age ranges. The PA updates will apply to new users.

- **Updated PA – Safety Information** – **Zejula**

  o Once again, we have another oncology drug where the FDA has removed a specific indication, due to safety issues. We have had examples of these at every meeting for the past year.

  o This change will affect new patients. For patients who are currently receiving the drug for this indication, we are leaving the decision up to the provider for their individual patients as to how to handle the change in the package insert labeling.

- **<u>Updated PAs – Reasons other than New Indications</u> – adalimumab, Omnipod, Omnipod Dash, and Omnipod 5**

  o Humira has been the DoD's preferred biologic product for several years, but now we are expecting biosimilar formulations to enter the market soon. The PA recommendation is that Humira will continue to be preferred, and the provider will need to document why the biosimilar should be used. Any new biosimilar product will be reviewed as a new drug, with both clinical and cost considerations evaluated. The first Humira biosimilar will be review at the next P&T meeting.

- **<u>Updated PA – Weight Loss</u> – Saxenda, Qsymia, and Wegovy**

  o Several changes to the PAs for the weight loss drugs were recommended. These are good examples of our process for the P&T Committee, where our PA criteria reflect clinical evidence, professional guidelines, and provider feedback.

## *AGENDA*

### *Uniform Formulary Beneficiary Advisory Panel (BAP)*
### *For the February 2023 DoD Pharmacy and Therapeutics Committee Meetings*
### *April 4, 2023 at 10:00 AM Eastern Daylight Saving Time*

#### *Virtual Meeting*

➢ **Administrative Meeting: 7:00 AM – 9:00 AM Eastern Daylight Saving Time (General session starts at 10:00 AM Eastern Daylight Saving Time)**

➢ **Roll Call**

➢ **Therapeutic Class Reviews**

*Members of the DHA Pharmacy Operations Division (POD) Formulary Management Branch (FMB) will present relative clinical and cost-effective analyses along with the DoD Pharmacy & Therapeutics Committee (P&T) recommendations for the Uniform Formulary (UF) and any recommended Complete Exclusion candidates.*

*The P&T Committee made recommendations for the following drugs/drug classes during the February 2023 meeting:*

  ➢ **Drug Class Reviews**

  - *Insomnia Agents*
    - *Dual Orexin Receptor Antagonists Subclass*
  - *Androgens-Anabolic Steroids*
    - *Testosterone Replacement Therapies Subclass*
  - *Nephrology Agents Miscellaneous*


  ➢ **Newly Approved Drugs per 32 CFR 199.21(g)(5)**

  - *dextroamphetamine transdermal system (Xelstrym) – Attention deficit hyperactivity disorder (ADHD) Stimulant*

  - *dextromethorphan hydrobromide/bupropion hydrochloride (Auvelity) – Antidepressants and non-opioid pain syndrome agents*

  - *furosemide SC injection (Furoscix) – Diuretic*

  - *futibatinib (Lytgobi) – Oncological agent for intra-hepatic cholangio-carcinoma*

  - *insulin glargine (Basaglar Tempo Pen) – Basal insulin; note that as part of this recommendation the Basaglar TEMPO pen will be non-step-preferred*

  - *insulin lispro (Humalog Tempo Pen) – Rapid acting insulin. Note that as part of this recommendation the Humalog Tempo pen will be step-preferred*

  - *insulin lispro-aabc (Lyumjev Tempo Pen) – Rapid acting insulin; note that as part of this recommendation the Lyumjev TEMPO pen will be non-step-preferred*

*Note that for the three TEMPO pens (Basaglar, Lyumjev and Humalog) the actual Tempo Smart button and app are not a covered TRICARE pharmacy benefit at this time.*

- *leuprolide acetate depot injection (no brand name) - Luteinizing hormone-releasing hormone (LHRH) agonists-antagonists for prostate cancer*

- *levothyroxine sodium 150 mcg/5 mL oral solution (Ermeza) – Thyroid agent*

- *olutasidenib (Rezlidhia) – Oncological agent for acute myeloid leukemia (AML) with isocitrate dehydrogenase-1 (IDH1) mutation*

- *pegfilgrastim-pbbk (Fylnetra) – White Blood Cell (WBC) stimulants – pegfilgrastims. Note that as part of this recommendation, Fylnetra will be non-step-preferred*

- *posaconazole DR oral suspension (Noxafil Powdermix Kit) – Antifungal for prophylaxis of invasive Aspergillus and Candida*

- *sodium phenylbutyrate/sodium taururssodiol powder for oral suspension (Relyvrio) – miscellaneous neurological agent for amyotrophic lateral sclerosis (ALS)*

➢ **Utilization Management Issues**

- **Prior Authorization Criteria—New Manual PA Criteria and Formulary Status**
  - *Mifepristone 200 mg tablet (Mifeprex)*

- **New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)**
  - *Antigout Agent—allopurinol 200 mg tablet*
  - *Skeletal Muscle Relaxants and Combinations—methocarbamol 1000 mg tablet*

- **Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications**
  - *Atopy Agents—dupilumab (Dupixent)*
  - *Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)—upadacitinib (Rinvoq)*
  - *Neurological Agents Miscellaneous—amifampridine (Firdapse)*
  - *Oncological Agents—elpercatinib (Retevmo)*
  - *Oncological Agents: Melanoma—cobimetinib (Cotellic)*
  - *Osteoporosis Agents: Parathyroid Hormone Analogs—abaloparatide (Tymlos)*

- **Prior Authorization Criteria—Updated PA Criteria for Safety Information**
  - *Oral Oncologic Agents: Ovarian Cancer—niraparib (Zejula)*

- **Prior Authorization Criteria—Updated PA Criteria for Reasons Other Than New Indications**

  - *Insulins: Miscellaneous Insulin Devices*
    - *Omnipod 5*
    - *Omnipod DASH (4) and Omnipod 3*
  - *Targeted Immunomodulatory Biologics: Tumor Necrosis Factor Inhibitors— adalimumab*
    - *adalimumab plaque psoriasis update*
    - *biosimilars to Humira*

- **Prior Authorization Criteria—Updated PA Criteria for Weight Loss Drugs**

  - *liraglutide (Saxenda)Insulins*
  - *phentermine/ topiramate ER (Qsymia)*
  - *semaglutide (Wegovy)*

➢ **Authorized Generic PA Criteria**

  - *Sleep Disorders: Wakefulness Promoting Agent: sodium oxybate (Xyrem)*

➢ **Panel Discussions**

*The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

## I.   UNIFORM FORMULARY REVIEW PROCESS

Under 10 United States Code § 1074g, as implemented by 32 Code of Federal Regulations 199.21, the Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee is responsible for developing the Uniform Formulary (UF). Recommendations to the Director, Defense Health Agency (DHA) or their designee, on formulary or complete exclusion status, prior authorizations (PAs), pre-authorizations, and the effective date for a drug's change from formulary to non-formulary (NF) or complete exclusion status are received from the Beneficiary Advisory Panel (BAP), which must be reviewed by the Director or their designee before making a final decision.

## II.   UF DRUG CLASS REVIEWS—SLEEP DISORDERS—INSOMNIA AGENTS: DUAL OREXIN RECEPTOR ANTAGONISTS SUBCLASS

*P&T Comments*

### A.  Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists Subclass— Relative Clinical Effectiveness Conclusion

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the dual orexin receptor antagonists (DORAs), which are used to treat insomnia. The DORA agents include suvorexant (Belsomra), lemborexant (Dayvigo), and daridorexant (Quviviq). Belsomra and Dayvigo were previously reviewed as part of the insomnia drug class review in May 2021, while daridorexant (Quviviq), was evaluated as a new drug in August 2022.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 2 absent) the following:

*Clinical Practice Guidelines*

- Non-pharmacological therapy, specifically cognitive behavioral therapy for insomnia (CBT-I), is recommended as a first-line treatment for chronic insomnia. This was supported most recently in 2021 by the 'Endorsement of

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 713 of 980

**AR1901**

European Guideline for the Diagnosis and Treatment of Insomnia by the World Sleep Society'.

- Pharmacologic treatment can be used in addition to non-pharmacologic therapies for patients who continue to have insomnia symptoms.

- Guidelines recommend treating insomnia with pharmacologic therapies for the shortest possible treatment course.

- No single medication is recommended as a first line treatment option for insomnia.

*DORA Efficacy*

- No direct comparative data are available between the DORA agents.

- A 2022 Sleep Medicine Review network meta-analysis concluded that the DORAs, to include Belsomra, Dayvigo, and Quviviq, are superior to placebo in terms of both efficacy and safety. Efficacy outcomes included a variety of objective and subjective sleep endpoints, such as sleep latency, time to sleep onset, total sleep time, and wake after sleep onset.

*DORA Safety*

- All three agents have similar label information, including warnings, contraindications, drug interactions, and adverse drug reactions.

- All three agents have similar recommendations regarding special populations. No dosing modifications are required for geriatric patients or those with renal impairment; and all three agents should be avoided in severe hepatic impairment.

- Longer term extension studies for all three agents reveal a slightly higher incidence of somnolence for Belsomra and Dayvigo compared to Quviviq.

- All three agents have data reported for the elderly population. Efficacy and safety endpoints in this population include assessing wake after sleep onset, falls, driving performance, rebound insomnia, and withdrawal effects. Belsomra and Dayvigo have clinical trial data involving patients with Alzheimer's dementia, whereas Quviviq does not.

*DORA Other Factors*

- Dayvigo has the longest half-life (17-19 hours), followed by Belsomra (12 hours), then Quviviq (8 hours).

- The 2022 Sleep Medicine Review network meta-analysis involving the three DORA agents notably reported on the Insomnia Severity Index (ISI) for all three agents. The ISI includes measures of the impact of insomnia on an individual, such as daytime functioning, dissatisfaction with sleep, and quality of life. Notably, all three DORA agents did not meet the minimally clinical important difference threshold for ISI scores.

- Military Health System (MHS) sleep medicine physicians provided feedback, with a general consensus that no one DORA agent is preferred over another.

## B. Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists Subclass—Relative Cost Effectiveness Analysis and Conclusion

*Relative Cost Effectiveness Analysis and Conclusion*—The Committee reviewed the solicited bids from manufacturers and conducted a cost minimization analysis (CMA), budget impact analysis (BIA), and sensitivity analysis. The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that daridorexant (Quviviq), lemborexant (Dayvigo), and suvorexant (Belsomra) were all cost effective.
- A BIA and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary or NF on the UF. BIA results showed that designating daridorexant (Quviviq), lemborexant (Dayvigo), and suvorexant (Belsomra) as UF generated significant cost avoidance for the MHS.

## C. Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists Subclass—UF Recommendation

The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) the following:

- UF and step-preferred brand
  - lemborexant (Dayvigo)
  - suvorexant (Belsomra)
  - daridorexant (Quviviq)
  - Note that as part of the formulary recommendation for Belsomra, Dayvigo, and Quviviq, a trial of zolpidem ER or eszopiclone is required.
- NF
  - None
- Complete exclusion
  - None

## D. Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists—Manual PA Criteria

The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) maintaining the current manual PA criteria for Belsomra, Dayvigo and Quviviq. A trial of a non-pharmacologic therapy (i.e., CBT-I) is required first, along with a trial and failure or adverse effect to zolpidem extended release or eszopiclone. Renewal criteria will include a continued

requirement for trial and failure of a non-pharmacologic therapy. The patient should also demonstrate a response to the requested drug for renewal.

The Manual PA criteria is as follows:

**daridorexant (Quviviq), suvorexant (Belsomra), and lemborexant (Dayvigo)**

Note there were no changes to the PA criteria from the May 2021 and August 2022 P&T meetings.

Manual PA Criteria: Quviviq, Belsomra, and Dayvigo is approved if all criteria are met:

- Provider acknowledges the following agents are available without prior authorization: zolpidem IR and ER, zaleplon, eszopiclone
- Patient has documented diagnosis of insomnia characterized by difficulties with sleep onset and/or sleep maintenance
- Non-pharmacologic therapies have been inadequate in improving functional impairment, including but not limited to relaxation therapy, cognitive behavioral therapy for insomnia (CBT-I), sleep hygiene, and the patient will continue with non-pharmacologic therapies throughout treatment
- Patient has tried and failed or had clinically significant adverse effects to zolpidem extended-release OR eszopiclone
- Patient has no current or previous history of narcolepsy
- Patient has no current or previous history of substance and/or alcohol use disorder

Non FDA-approved uses are not approved

Prior authorization expires in 1 year

Renewal criteria: Note that initial TRICARE PA approval is required for renewal. PA will be renewed for an additional 1 year if the renewal criteria are met:

- Patient has not adequately responded to non-pharmacologic therapies
- Patient agrees to continue with non-pharmacologic therapies including but not limited to relaxation therapy, cognitive behavioral therapy for insomnia (CBT-I), and/or sleep hygiene
- Patient continues to respond to the drug

**E. Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists—UF, PA, and Implementation Period**

The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday 30 days after signing of the minutes in all points of service.

## III. UF DRUG CLASS REVIEWS—SLEEP DISORDERS—INSOMNIA AGENTS: DUAL OREXIN RECEPTOR ANTAGONISTS SUBCLASS

*BAP Comments*

### A. Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists Subclass—UF Recommendation

The P&T Committee recommended the formulary status for the Insomnia Agents as discussed above.

- UF and step-preferred brand
  - lemborexant (Dayvigo)
  - suvorexant (Belsomra)
  - daridorexant (Quviviq)
  - Note that as part of the formulary recommendation for Belsomra, Dayvigo, and Quviviq, a trial of zolpidem ER or eszopiclone is required.
- NF
  - None
- Complete exclusion
  - None

*BAP Comments*

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

### B. Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists Subclass— Manual PA Criteria

The P&T Committee recommended manual PA criteria as outlined above.

*BAP Comments*

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

### C. Sleep Disorders—Insomnia Agents: Dual Orexin Receptor Antagonists Subclass—UF, PA, and Implementation Plan

The P&T Committee recommended an effective date of the first Wednesday 30 days after signing of the minutes in all points of service.

*BAP Comments*

*Concur:*          *Non-Concur:*          *Abstain:*          *Absent:*

## IV.   UF DRUG CLASS REVIEWS—ANDROGENS-ANABOLIC STEROIDS—TESTOSTERONE REPLACEMENT THERAPIES SUBCLASS

*P&T Comments*

### A. Androgens-Anabolic Steroids—Testosterone Replacement Therapies Subclass—Relative Clinical Effectiveness Analysis and Conclusion

*Background*—The Androgens-Anabolic Steroids: Testosterone Replacement Therapy class was last reviewed for formulary status in August 2012. At that time, the class was solely comprised of the topical testosterone products; the oral (PO) and the intramuscular (IM) injectable products were not included in the original review. Step-therapy, requiring a trial of testosterone 2% gel (Fortesta) prior to other topical products, has been in place since 2012.

Testosterone products are available in a variety of formulations including topical gels, a topical solution, a transdermal patch, a nasal spray, oral capsules and tablets, IM injections, and a subcutaneous autoinjector. Testosterone pellets (Testopel) and testosterone undecanoate injection (Aveed) are part of the TRICARE medical benefit and were not included in the formulary review.

The current review included the topicals, IM injectable products (testosterone cypionate and testosterone enanthate), SC product (Xyosted), oral testosterone undecanoate formulations (Jatenzo and Tlando) and oral methyltestosterone products. A third recently approved oral testosterone undecanoate product, Kyzatrex, was also reviewed.

The P&T Committee evaluated the relative clinical effectiveness of the testosterone replacement therapy agents for the FDA-labeled indications of primary hypogonadism, hypogonadotropic hypogonadism, delayed puberty, and metastatic mammary cancer.

- All agents in the class have indications for primary hypogonadism and hypogonadotropic hypogonadism.

- The testosterone enanthate IM injections and the methyltestosterone products are the only products that are also approved for treating delayed puberty and metastatic mammary cancer.

- With the exception of the IM injections and methyltestosterone products, the package labeling for all other testosterone replacement therapy agents contains a limitation of use noting the lack of safety and efficacy data to support use in males less than 18 years of age.

Off-label uses of testosterone were also evaluated, including for treating age-related decline in testosterone levels, gender dysphoria (use in transgender males), and hypoactive sexual desire disorder.

- Topical and injectable testosterone products are commonly used off-label for men with age-related hypogonadism, although the safety and efficacy of these products are limited. Notably, the four most recently approved agents, Xyosted SC injection, and the orally administered products Jatenzo, Tlando, and Kyzatrex, are contraindicated for use in men with age-related hypogonadism.

  - Testosterone replacement therapy agents are used by patients with gender dysphoria to achieve the desired virilization effects of testosterone.

  - Women with hypoactive sexual desire disorder typically use one-tenth of the standard male dose of a 1% transdermal gel product.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 1 absent) the following:

*Efficacy*

- The clinical conclusions from the 2012 review remain largely unchanged.

- The testosterone products have all demonstrated efficacy in normalizing testosterone levels in the majority of patients. Comparative efficacy data among the available testosterone replacement therapies is limited. Drugs in this class are considered similarly efficacious for treating hypogonadism; however, expert opinion suggests that methyltestosterone products may be less effective.

- The 2018 Endocrine Society Guidelines on hypogonadism state that the choice of testosterone therapy can be based on patient preference, pharmacokinetics, formulation-specific adverse effects, treatment burden, and cost.

- The 2017 Endocrine Society Guidelines on gender dysphoria was reviewed by the P&T Committee. The recent update to the TRICARE Gender Dysphoria Policy references the 2017 Endocrine Society guidelines and states, "Gender-affirming hormone therapy, also known as cross-sex hormone treatment, for adult or adolescent beneficiaries is covered when all of the following criteria are met: The beneficiary meets the eligibility criteria outlined in the most current version of the Endocrine Society Clinical Practice Guidelines for Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons; and the beneficiary has no contraindications to gender-affirming hormone therapy."

  Notably, the Endocrine Society Guidelines states the following with regard to initiation of gender affirming hormone therapy: "In adolescents who request sex hormone treatment (given this is a partly irreversible treatment), we recommend initiating treatment using a gradually increasing dose schedule after a multidisciplinary team of medical and MHPs [mental health professionals] has confirmed the persistence of gender dysphoria/gender incongruence and sufficient mental capacity to give informed consent, which most adolescents have by age 16 years. We recognize that there may be compelling reasons to initiate sex hormone treatment prior to the age of 16 years in some adolescents with gender dysphoria/gender incongruence, even though there are minimal

published studies of gender-affirming hormone treatments administered before age 13.5 to 14 years. As with the care of adolescents ≥16 years of age, we recommend that an expert multidisciplinary team of medical and MHPs manage this treatment."

*Safety*

- Testosterone products differ in their adverse reactions, precautions, and warnings in the product labeling. Some differences include transference risk, flammability, application site reactions, and hypertension.

- The American Urological Association Guidelines recommend that clinicians should not prescribe methyltestosterone, as it is associated with hepatic safety concerns.

*Individual Product Characteristics*

*Topical*

- *Androderm* is the only available testosterone patch. It is applied once daily and is associated with skin irritation at the application site.

- *Androgel, Fortesta, Testim, Vogelexo, and generics* are all available in a testosterone gel formulation. Fortesta is available as a 2% gel, Androgel is formulated as a 1% and 1.62% gel, while the remaining products are available as 1% gels. The gels are used once daily and can be applied to the shoulders or upper arms, with the exception of Fortesta which is applied to the front and inner thighs. The transdermal gels contain a black box warning for the risk of virilization of children from secondary exposure. Precautions must be taken to prevent testosterone transference to close-contact partners and children.

- *Axiron* is available as a 2% solution and is applied to the axilla once daily. Similar to the gels, it has a black box warning on the risk of transference.

*Nasal*

- *Natesto* is a nasal spray administered three times daily and is associated with nasal adverse effects.

*Injectable*

- *testosterone cypionate IM and testosterone enanthate IM injections* are typically administered once every two weeks. These formulations are associated with peaks and valleys in serum testosterone which may lead to fluctuations in symptoms.

- *testosterone enanthate SC (Xyosted)* is a once weekly, subcutaneous autoinjector; it has a black box warning for increases in blood pressure.

*Oral*

- *testosterone undecanoate capsules (Jatenzo, Tlando, and Kyzatrex)* are typically administered twice daily. Each drug is available at a slightly different dose and requires dose titration, with the exception of Tlando which does not allow for dose titration. The oral products have black box warnings for increases in blood

pressure. Provider feedback stated a preference for using the topical and injectable products first before trying an oral agent.

- o *Kyzatrex* was recently FDA-approved and is the 3rd testosterone undecanoate capsule. In one open-label, single-arm study, 88% of patients receiving Kyzatrex met the primary outcome of a specified testosterone concentration.

- o There are numerous alternative testosterone formulations available, and overall, Kyzatrex has no compelling clinical advantages over existing testosterone formulary agents.

- *methyltestosterone* is an older testosterone replacement therapy agent. Guidelines and provider feedback support avoiding use due to hepatic side effects.

*Overall Clinical Conclusion*

- There is a high degree of therapeutic interchangeability among the testosterone products with regards to efficacy. There are some subtle differences in safety based on differences in formulation, but overall, the testosterone products are highly interchangeable.

- In order to meet the needs of MHS patients, at least one topical and one injectable testosterone product are required on the formulary.

**B. Androgens-Anabolic Steroids—Testosterone Replacement Therapies Subclass—Relative Cost Effectiveness Analysis and Conclusion**

A CMA, BIA, and sensitivity analysis were performed.

The P&T Committee concluded (19 for, 0 opposed, 0 abstained, 1 absent) the following:

- CMA results showed that the injectable testosterone products are more cost effective than the topical formulations, followed by the oral products.

- BIA was performed to evaluate the potential impact of designating the testosterone replacement agents as UF, NF, or complete exclusion on the formulary. BIA and sensitivity analysis results showed that maintaining the agents in the respective formulary status as stated below demonstrated significant cost avoidance to the MHS.

**C. Androgens-Anabolic Steroids—Testosterone Replacement Therapies Subclass—UF Recommendation**

The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) maintaining the following:

- UF
  - testosterone 2% gel (Fortesta) (step-preferred)
  - testosterone 1% gel *(generic to AndroGel)* (step-preferred)
  - testosterone cypionate IM
  - testosterone enanthate IM
  - Androderm patch (non-step-preferred)
  - Natesto spray (non-step-preferred)
  - Striant (non-step-preferred) *(discontinued)*
  - Testim 1% gel, generic (non-step-preferred)
  - Vogelxo 1% gel; 1% gel metered dose pump (MDP) (non-step-preferred)
  - Xyosted SC auto-injector
  - methyltestosterone oral capsule and tablet
- NF
  - AndroGel 1% gel brand (non-step-preferred)
  - AndroGel 1.62% gel packet (non-step-preferred)
  - AndroGel, generic 1.62% gel MDP (non-step-preferred)
  - Axiron, generic 30 mg MDP (non-step-preferred)
  - Jatenzo oral capsule
  - Tlando oral capsule
  - Kyzatrex oral capsule

- Complete exclusion - none

- Note that Fortesta 2% gel and generic Androgel 1% are step-preferred and must be tried before the other topical testosterone formulations.

**D. Androgens-Anabolic Steroids—Testosterone Replacement Therapies Subclass—Manual Prior Authorization Criteria for indications other than Transgender Use**

The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) manual PA criteria for all agents in the class. The criteria for uses other than for gender-dysphoric patients are outlined below.

Efforts were made to streamline and simplify the PAs. The oral testosterone undecanoate products will now require a trial of both a preferred topical and an injectable testosterone replacement therapy first. New manual PA criteria will apply to methyltestosterone in new and current users. The PA updates for all products other than methyltestosterone will affect new users only.

**The Manual PA criteria is as follows:**

1. **transdermal patch (Androderm), transdermal gel and gel pump 1%, 1.62% (AndroGel), transdermal 2% gel pump (Fortesta), nasal gel (Natesto), transdermal 1% gel tubes (Testim), transdermal 1% gel (Vogelxo), and transdermal solution (Axiron)**

   **Updates from the February 2023 meeting are in bold and strikethrough.**

   <u>Manual PA Criteria:</u> Androderm, Androgel, Fortesta, Natesto, Testim, Testosterone 1.62% gel, Vogelxo, and Axiron are approved if <u>ALL</u> criteria are met:

   Coverage approved for Hypogonadism if:

   - Patient is ~~greater than 17 years of age~~ **a male 18 years of age or older**
   - Patient has a **confirmed** diagnosis of hypogonadism as evidenced by ~~2 or more~~ morning total serum testosterone levels below 300 ng/dL **taken on at least two separate occasions OR testosterone is prescribed by an endocrinologist or urologist who has made the diagnosis of hypogonadism based on unequivocally and consistently low serum total testosterone or free testosterone levels**
   - Patient is experiencing signs and symptoms ~~usually~~ associated with hypogonadism
   - Provider has investigated the etiology of the low testosterone levels **and has assessed the risks versus benefits of initiating testosterone therapy in this patient. Provider** acknowledges that testosterone therapy is clinically appropriate and needed.

   **OR**

   **If indication is not listed above, please write in requested indication and rationale for use:_____(blank write-in)**

   **AND**

   - **Is the requested prescription for testosterone 2% gel (Fortesta) or generic testosterone 1% gel (Androgel),**
     - **Yes, approve. No, answer below questions**
   - Patient has tried **and failed a 3-month trial, experienced a clinically significant adverse reaction, or had a contraindication or relative contraindication to one of the following:**
     - **Testosterone 2% gel (Fortesta) or generic testosterone 1% gel (Androgel)**
     - **OR does the patient require a testosterone replacement therapy that has a low risk of skin-to-skin transfer (option only for Androderm and Natesto)**

- ~~Fortesta or Androgel 1% for a minimum of 90 days failed to achieve total serum testosterone levels > 400 ng/dL AND without improvement in symptoms [For hypogonadism indication only not transgender indication]~~
- ~~Patient has a CI or relative CI to Fortesta or Androgel that does not apply to requested agent~~
- ~~Patient has experienced a clinically significant skin reaction to Fortesta or Androgel not expected to occur with the requested agent~~
- ~~Fortesta or Androgel not expected to occur with the requested agent~~
- ~~Is the requested med Androderm or Natesto?~~
  - ~~Patient requires a testosterone replacement therapy that has a low risk of skin-to-skin transfer between family members~~
- Not approved for concomitant use with other testosterone products

~~Non-FDA-approved uses are NOT approved.~~ Testosterone will not be approved to enhance athletic performance.

~~Prior Authorization does not expire~~

**PA expires in 1 year**

**Renewal Criteria: Initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely for continuation of therapy if both of the following apply:**

- **The patient has had a positive response to therapy**
- **The risks of continued therapy do not outweigh the benefits**

2. **testosterone cypionate IM injection, testosterone enanthate IM injections, and testosterone enanthate SC injection (Xyosted)**

   **Updates from the February 2023 meeting are in bold and strikethrough.**

   PA does not apply to patients less than 1 year of age (age edit **for testosterone cypionate or enanthate IM only)**

   Manual PA criteria applies to new users of testosterone cypionate **IM,** testosterone enanthate IM**, and testosterone enanthate (Xyosted)** injections, and PA is approved if all criteria are met:

   - Coverage approved for male patients (patients male at birth) if:
     - Patient is younger than 18 years of age AND
     - **Prescription is for testosterone cypionate IM or testosterone enanthate IM**
     - Prescription is written by or in consultation with a pediatric endocrinologist **or pediatric urologist** OR
     - Patient is 18 years of age or older AND

*4 April 2023 Beneficiary Advisory Panel Meeting Minutes for the Feb 2023 DoD P&T Committee Meeting*
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 724 of 980   Page 33 of 62

**AR1912**

- Patient has **a confirmed** diagnosis of hypogonadism as evidenced by two or more morning total **serum** testosterone levels below 300 ng/dL **taken on at least two separate occasions OR testosterone is prescribed by an endocrinologist or urologist who has made the diagnosis of hypogonadism based on unequivocally and consistently low serum total testosterone or free testosterone levels**
- Patient is experiencing **signs and** symptoms ~~usually~~ associated with hypogonadism
- Provider has investigated the etiology of the low testosterone levels and **has assessed the risks versus benefits of initiating testosterone therapy in this patient. Provider** acknowledges that testosterone therapy is clinically appropriate and needed.
- ~~The patient does not have prostate cancer~~

OR

Coverage approved for females if:
- Patient has diagnosis of breast cancer
- Prescription is written by or in consultation with an oncologist

OR

**If indication is not listed above, please write in requested indication and rationale for use:_____(blank write-in)**

**AND**

- **Is the requested prescription for testosterone cypionate IM or testosterone enanthate IM?**
  - **Yes, approve. No need to answer below questions**
- **If requested prescription is for Xyosted, has the patient tried and failed a 3-month trial, experienced a clinically significant adverse reaction, or had a contraindication or relative contraindication to one drug from each of the following two categories?**
  - **testosterone cypionate IM injection or testosterone enanthate IM injection**
  - **testosterone 2% gel (Fortesta) or generic testosterone 1% gel (Androgel)**
- **Not approved for concomitant use with other testosterone products.**

~~Non-FDA-approved uses are NOT approved.~~ **Testosterone will not be approved to enhance athletic performance.**

Prior Authorization expires in 1 year

Renewal Criteria: Initial TRICARE PA approval is required for renewal. Coverage will be approved in:

- **Children for one additional year if both of the following apply**
  - The patient has had a positive response to therapy
  - The risks of continued therapy do not outweigh the benefits

**OR**

- Adults will be approved indefinitely for continuation of therapy **if both of the following apply**
  - The patient has had a positive response to therapy
  - The risks of continued therapy do not outweigh the benefits

3. **testosterone undecenoate oral capsules (Jatenzo, Tlando, and Kyzatrex)**

   **Updates from the February 2023 meeting are in bold and strikethrough.**

Manual PA criteria applies to new users of Jatenzo, Tlando**, and Kyzatrex**

Manual PA Criteria: Jatenzo, Tlando, **or Kyzatrex** is approved if all criteria are met:

Coverage approved for hypogonadism if:

- Patient is a male age 18 years of age or older
- Patient has a confirmed diagnosis of hypogonadism as evidenced by morning total serum testosterone levels below 300 ng/dL taken on at least two separate occasions **OR testosterone is prescribed by an endocrinologist or urologist who has made the diagnosis of hypogonadism based on unequivocally and consistently low serum total testosterone or free testosterone levels**
- Patient is experiencing signs and symptoms associated with hypogonadism
- Provider has investigated the etiology of the low testosterone levels and **has assessed the risks versus benefits of initiating testosterone therapy in this patient. Provider** acknowledges that testosterone therapy is clinically appropriate and needed.

OR

**If indication is not listed above, please write in requested indication and rationale for use:_____(blank write-in)**

AND

- Patient has tried **and failed a 3-month trial, experienced a clinically significant adverse reaction, or had a contraindication or relative contraindication to one drug from each of the following two categories:** ~~for a minimum of 90 days AND failed to achieve total serum testosterone levels above 400 ng/dL (labs drawn 2 hours after use of the agent) AND without improvement in symptoms~~

    1. **testosterone cypionate IM injection or testosterone enanthate IM injection**
    2. **testosterone 2% gel (Fortesta) OR testosterone 1% gel (Androgel generic)**

~~OR~~

- ~~The patient requires a replacement therapy (TRT) that has a low risk of skin-to-skin transfer between family members~~

~~OR~~

- ~~Patient does not have any of the following:~~
- ~~Hypogonadism conditions not associated with structural or genetic etiologies (e.g., "age-related" hypogonadism), carcinoma of the breast or suspected carcinoma of the prostate~~
- ~~Uncontrolled hypertension or is at risk for cardiovascular events (e.g., myocardial infarction or stroke) prior to start of Jatenzo or Tlando therapy or during treatment (based on the product's boxed warning of increased risk of major adverse cardiovascular events and hypertension)~~

    - Not approved for concomitant use with other testosterone products

~~Non-FDA-approved uses are NOT approved.~~

**Testosterone will not be approved to enhance athletic performance.**

~~Prior Authorization does not expire~~

**PA expires in 1 year**

**Renewal Criteria: Initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely for continuation of therapy if both of the following apply:**

- **The patient has had a positive response to therapy**
- **The risks of continued therapy do not outweigh the benefits**

4. **methyltestosterone oral tablet or capsule**

   Manual PA Criteria apply to all new and current users of methyltestosterone

   <u>Manual PA criteria</u>: Methyltestosterone is approved if <u>ALL</u> criteria are met

Patient has a diagnosis of hypogonadism, delayed puberty, or metastatic mammary cancer

- This agent has been identified as having safer, more effective, and more cost-effective alternatives. The provider must explain why the patient requires methyltestosterone and cannot take the formulary alternatives. (blank write-in)
- Not approved for concomitant use with other testosterone products

Non-FDA-approved uses are not approved.
PA expires in 1 year

Renewal Criteria: Initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely for continuation of therapy if both of the following apply:

- The patient has had a positive response to therapy
- The risks of continued therapy do not outweigh the benefits

### E. Androgens-Anabolic Steroids—Testosterone Replacement Therapies Subclass—Manual Prior Authorization Criteria for Transgender Use

The P&T Committee recommended (13 for, 3 opposed, 3 abstained, 1 absent) manual PA criteria for transgender use of the testosterone replacement therapies. The age limit for the gender dysphoria indication was updated to allow for use in adolescents down to age 14 years.

In addition to the PA criteria outlined above, the transgender use criteria will be included for the topical and nasal gel formulations, the IM injectable products, the SC injectable products, and the oral testosterone undecanoate products (the transgender criteria will not apply to the oral methyltestosterone products.) Product preference for IM testosterones and testosterone 2% gel (Fortesta) or generic testosterone 1% gel (Androgel) applies to Transgender Use criteria.

Coverage approved for female-to-male gender-**affirming hormone therapy in a natal female patient (assigned female at birth)** ~~reassignment (endocrinologic masculinization)~~ if:

- **Patient is 14 years of age or older**
- Patient has diagnosis of Gender Dysphoria made by a TRICARE-authorized mental health provider according to most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM)
- **Prescription if prescribed by an endocrinologist or a physician who specializes in the treatment of transgender patients**
- Patient is an adult, or is **an adolescent** ~~16 years or older who has experienced puberty to at least Tanner stage 2~~ **with sufficient mental capacity to give informed consent for this partially irreversible treatment**
- **Patient has experienced puberty to at least Tanner stage 2**

- ~~Patient has no signs of breast cancer~~
- For gender dysphori**c,** biological**ly** female patients of childbearing potential, the patient IS NOT pregnant or breastfeeding
- Patient has no psychiatric comorbidity that would confound a diagnosis of gender dysphoria or interfere with treatment (e.g., unresolved body dysmorphic disorder; schizophrenia or other psychotic disorders that have not been stabilized with treatment)

**F. Androgens-Anabolic Steroids—Testosterone Replacement Therapies Subclass**—UF, PA, **and Implementation Period**

The P&T Committee recommended (19 for, 0 opposed, 0 abstained, 1 absent) an effective date of the first Wednesday 60 days after signing of the minutes in all points of service. DHA will send letters to patients affected by the new PA criteria for oral methyltestosterone.

**V. UF DRUG CLASS REVIEWS—Testosterone Replacement Therapies Subclass**

*BAP Comments*

**A. Testosterone Replacement Therapies Subclass—UF Recommendation**

The P&T Committee recommended maintaining the formulary status for the testosterone replacement agents as discussed above:

- UF
  - testosterone 2% gel (Fortesta) (step-preferred)
  - testosterone 1% gel *(generic to AndroGel)* (step-preferred)
  - testosterone cypionate IM
  - testosterone enanthate IM
  - Androderm patch (non-step-preferred)
  - Natesto spray (non-step-preferred)
  - Striant (non-step-preferred) *(discontinued)*
  - Testim 1% gel, generic (non-step-preferred)
  - Vogelxo 1% gel; 1% gel metered dose pump (MDP) (non-step-preferred)
  - Xyosted SC auto-injector
  - methyltestosterone oral capsule and tablet
- NF
  - AndroGel 1% gel brand (non-step-preferred)
  - AndroGel 1.62% gel packet (non-step-preferred)

- AndroGel, generic 1.62% gel MDP (non-step-preferred)

- Axiron, generic 30 mg MDP (non-step-preferred)

- Jatenzo oral capsule

- Tlando oral capsule

- Kyzatrex oral capsule

- Complete exclusion - none

- Note that Fortesta 2% gel and generic Androgel 1% are step-preferred and must be tried before the other topical testosterone formulations.

> *BAP Comments*
>
> *Concur:*　　*Non-Concur:*　　*Abstain:*　　*Absent:*

## B. Testosterone Replacement Therapies Subclass—Manual Prior Authorization Criteria for indications other than Transgender use

The P&T Committee recommended Manual PA criteria for testosterone replacement agents as outlined above.

> *BAP Comments*
>
> *Concur:*　　*Non-Concur:*　　*Abstain:*　　*Absent:*

## C. Androgens-Anabolic Steroids—Testosterone Replacement Therapies Subclass—Manual Prior Authorization Criteria for Transgender Use

The P&T Committee recommended Manual PA criteria for testosterone replacement agents in transgender patients as outlined above.

> *BAP Comments*
>
> *Concur:*　　*Non-Concur:*　　*Abstain:*　　*Absent:*

## D. Testosterone Replacement Therapies Subclass—UF, PA, and Implementation Period

The P&T Committee recommended an effective date of the first Wednesday 60 days after signing of the minutes in all points of service.

> *BAP Comments*

*Concur:*     *Non-Concur:*     *Abstain:*     *Absent:*

## VI.    UF DRUG CLASS REVIEWS—NEPHROLOGY AGENTS MISCELLANEOUS

***P&T Comments***

### A.  Nephrology Agents Miscellaneous—Relative Clinical Effectiveness Analysis and Conclusion

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the drugs in the Nephrology Agents Miscellaneous drug class. Currently there is only one product in the class, a new formulation of budesonide in a delayed-release (DR) capsule (Tarpeyo), however additional drugs are in the pipeline. *(Note following the meeting sparsentan (Filspari) was FDA-approved for treating IgAN and will be reviewed as a new drug at an upcoming P&T Committee meeting.)*

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 2 absent) the following:

- Tarpeyo is FDA-approved to reduce proteinuria in adults with primary immunoglobulin A nephropathy (IgAN). Approval was based on a surrogate outcome; however, the Kidney Disease Improving Global Outcomes (KDIGO) 2021 guidelines do recognize reduction in proteinuria as a valid surrogate outcome.

- It has not been established to what extent Tarpeyo's efficacy is mediated via local effects in the ileum vs. systemic effects.

- FDA-approval for Tarpeyo was granted using the accelerated approval process, and a confirmatory trial is required (currently ongoing).

- Other glucocorticoids, including prednisone and methylprednisolone, lack formal FDA-approval for IgAN but have been evaluated in randomized controlled trials, including the STOP-IgAN and TESTING trials.

- Current professional guidelines (KDIGO 2021) outline considerations for using glucocorticoids in patients with IgAN who are at high risk of progressive chronic kidney disease despite maximal supportive care.

- The Tarpeyo package insert contains the usual warnings for glucocorticoids, including hypercortisolism and adrenal axis suppression, immunosuppression, and other corticosteroid effects.

- Comparative efficacy and safety of Tarpeyo vs. other glucocorticoids (e.g., prednisone, methylprednisolone), and other immunosuppressants (e.g., cyclophosphamide, mycophenolate mofetil) is currently unknown.

- There is no direct comparative clinical data showing how Tarpeyo would compare clinically to other budesonide formulations that are released in the ileum.

- Tarpeyo's place in therapy for IgAN remains to be established.

## B. Nephrology Agents Miscellaneous—Relative Cost Effectiveness Analysis and Conclusion

*Relative Cost-Effectiveness Analysis and Conclusion*—The Committee conducted a CMA, BIA, and sensitivity analysis. The P&T Committee concluded (17 for, 0 opposed, 0 abstained, 3 absent) the following:

- CMA results showed that budesonide 4 mg delayed release (Tarpeyo) was not cost effective.

- A BIA and a sensitivity analysis were performed to evaluate the potential impact of formulary status for budesonide 4 mg DR (Tarpeyo). BIA and sensitivity results showed that designating Tarpeyo as complete exclusion demonstrated significant cost avoidance for the MHS.

## C. Nephrology Agents Miscellaneous—UF Recommendation

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 3 absent) that Tarpeyo be designated as complete exclusion, as other than the formal FDA-approval for IgAN, it provides little to no clinical advantages relative to other drugs used off-label for IgAN.

## D. Nephrology Agents Miscellaneous—Interim Manual PA Criteria

In order to minimize the impact on affected beneficiaries, the P&T Committee recommended (17 for, 0 opposed, 0 abstained, 3 absent) interim PA criteria for Tarpeyo prior to the complete exclusion implementation.

Manual PA Criteria: Manual PA criteria apply to all new users of Tarpeyo, and coverage is approved if all criteria are met:

- Provider will be notified that Tarpeyo will no longer be available 180 days after signing of the minutes

- Tarpeyo is prescribed by a nephrologist

- The patient has a diagnosis of biopsy-verified primary immunoglobulin A nephropathy (IgAN)

- The patient has a urine protein-to-creatinine ratio UPCR greater than or equal to 1.5 g/g
- The patient is receiving a stable dose of a Renin-Angiotensin inhibitor [ACE inhibitor or ARB (such as lisinopril, losartan, irbesartan)] at a maximally tolerated dose. Note: prior use will be verified
- Patient is not currently receiving dialysis or has not undergone kidney transplant
- Patient has an estimated glomerular filtration rate (eGFR) greater than or equal to 35 ml/min$^2$
- The patient has had a trial of an alternate oral glucocorticoid regimen for 6 months or immunosuppressive therapy and has failed therapy or the patient has a contraindication to oral glucocorticoid therapy or immunosuppressive therapy. Examples include methylprednisolone, prednisolone/prednisone, and Entocort EC or Uceris budesonide formulations
- The provider has considered use of an SGLT-2 inhibitor

Non-FDA-approved uses are not approved, including ulcerative colitis or Crohn's disease
PA expires in 9 months; no renewal allowed

## E. Nephrology Agents Miscellaneous—UF, Interim PA, and Implementation

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 3 absent) an effective date of the first Wednesday 180-days after signing of the minutes in all points of service and that DHA send letters to patients affected by the formulary decision.

## VII. UF DRUG CLASS REVIEWS—Nephrology Agents Miscellaneous

*BAP Comments*

### A. Nephrology Agents Miscellaneous—UF Recommendation

The P&T Committee recommended the formulary status for the nephrology agents miscellaneous as discussed above.

*BAP Comments*

*Concur:*     *Non-Concur:*     *Abstain:*     *Absent:*

### B. Nephrology Agents Miscellaneous—Interim Manual PA Criteria

The P&T Committee recommended interim manual PA criteria for Tarpeyo as outlined above.

*BAP Comments*

*Concur:*     *Non-Concur:*     *Abstain:*     *Absent:*

## C. Nephrology Agents Miscellaneous —UF, Interim PA, and Implementation Period

The P&T Committee recommended an effective date of the first Wednesday 180-days after signing of the minutes in all points of service and that DHA send letters to patients affected by the formulary decision

*BAP Comments*

*Concur:*     *Non-Concur:*     *Abstain:*     *Absent:*

# VIII. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*P&T Comments*

## A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions

The products were divided into three groups when presented at the P&T Committee meeting. The generic names are provided below. Group 1 included Lytgobi, Ermeza, Rezlidhia, Fylnetra, and Noxafil; Group 2 was comprised of Furoscix, Auvelity and Relyvrio; and Group 3 included Xelstrym, Leuprolide, Basaglar Tempo pen, Lyumjev Tempo pen, and Humalog Tempo pen. Please note the Kyzatrex review can be found in the testosterone class review.

*Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions*—The P&T Committee agreed (group 1: 19 for, 0 opposed, 0 abstained, 1 absent; group 2: 19 for, 0 opposed, 0 abstain, 1 absent; and group 3: 18 for, 0 opposed, 0 abstained, 2 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5).

## B. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF Recommendation

The P&T Committee recommended for group 1: (19 for, 0 opposed, 0 abstained, 1 absent) and group 2: (19 for, 0 opposed, 0 abstained, 1 absent); and for group 3 (18 for, 0 opposed, 0 abstained, 2 absent) the following:

- UF
  - futibatinib (Lytgobi) – Oncological agent for intra-hepatic cholangio-carcinoma
  - insulin lispro (Humalog Tempo Pen) – Rapid acting insulin. Note that as part of this recommendation the Humalog Tempo pen will be step-preferred.
  - leuprolide acetate depot injection (no brand name) - Luteinizing hormone-releasing hormone (LHRH) agonists-antagonists for prostate cancer
  - olutasidenib (Rezlidhia) – Oncological agent for acute myeloid leukemia (AML) with isocitrate dehydrogenase-1 (IDH1) mutation
  - pegfilgrastim-pbbk (Fylnetra) – White Blood Cell (WBC) stimulants – pegfilgrastims. Note that as part of this recommendation, Fylnetra will be non-step-preferred
  - posaconazole DR oral suspension (Noxafil Powdermix Kit) – Antifungal for prophylaxis of invasive Aspergillus and Candida
  - sodium phenylbutyrate/sodium taurursodiol powder for oral suspension (Relyvrio) – miscellaneous neurological agent for amyotrophic lateral sclerosis (ALS)
- NF
  - dextroamphetamine transdermal system (Xelstrym) – Attention deficit hyperactivity disorder (ADHD) Stimulant
  - dextromethorphan hydrobromide/bupropion hydrochloride (Auvelity) – Antidepressants and non-opioid pain syndrome agents
  - insulin glargine (Basaglar Tempo Pen) – Basal insulin; note that as part of this recommendation the Basaglar TEMPO pen will be non-step-preferred
  - insulin lispro-aabc (Lyumjev Tempo Pen) – Rapid acting insulin; note that as part of this recommendation the Lyumjev TEMPO pen will be non-step-preferred
  - levothyroxine sodium 150 mcg/5 mL oral solution (Ermeza) – Thyroid agent
  - Note that for the three TEMPO pens (Basaglar, Lyumjev and Humalog) the actual Tempo Smart button and app are not a covered TRICARE pharmacy benefit at this time.
- Complete exclusion
  - furosemide SC injection (Furoscix) – Diuretic
    - Furoscix was recommended for complete exclusion placement as it has little to no clinical benefit relative to other diuretics, and the needs of TRICARE beneficiaries are met by alternative agents. Formulary alternatives include furosemide, bumetanide, ethacrynic acid and torsemide tablets.

## C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria

The P&T Committee recommended (group 1: 19 for, 0 opposed, 0 abstained, 1 absent; group 2: 19 for, 0 opposed, 0 abstain, 1 absent; and group 3: 18 for, 0 opposed, 0 abstained, 2 absent) the following PA criteria:

- Oncologic drugs: Applying manual PA criteria to new users of Lytgobi and Rezlidhia

- Applying manual PA criteria to new users of Xelstrym patch, Auvelity, Basaglar Tempo pen, Lyumjev Tempo pen, Humalog Tempo pen, and Ermeza oral solution

- Applying manual PA criteria to Fylnetra, similar to what is in place for the other non-step-preferred pegfilgrastims. New patients receiving Fylnetra or one of the other non-step-preferred pegfilgrastims (Neulasta, Neulasta OnPro, and Ziextenzo) will be required to have a trial of Nyvepria, Udenyca and Fulphila first.

### The Manual PA criteria is as follows:

#### 1. dextroamphetamine transdermal system (Xelstrym)

Manual PA criteria apply to all new users of dextroamphetamine transdermal system (Xelstrym)

Manual PA criteria: Xelstrym is approved if all criteria are met:

- Patient is 6 years of age and older.

- Patient has a diagnosis of Attention Deficit Hyperactivity Disorder (ADHD) that has been appropriately documented in the medical record.

- Provider is aware of the warnings, screening, and monitoring precautions for Xelstrym.

- Patient must have tried and failed or have a contraindication to one medication from each of the following categories:

  - amphetamines (single or mixed salt medications)

  - methylphenidate

- Patient has documented swallowing dysfunction requiring alternative formulation for treatment

Non-FDA approved uses are NOT approved.
PA does not expire.

#### 2. dextromethorphan hydrobromide and bupropion hydrochloride (Auvelity)

Manual PA criteria apply to all new users of Auvelity.

Manual PA criteria: Auvelity is approved if all criteria are met:

- The patient is 18 years of age or older

- The patient does not have a history of seizure disorder or conditions that increase the risk of seizure (e.g., bulimia, anorexia nervosa, severe head injury)

- Provider acknowledges that patient and provider have discussed that non-pharmacologic interventions (i.e., CBT, sleep hygiene) are encouraged to be used in conjunction with this medication

- The patient is being treated for depression

- Patient has tried and failed generic bupropion extended release at maximally tolerated dose AND

- The patient has a contraindication to, intolerability to, or has failed a trial of TWO other formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose)

Non-FDA-approved uses are not approved.
Prior Authorization does not expire.

3. **futibatinib (Lytgobi)**

Manual PA criteria apply to all new users of futibatinib (Lytgobi)

Manual PA criteria: Lytgobi is approved if all criteria are met:

- Patient is 18 years of age or older

- The drug is prescribed by or in consultation with a hematologist/oncologist

- Patient has previously treated, unresectable locally advanced or metastatic cholangiocarcinoma with a fibroblast growth factor receptor 2 (FGFR2) fusion or other rearrangement as detected by an FDA-approved test

- The patient will be monitored for retinal pigment epithelial detachment, hyperphosphatemia, and soft-tissue mineralization

- Female patients of childbearing age are not pregnant confirmed by (-) HCG

- Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment

- Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after cessation of therapy

- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis:

Non-FDA approved uses are NOT approved.
PA does not expire.

### 4. insulin glargine (Basaglar Tempo Pen)

Manual PA criteria apply to all new users of insulin glargine (Basaglar Tempo Pen)

Manual PA criteria: Basaglar Tempo pen is approved if all criteria are met:

- Provider acknowledges that Lantus is the DoD's preferred basal insulin and preferred insulin glargine. No prior authorization is required for Lantus. Lantus is available at the lowest Tier 1 copay.

- The patient must have tried and failed Lantus.

- The provider must document why the patient cannot use the Basaglar Kwikpen version. (blank write-in)

Non-FDA approved uses are NOT approved.
PA does not expire.

### 5. insulin lispro-aabc (Lyumjev Tempo Pen)

Manual PA criteria apply to all new users of insulin lispro-aabc (Lyumjev Tempo Pen)

Manual PA criteria: Lyumjev Tempo pen is approved if all criteria are met:

- Provider acknowledges that Novolog Flex Pen, Humalog Kwikpen and Lyumjev Kwikpen are TRICARE's preferred rapid-acting insulins and are available to TRICARE beneficiaries without requiring prior authorization.

- The provider must document why the patient cannot use the Lyumjev Kwikpen version. (blank write-in)

Non-FDA approved uses are NOT approved.
PA does not expire.

### 6. levothyroxine sodium 150 mcg/5 mL oral solution (Ermeza)

Manual PA criteria apply to all new users of levothyroxine sodium oral solution (Ermeza)

PA does not apply to patients younger than 6 years of age (Age edit)

Manual PA criteria: Ermeza is approved if all criteria are met:

- The patient is 6 years of age or older
- Patient is not able to chew a levothyroxine tablet
- Patient is not able to swallow a levothyroxine capsule or tablet
- Ermeza is prescribed by or in consultation with an endocrinologist

Non-FDA approved uses are NOT approved.
PA expires after 12 months. No renewal allowed; must fill out a new PA

### 7. olutasidenib (Rezlidhia)

Manual PA criteria apply to all new users of olutasidenib (Rezlidhia)

Manual PA criteria: Rezlidhia is approved if all criteria are met:

- Patient is 18 years of age or older

- Rezlidhia is prescribed by or in consultation with a hematologist or oncologist

- The patient has laboratory evidence of relapsed or refractory acute myeloid leukemia (AML) with a susceptible isocitrate dehydrogenase-1 (IDH1) mutation as detected by an FDA approved test OR

- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis:_____.

- The patient will be monitored for differentiation syndrome

- The patient will be monitored for hepatotoxicity

Other non-FDA approved uses are NOT approved.
PA does not expire.

### 8. pegfilgrastim-pbbk (Fylnetra)

Manual PA criteria apply to all new users of pegfilgrastim (Neulasta), pegfilgrastim (Neulasta OnPro), pegfilgrastim-bmez (Ziextenzo) and **pegfilgrastim-pbbk (Fylnetra)**

Note that Udenyca and Nyvepria are available at the Tier 1 copay at the Mail Order and Retail Network pharmacies.

Manual PA criteria: **Fylnetra** is approved if all criteria are met:

- Provider acknowledges that pegfilgrastim-cbqv (Udenyca), pegfilgrastim-jmdb (Fulphila) and pegfilgrastim-apgf (Nyvepria) are the preferred pegfilgrastims and are available without a PA

- Fylnetra is prescribed by or in consultation with a hematologist/oncologist

- For Neulasta OnPro, the patient requires use of an on-body injector (Neulasta OnPro) because the patient/caregiver cannot self-inject and/or cannot reasonably attend multiple visits to the clinic for administration

OR

- Patient has experienced an inadequate treatment response or intolerance to pegfilgrastim-cbqv (Udenyca), pegfilgrastim-jmdb (Fulphila) or pegfilgrastim-apgf (Nyvepria) and is expected to respond to pegfilgrastim (Neulasta), pegfilgrastim-bmez (Ziextenzo), or **pegfilgrastim-pbbk (Fylnetra)**

**PA does not expire.**

### 9. sodium phenylbutyrate and taurursodiol (Relyvrio)

Manual PA criteria apply to all new users of Relyvrio.

Manual PA criteria: Relyvrio is approved if all criteria are met:

- Patient is 18 years of age or older.

- Relyvrio is prescribed by a neurologist.

- The patient has a diagnosis of amyotrophic lateral sclerosis (ALS)

Non-FDA approved uses are NOT approved.
**PA does not expire.**


### D. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF and PA Implementation Period

The P&T Committee recommended (group 1: 19 for, 0 opposed, 0 abstained, 1 absent; group 2: 19 for, 0 opposed, 0 abstain, 1 absent; and group 3: 18 for, 0 opposed, 0 abstained, 2 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status:** an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

- **New Drugs Recommended for complete exclusion Status:** 1) An effective date of the first Wednesday 120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the complete exclusion recommendation at 30 days and 60 days prior to implementation.


## IX. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

### *BAP Comments*

#### A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF Recommendation

The P&T Committee recommended the formulary status for the newly approved drugs as discussed above.

- UF
  - futibatinib (Lytgobi)
  - insulin lispro (Humalog Tempo Pen)
  - leuprolide acetate depot injection (no brand name)
  - olutasidenib (Rezlidhia)
  - pegfilgrastim-pbbk (Fylnetra)
  - posaconazole DR oral suspension (Noxafil Powdermix Kit)
  - sodium phenylbutyrate/sodium taurursodiol powder for oral suspension (Relyvrio)
- NF

- dextroamphetamine transdermal system (Xelstrym)
- dextromethorphan hydrobromide/bupropion hydrochloride (Auvelity)
- insulin glargine (Basaglar Tempo Pen)
- insulin lispro-aabc (Lyumjev Tempo Pen)
- levothyroxine sodium 150 mcg/5 mL oral solution (Ermeza) – Thyroid agent

- Complete exclusion
  - furosemide SC injection (Furoscix) – Diuretic

*BAP Comments*

*Concur:*          *Non-Concur:*          *Abstain:*          *Absent:*

**B. Newly Approved Drugs per 32 CFR 199.21(g)(5) PA Criteria**

The P&T Committee recommended the PA criteria for new drugs as stated previously.

*BAP Comments*

*Concur:*          *Non-Concur:*          *Abstain:*          *Absent:*

**C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, PA, and Implementation Period**

The P&T Committee recommended the implementation plans as described above.

*BAP Comments*

*Concur:*          *Non-Concur:*          *Abstain:*          *Absent:*

**X.  UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA AND FORMULARY STATUS MIFEPRISTONE**

*P&T Comments*

A. **New Manual PA Criteria and Formulary Status—mifepristone 200 mg tablet (Mifeprex)**

On January 3, 2023, the FDA approved a modification of the mifepristone Risk Evaluation and Mitigation Strategies (REMS) program which permanently removed the in-person (e.g., clinic, medical office, hospital setting) dispensing requirement and allowed for the addition of pharmacy certification for dispensing. The revised REMS program prompted a review of mifepristone for addition to the TRICARE pharmacy benefit and for PA criteria. PA criteria were recommended to allow for use of mifepristone for termination of pregnancy abiding by 10 U.S. Code 1093 requirements (limited to cases of rape, incest, or if the life of the mother would be endangered if the fetus were carried to term) and allow for off-label use for pregnancy loss. Provider feedback, randomized controlled trial data, and guidelines support the off-label use for pregnancy loss.

**The Manual PA criteria is as follows:**

Manual PA criteria apply to every use (one tablet and no refills) of mifepristone (Mifeprex).

Manual PA criteria: Mifeprex is approved if all criteria are met:

- The patient and provider are enrolled in the Mifeprex Risk Evaluation and Mitigation Strategies (REMS) program

- Mifeprex is used for termination of pregnancy:

  - Patient is terminating a pregnancy through 70 days of gestation. Documentation will indicate date of patient's last menstrual period:_____and anticipated date of treatment initiation: _____

    AND

  - One of the two following criteria must apply:

    1. Patient is seeking to terminate pregnancy due to an act of rape or incest. It is the provider's good faith belief, based on all of the information available to the provider, that the patient was the victim of rape or incest (the provider should maintain medical records that support the provider's good faith belief). OR

    2. Patient is seeking to terminate pregnancy because the patient's life would be endangered by carrying the fetus to term. Provider certifies that the mother's life would be at risk if the fetus was carried to term (the provider should maintain medical records that support the provider's certification).

- Mifeprex used for Pregnancy Loss:

  - Patient has experienced a pregnancy loss and requests medical management

  - Provider certifies that the medication will be used to manage a pregnancy loss and will not be used for termination of a pregnancy (medical abortion) (the provider should maintain medical records that support the provider's certification).

Other non-FDA-approved uses are not approved
PA renewal is not allowed; no refills allowed; each course of therapy requires a new PA

**B. Prior Authorization Criteria—mifepristone 200 mg tablet (Mifeprex)— TRICARE pharmacy benefit addition, UF status, and PA Criteria for pregnancy loss and Implementation Period**

The P&T Committee recommended (14 for, 1 opposed, 2 abstained, 3 absent) addition of mifepristone 200 mg tablets (Mifeprex) to the TRICARE pharmacy benefit, UF status, and Manual PA criteria for every use (one tablet and no refills) for pregnancy loss. The new PA will become effective the first Wednesday 30 days after the signing of the minutes.

**C. Prior Authorization Criteria—mifepristone 200 mg tablet (Mifeprex)—PA Criteria for pregnancy termination in accordance with 10 U.S. Code 1093**

The P&T Committee recommended (14 for, 2 opposed, 1 abstained, 3 absent) PA criteria for Mifeprex for every use (one tablet and no refills) for the indication of termination of pregnancy.

**XI. UTILIZATION MANAGEMENT— NEW MANUAL PA CRITERIA AND FORMULARY STATUS FOR MIFEPRISTONE**

*BAP Comments*

**A. Prior Authorization Criteria—mifepristone 200 mg tablet (Mifeprex)— TRICARE pharmacy benefit addition, UF status and PA Criteria for pregnancy loss and Implementation Period**

The P&T Committee recommended addition to the TRICARE pharmacy benefit, UF status, and new manual PA criteria for mifepristone 200 mg tablet (Mifeprex) for pregnancy loss and an implementation period of 30 days, as listed above.

*BAP Comments*

*Concur:*  *Non-Concur:*  *Abstain:*  *Absent:*

**B. Prior Authorization Criteria—mifepristone 200 mg tablet (Mifeprex)—PA criteria for pregnancy termination in accordance with 10 U.S. Code 1093**

The P&T Committee recommended new manual PA criteria for mifepristone 200 mg tablet (Mifeprex), for pregnancy termination in accordance with 10 U.S. Code 1093.

*BAP Comments*

*Concur:*  *Non-Concur:*  *Abstain:*  *Absent:*

## XII. UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA FOR NEWLY APPROVED DRUGS NOT SUBJECT TO 32 CFR 199.21(g)(5)

### *P&T Comments*

#### A. New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)

Manual PA criteria were recommended for two recently marketed drugs which contain active ingredients that are widely available in low-cost generic formulations. These products are usually produced by a single manufacturer. Due to the pathway used to gain FDA approval, these products do not meet the criteria for innovators. These drugs all have numerous cost-effective formulary alternatives available that do not require prior authorization. For the products listed below, PA criteria is recommended in new and current users, requiring a trial of cost-effective generic formulary medications first.

a) **Antigout Agents—allopurinol 200 mg tablet**—Allopurinol 200 mg is manufactured by a single company and is not cost-effective relative to allopurinol 100 mg and 300 mg formulations. Allopurinol 100 mg and 300 mg are on the uniform formulary and do not require prior authorization criteria.

Manual PA criteria apply to all new and current users of allopurinol 200 mg tablets.

Manual PA criteria: allopurinol 200 mg tablets are approved if all criteria are met:

- Provider acknowledges other allopurinol formulations, including allopurinol 100 mg and 300 mg tablets are available without requiring prior authorization.
- The provider must explain why the patient can't take a different allopurinol formulation. (*write-in*)

Non-FDA-approved uses are not approved.
Prior authorization does not expire.

b) **Skeletal Muscle Relaxants and Combinations—methocarbamol 1000 mg tablet—**Methocarbamol 500 mg and 750 mg tablets are available on the formulary as generics and do not require a prior authorization. A new methocarbamol 1000 mg tablet that is manufactured by a single company is markedly not cost-effective relative to methocarbamol 500 mg and methocarbamol 750 mg tablets.

Manual PA criteria apply to all new and current users of methocarbamol 1000 mg tablet.

Manual PA criteria: methocarbamol 1000 mg tablet is approved if all criteria are met:

- Provider acknowledges other formulations of methocarbamol, including methocarbamol 500 mg and 750 mg are available without requiring prior authorization.
- The provider must explain why the patient can't take a different formulation of methocarbamol. (*write-in*)

Non-FDA-approved uses are not approved.
Prior authorization does not expire.

**B. New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5) Implementation Period**
The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) manual PA criteria for allopurinol 200 mg tablets and methocarbamol 1000 mg tablets in new and current users, due to the significant cost differences compared with numerous available alternative agents. The new PAs will become effective the first Wednesday 60 days after the signing of the minutes, and DHA will send letters to affected patients.

## XIII.   UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA for NEWLY APPROVED DRUGS NOT SUBJECT TO 32 CFR 199.21(g)(5)

*BAP Comments*

### A. New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)

The P&T Committee recommended manual PA criteria for allopurinol 200 mg tablet and methocarbamol 1000 mg tablet as stated above.

#### *BAP Comments*

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

### B. New Manual PA Criteria for Newly Approved Drugs Not Subject To 32 CFR 199.21(g)(5) Implementation Plan

The P&T Committee recommended the new PAs will become effective the first Wednesday 60 days after the signing of the minutes.

*BAP Comments*

*Concur:*          *Non-Concur:*          *Abstain:*          *Absent:*

# XIV. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS

*P&T Comments*

## A. UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) updates to the PA criteria for several drugs, due to new FDA-approved indications and expanded age ranges. The updated PA criteria outlined below will apply to new users.

a) **Neurological Agents Miscellaneous—amifampridine (Firdapse)—**The manual PA criteria were updated for Firdapse, allowing for use in children 6 to 17 years of age for the treatment of Lambert-Eaton myasthenic syndrome.

b) **Oncological Agents: Melanoma—cobimetinib (Cotellic)—**Includes the new indication for the treatment of histiocytic neoplasms as a single agent in adults.

c) **Oncological Agents—elpercatinib (Retevmo)—**Includes the new indication for adult patients with locally advanced or metastatic solid tumors in adults with a rearranged during transfection gene fusion that have progressed on or following prior systemic treatment or who have no satisfactory alternative treatment options.

d) **Osteoporosis Agents: Parathyroid Hormone Analogs—abaloparatide (Tymlos)**—The manual PA criteria were updated for Tymlos to allow for use in men at high risk for fracture or patients who have failed or are intolerant to other available osteoporosis therapy.

e) **Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)—upadacitinib (Rinvoq)—**The manual PA criteria were updated to include the new indication for non-radiographic axial spondyloarthritis. The new PA criteria requires a trial of two NSAIDs, Humira, and Cosentyx before Rinvoq for this indication.

f) **Atopy Agents—dupilumab (Dupixent)—**The manual PA criteria were updated to allow for Dupixent use in patients with prurigo nodularis if a patient has a contraindication to, intolerability to, or has failed treatment with a topical glucocorticoid.

## B. UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION PLAN

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for Firdapse, Cotellic, Retevmo, Tymlos, Rinvoq, and Dupixent

in new users. Implementation will be effective the first Wednesday 60 days after signing of the minutes.

## XV. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS

*BAP Comments*

### A. Updated PA Criteria for New FDA-Approved Indications

The P&T Committee evaluated updates to the PA criteria for several drugs, due to new FDA as outlined above.

*BAP Comments*

*Concur: 0     Non-Concur: 0     Abstain: 0     Absent: 0*

### B. UPDATED MANUAL PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS IMPLEMENTATION PLAN

The P&T Committee recommended an effective date of 60 days after signing of the minutes for the drugs discussed above.

*BAP Comments*

*Concur: 0     Non-Concur: 0     Abstain: 0     Absent: 0*

## XVI. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR SAFETY INFORMATION

*P&T Comments*

### A. UPDATED PA CRITERIA FOR SAFETY INFORMATION—ORAL ONCOLOGIC AGENTS: OVARIAN CANCER—NIRAPARIB (ZEJULA)

In September 2022, the FDA label for Zejula was updated to remove the indication for the treatment of advanced ovarian, fallopian tube or primary peritoneal cancer in adults who have been treated with three or more prior chemotherapy regimens and who cancer is associated with homologous recombination deficiency (HRD) positive status defined by either a deleterious or suspected deleterious breast cancer susceptibility gene (BRCA) mutation, or genomic instability and who have progressed more than 6 months after response to the last platinum based chemotherapy. This was based on a consultation with the FDA and the totality of information from PARP inhibitors in late-line ovarian cancer which suggests a negative effect on overall survival.

### B. UPDATED PA CRITERIA FOR SAFETY INFORMATION—MANUAL PA CRITERIA AND IMPLEMENTATION PERIOD

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for Zejula removing the indication for treatment of advanced HRD positive ovarian after three or more lines of chemotherapy. Implementation will be effective the first Wednesday 60 days after signing of the minutes.

## XVII. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR SAFETY INFORMATION

*BAP Comments*

### A. UPDATED PA CRITERIA FOR UPDATED PA CRITERIA FOR SAFETY INFORMATION—ORAL ONCOLOGIC AGENTS: OVARIAN CANCER—NIRAPARIB (ZEJULA)

The P&T Committee recommended PA revisions as listed above.

*BAP Comments*

*Concur: 0      Non-Concur: 0      Abstain: 0      Absent: 0*

### B. Updated PA Criteria for Updated PA Criteria Safety Information Implementation Plan

The P&T Committee recommended the implementation plan as stated above.

*BAP Comments*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 748 of 980

AR1936

There were no comments or questions from the Panel.

*Concur: 0      Non-Concur: 0      Abstain: 0      Absent: 0*

# XVIII. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS

*P&T Comments*

## A. UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS

### a) Targeted Immunomodulatory Biologics: Tumor Necrosis Factor Inhibitors—adalimumab

**i. biosimilars to Humira**—Based on provider feedback, manual PA criteria were updated to allow use of Humira if a patient has an intolerance or contraindication to non-biologic systemic therapy.

Manual PA apply to all new and current users of biosimilar formulations of adalimumab

Manual PA Criteria: Biosimilar adalimumab is approved if all criteria are met:

- The provider acknowledges that the originator Humira formulation is preferred over biosimilar adalimumab formulations for the DoD
- The provide must document a patient-specific justification as to why the originator Humira formulation cannot be used in this patient: _____(write-in)

Non-FDA approved uses are not approved.
Prior Authorization does not expire.

**ii. adalimumab plaque psoriasis update**—MHS provider feedback relayed that it is now common practice to start Humira in patients with moderate to severe psoriasis who have failed topical treatments. The manual PA criteria were revised to allow use of Humira for plaque psoriasis if a patient has an inadequate response, intolerance, or contraindication to non-biologic systemic therapy, including methotrexate, aminosalicylates, corticosteroids, immunosuppressants (e.g., azathioprine, cyclosporine), acitretin or phototherapy.

### b) Insulins: Miscellaneous Insulin Devices—Omnipod, Omnipod Dash, Omnipod 5

Based on a MTF provider request, the manual PA criteria were updated to remove the current requirement of multiple daily injection therapy for six months for type 1

diabetics for all the Omnipod devices. However, the multiple daily injection therapy for six months requirement will remain for other diabetic patients for Omnipod and Omnipod Dash.

**B. UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS—UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION PERIOD**

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for biosimilar adalimumab, and Omnipod, Omnipod Dash, and Omnipod 5 in new users. Implementation will be effective the first Wednesday 60 days after signing of the minutes.

**XIX. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS**

*BAP Comments*

**A. UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS**

The P&T Committee recommended PA revisions as listed above.

*BAP Comments*

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

**B. UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS IMPLEMENTATION PERIOD**

The P&T Committee recommended PA Implementation Period as listed above.

*BAP Comments*

*Concur:*      *Non-Concur:*      *Abstain:*      *Absent:*

## XX.  UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR WEIGHT LOSS DRUGS

*P&T Comments*

### A.  UPDATED PA CRITERIA FOR WEIGHT LOSS DRUGS AND IMPLEMENTATION PERIOD

The weight loss drugs were evaluated for formulary status at the November 2017 P&T Committee Meeting. Since then, several updates to the PAs were recommended to account for expanded age ranges, recommendations from clinical practice guidelines as to the appropriate place in therapy, and to increase the initial approval period to account for dosage titration schedules.

Recent guidelines from the American Gastroenterological Association now recommend against the use of orlistat (Xenical), due to low efficacy and increased incidence of adverse effects. The ICER 2022 obesity report concluded that the fixed dose phentermine/topiramate ER (Qsymia) demonstrated greater weight loss than liraglutide (Saxenda) and bupropion/naltrexone (Contrave).

Specific requirements for Active Duty Service Members (ADSM) have referenced individual service polices for weight loss; there are inconsistences between the services. The recommendation from the Committee was to remove the service policy requirements, contingent on the Pharmacy Consultants coordinating the request with their respective Surgeons General.

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) updates to the manual PA criteria for the weight loss drugs in new users. Implementation will be effective the first Wednesday 60 days after signing of the minutes.

The specific PA updates are listed below:

a) **liraglutide (Saxenda)**—Multiple edits were made to the manual PA criteria for Saxenda. Patients are no longer required to have a trial of Xenical first, adolescents 16 to 17 years of age are no longer required to try phentermine first, and adolescents between the ages of 12 to 17 years of age must now try Qsymia first or have a contraindication to its use. The initial approval period for the PA was increased from four months to six months to allow for adequate time for dose titration.

b) **phentermine/ topiramate ER (Qsymia)**—The manual PA criteria were updated to include the new indication allowing use in children 12 to 17 years of age for weight management.

c) **semaglutide (Wegovy)**— The manual PA criteria were updated allowing for use in children 12 to 17 years of age per the current FDA label. Patients are no longer required to have a trial of Xenical first, and adolescents between the ages of 12 to 17 years of age must now try Qsymia first or have a contraindication to it. The initial

approval period for the PA was increased from four months to six months to allow for adequate time for dose titration.

## XXI.  UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR WEIGHT LOSS DRUGS AND IMPLEMENTATION PERIOD

*BAP Comments*

### A.  UPDATED PA CRITERIA FOR WEIGHT LOSS DRUGS AND IMPLEMENTATION PERIOD

The P&T Committee recommended PA revisions and an implementation of 60 days after signing of the minutes as listed above.

*BAP Comments*

*Concur:*        *Non-Concur:*        *Abstain:*        *Absent:*

## XXII.  SLEEP DISORDERS: WAKEFULNESS PROMOTING AGENT: SODIUM OXYBATE (XYREM) AUTHORIZED GENERIC PA CRITERIA

*P&T Comments*

The Sleep Disorders: Wakefulness Promoting Agents class was last reviewed in August 2020, and sodium oxybate (Xyrem) was designated as UF with a PA. Xyrem is indicated for treatment of narcolepsy with cataplexy. Prior authorization (PA) criteria for authorized generic sodium oxybate requiring a trial of Xyrem first were recommended.

**Authorized Generic PA Requirement for Xyrem and Implementation Period**
The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent), requiring brand Xyrem in all new and current users at all points of service, based on cost effectiveness. The prescriber will provide patient-specific justifications as to why brand Xyrem cannot be used over the authorized generic. The effective date will be the first Wednesday 60-days after signing of the minutes. The "brand over authorized generic" requirement will be removed administratively when it is no longer cost-effective compared to AB-rated generics

## XXIII. SLEEP DISORDERS: WAKEFULNESS PROMOTING AGENT: SODIUM OXYBATE (XYREM) AUTHORIZED GENERIC PA CRITERIA

### BAP Comments

The P&T Committee recommended authorized generic PA criteria for Xyrem, and Implementation Period as outlined above.

### BAP Comments

*Concur:*          *Non-Concur:*          *Abstain:*          *Absent:*

# DEPARTMENT OF DEFENSE
## PHARMACY AND THERAPEUTICS COMMITTEE

## MINUTES AND RECOMMENDATIONS
### May 2023

I. **CONVENING**

The Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee convened at 0830 hours on May 3rd and 4th, 2023.

II. **ATTENDANCE**

The attendance roster is listed in Appendix A.

**A. Approval of February 2023 Minutes**—Dr. Brian Lein, Assistant Director, Healthcare Administration, DHA, approved the minutes from the February 2023 DoD P&T Committee meeting on May 1, 2023.

**B. Clarification of previous meeting minutes**

1. **February 2023**

- **Weight Loss Drugs PA updates: Prescribing weight loss drugs for Active-Duty Service Members (ADSM)**—Several updates were made to the prior authorization (PA) criteria for the weight loss drugs. A memo from Dr. Lein has clarified when prescribing weight loss medications for ADSM that providers must continue to follow Military Department-specific policies that set the requirements for participation in weight loss programs. The memo also clarifies that the service-specific policies have not been removed by these PA changes. See Appendix J.

- **Luteinizing Hormone Releasing-Hormone (LHRH) Agents**—The quantity limit (QL) for leuprolide acetate depot injection (unbranded) was clarified as 1 kit per fill, similar to the other LHRH agents.

- **Rapid Acting Insulin Agents**—A PA was included on the Humalog Tempo Pen requiring a trial of the Humalog Kwikpen.

- **Androgens-Anabolic Steroids: Testosterone Replacement Therapies**—It was clarified that the PA criteria for the renewal include both the patient who has had a positive response to therapy AND the risks of continued therapy do not outweigh the benefits. Previously it was listed as OR. Additionally, the implementation for the Testosterone Replacement Therapies was moved from July 5th to July 12th due to the holiday.

2. **August 2022**

- **Atopy Agents—dupilumab (Dupixent)**—The requirement for a trial of phototherapy or topical calcineurin inhibitors in children will be removed from the PA, because these treatments are not FDA-approved for this age range.

## III. REQUIREMENTS

All clinical and cost evaluations for new drugs, including newly approved drugs reviewed according to 32 Code of Federal Regulations (CFR) 199.21(g)(5), and full drug class reviews included, but were not limited to, the requirements stated in 32 CFR 199.21(e)(1) and (g)(5). All completely excluded pharmaceutical agents (Tier 4 (complete exclusion)) were reviewed for clinical and cost-effectiveness in accordance with 32 CFR 199.21(e)(3). When applicable, patient-oriented outcomes are assessed. All uniform formulary (UF), basic core formulary (BCF), nonformulary (NF), and completely excluded pharmaceutical agent recommendations considered the conclusions from the relative clinical effectiveness and relative cost-effectiveness determinations, and other relevant factors including those outlined in Section 702 of the National Defense Authorization Act (NDAA) for fiscal year (FY) 2018, permanently codified at 10 USC 1074g (a)(10). Medical Necessity (MN) criteria were based on the clinical and cost evaluations and the conditions for establishing MN for a NF medication.

NF medications are generally restricted to the mail order program pursuant to 10 USC 1074g (a)(5) and 32 CFR 199.21(h)(3)(i) and (ii). Additionally, the Expanded Military Treatment Facility (MTF)/Mail Pharmacy Initiative (EMMPI) implements 10 USC 1074g (a)(9), added by Section 702(c)(2) of the NDAA 2015, which requires beneficiaries generally fill non-generic prescription maintenance medications at MTFs or the national mail order pharmacy.

## IV. UF DRUG CLASS REVIEWS

### A. Antilipidemics-1—Proprotein Convertase Subtilisin/Kexin Type 9 (PCSK9) Inhibitors

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the PCSK9 inhibitors, which reduce low density lipoprotein cholesterol (LDL-C). The two drugs in the class include alirocumab (Praluent) and evolocumab (Repatha). The PCSK9 inhibitors were previously reviewed for formulary status in November 2016 based on trials demonstrating reduction in LDL-C. Since then, two large cardiovascular outcomes studies have been published.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 0 absent) the following:

*Efficacy*

- Both alirocumab (Praluent) and evolocumab (Repatha) are injectable nonstatin therapies that provide significant reductions in LDL-C, ranging from 45% to 65%.

- In addition to lowering LDL-C, both PCSK9 inhibitors reduce major adverse cardiovascular events when used as secondary prevention, based on data from the ODYSSEY OUTCOMES trial with alirocumab, and the FOURIER trial with evolocumab.

- The drugs are FDA-approved for patients with established cardiovascular disease (CVD) to reduce the risk of myocardial infarction (MI), stroke and

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 755 of 980
AR1943

coronary revascularization (for Repatha) or to reduce the risk of MI, stroke and unstable angina requiring hospitalization (for Praluent).

- There is conflicting data between the FOURIER and ODYSSEY OUTCOMES trials with regard to effects on risk of cardiovascular (CV) death and all-cause death.

- The full mortality benefits of PCSK9s inhibitors are unknown due to early study termination.

*Guidelines*

- Recent updated guidance for nonstatins from the 2022 American College of Cardiology Expert Consensus Decision Pathway continue to support use of high intensity statins first-line for adults with atherosclerotic cardiovascular disease (ASCVD). The high intensity statins include atorvastatin 40 mg and 80 mg, and rosuvastatin 20 mg and 40 mg.

- PCSK9 inhibitors either alone or with ezetimibe can be considered in patients receiving maximally tolerated statin therapy who require a greater than 50% reduction in LDL-C.

- PCSK9 inhibitors may be considered for patients with clinical ASCVD at very high risk for future ASCVD events and who require a greater than 25% additional LDL lowering. Patients at very high risk for future ASCVD events include those with a history of major ASCVD events (i.e., recent acute coronary syndrome within the past 12 months, prior MI, prior ischemic stroke or symptomatic peripheral arterial disease), or those with one major ASCVD event and who have multiple high-risk conditions (e.g., age older than 65 years, heterozygous familial hypercholesterolemia, prior coronary revascularization, diabetes mellitus, hypertension, chronic kidney disease, current smoking, LDL-C > 100 mg/dL despite maximal statin therapy and history of chronic heart failure).

- The decision pathway now recommends lower LDL-C thresholds for starting nonstatin therapy, based on clinical status.

  o For patients with ASCVD at very high risk of future ASCVD events, the threshold for starting a nonstatin is an LDL-C > 55 mg/dL.

  o For patients with ASCVD not at very high risk of future ASCVD events, the threshold for starting a nonstatin is an LDL-C of > 70 mg/dL.

*Safety*

- Overall, the PCSK9 inhibitors are well tolerated, with injection site reactions reported most commonly. Alirocumab is associated with significantly more injection site reactions than evolocumab, based on systematic review and network meta-analysis.

- No major differences are seen between the PCSK9 inhibitors with regard to discontinuations due to adverse effects.

*Other Factors*

- *Other nonstatins:* The results of a CV outcomes trial (CLEAR OUTCOMES) with bempedoic acid (Nexletol, Nexlizet) were recently published. CV outcomes trials are currently ongoing with inclisiran (Leqvio injection), which is available under the TRICARE medical benefit.

- Both PCSK9 inhibitors are indicated for treating homozygous familial hypercholesterolemia (HoFH) and heterozygous familiar hypercholesterolemia (HeFH), which are rare genetic conditions causing highly elevated LDL-C levels. Repatha is indicated for patients as young as 10 years of age with HoFH or HeFH, while Praluent is only labeled for use in adults.

- Repatha is available in a prefilled syringe, autoinjector, and an on-body infusor (Pushtronex), while Praluent is solely available in an autoinjector.

*Overall Clinical Effectiveness Conclusion*

- Although head-to-head trials are not available, the two PCSK9 inhibitors are highly therapeutically interchangeable, systematic reviews and network meta-analyses.

- At least one PCSK9 inhibitor is required on the formulary to meet the needs of MHS beneficiaries.

*Relative Cost Effectiveness Analysis and Conclusion*—A cost minimization analysis (CMA), budget impact analysis (BIA) and sensitivity analysis were performed. The P&T Committee concluded (17 for, 0 opposed, 0 abstained, 1 absent) the following:

- CMA results showed that evolocumab (Repatha) is more cost effective than alirocumab (Praluent).

- BIA was performed to evaluate the potential impact of designating the PCSK9 inhibitors as UF, NF, or completely excluded from the formulary. BIA results showed that designating evolocumab (Repatha) as UF and step-preferred and alirocumab (Praluent) as UF and non-step-preferred demonstrated significant cost avoidance to the MHS.

    1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) maintaining the current formulary status for the PCSK9 inhibitors.

- UF and step-preferred
  - evolocumab (Repatha)
- UF and non-step-preferred
  - alirocumab (Praluent)
  - Note that as part of the formulary recommendation for Praluent, a trial of Repatha is required first.
- NF
  - None
- Complete exclusion
  - None

2. **COMMITTEE ACTION: MANUAL PA CRITERIA**—PA criteria have been in place for the PCSK9 inhibitors since market entrance in 2015. In general, the following are currently required: specialist prescribing by a cardiologist; a trial of both high intensity atorvastatin and rosuvastatin, or if the patient is not on a high-intensity statin, they must be on ezetimibe plus a lower intensity statin, unless statin intolerance is documented; and renewal criteria are required after one year. Additionally, a trial of Repatha is required before Praluent.

   The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) the following changes to the criteria for new users. Reducing the requirement to try both high intensity atorvastatin and rosuvastatin to a trial of one high intensity statin and removing the requirement for specialist prescribing. Updates to the threshold LDL-C for patients with ASCVD were made, based on the ACC Expert Consensus Decision Pathway. Lastly, the requirement for renewal criteria was removed, and the PA will not expire. See Appendix C for the full criteria.

3. **COMMITTEE ACTION: QUANTITY LIMITS (QLs)**—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) maintaining the current QLs for the PCSK9 inhibitors. See Appendix D.

4. **COMMITTEE ACTION: EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM REQUIREMENTS**—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) maintaining Repatha and Praluent on the EMMPI program.

5. **COMMITTEE ACTION: UF, PA, QL, EMMPI and IMPLEMENTATION PERIOD**— The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first

Wednesday 30 days after signing of the minutes in all points of service. See Appendix G for the actual implementation date.

## B. Ophthalmic—Dry Eye Agents

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the Ophthalmic Dry Eye Agents, which are used to treat keratoconjunctivitis sicca (dry eye disease) and vernal keratoconjunctivitis (VKC). The class is comprised of 4 formulations containing differing concentrations of cyclosporine [0.05% ophthalmic emulsion unit dose and multidose (Restasis, Restasis Multidose), 0.09% ophthalmic solution (Cequa), and 0.1% ophthalmic emulsion (Verkazia)], lifitegrast 5% ophthalmic solution (Xiidra), loteprednol 0.25% ophthalmic suspension (Eysuvis), and varenicline nasal solution (Tyrvaya). Restasis and Xiidra were previously reviewed for formulary status in February 2018, while the remaining drugs were reviewed individually as new drugs.

All the drugs are indicated for dry eye disease, except for Verkazia, which is only indicated for VKC.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 0 absent) the following:

### Clinical Practice Guidelines

#### Dry Eye Disease

- The 2018 American Academy of Ophthalmology Preferred Practice Pattern (AAO PPP), and the 2017 Tear Film and Ocular Surface Society International Dry Eye Workshop II (TFOS DEWS II) recommend a stepwise treatment approach based on disease severity, and do not favor one product over another.

  o Ocular lubricants (e.g., artificial tears) are recommended as first-line (Step 1) treatments for dry eye disease, along with education, environmental changes, and eyelid hygiene.

  o Second-line (Step 2) treatments include cyclosporine, lifitegrast, or short course low-dose ophthalmic steroids (e.g., prednisolone, loteprednol).

  o The guidelines have not yet been updated to include the newer agents Cequa, Tyrvaya, or Eysuvis.

#### Vernal Keratoconjunctivitis (VKC)

- VKC is a rare disease causing severe ocular inflammation which can lead to corneal scarring and vision loss. It most commonly occurs in pediatric males living in warm, dry subtropical climates.

- The 2018 AAO PPP guidelines for VKC recommend a stepwise treatment approach based on disease severity, along with cool compresses and ocular lubricants.

  o Mild disease can be treated with ocular mast cell stabilizers (e.g., azelastine, olopatadine) and antihistamines, followed by topical corticosteroids for moderate disease severity, with severe disease requiring

treatment with the immunomodulatory therapies (cyclosporine and tacrolimus).

*Efficacy*

- There are no direct comparative studies between Restasis, Xiidra, Cequa, Tyrvaya, and Eysuvis for treatment of dry eye disease.

- *Dry Eye Disease:* A 2022 abstract from the Association for the Research in Vision and Ophthalmology (ARVO) Annual Meeting indirectly compared Cequa, Restasis, and Xiidra. There were no significant differences between the products with regard to patient subjective improvement, objective tests (Schirmer's tear test and tear osmolarity) and side effects. Limitations to this analysis include the retrospective study design and small sample size.

- *VKC*: No direct comparative data is available between Verkazia and lower dose cyclosporine agents for VKC treatment; however, the 2018 AAO PPP guidelines state that cyclosporine 0.05% is an appropriate option for treatment and has been effective in preventing seasonal recurrences.

*Safety*

- Ocular stinging and burning are common adverse effects with all the products. Unique safety features include the following:

  o Xiidra can cause dysgeusia.

  o Eysuvis carries warnings of delayed healing, intraocular pressure increase, cataracts, and risk of bacterial, viral, and fungal infections

  o Tyrvaya as a nasal spray has unique nasal symptoms including nasal irritation, coughing, and sneezing.

*Individual Product Characteristics*

- **cyclosporine 0.05% (Restasis)** has a well-established efficacy and safety profile. Full clinical response may take 3 to 6 months to occur. The unit-dose formulation is now available as a generic product, while the multi-dose formulation is still branded. Ocular burning and stinging are the most commonly reported adverse effects. MHS providers agreed that generic Restasis can be trialed before other dry eye agents.

- **cyclosporine 0.09% (Cequa)** provides a higher strength of cyclosporine but does not show compelling clinical benefits over Restasis or Xiidra.

- **cyclosporine 0.1% (Verkazia)** is a higher strength cyclosporine formulation specifically indicated to treat VKC.

  o Clinical trial data and guidelines (2018 AAO PPP) support efficacy of lower-strength cyclosporine formulations for treatment of severe VKC.

  o MHS providers agreed that a trial with other cyclosporine strengths is appropriate, and Verkazia should be reserved for severe VKC cases.

- **lifitegrast (Xiidra)** offers a different mechanism of action and potentially a faster onset of action compared to Restasis (as early as 2 weeks, with peak effect at 12 weeks vs. 6 months with cyclosporine), but there are no significantly compelling clinical benefits of Xiidra over Restasis.

- **loteprednol 0.25% (Eysuvis)** is currently the only loteprednol formulation to carry the FDA indication for short-term treatment of dry eye disease. However, guidelines (2018 AAO PPP and 2017 TFOS DEWS II) and MHS providers support the use of alternative loteprednol formulations, as well as other low-dose steroids for effective treatment. Ophthalmic steroids should only be used for short-term periods due to the risk of corneal perforation and increased ocular pressure. Eysuvis provides little-to-no clinical benefit over other ophthalmic steroid products. Note that loteprednol 0.2% (Alrex) and loteprednol 0.5% (Lotemax) and several other ophthalmic steroids are on the UF.

- **varenicline nasal spray (Tyrvaya)** has a unique mechanism of action using the parasympathetic pathway to increase tear production and does not cause ocular burning. However, Tyrvaya does not correct the underlying ocular inflammation. Sneezing, coughing and throat irritation can occur. MHS providers recommend a trial OTC artificial tears and generic cyclosporine or Xiidra first, before Tyrvaya. Its place in therapy remains unclear, and long-term benefit has not been determined.

*Overall Clinical Conclusion*

- In order to meet the needs of MHS patients, at least one ophthalmic immunomodulatory agent is needed to treat the majority of patients with dry eye disease and VKC.


*Relative Cost Effectiveness Analysis and Conclusion*—The Committee reviewed the solicited bids from manufacturers and conducted a CMA, BIA, and sensitivity analysis. The P&T Committee concluded (17 for, 0 opposed, 0 abstained, 1 absent) the following:

- CMA results showed that cyclosporine 0.05% (Restasis and Restasis MultiDose), lifitegrast 5% (Xiidra), cyclosporine 0.09% (Cequa), varenicline nasal spray (Tyrvaya), and cyclosporine 0.1% (Verkazia) were cost effective, and that loteprednol 0.25% (Eysuvis) was not cost effective.

- A BIA and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary, NF, or completely excluded on the UF. BIA results showed that designating cyclosporine 0.05% (Restasis and Restasis MultiDose), lifitegrast 5% (Xiidra), and cyclosporine 0.09% (Cequa) as UF, with varenicline nasal spray (Tyrvaya) and cyclosporine 0.1% (Verkazia) as NF, and loteprednol 0.25% (Eysuvis) as completely excluded, demonstrated the greatest cost avoidance for the MHS.

1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) the following:

- UF
    - cyclosporine 0.05% ophthalmic emulsion unit dose (Restasis, generics)
        - Note that as part of the formulary recommendation the current Tier 1 copay for brand Restasis unit dose was removed; the Tier 2 copay will now apply to branded Restasis.
    - cyclosporine 0.05% ophthalmic emulsion multidose (Restasis Multidose)
    - cyclosporine 0.09% ophthalmic solution (Cequa) – *moves from NF to UF*
    - lifitegrast 5% ophthalmic solution (Xiidra)
- NF
    - cyclosporine 0.1% ophthalmic emulsion (Verkazia)
    - varenicline nasal solution (Tyrvaya)
- Complete exclusion
    - loteprednol etabonate 0.25% ophthalmic solution (Eysuvis) – *moves from NF to complete exclusion*

2. ***COMMITTEE ACTION: MANUAL PA CRITERIA***—PA criteria has applied to all the products in the class since they were first reviewed individually for formulary status. In general, the following are required: specialist prescribing, a trial of two OTC lubricants (including preservative-free products), objective testing to confirm the diagnosis of dry eye disease or VKC, and renewal criteria, as the PAs expire in one year. Off-label use of Restasis is allowed for several conditions, including VKC.

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) the following changes to the PAs for new patients. For generic Restasis unit dose, Restasis Multidose, Cequa and Xiidra, the current 18 year age restriction and renewal criteria will be removed. For Restasis Multidose, Cequa and Xiidra, a 3-month trial of generic Restasis unitdose will now be required for dry eye disease. Cequa will also be authorized for patients with VKC without requiring a trial of Restasis first. For Verkazia, a trial of Restasis or Cequa is required.

There were no changes to the current PA criteria for Tyrvaya, which requires trial of Restasis or Xiidra first. See Appendix C for the full criteria.

3. ***COMMITTEE ACTION: MEDICAL NECESSITY (MN) CRITERIA***— The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) maintaining the MN criteria currently in place for Tyrvaya and

updating the MN criteria for Verkazia to require a trial of Cequa in addition to Restasis. See Appendix B for the full criteria.

4. ***COMMITTEE ACTION: EXPANDED MTF/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM REQUIREMENTS***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) maintaining branded Restasis, Tyrvaya, and Verkazia on the EMMPI program and removing Xiidra and Cequa from the EMMPI program.

5. ***COMMITTEE ACTION: MAIL ORDER AUTO-REFILL REQUIREMENTS***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) excluding Restasis, Cequa, Xiidra, Verkazia and Tryvaya from the Auto-Refill program at the TRICARE Mail Order Pharmacy.

6. ***COMMITTEE ACTION: UF, MN, PA, EMMPI and AUTO-REFILL PROGRAM IMPLEMENTATION PERIOD***—The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) an effective date of the first Wednesday 60 days after signing of the minutes in all points of service for Restasis, Cequa, Xiidra, Verkazia, and Tryvaya, and an effective date of the first Wednesday 120 days after signing of the minutes in all points of service for Eysuvis. DHA will send letters to patients affected by the complete exclusion status of Eysuvis. See Appendix G for the actual implementation date.

## V. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

The products were divided into two groups when presented at the P&T Committee meeting. The generic names are provided below. Group 1 included Krazati, Atorvaliq, Orserdu, Rezvoglar, Konvomep, Stimufend, and Jaypirca; Group 2 was comprised of Amjevita, Altuviiio, Filspari, Pradaxa, Daybue, and Tezspire.

*Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions*—The P&T Committee agreed (for both group 1 and group 2: 17 for, 0 opposed, 0 abstained, 1 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5). See Appendix E for the complete list of newly approved drugs reviewed at the May 2023 P&T Committee meeting, a brief summary of their clinical attributes, and their formulary recommendations; see Appendix F for their restriction to or exemption from the Mail Order Pharmacy.

1. ***COMMITTEE ACTION: UF RECOMMENDATION***—The P&T Committee recommended (for group 1 and group 2: 17 for, 0 opposed, 0 abstained, 1 absent) the following:

   - UF

- adagrasib (Krazati) – Oncological agent for advanced or metastatic non-small cell lung cancer
- antihemophilic factor (recombinant), Fc-VWF-XTEN fusion protein-ehtl vial (Altuviiio) – Antihemophilic Factors
- elacestrant (Orserdu) – Oncological agent for breast cancer
- omeprazole and sodium bicarbonate 2 mg/mL oral suspension (Konvomep) – Proton Pump Inhibitors
- pegfilgrastim-fpgk injection (Stimufend) – White Blood Cell Stimulants: pegfilgrastims
- pirtobrutinib (Jaypirca) – Oncological agent for relapsed or refractory mantle cell lymphoma
- sparsentan (Filspari) – Nephrology Miscellaneous Agent for immunoglobulin A nephropathy
- tezepelumab-ekko autoinjector (Tezspire) – Atopy Agent for add on maintenance severe asthma treatment
- trofinetide 200 mg/mL oral solution (Daybue) – Neurological Miscellaneous Agent for treatment of Rett syndrome

- NF
  - adalimumab-atto injection (Amjevita) – Targeted Immunomodulatory Biologics (TIBS); Humira biosimilar
  - atorvastatin 20 mg/5 mL oral suspension (Atorvaliq) – Antilipidemics-1 agents
  - dabigatran oral pellet packets (Pradaxa pellets) – Direct Acting Oral Anticoagulant for treatment of venous thromboembolism (VTE) in pediatric patients aged 3 months to less than 12 years
  - insulin glargine KwikPen (Rezvoglar) – Basal Insulins; Lantus biosimilar

- Tier 4 (complete exclusion) - None

2. **COMMITTEE ACTION:  MN CRITERIA**—The P&T Committee recommended (for group 1 and group 2:  17 for, 0 opposed, 0 abstained, 1 absent) MN criteria for Amjevita, Atorvaliq, Pradaxa and Rezvoglar. See Appendix B for the full criteria.

3. **COMMITTEE ACTION:  PA CRITERIA**—The P&T Committee recommended (for both group 1 and group 2:  17 for, 0 opposed, 0 abstained, 1 absent) the following PA criteria (see Appendix C for the full criteria):

- Applying manual PA criteria to new users of the Amjevita (the biosimilar to Humira), similar to what is required for all non-step-preferred TIBs. A trial of brand Humira is required first before the biosimilar in new users.

- Oncologic drugs: Applying manual PA criteria to new users of Krazati, Jaypirca, and Orserdu.

- Applying manual PA criteria to new users of Atorvaliq oral suspension, Pradaxa oral pellets, Filspari, Rezvoglar, Konvomep oral suspension, Daybue oral solution, and Tezspire injection.

- Applying manual PA criteria to Stimufend, similar to what is in place for the other non-step-preferred pegfilgrastims. New patients receiving Stimufend or one of the other non-step-preferred pegfilgrastims (Neulasta, Neulasta Onpro, and Ziextenzo) will be required to have a trial of Nyvepria, Udenyca or Fulphila first.

4. ***COMMITTEE ACTION:  QUANTITY LIMITS (QLs)***—The P&T Committee recommended (for group 1:  16 for, 1 opposed, 0 abstained, 1 absent; and for group 2:  17 for, 0 opposed, 0 abstained, 1 absent) QLs for Krazati, Orserdu, Jaypirca, Amjevita, Altuviiio, Daybue, and Tezspire. See Appendix D for the QLs.

5. ***COMMITTEE ACTION:  EMMPI PROGRAM***—The P&T Committee recommended (for group 1 and group 2: 17 for, 0 opposed, 0 abstain, 1 absent)) adding or exempting the drugs listed in Appendix F to/from the Select Maintenance List (EMMPI List) for the reasons outlined in the table. Note that the Add/Do Not Add recommendations listed in Appendix F pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement.

6. ***COMMITTEE ACTION:  UF, MN, PA, QL, and EMMPI IMPLEMENTATION PERIOD***—The P&T Committee recommended (for group 1 and group 2: 17 for, 0 opposed, 0 abstain, 1 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status**: An effective date of the first Wednesday two weeks after signing of the minutes in all points of service; see Appendix G.


## VI.  UTILIZATION MANAGEMENT

### A.  PA and MN Criteria

1.  **New Manual PA Criteria**

a)  **Gastrointestinal-2 Agents—sacrosidase oral solution (Sucraid)—**Sucraid is approved to treat patients with Congenital Sucrase-Isomaltase Deficiency (CSID).

Sucraid was identified as a high-cost, specialty medication with increasing utilization. Many commercial health plans require PA for Sucraid, and MTF providers support the addition of a prior authorization restricting it to its FDA-approved indication.

> ***COMMITTEE ACTION: SACROSIDASE ORAL SOLUTION (SUCRAID)—NEW PA CRITERIA AND IMPLEMENTATION PERIOD—***The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) manual PA criteria in new and current users of Sucraid, limiting use to patients who have a CSID diagnosis and symptoms. The new PA will become effective the first Wednesday 60 days after the signing of the minutes, and DHA will send letters to affected patients. See Appendix C for the full criteria.

**b) Thyroid Agents—**levothyroxine sodium capsule (Tirosint)—Tirosint is a formulation that does not contain some common excipients (e.g., dyes, gluten, etc.) found in other levothyroxine formulations. However, Tirosint is not cost-effective relative to generic levothyroxine tablets or Synthroid. MTF providers support the addition of a prior authorization, to encourage use of more cost-effective levothyroxine formulations.

> ***COMMITTEE ACTION: LEVOTHYROXINE SODIUM CAPSULES (TIROSINT)—NEW PA CRITERIA AND IMPLEMENTATION PERIOD—***The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) manual PA criteria in new users of Tirosint capsules requiring a trial or contraindication to generic levothyroxine tablets or Synthroid first. The new PA will become effective the first Wednesday 60 days after the signing of the minutes. See Appendix C for the full criteria.

## 2. Updated PA Criteria for New FDA-Approved Indications

The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) updates to the PA criteria for several drugs, due to new FDA-approved indications and expanded age ranges. The updated PA criteria outlined below will apply to new users. See Appendix C for full criteria.

**a) Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)—abrocitinib (Cibinqo)—**The manual PA criteria were updated to include the new expanded age indication for adolescents with refractory, moderate-to-severe atopic dermatitis. Cibinqo is now approved for patients 12 years of age and older. In addition, the new PA criteria were edited to allow for pediatric patients to try and fail, have a contraindication to, or intolerability to any topical corticosteroid (as opposed to a high potency topical corticosteroid).

b) **Breast Cancer Agents: Cyclin-Dependent Kinase (CDK) Inhibitors—abemaciclib (Verzenio)**—The manual PA criteria were updated to remove the requirement for patients to have a high Ki-67 score.

c) **Corticosteroid-Immune Modulators for Hereditary Angioedema (HAE) Prophylaxis—lanadelumab (Takhzyro)**—Expands the HAE prophylaxis indication to include patients 2 years of age and older.

d) **Immunological Agents Miscellaneous: Oral Agents**—house dust mite allergen extract (Odactra)—Manual PA criteria were updated to reflect the expanded pediatric age indication.  Odactra is now approved for patients ranging from 12 to 65 years of age.

e) **Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors—zanubrutinib (Brukinsa)**—A new indication was added for the treatment of chronic lymphocytic leukemia (CLL) or small lymphocytic lymphoma (SLL) in adults.

f) **Oncological Agents—tucatinib (Tukysa)**—The manual PA criteria were updated for Tukysa to allow for use in combination with trastuzumab for the treatment of RAS wild-type, HER2-positive, unresectable, or metastatic colorectal cancer in adults that has progressed following treatment with fluoropyrimidine-, oxaliplatin-, and irinotecan-based chemotherapy.

g) **Therapeutic Continuous Glucose Monitoring Systems (CGMS)—Freestyle Libre 2 and 3**—The Freestyle Libre 2 and 3 systems are now approved for use in pregnant patients.  The manual PA criteria were updated to change the requirement that patient had a diagnosis of "type 1 or type 2 diabetes" to a requirement that patients just have a diagnosis of "diabetes".  Patients will still need to meet all additional PA requirements as last specified at the November 2022 meeting.

> ***COMMITTEE ACTION:  UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION PERIOD***—The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) updates to the manual PA criteria for Brukinsa, Odactra, Takhzyro, Tukysa, Cibinqo, Verzenio and Freestyle Libre 2 and 3 in new users.  Implementation will be effective the first Wednesday 60 days after the signing of the minutes.  See Appendix C for the full criteria.

3. **Updated PA Criteria and/or Medical Necessity Criteria for Reasons other than New Indications**

a) **Antipsychotic Agents: Atypical—olanzapine/samidorphan (Lybalvi)**—Lybalvi was reviewed as an innovator at the November 2021 meeting and designated non-formulary with a PA.  Although Lybalvi was associated with approximately 5 pounds less weight gain than olanzapine alone, several other options are available to mitigate antipsychotic-induced weight gain, including choosing a different antipsychotic (e.g., aripiprazole and ziprasidone) or adding on metformin.  The

P&T Committee recommended clarifying the PA criteria to include these other options. In addition, the medical necessity criteria were changed to require a trial of four formulary agents including one olanzapine containing product (i.e., olanzapine or olanzapine/fluoxetine) and aripiprazole, ziprasidone, and lurasidone.

b) **Non-Insulin Diabetes Drugs: Glucagon-Like Peptide-1 Receptor Agonists (GLP1RAs)—liraglutide (Victoza) and exenatide once weekly (Bydureon BCise)—**Dulaglutide (Trulicity) is the DoD's preferred GLP1RA, and it was previously only indicated for adults. Victoza and Bydureon BCise are indicated for patients as young as 10 years of age. The Victoza and Bydureon BCise PAs currently bypass the requirement to try Trulicity first in pediatric patients. The Trulicity package label was recently updated to allow for use in children 10 years of age and older, based on the results of a clinical trial. The P&T Committee recommended removing both the PA and MN criteria that allow the bypass of a trial of Trulicity first for pediatric patients with prescriptions for Victoza and Bydureon BCise.

c) **Oncological Agents: Lung Cancer—sotorasib (Lumakras)—**Previously, Lumakras had only been available as a 120 mg tablet. In order to get the recommended dose of 960 mg, a patient needed to take eight tablets. A new 320 mg tablet is now available which only requires a patient to take three tablets, but it is significantly less cost-effective than the 120 mg formulation. Both the 120 mg and 320 mg tablets can be dispersed in 4 ounces of water for patients who have swallowing difficulties. MTF provider feedback supports the addition of prior authorization criteria preferring the Lumakras 120 mg tablets over the 320 mg tablets.

> **COMMITTEE ACTION: UPDATED MANUAL PA CRITERIA, MEDICAL NECESSITY CRITERIA, AND IMPLEMENTATION PERIOD—**The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) updates to the manual PA criteria and medical necessity criteria for olanzapine/samidorphan (Lybalvi), liraglutide (Victoza), and exenatide (Bydureon BCISE) in new users, and updates to the manual PA criteria for new users of sotorasib (Lumakras) 320 mg tablets. Implementation will be effective the first Wednesday 60 days after signing of the minutes. See Appendix B and Appendix C for the full criteria.

d) **Targeted Immunomodulatory Biologics (TIBs): Tumor Necrosis Factor (TNF) Inhibitors Agents—adalimumab (Humira)—**The PA criteria for Humira were updated to allow for approval if the prescriber specialty is Rheumatology. Humira is a high value medication, and the inclusion of this new PA criteria enables rheumatologists, who possess advanced training and certification, to prescribe Humira without having to complete a PA. This change will also encourage appropriate use of this preferred product.

> **COMMITTEE ACTION: ADALIMUMAB (HUMIRA)—NEW PA CRITERIA AND IMPLEMENTATION PERIOD—**The P&T Committee

recommended (16 for, 0 opposed, 0 abstained, 2 absent) updated manual PA criteria in new users of Humira allowing for PA approval if the prescriber is a rheumatologist. The new PA will become effective the first Wednesday 30 days after the signing of the minutes. See Appendix C for the full criteria.

5. **Removal of PA**

a) **Diabetes Non-Insulin: Thiazolidinediones (TZDs) and Dipeptidyl Peptidase-4 inhibitors (DPP-4s)—** Several diabetes drug classes are available on the formulary, and new products are now recommended first-line in addition to metformin, including the GLP1RAs (e.g., Trulicity) and SGLT-2 inhibitors (e.g., Jardiance). However, older classes still play a role in lowering glucose levels. The American Diabetes Association 2023 guidelines includes guidance for using the TZDs and DPP-4 inhibitors before metformin.

The UF preferred TZD pioglitazone and UF preferred DPP-4 inhibitor sitagliptin and their combination products are cost-effective, with high PA approval rates. Additionally, the TZDs and DPP-4 inhibitors have a low likelihood for off-label use (in contrast to the GLP1RAs.) The P&T Committee recommended removing the PA requirements for the UF TZD and DDP-4 inhibitors. PA will still remain for the NF, non-step-preferred TZD (e.g., rosiglitazone) and DPP-4 inhibitors (e.g., linagliptin, saxagliptin).

> ***COMMITTEE ACTION: REMOVAL OF PA CRITERIA AND IMPLEMENTATION PLAN—***The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) removing the PA criteria for pioglitazone (Actos), pioglitazone/metformin (Actoplus Met), pioglitazone/glimepiride (Duetact), sitagliptin (Januvia), and sitagliptin/metformin (Janumet, Janumet XR). Implementation will be effective the first Wednesday 2 weeks after signing of the minutes.

B. **Line Extensions**

The P&T Committee clarified the formulary status for seven product line extensions by the original manufacturer. Line extensions have the same FDA indications as the "parent" drug and retain the same formulary and copayment status as the "parent" drug.

a) **Atopy Agents—**designating mepolizumab (Nucala) 40 mg prefilled syringe with the same formulary status (UF), PA, QL, Specialty program, and EMMPI status as the parent Nucala 100 mg syringe.

b) **Hematological Agents: Sickle Cell Anemia Agents—**designating voxelotor (Oxbryta) 300 mg tablets with the same formulary status (UF), PA and Specialty status as the parent Oxbryta 300 mg tablets for oral suspension.

c) **Laxatives-Cathartics-Stool Softeners: Bowel Preparations—**designating Na picosulfate, MgO, anhydrous citric acid (Clenpiq) 10 mg-3.5 g-12 g/175 mL with the same formulary status (UF) as the parent Clenpiq 10 mg-3.5 g-12 g/160 mL.

d) **Leukemia and Lymphoma: Bruton Tyrosine Kinase (BTK) Inhibitors—** designating ibrutinib (Imbruvica) oral suspension with the same formulary status (UF), PA, QL, and Specialty status as the parent Imbruvica capsules.

e) **Oncological Agents—**designating pexidartinib (Turalio) 125 mg capsule with the same formulary status (UF), PA, QL, and Specialty program status as the parent Turalio 200 mg capsules.

f) **Oncological Agents: Second-Generation Antiandrogens—**designating apalutamide (Erleada) 240 mg tablet with the same formulary status (UF, non-step preferred), PA, QL, and Specialty program status as the parent Erleada 60 mg tablets.

g) **Pulmonary Arterial Hypertension (PAH) Agents: Prostacyclins—**designating treprostinil extended-release (Orenitram ER) 1, 2, and 3 month titration packs with the same formulary status (UF), PA and Specialty program status as the parent Orenitram ER tablets.

> ***COMMITTEE ACTION: LINE EXTENSION, FORMULARY STATUS CLARIFICATION, AND IMPLEMENTATION PERIOD—*** The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) the formulary, QL, PA, Specialty program, and EMMPI status of the line extension products, as outlined above. Implementation will occur the first Wednesday two weeks after signing of the minutes.

## VII. BRAND OVER GENERIC AUTHORIZATION AND TIER 1 COPAY FOR FLUTICASONE/SALMETEROL (ADVAIR HFA), LENALIDOMIDE (REVLIMID) AND TOPIRAMATE ER (TROKENDI XR)

The Committee evaluated drugs from 3 classes that are currently UF:

- Pulmonary Is: Inhaled Corticosteroid/Long-Acting Beta Agonist Inhalers— fluticasone/salmeterol HFA inhaler (Advair HFA)

- Oncological Agents: Multiple Myeloma—lenalidomide (Revlimid)

- Anticonvulsant-Anti Mania Agents—topiramate ER (Trokendi XR)

AB-rated generic versions of all three drugs have entered the market; however, the generic products are less cost-effective compared to the branded agents. Therefore, the branded Advair HFA, Revlimid, and Trokendi XR will continue to be dispensed at all three points of service, and the generic will only be available with prior authorization (i.e., the reverse of the current brand to generic policy). The Tier 1 copay for brand Advair HFA, Revlimid, and Trokendi XR dose is recommended.

The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) requiring brand Advair HFA, Revlimid and Trokendi XR over their respective generic formulations in all new and current users at all points of service, based on cost effectiveness. The

prescriber will provide patient-specific justifications as to why the branded product cannot be used. The Tier 1 (generic) copay will apply to the brand Advair HFA, Revlimid and Trokendi XR. Advair HFA will also remain on the EMMI list. The effective date will be the first Wednesday 60-days after signing of the minutes. The "brand over generic" requirement will be removed administratively when it is no longer cost-effective compared to AB-rated generics.

> ***COMMITTEE ACTION: BRAND OVER GENERIC REQUIREMENT, PA CRITERIA, TIER 1 COPAY AND IMPLEMENTATION PERIOD***—The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) requiring brand Advair HFA, Revlimid, and Trokendi XR over their respective generic formulations in all new and current users at all points of service, based on cost effectiveness. The prescriber will provide patient specific justification as to why the brand cannot be used. The Tier 1 (generic) copayment will apply to brand Advair HFA, Revlimid, and Trokendi XR. The effective date will be 60 days after the signing of the minutes. The "brand over generic" requirement will be removed administratively when it is no longer cost-effective compared to the AB-rated generics.

## VIII.  OVER-THE-COUNTER (OTC) DRUG BENEFIT−NALOXONE NASAL SPRAY (OTC NARCAN NASAL)

*Background:*  Pursuant to 32 CFR 199.21(h)(5)(i), an OTC drug may be included on the UF upon the recommendation of the P&T Committee and approval of the Director, DHA, based on a finding that it is cost-effective and clinically effective, as compared with other drugs in the same therapeutic class of pharmaceutical agents. OTC drugs placed on the UF, in general, will be treated the same as generic drugs on the UF for purposes of availability in the MTF pharmacies, retail pharmacies, and the Mail Order pharmacy program and other requirements. However, upon the recommendation of the P&T Committee and approval of the Director, DHA, the requirement for the prescription may be waived for a particular OTC drug for certain emergency care treatment situations. In addition, a special copayment may be established under 32 CFR 199.21 (i)(2)(xii) for OTC drugs specifically used in certain emergency care treatment situations.

*OTC Naloxone Nasal*:  The P&T Committee evaluated the clinical and cost-effectiveness for the addition of OTC nasal naloxone 4 mg/0.1mL (OTC Narcan Nasal Spray) to the UF. Other prescription naloxone formulations are available on the UF (Kloxxado, Zimhi), with prescription Narcan nasal designated with BCF status. The OTC naloxone nasal spray is the same as the prescription product.

Multiple references, including guidance from the Substance Abuse and Mental Health Services Administration, the National Institute on Drug Abuse, and the 2022 DoD/VA Guideline for the Use of Opioids in Management of Chronic Pain, as well as input from DoD pain management specialists, support the use of intranasal naloxone for the emergency treatment of known or suspected opioid overdose. Based on clinical effectiveness and ease of access, OTC naloxone nasal (4 mg/0.1mL) was recommended for addition to the UF, when the product is launched

commercially (expected in summer 2023). QLs currently exist for the class and were recommended for the OTC product.

> ***COMMITTEE ACTION: UF RECOMMENDATION, COPAY, PRESCRIPTION REQUIREMENT, QUANTITY LIMITS, AND IMPLEMENTATION PERIOD***—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) the following:
>
> - adding OTC naloxone 4 mg/0.1 mL nasal spray to the UF
>
> - waiving the copay requirement
>
> - waiving the prescription requirement
>
> - applying the current quantity limit of 2 cartons per fill at all POS (Retail/MTF/Mail) (note each carton contains 2 devices)
>
> - implementation plan of two weeks after signing of the minutes and market launch of OTC Narcan nasal in all points of service

The P&T Committee voted to waive the prescription and copay requirements. While the P&T Committee voted to waive the requirement for a prescription at all points of service, there may be state or operational limitations that require some provider input for processing. As an example, some states allow pharmacists who have National Provider Identifier (NPI) numbers to prescribe but the pharmacy claims adjudication systems may require a valid prescription. According to National Council for Prescription Drug Programs (NCPDP) rules, a provider NPI is required for claims to process.

Regarding copay, 32 CFR 199.21(i)(2)(xii) states as a general rule, OTC drugs placed on the UF will have copayments equal to those for generic drugs on the UF. However, upon the recommendation of the P&T Committee and approval of the Director, DHA, the copayment may be established at $0.00 for any particular OTC drug in the retail pharmacy network. The P&T Committee recommended the copay for OTC naloxone be zero at retail and the Tier 1 generic copay at mail.

Note that additional considerations of dispensing OTC naloxone (e.g., distribution to first responders) fall outside the scope of P&T Committee.

## IX. EXPANDED MAINTENANCE MEDICATION PROGRAM DRUG LIST AND NF (TIER 3) MEDICATIONS AVAILABLE UNDER THE TRICARE MAIL ORDER PHARMACY PROGRAM

NF medications are generally restricted to the Mail Order program pursuant to 10 USC 1074g(a)(5) and 32 CFR 199.21(h)(3)(i) and (ii). Additionally, the Expanded Military Treatment Facility (MTF)/Mail Pharmacy Initiative (EMMPI) implements 10 USC 1074g (9), added by Section 702(c)(2) of the NDAA 2015, which requires beneficiaries generally fill non-generic prescription maintenance medications at MTFs or the ESI-managed TRICARE mail order program.

The P&T Committee reviewed several classes of medications for potential addition to the EMMPI program and agreed that branded maintenance medications in the following classes are generally suitable for inclusion on the EMMPI program.

- Atopy agents
- LHRH agonists-antagonists
- Multiple sclerosis agents
- Oncological Agents: 2nd Generation Antiandrogens (oral)
- Oncological Agents: Melanoma agents (oral)
- Targeted Immunomodulatory Biologics (TIBs)

***COMMITTEE ACTION: EXPANDED MAINTENANCE MEDICATION PROGRAM DRUG LIST***—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) addition of appropriate agents in these six classes/subclasses to the EMMPI program or clarification of their status with regard to the NF to mail requirement, with both addition to the program and implementation date contingent on cost-effectiveness and operational considerations (including feasibility of dispensing at mail order). The specific medications are outlined in Appendix F. Note that the Add/Do Not Add recommendations listed in Appendix F pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement.

## X. ITEMS FOR INFORMATION

### A. Commercial Trends

The DoD P&T Committee was updated on MHS prescribing patterns, including overall trends and spends, utilization by point of service, comparative costs across points of service, and comparison of DoD to commercial trends, including percent spend on specialty medications, drug classes experiencing the greatest growth, and the top 20 individual medications by total cost. Other information included the near-term forecast for biosimilar and generic introduction and a comparison of DoD and average commercial copays.

### B. DoD/VA Continuity of Care List Annual Review

The DoD/VA Continuity of Care Drug List is a joint list of medications for pain, sleep disorders, psychiatric conditions, and other appropriate conditions that are deemed critical for the transition of an individual from DoD to VA care, as established by Section 715 of the NDAA 2016. Additions, deletions, and clarifications to the list are based on ADSM prescription utilization patterns, formulary and clinical considerations, and discussions between DoD and VA subject matter experts. The P&T Committee was notified that no new additions or deletions were identified for the list during this year's review. The list is posted on www.health.mil.

### C. Ruxolitinib (Opzelura) and coverage for Nonsegmental Vitiligo

The P&T Committee reviewed use of ruxolitinib (Opzelura) to treat nonsegmental vitiligo. Although Opzelura treats the depigmentation caused by vitiligo, it has no other known

functional impacts. Medication intended to treat depigmentation is excluded by federal regulation [32 CFR 199.4(e)(8)] and Tricare Policy Manual [Chapter 4, Section 2.1], therefore, no update to coverage for this indication was recommended. Opzelura remains covered for treatment of atopic dermatitis.

**D. Specialty Medications**

The P&T Committee was updated on potential changes regarding procurement and dispensing of specialty pharmaceuticals through the TRICARE Mail Order Program under the 5th Generation TRICARE Pharmacy Service (TPharm5) contract.

## XI.  ADJOURNMENT

The meeting adjourned at 1630 hours on May 4th. The next meeting will be in August 2023.

**Appendix A—Attendance:  May 2023 DoD P&T Committee Meeting**
**Appendix B—Table of Medical Necessity Criteria**
**Appendix C—Table of Prior Authorization Criteria**
**Appendix D—Table of Quantity Limits**
**Appendix E—Table of Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**
**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary during the February 2023 DoD P&T Committee Meeting**
**Appendix G—Implementation Dates**
**Appendix H—Completely Excluded Agents (Tier 4) and Therapeutic Alternatives**
**Appendix I—Table of Administrative Authorities**
**Appendix J—Prescribing Weight Loss Medications to Active-Duty Service Members memo**

# DECISION ON RECOMMENDATIONS

**SUBMITTED BY:**

//sign

_____

John P. Kugler, M.D., MPH
DoD P&T Committee Chair

**The Director, DHA:**

☒ concurs with all recommendations.

☐ concurs with the recommendations, with the following modifications:

1.
2.
3.

☐ concurs with the recommendations, except for the following:

//sign

_____

Brian C. Lein, MD
Assistant Director,
Healthcare Administration
*for* Telita Crosland LTG, MC, USA
Director

26 Jul 2023
Date

Meeting & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 775 of 980
AR1963

## Appendix A—Attendance

| Voting Members Present | |
|---|---|
| John Kugler, COL (Ret.), MC, USA | DoD P&T Committee Chair |
| COL Paul Carby, MSC for Mr. Edward Norton | Chief, DHA Pharmacy Operations Division (POD) |
| Ed VonBerg, PharmD | Chief, Formulary Management Branch (Recorder) |
| LTC Rosco Gore, MC | Army, Internal Medicine Physician |
| Ruben Salinas, COL (Ret.) MC, USA | Army, Family Medicine Physician |
| MAJ Megan Donahue, MC | Army, Physician at Large |
| COL Aatif Sheikh, MSC | Army, Pharmacy Consultant |
| CAPT Austin Parker, MC | Navy, Internal Medicine Physician |
| CDR Danielle Barnes, MC | Navy, Pediatrics Representative |
| CAPT Bridgette Faber, MSC | Navy, Pharmacy Consultant |
| Col Larissa Weir, MC | Air Force, OB/GYN Physician |
| Capt Courtney Clutter, MC | Air Force, Internal Medicine Physician |
| Col Soo Sohn, BSC, for Col Corey Munro, BSC | Air Force, Pharmacy Consultant |
| Walter Downs, MD, CAPT (Ret.) MC, USN | Physician at Large, DHA |
| Maj Blair Destefano, MC | Oncology Physician, Air Force |
| Beth Days, RPh, BCOP | Oncology Pharmacist |
| CDR Chris Janik, USCG | Coast Guard, Pharmacy Consultant |
| COL Yang Xia, MC | TRICARE Latin America and Canada |

## Appendix A—Attendance

| Nonvoting Chartered Members | |
|---|---|
| Ms. Megan Gemunder | Attorney Advisor, Contract Law |
| Eric Parsons, RPh | TPharm5 Clinical COR, Purchased Care Branch |
| Eugene Moore, PharmD | TPharm4 Clinical COR, Purchased Care Branch |
| Dean Valibhai, PharmD | TPharm5 Clinical COR, Purchased Care Branch |
| CAPT Bill Kelly, MSC | DLA |
| Richard Ruck, MD | TRICARE Health Plan Chief Medical Officer |
| Pete Glassman, MD | Department of Veteran's Affairs |
| Ms. Marsha Peterson | DHA Contracting Officer |
| **Guests** | |
| CDR Phung Thien Nguyen, USPHS | Senior Executive Officer, DHA Pharmacy Operations Division |
| Major Greg Palmrose, BSC | DHA Direct Care Branch |
| Ms. Tracy Banks | DHA Contracting |
| Ms. Stephanie Erpelding | DHA Contracting |
| Ms. Sheila Mirrieles | DHA Contracting |
| **Others Present** | |
| CDR Scott Raisor, BCACP, USPHS | Chief, P&T Section, DHA Formulary Management Branch |
| Angela Allerman, PharmD, BCPS | DHA Formulary Management Branch |
| Shana Trice, PharmD, BCPS | DHA Formulary Management Branch |
| LCDR Elizabeth Hall, BCPS, USPHS | DHA Formulary Management Branch |
| Maj Angelina Escano, MC | DHA Formulary Management Branch |
| LCDR Giao Phung, MSC | DHA Formulary Management Branch |
| LT Stephanie Klimes, MC | DHA Formulary Management Branch |
| Julia Trang, PharmD | DHA Formulary Management Branch |
| Ellen Roska, PharmD, PhD | DHA Formulary Management Branch, |
| Mr. David Folmar | DHA Formulary Management Branch Contractor |
| Mr. Kirk Stocker | DHA Formulary Management Branch Contractor |

**Appendix A—Attendance**

| Mr. Michael Lee | DHA Formulary Management Branch Contractor |
|---|---|
| Ms. Martha Hutchinson | DHA Formulary Management Branch Contractor |

## Appendix B—Table of Medical Necessity Criteria

| Drug / Drug Class | Medical Necessity Criteria |
|---|---|
| **Drug Class Reviews MN Criteria** | |
| • cyclosporine 0.1% ophthalmic emulsion (Verkazia)<br><br>**Ophthalmic: Dry Eye** | **Changes from May 2023 meeting are in BOLD**<br><br>• Formulary agents result or are likely to result in therapeutic failure<br><br>**Formulary alternatives:** cyclosporine 0.05% (Restasis) **AND** cyclosporine 0.09% (Cequa) |
| • varenicline nasal solution (Tyrvaya)<br><br>**Ophthalmic: Dry Eye** | **Changes from May 2023 meeting are in BOLD**<br><br>• Formulary agents have resulted in therapeutic failure<br><br>**Formulary alternatives:** cyclosporine 0.05% (Restasis/Multidose), lifitegrast 5% (Xiidra), **cyclosporine 0.09% (Cequa)** |
| **New Drugs MN Criteria** | |
| • atorvastatin oral suspension (Atorvaliq)<br><br>**Antilipidemics-1** | • No alternative formulary agent: Patient requires simvastatin, atorvastatin, or rosuvastatin and cannot swallow all formulary alternatives<br><br>**Formulary alternatives:** rosuvastatin tablets and sprinkles, simvastatin tablets, atorvastatin tablets |
| • insulin glargine KwikPen (Rezvoglar)<br><br>**Insulins: Basal** | • Patient has experienced significant adverse effects from formulary agents<br><br>**Formulary alternatives:** insulin glargine (Lantus), insulin glargine U-300 (Toujeo) |
| • adalimumab-atto injection (Amjevita)<br><br>**TIBs: Tumor Necrosis Factor Inhibitors** | • Patient has experienced significant adverse effects from all formulary agents<br><br>**Formulary alternatives:** adalimumab (Humira), certolizumab (Cimzia), ustekinumab (Stelara) |
| • dabigatran oral pellets (Pradaxa)<br><br>**Anticoagulants: Oral anticoagulants** | • Use of all formulary agents is contraindicated<br>• Patient has experienced significant adverse effects from all formulary agents<br>• All formulary agents resulted in therapeutic failure<br>• Patient previously responded to all non-formulary agents and changing to a formulary agent would incur unacceptable risk<br><br>**Formulary alternatives:** enoxaparin (Lovenox), rivaroxaban (Xarelto), dabigatran capsules (Pradaxa) |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 779 of 806

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 779 of 980

AR1967

# Appendix B—Table of Medical Necessity Criteria

| Utilization Management Updated MN Criteria | |
|---|---|
| • olanzapine/samidorphan (Lybalvi)<br><br>**Atypical Antipsychotic Agents** | **Updates from the May 2023 meeting are in bold and strikethrough**<br><br>• Patient has experienced significant adverse effects from ~~two~~ **four** formulary agents **including one olanzapine containing product (olanzapine or olanzapine/fluoxetine) AND aripiprazole, ziprasidone, and lurasidone**<br><br>**Formulary alternatives:** olanzapine/fluoxetine, olanzapine, aripiprazole, ziprasidone, and lurasidone |
| • liraglutide (Victoza)<br>• exenatide once weekly (Bydureon BCise)<br><br>**Non-Insulin Diabetes Drugs: Glucagon-Like Peptide-1 Receptor Agonists (GLP1RAs)** | **Updates from the May 2023 meeting are in bold and strikethrough**<br><br>• Patient has experienced significant adverse effects from dulaglutide (Trulicity) and semaglutide (Ozempic) which is not expected with the non-preferred products.<br>• ~~No alternative formulary agent - for Victoza and Bydureon BCise only: patient is between the ages of 10 to less than 18 years~~<br><br>Formulary and non-formulary alternatives: dulaglutide (Trulicity) semaglutide (Ozempic), and **tirzepatide (Mounjaro)** |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 780 of 980

AR1968

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| **Drug Class Review PAs** | |
| • evolocumab (Repatha)<br><br>**PCSK9 Inhibitor** | **Changes from May 2023 meeting are in BOLD and strikethrough**<br><br>PA applies to new patients<br><br>Manual PA Criteria:  evolocumab (Repatha) is approved if all criteria are met<br><br>• ~~The initial prescription is written by a cardiologist, lipidologist, or endocrinologist.~~<br><br>*For HoFH and HeFH*<br><br>• For heterozygous familial hypercholesterolemia (HeFH) and homozygous familial hypercholesterolemia (HoFH), the patient is 10 years of age or older.<br><br>• The patient has homozygous familial hypercholesterolemia (HoFH) and is receiving other LDL-lowering therapies (e.g., statin, ezetimibe, LDL apheresis), and requires additional lowering of LDL cholesterol.<br><br>• The patient has heterozygous familial hypercholesterolemia (HeFH) and is on concurrent statin therapy at maximal tolerated doses.<br><br>*For ASCVD*<br><br>• The patient is at least 18 years of age for clinical atherosclerotic cardiovascular disease (ASCVD).<br><br>• ~~The patient has established atherosclerotic cardiovascular disease (ASCVD) with an LDL >70 mg/dL despite statin therapy at maximally-tolerated doses, according to the criteria below:~~<br><br>• **The patient has established ASCVD with the following LDLs, despite maximally tolerated statin doses:**<br><br>  • **Very high risk of events:  LDL > 55 mg/dL (very high risk of events includes a history of multiple major ASCVD events or 1 major ASCVD event and multiple high risk conditions.  *Refer to the 2022 ACC Expert Consensus Decision Pathway on the role of nonstatin therapies for LDL-cholesterol lowering in the management of ASCVD for more information*) OR**<br><br>  • **Not at very high risk of events:  LDL > 70 mg/dL**<br><br>  **AND**<br><br>  • The patient must have tried **either** ~~both~~ atorvastatin 40-80 mg **or** ~~and~~ rosuvastatin 20-40 mg, OR<br><br>  • The patient must have tried any maximally-tolerated statin in combination with ezetimibe, OR<br><br>  • If the patient is statin-intolerant, they must have tried at least ezetimibe monotherapy ~~with or without other lipid-lowering therapy (e.g., fenofibrate, niacin, bile acid sequestrants)~~, AND<br><br>  • The patient must have had a trial of at least 4-6 weeks of maximally-tolerated therapy.<br><br>• For both HeFH and ASCVD:  If the patient is not on concurrent statin therapy, the patient is either intolerant of statins or has a contraindication to statins as defined below:<br>  • Intolerance<br>    ▪ The patient has experienced intolerable and persistent (for longer than 2 weeks) muscle symptoms (muscle pain, weakness, cramps), AND<br>    ▪ The patient has undergone at least 2 trials of statin re-challenges with reappearance of muscle symptoms, OR |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 780 of 66

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 781 of 980

AR1969

| | |
|---|---|
| | ▪ The patient has had a creatine kinase (CK) level >10x ULN and/or rhabdomyolysis with CK > 10,000 IU/L that is unrelated to statin use.<br><br>• Contraindication to statin<br><br>   ▪ The contraindication must be defined (active liver disease, hypersensitivity, pregnancy, breastfeeding)<br><br>*For all FDA-approved indications*<br><br>• Repatha is not approved for any indication other than HoFH, HeFH, or clinical ASCVD.<br><br>• Repatha is not approved for patients who are pregnant or lactating.<br><br>• The dosage must be documented on the PA Form as either:<br><br>   • 140 mg every 2 weeks, or<br><br>   • 420 mg every 4 weeks. Note that only patients with HoFH will be allowed to use 3 of the 140 mg syringes to make the 420 mg dose.<br><br>**PA does not expire** ~~PA expires in one year.~~<br><br>~~• PA criteria for renewal: After one year, PA must be resubmitted. The renewal request may be submitted by a primary care provider in consultation with the initial prescribing cardiologist, endocrinologist, and lipidologist. Continued use of Repatha will be approved for the following:~~<br><br>~~   • The patient has a documented positive response to therapy with LDL < 70 mg/dL (or LDL ↓ >30% from baseline), AND~~<br><br>~~The patient has documented adherence~~ |
| • alirocumab (Praluent)<br><br>**PCSK9 Inhibitor** | **Changes from May 2023 meeting are in BOLD and strikethrough**<br><br>Manual PA criteria apply to all new users of alirocumab (Praluent).<br><br>~~All new users of alirocumab (Praluent) are required to try evolocumab (Repatha) first.~~<br><br>Manual PA criteria: Praluent is approved if:<br><br>*For HoFH and HeFH*<br><br>~~• The initial prescription is written by a cardiologist, lipidologist, or endocrinologist.~~<br><br>• For HeFH and HoFH, patient is at least 18 years of age and older.<br><br>• The patient has homozygous familial hypercholesterolemia (HoFH) and is receiving other LDL-lowering therapies (e.g., statin, ezetimibe, LDL apheresis), and requires additional lowering of LDL cholesterol.<br><br>• The patient has heterozygous familial hypercholesterolemia (HeFH) and is on concurrent statin therapy at maximal tolerated doses.<br><br>*For ASCVD*<br><br>• The patient is at least 18 years of age for clinical ASCVD.<br><br>~~• The patient has established atherosclerotic cardiovascular disease (ASCVD) with an LDL >100 mg/dL despite statin therapy at maximally-tolerated doses, according to the criteria below:~~<br><br>• **The patient has established atherosclerotic cardiovascular disease (ASCVD) with the following LDLs, despite maximally tolerated statin doses:**<br><br>   • **Very high risk of events: LDL > 55 mg/dL (very high risk of events includes a history of multiple major ASCVD events or 1 major ASCVD event and multiple high risk conditions. *Refer to the 2022 ACC Expert Consensus Decision Pathway on the role of nonstatin therapies for LDL-cholesterol lowering in the management of ASCVD for more information*) OR** |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 782 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 782 of 966

AR1970

|  | • **Not at very high risk of events:  LDL > 70 mg/dL**<br><br>**AND**<br><br>   • The patient must have tried **either** ~~both~~ atorvastatin 40-80 mg **or** ~~and~~ rosuvastatin 20-40 mg, OR<br><br>   • The patient must have tried any maximally-tolerated statin in combination with ezetimibe, OR<br><br>   • If the patient is statin-intolerant, they must have tried at least ezetimibe monotherapy ~~with or without other lipid-lowering therapy (e.g., fenofibrate, niacin, bile acid sequestrants)~~, AND<br><br>   • The patient must have had a trial of at least 4-6 weeks of maximally-tolerated therapy.<br><br>• For both HeFH and ASCVD:  If the patient is not on concurrent statin therapy, the patient is either intolerant of statins or has a contraindication to statins as defined below:<br>   • Intolerance<br>      ▪ The patient has experienced intolerable and persistent (for longer than 2 weeks) muscle symptoms (muscle pain, weakness, cramps), AND<br>      ▪ The patient has undergone at least 2 trials of statin re-challenges with reappearance of muscle symptoms, OR<br>      ▪ The patient has had a creatin kinase (CK) level >10x ULN and/or rhabdomyolysis with CK > 10,000 IU/L that is unrelated to statin use.<br>   • Contraindication to statin<br>      ▪ The contraindication must be defined (active liver disease, hypersensitivity, pregnancy, breastfeeding)<br><br>*For all FDA-approved indications*<br><br>• Praluent is not approved for any indication other than HoFH, HeFH, or clinical ASCVD.<br>• **The patient has tried and failed therapy with evolocumab (Repatha) OR**<br>• **The patient has experienced a significant adverse reaction to evolocumab (Repatha) that is not expected to occur with alirocumab (Praluent)**<br>• Praluent is not approved for patients who are pregnant or lactating.<br>• The dosage must be documented on the PA Form as either:<br>   • 75 mg every 2 weeks, or<br>   • 150 mg every 2 weeks.<br><br>**PA does not expire** ~~PA expires in one year.~~<br><br>~~• PA criteria for renewal:  After one year, PA must be resubmitted.  The renewal request may be submitted by a primary care provider in consultation with the initial prescribing cardiologist, endocrinologist, and lipidologist.  Continued use of Repatha will be approved for the following:~~<br>   ~~• The patient has a documented positive response to therapy with LDL < 70 mg/dL (or LDL ↓ >30% from baseline), AND~~<br>~~The patient has documented adherence~~ |
|---|---|

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 783 of 980 66

AR1971

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • cyclosporine 0.05% ophthalmic emulsion unit dose (Restasis, generic unit dose)<br><br>**Ophthalmic Dry Eye** | **Updates from the May 2023 meeting are in Bold and strikethrough**<br><br>~~Patients younger than 18 years of age do not require a PA~~<br><br>**Manual PA criteria apply to all new users of cyclosporine 0.05% ophthalmic emulsion unit-dose (Restasis unit-dose, generic)**<br>~~Automated PA: If there is no Restasis, Cequa, or Xiidra prescription in the past 120 days, a manual PA is required.~~<br><br><u>Manual PA criteria:</u> Coverage is approved if all the criteria are met:<br>• The drug is prescribed by an ophthalmologist or optometrist<br>• ~~The patient is 18 years of age or older~~<br>• A diagnosis of moderate to severe dry eye disease is supported by both of the criteria below:<br>  ▪ Positive symptomology screening for moderate to severe dry eye disease from an appropriate measure<br>  ▪ At least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)<br>• Patient must try and fail the following:<br>  ▪ At least 1 month of one ocular lubricant used at optimal dosing and frequency (e.g., carboxymethylcellulose [Refresh, Celluvisc, Thera Tears, Genteal, etc.], polyvinyl alcohol [Liquitears, Refresh Classic, etc.], or wetting agents [Systane, Lacrilube])<br>  ▪ Followed by at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency (e.g., carboxymethylcellulose, polyvinyl alcohol)<br>• Concomitant use of Restasis, Cequa, or Xiidra is NOT allowed.<br>• Restasis unit-dose is also approved for the following conditions: graft rejection/graft versus host disease (GvHD), corneal transplant, atopic keratoconjunctivitis (AKC) / vernal keratoconjunctivitis (VKC), and LASIK associated dry eye (limited to 3 months of therapy)<br><br>**Other** Non-FDA-approved uses are not approved.<br>~~PA expires in one year.~~ **PA does not expire**<br><br><u>~~Renewal Criteria:~~</u> ~~Note that initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely if all criteria are met:~~<br>• ~~The drug is prescribed by an ophthalmologist or optometrist.~~<br>• ~~The patient must have documented improvement in ocular discomfort.~~<br>~~The patient must have documented improvement in signs of dry eye disease.~~ |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 784 of 980  Page 78 of 66

Case 2:25-cv-00041-M-RN   Document 75-1   Filed 12/05/25   Page 784 of 980
AR1972

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| • cyclosporine 0.05% ophthalmic multi dose (Restasis Multidose)<br>• cyclosporine 0.09% ophthalmic (Cequa)<br>• lifitegrast 5% ophthalmic solution (Xiidra)<br><br>**Ophthalmic Dry Eye** | **Updates from May 2023 are in BOLD and strikethrough**<br><br>**Manual PA criteria apply to all new users of Restasis Multidose, Cequa and Xiidra**<br><br>~~PA criteria apply to all new and current users. A new user is defined as a patient who has not filled a prescription for Cequa in the past 120 days.~~<br>• ~~If there is no Restasis, Cequa, or Xiidra prescription in the past 120 days, a manual PA is required.~~<br><br>Manual PA Criteria: Coverage is approved if all the criteria are met:<br>• The drug is prescribed by an ophthalmologist or optometrist<br>• ~~For Cequa: the patient is 18 years of age or older~~<br>• A diagnosis of moderate to severe dry eye disease is supported by both of the criteria below:<br>  ▪ Positive symptomatology screening for moderate to severe dry eye disease from an appropriate measure<br>  ▪ At least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)<br>• Patient must try and fail the following:<br>  ▪ At least 1 month of one ocular lubricant used at optimal dosing and frequency (e.g., carboxymethylcellulose [Refresh, Celluvisc, Thera Tears, Genteal, etc.], polyvinyl alcohol [Liquitears, Refresh Classic, etc.], or wetting agents [Systane, Lacrilube])<br>  ▪ Followed by at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency (e.g., carboxymethylcellulose, polyvinyl alcohol)<br>  ▪ **3-month trial of cyclosporine 0.05% unit dose**<br>• Concomitant use of Restasis, Cequa, or Xiidra is NOT allowed.<br>• **Cequa is approved if the patient has a diagnosis of Vernal Keratoconjunctivitis (VKC)**<br><br>**Other** Non-FDA-approved uses are NOT approved.<br>~~PA expires in one year.~~ **PA does not expire**<br><br>~~Renewal Criteria: Coverage will be approved indefinitely if all criteria are met:~~<br>• ~~The drug is prescribed by an ophthalmologist or optometrist.~~<br>• ~~The patient must have documented improvement in ocular discomfort.~~<br>~~The patient must have documented improvement in signs of dry eye disease~~ |
| • cyclosporine 0.1% ophthalmic emulsion (Verkazia)<br><br>**Ophthalmic Dry Eye** | **Updates from May 2023 are in BOLD and strikethrough**<br><br>Note that an age edit and automated look back apply.<br>• Patients who are younger than 21 years of age who have a history of Restasis **or Cequa** do not require a PA; Verkazia is approved<br>• Patients who are younger than 21 years of age who do not have a history of Restasis **or Cequa** require manual PA<br>• Manual PA is required in all new patients 21 years of age and older<br><br>Automated PA criteria: The patient is younger than age 21 years AND has filled a prescription for cyclosporine 0.05% ophthalmic solution (Restasis) **or cyclosporine 0.09% (Cequa)** at any MHS pharmacy point of service (MTFs, retail network pharmacies, or mail order) during the previous 720 days. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

| | |
|---|---|
| | Manual PA Criteria: If automated criteria are not met, coverage is approved for Verkazia if all criteria are met:<br>• Verkazia is prescribed by or in consultation with an optometrist or ophthalmologist<br>• Patient has a diagnosis of moderate to severe vernal keratoconjunctivitis (VKC)<br>• Patient has tried and failed an adequate course of at least one mast cell stabilizer/antihistamine (i.e., olopatadine, azelastine, epinastine, lodoxamide, cromolyn)<br>• Patient has tried and failed, or has a contraindication to an adequate course of cyclosporine 0.05% ophthalmic emulsion (Restasis) **or the patient has tried and failed, or has a contraindication to an adequate course of cyclosporine 0.09% (Cequa)**<br><br>Non-FDA-approved uses are NOT approved including dry eye disease, graft rejection/graft versus host disease (GvHD), corneal transplant, atopic keratoconjunctivitis (AKC), and LASIK associated dry eye<br>PA does not expire |
| • varenicline nasal solution (Tyrvaya)<br><br>**Ophthalmic Dry Eye** | **Note – there were no changes to the current PA criteria**<br><br>Manual PA criteria apply to all new users of Tyrvaya.<br><br>Manual PA criteria: Tyrvaya is approved if <u>all</u> criteria are met:<br>• The patient is 18 years of age or older<br>• Tyrvaya is prescribed by an ophthalmologist or optometrist<br>• Patient has a diagnosis of dry eye disease as supported by both of the criteria below:<br>  • Positive symptomology screening for dry eye disease from an appropriate measure<br>  • At least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)<br>• Patient must try and fail the following:<br>  • At least 1 month of one ocular lubricant used at optimal dosing and frequency (e.g., carboxymethylcellulose [Refresh, Celluvisc, Thera Tears, Genteal, etc.], polyvinyl alcohol [Liquitears, Refresh Classic, etc.], or wetting agents [Systane, Lacrilube])<br>  • Followed by at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency (e.g., carboxymethylcellulose, polyvinyl alcohol)<br>• If the patient has moderate to severe dry eye disease:<br>  • Patient has tried and failed an adequate course (at least 6 weeks) of treatment of lifitegrast or cyclosporine treatment<br><br>Non-FDA-approved uses are not approved.<br>Prior Authorization expires after 1 year<br><br>Renewal Criteria: (Initial TRICARE PA approval is required for renewal) Coverage will be approved indefinitely if all criteria are met:<br>• The drug is prescribed by an ophthalmologist or optometrist.<br>• The patient must have documented improvement in ocular discomfort.<br>• The patient must have documented improvement in signs of dry eye disease. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 786 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 78 of 66

AR1974

# Appendix C—Table of Prior Authorization (PA) Criteria

| Newly Approved Drug PAs | |
|---|---|
| • adagrasib (Krazati)<br><br>**Oncological Agents: Lung Cancer** | Manual PA criteria apply to all new users of adagrasib (Krazati)<br><br><u>Manual PA criteria:</u> Coverage is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• The medication is prescribed by or in consultation with a hematologist or oncologist<br><br>The patient has a diagnosis of KRAS G12C-mutated locally advanced or metastatic non-small cell lung cancer (NSCLC) as determined by an FDA-approved test<br><br>• The patient will be monitored for QTC prolongation, gastrointestinal adverse reactions, hepatotoxicity, and interstitial lung disease<br>• If patient is a female, the patient will avoid breastfeeding during treatment and for at least 1 week after cessation of treatment<br>• The diagnosis is NOT listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation<br><br>Other non-FDA approved uses are NOT approved, except as noted above<br>PA does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 787 of 980

Page 787 of 980

AR1975

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| • adalimumab-atto injection (Amjevita)<br><br>**TIBS: Tumor Necrosis Factor Inhibitors** | Manual PA criteria apply to all new and current users of adalimumab-atto (Amjevita)<br><br><u>Manual PA criteria:</u> Coverage is approved if all criteria are met:<br><br>• Provider acknowledges that the originator adalimumab (Humira) is the preferred product over biosimilar adalimumab formulations<br>• Provider must provide patient specific justification as to why the originator Humira product cannot be used in this patient<br>    ○ Acceptable responses include that the patient has an allergy to an inactive ingredient found in the originator Humira that is not in the Amjevita biosimilar.<br>• If patient is younger than 18 years of age, coverage is provided for moderate to severe polyarticular juvenile idiopathic arthritis or moderate to severe Crohn's disease<br>    ○ If indication is moderate to severe polyarticular juvenile idiopathic arthritis, patient must be 2 years of age or older<br>    ○ If indication is moderate to severe Crohn's disease patient must be 6 years of age or older AND must have had an inadequate response to non-biologic systemic therapy (For example: methotrexate, aminosalicylates [such as, sulfasalazine, mesalamine], corticosteroids, immunosuppressants [such as, azathioprine], etc. unless they have fistulizing Crohn's disease<br>• If patient is 18 years of age or older coverage is provided for moderately to severely active rheumatoid arthritis, moderate to severe Crohn's disease, moderate to severe chronic plaque psoriasis where patient is candidate for systemic or phototherapy or when other systemic therapies are medically less appropriate, psoriatic arthritis, ankylosing spondylitis, moderate to severe ulcerative colitis, and hidradenitis suppurativa<br>    ○ If indication is moderate to severe chronic plaque psoriasis OR moderate to severe Crohn's disease OR moderate to severe ulcerative colitis then patient must have had an inadequate response, intolerance, or contraindication to non-biologic systemic therapy. (For example: methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressants [e.g., azathioprine, cyclosporine], acitretin, or phototherapy), etc. unless they have fistulizing Crohn's disease<br>    ○ If indication is ankylosing spondylitis has patient must have had inadequate response to at least two NSAIDs over a period of at least 2 months<br>• Patient has not had case of worsening congestive heart failure (CHF) and new onset CHF has not been reported with TNF blockers, including Humira<br>• Patient had evidence of negative TB test in the past 12 months (or TB is adequately managed)<br>• Patient is not receiving other targeted immunomodulatory biologics with Humira, including but not limited to the following: certolizumab (Cimzia), etanercept (Enbrel), golimumab (Simponi), infliximab (Remicade), apremilast (Otezla), ustekinumab (Stelara), abatacept (Orencia), anakinra (Kineret), tocilizumab (Actemra), tofacitinib (Xeljanz/Xeljanz XR), rituximab (Rituxan), secukinumab (Cosentyx), ixekizumab (Taltz), brodalumab (Siliq), sarilumab (Kevzara), guselkumab (Tremfya), baricitinib (Olumiant), tildrakizumab (Ilumya), risankizumab (Skyrizi), or upadacitinib (Rinvoq ER)<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • atorvastatin oral suspension (Atorvaliq)<br><br>**Antilipidemics-1** | Manual PA criteria apply to all new users of atorvastatin oral suspension (Atorvaliq)<br><br>Age edit: PA does not apply to patients younger than 12 years of age (Age edit)<br><br>PA criteria apply to all new users of Atorvaliq 12 years of age and older<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• Provider must explain why patient requires atorvastatin oral suspension and cannot take simvastatin, atorvastatin or rosuvastatin tablets or sprinkles<br>  ○ Acceptable responses include that the patient requires a high intensity statin and cannot swallow the statin tablets due to some documented medical condition (e.g., dysphagia, oral candidiasis, systemic sclerosis), and not due to convenience, and cannot take Ezallor sprinkles<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |
| • dabigatran oral pellet (Pradaxa)<br><br>**Anticoagulant: Oral Anticoagulant** | Manual PA criteria apply to all new users of dabigatran oral pellets (Pradaxa)<br><br>Age edit: PA does not apply to patients less than 8 years of age (age edit) AND who have tried Xarelto Suspension OR Lovenox Injection within the past 180 days<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• Patient is between the ages of 3 months to 12 years<br>• The drug is prescribed by or in consultation with a pediatric hematologist/oncologist or pediatric cardiologist<br>• Patient is being treated for venous thromboembolic events AND has been treated with parenteral anticoagulant for at least 5 days<br>• Patient has tried and failed or has a contraindication to Xarelto Suspension AND Lovenox Injection<br>• Patient is between the ages of 8 and 12 years and cannot take the Pradaxa capsule<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |
| • elacestrant  (Orserdu)<br><br>**Oncological Agents: Breast Cancer** | Manual PA criteria apply to all new users of elacestrant (Orserdu)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• Patient is a male or a postmenopausal female<br>• The medication is prescribed by or in consultation with a hematologist or oncologist<br>• The patient has a diagnosis of ER-positive, HER2-negative, ESR1-mutated advanced or metastatic breast cancer<br>• Patient had disease progression following at least one line of endocrine therapy, which must include a CDK4/6 inhibitor<br>• Patient does not have severe hepatic impairment (Child-Pugh C)<br>• The diagnosis is NOT listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation<br><br>Other non-FDA approved uses are NOT approved except as noted above<br>PA does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 789 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 789 of 866
AR1977

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • insulin glargine KwikPen (Rezvoglar)<br><br>**Basal Insulin** | Manual PA criteria apply to all new and current users of Rezvoglar Kwikpen<br><br><u>Manual PA criteria:</u> Coverage is approved if all criteria are met:<br><br>    • Patient must have tried and failed insulin glargine (Lantus) first.<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |
| • omeprazole and sodium bicarbonate 2 mg/mL oral suspension (Konvomep)<br><br>**Proton Pump Inhibitors** | Manual PA criteria apply to all new users of omeprazole and sodium bicarbonate oral suspension (Konvomep)<br><br><u>Age edit:</u> PA does not apply to patients younger than 12 years of age (Age edit)<br><br>PA criteria apply to all new users of Konvomep 12 years of age and older<br><br><u>Manual PA criteria:</u> Coverage is approved if all criteria are met:<br><br><u>Manual PA criteria:</u> Coverage is approved if all criteria are met:<br>    • The provider must provide patient-specific clinical rationale as to why the patient cannot take omeprazole capsules, pantoprazole tablets, or esomeprazole capsules<br>    • Acceptable response: Patient has a G-tube or patient cannot swallow other PPI capsules or tablets due to some documented medical condition – dysphagia, oral candidiasis, systemic sclerosis, etc. and not due to convenience<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |
| • pegfilgrastim-fpgk injection (Stimufend)<br><br>**White Blood Cell Stimulants: Pegfilgrastims** | Manual PA criteria apply to all new users of pegfilgrastim (Neulasta), pegfilgrastim (Neulasta OnPro), pegfilgrastim-bmez (Ziextenzo) **and pegfilgrastim-fpgk (Stimufend)**<br><br><u>Manual PA criteria:</u> Coverage is approved if all criteria are met:<br><br>    • Provider acknowledges that pegfilgrastim-cbqv (Udenyca), pegfilgrastim-jmdb (Fulphila) and pegfilgrastim-apgf (Nyvepria) are the preferred pegfilgrastims and are available without a PA<br>    • Drug is prescribed by or in consultation with a hematologist/oncologist<br>    • For Neulasta OnPro only: Patient requires use of an on-body injector (Neulasta OnPro) because the patient/caregiver cannot self-inject and/or cannot reasonably attend multiple visits to the clinic for administration<br>**OR**<br>    • Patient has experienced an inadequate treatment response or intolerance to pegfilgrastim-cbqv (Udenyca), pegfilgrastim-jmdb (Fulphila) or pegfilgrastim-apgf (Nyvepria) and is expected to respond to pegfilgrastim (Neulasta), pegfilgrastim-bmez (Ziextenzo), or **pegfilgrastim-fpgk (Stimufend)**<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 79 of 980     Page 66 of 66

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 790 of 980

AR1978

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • pirtobrutinib (Jaypirca)<br><br>**Oncological Agents** | Manual PA criteria apply to all new users of pirtobrutinib (Jaypirca)<br><br><u>Manual PA criteria</u>: Coverage is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• The medication is prescribed by or in consultation with a hematologist or oncologist<br>• Patient has pathologically confirmed relapsed or refractory mantle cell lymphoma (MCL)<br>• Monitor for bleeding, infection (including opportunistic infection), cardiac arrhythmias, secondary primary malignancies, and cytopenias<br>• Patient will use sun protection in sun-exposed areas<br>• Female patients of childbearing age and are not pregnant confirmed by (-) HCG<br>• Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment<br>• Female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after the cessation of treatment<br>• The diagnosis Is not listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____<br><br>Other non-FDA approved uses are not approved, except as noted above<br>PA does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 791 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 791 of 866

AR1979

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • sparsentan (Filspari)<br><br>**Nephrology Agents Miscellaneous** | Manual PA criteria apply to all new users of sparsentan (Filspari)<br><br>Manual PA criteria:  Coverage is approved if all criteria are met:<br><br>• Provider acknowledges that Filspari is only available through a Risk Evaluation and Mitigation Strategies (REMS) program due to the risk of hepatotoxicity and embryo-fetal toxicity, and will follow the monitoring requirements<br>• Patient is 18 years of age or older<br>• Filspari is prescribed by a nephrologist<br>• The patient has a diagnosis of biopsy-verified primary immunoglobulin A nephropathy (IgAN) without cellular crescents in more than 25% of sampled glomeruli<br>• Patient has a urine protein-to-creatinine ratio (UPCR) greater than or equal to 1.5 g/gram<br>• Patient has an estimated glomerular filtration rate (eGFR) greater than or equal to 30 mL/min/1.73 m$^2$<br>• Patient is not currently receiving dialysis or has not undergone kidney transplant<br>• Patient has not received immunosuppressants, including corticosteroids, in the past 2 weeks and is not expected to need immunosuppressants in the next 6 months<br>• Patient has continued to have proteinuria despite maximal ACE-inhibitor or ARB therapy and is at high risk for disease progression<br>• The patient is not receiving concomitant renin-angiotensin-aldosterone system inhibitors (for example ACE-inhibitors or ARBs such as irbesartan, telmisartan, losartan; or spironolactone), endothelin receptors antagonists (for example ambrisentan or bosentan) or aliskiren).<br>• The patient's baseline liver aminotransferase (AST and ALT) levels are not elevated to greater than 3 times the upper limit of normal<br>• If patient is a female of child-bearing age, the patient must be tested for pregnancy before, during and 1 month after treatment discontinuation<br>• If patient can become pregnant, they will use effective contraception before starting treatment, during and for 1 month after treatment discontinuation<br><br>Non-FDA approved uses are NOT approved, including IgAN due to systemic lupus erythematosus, liver cirrhosis, Henoch-Schonlein purpura, or pulmonary arterial hypertension, or focal segmental glomerulosclerosis (FSGS)<br><br>PA expires in 9 months<br><br>Renewal criteria:  coverage will be approved indefinitely if all the following apply<br>• Patient has had a response to Filspari defined by:<br>    ○ reduction in urine protein-to-creatinine ratio (UPCR) from baseline OR<br>    ○ reduction in proteinuria from baseline<br>• Patient's eGFR rate ≥ 30 mL/min/1.73 m2<br>• Filspari is not being used in combination with any RAAS blocker (e.g., ACE-Is, ARB), endothelin receptor antagonists, or aliskiren |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 792 of 980     Page 72 of 66

AR1980

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • tezepelumab-ekko autoinjector (Tezspire)<br><br>**Atopy** | Manual PA is required for all new users of tezepelumab (Tezspire)<br><br>Manual PA Criteria: Tezspire coverage will be approved if all criteria are met:<br>• The patient is 12 years of age and older<br>• The patient has a diagnosis of severe persistent asthma<br>• The drug is prescribed by an allergist, immunologist, or pulmonologist<br>• Provider acknowledges the FDA warnings and precautions associated with Tezspire<br>• The patient's asthma must be uncontrolled, despite adherence to optimized medication therapy regimen, defined as requiring ONE of the following:<br>  ○ Hospitalization for asthma in past year OR<br>  ○ Two courses of corticosteroids for asthma exacerbation in past year OR<br>  ○ Daily high-dose inhaled corticosteroids with inability to taper off the inhaled corticosteroids<br>• The patient has tried and failed an adequate course (3 months) of TWO of the following while using a high-dose inhaled corticosteroid:<br>  ○ Long-acting beta agonist (LABA e.g., Serevent, Striverdi), OR<br>  ○ Long-acting muscarinic antagonist (LAMA e.g., Spiriva, Incruse), OR<br>  ○ Leukotriene receptor antagonist (e.g., Singulair, Accolate, Zyflo)<br><br>Non-FDA-approved uses are not approved<br>Prior authorization expires after 12 months<br><br>Renewal Criteria: Note initial Tricare PA approval is required for renewal. Renewal PA criteria will be approved indefinitely if all the following apply<br>• The patient has had a positive response to therapy, as defined by one of the following:<br>  ○ a decrease in asthma exacerbations<br>  ○ improvements in forced expiratory volume in one second (FEV1)<br>  ○ decrease in oral corticosteroid use |
| • trofinetide oral solution (Daybue)<br><br>**Neurological Agents Miscellaneous** | Manual PA criteria apply to all new users of trofinetide (Daybue)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• Patient is 2 years of age and older<br>• The medication is prescribed by a geneticist, neurologist, or a developmental pediatrician<br>• The patient has a diagnosis of Rett Syndrome with documented MECP2 gene mutation.<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 93 of 66

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 793 of 980
AR1981

# Appendix C—Table of Prior Authorization (PA) Criteria

| Utilization Management New PAs | |
|---|---|
| • levothyroxine sodium capsule (Tirosint)<br><br>**Thyroid Agents** | Manual PA criteria apply to all new users of levothyroxine capsules (Tirosint)<br><br><u>Manual PA criteria</u>: Tirosint is approved if all criteria are met:<br><br>• Tirosint is prescribed by or in consultation with an endocrinologist<br>• Patient is 6 years of age or older<br>• Patient must have tried and failed or have a contraindication to levothyroxine tablets that is not expected to occur with levothyroxine capsules<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |
| • sacrosidase oral solution (Sucraid)<br><br>**Gastrointestinal-2 Agents** | Manual PA criteria apply to all new and current users of sacrosidase (Sucraid)<br><br><u>Manual PA criteria</u>: Coverage is approved if all criteria are met:<br><br>• Sucraid is prescribed by or in consultation with a gastroenterologist or geneticist<br>• Patient has a diagnosis of congenital sucrase-isomaltase deficiency (CSID)<br>• Prior to starting therapy with Sucraid, patient had symptomatic CSID (e.g., diarrhea, bloating, abdominal cramping)<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |

| Utilization Management Updated PAs | |
|---|---|
| • adalimumab (Humira)<br><br>**Targeted Immunomodulatory Biologics (TIBs): Tumor Necrosis Factor (TNF) Inhibitors** | <u>**Updates from the May 2023 meeting are in bold.**</u><br><br>**<u>Automated PA Criteria</u>: If the provider is a Rheumatologist (Internal Medicine or Pediatric). PA is approved.**<br><br><u>Manual PA Criteria</u>: **If automated criteria are not met for Rheumatologist prescribing,** Humira is approved if all criteria are met:<br><br>Coverage is approved for patients 18 years of age or older with one of the following diagnoses/indications:<br><br>• Moderate to severe active rheumatoid arthritis (RA), active psoriatic arthritis (PsA), or active ankylosing spondylitis (AS)<br>• Moderate to severe chronic plaque psoriasis (Ps) who are candidates for systemic therapy or phototherapy<br>• Moderate to severely active Crohn's disease (CD)<br>• Moderate to severely active ulcerative colitis (UC)<br>• Moderate to severe hidradenitis suppurativa (HS)<br>• Non-infectious intermediate, posterior, and panuveitis<br>• Active non-radiographic axial spondyloarthritis (nr-ax SpA) with objective signs of inflammation<br>• Moderately to severely active pyoderma gangrenosum (PG) that is refractory to high-potency corticosteroids OR<br>• Coverage approved for pediatric patients 12-17 years of age with diagnosis of:<br>• Moderate to severe hidradenitis suppurativa (HS)<br><br>Coverage approved for pediatric patients 6-17 years of age with diagnosis of:<br>• Moderate to severely active Crohn's disease (CD)<br><br>Coverage approved for pediatric patients 5-17 years of age with diagnosis of: |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 794 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 794 of 980

AR1982

|  | • Moderately to severely active ulcerative colitis (UC) |
| --- | --- |

Coverage approved for pediatric patients 4-17 years of age with diagnosis of:

- Severe chronic plaque psoriasis who are candidates for systemic or phototherapy and when other systemic therapies are medically less appropriate OR

Coverage approved for pediatric patients 2-17 years of age with one of the following diagnosis/indication:

- Moderate to severe active polyarticular juvenile idiopathic arthritis (pJIA)
- Non-infectious intermediate, posterior, and panuveitis

Below criteria applies to AS indication only:

- Patient has had an inadequate response to at least two NSAIDs over a period of at least two months

Below criteria applies to adult patients for all indications except for fistulizing Crohn's disease, ankylosing spondylitis (AS), and pyoderma gangrenosum (PG), psoriatic arthritis (PsA) and applies to pediatric patients with plaque psoriasis or Crohn's disease:

- Patient has had an inadequate response to non-biologic systemic therapy. (For example: methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressants [e.g., azathioprine])

Below criteria applies to all patients (regardless of age):

- Cases of worsening congestive heart failure (CHF) and new onset CHF have been reported with TNF blockers, including Humira. Is the prescriber aware of this?
- Patient has evidence of a negative TB test result in past 12 months (or TB is adequately managed)

Coverage for non-FDA-approved uses not listed above: Please provide the diagnosis and rationale for treatment. Supportive evidence will be considered.

Prior authorization does not expire.

Coverage is NOT provided for concomitant use with other TIBs including, but not limited to, the following: certolizumab (Cimzia), etanercept (Enbrel), golimumab (Simponi), infliximab (Remicade), apremilast (Otezla), ustekinumab (Stelara), abatacept (Orencia), anakinra (Kineret), tocilizumab (Actemra), tofacitinib (Xeljanz/Xeljanz XR), rituximab (Rituxan), secukinumab (Cosentyx), ixekizumab (Taltz), brodalumab (Siliq), sarilumab (Kevzara), guselkumab (Tremfya), baricitinib (Olumiant), tildrakizumab (Ilumya), risankizumab (Skyrizi), or upadacitinib (Rinvoq ER).

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 795 of 980     95 of 280 of 66

AR1983

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • abrocitinib (Cibinqo)<br><br>**Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)** | **Updates from the May 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of abrocitinib (Cibinqo).<br><br>Manual PA criteria: abrocitinib (Cibinqo) is approved if all criteria are met:<br><br>• Patient is **12** ~~18~~ years of age or older<br>• Medication is prescribed by an allergist, dermatologist, or immunologist<br>• Drug is used to treat moderate to severe atopic dermatitis<br>• Provider acknowledges that the requested medication is to be used for disease that is not adequately controlled with other systemic drug products including biologic, or when use of those therapies is inadvisable.<br>• Patient failed, has a contraindication, or intolerability to one medication in each of the following four categories:<br>   1. Topical Corticosteroids:<br>      ▪ **For patients 18 years of age or older:** high potency/class 1 topical corticosteroids (e.g., clobetasol propionate 0.05% ointment/cream, fluocinonide 0.05% ointment/cream).<br>      ▪ **For patients 12 to 17 years of age: any topical corticosteroid.**<br>   2. Topical calcineurin inhibitor (e.g.,pimecrolimus, tacrolimus).<br>   3. Injectable interleukin antagonist: dupilumab (Dupixent).<br>   4. Oral JAK: upadacitinib (Rinvoq).<br>• Provider is aware of the boxed FDA warnings.<br>• Patient is unable to access, has a contraindication to, or intolerability to UVB phototherapy.<br>• Patient has had a negative TB test in the last 12 months (or is adequately managed).<br>• Patient has no history of venous thromboembolism (VTE).<br>• Patient does not have neutropenia (ANC < 1000).<br>• Patient does not have lymphocytopenia (ALC < 500).<br>• Patient does not have anemia (Hgb < 8 mg/dL).<br>• Patient is not taking a concomitant JAK inhibitors, immunosuppressants, or biologic immunomodulatory agents.<br><br>Non-FDA-approved uses are not approved.<br><br>PA expires in 1 year. Renewal PA criteria will be approved indefinitely.<br><br>Renewal criteria: (initial TRICARE PA approval is required for renewal) The patient's disease severity has improved and stabilized to warrant continued therapy. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 796 of 980

96 of 66

AR1984

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| • abemaciclib (Verzenio)<br><br>**Breast Cancer Agents: CDK Inhibitors** | **Updates from the May 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of Verzenio.<br><br><u>Manual PA Criteria</u>: Ibrance, Verzenio, Kisqali or Kisqali Femara Co-Pack is approved if all of the following criteria are met:<br><br>• Drug is prescribed by or in consultation with an oncologist<br>• The patient is not currently taking another cyclin-dependent kinase inhibitor<br>• For Verzenio only: The patient has hormone receptor HR(+)/HER2(-), node(+) early breast cancer at high risk of recurrence ~~and a Ki67 score ≥ 20%~~ as determined by an FDA approved test.<br>• The patient has advanced or metastatic hormone receptor (HR(+))/HER2(-) breast cancer<br>• If the patient is female, the patient meets one of the following criteria:<br>   • Ibrance, Verzenio, or Kisqali Femara Co-Pack will be used as first-line endocrine therapy in combination with anastrozole, exemestane, or letrozole; OR<br>   • Ibrance, Verzenio, Kisqali or Kisqali Femara Co-Pack will be as first-line or later-line endocrine therapy in combination with fulvestrant; OR<br>   • For Verzenio only: Will be used as monotherapy following metastatic progression on chemotherapy<br>• If the patient is a premenopausal or perimenopausal woman, she is receiving ovarian suppression/ablation with a luteinizing hormone-releasing hormone (LHRH) agonist (e.g., Lupron [leuprolide], Trelstar [triptorelin], Zoladex [goserelin]), surgical bilateral oophorectomy, or ovarian irradiation.<br>• Provider is aware and has informed the patient of the risks of neutropenia and interstitial lung disease<br>• For Ibrance only: provider is aware and has informed the patient of the risk of pulmonary embolism<br>• For Verzenio only: provider is aware and has informed the patient of the risk of venous thromboembolism, diarrhea, and hepatotoxicity<br>• For Kisqali and Kisqali Femara Co-Pack only: provider is aware and has informed the patient of the risk of QT prolongation and hepatobiliary toxicity<br>• Female patients of childbearing age are not pregnant confirmed by (-) HCG<br>• Female patients will not breastfeed during treatment and for at least 3 weeks after the cessation of treatment<br>• Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 3 weeks after cessation of therapy if female; and for 3 months if male if using Ibrance only<br>• Male patients have been informed of the risk of infertility<br>• For Kisqali Femara Co-Pack only, female patients have been informed of the risk of infertility from letrozole<br>• The diagnosis is NOT listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, the provider must list the diagnosis:_____.<br><br>Non-FDA approved uses are not approved, except as noted above<br><br>Prior authorization does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 797 of 980
97 of 66

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 797 of 980

AR1985

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| • Freestyle Libre 2 and 3<br><br>**CGM: Therapeutic ontinuous Glucose Monitoring Systems** | **Updates from the May 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of Abbott FreeStyle Libre 3<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• *Patients who have previously received a CGM under the medical benefit must still fill out prior authorization criteria*<br>• Patient has a diagnosis of **type 1 or type 2** diabetes<br>• Patient is using basal and prandial insulin injections; OR patient is using a continuous subcutaneous insulin infusion (i.e., insulin pump) OR patient is **a Type 2 diabetes mellitus** on insulin therapy with a history of severe hypoglycemia episodes requiring medical intervention (grade 2 or higher)<br>• Device is prescribed by an endocrinologist or diabetes management expert<br>    ▪ Diabetes management expert is defined as: licensed independent practitioner experienced in the management of insulin dependent diabetics requiring basal and bolus dosing or a pump and familiar with the operation and reports necessary for proper management of continuous glucose monitoring systems. This is a self-certification.<br>• Documentation is required of all the following:<br>    ▪ Diagnosis<br>    ▪ Medication history<br>    ▪ Completion of a comprehensive diabetes education program<br>    ▪ Patient agrees to wear CGM as directed<br>    ▪ Patient agrees to share device readings with managing healthcare professional for overall diabetes management<br>• Patient meets the age requirement (≥ 2 years if Dexcom G6, ≥ 4 years if FreeStyle Libre 2, 3)<br>• Provider and patient will assess the usage of self-monitoring of blood glucose (SMBG) test strips with the goal of minimizing/discontinuing use<br><br>Initial PA Expiration: annual<br><br>Renewal expiration: annual<br><br>Annual renewal criteria:<br><br>• Confirm patient has seen endocrinologist or diabetes specialist within past year<br>• Patient has utilized CGM daily<br>• Provider and patient will assess the usage of self-monitoring of blood glucose (SMBG) at every visit with the goal of minimizing/discontinuing use<br>• Patients with T2DM continue to require basal and prandial insulin injections daily<br>• Patient continues to share data with managing healthcare professional for the purposes of clinical decision making |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 798 of 980 Page 79 of 66

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 798 of 980

AR1986

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • house dust mite allergen extract (Odactra)<br><br>**Immunological Agents Miscellaneous: Oral Agents** | **Updates from the May 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of Odactra.<br><br>Manual PA criteria: Coverage will be approved if all criteria are met:<br><br>• Odactra is prescribed by an allergist/immunologist AND<br>• The patient is between the ages of ~~18~~ **12** and 65 years AND<br>• The patient has a diagnosis of house dust mite (HDM) allergic rhinitis confirmed with either a positive skin test or an in vitro test for pollen-specific for IgE antibodies to Dermatophagoides farinae or Dermatophagoides pteronyssinus house dust mites AND<br>• The patient's symptoms of allergic rhinitis have not been controlled with a nasal corticosteroid (e.g., fluticasone) AND at least one of the following: oral antihistamine, nasal antihistamines, or a leukotriene receptor antagonist (montelukast) OR<br>• The patient has a diagnosis of HDM-related allergic rhinitis and allergic asthma that has not responded to an adequate trial of inhaled steroids, and the patient's FEV1 >70% AND<br>• The patient has received the first dose in the office setting and was observed for 30 minutes with no allergic reactions noted AND<br>• The patient has a prescription for self-administered SC epinephrine AND<br>• The patient does not have a history of severe local allergic reaction to sublingual immunotherapy AND<br>• Patient is not receiving co-administered SC immunotherapy AND<br>• Patient does not have severe, uncontrolled, unstable asthma<br><br>Other off-label uses other than allergic asthma are not approved.<br>PA expires in 6 months.<br><br>Renewal Criteria: Coverage will be continued indefinitely if the patient has responded positively to treatment and is not receiving co-administered SC immunotherapy and does not have sever, uncontrolled unstable asthma. |
| • lanadelumab (Takhzyro)<br><br>**Corticosteroid-Immune Modulators for Hereditary Angioedema Prophylaxis (HAE)** | **Updates from the May 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of Orladeyo, Takhzyro, Cinryze, and Haegarda.<br><br>Manual PA criteria: Orladeyo, Takhzyro, Cinryze, or Haegarda is approved if all apply:<br><br>• Patient Age<br> ▪ For Orladeyo, the patient is 12 years of age or older<br> ▪ For Takhzyro, the patient is ~~12~~ **2** years of age or older<br> ▪ For Cinryze, the patient is 13 years of age or older<br>• The patient has a diagnosis of hereditary angioedema (HAE)<br>• Orladeyo, Takhzyro, Cinryze or Haegarda is prescribed by an allergist, immunologist, or rheumatologist, or in consultation with an HAE specialist<br>• The patient must have monthly HAE attacks or a history of severe attacks that require prophylaxis treatment (i.e., ≥2 HAE attacks/month, laryngeal attacks, etc.)<br>• The patient is not currently receiving another drug for HAE prophylaxis (e.g., Orladeyo, Takhzyro, Cinryze or Haegarda will not be used concomitantly)<br><br>Non-FDA-approved uses NOT approved.<br><br>Prior Authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 79 of 66      Page 799 of 980

Case 2:25-cv-00041-M-RN      Document 75-1      Filed 12/05/25      Page 799 of 980

AR1987

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • liraglutide (Victoza)<br>• exenatide (Bydureon BCISE)<br><br>**Non-Insulin Diabetes Drugs: Glucagon-Like Peptide-1 Receptor Agonists (GLP1RAs)** | **Changes from the May 2023 meeting are in bold and strikethrough.**<br><br>All new users of a GLP1RA are required to try metformin before receiving a GLP1RA.<br><br>Patients currently taking a GLP1RA must have had a trial of metformin first.<br><br>New users of Bydureon BCise, Byetta, Victoza, or Adlyxin, must try Trulicity and Ozempic first.<br><br>Manual PA criteria—Bydureon BCise, Byetta, Victoza, or Adlyxin is approved (i.e., a trial of metformin is NOT required) if:<br><br>• The patient has a confirmed diagnosis of Type 2 diabetes mellitus.<br>• The patient has experienced any of the following issues on metformin:<br>   ■ impaired renal function precluding treatment with metformin<br>   ■ history of lactic acidosis<br>• The patient has had inadequate response to metformin<br>• The patient has a contraindication to metformin<br>AND<br>In addition to the above criteria regarding metformin the following PA criteria would apply specifically to new users of Bydureon BCise, Byetta, Victoza, and Adlyxin:<br><br>• The patient has had an inadequate response to Trulicity and Bydureon BCise Ozempic<br>• **For Victoza and Bydureon BCise, patient is age 10 years to < 18 years.**<br><br>Non-FDA-approved uses are not approved.<br><br>Prior Authorization does not expire |
| • olanzapine/samidorphan (Lybalvi)<br><br>**Antipsychotic Agents: Atypical** | **Updates from the May 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of Lybalvi.<br><br>Manual PA criteria: Lybalvi is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• Patient has a documented diagnosis of schizophrenia or bipolar 1 disorder<br>• **Patient has tried either olanzapine alone or olanzapine/fluoxetine combination (Symbyax generic) and experienced significant weight gain or other metabolic complications (i.e., worsening diabetes, new sleep apnea, development of NASH or obesity hypoventilation syndrome)**<br>• **Patient has tried and failed either aripiprazole or ziprasidone**<br>• **Patient has tried and had an adverse event to at least 2 antipsychotic agents**<br>• **Provider must indicate the drug, date of initiation, duration of therapy, and whether the patient had an adverse reaction or failure to therapy of other therapies tried**<br>   ■ **Drug: Date_____ Duration of therapy _____Adverse Reaction _____ Therapeutic Failure _____**<br>   ■ **Drug: Date _____ Duration of therapy _____Adverse Reaction _____ Therapeutic Failure _____**<br><br>Non-FDA-approved uses are not approved including major depressive disorder, fibromyalgia, or other mood disorders.<br><br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 800 of 980 Page 4 of 66

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 800 of 980
AR1988

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • sotorasib (Lumakras)<br><br>**Oncological Agents: Lung Cancer** | **Updates from the May 2023 meeting are in bold.**<br><br>Manual PA criteria apply to all new users of Lumakras.<br><br>Manual PA criteria: Lumakras is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• Patient has laboratory evidence of KRAS G12C-mutated locally advanced or metastatic non-small cell lung cancer (NSCLC), as determined by an FDA approved test<br>• **The provider acknowledges that sotorasib 120 mg tablets are significantly more cost effective than sotorasib 320 mg tablets**<br>• **If the prescription is for sotorasib 320 mg, the patient cannot tolerate sotorasib (Lumakras) 120 mg tablets dispersed in water per manufacturer instructions and has documented swallowing dysfunction.**<br>• The patient will be monitored for interstitial lung disease and hepatotoxicity<br>• The drug is prescribed by or in consultation with a hematologist/oncologist<br>• Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.<br>Other non-FDA-approved uses are not approved.<br>Prior authorization does not expire. |
| • tucatinib (Tukysa)<br><br>**Oncological Agents** | **Updates from the May 2023 meeting are in bold.**<br><br>Manual PA is required for all new users of Tukysa.<br>Manual PA Criteria: Tukysa is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• Medication is prescribed by or consultation with a hematologist or oncologist<br>• The patient has a confirmed diagnosis of unresectable or metastatic HER2-positive breast cancer (including patients with brain metastases) and has received at least one prior anti-HER2-based regimen in the metastatic setting AND Tucatinib will be used in combination with trastuzumab (Herceptin) and capecitabine (Xeloda) **OR**<br>• **The patient has a confirmed diagnosis of RAS wild-type, HER2-positive, unresectable, or metastatic colorectal cancer that has progressed following treatment with fluoropyrimidine-, oxaliplatin-, and irinotecan-based chemotherapy AND tucatinib will be used in combination with trastuzumab**<br>• Provider agrees to monitor for hepatotoxicity<br>• Patient has been counseled on risk of diarrhea<br>• Female patients of childbearing age are not pregnant confirmed by (-) HCG<br>• Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment<br>• Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after the cessation of therapy<br>• Patient has a diagnosis for another indication that is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. Prescriber must provide specific diagnosis for documentation.<br><br>Non-FDA approved uses are not approved except as noted above.<br><br>Prior authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 801 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 802 of 866
AR1989

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • zanubrutinib (Brukinsa)<br><br>**Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors** | **Updates from the May 2023 meeting are in bold.**<br><br>Manual PA apply to all new users of Brukinsa.<br><br>Manual PA Criteria: Brukinsa is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• Prescribed by or in consultation with a hematologist/oncologist<br>• Patient has pathologically confirmed relapsed or refractory mantle cell lymphoma (MCL) OR<br>• Patient has Waldenström's macroglobulinemia (WM), a rare non-Hodgkin lymphoma OR<br>• Patient has relapsed or refractory marginal zone lymphoma (MZL) who have received at least 1 anti-CD20-based regimen OR<br>• **Patient has chronic lymphocytic leukemia (CLL) or small lymphocytic lymphoma (SLL)**<br>• Monitor for bleeding, infection (including opportunistic infection), cardiac arrhythmias, secondary primary malignancies, and cytopenias<br>• Patient will use sun protection in sun-exposed areas<br>• Female patients of childbearing age and are not pregnant confirmed by (-) HCG.<br>• Female patients will not breastfeed during treatment and for at least 2 weeks after the cessation of treatment<br>• Female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after the cessation of treatment<br>• The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.<br><br>Other non-FDA-approved uses are not approved.<br><br>Prior Authorization does not expire. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 802 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 803 of 966

AR1990

## Appendix D—Table of Quantity Limits (QL)

| Drug / Drug Class | Quantity Limits |
|---|---|
| • alirocumab (Praluent) <br><br> **PCSK9 Inhibitors** | ▪ Retail: 2 syringes/30 days <br> ▪ MTF and Mail Order: 6 syringes/90 days |
| • evolocumab (Repatha) <br><br> **PCSK9 Inhibitors** | ▪ Retail: 2 x 140 mg syringes/30 days (prefilled syringe or autoinjector) <br> ▪ MTF and Mail Order: 6 x 140 mg syringes/90 days (prefilled syringe or autoinjector) <br> ▪ Repatha Pushtronex <br>    o Retail: 1 infusor device <br>    o MTF and Mail Order: 3 infusor devices |
| • adagrasib (Krazati) <br><br> **Oncological Agents: Lung Cancer** | ▪ Retail/MTF/Mail: 60-day supply |
| • elacestrant (Orserdu) <br><br> **Oncological Agents** | ▪ Retail/MTF/Mail: 60-day supply |
| • pirtobrutinib (Jaypirca) <br><br> **Oncological Agents** | ▪ Retail/MTF/Mail: 60-day supply |
| • adalimumab-atto (Amjevita) <br><br> **Oncological Agents** | ▪ Retail/MTF/Mail: 60-day supply |
| • antihemophilic factor (recombinant), Fc-VWF-XTEN fusion protein-ehtl (Altuviiio) <br><br> **Antihemophilic Factors** | ▪ Retail/MTF/Mail: 30-day supply |
| • trofinetide (Daybue) <br><br> **Neurological Agents, Miscellaneous.** | ▪ Retail/MTF/Mail: 30-day supply |
| • tezepelumab-ekko (Tezspire) <br><br> **Atopy** | ▪ Retail: 1 device <br> ▪ MTF/Mail: 2 devices |
| • OTC naloxone 4mg/0.1 mL nasal spray | ▪ Retail/MTF/Mail: 2 cartons per fill; note each carton contains 2 devices |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| Generic (Trade) Name UF Class | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (AEs) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| adagrasib (Krazati) **Oncological Agents: Lung Cancer** | • sotorasib (Lumakras) | Formulation: • 200 mg film-coated tablets  Dosing: • 600 mg PO BID until disease progression or unacceptable toxicity • Dose reduction/ interruption for adverse events | • For adults with KRAS G12C-mutated locally advanced or metastatic non-small cell lung cancer, as determined by FDA approved test, who have received at least one prior systemic therapy | ADRs (≥25%) • nausea, diarrhea, vomiting • fatigue • musculoskeletal pain • hepatotoxicity • renal impairment • edema • dyspnea • ↓ appetite  (≥22%) Grade 3/4 lab abnormalities: • ↓lymphocytes • ↓hemoglobin • ↑AST/ALT • ↑alkaline phosphatase • ↓K; ↓NA • ↑lipase • ↓leukocytes • ↓neutrophils | • Second oral inhibitor of KRAS G12C (Lumakras was first) • Phase 2 study demonstrated an overall response rate (ORR) of 42.9% • Approved under accelerated approval based objective response rate and duration of response; continued approval may be contingent upon confirmatory trials • High incidence of GI side effects; can cause QTc prolongation, hepatotoxicity or worsening of interstitial lung disease • No direct comparisons to Lumakras which was also approved via accelerated approval with a single-arm phase 2 study • NCCN guidelines have the same recommendation for Krazati and Lumakras as subsequent therapy options after at least one prior systemic treatment • Patients who progressed on one of the agents should not attempt to switch to the other • Provides no compelling clinical advantage over existing agents | • UF • Do not add to EMMI List |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

# Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| | Formulation/Dosing | Indication | ADRs | Comments | Recommendation |
|---|---|---|---|---|---|
| adalimumab-atto injection (Amjevita) **TIBS** | • adalimumab (Humira) | Formulations: <br>• 40 mg/0.8 mL single-use prefilled autoinjector, and prefilled syringe<br>• 20 mg/0.4 mL single-use prefilled glass syringe; citrate free<br>• Dosing: Varies based on indication | • Rheumatoid Arthritis<br>• Juvenile Idiopathic Arthritis<br>• Psoriatic Arthritis<br>• Ankylosing Spondylitis<br>• Adult Crohn's Disease<br>• Ulcerative Colitis<br>• Plaque Psoriasis<br>• Hidradenitis Suppurativa | ADRs (> 10%): <br>• infections (e.g., upper respiratory, sinusitis)<br>• injection site reactions<br>• headache<br>• rash | • First Humira biosimilar to launch out of eight FDA approved Humira biosimilar products<br>• Label does not have all the FDA-indications found in the Humira label<br>• Two phase 3 studies demonstrated similar clinical efficacy, safety, and immunogenicity to the reference product<br>• One of the phase 3 studies demonstrated similar clinical efficacy, safety, and immunogenicity after a single transition from reference product to Amjevita<br>• Provides no compelling clinical advantage over existing agents | • NF non-step-preferred<br>• Add to EMMI List |
| Antihemophilic factor recombinant, (Altuviiio) **Antihemophilic Factors** | • emicizumab-KXWH (Hemlibra)<br>• Anti-hemophilic Factor-Recombinant, Fc Fusion Protein (Eloctate) | Formulation: <br>• In kits with single-dose vials containing 250, 500, 750, 1000, 2000, 3000, or 4000 IU of Factor VIII potency.<br><br>Dosing:<br>• Routine prophylaxis: 50 IU/kg IV injection every week<br>• Treatment/Control: 30 or 50 IU/kg IV PRN bleeding every 2 to 3 days<br>• Perioperative dose: 50 IU/kg once then 30-50 IU/kg IV PRN q2-3 days | • Indicated for use in adults and children with hemophilia A for:<br>• Routine prophylaxis to reduce the frequency of bleeding episodes<br>• On-demand treatment & control of bleeding episodes<br>• Perioperative management of bleeding | ADRs (>10%)<br>• headache<br>• arthralgia | • New once weekly antihemophilic factor VIII injection indicated for hemophilia A<br>• Provides near-normal factor activity (>40%) for most of the week<br>• Altuviiio was evaluated in two studies: XTEND-1 and XTEND-Kids<br> – Results were significant for week-long efficacy (no comparators)<br> – XTEND-Kids has not been published yet<br> – While not reported, FVIII antibody development may still occur with use<br>• May provide some clinical benefit relative to existing formulary agents<br>• Altuviiio offers an additional option for the treatment of hemophilia A, although alternative formulary agents are available and there is no comparative efficacy data | • UF<br>• Do not add to EMMI List |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 805 of 980

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**

| | | | | | |
|---|---|---|---|---|---|
| atorvastatin oral suspension (Atorvaliq)<br><br>**LIP-1s** | • atorvastatin tabs<br>• simvastatin suspension (FloLipid)<br>• rosuvastatin sprinkles (Ezallor) | Formulation:<br>• 150 mL bottles of 20 mg/5 mL<br>• Orange flavoring<br>Dosing:<br>• Adults: 10 to 80 mg QD.<br>• Pediatrics HeF): 10 to 20 mg QD.<br>• Pediatrics with HoFH: 10 to 80 mg QD. | • same as Lipitor<br>• ↓ risk of MI, stroke, RV procedures, angina with multiple risk factors for CHD<br>• ↓LDL in adults with primary hyperlipidemia and ≥ 10 y.o. with HeFH<br>≥ 10 y.o. with HoFH primary dys-betalipoproteinemia or ↑TG | Incidence ≥ 5%):<br>• nasopharyngitis<br>• arthralgia<br>• diarrhea<br>• pain in extremity<br>• UTI<br>• Same warnings as Lipitor re: hepatotoxicity and rhabdomyolysis | • 3rd statin approved in an alternate dosage form (simvastatin oral susp – FloLipid; rosuvastatin sprinkles – Ezallor)<br>• Approved via 505b2 pathway using data from Lipitor; no clinical trials; only pharmacokinetic data available<br>• FDA review mentioned some issues with the bioavailability data and significant deficiencies were identified in the manufacturing process and facility inspection<br>• Other than a convenience formulation, provides no compelling clinical advantages over other statins | • NF<br>• Add to EMMI List |
| dabigatran oral pellets (Pradaxa)<br><br>**Anticoagulants** | • dalteparin inj. (Fragmin)<br>• enoxaparin inj.<br>• rivaroxaban oral suspension (Xarelto) | Formulation:<br>• 20, 30, 40, 50, 110 and 150 mg packets<br><br>Dosing: Varies based on weight | • patients from 3 months to < 12 years of age for VTE treatment<br>• to reduce the risk of recurrent VTE | Incidence >15%<br>• GI adverse events<br>• bleeding | • Alternative Pradaxa formulation for pediatrics.<br>• Not substitutable on a milligram-to-milligram basis with other dabigatran dosage forms<br>• Phase 2/3 study demonstrated that Pradaxa pellets were non-inferior to standard of care<br>• Phase 3 safety study demonstrated 99% overall probability of freedom from recurrence of VTE<br>• Provides an oral option for patients 3 months to < 12 years old | • NF<br>• Add to EMMI List |
| elacestrant (Orserdu)<br><br>**Oncological Agents: Breast Cancer** | • fulvestrant<br>• anastrozole<br>• letrozole<br>• exemestane | Formulation:<br>• 86 mg oral tab<br>• 345mg oral tab<br><br>Dosing:<br>• 345mg QD | • ER+/HER2- ESR1 mutated advanced or metastatic breast cancer after at least one line of endocrine therapy | • nausea<br>• vomiting<br>• increased AST<br>• fatigue<br>• decreased appetite<br>• arthralgia<br>• diarrhea<br>• back pain | • First oral selective estrogen receptor degrader (SERD) for treatment of ER+/HER2- ESR1 mutation advanced or metastatic breast cancer<br>• Phase 3 study demonstrated increased mean progression-free survival (PFS) compared with standard of care in patients with ESR1 mutation<br>• Provides alternative and oral option after disease progression on established therapies | • UF<br>• Do not add to EMMI List |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 806 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 807 of 980

# Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| Drug | Product | Formulation / Dosing | Indication | Same as / ADRs | Rationale | Recommendation |
|---|---|---|---|---|---|---|
| insulin glargine injection (Rezvoglar Kwikpen)<br>**Insulins: Basal** | • Lantus<br>• Solostar<br>• Basaglar Kwikpen<br>• Semglee Pen | Formulation:<br>• 3ml single-patient-use prefilled pen<br>Dosing:<br>• Individualize dose | • T1DM and T2DM | Same as Lantus | • Second biosimilar of insulin glargine (Lantus) that is interchangeable with Lantus and unbranded Lantus<br>• No new clinical studies; approved via 351(k)<br>• Provides no compelling clinical advantage over existing agents | • NF NSP<br>• Add to EMMI List |
| omeprazole and sodium bicarbonate oral suspension (Konvomep)<br>**Proton Pump Inhibitors** | • Zegerid Cap/Susp<br>• Protonix Susp | Formulation:<br>• Suspension: 2mg/ml<br>Dosing:<br>• 40 mg QD | • Active benign ulcer<br>• Decrease GI bleed risk | Same as Zegerid | • Another formulation of omeprazole and sodium bicarbonate oral suspension for the treatment of active benign gastric ulcer and for the reduction of risk of upper GI bleeding in critically ill patients<br>• No new clinical studies; approved via 505(b)(2)<br>• Zegerid packets for oral suspension is available OTC and in generics – Rx formulation is designated NF<br>• Provides no compelling clinical advantage over existing agents | • UF<br>• Do not add to EMMI List |
| pegfilgrastim-fpgk injection (Stimufend)<br>**White Blood Cell Stimulants: Peg-filgrastims** | • pegfilgrastim (Neulasta)<br>• pegfilgrastim-jmdb (Fulphila)<br>• pegfilgrastim-cbqv (Udenyca)<br>• pegfilgrastim-bmez (Ziextenzo)<br>• pegfilgrastim-apgf (Nyvepria)<br>• pegfilgrastim-pbbk (Fylnetra) | • Formulation: 6 mg/0.6 mL solution in a single-dose prefilled syringe. 27-gauge, ½-inch needle (needle cap is made with natural rubber latex)<br>• Dosing: 6 mg SC once per chemotherapy cycle. Weight based dosing for pediatrics. | • Decrease incidence of infection, as manifested by febrile neutropenia in patients with non-myeloid malignancies receiving myelo-suppressive anti-cancer drugs | ADRs ($\geq$ 5% difference in incidence compared to placebo)<br>• Bone pain<br>• Pain in extremity | • Stimufend is the 6th biosimilar to Neulasta and 13th agent in the white blood cell stimulant class<br>• No new clinical data<br>• Stimufend provides little to no compelling clinical advantage over existing pegfilgrastim agents | • UF NSP<br>• Do not add to EMMI List |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Page 54 of 66
AR1995

| | | | ADR (≥15%) | | |
|---|---|---|---|---|---|
| pirtobrutinib tablet (Jaypirca) **Oncological Agents** | • acalabrutinib (Calquence) • zanubrutinib (Brukinsa) • ibrutinib (Imbruvica) | Formulation: • 50 mg, 100 mg tablet Dosing: • 200 mg PO QD | • Treatment of adults with relapsed or refractory mantle cell lymphoma after >2 lines of systemic therapy, including a Bruton Tyrosine Kinase inhibitor | ADR (≥15%) • fatigue • musculoskeletal pain • diarrhea • edema • dyspnea • pneumonia • bruising | • Non-covalent BTK inhibitor approved for the treatment of adults with relapsed or refractory mantle cell lymphoma • NCCN guidelines recommends the use of Jaypirca after 2nd line therapy with a covalent BTKi • Received FDA accelerated approval based on an overall response rate and a favorable benefit/risk profile • No direct comparisons to Brukinsa, Calquence or Imbruvica • Provides an alternative treatment option for this generally incurable disease state | • UF • Do not add to EMMI List |
| sparsentan tablet (Filspari) **Nephrology Agents** **Miscellaneous** | • budesonide delayed-release caps (Tarpeyo) • ARBs (irbesartan) • prednisone • methylprednisolone | Formulation: • 200mg and 400mg tablet Dosing: • 200 mg daily for 2 weeks, then 400 mg daily thereafter | • To reduce proteinuria in adults with primary immune-globulin A nephropathy (IgAN) at risk of rapid disease progression, generally a urine protein-to-creatinine ratio (UPCR) ≥1.5 g/g | • Same teratogenicity concerns as with other endothelin receptor agonists used for PAH (ambrisentan, etc.) • increased LFTs • hepatotoxicity • hypotension • acute kidney injury • fluid retention | • 2nd drug formally approved for IgA (after Tarpeyo) • New mechanism of action – dual-acting angiotensin II and endothelin type A receptor antagonist; (not a steroid like Tarpeyo, prednisone; not an immunosuppressant) • Unpublished Phase 3 PROTECT study in 400 pts vs. irbesartan 300 mg showed ↓ proteinuria (UPCR) from baseline at 36 weeks: 49.8% sparsentan vs. 15.1% irbesartan; p <0.001 • REMS program for teratogenicity and hepatotoxicity concerns • Approved using a surrogate endpoint; confirmatory studies are underway using eGFR • Indirect comparison vs Tarpeyo showed greater reduction in proteinuria with sparsentan • Initial results remain to be confirmed | • UF • Do not add to EMMI List |
| tezepelumab-ekko injection (Tezspire) **Atopy** | • mepolizumab (Nucala) • benralizumab (Fasenra) • dupilumab (Dupixent) • reslizumab (Cinqair) | Formulation: • 210 mg/1.91 mL in a single-dose prefilled pen Dosing: • 210 mg subcutaneously once every 4 weeks | • Add-on maintenance treatment of severe asthma, aged 12 years and older | (≥3%) • pharyngitis • arthralgia • back pain | • Adjunct treatment with a new mechanism of action for severe asthma • Clinical trials showed statistically significant relative reduction in asthma exacerbation vs. placebo • Adverse events are generally mild and include pharyngitis, arthralgia, back pain • Provides another treatment option in the management of severe asthma | • UF • Add to EMMI list |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Page 55 of 66
AR1996

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 808 of 980

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**

| | | | | |
|---|---|---|---|---|
| trofinetide oral solution (Daybue)<br><br>**Neurological Agents, Miscellaneous** | • none | Formulation:<br>• Solution, 450 mL (200 mg/mL) in a multi-dose, child-resistant bottle<br>Dosing:<br>• Orally or g-tube BID with or without food; weight based | • Treatment of Rett syndrome in patients 2 years of age and older | (≥10%)<br>• Diarrhea<br>• Vomiting | • Specialty orphan drug approved for the treatment of Rett Syndrome<br>• Single phase 3 study demonstrated statistically significant improvement vs. placebo on Rett Behavior Questionnaire and Clinical Global Impression-Improvement Scale<br>• GI adverse events are most common, diarrhea and vomiting<br>• Daybue provides a pharmacologic treatment option outside of supportive care for this rare condition | • UF<br>• Do not add to EMMI list |

Page 56 of 66
**AR1997**

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 809 of 980

## Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary*

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program; if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| May 2023 | **Drug Class Reviews**<br><br>**Dry Eye Disease**<br>**Designated UF:**<br>*Remain on EMMPI program*<br>• cyclosporine 0.05% (Restasis) – brand only<br><br>**Designated NF:**<br>*No reason to exempt from NF-2-Mail requirement (remain on list):*<br>• varenicline nasal solution (Tryvaya)<br>• cyclosporine 0.1% ophthalmic solution (Verkazia)<br><br>**PCSK9 inhibitors**<br>**Designated UF**<br>*Remain on EMMPI program*<br>• evolocumab (Repatha)<br>• alirocumab (Praluent)<br><br>**Newly Approved Pharmaceutical Agents per 32 CFR 199.21(g)(5)**<br>**Designated UF**<br>*Add to EMMPI program (implementation date is the first Wednesday 2 weeks after signing of the minutes)*<br>• atorvastatin oral suspension (Atorvaliq)<br>• dabigatran oral pellet (Pradaxa)<br><br>*Add to EMMPI program (implementation date contingent on cost effectiveness and operational considerations)*<br>• tezepelumab-ekko (Tezspire)  *Note that after the meeting it was discovered that Tezspire could not operationally be added to the EMMPI program.*<br><br>**Designated NF**<br>*No reason to exempt from NF-2-Mail requirement (implementation date is the first Wednesday 2 weeks after signing of the minutes)*<br>• insulin glargine (Rezvoglar)<br>• adalimumab-atto (Amjevita) | **Drug Class Reviews**<br><br>**Dry Eye Disease**<br>**Designated UF**<br>*Remove from EMMPI program (implementation date is the first Wednesday 2 weeks after signing of the minutes)*<br>• cyclosporine 0.09% ophthalmic solution (Cequa)<br>• lifitegrast 5% ophthalmic solution (Xiidra)<br><br>**Newly Approved Pharmaceutical Agents per 32 CFR 199.21(g)(5)**<br>**Designated UF:**<br>*Limited duration of use*<br>• pegfilgrastim-fpgk (Stimufend)<br><br>*Not yet clear if feasible to provide through Mail*<br>• adagrasib (Krazati)<br>• elacestrant (Orserdu)<br>• pirtobrutinib (Jaypirca)<br>• sparsentan (Filspari)<br>• trofinetide (Daybue)<br><br>*Comparable pricing across points of service*<br>• omeprazole/sodium bicarbonate oral suspension (Konvomep)<br><br>*Consistent with others in the class*<br>• antihemophilic factor (recombinant), Fc-VWF-XTEN fusion protein-ehtl (Altuviiio) |

Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 810 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 810 of 66

AR1998

**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary during the November 2021 DoD P&T Committee Meeting**

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program; if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| | **Products in Classes Designated by the P&T Committee as Generally Suitable for Inclusion** *(implementation date contingent on cost effectiveness and operational considerations)* <br><br> **Designated UF** <br><br> • degarelix acetate (Firmagon) - Luteinizing Hormone-Releasing Hormone Agonists-Antagonists for Prostate Cancer <br><br> • ozanimod HCl (Zeposia) - MS <br><br> • siponimod (Mayzent) - MS <br><br> • apalutamide (Erleada – Oncological Agents: 2nd-Generation Antiandrogens <br><br> • darolutamide (Nubeqa) – Oncological Agents: 2nd-Generation Antiandrogens <br><br> • enzalutamide (Xtandi) – Oncological Agents: 2nd-Generation Antiandrogens <br><br> • binimetinib (Mektovi) – Oncological Agents: Melanoma <br><br> • cobimetinib (Cotellic) – Oncological Agents: Melanoma <br><br> • encorafenib (Braftovi) – Oncological Agents: Melanoma <br><br> • vemurafenib (Zelboraf) – Oncological Agents: Melanoma <br><br> • TIBs – The Committee agreed that the TIBS are generally suitable for inclusion on the EMMPI program <br><br> **Designated NF** <br> *No reason to exempt from NF-2-Mail requirement, similar agents already on list:* <br><br> • tralokinumab-ldrm (Adbry) – Atopy <br><br> • TIBs – The Committee agreed that the TIBS are generally suitable for inclusion on the EMMPI program | |

\* The Expanded Military Treatment Facility (MTF)/Mail Pharmacy Initiative (EMMPI) implements 10 USC 1074g(a)(9), which requires beneficiaries generally to fill non-generic prescription maintenance medications at MTFs or the national mail order pharmacy.

Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 811 of 980    Page 66 of 66

AR1999

**Appendix G—Implementation Dates for UF Recommendations/Decisions**

**Implementation Dates for UF Recommendations/Decisions***

Upon signing:   July 26, 2023

Two weeks after signing:  August 9, 2023

30 days after Signing:  August 30, 2023

60 days after signing:  September 27, 2023

90 days after signing:  October 25, 2023

120 days after signing:  November 22, 2023

**\* Note that implementation occurs the first Wednesday following "X" days after signing of the minutes in all points of service.**

Appendix G—Implementation Dates for UF Recommendations/Decisions
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 980 of

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 812 of 66

AR2000

## Appendix H—Completely Excluded Agents (Tier 4) and Therapeutic Alternatives

| P&T Committee Meeting Date | Drug Class | Tier 4 (complete exclusion) Products | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| May 2023 | Ophthalmic Dry Eye Agents | • loteprednol etabonate 0.25% ophthalmic suspension (Eysuvis) | • cyclosporine 0.05% ophthalmic emulsion unit-dose (generic Restasis) <br><br> • cyclosporine 0.05% ophthalmic emulsion multi-dose (Restasis Multidose) <br><br> • cyclosporine 0.09% ophthalmic solution (Cequa) <br><br> • lifitegrast 5% ophthalmic solution (Xiidra) <br><br> • loteprednol 0.2% ophthalmic suspension (Alrex, generic) <br><br> • loteprednol 0.5% ophthalmic suspension (Lotemax, generic) | • 120 days |

*The P&T Committee may recommend complete exclusion of any pharmaceutical agent from the TRICARE pharmacy benefits program the Director determines provides very little or no clinical effectiveness relative to similar agents. All TRICARE Tier 4 (complete exclusion) agents that are not eligible for cost-sharing were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018. The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms.

Drugs recommended for Tier 4 (complete exclusion) will not be available at the MTFs or Mail Order points of service. Beneficiaries will be required to pay the full out-of-pocket cost for the Tier 4(complete exclusion) agents at the Retail points of service.

The first Tier 4 (complete exclusion) products were designated at the February 2019 P&T Committee meeting, with implementation occurring on August 28, 2019. For a cumulative listing of all Tier 4 agents to date, refer to previous versions of the DoD P&T Committee quarterly meeting minutes, found on the heatlh.mil website.

Appendix H—Completely Excluded Agents (Tier 4) and Therapeutic Alternatives
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Page 960 of 66

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 813 of 980

AR2001

## DoD P&T Committee Updates to Approval Authorities

Note that updates are in **bold** font.

### Table 1. Processes and Recommendation/Approval Authorities
### For May 2023 DoD P&T Committee Meeting

| Process | Function |
|---|---|
| **Administrative** (not part of DoD P&T Committee process; Beneficiary Advisory Panel (BAP) comments not required; Director, DHA, approval not required)<br><br>Responsible parties include: TPharm4 (Mail Order Pharmacy and Retail Pharmacy Network) Contracting Officer Representative (CORs), DHA Pharmacy Program, DHA Office of General Counsel, and Pharmacy Operations Division Formulary Management Branch (FMB) staff; **P&T Committee Chair and others as needed** | • Identification of new FDA-approved medications, formulations, strengths, package sizes, fixed dose combinations, etc.<br>• If situation unclear, determination as to whether a new FDA-approved medication is covered by TRICARE.<br>• If situation unclear, determination as to whether a new FDA-approved medication is part of the pharmacy benefit (e.g., IV infusions).<br>• If situation unclear, determination as to whether a new FDA-approved medication is suitable for dispensing through the TRICARE Mail Order Pharmacy (e.g., Accutane with proof of negative pregnancy testing requirements).<br>• Calculating and implementing quantity limits. The QLs will be reviewed by the DoD P&T Committee at the next meeting.<br>• Making changes to quantity limits as needed based on non-clinical factors such as changes to packaging (e.g., medication previously available in boxes of 5 now only available packaged in boxes of 8).<br>• Establishing and making changes to days supply and quantity limits for specialty medications as needed, consistent with days supply or quantity limits for similar agents, expert opinion from providers and specialty pharmacists, dosing, package sizes, and other considerations, to be reviewed by the DoD P&T Committee at the next meeting.<br>• Establishing adjudication edits (Pharmacy Data Transaction Service [PDTS] limitations which are set well above the clinical maximum and are intended to prevent entry errors [e.g., entering a quantity of 17 for a 17-gram inhaler for which the actual unit of measure is 1 inhaler] or are intended to limit diversion.<br>• Implementing prior authorization (PA) requirements if already established through the DoD P&T Committee process for a given medication or class of medications.<br>• Implementing step therapy (automated PA criteria) for a new entrant to a medication class if already established through the DoD P&T Committee process. The entrant will be designated as "non step preferred" (i.e., behind the step). The step therapy criteria for the new entrant will be reviewed by the DoD P&T Committee at the next meeting.<br>• Making minor changes to prior authorization forms or Medical Necessity (MN) forms NOT involving changes to underlying criteria, such as correcting contact information or rewording clinical questions.<br>• Making changes to PA criteria, MN criteria, quantity limits and any associated documents to accommodate new FDA-approved indications or to respond to changes in FDA-recommended safety limitations (changes will be reviewed by DoD P&T Committee at next meeting).<br>• **Implementing temporary prior authorization (PA) requirement changes for existing PAs, or medical necessity criteria based on new reliable evidence from new randomized controlled trials or new national guidelines (changes will be reviewed by the DoD P&T Committee at the next meeting).** |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 814 of 66

AR2002

|  | <ul><li>Applying general MN criteria to drugs newly approved by the FDA after August 26, 2015 (previously known as "innovator" drugs), as outlined in the August 2015 DoD P&T Committee meeting minutes.</li><li>Designated drugs newly approved by the FDA after August 26, 2015 with no formulary alternatives to adjudicate as UF (Tier 2 co-pay), after consultation with a DoD P&T Committee physician member or MHS specialist prior to formal vote from the DoD P&T Committee. All newly approved drugs, including those that the Pharmacy Operations Division has determined have no formulary alternatives will be reviewed by the DoD P&T Committee at the next meeting, as outlined in the February 2016 DoD P&T Committee meeting minutes.</li><li>Establishing temporary specific PA criteria or MN criteria for select drugs newly approved by the FDA after August 26 2015, to be implemented at the time of product launch, after consultation with a DoD P&T Committee physician member or MHS specialist, prior to formal vote by the DoD P&T Committee, as outlined in the February 2016 DoD P&T Committee meeting minutes. All temporary specific PA or MN criteria will be reviewed by the DoD P&T Committee at the next meeting. The temporary specific PA or MN criteria will only be active until the formal P&T Committee process is complete. Implementation of permanent criteria will become effective upon signing of the DoD P&T Committee minutes. All users who have established temporary specific PA or MN criteria will be "grandfathered" when the permanent criteria become effective, unless directed otherwise.</li><li>Establishing drug class definitions for maintenance medications as part of the Expanded MTF/Mail Order Pharmacy Initiative.</li><li>Exempting NF medications from the requirement for TRICARE Mail Order Pharmacy dispensing where Trade Act Agreement conflicts preclude purchase for use by the Mail Order Pharmacy; for products that will be discontinued from the market; or for products that are not feasible to provide through the Mail Order Pharmacy (e.g., shortages, access requirements).</li><li>Exempting medications or classes of medications previously identified for addition to the Expanded MTF/Mail Order Pharmacy Initiative from the requirement for Mail Order Pharmacy dispensing in cases where Trade Act Agreement conflicts preclude purchase for use by the Mail Order Pharmacy; for products that will be discontinued from the market; or for products that are not feasible to provide through the Mail Order Pharmacy (e.g., shortages, access requirements).</li><li>After consultation with the Chair of the DoD P&T Committee, implementing "brand over generic" authorization and PA criteria for drugs with recent generic entrants where the branded product is more cost effective than the generic formulations. The branded product will continue to be dispensed, and the generic product will only be available upon prior authorization. The branded product will adjudicate at the Tier 1 co-pay at the Retail Pharmacy Network and Mail Order Pharmacy. The "brand over generic" authority will be removed when it is no longer cost effective to the MHS. These actions will be reviewed by the DoD P&T Committee at the next meeting, as outlined in the May 2016 DoD P&T Committee meeting minutes.</li><li>Designating "line extension" products to retain the same formulary status and any applicable PA/step therapy or MN criteria as the "parent" drug. Line extensions will be reviewed by the DoD P&T Committee at the next meeting. Line extensions are defined as having the same FDA-approved indication as the parent drug, and must be from the same manufacturer. Line extensions may also include products where there are changes in the release properties</li></ul> |

|  | of parent drug, for example, an immediate release preparation subsequently FDA-approved as a sustained release or extended release formulation, available from the same manufacturer as the parent drug. The line extension definition is outlined in the May 2014 and November 2016 DoD P&T Committee meeting minutes. |
|  | ▪ Removing medications withdrawn from the U.S. market from Basic Core Formulary (BCF) or Extended Core Formulary (ECF) listings and other documents. |
|  | ▪ Providing clarifications to existing BCF/ECF listings in the event of market entrant of new dosage strengths, new formulations, new delivery devices (e.g., HandiHaler vs. Respimat inhaler) or manufacturer removal/replacement of products (e.g., mesalamine Asacol changed to Delzicol). BCF clarifications of this type will be reviewed by the DoD P&T Committee at the next meeting. |
|  | ▪ Providing clarifications to existing listings on the BCF or ECF to designate specific brands/manufacturers when a national contract (e.g., joint DoD/VA, Defense Logistics Agency) is awarded for a given product. |
|  | ▪ Other functions as necessary to accomplish the functions listed above; for example, making changes to PDTS coding for TPharm4, communicating status of medications as part of the pharmacy or medical benefit to Managed Care Support Contractors (MCSCs), and making changes to the DHA "health.mil" website. |
|  | ▪ Adding or removing products from the Specialty Agent Reporting List that have previously been designated by the DoD P&T Committee. The Specialty Agent Reporting List is maintained for purposes of monitoring specialty drug utilization trends and spends, and is based on the definition of a specialty drug previously agreed upon by the DoD P&T Committee at the August 2014 meeting. |
|  | ▪ Adding or deleting drugs or drug classes from the Clinical Services Drug List, based on approved P&T Committee criteria, which identifies drugs for which specialty care pharmacy services are provided at the Mail Order Pharmacy under the TRICARE pharmacy contract. The list also designates which drugs must be filled through the Specialty Drug Home Delivery Program or at specified Retail Network pharmacies. Addition or deletion of drugs or drug classes from the Clinical Services Drug List will be formally reviewed by the DoD P&T Committee at the next meeting. |
|  | ▪ In order to avert or respond to drug shortages due to widespread (national or worldwide) emergency situations (e.g., pandemics) and after consultation with the Chair of the DoD P&T Committee and other parties as needed (e.g., Deputy Assistant Director – Health Affairs), applying manual PA criteria or Quantity Limits to certain drugs, to ensure adequate supply and or appropriate usage in the MHS. Any actions taken will be presented to the P&T Committee at the next meeting. PAs and/or QLs implemented in these situations will removed when the situation has resolved. |
|  | ▪ FDA approval of a device or supply does not require consideration by the DoD P&T Committee. If deemed appropriate, identification of new FDA approved devices or supplies and determination as to whether a new FDA approved device or supply should be considered for coverage by TRICARE Pharmacy Benefit. This includes new versions or models. If determination made to consider for coverage, timeline for review by DoD P&T Committee. The DoD P&T Committee must evaluate cost and clinical effectiveness for inclusion on the benefit and resulting formulary status recommendation. Additionally, devices or supplies may be reviewed periodically and may be designated UF, NF or excluded/removed from the pharmacy benefit. |

Appendix I—Table of Administrative Authorities
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 816 of 980     Page 830 of 66
AR2004

| | |
|---|---|
| | ▪ Designating "line extension" devices to retain the same formulary status and any applicable PA/step therapy or MN criteria as the "parent" or previous version device that have already been added to the TRICARE Pharmacy Benefit. Line extensions for devices will be reviewed by the DoD P&T Committee at the next meeting. Line extension devices are defined as having the same indication, being a newer version or model of an already covered device, same pricing, and must be from the same manufacturer. |
| **Approval by Director, DHA, required based on DoD P&T Committee recommendations and BAP comments** | ▪ Classification of a medication as non-formulary on the Uniform Formulary (UF), and implementation plan (including effective date).<br>▪ Classification of a medication as Tier 4 (not covered) on the Uniform Formulary, for products selected for complete exclusion that provide very little or no clinical effectiveness relative to similar agents, and implementation plan (including effective date).<br>▪ Establishment of prior authorization requirements for a medication or class of medications, a summary/outline of prior authorization criteria, and implementation plan (including effective date).<br>▪ Changes to existing prior authorization (e.g., due to the availability of new efficacy or safety data).<br>▪ Discontinuation of prior authorization requirements for a drug.<br>▪ Clarification of a medication as non-formulary due to NDAA Section 703 regulations, and implementation plan (effective date).<br>▪ Establishing pre-authorization criteria for drugs recommended as non-formulary due to NDAA Section 703 regulations.<br>▪ Addition or deletion of over-the-counter (OTC) drugs to the Uniform Formulary, and designating products recommended for a co-payment waiver.<br>▪ Removal of co-pays or reducing co-pays for an individual drug (e.g., branded product available at the Tier 1 co-pay).<br>▪ Designating individual generic drugs as non-formulary (Tier 3 co-pay).<br>▪ The Director may approve devices or supplies as recommended by the P&T Committee and the BAP; however approval is not required. Even if excluded from the pharmacy benefit, devices or supplies continue to be covered under the TRICARE medical benefit.<br>▪ Devices or supplies approved for addition to the pharmacy benefit may be designated UF or NF with prior authorization criteria and implementation plans as recommended by the DoD P&T Committee and BAP. |
| **Approval by Director, DHA, required based on DoD P&T Committee recommendations** (not required to be submitted to BAP for comments) | ▪ Establishment of quantity limits for a medication, **device or supply** or class of medications, devices or supplies; deletion of existing quantity limits; or changing existing quantity limits based on clinical factors (e.g., new clinical data or dosing regimens).<br>▪ Establishment and changes of MN criteria for non-formulary drugs, devices or supplies.<br>▪ Addition or deletion of medications, devices or supplies listed on the Basic Core Formulary (BCF) or Extended Core Formulary (ECF).<br>▪ Addition or deletion of drugs or drug classes, devices or supplies on the Expanded MFT/Mail Order Pharmacy Initiative Program.<br>▪ For OTC products added or deleted from the UF, adding or removing the requirement for a prescription waiver.<br>▪ Including or excluding drugs or drug classes, devices or supplies from the Mail Order Pharmacy auto refill program. |

AR2005

## Appendix I—Table of Administrative Authorities

| | |
|---|---|
| | <ul><li>Exempting NF medications, devices or supplies from the requirement for dispensing from the Mail Order Pharmacy (e.g., schedule II drugs, antipsychotics, oncology drugs, or drugs not suitable for dispensing from the Mail Order).</li><li>Addition or deletion of drugs or drug classes from the Clinical Services Drug List, which identifies drugs for which specialty care pharmacy services are provided at the Mail Order Pharmacy under the TRICARE pharmacy contract. The list also designates which drugs must be filled through the Specialty Drug Home Delivery Program or at specified Retail Network pharmacies.</li></ul> |



**DEFENSE HEALTH AGENCY**
7700 ARLINGTON BOULEVARD, SUITE 5101
FALLS CHURCH, VIRGINIA 22042-5101

Healthcare
Administration

MEMORANDUM FOR: ALL DEFENSE HEALTH AGENCY (DHA) MARKETS AND
MILITARY MEDICAL TREATMENT FACILITIES

Subject: Prescribing Weight Loss Medications to Active-Duty Service Members

This memorandum is meant to clarify a recent action made by the Department of Defense
(DoD) Pharmacy and Therapeutics (P&T) Committee members at the February 2023 DoD P&T
Committee meeting. While a Prior Authorization (PA) continues to be required when
prescribing weight loss medications, during the February 2023 meeting P&T Committee
members made a recommendation, which DHA leadership approved, to remove two questions
from the required PA process when military Medical Treatment Facility (MTF) providers
prescribe weight loss medications. The following questions will be removed from the PA form
in early August 2023:

- Is the patient an Active-Duty Service Member?

- Does the individual continue to be enrolled in a Service-specific Health/Wellness
  Program AND adhere to Service policy AND will remain engaged throughout the
  course of therapy?

**For clarification, providers must continue to follow Military Department-specific
policies that set the requirements for participation in weight loss programs for Active-Duty
Service Members.**

The PA form still requires answers to the following questions:

- Patient has a Body Mass Index (BMI) $\geq$ 30, or a BMI $\geq$ 27 for those with risk factors in
  addition to obesity (diabetes, impaired glucose tolerance, dyslipidemia, hypertension,
  sleep apnea) OR patient is a pediatric patient 12 years of age or older with BMI $\geq$ 95th
  percentile standardized for age and sex, AND

- Patient has engaged in behavioral modification and dietary restriction for at least 6
  months and has failed to achieve the desired weight loss and will remain engaged
  throughout course of therapy.

While there may be a need for the Military Departments to update their policies to
incorporate recent additions to, or modifications of, weight loss medications available on the
uniform formulary, **the Military Departments (not DHA) will continue to determine and
direct the appropriate use of these medications in their health/weight loss and fitness
programs for Active-Duty Service Members.**

My point of contact for this memorandum is Dr. Paul R. Cordts at //email or
703-681-8003. Please ensure widest dissemination in your Markets and MTFs.

//sign
Brian C. Lein, MD
Assistant Director
Health Care Administration

Appendix J—Prescribing Weight Loss Medications to Active-Duty Service Members memo
Minutes & Recommendations of the DoD P&T Committee Meeting May 3-4, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 819 of 980    Page 88 of 66

AR2007

# EXECUTIVE SUMMARY

## Uniform Formulary Beneficiary
## Advisory Panel Meeting June 28, 2023

## For the May 2023 DoD Pharmacy and Therapeutics Committee Meeting

The Uniform Formulary Beneficiary Advisory Panel (UFBAP) convened at 10:00 A.M. EDT on June 28, 2023 via teleconference. The current meeting took place over 1 hour and 45 minutes. The information presented included the recommendations from the May 2023 DoD Pharmacy and Therapeutics Committee (P&T) meeting.

The detailed meeting information is found starting on page 9.

## UNIFORM FORMULARY (UF) DRUG CLASS REVIEWS

I.  **UF CLASS REVIEWS— Antilipidemics-1—Proprotein Convertase Subtilisin/Kexin Type 9 (PCSK9) Inhibitors Subclass**

   A. **PCSK9 Inhibitors—UF Recommendations**

   - UF and step-preferred
     - evolocumab (Repatha)
   - UF and non-step-preferred
     - alirocumab (Praluent)
     - Note that as part of the formulary recommendation for Praluent, a trial of Repatha is required first.
   - NF
     - None
   - Complete exclusion
     - None

   *Summary of Panel Questions and Comments*

   There were no questions or comments from the Panel.

   - **Concur:  8        Non-Concur: 0        Abstain: 0        Absent:  0**

**B. PCSK9 Inhibitors —Manual PA Criteria**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  8        Non-Concur: 0        Abstain: 0      Absent:  0**

**C. PCSK9 Inhibitors —UF, PA, and Implementation Plan of an effective date of 30 days**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  8        Non-Concur: 0        Abstain: 0      Absent:  0**

**II.     UF CLASS REVIEWS—Ophthalmic—Dry Eye Agents**

**A.  Ophthalmic—Dry Eye Agents—UF Recommendations**

- **UF**
    - Restasis unit-dose, generics
    - Restasis Multidose
    - Cequa – *moves from NF to UF*
    - Xiidra

- **NF**
    - Verkazia
    - Tyrvaya

- **Complete exclusion**
    - Eysuvis – *moves from NF to complete exclusion*

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8        Non-Concur: 0        Abstain: 0    Absent: 0**

    **B. Ophthalmic—Dry Eye Agents —Prior Authorization Criteria**

The P&T Committee recommended Manual PA criteria for the ophthalmic dry eye agents.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8        Non-Concur: 0        Abstain: 0    Absent: 0**

    **C. Ophthalmic—Dry Eye Agents —UF, PA, and Implementation Plan of 60 days**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8        Non-Concur: 0        Abstain: 0    Absent: 0**

**III.    NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)**

    **A. Newly Approved Drugs Per 32 CFR 199.21(g)(5)—UF/NF/Complete Exclusion Recommendation**

- **UF**
  - adagrasib (Krazati)
  - antihemophilic factor (recombinant), Fc-VWF-XTEN fusion protein-ehtl vial (Altuviiio)
  - elacestrant (Orserdu)
  - omeprazole and sodium bicarbonate 2 mg/mL oral suspension (Konvomep)
  - pegfilgrastim-fpgk injection (Stimufend)
  - pirtobrutinib (Jaypirca)
  - sparsentan (Filspari)
  - tezepelumab-ekko autoinjector (Tezspire)

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 822 of 980

**AR2010**

- ▪ trofinetide 200 mg/mL oral solution (Daybue)

- **NF**
  - ▪ adalimumab-atto injection (Amjevita)
  - ▪ atorvastatin 20 mg/5 mL oral suspension (Atorvaliq)
  - ▪ dabigatran oral pellet packets (Pradaxa pellets)
  - ▪ insulin glargine KwikPen (Rezvoglar)

- **Complete exclusion**
  - ▪ None

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- Concur:  8      Non-Concur: 0      Abstain: 0      Absent:  0

**B. Newly Approved Drugs Per 32 CFR 199.21(g)(5)—PA Criteria for Krazati, Amjevita, Atorvaliq, Pradaxa Pellets, Orserdu, Rezvoglar, Konvomep, Stimufend, Jaypirca, Filspari, Tezspire, Daybue**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- Concur:  8      Non-Concur: 0      Abstain: 0      Absent:  0

**C. Newly Approved Drugs Per 32 CFR 199.21(g)(5)—UF, NF, Complete Exclusion and PA Implementation Plan of 2 weeks**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- Concur:  8      Non-Concur: 0      Abstain: 0      Absent:  0

## IV. UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA AND IMPLEMENTATION PLAN

### A. New Manual PA Criteria for Tirosint, Sucraid and Humira

*Summary of Panel Questions and Comments*

Dr. McKeon applauded the DoD P&T Committee for allowing rheumatology specialists to prescribe Humira without having to go through the PA process.

- **Concur: 8     Non-Concur: 0     Abstain: 0     Absent: 0**

### B. New Manual PA Criteria for Tirosint, Sucraid and Humira Implementation Plan

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  8     Non-Concur: 0     Abstain: 0     Absent: 0**

## V. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA- APPROVED INDICATIONS AND IMPLEMENTATION PLAN

### A. Updated PA Criteria for New FDA-Approved Indications

The P&T Committee evaluated updates to the PA criteria for Cibinqo, Verzenio, Takhzyro, Brukinsa, Odactra, Tukysa, and FreeStyle Libre 2 and FreeStyle Libre 3 due to new FDA-approved indications,

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  8     Non-Concur: 0     Abstain: 0     Absent: 0**

### B. Updated PA Criteria for New FDA-Approved Indications Implementation Plan of 60 days

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8    Non-Concur: 0    Abstain: 0    Absent: 0**

## VI.    UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS ND IMPLEMENTATION PLAN

### A. Updated PA Criteria for Reasons other than New Indications for Lybalvi, Bydureon BCise, Victoza and Lumakras

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8    Non-Concur: 0    Abstain: 0    Absent: 0**

### B. Updated PA Criteria for Reasons other than New Indications Implementation Plan of 60 Days

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8    Non-Concur: 0    Abstain: 0    Absent: 0**

## VII.    UTILIZATION MANAGEMENT—REMOVAL OF PA CRITERIA AND IMPLEMENTATION PLAN

### A. Removal of PA criteria for the step-preferred TZDs (pioglitazone) and DPP-4 inhibitors (sitagliptin and their combinations)

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8    Non-Concur: 0    Abstain: 0    Absent: 0**

**B. Removal of PA Criteria Implementation Period of two weeks**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8     Non-Concur: 0     Abstain: 0     Absent: 0**

**VIII.   BRAND OVER GENERIC AUTHORIZATION AND TIER 1 COPAY AND IMPLEMENTATION PLAN**

**A. Brand over generic authorization and Tier 1 Copay for Advair HFA, Revlimid and Trokendi XR**

*Summary of Panel Questions and Comments*

Mr. Ostrowski stated he appreciated having the brand product available for beneficiaries.

- **Concur: 8     Non-Concur: 0     Abstain: 0     Absent: 0**

**B. Brand over generic authorization and Tier 1 Copay for Advair HFA, Revlimid and Trokendi XR and Implementation Plan of 60 days**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8     Non-Concur: 0     Abstain: 0     Absent: 0**

**IX.   OVER-THE-COUNTER (OTC) DRUG BENEFIT—NALOXONE NASAL SPRAY—UF RECOMMENDATION, COPAY, PRESCRIPTION REQUIREMENT, AND IMPLEMENTATION PLAN**

**A. OTC Naloxone UF Recommendation, Copay, Prescription requirement and implementation plan of 2 weeks of market launch**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8**    **Non-Concur: 0**    **Abstain: 0**    **Absent: 0**

*Director, DHA:*

_____ The comments outlined above were taken under consideration prior to my final decision.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 827 of 980

AR2015

# Uniform Formulary Beneficiary Advisory Panel
Virtual Meeting Summary Minutes
June 28, 2023

**Panel Members Present**
- Mr. Jon Ostrowski, Non-Commissioned Officer Association, Chair
- Dr. Karen Dager, PharmD, Health Net Federal Services
- Ms. Holly Dailey, the Association of the United States Army
- Dr. Joseph McKeon, MD, Humana Military
- Dr. Betsaida Guzman, PharmD, Veterans of Foreign Wars
- Ms. Amanda Meyers, Military Officers Association of America (MOAA)
- Dr. Jay Peloquin, Pharm D, Express Scripts
- Dr. Jennifer Soucy, PharmD, U.S. Family Health Plan, Martins Point Services

**Acting Designated Federal Officer (Non-Voting):** CDR Phung Nguyen, USPHS

**DHA HQ and Pharmacy Operations Division Participants (Non-Voting)**
- Dr. John Kugler, Division Chief, J-6; DoD P&T Committee Chair
- Edward VonBerg, PharmD, BCPS, Chief, Pharmacy Operations Division Formulary Management Branch (POD FMB)
- CDR Scott Raisor, Chief, P&T Section POD FMB
- Maj Angelina Escano, MC POD FMB
- LCDR Elizabeth Hall POD FMB
- LCDR Giao Phung, POD FMB
- LT Stephani Klimes, POD FMB
- Angela Allerman, PharmD, BCPS, POD FMB
- Ms. Megan Gemunder Office of General Counsel

**Agenda** is found starting on page 17.

- Panel Discussion

*The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

**Opening Remarks**

CDR Nguyen introduced herself as the Designated Federal Officer (DFO) for the Uniform Formulary (UF) Beneficiary Advisory Panel (BAP). The Panel has convened to comment on the recommendations of the DoD Pharmacy and Therapeutics (P&T) Committee meeting, which occurred on May 3-4, 2023.

CDR Nguyen then indicated Title 10, United States, (U.S.C.) section 1074g, subsection b requires the Secretary of Defense to establish a DoD Uniform Formulary (UF) of pharmaceutical agents and establishes the P&T committee to review the formulary on a periodic basis to make additional recommendations regarding the formulary as the committee determines necessary and appropriate.

In addition, 10 U.S.C. Section 1074g, subsection c, also requires the Secretary to establish a UF Beneficiary Advisory Panel (BAP) to review and comment on the development of the Uniform Formulary. The Panel includes members that represent non-governmental organizations and associations that represent the views and interests of a large number of eligible covered beneficiaries. The Panel's comments must be considered by the Director of the Defense Health Agency (DHA) before establishing the UF or implementing changes to the UF. The Panel's meetings are conducted in accordance with the Federal Advisory Committee Act (FACA).

CDR Nguyen then outlined the duties of the Uniform Formulary Beneficiary Advisory Panel include the following:

- To review and comment on the recommendations of the P&T Committee concerning the establishment of the UF and to subsequently recommend changes. Comments to the Director, DHA, regarding recommended formulary status, and the effective dates for changing drugs from "formulary" to "non-formulary" status must be reviewed by the Director before making a final decision.

- To hold quarterly meetings in an open forum. The Panel may not hold meetings except at the call of or with the advance approval of the DFO in consultation with the Chairperson of the Panel.

- To prepare minutes of the proceeding and prepare comments for the Secretary or his designee regarding the Uniform Formulary or changes to the Formulary. The minutes will be available on the website and comments will be prepared by the Director, DHA.

The DFO provided guidance regarding this meeting.

- The role of the BAP is to comment on the UF recommendations made by the P&T Committee at their last meeting. While the Department of Defense appreciates that the BAP may be interested in the drug classes selected for review, drugs recommended for the basic core formulary (BCF) or specific pricing date, these topics do not fall under the purview of the BAP.

- The P&T Committee met for approximately 16 hours conducting its reviews of the drug class recommendations that will be presented today. Since this meeting is considerably shorter, the Panel will not receive the same extensive information that is presented to the P&T Committee members. However, the BAP will receive an abbreviated version of each presentation and its discussion. The materials provided to the Panel are available on the TRICARE website.

- Detailed minutes of this meeting are being prepared. The BAP meeting minutes, the DoD P&T Committee meeting minutes, and the Director's decisions will be available on the TRICARE website in approximately four to six weeks.

The DFO provided a few ground rules for conduct during the virtual meeting:

- Audience participation is limited to private citizen comments received in writing prior to the meeting.

- Participants will be joined in a LISTEN MODE only.

- To ensure that there are not disruptions to discussion and as a precaution, please mute your phones.

*Panel and Presenter Guidance*

- When asking or responding to questions:
  - Panel members are asked to state their name prior to asking your questions.
  - Presenters or anyone responding to a question are asked to state their name prior to responding.
  - The meeting is being recorded. Please speak clearly.
- Members of the Formulary Management Branch and the P&T Committee are available to answer questions related to the BAP's deliberations. Should a misstatement be made, these individuals may interrupt to ensure the minutes accurately reflect relevant facts, regulations, or policy.

CDR Nguyen introduced the individual Panel members (see list above) and noted house-keeping considerations.

Private Citizen Comments: Written comments were forwarded to the Panel for their review and consideration for the following.

1. Axsome Pharma for bupropion/dextromethorphan (Auvelity) – April 4, 2023 meeting
2. Calliditas Pharma for budesonide delayed release (Tarpeyo) – April 4, 2023 meeting and current meeting (June 28, 2023)
3. IQVIA for budesonide delayed release (Tarpeyo) – April 4, 2023 meeting

There were no questions from the Panel members regarding the private citizen submissions.

The meeting was handed over to the Panel Chair Mr. Ostrowski for his opening remarks.

## Chairman's Opening Remarks
Mr. Ostrowski welcomed all panel members and attendees participating today.

## Dr. VonBerg's Opening Remarks
The meeting then proceeded with comments from Dr. VonBerg, a pharmacist and retired Navy Captain who thanked the panel for the involvement today and stated that the Panels' voices were critical today. He then introduced the team speaking *(see list above)*.

Dr. VonBerg then continued with his opening remarks, stating that the DoD Formulary Management Branch supports the DoD P&T Committee by conducting the relative clinical effectiveness analyses and relative cost effectiveness analyses of the drugs and drug classes under review and consideration by the DoD P&T Committee for the Uniform Formulary.

The goal of this presentation is not to provide you with the same in-depth analyses presented to the DoD P&T Committee, but a summary of the processes and analyses presented to the DoD P&T Committee.

The full presentations then started. Following some of the sections the DoD P&T Committee physician perspective was provided by Dr. John Kugler, and is included starting on page 15. The information starting on page 20 includes the full meeting information.

## Closing Remarks
Mr. Ostrowski thanked everyone participating for the fantastic work by the Committee and the POD, along with the members today. He also wished everyone a safe summer and is looking forward to seeing everyone in the fall.

Dr. VonBerg thanked the P&T Committee and BAP members for the continuing reviews and updates to the benefit, especially in streamlining coverage for multiple medications.

CDR Nguyen closed the meeting by thanking the Panel members for their time, involvement, and stated that she expresses warmest appreciation for continued commitment to the TRICARE pharmacy benefit.

The Meeting Adjourned at 10:45 AM EDT.

I hereby certify that, to the best of my knowledge, the foregoing minutes are accurate and complete.

Jon R. Ostrowski
*Chairperson, UFBAP*

June 28, 2023 Beneficiary Advisory Panel Meeting Minutes for the May 2023 DoD P&T Committee Meeting    Page 14 of 62
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 831 of 980
AR2019

## DoD P&T Committee Physician Perspective

Dr. John Kugler's comments on the formulary recommendations followed selected individual sections and are outlined below:

## Drug Class Reviews

### Antilipidemics-1—Proprotein Convertase Subtilisin/Kexin Type 9 (PCSK9) Inhibitors

- This is the second time we've evaluated the class. After reviewing the new cardiovascular outcomes studies, the Committee agreed that the two drugs remain highly therapeutically interchangeable.

- There was no change to the current formulary recommendation - both drugs remain on the formulary, and Repatha is required first, before Praluent. Patients currently taking Praluent will be able to stay on the drug.

- For the PA criteria updates, the Committee reviewed provider input and new information, including the recent ACC Consensus Pathway. Most of the discussion from the Committee centered around removing the requirement for specialist prescribing, and also ensuring that an appropriate statin trial and failure are addressed in the PA criteria. Overall, as a result, the PCSK9 PA criteria will improve access by, allowing generalist prescribing and through elimination of renewal criteria for these drugs with long history of experience in the market.

### Ophthalmic—Dry Eye Agents

- For this class, several of the drugs contain the same active ingredient, cyclosporine, but at different concentrations. The 0.05% cyclosporine generic Restasis formulation has now entered the market, and it is the highest utilized prescription dry eye disease product in DoD. The PA updates will allow easier access to the 0.05% cyclosporine with the elimination of renewal criteria. The PA updates also require that the other branded products will require a trial of the generic first.

- The two agents that were recommended for nonformulary placement, Verkazia and the one nasal spray (Tyrvaya), are currently nonformulary, and will remain nonformulary. Provider input felt that the current formulary status and PA criteria were appropriate.

- One drug was recommended to be completely excluded from the benefit- Eysuvis. The active ingredient is already available in multiple concentrations, which although they do not have formal FDA approval for dry eye disease, they are commonly used off-label. There are currently less than 100 patients on Eysuvis.

**Utilization Management**

**Removal of PA Criteria for the Step-Preferred TZDs and DPP4-Inhibitors and Implementation plan**

- This is another example today of the Committee reducing the PA burden for providers. PAs have been removed for the step-preferred drugs from other diabetes drug classes, including the SGLTs inhibitors, and this was the recommendation for the TZDs and DPP4.

- The most recent American Diabetes Association guidelines have now moved the SGLT2 inhibitors and GLP1 agents higher up in the algorithm as first line therapies. However, older drug classes like the TZDs and DPP4s still play a role in treating diabetes.

- The Committee will continue to look for cases where PA criteria can either be streamlined or removed altogether, when appropriate.

**OTC Naloxone Nasal**

- We do have the authority to add OTC drugs to the pharmacy benefit, and the Committee did consider the clinical and cost effectiveness of this lifesaving opioid reversal agent.

- This product has not launched yet, it is expected to be available on the market in late summer. The Committee wanted to have this recommendation ready to go prior to launch.

**Uniform Formulary Beneficiary Advisory Panel (BAP)**
**For the May 2023 DoD Pharmacy and Therapeutics Committee Meetings June**
**28, 2023 at 10:00 AM Eastern Daylight Saving Time**

*Virtual Meeting*

➢ **Administrative Meeting: 8:00 AM – 9:45 AM Eastern Daylight Saving Time**
**(General session starts at 10:00 AM Eastern Daylight Saving Time)**

➢ **Roll Call**

➢ **Therapeutic Class Reviews**

*Members of the DHA Pharmacy Operations Division (POD) Formulary Management Branch (FMB) will present relative clinical and cost-effective analyses along with the DoD Pharmacy & Therapeutics Committee (P&T) recommendations for the Uniform Formulary (UF) and any recommended complete exclusion candidates.*

*The P&T Committee made recommendations for the following drugs/drug classes during the May 2023 meeting:*

➢ **Drug Class Reviews**

- *Antilipidemics-1 – Proprotein Convertase Subtilisin/Kexin Type 9 (PCSK9) Inhibitors Subclass*

- *Ophthalmic – Dry Eye Agents Subclass*

➢ **Newly Approved Drugs per 32 CFR 199.21(g)(5)**

- *adagrasib (Krazati) – Oncological agent for advanced or metastatic non-small cell lung cancer*

- *adalimumab-atto injection (Amjevita) – Targeted Immunomodulatory Biologics (TIBS); Humira biosimilar*

- *antihemophilic factor (recombinant), Fc-VWF-XTEN fusion protein-ehtl vial (Altuviiio) – Antihemophilic Factors*

- *atorvastatin 20 mg/5 mL oral suspension (Atorvaliq) – Antilipidemics-1 agents*

- *dabigatran oral pellet packets (Pradaxa pellets) – Direct Acting Oral Anticoagulant; treatment of venous thromboembolism in pediatric patients aged 3 months to less than 12 years*

- *elacestrant (Orserdu) – Oncological agent for breast cancer*

- *insulin glargine KwikPen (Rezvoglar) – Basal Insulins; Lantus biosimilar*

- *omeprazole and sodium bicarbonate 2 mg/mL oral suspension(Konvomep) – Proton Pump Inhibitors*

- *pegfilgrastim-fpgk injection (Stimufend) – White Blood Cell Stimulants: pegfilgrastims*

- *pirtobrutinib (Jaypirca) – Oncological agent for relapsed or refractory mantle cell lymphoma*

- *sparsentan (Filspari) – Nephrology Miscellaneous Agent for immunoglobulin A nephropathy*

- *tezepelumab-ekko autoinjector (Tezspire) – Atopy Agent for add on maintenance severe asthma treatment*

- *trofinetide 200 mg/mL oral solution (Daybue) – Neurological Miscellaneous Agent for treatment of Rett syndrome*

➢ **Utilization Management Issues**

- **Prior Authorization Criteria—New Manual PA Criteria**

  - *Gastrointestinal-2 Agents—sacrosidase oral solution (Sucraid)*

  - *Targeted Immunomodulatory Biologics—adalimumab (Humira)*

  - *Thyroid Agents—levothyroxine sodium capsule (Tirosint)*

- **Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications**

  - *Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)—abrocitinib (Cibinqo)*

  - *Breast Cancer Agents: Cyclin-Dependent Kinase (CDK) Inhibitors— abemaciclib (Verzenio)*

  - *Corticosteroid-Immune Modulators for Hereditary Angioedema Prophylaxis (HAE) —lanadelumab (Takhzyro)*

  - *Immunological Agents Miscellaneous: Oral Agents—house dust mite allergen extract (Odactra)*

  - *Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors—zanubrutinib (Brukinsa)*

  - *Oncological Agents—tucatinib (Tukysa)*

  - *Therapeutic Continuous Glucose Monitoring Systems (CGMs) —Freestyle Libre 2 and Freestyle Libre 3*

- **Prior Authorization Criteria—Updated PA Criteria for Reasons Other Than New Indications**

  - *Antipsychotic Agents: Atypical—olanzapine/samidorphan (Lybalvi)*

  - *Non-Insulin Diabetes Drugs: Glucagon-Like Peptide-1 Receptor Agonists (GLP1RAs)*

- - exenatide once weekly (Bydureon BCise)
    - liraglutide (Victoza)
  - **Oncological Agents:** Lung Cancer—sotorasib (Lumakras)
- **Prior Authorization Criteria Removals**
  - *Diabetes Non-Insulin:* Dipeptidyl Peptidase-4 (DPP-4s) Inhibitors
  - *Diabetes Non-Insulin:* Thiazolidinediones (TZDs)

➢ **Brand Over Generic PA Authorization and Tier 1 copay**

- *Pulmonary Is: Inhaled Corticosteroid/Long Acting Beta Agonist Inhalers—fluticasone/salmeterol HFA inhaler (Advair HFA)*
- *Oncological Agents: Multiple Myeloma—lenalidomide (Revlimid)*
- *Anticonvulsant-Anti Mania Agents—topiramate ER (Trokendi XR)*

➢ **Over-the-Counter (OTC) Formulary Addition**

- *OTC naloxone nasal 4 mg (OTC Narcan Nasal)*

➢ **Panel Discussions**

The Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered

**INFORMATION FOR THE UNIFORM FORMULARY
BENEFICIARY ADVISORY PANEL MEETING JUNE 28, 2023**

## I. UNIFORM FORMULARY REVIEW PROCESS

Under 10 United States Code § 1074g, as implemented by 32 Code of Federal Regulations 199.21, the Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee is responsible for developing the Uniform Formulary (UF). Recommendations to the Director, Defense Health Agency (DHA) or their designee, on formulary or formulary or complete exclusion status, prior authorizations (PAs), pre-authorizations, and the effective date for a drug's change from formulary to nonformulary (NF) or complete exclusion status are received from the Beneficiary Advisory Panel (BAP), which must be reviewed by the Director or their designee before making a final decision.

## II. UF DRUG CLASS REVIEWS—ANTILIPIDEMICS-1—PROPROTEIN CONVERTASE SUBTILISIN/KEXIN TYPE 9 (PCSK9) INHIBITORS

### P&T Comments

#### A. Antilipidemics-1—PCSK9 Inhibitors—Relative Clinical Effectiveness Conclusion

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the PCSK9 inhibitors, which reduce low density lipoprotein cholesterol (LDL-C). The two drugs in the class include alirocumab (Praluent) and evolocumab (Repatha). The PCSK9 inhibitors were previously reviewed for formulary status in November 2016 based on trials demonstrating reduction in LDL-C. Since then, two large cardiovascular outcomes studies have been published.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 0 absent) the following:

*Efficacy*

- Both alirocumab (Praluent) and evolocumab (Repatha) are injectable nonstatin therapies that provide significant reductions in LDL-C, ranging from 45% to 65%.

- In addition to lowering LDL-C, both PCSK9 inhibitors reduce major adverse cardiovascular events when used as secondary prevention, based on data from the ODYSSEY OUTCOMES trial with alirocumab, and the FOURIER trial with evolocumab.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 837 of 980

AR2025

- The drugs are FDA-approved for patients with established cardiovascular disease (CVD) to reduce the risk of myocardial infarction (MI), stroke and coronary revascularization (for Repatha) or to reduce the risk of MI, stroke and unstable angina requiring hospitalization (for Praluent).

- There is conflicting data between the FOURIER and ODYSSEY OUTCOMES trials with regard to effects on risk of cardiovascular (CV) death and all-cause death.

- The full mortality benefits of PCSK9s inhibitors are unknown due to early study termination.

*Guidelines*

- Recent updated guidance for nonstatins from the 2022 American College of Cardiology Expert Consensus Decision Pathway continue to support use of high intensity statins first-line for adults with atherosclerotic cardiovascular disease (ASCVD). The high intensity statins include atorvastatin 40 mg and 80 mg, and rosuvastatin 20 mg and 40 mg.

- PCSK9 inhibitors either alone or with ezetimibe can be considered in patients receiving maximally tolerated statin therapy who require a greater than 50% reduction in LDL-C.

- PCSK9 inhibitors may be considered for patients with clinical ASCVD at very high risk for future ASCVD events and who require a greater than 25% additional LDL lowering. Patients at very high risk for future ASCVD events include those with a history of major ASCVD events (i.e., recent acute coronary syndrome within the past 12 months, prior MI, prior ischemic stroke or symptomatic peripheral arterial disease), or those with one major ASCVD event and who have multiple high-risk conditions (e.g., age older than 65 years, heterozygous familial hypercholesterolemia, prior coronary revascularization, diabetes mellitus, hypertension, chronic kidney disease, current smoking, LDL-C > 100 mg/dL despite maximal statin therapy and history of chronic heart failure).

- The decision pathway now recommends lower LDL-C thresholds for starting nonstatin therapy, based on clinical status.

  o For patients with ASCVD at very high risk of future ASCVD events, the threshold for starting a nonstatin is an LDL-C > 55 mg/dL.

  o For patients with ASCVD not at very high risk of future ASCDV events, the threshold for starting a nonstatin is an LDL-C of > 70 mg/dL.

*Safety*

- Overall, the PCSK9 inhibitors are well tolerated, with injection site reactions reported most commonly. Alirocumab is associated with significantly more

injection site reactions than evolocumab, based on systematic review and network meta-analysis.

- No major differences are seen between the PCSK9 inhibitors with regard to discontinuations due to adverse effects.

*Other Factors*

- *Other nonstatins:* The results of a CV outcomes trial (CLEAR OUTCOMES) with bempedoic acid (Nexletol, Nexlizet) were recently published. CV outcomes trials are currently ongoing with inclisiran (Leqvio injection), which is available under the TRICARE medical benefit.

- Both PCSK9 inhibitors are indicated for treating homozygous familial hypercholesterolemia (HoFH) and heterozygous familiar hypercholesterolemia (HeFH), which are rare genetic conditions causing highly elevated LDL-C levels. Repatha is indicated for patients as young as 10 years of age with HoFH or HeFH, while Praluent is only labeled for use in adults.

- Repatha is available in a prefilled syringe, autoinjector, and an on-body infusor (Pushtronex), while Praluent is solely available in an autoinjector.

*Overall Clinical Effectiveness Conclusion*

- Although head-to-head trials are not available, the two PCSK9 inhibitors are highly therapeutically interchangeable, based on systematic reviews and network meta-analyses.

- At least one PCSK9 inhibitor is required on the formulary to meet the needs of MHS beneficiaries.

**B. Antilipidemics-1—PCSK9 Inhibitors─Relative Cost Effectiveness Conclusion**

*Relative Cost Effectiveness Analysis and Conclusion*—A cost minimization analysis (CMA), budget impact analysis (BIA) and sensitivity analysis were performed. The P&T Committee concluded (17 for, 0 opposed, 0 abstained, 1 absent) the following:

- CMA results showed that evolocumab (Repatha) is more cost effective than alirocumab (Praluent).

- BIA was performed to evaluate the potential impact of designating the PCSK9 inhibitors as UF, NF, or completely excluded from the formulary. BIA results showed that designating evolocumab (Repatha) as UF and step-preferred and alirocumab (Praluent) as UF and non-step-preferred demonstrated significant cost avoidance to the MHS.

## C.  Antilipidemics-1—PCSK9 Inhibitors—UF Recommendation

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) maintaining the current formulary status for the PCSK9 inhibitors.

- UF and step-preferred
  - evolocumab (Repatha)
- UF and non-step-preferred
  - alirocumab (Praluent)
  - Note that as part of the formulary recommendation for Praluent, a trial of Repatha is required first.
- NF
  - None
- Complete exclusion
  - None

## D.  Antilipidemics-1—PCSK9 Inhibitors—Manual PA Criteria

PA criteria have been in place for the PCSK9 inhibitors since market entrance in 2015.  In general, the following are currently required: specialist prescribing by a cardiologist; a trial of both high intensity atorvastatin and rosuvastatin, or if the patient is not on a high-intensity statin, they must be on ezetimibe plus a lower intensity statin, unless statin intolerance is documented; and renewal criteria are required after one year.  Additionally, a trial of Repatha is required before Praluent.

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) the following changes to the criteria for new users.  Reducing the requirement to try both high intensity atorvastatin and rosuvastatin to a trial of one high intensity statin and removing the requirement for specialist prescribing.  Updates to the threshold LDL-C for patients with ASCVD were made, based on the ACC Expert Consensus Decision Pathway.  Lastly, the requirement for renewal criteria was removed, and the PA will not expire.

**The Manual PA criteria is as follows:**

1. **evolocumab (Repatha)**

   **Changes from May 2023 meeting are in BOLD and strikethrough**

   PA applies to new patients

   <u>Manual PA Criteria:</u>  evolocumab (Repatha) is approved if all criteria are met:

   - ~~The initial prescription is written by a cardiologist, lipidologist, or endocrinologist.~~

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 840 of 980

**AR2028**

*For HoFH and HeFH*

- For HeFH and HoFH, the patient is 10 years of age or older

- The patient has HoFH and is receiving other LDL-lowering therapies (e.g., statin, ezetimibe, LDL apheresis), and requires additional lowering of LDL cholesterol

- The patient has HeFH and is on concurrent statin therapy at maximal tolerated doses

*For ASCVD*

- The patient is at least 18 years of age for clinical atherosclerotic cardiovascular disease (ASCVD)

- ~~The patient has established atherosclerotic cardiovascular disease (ASCVD) with an LDL >70 mg/dL despite statin therapy at maximally-tolerated doses, according to the criteria below:~~

- **The patient has established ASCVD with the following LDLs, despite maximally tolerated statin doses:**

    - **Very high risk of events: LDL > 55 mg/dL (very high risk of events includes a history of multiple major ASCVD events or 1 major ASCVD event and multiple high risk conditions.** *Refer to the 2022 ACC Expert Consensus Decision Pathway on the role of nonstatin therapies for LDL-cholesterol lowering in the management of ASCVD for more information***)**
    **OR**

    - **Not at very high risk of events: LDL > 70 mg/dL**

      **AND**

        - The patient must have tried **either** ~~both~~ atorvastatin 40-80 mg **or** ~~and~~ rosuvastatin 20-40 mg, OR

        - The patient must have tried any maximally-tolerated statin in combination with ezetimibe, OR

        - If the patient is statin-intolerant, they must have tried at least ezetimibe monotherapy ~~with or without other lipid-lowering therapy (e.g., fenofibrate, niacin, bile acid sequestrants)~~, AND

        - The patient must have had a trial of at least 4-6 weeks of maximally-tolerated therapy

- For both HeFH and ASCVD: If the patient is not on concurrent statin therapy, the patient is either intolerant of statins or has a contraindication to statins as defined below:

    - Intolerance

- The patient has experienced intolerable and persistent (for longer than 2 weeks) muscle symptoms (muscle pain, weakness, cramps), AND

- The patient has undergone at least 2 trials of statin re-challenges with reappearance of muscle symptoms, OR

- The patient has had a creatine kinase (CK) level >10x upper limit of normal (ULN )and/or rhabdomyolysis with CK > 10,000 IU/L that is unrelated to statin use.

- Contraindication to statin
  - The contraindication must be defined (active liver disease, hypersensitivity, pregnancy, breastfeeding)

*For all indications*

- Repatha is not approved for any indication other than HoFH, HeFH, or clinical ASCVD

- Repatha is not approved for patients who are pregnant or lactating

- The dosage must be documented on the PA Form as either:
  - 140 mg every 2 weeks, or
  - 420 mg every 4 weeks. Note that only patients with HoFH will be allowed to use 3 of the 140 mg syringes to make the 420 mg dose

**PA does not expire** ~~PA expires in one year.~~

- ~~PA criteria for renewal: After one year, PA must be resubmitted. The renewal request may be submitted by a primary care provider in consultation with the initial prescribing cardiologist, endocrinologist, and lipidologist. Continued use of Repatha will be approved for the following:~~
  - ~~The patient has a documented positive response to therapy with LDL < 70 mg/dL (or LDL ↓ >30% from baseline), AND~~

~~The patient has documented adherence~~

2. **alirocumab (Praluent)**

   **Changes from May 2023 meeting are in BOLD and strikethrough**

   Manual PA criteria apply to all new users of alirocumab (Praluent).

   Manual PA criteria: Praluent is approved if:

   *For HoFH and HeFH*

   - ~~The initial prescription is written by a cardiologist, lipidologist, or endocrinologist.~~

   - For HeFH and HoFH, patient is at least 18 years of age and older

- The patient has homozygous familial hypercholesterolemia (HoFH) and is receiving other LDL-lowering therapies (e.g., statin, ezetimibe, LDL apheresis), and requires additional lowering of LDL cholesterol

- The patient has heterozygous familial hypercholesterolemia (HeFH) and is on concurrent statin therapy at maximal tolerated doses

*For ASCVD*

- The patient is at least 18 years of age for clinical ASCVD

- ~~The patient has established atherosclerotic cardiovascular disease (ASCVD) with an LDL >100 mg/dL despite statin therapy at maximally-tolerated doses, according to the criteria below:~~

- **The patient has established atherosclerotic cardiovascular disease (ASCVD) with the following LDLs, despite maximally tolerated statin doses:**

  - **Very high risk of events:  LDL > 55 mg/dL (very high risk of events includes a history of multiple major ASCVD events or 1 major ASCVD event and multiple high risk conditions.  *Refer to the 2022 ACC Expert Consensus Decision Pathway on the role of nonstatin therapies for LDL-cholesterol lowering in the management of ASCVD for more information*)**
    **OR**

  - **Not at very high risk of events:  LDL > 70 mg/dL**
    **AND**

  - The patient must have tried **either** ~~both~~ atorvastatin 40-80 mg **or** ~~and~~ rosuvastatin 20-40 mg, OR

  - The patient must have tried any maximally-tolerated statin in combination with ezetimibe, OR

  - If the patient is statin-intolerant, they must have tried at least ezetimibe monotherapy ~~with or without other lipid-lowering therapy (e.g., fenofibrate, niacin, bile acid sequestrants)~~, AND

  - The patient must have had a trial of at least 4-6 weeks of maximally-tolerated therapy

- For both HeFH and ASCVD:  If the patient is not on concurrent statin therapy, the patient is either intolerant of statins or has a contraindication to statins as defined below:

  - Intolerance

    - The patient has experienced intolerable and persistent (for longer than 2 weeks) muscle symptoms (muscle pain, weakness, cramps), AND

- The patient has undergone at least 2 trials of statin re-challenges with reappearance of muscle symptoms, OR
- The patient has had a creatine kinase (CK) level >10x ULN and/or rhabdomyolysis with CK > 10,000 IU/L that is unrelated to statin use
- Contraindication to statin
  - The contraindication must be defined (active liver disease, hypersensitivity, pregnancy, breastfeeding)

*For all indications*

- Praluent is not approved for any indication other than HoFH, HeFH, or clinical ASCVD
- The patient has tried and failed therapy with evolocumab (Repatha) OR
- The patient has experienced a significant adverse reaction to evolocumab (Repatha) that is not expected to occur with alirocumab (Praluent)
- Praluent is not approved for patients who are pregnant or lactating
- The dosage must be documented on the PA Form as either:
  - 75 mg every 2 weeks, or
  - 150 mg every 2 weeks.

**PA does not expire** ~~PA expires in one year.~~

- ~~PA criteria for renewal: After one year, PA must be resubmitted. The renewal request may be submitted by a primary care provider in consultation with the initial prescribing cardiologist, endocrinologist, and lipidologist. Continued use of Repatha will be approved for the following:~~
  - ~~The patient has a documented positive response to therapy with LDL < 70 mg/dL (or LDL ↓ >30% from baseline), AND~~

~~The patient has documented adherence~~

E. **Antilipidemics-1—PCSK9 Inhibitors—UF, PA, and Implementation Period**

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday 30 days after signing of the minutes in all points of service.


III. **UF DRUG CLASS REVIEWS—ANTILIPIDEMICS-1—PCSK9 INHIBITORS**

*BAP Comments*

A. **Antilipidemics-1—PCSK9 Inhibitors—UF Recommendation**

The P&T Committee recommended maintaining the current formulary status for the PCSK9 inhibitors as discussed above.

- UF and step-preferred
  - Repatha
- UF and non-step-preferred
  - Praluent
  - Note that as part of the formulary recommendation for Praluent, a trial of Repatha is required first.
- NF
  - None
- Complete exclusion
  - None

*BAP Comments*

*Concur:*    *Non-Concur:*    *Abstain:*    *Absent:*

**B. Antilipidemics-1—PCSK9 Inhibitors—Manual Criteria**

The P&T Committee recommended manual PA criteria as outlined above.

*BAP Comments*

*Concur:*    *Non-Concur:*    *Abstain:*    *Absent:*

**C. Antilipidemics-1—PCSK9 Inhibitors—UF, PA, and Implementation Plan**

The P&T Committee recommended an effective date of the first Wednesday 30 days after signing of the minutes in all points of service.

*BAP Comments*

*Concur:*    *Non-Concur:*    *Abstain:*    *Absent:*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 845 of 980

**AR2033**

# IV. UF DRUG CLASS REVIEWS—OPHTHALMIC—DRY EYE AGENTS

## P&T Comments

### A. Ophthalmic—Dry Eye Agents—Relative Clinical Effectiveness Analysis and Conclusion

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the Ophthalmic Dry Eye Agents, which are used to treat keratoconjunctivitis sicca (dry eye disease) and vernal keratoconjunctivitis. The class is comprised of 4 formulations containing differing concentrations of cyclosporine [0.05% ophthalmic emulsion unit dose and multidose (Restasis, Restasis Multidose), 0.09% ophthalmic solution (Cequa), and 0.1% ophthalmic emulsion (Verkazia)], lifitegrast 5% ophthalmic solution (Xiidra), loteprednol 0.25% ophthalmic suspension (Eysuvis), and varenicline nasal solution (Tyrvaya). Restasis and Xiidra were previously reviewed for formulary status in February 2018, while the remaining drugs were reviewed individually as new drugs.

All the drugs are indicated for dry eye disease, except for Verkazia, which is only indicated for vernal keratoconjunctivitis.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (18 for, 0 opposed, 0 abstained, 0 absent) the following:

*Clinical Practice Guidelines*

*Dry Eye Disease*

- The 2018 American Academy of Ophthalmology Preferred Practice Pattern (AAO PPP), and the 2017 Tear Film and Ocular Surface Society International Dry Eye Workshop II (TFOS DEWS II) recommend a stepwise treatment approach based on disease severity, and do not favor one product over another.

  - Ocular lubricants (e.g., artificial tears) are recommended as first-line (Step 1) treatments for dry eye disease, along with education, environmental changes, and eyelid hygiene.

  - Second-line (Step 2) treatments include cyclosporine, lifitegrast, or short course low-dose ophthalmic steroids (e.g., prednisolone, loteprednol).

  - The guidelines have not yet been updated to include the newer agents Cequa, Tyrvaya, or Eysuvis.

*Vernal Keratoconjunctivitis (VKC)*

- VKC is a rare disease causing severe ocular inflammation which can lead to corneal scarring and vision loss. It most commonly occurs in pediatric males living in warm, dry subtropical climates.

- The 2018 AAO PPP guidelines for VKC recommend a stepwise treatment approach based on disease severity, along with cool compresses and ocular lubricants.

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 846 of 980

AR2034

- Mild disease can be treated with ocular mast cell stabilizers (e.g., azelastine, olopatadine) and antihistamines, followed by topical corticosteroids for moderate disease severity, with severe disease requiring treatment with the immunomodulatory therapies (cyclosporine and tacrolimus).

*Efficacy*

- There are no direct comparative studies between Restasis, Xiidra, Cequa, Tyrvaya, and Eysuvis for treatment of dry eye disease.

- *Dry Eye Disease:* A 2022 abstract from the Association for the Research in Vision and Ophthalmology (ARVO) Annual Meeting indirectly compared Cequa, Restasis, and Xiidra. There were no significant differences between the products with regard to patient subjective improvement, objective tests (Schirmer's tear test and tear osmolarity) and side effects. Limitations to this analysis include the retrospective study design and small sample size.

- *VKC:* No direct comparative data is available between Verkazia and lower dose cyclosporine agents for VKC treatment; however, the 2018 AAO PPP guidelines state that cyclosporine 0.05% is an appropriate option for treatment and has been effective in preventing seasonal recurrences.

*Safety*

- Ocular stinging and burning are common adverse effects with all the products. Unique safety features include the following:
  - Xiidra can cause dysgeusia.
  - Eysuvis carries warnings of delayed healing, intraocular pressure increase, cataracts, and risk of bacterial, viral, and fungal infections.
  - Tyrvaya as a nasal spray has unique nasal symptoms including nasal irritation, coughing, and sneezing.

*Individual Product Characteristics*

- **cyclosporine 0.05% (Restasis)** has a well-established efficacy and safety profile. Full clinical response may take 3 to 6 months to occur. The unit-dose formulation is now available as a generic product, while the multi-dose formulation is still branded. Ocular burning and stinging are the most commonly reported adverse effects. MHS providers agreed that generic Restasis can be trialed before other dry eye agents.

- **cyclosporine 0.09% (Cequa)** provides a higher strength of cyclosporine but does not show compelling clinical benefits over Restasis or Xiidra.

- **cyclosporine 0.1% (Verkazia)** is a higher strength cyclosporine formulation specifically indicated to treat VKC.
  - Clinical trial data and guidelines (2018 AAO PPP) support efficacy of lower-strength cyclosporine formulations for treatment of severe VKC.

- MHS providers agreed that a trial with other cyclosporine strengths is appropriate, and Verkazia should be reserved for severe VKC cases.

- **lifitegrast (Xiidra)** offers a different mechanism of action and potentially a faster onset of action compared to Restasis (as early as 2 weeks, with peak effect at 12 weeks vs. 6 months with cyclosporine), but there are no significantly compelling clinical benefits of Xiidra over Restasis.

- **loteprednol 0.25% (Eysuvis)** is currently the only loteprednol formulation to carry the FDA indication for short-term treatment of dry eye disease. However, guidelines (2018 AAO PPP and 2017 TFOS DEWS II) and MHS providers support the use of alternative loteprednol formulations, as well as other low-dose steroids for effective treatment. Ophthalmic steroids should only be used for short-term periods due to the risk of corneal perforation and increased ocular pressure. Eysuvis provides little-to-no clinical benefit over other ophthalmic steroid products. Note that loteprednol 0.2% (Alrex) and loteprednol 0.5% (Lotemax) and several other ophthalmic steroids are on the UF.

- **varenicline nasal spray (Tyrvaya)** has a unique mechanism of action using the parasympathetic pathway to increase tear production and does not cause ocular burning. However, Tyrvaya does not correct the underlying ocular inflammation. Sneezing, coughing and throat irritation can occur. MHS providers recommend a trial OTC artificial tears and generic cyclosporine or Xiidra first, before Tyrvaya. Its place in therapy remains unclear, and long-term benefit has not been determined.

*Overall Clinical Conclusion*

- In order to meet the needs of MHS patients, at least one ophthalmic immunomodulatory agent is needed to treat the majority of patients with dry eye disease and VKC.

**B. Ophthalmic—Dry Eye Agents—Relative Cost Effectiveness Analysis and Conclusion**

The Committee reviewed the solicited bids from manufacturers and conducted a CMA, BIA, and sensitivity analysis. The P&T Committee concluded (17 for, 0 opposed, 0 abstained, 1 absent) the following:

- CMA results showed that cyclosporine 0.05% (Restasis and Restasis MultiDose), lifitegrast 5% (Xiidra), cyclosporine 0.09% (Cequa), varenicline nasal spray (Tyrvaya), and cyclosporine 0.1% (Verkazia) were cost effective, and that loteprednol 0.25% (Eysuvis) was not cost effective.

- A BIA and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary, NF, or completely excluded on the UF. BIA results showed that designating cyclosporine 0.05% (Restasis and Restasis MultiDose), lifitegrast 5% (Xiidra), and cyclosporine

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 848 of 980

AR2036

0.09% (Cequa) as UF, with varenicline nasal spray (Tyrvaya) and cyclosporine 0.1% (Verkazia) as NF, and loteprednol 0.25% (Eysuvis) as completely excluded, demonstrated the greatest cost avoidance for the MHS.

## C. Ophthalmic—Dry Eye Agents—UF Recommendation

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) the following:

- UF
    - cyclosporine 0.05% ophthalmic solution unit dose (Restasis unit-dose, generics)
    - cyclosporine 0.05% ophthalmic solution multidose (Restasis Multidose)
    - cyclosporine 0.09% ophthalmic solution (Cequa) – *moves from NF to UF*
    - lifitegrast 5% ophthalmic solution (Xiidra)
- NF
    - cyclosporine 0.1% ophthalmic solution (Verkazia)
    - varenicline nasal solution (Tyrvaya)
- Complete exclusion
    - loteprednol etabonate 0.25% ophthalmic solution (Eysuvis) – *moves from NF to complete exclusion*

## D. Ophthalmic—Dry Eye Agents—Manual PA Criteria

PA criteria has applied to all the products in the class since they were first reviewed individually for formulary status. In general, the following are required: specialist prescribing, a trial of two OTC lubricants (including preservative-free products), objective testing to confirm the diagnosis of dry eye disease or VKC, and renewal criteria, as the PAs expire in one year. Off-label use of Restasis is allowed for several conditions, including VKC.

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) the following changes to the PAs for new patients. For generic Restasis unit dose, Restasis Multidose, Cequa and Xiidra, the current 18 year age restriction and renewal criteria will be removed. For Restasis Multidose, Cequa and Xiidra, a 3-month trial of generic Restasis multidose will now be required for dry eye disease. Cequa will also be authorized for patients with VKC without requiring a trial of Restasis first.

There were no changes to the current PA criteria for Tyrvaya, which requires trial of Restasis or Xiidra first.

**The Manual PA criteria is as follows: Updates from the May 2023 meeting are in Bold and strikethrough**

1. **cyclosporine 0.05% ophthalmic emulsion unit dose (Restasis, generic unit dose)**

   **Manual PA criteria apply to all new users of cyclosporine 0.05% ophthalmic emulsion unit-dose (Restasis unit-dose, generic)**

   ~~Automated PA: If there is no Restasis, Cequa, or Xiidra prescription in the past 120 days, a manual PA is required.~~

   Manual PA criteria: Coverage is approved if all the criteria are met:

   - The drug is prescribed by an ophthalmologist or optometrist
   - ~~The patient is 18 years of age or older~~
   - A diagnosis of moderate to severe dry eye disease is supported by both of the criteria below:
     - Positive symptomology screening for moderate to severe dry eye disease from an appropriate measure
     - At least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)
   - Patient must try and fail the following:
     - At least 1 month of one ocular lubricant used at optimal dosing and frequency (e.g., carboxymethylcellulose [Refresh, Celluvisc, Thera Tears, Genteal, etc.], polyvinyl alcohol [Liquitears, Refresh Classic, etc.], or wetting agents [Systane, Lacrilube])
     - Followed by at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency (e.g., carboxymethylcellulose, polyvinyl alcohol)
   - Concomitant use of Restasis, Cequa, or Xiidra is NOT allowed.
   - Restasis unit-dose is also approved for the following conditions: graft rejection/graft versus host disease (GvHD), corneal transplant, atopic keratoconjunctivitis (AKC) / VKC, and LASIK associated dry eye (limited to 3 months of therapy)

   **Other** Non-FDA-approved uses are not approved

   ~~PA expires in one year.~~ **PA does not expire**

   ~~Renewal Criteria: Note that initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely if all criteria are met:~~
   - ~~The drug is prescribed by an ophthalmologist or optometrist.~~
   - ~~The patient must have documented improvement in ocular discomfort.~~
   ~~The patient must have documented improvement in signs of dry eye disease.~~

2. **cyclosporine 0.05% ophthalmic multi dose (Restasis Multidose), cyclosporine 0.09% ophthalmic (Cequa), and lifitegrast 5% ophthalmic solution (Xiidra)**

   **Updates from May 2023 are in BOLD and strikethrough**

   **Manual PA criteria apply to all new users of Restasis Multidose, Cequa and Xiidra**

   ~~PA criteria apply to all new and current users. A new user is defined as a patient who has not filled a prescription for Cequa in the past 120 days.~~

   - ~~If there is no Restasis, Cequa, or Xiidra prescription in the past 120 days, a manual PA is required.~~

   Manual PA Criteria: Coverage is approved if all the criteria are met:

   - The drug is prescribed by an ophthalmologist or optometrist
   - ~~For Cequa: the patient is 18 years of age or older~~
   - A diagnosis of moderate to severe dry eye disease is supported by both of the criteria below:
     - Positive symptomatology screening for moderate to severe dry eye disease from an appropriate measure
     - At least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)
   - Patient must try and fail the following:
     - At least 1 month of one ocular lubricant used at optimal dosing and frequency (e.g., carboxymethylcellulose [Refresh, Celluvisc, Thera Tears, Genteal, etc.], polyvinyl alcohol [Liquitears, Refresh Classic, etc.], or wetting agents [Systane, Lacrilube])
     - Followed by at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency (e.g., carboxymethylcellulose, polyvinyl alcohol)
     - **3-month trial of cyclosporine 0.05% unit-dose**
   - Concomitant use of Restasis, Cequa, or Xiidra is NOT allowed
   - **Cequa is approved if the patient has a diagnosis of VKC**

   **Other** Non-FDA-approved uses are NOT approved

   ~~PA expires in one year.~~ **PA does not expire**

   ~~Renewal Criteria: Coverage will be approved indefinitely if all criteria are met:~~

   - ~~The drug is prescribed by an ophthalmologist or optometrist.~~
   - ~~The patient must have documented improvement in ocular discomfort.~~

~~The patient must have documented improvement in signs of dry eye disease~~

3. **cyclosporine 0.1% ophthalmic emulsion (Verkazia)**

   **Updates from May 2023 are in BOLD and strikethrough**

   Note that an age edit and automated look back apply.

   - Patients who are younger than 21 years of age who have a history of Restasis **or Cequa** do not require a PA; Verkazia is approved

   - Patients who are younger than 21 years of age who do not have a history of Restasis **or Cequa** require manual PA

   - Manual PA is required in all new patients 21 years of age and older

   <u>Automated PA criteria</u>: The patient is younger than age 21 years AND has filled a prescription for cyclosporine 0.05% ophthalmic solution (Restasis) **or cyclosporine 0.09% (Cequa)** at any MHS pharmacy point of service (MTFs, retail network pharmacies, or mail order) during the previous 720 days.

   <u>Manual PA Criteria</u>: If automated criteria are not met, coverage is approved for Verkazia if all criteria are met:

   - Verkazia is prescribed by or in consultation with an optometrist or ophthalmologist

   - Patient has a diagnosis of moderate to severe VKC

   - Patient has tried and failed an adequate course of at least one mast cell stabilizer/antihistamine (i.e., olopatadine, azelastine, epinastine, lodoxamide, cromolyn)

   - Patient has tried and failed, or has a contraindication to an adequate course of cyclosporine 0.05% ophthalmic 3 (Restasis) **or the patient has tried and failed, or has a contraindication to an adequate course of cyclosporine 0.09% (Cequa)**

   Non-FDA-approved uses are NOT approved including dry eye disease, graft rejection/graft versus host disease (GvHD), corneal transplant, atopic keratoconjunctivitis (AKC), and LASIK associated dry eye
   PA does not expire

4. **varenicline nasal solution (Tyrvaya)**

   **Note – there were no changes to the current PA criteria**

   Manual PA criteria apply to all new users of Tyrvaya

   <u>Manual PA criteria</u>: Tyrvaya is approved if <u>all</u> criteria are met:

   - The patient is 18 years of age or older

   - Tyrvaya is prescribed by an ophthalmologist or

- Patient has a diagnosis of dry eye disease as supported by both of the criteria below:

  - Positive symptomology screening for dry eye disease from an appropriate measure

  - At least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)

- Patient must try and fail the following:

  - At least 1 month of one ocular lubricant used at optimal dosing and frequency (e.g., carboxymethylcellulose [Refresh, Celluvisc, Thera Tears, Genteal, etc.], polyvinyl alcohol [Liquitears, Refresh Classic, etc.], or wetting agents [Systane, Lacrilube])

  - Followed by at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency (e.g., carboxymethylcellulose, polyvinyl alcohol)

- If the patient has moderate to severe dry eye disease:

  - Patient has tried and failed an adequate course (at least 6 weeks) of treatment of lifitegrast or cyclosporine treatment

Non-FDA-approved uses are not approved

Prior Authorization expires after 1 year

<u>Renewal Criteria</u>: (Initial TRICARE PA approval is required for renewal) Coverage will be approved indefinitely if all criteria are met:

- The drug is prescribed by an ophthalmologist or optometrist

- The patient must have documented improvement in ocular discomfort

- The patient must have documented improvement in signs of dry eye disease

### E. Ophthalmic—Dry Eye Agents—UF, PA, and Implementation Period

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) an effective date of the first Wednesday 60 days after signing of the minutes in all points of service for Restasis, Cequa, Xiidra, Verkazia, and Tyrvaya, and an effective date of the first Wednesday 120 days after signing of the minutes in all points of service for Eysuvis. DHA will send letters to patients affected by the complete exclusion status of Eysuvis.

## V. UF DRUG CLASS REVIEWS— Ophthalmic—Dry Eye Agents

### *BAP Comments*

#### A. Ophthalmic—Dry Eye Agents—UF Recommendation

The P&T Committee recommended (17 for, 0 opposed, 0 abstained, 1 absent) the following:

- UF
  - Restasis unit-dose, generics
  - Restasis Multidose
  - Cequa – *moves from NF to UF*
  - Xiidra
- NF
  - Verkazia
  - Tyrvaya
- Complete exclusion
  - Eysuvis – *moves from NF to complete exclusion*

*BAP Comments*

*Concur:*　　*Non-Concur:*　　*Abstain:*　　*Absent:*

## B. Ophthalmic—Dry Eye Agents—Manual Prior Authorization Criteria

The P&T Committee recommended Manual PA criteria for dry eye agents as outlined above.

*BAP Comments*

*Concur:*　　*Non-Concur:*　　*Abstain:*　　*Absent:*

## C. Ophthalmic—Dry Eye Agents—UF, PA, and Implementation Period

The P&T Committee recommended the implementation plan of 60 days for all the drugs, except for Eysuvis (120 days) as described above.

*BAP Comments*

*Concur:*　　*Non-Concur:*　　*Abstain:*　　*Absent:*

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 854 of 980

AR2042

## VI. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

### P&T Comments

#### A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions

The products were divided into two groups when presented at the P&T Committee meeting. The generic names are provided below. Group 1 included Krazati, Atorvaliq, Orserdu, Rezvoglar, Konvomep, Stimufend, and Jaypirca; Group 2 was comprised of Amjevita, Altuviiio, Filspari, Pradaxa, Daybue, and Tezspire.

*Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions*—The P&T Committee agreed (for both group 1 and group 2:  17 for, 0 opposed, 0 abstained, 1 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5).

#### B. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF Recommendation

The P&T Committee recommended (for group 1 and group 2:  17 for, 0 opposed, 0 abstained, 1 absent) the following:

- UF
    - adagrasib (Krazati) – Oncological agent for advanced or metastatic non-small cell lung cancer
    - antihemophilic factor (recombinant), Fc-VWF-XTEN fusion protein-ehtl vial (Altuviiio) – Antihemophilic
    - elacestrant (Orserdu) – Oncological agent for breast cancer
    - omeprazole and sodium bicarbonate 2 mg/mL oral suspension (Konvomep) – Proton Pump Inhibitors
    - pegfilgrastim-fpgk injection (Stimufend) – White Blood Cell Stimulants: pegfilgrastims
    - pirtobrutinib (Jaypirca) – Oncological agent for relapsed or refractory mantle cell lymphoma
    - sparsentan (Filspari) – Nephrology Miscellaneous Agent for immunoglobulin A nephropathy
    - tezepelumab-ekko autoinjector (Tezspire) – Atopy Agent for add on maintenance severe asthma treatment
    - trofinetide 200 mg/mL oral solution (Daybue) – Neurological Miscellaneous Agent for treatment of Rett syndrome

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 855 of 980

**AR2043**

- NF
  - adalimumab-atto injection (Amjevita) – Targeted Immunomodulatory Biologics (TIBS); Humira biosimilar
  - atorvastatin 20 mg/5 mL oral suspension (Atorvaliq) – Antilipidemics-1 agents
  - dabigatran oral pellet packets (Pradaxa pellets) – Direct Acting Oral Anticoagulant for treatment of venous thromboembolism (VTE) in pediatric patients aged 3 months to less than 12 years
  - insulin glargine KwikPen (Rezvoglar) – Basal Insulins; Lantus biosimilar
- Complete exclusion – None

## C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—PA Criteria

The P&T Committee recommended (for both group 1 and group 2: 17 for, 0 opposed, 0 abstained, 1 absent) the following PA criteria:

- Applying manual PA criteria to new users of the Amjevita (the biosimilar to Humira), similar to what is required for all non-step-preferred TIBs. A trial of brand Humira is required first before the biosimilar in new users.

- Oncologic drugs: Applying manual PA criteria to new users of Krazati, Jaypirca, and Orserdu.

- Applying manual PA criteria to new users of Atorvaliq oral suspension, Pradaxa oral pellets, Filspari, Rezvoglar, Konvomep oral suspension, Daybue oral solution, and Tezspire injection.

- Applying manual PA criteria to Stimufend, similar to what is in place for the other non-step-preferred pegfilgrastims. New patients receiving Stimufend or one of the other non-step-preferred pegfilgrastims (Neulasta, Neulasta Onpro, and Ziextenzo) will be required to have a trial of Nyvepria, Udenyca or Fulphila first.

**The Manual PA criteria is as follows:**

1. **adagrasib (Krazati)**

   Manual PA criteria apply to all new users of adagrasib (Krazati)

   Manual PA criteria: Coverage is approved if all criteria are met:

   - Patient is 18 years of age and older

   - The medication is prescribed by or in consultation with a hematologist or oncologist

- The patient has a diagnosis of KRAS G12C-mutated locally advanced or metastatic non-small cell lung cancer (NSCLC) as determined by an FDA-approved test

- The patient will be monitored for QTC prolongation, gastrointestinal adverse reactions, hepatotoxicity, and interstitial lung disease

- If patient is a female, the patient will avoid breastfeeding during treatment and for at least 1 week after cessation of treatment

- The diagnosis is NOT listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation

Other non-FDA approved uses are NOT approved, except as noted above

PA does not expire


2. **adalimumab-atto injection (Amjevita)**

Manual PA criteria apply to all new and current users of adalimumab-atto (Amjevita)

Manual PA criteria: Coverage is approved if all criteria are met:

- Provider acknowledges that the originator adalimumab (Humira) is the preferred product over biosimilar adalimumab formulations

- Provider must provide patient specific justification as to why the originator Humira product cannot be used in this patient

  - Acceptable responses include that the patient has an allergy to an inactive ingredient found in the originator Humira that is not in the Amjevita biosimilar

- If patient is younger than 18 years of age, coverage is provided for moderate to severe polyarticular juvenile idiopathic arthritis or moderate to severe Crohn's disease

  - If indication is moderate to severe polyarticular juvenile idiopathic arthritis, patient must 2 years of age or older

  - If indication is moderate to severe Crohn's disease, the patient must be 6 years of age or older AND must have had an inadequate response to non-biologic systemic therapy (For example: methotrexate, aminosalicylates [such as, sulfasalazine, mesalamine], corticosteroids, immunosuppressants [such as, azathioprine], etc. unless they have fistulizing Crohn's disease

- If patient is 18 years of age or older, coverage is provided for moderately to severely active rheumatoid arthritis, moderate to severe Crohn's disease, moderate to severe chronic plaque psoriasis where patient is candidate for

systemic or phototherapy or when other systemic therapies are medically less appropriate, psoriatic arthritis, ankylosing spondylitis, moderate to severe ulcerative colitis, and hidradenitis suppurativa

- o If indication is moderate to severe chronic plaque psoriasis OR moderate to severe Crohn's disease OR moderate to severe ulcerative colitis then patient must have had an inadequate response, intolerance, or contraindication to non-biologic systemic therapy. (For example: methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressants [e.g., azathioprine, cyclosporine], acitretin, or phototherapy), etc. unless they have fistulizing Crohn's disease

- o If indication is ankylosing spondylitis has patient must have had inadequate response to at least two NSAIDs over a period of at least 2 months

- Patient has not had case of worsening congestive heart failure (CHF) and new onset CHF has not been reported with TNF blockers, including Humira

- Patient had evidence of negative TB test in the past 12 months (or TB is adequately managed)

- Patient is not receiving other targeted immunomodulatory biologics with Humira, including but not limited to the following: certolizumab (Cimzia), etanercept (Enbrel), golimumab (Simponi), infliximab (Remicade), apremilast (Otezla), ustekinumab (Stelara), abatacept (Orencia), anakinra (Kineret), tocilizumab (Actemra), tofacitinib (Xeljanz/Xeljanz XR), rituximab (Rituxan), secukinumab (Cosentyx), ixekizumab (Taltz), brodalumab (Siliq), sarilumab (Kevzara), guselkumab (Tremfya), baricitinib (Olumiant), tildrakizumab (Ilumya), risankizumab (Skyrizi), or upadacitinib (Rinvoq ER)

Non-FDA-approved uses are not approved
PA does not expire


3. **atorvastatin 20 mg/5 mL oral suspension (Atorvaliq)**

Manual PA criteria apply to all new users of atorvastatin oral suspension (Atorvaliq)

Age edit: PA does not apply to patients younger than 12 years of age

PA criteria apply to all new users of Atorvaliq 12 years of age and older

Manual PA criteria: Coverage is approved if all criteria are met:

- Provider must explain why patient requires atorvastatin oral suspension and cannot take simvastatin, atorvastatin or rosuvastatin tablets or sprinkles

o   Acceptable responses include that the patient requires a high intensity statin and cannot swallow the statin tablets due to some documented medical condition (e.g., dysphagia, oral candidiasis, systemic sclerosis), and not due to convenience, and cannot take rosuvastatin (Ezallor) sprinkles

Non-FDA approved uses are NOT approved
PA does not expire

## 4.  dabigatran oral pellet (Pradaxa pellets)

Manual PA criteria apply to all new users of dabigatran oral pellets (Pradaxa)

PA does not apply to patients less than 8 years of age (age edit) AND who have tried Xarelto Suspension OR Lovenox Injection within the past 180 days

Manual PA criteria: Coverage is approved if all criteria are met:

- Patient is between the ages of 3 months to 12 years

- Pradaxa pellets are prescribed by or in consultation with a pediatric hematologist/oncologist or pediatric cardiologist

- Patient is being treated for venous thromboembolic events AND has been treated with parenteral anticoagulant for at least 5 days

- Patient has tried and failed or has a contraindication to Xarelto Suspension AND Lovenox Injection

- Patient is between the ages of 8 and 12 years and cannot take the Pradaxa capsule

Non-FDA approved uses are NOT approved
PA does not expire

## 5.  elacestrant (Orserdu)

Manual PA criteria apply to all new users of elacestrant (Orserdu)

Manual PA criteria: Coverage is approved if all criteria are met:

- Patient is 18 years of age or older

- Patient is a male or a postmenopausal female

- The medication is prescribed by or in consultation with a hematologist or oncologist

- The patient has a diagnosis of ER-positive, HER2-negative, ESR1-mutated advanced or metastatic breast cancer

- Patient had disease progression following at least one line of endocrine therapy, which must include a CDK4/6 inhibitor

- Patient does not have severe hepatic impairment (Child-Pugh C)

- The diagnosis is NOT listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation

Other non-FDA approved uses are NOT approved except as noted above
PA does not expire


6. **insulin glargine KwikPen (Rezvoglar)**

    Manual PA criteria apply to all new and current users of Rezvoglar Kwikpen

    <u>Manual PA criteria</u>: Coverage approved if all criteria are met:

    - Patient must have tried and failed insulin glargine (Lantus) first.

    Non-FDA approved uses are NOT approved
    PA does not expire


7. **Omeprazole and sodium bicarbonate 2 mg/mL oral suspension (Konvomep)**

    Manual PA criteria apply to all new users of Konvomep

    Manual PA criteria: Coverage is approved if all criteria are met:

    - Patients younger than 12 years of age do not require PA – Age edit

    - Patients 12 years of age or older – manual PA required

    - The provide must provide a patient-specific clinical rationale as to why the patient cannot take omeprazole capsules, pantoprazole tablets, or esomeprazole capsules.

        Acceptable reasons include: Patient has a G-tube or patient cannot swallow other PPI capsules or tablets due to some documents medical condition – dysphagia, oral candidiasis, systemic sclerosis, etc and not due to convenience.

    Non-FDA approved uses are not approved

    PA does not expire

8. **pegfilgrastim-fpgk injection (Stimufend)**

Manual PA criteria apply to all new users of pegfilgrastim (Neulasta), pegfilgrastim (Neulasta OnPro), pegfilgrastim-bmez (Ziextenzo) **and pegfilgrastim-fpgk (Stimufend)**

<u>Manual PA criteria</u>: Coverage is approved if all criteria are met:

- Provider acknowledges that pegfilgrastim-cbqv (Udenyca), pegfilgrastim-jmdb (Fulphila) and pegfilgrastim-apgf (Nyvepria) are the preferred pegfilgrastims and are available without a PA

- Drug is prescribed by or in consultation with a hematologist/oncologist

- Patient has experienced an inadequate treatment response or intolerance to pegfilgrastim-cbqv (Udenyca), pegfilgrastim-jmdb (Fulphila) or pegfilgrastim-apgf (Nyvepria) and is expected to respond to pegfilgrastim (Neulasta), pegfilgrastim-bmez (Ziextenzo), or **pegfilgrastim-fpgk (Stimufend)**

Non-FDA approved uses are NOT approved
PA does not expire


9. **pirtobrutinib (Jaypirca)**

Manual PA criteria apply to all new users of pirtobrutinib (Jaypirca)

<u>Manual PA criteria</u>: Covered is approved if all criteria are met:

- Patient is 18 years of age or older

- The medication is prescribed by or in consultation with a hematologist or oncologist

- Patient has pathologically confirmed relapsed or refractory mantle cell lymphoma (MCL)

- Monitor for bleeding, infection (including opportunistic infection), cardiac arrhythmias, secondary primary malignancies, and cytopenias

- Patient will use sun protection in sun-exposed areas

- Female patients of childbearing age and are not pregnant confirmed by (-) HCG

- Female patients will not breastfeed during treatment and for at least 1 week after the cessation of treatment

- Female patients of childbearing potential agree to use effective contraception during treatment and for at least 1 week after the cessation of treatment

- The diagnosis is not listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B

recommendation. If so, please list the diagnosis: _____.

Other non-FDA approved uses are not approved, except as noted above
PA does not expire

## 10. sparsentan (Filspari)

Manual PA criteria apply to all new users of sparsentan (Filspari)

<u>Manual PA criteria:</u>  Coverage is approved if all criteria are met:

- Provider acknowledges that Filspari is only available through a Risk Evaluation and Mitigation Strategy (REMS) program due to the risk of hepatotoxicity and embryo-fetal toxicity, and will follow the monitoring requirements

- Patient is 18 years of age or older

- Filspari is prescribed by a nephrologist

- The patient has a diagnosis of biopsy-verified primary immunoglobulin A nephropathy (IgAN) without cellular crescents in more than 25% of sampled glomeruli

- Patient has a urine protein-to-creatinine ratio (UPCR) greater than or equal to 1.5 g/gram

- Patient has an estimated glomerular filtration rate (eGFR) greater than or equal to 30 mL/min/1.73 m$^2$

- Patient is not currently receiving dialysis or has not undergone kidney transplant

- Patient has not received immunosuppressants, including corticosteroids, in the past 2 weeks and is not expected to need immunosuppressants in the next 6 months

- Patient has continued to have proteinuria despite maximal ACE-inhibitor or ARB therapy and is at high risk for disease progression

- The patient is not receiving concomitant renin-angiotensin-aldosterone system inhibitors (for example ACE-inhibitors or ARBs such as irbesartan, telmisartan, losartan; or spironolactone), endothelin receptors antagonists (for example ambrisentan or bosentan) or aliskiren

- The patient's baseline liver aminotransferase (AST and ALT) levels are not elevated to greater than 3 times the upper limit of normal

- If patient is a female of child-bearing age, the patient must be tested for pregnancy before, during and 1 month after treatment discontinuation

- If patient can become pregnant, they will use effective contraception before starting treatment, during and for 1 month after treatment discontinuation

Non-FDA approved uses are NOT approved, including IgAN due to systemic lupus erythematosus, liver cirrhosis, Henoch-Schonlein purpura, or pulmonary arterial hypertension, or focal segmental glomerulosclerosis (FSGS)

PA expires in 9 months

<u>Renewal criteria</u>: coverage will be approved indefinitely if all the following apply

- Patient has had a response to Filspari defined by:
  - reduction in urine protein-to-creatinine ratio (UPCR) from baseline OR
  - reduction in proteinuria from baseline
- Patient's eGFR rate $\geq$ 30 mL/min/1.73 m2
- Filspari is not being used in combination with any RAAS blocker (e.g., ACE-Is, ARB), endothelin receptor antagonists, or aliskiren

## 11. tezepelumab-ekko autoinjector (Tezspire)

Manual PA is required for all new users of tezepelumab (Tezspire)

<u>Manual PA Criteria</u>: Tezspire coverage will be approved if all criteria are met:

- The patient is 12 years of age and older
- The patient has a diagnosis of severe persistent asthma
- The drug is prescribed by an allergist, immunologist, or pulmonologist
- Provider acknowledges the FDA warnings and precautions associated with Tezspire
- The patient's asthma must be uncontrolled, despite adherence to optimized medication therapy regimen, defined as requiring ONE of the following:
  - Hospitalization for asthma in past year OR
  - Two courses of corticosteroids for asthma exacerbation in past year OR
  - Daily high-dose inhaled corticosteroids with inability to taper off the inhaled corticosteroids
- The patient has tried and failed an adequate course (3 months) of TWO of the following while using a high-dose inhaled corticosteroid:
  - Long-acting beta agonist (LABA e.g., Serevent, Striverdi), OR
  - Long-acting muscarinic antagonist (LAMA e.g., Spiriva, Incruse), OR
  - Leukotriene receptor antagonist (e.g., Singulair, Accolate, Zyflo)

Non-FDA-approved uses are not approved
Prior authorization expires after 12 months

Renewal Criteria: Note initial Tricare PA approval is required for renewal.

Renewal PA criteria will be approved indefinitely if all the following apply

- The patient has had a positive response to therapy, as defined by one of the following:
  - a decrease in asthma exacerbations
  - improvements in forced expiratory volume in one second (FEV1)
  - decrease in oral corticosteroid use

**12. trofinetide oral solution (Daybue)**

Manual PA criteria apply to all new users of trofinetide (Daybue)

Manual PA criteria: Coverage is approved if all criteria are met:

- Patient is 2 years of age and older
- The medication is prescribed by a geneticist, neurologist, or a developmental pediatrician
- The patient has a diagnosis of Rett Syndrome with documented MECP2 gene mutation.

Non-FDA approved uses are NOT approved
PA does not expire

**D. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF and PA Implementation Period**

The P&T Committee recommended (for group 1 and group 2: 17 for, 0 opposed, 0 abstain, 1 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status:** an effective date of the first Wednesday two weeks after signing of the minutes in all points of service.

**VII. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)**

*BAP Comments*

**A. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF Recommendation**

The P&T Committee recommended the formulary status for the newly approved drugs as discussed above.

- UF
  - Krazati

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 864 of 980

AR2052

- Altuviiio
- Orserdu
- Konvomep
- Stimufend
- Jaypirca
- Filspari
- Tezspire
- Daybue
- NF
  - Amjevita
  - Atorvaliq
  - Pradaxa
  - Rezvoglar
- Complete exclusion
  - None

*BAP Comments*

*Concur:*    *Non-Concur:*    *Abstain:*    *Absent:*

**B. Newly Approved Drugs per 32 CFR 199.21(g)(5) PA Criteria**

The P&T Committee recommended the PA criteria for new drugs as stated previously.

*BAP Comments*

*Concur:*    *Non-Concur:*    *Abstain:*    *Absent:*

**C. Newly Approved Drugs per 32 CFR 199.21(g)(5)—UF, PA, and Implementation Period**

The P&T Committee recommended the implementation plan of two weeks as described above.

*BAP Comments*

*Concur:*　　*Non-Concur:*　　*Abstain:*　　*Absent:*


# VIII.　UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA

*P&T Comments*

## A. New PA Manual Criteria

a) **Thyroid Agents—levothyroxine sodium capsule (Tirosint)—**Tirosint is a formulation that does not contain some common excipients (e.g., dyes, gluten, etc.) found in other levothyroxine formulations. However, Tirosint is not cost-effective relative to generic levothyroxine tablets or Synthroid. MTF providers support the addition of a prior authorization, to encourage use of more cost-effective levothyroxine formulations.

Manual PA criteria apply to all new users of levothyroxine capsules (Tirosint)

Manual PA criteria: Tirosint is approved if all criteria are met:

- Tirosint is prescribed by or in consultation with an endocrinologist
- Patient is 6 years of age or older
- Patient must have tried and failed or have a contraindication to levothyroxine tablets that is not expected to occur with levothyroxine capsules

Non-FDA approved uses are NOT approved
PA does not expire

b) **Gastrointestinal-2 Agents—sacrosidase oral solution (Sucraid)—**Sucraid is approved to treat patients with Congenital Sucrase-Isomaltase Deficiency (CSID). Sucraid was identified as a high-cost, specialty medication with increasing utilization. Many commercial health plans require PA for Sucraid, and MTF providers support the addition of a prior authorization restricting it to its FDA-approved indication.

Manual PA criteria apply to all new and current users of sacrosidase (Sucraid)

Manual PA criteria: Coverage is approved if all criteria are met:

- Sucraid is prescribed by or in consultation with a gastroenterologist or geneticist
- Patient has a diagnosis of congenital sucrase-isomaltase deficiency (CSID)
- Prior to starting therapy with Sucraid, patient had symptomatic CSID (e.g., diarrhea, bloating, abdominal cramping)

Non-FDA approved uses are NOT approved
PA does not expire

**c) Targeted Immunomodulatory Biologics (TIBs): Tumor Necrosis Factor (TNF) Inhibitors Agents—adalimumab (Humira)—**The PA criteria for Humira were updated to allow for approval if the prescriber specialty is Rheumatology. Humira is a high value medication, and the inclusion of this new PA criteria enables rheumatologists, who possess advanced training and certification, to prescribe Humira without having to complete a PA. This change will also encourage appropriate use of this preferred product.

**B. New Manual PA Criteria and Implementation Plan**

**a) Thyroid Agents**—The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) manual PA criteria in new users of Tirosint capsules requiring a trial or contraindication to generic levothyroxine tablets or Synthroid first. The new PA will become effective the first Wednesday 60 days after the signing of the minutes.

**b) Gastrointestinal-2 Agents—sacrosidase oral solution (Sucraid)**—The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) manual PA criteria in new and current users of Sucraid, limiting use to patients who have a CSID diagnosis and symptoms. The new PA will become effective the first Wednesday 60 days after the signing of the minutes, and DHA will send letters to affected patients.

**c) Targeted Immunomodulatory Biologics (TIBs): Tumor Necrosis Factor (TNF) Inhibitors Agents—adalimumab (Humira)**—The P&T Committee recommended (16 for, 0 opposed, 0 abstained, 2 absent) updated manual PA criteria in new users of Humira allowing for PA approval if the prescriber is a rheumatologist. The new PA will become effective the first Wednesday 30 days after the signing of the minutes.

## IX.  UTILIZATION MANAGEMENT— NEW MANUAL PA CRITERIA

*BAP Comments*

**A. New Manual Criteria**

The P&T Committee recommended new manual PA criteria for Tirosint, Sucraid, and Humira as stated above.

*BAP Comments*

*Concur:*          *Non-Concur:*          *Abstain:*          *Absent:*

### B. New Manual PA Criteria and Implementation Plan

The P&T Committee recommended effective dates after signing of the minutes for the drugs discussed above.

*BAP Comments*

*Concur:*　　*Non-Concur:*　　*Abstain:*　　*Absent:*

## X. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS

*P&T Comments*

### A. Updated PA Criteria for New FDA-Approved Indications

The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) updates to the PA criteria for several drugs, due to new FDA-approved indications and expanded age ranges. The updated PA criteria outlined below will apply to new users.

a) **Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)—abrocitinib (Cibinqo)—** The manual PA criteria were updated to include the new expanded age indication for adolescents with refractory, moderate-to-severe atopic dermatitis. Cibinqo is now approved for patients 12 years of age and older. In addition, the new PA criteria were edited to allow for pediatric patients to try and fail, have a contraindication to, or intolerability to any topical corticosteroid (as opposed to a high potency topical corticosteroid).

b) **Breast Cancer Agents: CDK Inhibitors—abemaciclib (Verzenio)**—The manual PA criteria were updated to remove the requirement for patients to have a high Ki-67 score.

c) **Corticosteroid-Immune Modulators for Hereditary Angioedema Prophylaxis (HAE)—lanadelumab (Takhzyro)—**Expands the HAE prophylaxis indication to include patients 2 years of age and older.

d) **Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors— zanubrutinib (Brukinsa)—**A new indication was added for the treatment of chronic lymphocytic leukemia (CLL) or small lymphocytic lymphoma (SLL) in adults.

e) **Immunological Agents Miscellaneous: Oral Agents—house dust mite allergen extract (Odactra)**—Manual PA criteria were updated to reflect the expanded pediatric age indication. Odactra is now approved for patients ranging from 12 to 65 years of age.

f) **Oncological Agents—tucatinib (Tukysa)—**The manual PA criteria were updated for Tukysa to allow for use in combination with trastuzumab for the treatment of RAS wild-type, HER2-positive, unresectable, or metastatic colorectal cancer in adults that has progressed following treatment with fluoropyrimidine-, oxaliplatin-, and irinotecan-based chemotherapy.

g) **Therapeutic Continuous Glucose Monitoring Systems—Freestyle Libre 2 and 3**—The Freestyle Libre 2 and 3 systems are now approved for use in pregnant patients. The manual PA criteria were updated to change the requirement that patient had a diagnosis of "type 1 or type 2 diabetes" to a requirement that patients just have a diagnosis of "diabetes". Patients will still need to meet all additional PA requirements as last specified at the November 2022 meeting.

## B. Updated PA Criteria for New FDA-Approved Indications—Manual PA Criteria and Implementation Period

The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) updates to the manual PA criteria for Brukinsa, Odactra, Takhzyro, Tukysa, Cibinqo, Verzenio and Freestyle Libre 2 and 3 in new users. Implementation will be effective the first Wednesday 60 days after the signing of the minutes.

# XI. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS

*BAP Comments*

## A. Updated PA Criteria for New FDA-Approved Indications

The P&T Committee evaluated updates to the PA Criteria for several drugs, due to FDA as outlined above.

*BAP Comments*

*Concur:*          *Non-Concur:*          *Abstain:*          *Absent:*

## B. Updated Manual PA Criteria for New FDA-Approved Indication Implementation Plan

The P&T Committee recommended an effective date of 60 days after signing of the minutes for the drugs discussed above.

*BAP Comments*

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 869 of 980
**AR2057**

Concur:          Non-Concur:          Abstain:          Absent:

## XII.  UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS

### P&T Comments

#### A. Updated PA Criteria for Reasons other than New Indications

a) **Antipsychotic Agents: Atypical—olanzapine/samidorphan (Lybalvi)—**Lybalvi was reviewed as an innovator at the November 2021 meeting and designated non-formulary with a PA.  Although Lybalvi was associated with approximately 5 pounds less weight gain than olanzapine alone, several other options are available to mitigate antipsychotic-induced weight gain, including choosing a different antipsychotic (e.g., aripiprazole and ziprasidone) or adding on metformin.  The P&T Committee recommended clarifying the PA criteria to include these other options.

b) **Non-Insulin Diabetes Drugs: Glucagon-Like Peptide-1 Receptor Agonists (GLP1RAs)—liraglutide (Victoza) and exenatide once weekly (Bydureon BCise)—**Dulaglutide (Trulicity) is the DoD's preferred GLP1RA, and it was previously only indicated for adults.  Victoza and Bydureon BCise are indicated for patients as young as 10 years of age.  The Victoza and Bydureon BCise PAs currently bypass the requirement to try Trulicity first in pediatric patients.  The Trulicity package label was recently updated to allow for use in children 10 years of age and older, based on the results of a clinical trial.  The P&T Committee recommended removing both the PA that allow the bypass of a trial of Trulicity first for pediatric patients with prescriptions for Victoza and Bydureon BCise.

c) **Oncological Agents: Lung Cancer—sotorasib (Lumakras)—**Previously, Lumakras had only been available as a 120 mg tablet.  In order to get the recommended dose of 960 mg, a patient needed to take eight tablets.  A new 320 mg tablet is now available which only requires a patient to take three tablets, but it is significantly less cost-effective than the 120 mg formulation.  Both the 120 mg and 320 mg tablets can be dispersed in 4 ounces of water for patients who have swallowing difficulties.  MTF provider feedback supports the addition of prior authorization criteria preferring the Lumakras 120 mg tablets over the 320 mg tablets.

#### B. Updated PA Criteria for Reasons other than New Indications—Updated Manual PA criteria and Implementation Period

The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent) updates to the manual PA criteria olanzapine/samidorphan (Lybalvi), liraglutide (Victoza), and exenatide (Bydureon BCISE) in new users, and updates to the manual PA criteria for new

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 870 of 980

**AR2058**

users of sotorasib (Lumakras) 320 mg tablets. Implementation will be effective the first Wednesday 60 days after signing of the minutes.

## XIII.  UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS

*BAP Comments*

### A.  Updated PA Criteria for Reasons other than New Indications

The P&T Committee recommended PA revisions as listed above.

*BAP Comments*

*Concur:*  *Non-Concur:*  *Abstain:*  *Absent:*

### B.  Updated PA Criteria for Reasons other than New Indications Implementation Period

The P&T Committee recommended PA implementation period of 60 days as listed above.

*BAP Comments*

*Concur:*  *Non-Concur:*  *Abstain:*  *Absent:*

## XIV.  UTILIZATION MANAGEMENT—REMOVAL OF PA CRITERIA AND IMPLEMENTATION PLAN

*P&T Comments*

### Removal of PA Criteria and Implementation Plan

**Diabetes Non-Insulin: Thiazolidinediones (TZDs) and Dipeptidyl Peptidase-4 inhibitors (DPP-4s)**—Several diabetes drug classes are available on the formulary, and new products are now recommended first-line in addition to metformin, including the GLP1RAs (e.g. Trulicity) and SGLT-2 inhibitors (e.g., Jardiance).  However, older classes still play a role in lowering glucose levels.  The American Diabetes Association 2023 guidelines includes guidance for using the TZDs and DPP-4 inhibitors before metformin.

The UF preferred TZD pioglitazone (Actos) and UF preferred DPP-4 inhibitor sitagliptin (Januvia) and their combination products are cost-effective, with high PA approval rates. Additionally, the TZDs and DPP-4 inhibitors have a low likelihood for off-label use (in contrast to the GLP1RAs.) The P&T Committee recommended removing the PA requirements for the UF TZD and DDP-4 inhibitors. PA will still remain for the NF, non-step-preferred TZD (e.g., rosiglitazone) and DPP-4 inhibitors (e.g., linagliptin, saxagliptin).

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) removing the PA criteria for pioglitazone (Actos), pioglitazone/metformin (Actoplus Met), pioglitazone/glimepiride (Duetact), sitagliptin (Januvia), and sitagliptin/metformin (Janumet, Janumet XR). Implementation will be effective the first Wednesday 2 weeks after signing of the minutes.

## XV. UTILIZATION MANAGEMENT—REMOVAL OF PA CRITERIA AND IMPLEMENTATION PERIOD

### *BAP Comments*

### Removal of PA Criteria and Implementation Period

The P&T Committee recommended removing the PA criteria for the TZDs and DPP4- inhibitors as listed above, with an implementation effective the first Wednesday 2 weeks after signing of the minutes as listed above.

### *BAP Comments*

*Concur:          Non-Concur:          Abstain:          Absent:*

## XVI. BRAND OVER GENERIC AUTHORIZATION AND TIER 1 COPAY FOR FLUTICASONE/SALMETEROL INHALER (ADVAIR HFA), LENALIDOMIDE (REVLIMID) AND TOPIRAMATE ER (TROKENDI XR) AND IMPLEMENTATION PERIOD

### *P&T Comments*

The Committee evaluated drugs from 3 classes that are currently UF:

- Pulmonary Is: Inhaled Corticosteroid/Long-Acting Beta Agonist Inhalers— fluticasone/salmeterol HFA inhaler (Advair HFA)

- Oncological Agents: Multiple Myeloma—lenalidomide (Revlimid)

- Anticonvulsant-Anti Mania Agents—topiramate ER (Trokendi XR)

AB-rated generic versions of all three drugs have entered the market; however, the generic products are less cost-effective compared to the branded agents. Therefore, the branded Advair HFA, Revlimid, and Trokendi XR will continue to be dispensed at all three points of service, and the generic will only be available with prior authorization (i.e., the reverse of the current brand to generic policy). The Tier 1 copay for brand Advair HFA, Revlimid, and Trokendi XR dose is recommended.

The P&T Committee recommended (17 for, 0 opposed, 1 abstained, 0 absent), requiring brand Advair HFA, Revlimid and Trokendi XR over their respective generic formulations in all new and current users at all points of service, based on cost effectiveness. The prescriber will provide patient-specific justifications as to why the branded product cannot be used. The Tier 1 (generic) copay will apply to the brand Advair HFA, Revlimid and Trokendi XR. The effective date will be the first Wednesday 60-days after signing of the minutes. The "brand over generic" requirement will be removed administratively when it is no longer cost-effective compared to AB-rated generics.

## XVII. BRAND OVER GENERIC AUTHORIZATION AND TIER 1 COPAY FOR FLUTICASONE/SALMETEROL (ADVAIR HFA), LENALIDOMIDE (REVLIMID) AND TOPIRAMATE ER (TROKENDI XR) AND IMPLEMENTATION PERIOD

### BAP Comments

The P&T Committee recommended brand over generic authorization for Brand Advair HFA, Revlimid, and Trokendi XR and the Tier 1 copay, with an implementation period of 60 days as stated above.

### BAP Comments

Concur:        Non-Concur:        Abstain:        Absent:

## XVIII. OVER-THE-COUNTER (OTC) DRUG BENEFIT—NALOXONE NASAL SPRAY—UF RECOMMENDATION, COPAY, PRESCRIPTION REQUIREMENT, AND IMPLEMENTATION PERIOD

### P&T Comments

*Background:* Pursuant to 32 CFR 199.21(h)(5)(i), an OTC drug may be included on the UF upon the recommendation of the P&T Committee and approval of the Director, DHA, based on a finding that it is cost-effective and clinically effective, as compared with other drugs in the same therapeutic class of pharmaceutical agents. OTC drugs placed on the UF, in general, will be treated the same as generic drugs on the UF for purposes of availability in the MTF pharmacies, retail pharmacies, and the mail order pharmacy program and other requirements. However, upon the recommendation of the P&T Committee and approval of the Director, DHA, the requirement for the prescription may be waived for a particular OTC drug for certain emergency care treatment

situations.  In addition, a special copayment may be established under 32 CFR 199.21 (i)(2)(xii) for OTC drugs specifically used in certain emergency care treatment situations.

*OTC Naloxone Nasal Spray*:  The P&T Committee evaluated the clinical and cost-effectiveness for the addition of OTC naloxone 4 mg/0.1mL nasal spray (OTC Narcan Nasal Spray) to the UF. Other prescription naloxone formulations are available on the UF (Kloxxado, Zimhi).  The OTC naloxone nasal spray is the same as the prescription product.

Multiple references, including guidance from the Substance Abuse and Mental Health Services Administration, the National Institute on Drug Abuse, and the 2022 DoD/VA Guideline for the Use of Opioids in Management of Chronic Pain, as well as input from DoD pain management specialists, support the use of intranasal naloxone for the emergency treatment of known or suspected opioid overdose.  Based on clinical effectiveness and ease of access, OTC naloxone nasal (4 mg/0.1mL) was recommended for addition to the UF, when the product is launched commercially (expected in summer 2023).

The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 0 absent) the following:

- adding OTC naloxone 4 mg/0.1 mL nasal spray to the UF

- waiving the copay requirement

- waiving the prescription requirement

- implementation plan of two weeks after signing of the minutes and market launch of OTC Narcan Nasal Spray in all points of service

The P&T Committee voted to waive the prescription and copay requirements.  While the P&T Committee voted to waive the requirement for a prescription at all points of service, there may be state or operational limitations that require some provider input for processing.  As an example, some states allow pharmacists who have National Provider Identifier (NPI) numbers to prescribe but the pharmacy claims adjudication systems may require a valid prescription.  According to National Council for Prescription Drug Programs (NCPDP) rules, a provider NPI is required for claims to process.

Regarding copay, 32 CFR 199.21(i)(2)(xii) states as a general rule, OTC drugs placed on the UF will have copayments equal to those for generic drugs on the UF.  However, upon the recommendation of the P&T Committee and approval of the Director, DHA, the copayment may be established at $0.00 for any particular OTC drug in the retail pharmacy network. The P&T Committee recommended the copay for OTC naloxone be zero at retail and the Tier 1 generic copay at mail.

## XIX.  OVER-THE-COUNTER (OTC) DRUG BENEFIT—NALOXONE NASAL—UF RECOMMENDATION, COPAY, PRESCRIPTION REQUIREMENT, AND IMPLEMENTATION PERIOD

***BAP Comments***

The P&T Committee recommended adding OTC naloxone 4 mg/0.1 mL nasal spray to the UF, with an implementation effective 2 weeks after signing of the minutes as listed above.

***BAP Comments***

***Concur:***      ***Non-Concur:***      ***Abstain:***      ***Absent:***

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 875 of 980

AR2063

| | |
|---|---|
| **From:** | Axsome MedInfo US |
| **To:** | DHA NCR J-6 Mailbox BAPREQUESTS |
| **Subject:** | [Non-DoD Source] AUVELITY Written Statement to UF BAP |
| **Date:** | Tuesday, March 28, 2023 4:16:31 PM |
| **Attachments:** | AUVELITY DoD UF BAP PA Comments 3.28.23.pdf |

Dear Designated Federal Officer,

Please see attached written statement to the UF BAP on the proposed prior authorization criteria for AUVELITY.

Thank you in advance for your review and consideration.

Regards,
Lally Samuel, PharmD
Axsome Medical Information



Confidentiality note: This e-mail contains information from Axsome Therapeutics, Inc. and/or its affiliates that is confidential and/or legally privileged. This information is intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this communication in error, please email the sender informing the sender that you received this email in error, that you have deleted the email and any attachments from your computer system, and that you will not further use or disclose the information.



March 28, 2023

UF BAP's Designated Federal Officer
7700 Arlington Boulevard
Suite 5101
Falls Church, VA 22042–5101
dha.ncr.j-6.mbx.baprequests@health.mil

Dear Uniform Formulary Benefit Advisory Panel:

Thank you for the opportunity to comment on the P&T committee's proposed prior authorization criteria for AUVELITY® (dextromethorphan HBr and bupropion HCl) extended-release tablets for the treatment of adults with major depressive disorder (MDD).

The proposed prior authorization criteria include that patient must have "tried and failed generic bupropion extended release at maximally tolerated dose **AND** the patient has a contraindication to, intolerability to, or has failed a trial of **TWO** other formulary antidepressant medications (note: failure of medication is defined as a minimum treatment duration of 4-6 weeks at maximally tolerated dose)."

**We respectfully request that you remove the additional step of failure of generic bupropion extended release prior to use of AUVELITY and allow access to AUVELITY after two antidepressant trials**. As discussed below, there is a pressing need for new MDD treatment options with novel mechanisms of action, rapid onset, early time to remission, and tolerable safety profiles.

**Remission Rates Following Monoaminergic Antidepressant Failure**
As you know, it is well documented that individuals with military service have a higher risk of depression than the civilian population.[1] The proposed criteria require failure of at least 3 antidepressants that all work primarily via the monoaminergic pathway[2] prior to being eligible to receive AUVELITY, the only oral NMDA receptor antagonist approved for MDD.[3]

While it is *possible* that individuals that fail to respond to one monoaminergic antidepressant, may respond to another, it should be noted that the likelihood of this occurring is low. The STAR*D study clearly demonstrated that after failure of the SSRI citalopram at a maximally tolerated dose, the likelihood of remission was low (~20%) with subsequent monoaminergic-based treatment with either bupropion, sertraline, or venlafaxine.[4] Remission rates decline further with third and fourth line monoaminergic-based treatment.[5] The declining remission rates seen in STAR*D may be partially explained by the lack of pharmacological diversity amongst the different treatments, i.e., all antidepressants employed are thought to work in generally the same way: monoamine modulation.[6]

**Early and Sustained Remission is a Critical Treatment Goal in MDD**
Time to initiation of effective treatment in MDD may be delayed by at least 3-5 months if symptomatic remission is not achieved by the initial 3 required antidepressant trials. Early symptom remission is key to obtaining improved clinical, functional, and psychosocial outcomes and is one of the strongest predictors of long-term favorable outcome in MDD.[7-10] The impact of the delay of potentially effective treatment is further compounded by the well-documented stigma around MDD that further results in many people, including those in the military, suffering with depression for months or years prior to receiving adequate evidence-based treatment.[11] This is particularly noteworthy since the duration of untreated depression has been shown to correlate with structural changes in the brains of people with MDD.[12]

Tricare beneficiaries suffering with MDD need improvement in depressive symptoms as soon as possible and should not be required to wait this long before their mental health provider can prescribe a differentiated treatment option for MDD. The mental health provider should be able to prescribe the medication they believe is most appropriate for the patient

Axsome Therapeutics, Inc.
22 Cortlandt St., 16th Floor New York, NY 10007

without having to proceed through three steps with antidepressants with similar mechanisms of action (i.e., monoaminergic).

## Differentiated Mechanism of Action

AUVELITY is the first oral antidepressant in approximately 60 years that is thought to work via a non-monoaminergic mechanism. AUVELITY targets the glutamatergic pathway via NMDA receptor antagonism and sigma-1 receptor agonism,[3] an approach that is different from other approved oral agents.[2] Dextromethorphan is an uncompetitive antagonist of the NMDA receptor (an ionotropic glutamate receptor) and a sigma-1 receptor agonist.[3] The primary role of bupropion in AUVELITY is to increase and prolong plasma levels of dextromethorphan by inhibiting its CYP2D6-mediated metabolism.[3] Requiring that patients also must fail bupropion before receiving a prescription for AUVELITY is ignoring the significant contribution of dextromethorphan to the efficacy of AUVELITY and its differentiated mechanism of action (further discussed below).

## AUVELITY is a Rapid-Acting Antidepressant

Breakthrough therapy designation was granted to AUVELITY in 2019 by the FDA and it was approved in August 2022 based on a clinical development program of over 1100 patients. AUVELITY is the only rapid-acting oral antidepressant with labeling of statistically significant antidepressant efficacy compared to placebo starting at one week.[3]

In the pivotal, placebo-controlled, **GEMINI study**[13]:

- AUVELITY achieved the primary outcome: Change from baseline to week 6 in MADRS total score was -15.9 points in the AUVELITY group and -12.1 in the placebo group ($P$=0.002).[3,13]
- Statistically significant improvement in the MADRS was demonstrated starting at Week 1,[3,13] a time frame consistent with the draft FDA guidance for rapid-acting antidepressants.[14]
  - o No other oral antidepressant has FDA-approved labeling stating improvement in depressive symptoms starting at Week 1.
- The improvements seen with AUVELITY on the MADRS total score at all timepoints measured were greater than the clinically meaningful threshold, which ranges from 1.6-1.9 points.[13,15]
- The key secondary endpoint of remission (MADRS Total Score ≤10) at Week 2 was also achieved, with AUVELITY demonstrating a statistically significant greater remission rate compared to placebo (AUVELITY 17%, Placebo 8%; $P$ = 0.013).[13]
  - o Symptom remission is considered the desired goal in depression treatment, because it is associated with better daily functioning and better long-term prognosis.[5]

In the confirmatory, active-controlled, **ASCEND study**[16]:

- AUVELITY achieved the primary outcome by demonstrating statistically significant improvement in change from baseline in MADRS total score over weeks 1-6 compared to bupropion 105 mg dosed twice daily (AUVELITY -13.7 points, Bupropion -8.8 points; $P$ < 0.001).
- Rates of remission were also increased compared to bupropion starting at Week 2.

## Boxed Warning and Other Safety Information

AUVELITY has a boxed warning for increased risk of suicidal thoughts and behaviors in pediatric and young adult patients. The most common adverse reactions with AUVELITY were dizziness, headache, diarrhea, somnolence, dry mouth, sexual dysfunction, and hyperhidrosis.[3] Please consult the AUVELITY full Prescribing Information for complete product details including contraindications, warnings and precautions, drug interactions, and adverse reactions available at: https://www.axsome.com/auvelity-prescribing-information.pdf

In summary, AUVELITY is a differentiated and appropriate option after failure or intolerance of initial monoaminergic antidepressant treatment. Clinicians need the option to prescribe a rapid-acting and differentiated antidepressant earlier in treatment without having to wait the crucial time it would take to evaluate treatment response with 3 monoaminergic antidepressants.

**We respectfully request that you remove the additional step of failure of generic bupropion extended release prior to use of AUVELITY**. By removing this step, healthcare providers will have the option to prescribe AUVELITY for Tricare beneficiaries after two monoaminergic antidepressant drug failures.

2

Thank you again for your consideration of this important treatment option for adults with MDD.

Sincerely,

Zach Thomas, PharmD, MPH
Executive Director, Medical Affairs

References:
1. Department of Veterans Affairs and the Department of Defense. VA/DoD clinical practice guideline for the management of major depressive disorder, version 4.0. Published April 2022. https://www.healthquality.va.gov/guidelines/MH/mdd/VADoDMDDCPGFinal508.pdf. Accessed March 27, 2023.
2. Machado-Vieira R, Henter ID, Zarate CA Jr. New targets for rapid antidepressant action. *Prog Neurobiol.* 2017:152: 21-37.
3. AUVELITY [Prescribing Information]. New York, NY: Axsome Therapeutics Inc.
4. Rush AJ, South C, Jha MK, Jain SB, Trivedi MH. What to expect when switching to a second antidepressant medication following an ineffective initial SSRI: A report from the randomized clinical STAR*D study. *J Clin Psychiatry.* 2020;81(5):19m12949. doi: 10.4088/JCP.19m12949.
5. Rush AJ, Trivedi MH, Wisniewski SR, et al. Acute and longer-term outcomes in depressed outpatients requiring one or several treatment steps: a STAR*D report. *Am J Psychiatry.* 2006;163:1905–1917.
6. Giakoumatos CI, Osser D. The Psychopharmacology Algorithm Project at the Harvard South Shore Program: An update on unipolar nonpsychotic depression. *Harv Rev Psychiatry.* 2019;27(1):33-52.
7. Habert J, Katzman MA, Oluboka OJ, et al. Functional recovery in major depressive disorder: Focus on early optimized treatment. *Prim Care Companion CNS Disord.* 2016;18(5). doi: 10.4088/PCC.15r01926.
8. Nierenberg AA, Husain MM, Trivedi MH, et al. Residual symptoms after remission of major depressive disorder with citalopram and risk of relapse: a STAR*D report. *Psychol Med.* 2010;40:41-50.
9. Trivedi MH, Morris DW, Wisniewski SR, et al. Increase in work productivity of depressed individuals with improvement in depressive symptom severity. *Am J Psychiatry.* 2013;170(6):633-641. doi: 10.1176/appi.ajp.2012.12020250.
10. Ciudad A, Álvarez E, Roca M, et al. Early response and remission as predictors of a good outcome of a major depressive episode at 12-month follow-up: a prospective, longitudinal, observational study. *J Clin Psychiatry.* 2012; 73(2):185-191.
11. Goldberg SB, Simpson TL, Lehavot K, et al. A comparison among civilians and veterans of different service eras. *Psychiatr Serv.* 2019;70(5):358-366. doi: 10.1176/appi.ps.201800444.
12. Sheline YI, Gado MH, Kraemer HC. Untreated depression and hippocampal volume loss. *Am J Psychiatry.* 2003; 160(8):1516-1518.
13. Iosifescu DV, Jones A, O'Gorman C, et al. Efficacy and safety of AXS-05 (dextromethorphan-bupropion) in patients with major depressive disorder: A phase 3 randomized clinical trial (GEMINI). *J Clin Psychiatry.* 2022;83(4): 21m14345. DOI: 10.4088/JCP.21m14345
14. FDA. Major Depressive Disorder: Developing Drugs for Treatment Guidance for Industry: DRAFT GUIDANCE. June 2018. Revision 1.
15. Duru G, Fantino B. The clinical relevance of changes in the Montgomery-Asberg Depression Rating Scale using the minimum clinically important difference approach. *Curr Med Res Opin.* 2008;24(5): 1329-1335.
16. Tabuteau H, Jones A, Anderson A, Jacobson M, Iosifescu DV. Effect of AXS-05 (dextromethorphan-bupropion) in major depressive disorder: a randomized double-blind controlled trial. *Am J Psychiatry.* 2022;179(7):490-499. DOI: 10.1176/appi.ajp.21080800

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 879 of 980
AR2067

| From: | Christopher Ngai |
|---|---|
| To: | DHA NCR J-6 Mailbox BAPREQUESTS |
| Cc: | Jonathan Schur |
| Subject: | [Non-DoD Source] NEPHROLOGY AGENTS MISCELLANEOUS - Tarpeyo |
| Date: | Monday, April 3, 2023 1:50:42 PM |
| Attachments: | image001.jpg |
| | NefIgArd-top-line-presentation.pdf |
| | CEOR-389456-cost-effectiveness-analysis-of-nefecon-versus-best-supportiv.pdf |
| | NefIgArd Positive Data Eng.pdf |
| Importance: | High |

To Designated Federal Officer:

I am writing to follow up on TARPEYO. We noticed that the P&T Committee recommended Tier 4 designation for TARPEYO, based on the surprising rationale that "[TARPEYO] provides little to no clinical advantages relative to other drugs used off-label for IgAN."

We would like to update the BAP Committees on the topline results from the confirmatory portion of the NefIgArd clinical trial, studying TARPEYO (referred to under its development name of Nefecon) in patients with primary IgAN. Calliditas announced on March 12, 2023 that NefIgArd successfully met the primary endpoint, intended to describe and verify TARPEYO's clinical benefit:

- Over a two-year period of 9-months of treatment with Nefecon or placebo and 15-months of follow-up off drug, mean change in baseline in estimated glomerular filtration rate (eGFR) were -2.47 ml/min/1.73 m$^2$ in the TARPEYO group and -7.52 ml/min/1.73 m$^2$ in the placebo group, a treatment benefit over placebo of 5.05 ml/min/1.73 m$^2$ (p value < 0.0001).
- Supportive 2-year total slope analyses similarly indicated a sustained treatment benefit.
- We observed the eGFR benefit was observed across the entire study population, irrespective of urine protein-to-creatinine ratio (UPCR) baseline.
- UPCR reductions observed were durable during the 15-month follow-up period off treatment.

Our initial review, subject to continuing analysis and regulatory review, is that these results show a clinically significant long-lasting treatment effect and support a regulatory filing which we will make in the near future for full approval in the study population. The press release announcing the NefIgArd results is attached as well as a summary presentation of the trial results.

We are concerned that TRICARE beneficiaries risk being denied access to this important new drug, in favor of unapproved, off-label treatments for which clinical studies, when available, in no way demonstrate a similar treatment effect and safety profile in a population comparable to that of TRICARE beneficiaries. Moreover, the cost effectiveness analysis manuscript now published in the journal of ClinicoEconomics and Outcomes Research, which you will find attached, supports the cost-effectiveness of TARPEYO treatment, even before taking into account the confirmatory trial results.

We ask that you provide these materials to the BAP Committees. New and significant confirmatory clinical trial results need to be taken into account before TRICARE beneficiaries are denied access to TARPEYO or being subject to unreasonable prior authorization criteria.

Best regards,

Christopher Ngai
Vice President Market Access



| From: | McCarthy, Jim |
| To: | DHA NCR J-6 Mailbox BAPREQUESTS |
| Subject: | [URL Verdict: Neutral][Non-DoD Source] Tarpeyo phase 3 data |
| Date: | Monday, April 3, 2023 12:00:19 PM |
| Attachments: | image001.png |
| | NefIgArd Positive Data Eng.pdf |

Colonel Carby, hello.

The March 31 Federal Register identifies you as the Designated Federal Official relative to BAP.

I'm part of the Payor-facing team working on behalf of Calliditas Therapeutics in its commercialization of Tarpeyo® (budesonide) delayed release capsules.
None of us are formally aligned to DHA as a focus-customer, but I monitor both DHA Pharmacy and Federal Register and have been asked in the past to share certain information. I've confirmed Calliditas' interest in having the attached provided to your team and I have made Calliditas aware of the 31 March Federal Register notice of tomorrow's UF BAP committee meeting and its impact on any opportunity for public comment.

The attached is recently published data relative to the concluded phase 3 trial for Tarpeyo's use in the management of IgA nephropathy (IgAN). This press release was provided to us for sharing with Payors just last Tuesday. Besides the possibility that the clinical data might be viewed very favorably by BAP relative to that of another recently approved IgAN therapy, there are clear implications relative to cost of drug treatment.

Understanding the role and function of BAP, this is not being shared with any expectation of P&T-like review, but in lieu of the now waived Public Comment window, only of informing the BAP Committee in advance of their vote on April 4. And, for the Committee's consideration, the simple ask that BAP vote for now against relegating Tarpeyo® to tier 4 and ask P&T to reinstate newly-approved drug criteria pending P&T review of the product's phase 3 trial results and possible full marketing approval and, possible full class review.

Thank you.

Respectfully,

Jim McCarthy
Director, National Accounts/Government Affairs
*Reimbursement, Access & Distribution Solutions*
Emerging Biopharma





**Stockholm, Sweden**                                                                              **March 12, 2023**

## Calliditas Announces Primary Endpoint Successfully Met in Phase 3 NefIgArd Trial Evaluating Nefecon® in IgA Nephropathy

**Calliditas Therapeutics AB (Nasdaq: CALT, Nasdaq Stockholm: CALTX) ("Calliditas") today announced positive topline results from the global, randomized, double-blind, placebo-controlled Phase 3 clinical trial NefIgArd, which investigated the effect of Nefecon (TARPEYO®/Kinpeygo® (budesonide) delayed release capsules) versus placebo in patients with primary IgA nephropathy (IgAN).**

- The trial met its primary endpoint with Nefecon demonstrating a highly statistically significant benefit over placebo (p value < 0.0001) in estimated glomerular filtration rate (eGFR) over the two-year period of 9-months of treatment with Nefecon or placebo and 15-months of follow-up off drug.
- Supportive 2-year total slope analyses were statistically significant and clinically meaningful reflecting a sustained treatment benefit.
- The eGFR benefit was observed across the entire study population, irrespective of urine protein-to-creatinine ratio (UPCR) baseline, which the company believes supports a regulatory filing for full approval in the study population.
- UPCR reductions observed were durable, reflecting a long lasting treatment effect during the 15-month follow-up period off treatment.

"This is truly a great outcome for IgAN patients. This reflects sustained impact on kidney function across the entire study population with a treatment which was specifically designed to treat IgAN by downregulating pathogenic IgA1 antibodies at their presumed source and we believe this dataset supports regulatory filing for full approval based on the Phase 3 study population," said CEO Renée Aguiar-Lucander.

"These data show the kidney function protection delivered by Nefecon and demonstrate that the approach offers patients a truly disease modifying treatment with sustained reductions in proteinuria over two years and continued eGFR benefit. Importantly Nefecon was well tolerated and together with the proteinuria and eGFR data mean that Nefecon has cemented its place as a key treatment option for patients with IgA nephropathy at risk of progressive kidney function loss," said Dr Jonathan Barratt, Mayer Professor of Renal Medicine at Leicester University.

"These data establish that there is an option for patients with IgA nephropathy to specifically target their illness and to safely slow and delay progression of their kidney disease. The sustained effects on proteinuria and on eGFR are impressive and clinically meaningful," said Richard Lafayette, Professor of Medicine (Nephrology) at Stanford University.

This data readout from Part B provides longer term data from the Phase 3 NefIgArd trial, which read out topline data on Part A in November 2020. An additional 29 Chinese patients, required for local Chinese regulatory purposes only, are expected to complete Part B in Q3, 2023. Based on the Part A data, Calliditas received accelerated approval from the U.S Food and Drug Administration (FDA) in December 2021 and conditional marketing authorization from the European Commission (EC) in July 2022, marking the first time a drug was approved for the treatment of IgAN in the US and the European Economic Area (EEA). Nefecon is being marketed by Calliditas in the US under the brand name TARPEYO®, and by STADA Arzneimittel AG in the EEA, Switzerland and the UK under the brand name Kinpeygo®.


**calliditas**
THERAPEUTICS

"I am delighted with the positive outcome of the NefIgArd trial. This important milestone is the culmination of many years of hard work and dedication from so many people involved in the study. I would like to extend my thanks in particular to the investigators and site staff involved in the study, as well as of course the participating patients," said Calliditas' CMO, Dr. Richard Philipson.

On the basis of this data, Calliditas plans to file for full approval from the FDA, and support filing for full approval with EC and UK MHRA during 2023 for patients with primary IgAN based on the Phase 3 study population.

**NefIgArd Topline Results**
The analysis included 364 patients diagnosed with primary IgAN and who were on a background of optimized and stable renin-angiotensin system (RAS) inhibitor therapy. The patients were randomized in a 1:1 ratio into one of two treatment groups – Nefecon 16 mg/day orally or placebo – and treated for 9 months daily, and then monitored for 15 months off-drug.

eGFR Data
The key primary endpoint, eGFR over 2 years, was on average 5.05 mL/min/1.73 m² higher with Nefecon compared to placebo (p<0.0001). Mean change in eGFR over the 2-year period was -2.47 mL/min/1.73 m² for Nefecon 16 mg versus -7.52 mL/min/1.73 m² for placebo.

Safety Profile
The results indicate that Nefecon was generally well-tolerated and the safety profile was consistent with that observed in Part A of the trial.

**Trial Design**
The global clinical trial NefIgArd is an ongoing Phase 3, randomized, double-blind, placebo- controlled, multicenter study to evaluate the efficacy and safety of TARPEYO 16 mg once daily vs placebo in adult patients with primary IgAN as an addition to optimized RAS inhibitor therapy.
Part A of the study included a 9-month blinded treatment period and a 3-month follow-up period. The primary endpoint was UPCR, and eGFR was a secondary endpoint. Part B included a 12-month observational period off drug and assessed eGFR over the entire 2-year period for patients who were treated with the TARPEYO or placebo regimen in Part A in a total population of 360 patients.
The trial met its primary objective in Part A of demonstrating a statistically significant reduction in urine protein creatinine ratio (UPCR) or proteinuria after 9 months of treatment with 16 mg once daily of TARPEYO compared to placebo. Patients taking TARPEYO plus RAS inhibition (n=97) showed a statistically significant 34% reduction from baseline vs 5% with RASi alone (n=102) at 9 months, resulting in UPCR reduction of 31% (16% to 42%) p=0.0001.[3]
At 9 months, there was a 3.87 mL/min/1.73 m2 difference in eGFR absolute change with TARPEYO plus RASi vs RASi alone (-0.17 vs. -4.04).[4]
Topline data of the NefIgArd study were reported on March 12, 2023 in which the primary endpoint of eGFR was met as per above. The trial is expected to conclude in Q3 of 2023 when the final 29 patients in China (not required for global submission purposes) have completed 9 months of treatment and 15 months of observation.

**Conference Call**
The Company will host a live webcast for investors on Monday 13th March 2023 at 8 A.M. ET (13:00 CET).
Interested participants may register for the webcast here: https://lifescievents.com/event/calliditas-webcast/



**Indication and important safety information**

*Indication*: TARPEYO® (budesonide), named Kinpeygo in the EEA, a 4mg delayed release capsule, is a corticosteroid indicated in the US to reduce proteinuria in adults with primary immunoglobulin A nephropathy (IgAN) at risk of rapid disease progression, generally a urine protein-to-creatinine ratio (UPCR) ≥1.5 g/g and in the EEA for the treatment of IgAN in adults at risk of rapid disease progression with a urine protein-to-creatinine ratio (UPCR) ≥1.5 g/gram.

This indication is approved by the FDA in the US under an accelerated approval and as a conditional marketing authorisation by the European Commission for the EEA based on a reduction in proteinuria. It has not been established whether TARPEYO/Kinpeygo slows kidney function decline in patients with IgAN. Continued approval for this indication may be contingent upon verification and description of clinical benefit in a confirmatory clinical trial.

**Important Safety Information**

*Contraindications*: TARPEYO/Kinpeygo is contraindicated in patients with hypersensitivity to budesonide or any of the ingredients of TARPEYO/Kinpeygo. Serious hypersensitivity reactions, including anaphylaxis, have occurred with other budesonide formulations.

**Warnings and Precautions**

*Hypercorticism and adrenal axis suppression*: When corticosteroids are used chronically, systemic effects such as hypercorticism and adrenal suppression may occur. Corticosteroids can reduce the response of the hypothalamus-pituitary-adrenal (HPA) axis to stress. In situations where patients are subject to surgery or other stress situations, supplementation with a systemic corticosteroid is recommended. When discontinuing therapy [see Dosing and Administration] or switching between corticosteroids, monitor for signs of adrenal axis suppression.

Patients with moderate to severe hepatic impairment (Child-Pugh Class B and C, respectively) could be at an increased risk of hypercorticism and adrenal axis suppression due to an increased systemic exposure to oral budesonide. Avoid use in patients with severe hepatic impairment (Child-Pugh Class C). Monitor for increased signs and/or symptoms of hypercorticism in patients with moderate hepatic impairment (Child-Pugh Class B).

*Risks of Immunosuppression*: Patients who are on drugs that suppress the immune system are more susceptible to infection than healthy individuals. Chicken pox and measles, for example, can have a more serious or even fatal course in susceptible patients or patients on immunosuppressive doses of corticosteroids. Avoid corticosteroid therapy in patients with active or quiescent tuberculosis infection; untreated fungal, bacterial, systemic viral, or parasitic infections; or ocular herpes simplex. Avoid exposure to active, easily transmitted infections (eg, chicken pox, measles). Corticosteroid therapy may decrease the immune response to some vaccines.

*Other corticosteroid effects*: TARPEYO is a systemically available corticosteroid and is expected to cause related adverse reactions. Monitor patients with hypertension, prediabetes, diabetes mellitus, osteoporosis, peptic ulcer, glaucoma, cataracts, a family history of diabetes or glaucoma, or with any other condition in which corticosteroids may have unwanted effects.

*Adverse reactions*: In clinical studies, the most common adverse reactions with TARPEYO (occurring in ≥5% of TARPEYO/Kinpeygo patients and ≥2% higher than placebo) were hypertension (16%), peripheral edema (14%), muscle spasms (13%), acne (11%), dermatitis (7%), weight increase (7%), dyspnea (6%), face edema (6%), dyspepsia (5%), fatigue (5%), and hirsutism (5%).

*Drug interactions*: Budesonide is a substrate for CYP3A4. Avoid use with potent CYP3A4 inhibitors, such as ketoconazole, itraconazole, ritonavir, indinavir, saquinavir, erythromycin, and cyclosporine. Avoid ingestion of grapefruit juice with TARPEYO/Kinpeygo. Intake of grapefruit juice, which inhibits CYP3A4 activity, can increase the systemic exposure to budesonide.

AR2073



**Use in specific populations**

*Pregnancy:* The available data from published case series, epidemiological studies, and reviews with oral budesonide use in pregnant women have not identified a drug-associated risk of major birth defects, miscarriage, or other adverse maternal or fetal outcomes. There are risks to the mother and fetus associated with IgAN. Infants exposed to in utero corticosteroids, including budesonide, are at risk for hypoadrenalism.

**Please see Full Prescribing Information for TARPEYO here.**

**About Primary Immunoglobulin A Nephropathy**

Primary immunoglobulin A nephropathy (IgA nephropathy or IgAN or Berger's Disease) is a rare, progressive, chronic autoimmune disease that attacks the kidneys and occurs when galactose-deficient IgA1 are recognized by autoantibodies, creating IgA1 immune complexes that become deposited in the glomerular mesangium of the kidney.[5,6] This deposition in the kidney can lead to progressive kidney damage and potentially a clinical course resulting in end-stage renal disease. IgAN most often develops between late teens and late 30s.[6,7]

**For further information, please contact:**
Marie Galay, IR Manager, Calliditas
Tel.: +44 79 55 12 98 45, email: marie.galay@calliditas.com

*The information in the press release is information that Calliditas is obliged to make public pursuant to the EU Market Abuse Regulation. The information was sent for publication, through the agency of the contact person set out above, on March 12, 2023 at 6:30 p.m. CET.*

**About Calliditas**

Calliditas Therapeutics is a commercial stage biopharma company based in Stockholm, Sweden focused on identifying, developing and commercializing novel treatments in orphan indications, with an initial focus on renal and hepatic diseases with significant unmet medical needs. Calliditas' lead product, developed under the name Nefecon, has been granted accelerated approval by the FDA under the trade name TARPEYO® and conditional marketing authorization by the European Commission under the trade name Kinpeygo®. Kinpeygo is being commercialized in the EEA, Switzerland, and the UK by Calliditas' partner, STADA Arzneimittel AG. Additionally, Calliditas is conducting a Phase 2b/3 clinical trial in primary biliary cholangitis and a Phase 2 proof-of-concept trial in head and neck cancer with its NOX inhibitor product candidate, setanaxib. Calliditas' common shares are listed on Nasdaq Stockholm (ticker: CALTX) and its American Depositary Shares are listed on the Nasdaq Global Select Market (ticker: CALT).

**About TARPEYO/Kinpeygo**

Calliditas has introduced TARPEYO/Kinpeygo, the first treatment to be approved for patients with IgAN. TARPEYO/Kinpeygo is an oral, delayed release formulation of budesonide, a corticosteroid with potent glucocorticoid activity and weak mineralocorticoid activity that undergoes substantial first pass metabolism. TARPEYO/Kinpeygo was designed as a 4 mg delayed release capsule and is enteric coated so that it would remain intact until it reaches the ileum. Each capsule contains coated beads of budesonide that target mucosal B-cells present in the ileum, including the Peyer's patches, which are responsible for the production of galactose-deficient IgA1 antibodies (Gd-Ag1) causing IgAN. It is unclear to what extent TARPEYO's/Kinpeygo's efficacy is mediated via local effects in the ileum vs systemic effects.[1]

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, including, without limitation, statements regarding Calliditas' strategy, planned regulatory submissions, anticipated regulatory approvals and clinical development plans, timing and data readouts. The words "may," "will," "could," "would," "should," "expect," "plan," "anticipate," "intend," "believe," "estimate," "predict," "project," "potential," "continue," "target," and similar expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. Any forward-looking statements in this press release are based on management's current expectations and beliefs and are subject to a number of risks, uncertainties, and important factors that may



cause actual events or results to differ materially from those expressed or implied by any forward-looking statements contained in this press release, including, without limitation, any related to Calliditas' business, operations, continued and additional regulatory approvals for TARPEYO and Kinpeygo, market acceptance of TARPEYO and Kinpeygo, competitive products, clinical trials, supply chain, strategy, goals and anticipated timelines and other risks identified in the section entitled "Risk Factors" in Calliditas' reports filed with the Securities and Exchange Commission. Calliditas cautions you not to place undue reliance on any forward-looking statements, which speak only as of the date they are made. Calliditas disclaims any obligation to publicly update or revise any such statements to reflect any change in expectations or in events, conditions, or circumstances on which any such statements may be based, or that may affect the likelihood that actual results will differ from those set forth in the forward-looking statements. Any forward-looking statements contained in this press release represent Calliditas' views only as of the date hereof and should not be relied upon as representing its views as of any subsequent date.

**References:**

1. TARPEYO. Prescribing Information. Calliditas Therapeutics AB; 2021.
2. Hastings, M. C., Bursac, Z., Julian, B. A., Villa Baca, E., Featherston, J., Woodford, S. Y., Bailey, L., & Wyatt, R. J. (2018). Life Expectancy for Patients From the Southeastern United States With IgA Nephropathy. Kidney Int Rep, 3(1), 99-104. https://doi.org/10.1016/j. ekir.2017.08.008
3. Barratt, J., Lafayette, R., Kristensen, J., Stone, A., Cattran, D., Floege, J., Tesar, V., Trimarchi, H., Zhang, H., Eren, N., Paliege, A, Rovin, B. H., for theNeflgArd Trial Investigators, Results from part A of the multi-center, double-blind, randomized, placebo-controlled NeflgArd trial, which evaluated targeted-release formulation of budesonide for the treatment of primary immunoglobulin A nephropathy, Kidney International (2023) 103, 391–402; https://doi.org/10.1016/j.kint.2022.09.017.
4. Barratt, J., & Feehally, J. (2005). IgA nephropathy. J Am Soc Nephrol, 16(7), 2088-2097. https://doi.org/10.1681/ASN.2005020134
5. Barratt, J., Rovin, B. H., Cattran, D., et al. (2020). Why Target the Gut to Treat IgA Nephropathy? Kidney Int Rep, 5(10), 1620-1624. https://doi.org/10.1016/j.ekir.2020.08.009
6. Jarrick, S., Lundberg, S., Welander, A., et al. (2019). Mortality in IgA Nephropathy: A Nationwide Population-Based Cohort Study. J Am Soc Nephrol, 30(5), 866-876. https://doi.org/10.1681/ASN.2018101017

| From: | Christopher Ngai |
|---|---|
| To: | DHA NCR J-6 Mailbox BAPREQUESTS |
| Cc: | Andrew Udell; Jonathan Schur |
| Subject: | [Non-DoD Source] Comments on Background Document for June 2023 BAP Meeting |
| Date: | Thursday, June 22, 2023 5:53:48 PM |
| Attachments: | image001.jpg |
| | CALHB TRICARE Letter (2023.06.22).pdf |

Dear Colonel Carby:

Please see attached our comment on the Background Document for June 2023 BAP Meeting. I thank you for this opportunity to provide our comments to the BAP.

Best regards,

Christopher Ngai





BY OVERNIGHT COURIER
Designated Federal Official [DFO]
Colonel Paul B Carby, PharmD
7700 Arlington Boulevard Suite 5101
Falls Church, VA 22042-5101

June 22, 2023

**Re: Background Document for June 2023 Beneficiary Advisory Panel Meeting**

Dear Colonel Carby:

On behalf of Calliditas Therapeutics US Inc. (Calliditas), I thank you for the opportunity to provide comments on the Beneficiary Advisory Panel (BAP) Background Document for the Uniform Formulary BAP Meeting taking place on June 28, 2023.

I would like to call your attention to the substantial differences between the assessment and recommendation of the Department of Defense Pharmacy and Therapeutics (P&T) Committee concerning FILSPARI, the second FDA approved treatment for IgA nephropathy (IgAN), as compared to TARPEYO, the first FDA approved treatment for IgAN:

1. To support the P&T Committee's recommendation in May 2022 to categorize TARPEYO as a Tier 4/Not Covered drug, it was stated that "the needs of TRICARE beneficiaries are met by available alternative agents," e.g., prednisone, methylprednisolone, and budesonide DR capsules (Entocort EC, generics). However, in the recent assessment of FILSPARI by the P&T Committee this May, it appears that there was a recognition of unmet needs among TRICARE beneficiaries diagnosed with IgAN, and that FILSPARI had demonstrated relative clinical effectiveness and cost effectiveness against the available alternative agents. The available clinical data for FILSPARI are at best comparable to that of TARPEYO and the chronic treatment cost with FILSPARI is likely more than the cost of TARPEYO treatment over a 2-year period. The unmet needs addressed by FILSPARI is also addressed by TARPEYO.

2. The P&T Committee in May 2022 compared TARPEYO to similar agents in its drug class. FILSPARI is an endothelin receptor antagonist (ERA) and angiotensin II receptor blocker

**CALLIDITAS THERAPEUTICS US INC.**
5 MARINE VIEW PLAZA I SUITE 304 I HOBOKEN, NJ 07030 I USA
www.calliditas.com

CONFIDENTIAL Page 1



(ARB). Notably, in the assessment of FILSPARI's relative clinical effectiveness and cost effectiveness, the Committee did not compare FILSPARI to various combination of similar ERA and ARB agents, including generics.

3. Both TARPEYO and FILSPARI were approved by the FDA under the Accelerated Approval pathway. The intent to treat (ITT) population was similar for the Phase 3 clinical trials that supported their respective accelerated approvals. The primary endpoints of the trials were the same – a reduction in urine protein creatinine ratio (UPCR) compared to baseline. In published, peer-reviewed study results, FILSPARI reported a maximal 41% relative reduction in UPCR from baseline, and TARPEYO reported a maximal 48% relative reduction in UPCR from baseline. However, only TARPEYO reported a beneficial treatment effect on kidney function (eGFR) at the end of treatment compared to baseline.[1,2] Patients treated with TARPEYO had a statistically significant and clinically relevant eGFR stabilization at the end of the 9-month treatment period.

   Moreover, in March this year, positive results were announced from TARPEYO's confirmatory trial, required for drugs approved under the Accelerated Approval pathway. The confirmatory results were first presented at an international scientific congress this month. Not only did TARPEYO treatment resulted in eGFR stabilization at the end of the 9-month treatment period, but a statistically significant and clinically relevant eGFR treatment benefit was maintained during the 15 months observational follow-up. The primary endpoint of time-weighted average change from baseline in eGFR over the 2-year period was 5.05 mL/min/1.73[2]. This treatment benefit supports a disease-modifying effect not yet demonstrated by FILSPARI.[3] On June 21, Calliditas announced that it has submitted the confirmatory study results to the FDA in a supplemental New Drug Application seeking full approval of TARPEYO.

4. In the P&T Committee's recommendation for FILSPARI's Manual PA criteria, it is recognized that there is a Black Box warning and that patients must be enrolled in a REMS program. Patients who can become pregnant must have pregnancy tests prior to treatment with FILSPARI, monthly during treatment, and one month after treatment discontinuation. In comparison, "the 9-month treatment regimen of Nefecon was well tolerated, with low rates of AEs that were generally of mild or moderate severity and reversible. Glucocorticoid-related AEs were as expected for an oral budesonide treatment and without the serious side effects associated with systemic glucocorticoids, which can be long-lasting and life-altering."[2]

[1] Heerspink HJL, et al.; PROTECT Investigators. Sparsentan in patients with IgA nephropathy: a prespecified interim analysis from a randomised, double-blind, active-controlled clinical trial. Lancet. 2023 May 13;401(10388):1584-1594..

[2] Barratt J, et al.; NefIgArd Trial Investigators. Results from part A of the multi-center, double-blind, randomized, placebo-controlled NefIgArd trial, which evaluated targeted-release formulation of budesonide for the treatment of primary immunoglobulin A nephropathy. Kidney Int. 2023 Feb;103(2):391-402.

[3] Richard L, et al.; Long-term renal benefit over 2 years with Nefecon verified: The NefIgArd Phase 3 full trial results. 60th ERA Congress, Milan & Virtual, June 15-18, 2023.



In summary, as the BAP members assess the recommendation of the P&T Committee to include FILSPARI on the Uniform Formulary with the proposed Manual PA criteria, I respectfully request your support, on both clinical and relative cost grounds, in having the BAP revisit the decision that excludes TARPEYO from the Uniform Formulary. TARPEYO is the only approved treatment option specifically for IgAN that has provided evidence obtained through a confirmatory clinical trial of a statistically significant and clinically relevant benefit on kidney function.

Respectfully submitted,

Christopher Ngai
Vice President Market Access

Cc:     Andrew B. Udell, President, Calliditas Therapeutics US Inc.
        Jonathan A. Schur, Esq., Calliditas NA Enterprises Inc.

**CALLIDITAS THERAPEUTICS US INC.**
5 MARINE VIEW PLAZA I SUITE 304 I HOBOKEN, NJ 07030 I USA
www.calliditas.com

CONFIDENTIAL – Page 3

## DEPARTMENT OF DEFENSE
## PHARMACY AND THERAPEUTICS COMMITTEE

## MINUTES AND RECOMMENDATIONS
### August 2023

### I. CONVENING

The Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee convened at 0830 hours on August 2nd and 3rd, 2023.

### II. ATTENDANCE

The attendance roster is listed in Appendix A.

**A. Approval of May 2023 Minutes**—Dr. Brian Lein, Assistant Director, Healthcare Administration, DHA, approved the minutes from the May 2023 DoD P&T Committee meeting on July 26, 2023.

**B. Clarification of previous meeting minutes—May 2023**

- **Targeted Immunomodulatory Biologics (TIBs): Tumor Necrosis Factor (TNF) Inhibitors—adalimumab (Humira)**—The PA criteria for Humira were updated to allow for approval if the prescriber specialty is Rheumatology. The implementation has been delayed from the original implementation date of August 30, 2023.

- **Prenatal Vitamins: CitraNatal Medley**—CitraNatal Medley is not classified as a prenatal vitamin, but instead is classified as a multivitamin in FirstData Bank. Multivitamins are not a covered pharmacy benefit. Therefore, CitraNatal Medley is not covered.

- **Leukemia and Lymphoma Agents: Bruton Tyrosine Kinase (BTK) Inhibitors Subclass: ibrutinib (Imbruvica) oral suspension**—The quantity limits were revised to 3 bottles/fill at Retail and 6 bottles/fill at Mail/MTFs (a 60-day supply).

- **Rapid Response/Safety Net program**—The direct-acting anticoagulant dabigatran pellets (Pradaxa pellets) and the Pegfilgrastim Stimufend were added to the program managed by the DoD's contracted Pharmacy Benefits Manager, Express Scripts, Inc. (ESI).

### III. REQUIREMENTS

All clinical and cost evaluations for new drugs, including newly approved drugs reviewed according to 32 Code of Federal Regulations (CFR) 199.21(g)(5), and full drug class reviews included, but were not limited to, the requirements stated in 32 CFR 199.21(e)(1) and (g)(5). All completely excluded pharmaceutical agents complete exclusion were reviewed for clinical and cost-effectiveness in accordance with 32 CFR 199.21(e)(3). When applicable, patient-oriented outcomes are assessed. All uniform formulary (UF), basic core formulary (BCF), nonformulary (NF), and completely excluded pharmaceutical agent recommendations considered the conclusions from the relative clinical effectiveness and relative cost-effectiveness determinations, and other relevant factors including those outlined in Section 702

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 892 of 980

AR2080

of the National Defense Authorization Act (NDAA) for fiscal year (FY) 2018, permanently codified at 10 USC 1074g (a)(10). Medical Necessity (MN) criteria were based on the clinical and cost evaluations and the conditions for establishing MN for a NF medication.

NF medications are generally restricted to the mail order program pursuant to 10 USC 1074g (a)(5) and 32 CFR 199.21(h)(3)(i) and (ii). Additionally, the Expanded Military Treatment Facility (MTF)/Mail Pharmacy Initiative (EMMPI) implements 10 USC 1074g (a)(9), added by Section 702(c)(2) of the NDAA 2015, which requires beneficiaries generally fill non-generic prescription maintenance medications at MTFs or the national mail order pharmacy.

## IV. UF DRUG CLASS REVIEWS

### A. Luteinizing Hormone-Releasing Hormone (LHRH) Agonists-Antagonists: Prostate Cancer, Endometriosis and Fibroids, and Central Precocious Puberty subclasses

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the Luteinizing Hormone-Releasing Hormone (LHRH) Agonist-Antagonists. The class has three subclasses organized by labeled indications: Prostate Cancer, Endometriosis and Fibroids, and Central Precocious Puberty.

There are a total of 12 products in the class, however several contain the same active ingredient, leuprolide acetate. The drugs are administered via intramuscular (IM) injection, subcutaneous (SQ) injection, or orally. The IM depot injections have a variety of long-acting formulations, ranging from 1 month to 6 months duration of action.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 0 absent) the following:

#### Prostate Cancer

*Products*

- The prostate cancer drugs are comprised of LHRH agonists and LHRH antagonists. For the agonists, there are three leuprolide acetate products available in different formulations: Lupron Depot IM, leuprolide acetate IM (no brand name), and Eligard SQ. Leuprolide mesylate (Camcevi IM) has a different salt form. The two LHRH antagonists are degarelix SQ (Firmagon) and relugolix tablets (Orgovyx).

*Clinical Practice Guidelines*

- Current National Comprehensive Cancer Network (NCCN) guidelines for advanced hormone sensitive prostate cancer recommend androgen deprivation therapy (ADT) with either an LHRH agonist, LHRH antagonist, or surgical orchiectomy to achieve castration levels of testosterone (defined as <50 ng/dL). LHRH agonists have an initial testosterone flare prior to reaching castration levels, while LHRH antagonists and surgical orchiectomy as monotherapy have rapid onset of action and avoid the testosterone flare.
- Between the available LHRH antagonists and LHRH agonists, the guidelines do not recommend one product over another. The treatments are considered

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 893 of 980

AR2081

equivalent in cancer control, although they have not been compared in large randomized controlled trials.

*Efficacy*

- There are limited direct comparative studies evaluating the effectiveness between leuprolide agents and between leuprolide agents and the LHRH antagonists, oral relugolix (Orgovyx) and SQ degarelix (Firmagon). Indirect comparison of efficacy data from the individual pivotal trials reveals similar rates of achieving testosterone castration levels between these products.

  - The LHRH agonists (Lupron Depot, Eligard, and Camcevi) take approximately 3-4 weeks to reach castration levels of testosterone regardless of administration route and salt form, while the LHRH antagonists (Firmagon and Orgovyx) show reduced testosterone levels in as early as 3 days.

  - Orgovyx was compared to leuprolide acetate 22.5 mg in the open-label HERO trial, which was used to obtain FDA approval. Treatment with Orgovyx for 48 weeks maintained testosterone castration levels in 96.7% of men, compared to 88.8% of men who received leuprolide. The FDA review of the HERO trial however, did not accept the non-inferiority comparison of castration rate between Orgovyx and leuprolide, and as such stated no claims of superiority could be made between the two products.

  - Firmagon was compared with leuprolide acetate 7.5 mg in the clinical trial used to gain FDA approval. Treatment with Firmagon resulted in sustained testosterone castration levels in 97.2% of men, compared with 96.4% of men receiving leuprolide.

*Safety*

- Products in this subclass have similar adverse reactions that are related to the reduced testosterone levels. Commonly reported adverse effects include hot flashes, injection site reactions, gastrointestinal (GI) symptoms, and testicular atrophy.

  - The LHRH agonists (Lupron Depot, Eligard, and Camcevi) carry similar warnings of tumor flare, hyperglycemia, diabetes, and cardiovascular disease.

  - The LHRH antagonists (Firmagon and Orgovyx) have similar warnings. In contrast to the LHRH agonists, cardiovascular disease is not listed as a warning with the antagonists.

    - There is conflicting evidence, but expert consensus that men with preexisting cardiovascular disease are at an increased risk of cardiovascular toxic effects when treated with androgen deprivation therapy (ADT). There is limited and conflicting data that LHRH antagonists may have a lesser effect on cardiovascular disease compared to LHRH agonists in patients treated with ADT.

In the HERO trial, Orgovyx demonstrated reduced major adverse cardiovascular events (MACE) compared to leuprolide. The MACE definition was very broad, and included nonfatal myocardial infarction, nonfatal stroke, and death due to any case. The FDA reviewers did not agree that the HERO study demonstrated an improved cardiac safety profile with Orgovyx compared to leuprolide.

- More data is needed to determine the full cardiovascular risk profile of Orgovyx.

*Individual Product Characteristics*

- LHRH agonists
  - **leuprolide acetate (Lupron Depot 7.5mg, 22.5mg, 30mg, 45mg) leuprolide acetate depot (no brand name), leuprolide acetate (Eligard), leuprolide mesylate (Camcevi)**: There is guideline and expert consensus that clinically, these products are generally considered equivalent. There is no data to suggest differences in efficacy or safety with the different leuprolide salt formulations, leuprolide acetate (Lupron) vs. leuprolide mesylate (Camcevi.)
  - **leuprolide acetate (Eligard)** is administered SQ, while Lupron Depot, leuprolide acetate depot, and Camcevi are administered IM. Eligard and Camcevi require refrigeration, while the other products are stable at room temperature.
- LHRH antagonists
  - **Relugolix (Orgovyx)** provides convenience to the patient, as it is the only oral product, however data are limited on long-term patient compliance. Orgovyx has a relatively short half-life of 61 hours compared to Firmagon. Military Health System (MHS) provider feedback supports Orgovyx as an option for short course ADT therapy. The full cardiovascular risk profile remains to be determined.
  - **degarelix (Firmagon**) is administered SQ and has a much longer half-life of 53 days compared to Orgovyx. There are no studies directly comparing Firmagon with Orgovyx.

### Endometriosis and Fibroids

*Products*

- Injectable leuprolide acetate (Lupron Depot) and three oral tablet formulations of elagolix or relugolix combined with an oral contraceptive (Oriahnn or Myfembree, respectively) or elagolix alone (Orilissa) comprise the endometriosis and fibroid products.

*Clinical Practice Guidelines*

- *Endometriosis*:  The European society of Human Reproduction and Embryology (ESHRE) 2020 updated guidelines for endometriosis recommend offering hormone treatment for endometriosis-related pain.  First-line therapies include combined (estrogen and progestin) oral contraceptive tablets, given with or without nonsteroidal anti-inflammatory drugs (NSAIDs).  Second-line therapies include progestins, LHRH agonists, LHRH antagonists, and androgens, due to the side effect profiles.  No one LHRH agonist product is preferred over another agonist, and likewise no one LHRH antagonist product is preferred over another antagonist.

- *Uterine fibroids:*  The 2022 American College of Obstetrics and Gynecology Practice Bulletin for treatment of symptomatic leiomyomas (fibroids) states there is insufficient comparative evidence to guide recommendations on first-line medical management options; treatment should be guided by symptoms.  To address symptoms of heavy bleeding, options include LHRH antagonists, levonorgestrel intrauterine devices (e.g., Mirena), combined oral contraceptives and tranexamic acid.  To address fibroid size and bleeding symptoms, options include LHRH agonists and selective progesterone receptor modulators (e.g., ulipristal).

*Efficacy*

- *Endometriosis:*  No significant published trials directly comparing available agents for treatment of endometriosis-related pain were found.  A 2020 Network Meta Analysis evaluating medication options found that the LHRH analogues, and elagolix were not superior to combined hormonal contraceptives.  Additionally similar efficacy was seen between LHRH agonists and elagolix.

- *Fibroids:*  There are no trials directly comparing available medical therapies for treatment of symptomatic fibroids.  Indirect comparisons of Lupron Depot, Myfembree, and Oriahnn show that all three drugs met the primary endpoint of achieving a greater than 2 g/dL increase in hemoglobin compared to baseline.

*Safety*

- Products in this subclass have similar adverse reaction profiles and are mostly related to the hypoestrogenic state.  Hot flashes, headaches, mood changes and changes in vaginal bleeding pattern are common side effects with all the products.  All products carry the risk of bone mineral density loss.  Elevated liver enzymes are listed as a warning for Myfembree, Oriahnn, and Orilissa.

- Myfembree and Oriahnn carry a black box warning for thromboembolic events, due to the estrogen and progesterone components.

*Individual Product Characteristics*

- LHRH agonists

- o **leuprolide acetate 3.75 mg and 11.25 mg IM (Lupron Depot)** advantages include its long marketing history and that it is the only LHRH agonist indicated for both medical management of endometriosis-related pain and symptomatic fibroids. It should be used with hormonal add-back therapy (e.g., with an estrogen and progestin). Treatment should not exceed 12 months of therapy due to concerns of bone mineral density loss.
- LHRH antagonists
  - o **relugolix/estradiol/norethindrone acetate (Myfembree)** is combined with estrogen and progesterone. Advantages include that it is indicated for both treatment of endometriosis-related pain and symptomatic fibroids, and once daily dosing. Disadvantages include the black box warning for thromboembolic disease. Additionally, use is limited to 24 months due to the risk of continued bone mineral density loss which may not be reversible.
  - o **elagolix/estradiol/norethindrone acetate (Oriahnn)** is combined with estrogen and progesterone solely indicated for treatment of heavy bleeding associated with fibroids. It carries a black box warning for thromboembolic disease as well as the unique warning of yellow dye. It is dosed twice daily, with the AM dose containing elagolix/estradiol/norethindrone while the PM dose contains only elagolix. Its use is limited to 24 months due to the risk of continued bone mineral density loss which may not be reversible.
  - o **elagolix (Orilissa)** is indicated for treatment of endometriosis related pain. It is dosed either daily or twice daily based on coexisting conditions. Its duration of use is also limited due to coexisting conditions and risk of bone mineral density loss.

### *Central Precocious Puberty*

*Products*

- This subclass is composed of two leuprolide acetate products; one is administered IM (Lupron Depot Ped), and one is administered SQ (Fensolvi).

*Guidelines*

- The American Academy of Pediatrics recommends LHRH agonists to treat Central Precocious Puberty. Guidelines do not prefer one product over another, although it is common to start a patient on a 1- or 3-month depot formulation.

*Efficacy*

- No significant published trials were found that directly compare Lupron Depot Ped with Fensolvi.. These products are considered similarly efficacious, based on indirect comparison of the clinical trial endpoints used to gain FDA approval.

*Safety*

- Products in this subclass have similar adverse reactions and commonly include injection site reactions and pain. Fensolvi alone carries the adverse reaction of bronchospasm.

*Individual Product Characteristics*

- **leuprolide acetate (Lupron Depot Ped)** is an LHRH agonist available in multiple strengths, with dosing for 1-month, 3-month, and 6-months. The 6-month formulation was recently approved in April 2023. It is approved for children as young as 1 year.

- **leuprolide acetate (Fensolvi)** is administered SQ and is available in one strength for a 6-month injection. It requires healthcare provider administration. FDA approval is in children down to the age of 2 years.

*Overall Clinical Conclusion*

- In order to meet the needs of MHS patients, a variety of agents are required to treat all indications of advanced prostate cancer, endometriosis, fibroids, and central precocious puberty.

*Relative Cost Effectiveness Analysis and Conclusion*—A cost minimization analysis (CMA), budget impact analysis (BIA) and sensitivity analysis were performed. The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 0 absent) the following:

- CMA results showed that within the Prostate Cancer subclass, leuprolide acetate SQ (Eligard) is the most cost effective agent; within the Endometriosis and Fibroids subclass, relugolix/estradiol/norethindrone (Myfembree) is the most cost effective agent and within the Central Precocious Puberty subclass, leuprolide acetate (Fensolvi-Ped) is the most cost effective agent.

- Budge Impact Analysis (BIA) was performed to evaluate the potential impact of designating the LHRH agents as UF, NF, or completely excluded from the formulary. BIA results showed that designating agents in accordance with the formulary recommendation listed below demonstrated significant cost avoidance to the MHS.

    1. ***COMMITTEE ACTION:  UF RECOMMENDATION***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) the following. Note that the formulary recommendations do not apply to inpatient or in-clinic uses.

    *Prostate Cancer Subclass*

    - UF and step-preferred

- leuprolide acetate SC 7.5 mg (1 month), 22.5 mg (3 month), 30 mg (4 month), 45 mg (6 month) (Eligard)
  - degarelix SC 80 mg, 120 mg (Firmagon)
- UF and non-step-preferred
  - leuprolide aetate IM 7.5 mg (1 month), 22.5 mg (3 month), 30 mg (4 month), 45 mg (6 month) (Lupron Depot)
  - leuprolide acetate depot IM 22.5 mg vial (no brand name)
  - leuprolide mesylate IM 42 mg (6 month) (Camcevi) – *moves from NF to UF*
  - relugolix tabs 120 mg (Orgovyx) – *moves from NF to UF*
  - Note that as part of this recommendation a trial of Eligard SQ is required before Lupron Depot 7.5 mg, 22.5 mg, 30 mg, 45 mg, leuprolide acetate (no brand name) 22.5 mg and Camcevi 42 mg.
  - Note that as part of this recommendation a trial of Eligard SC or Firmagon SC is required before Orgovyx tablets.
- NF
  - None
- Complete exclusion
  - None

*Endometriosis and Fibroids Subclass*

- UF
  - leuprolide acetate IM 3.7 mg (1 month), 11.25 mg (3 month) (Lupron Depot)
  - elagolix/estradiol/norethindrone 300 mg/1 mg/0.5 mg tabs (Oriahnn)
  - relugolix/estradiol/norethindrone 40 mg/1 mg/0.5 mg tabs (Myfembree)
- NF
  - elagolix 150 mg, 200 mg tabs (Orilissa)
- Complete exclusion
  - None

*Central Precocious Puberty Subclass*

- UF

- leuprolide acetate IM 7.5 mg (1 month) 11.25 mg (1 month), 15 mg (3 month), 30 mg (4 month), 45 mg (6 month) (Lupron Depot-Ped)

- leuprolide acetate SQ 45 mg (6 month) (Fensolvi-Ped) – *moves from NF to UF*

- NF
  - None
- Complete exclusion
  - None

2. **COMMITTEE ACTION: MANUAL PA CRITERIA**—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) the following PA criteria for new users.

*Prostate Cancer Subclass*:  Eligard and Firmagon do not require PA.  New PA criteria were recommended for Lupron Depot formulations used for prostate cancer (7.5 mg, 22.5 mg, 30 mg, and 45 mg) and leuprolide acetate IM in new users, requiring a trial of Eligard first, unless the patient has tried and failed or has a contraindication to Eligard.  The current PA criteria for Camcevi was updated to require Eligard first, unless the patient had tried and failed or cannot tolerate Eligard.

For Orgovyx tablets, the current PA criteria were updated to require a trial of Eligard or Firmagon in new users.  Orgovyx will also be allowed in patients receiving short-term androgen deprivation therapy (ADT). Additionally, patients with significant cardiovascular risk can receive Orgovyx.

*Endometriosis and Fibroids Subclass*:  No changes were made to the current PA criteria for Oriahnn, Myfembree or Orilissa; PA is not required for Lupron Dept IM 3.7 mg and 11.25 mg.

*Central Precocious Puberty Subclass*:  PA criteria is not required for Lupron Depot-Ped or Fensolvi-Ped SC.

3. **COMMITTEE ACTION:  MEDICAL NECESSITY (MN) CRITERIA**— The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) maintaining the MN criteria currently in place for Orilissa.  See Appendix B for the full criteria.

4. **COMMITTEE ACTION:  QUANTITY LIMITS (QLs)**—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) maintaining the current QLs for the LHRH Agonists-Antagonists, as outlined at the August 2022 meeting.

5. ***COMMITTEE ACTION: EXPANDED MILITARY TREATMENT FACILITY (MTF)/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM REQUIREMENTS***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) maintaining Orilissa on the EMMPI program. The prostate cancer LHRH drugs will be maintained on the EMMPI program. Additionally, from the May 2023 DoD P&T Committee meeting, Firmagon was added to the EMMPI program. The implementation date will be contingent on cost effectiveness and operational considerations.

6. ***COMMITTEE ACTION: TIER 1 COPAY FOR ELIGARD SC AND FENSOLVI-PED SC***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) lowering the current Tier 2 copay to the Tier 1 (generic) copay for Eligard and Fensolvi-Ped per 32 CFR 199.21(e)(3)(iii). Having Eligard and Fensolvi-Ped at the Tier 1 cost-share will provide a greater incentive for beneficiaries to use the most cost-effective prostate cancer and central precocious puberty drugs in the purchased care points of service.

7. ***COMMITTEE ACTION: UF, PA, MN, QL, EMMPI, TIER 1 COPAY and IMPLEMENTATION PERIOD***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) an effective date of the first Wednesday 60 days after signing of the minutes in all points of service. See Appendix G for the actual implementation date.

## B. White Blood Cell Stimulants — Filgrastims and Pegfilgrastims

*Background*—The P&T Committee evaluated the relative clinical effectiveness of the White Blood Cell Stimulants (WBC) drug class, which is comprised of the filgrastims and pegfilgrastims. The class was last reviewed for formulary status at the August 2020 P&T Committee meeting, since then four new entrants were reviewed as newly approved drugs. Note that sargramostim (Leukine) is a WBC stimulant that was not included in the review; it will remain designated as UF.

The drugs in the WBC stimulants class include the original products and several biosimilars. The FDA definition of a biosimilar is a biological product that is approved based on data demonstrating it is highly similar to an FDA-approved biological product, known as a reference product, and that there are no clinically meaningful differences between the biosimilar product and the reference product.

*Relative Clinical Effectiveness Conclusion*—The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 0 absent) the following:

- The clinical conclusions from the August 2020 class review remain unchanged.

- There are now five FDA-approved filgrastims (Neupogen, Zarxio, Granix, Nivestym, and Releuko) and seven pegfilgrastims (Neulasta, Fulphila, Udenyca, Ziextenzo, Nyvepria, Fylnetra, and Stimufend). Both the filgrastim and pegfilgrastim subclasses are made up of a reference biologic (Neupogen, Neulasta) and multiple biosimilars.

*Efficacy*

- Per the definition of biosimilars, there are no clinically meaningful differences between the reference drug product and biosimilar, allowing for a high degree of therapeutic interchangeability. The 2023 NCCN Hematopoietic Growth Factors guidelines state that an FDA-approved biosimilar is an appropriate substitute for filgrastim and pegfilgrastim.

*Safety*

- Bone pain and pain in the extremities are commonly reported adverse reactions which are more commonly seen with the pegfilgrastims compared to the filgrastims.

- The filgrastim and pegfilgrastim products have a low potential for immunogenicity.

*Other Factors*

- All drugs in the subclasses are available as syringes; in addition, Neupogen, Granix, Nivestym, and Releuko are available as vials, and Udenyca is available as an auto-injector. Neulasta is the only product available as an on-body injector (OnPro device).

- Patients with a latex allergy cannot use syringes made with rubber (Neupogen, Zarxio, Neulasta, Neulasta OnPro, Ziextenzo, and Stimufend).

*Individual Product Characteristics*

*Filgrastims*

- **filgrastim (Neupogen)** is the reference biologic for the filgrastims. Advantages include availability in both a syringe and vial, and approval for both SC and IV administration. One disadvantage is that the syringe (but not the vial) contains latex, which is a concern in patients with latex allergy.

- **tbo-filgrastim (Granix)** is a follow-on biologic to Neupogen, which means it was approved via a different pathway than the biosimilars. Granix is available in both syringes and vials, which do not contain latex. Both formulations are only approved for SC administration.

- **filgrastim-sndz (Zarxiov)** disadvantages include that it is only available in a syringe, which contains latex, and that volumes smaller than 0.3 mL cannot be accurately measured due to limitations of the measuring units in the syringe.

- **filgrastim-aafi (Nivestym)** advantages include availability in both a syringe and vial, that it does not contain latex and can be administered by both SC and IV routes.

- **filgrastim-ayow (Releuko)** advantages include availability in both a syringe and vial, that it does not contain latex and can be administered by both SC and IV routes.

*Pegfilgrastims*

- **pegfilgrastim (Neulasta)** is the reference biologic for the pegfilgrastims. In addition to the syringe, it also comes in an on-body injector (Neulasta OnPro) which allows for delayed administration 27 hours after application. This provides a convenience for patients who cannot self-inject at home. Both formulations contain latex.

- **pegfilgrastim-jmdb (Fulphila), pegfilgrastim-pbbk (Fylnetra), and pegfilgrastim-apgf (Nyvepria)** are available as syringes that do not contain latex.

- **pegfilgrastim-cbqv (Udenyca)** does not contain latex and is available in a syringe and an auto-injector.

- **pegfilgrastim-bmez (Ziextenzo)** and **pegfilgrastim-fpgk (Stimufend)** have latex in the syringe.

*Overall Clinical Conclusion*

- According to FDA guidance, providers can interchange biosimilars at the time of prescribing, but the FDA requires further data for substitution by other than the prescriber (e.g., a pharmacist cannot substitute products at the pharmacy window). However, overall, there is a very high degree of interchangeability within the filgrastims subclass, and within the pegfilgrastims subclass.

- The overall choice for prescribing a particular filgrastim or pegfilgrastim should be based on the patient's chemotherapy regimen (e.g., cycle frequency and the risk for causing febrile neutropenia), convenience, and cost.

*Relative Cost Effectiveness Analysis and Conclusion*—The Committee reviewed the solicited bids from manufacturers and conducted a cost minimization analysis (CMA), budget impact analysis (BIA), and sensitivity analysis. The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 0 absent) the following:

*Filgrastims*

- CMA results showed that tbo-filgrastim (Granix), filgrastim-aafi (Nivestym), filgrastim-sndz (Zarxio), filgrastim (Neupogen), and filgrastim-ayow (Releuko) were all cost effective.

- A BIA and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary, NF, or completely excluded on the UF. BIA results showed that designating the filgrastims in accordance with the formulary recommendation below demonstrated significant cost avoidance to the MHS.

*Pegfilgrastims*

- CMA results showed that pegfilgrastim-jmdb (Fulphila), pegfilgrastim-pbbk (Fylnetra), pegfilgrastim (Neulasta and Neulasta OnPro), pegfilgrastim-apgf (Nyvepria), pegfilgrastim-fpgk (Stimufend), pegfilgrastim-cbqv (Udenyca), and pegfilgrastim-bmez (Ziextenzo) were all cost effective.

- A BIA and a sensitivity analysis were performed to evaluate the potential impact of designating selected agents as formulary, NF, or completely excluded on the UF.  BIA results showed that designating the pegfilgrastims in accordance with the formulary recommendation below demonstrated significant cost avoidance to the MHS.

    1. ***COMMITTEE ACTION:  UF RECOMMENDATION***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) the following.  Note that the formulary recommendations do not apply to inpatient or in-clinic uses.

    *Filgrastims*

    - UF and step-preferred
        - tbo-filgrastim vial and syringe (Granix)
        - filgrastim-aafi vial and syringe (Nivestym)
        - filgrastim-sndz syringe (Zarxio)-*moves from UF and non-step-preferred to UF step-preferred*
    - NF and non-step-preferred
        - filgrastim syringe and vial (Neupogen)-*moves from UF and non-step-preferred to NF and non-step-preferred*
        - filgrastim-ayow syringe and vial (Releuko)-*moves from UF and non-step-preferred to NF and non-step-preferred*
        - Note that as part of this recommendation a trial of Granix, Nivestym and Zarxio are required before Neupogen or Releuko.
    - Complete exclusion
        - None

    *Pegfilgrastims*

    - UF and step-preferred
        - pegfilgrastim-jmdb syringe (Fulphila)
        - pegfilgrastim-pbbk syringe (Fylnetra)-*moves from UF and non-step-preferred to UF step-preferred*
        - pegfilgrastim-apgf syringe (Nyvepria)
        - pegfilgrastim-fpgk syringe (Stimufend)-*moves from UF and non-step-preferred to UF step-preferred*

- pegfilgrastim-cbqv syringe and auto-injector (Udenyca) (see p 21 for the autoinjector)
- pegfilgrastim-bmez syringe (Ziextenzo)-*moves from UF and non-step-preferred to UF step-preferred*
- NF and non-step-preferred
  - pegfilgrastim syringe (Neulasta)-*moves from UF non-step-preferred to NF non-step-preferred*
  - pegfilgrastim on-body injector (Neulasta OnPro)-*moves from UF non-step-preferred to NF non-step-preferred*
  - Note that as part of this recommendation a trial of Udenyca, Fulphila, Ziextenzo, Nyvepria, Fylnetra, and Stimufend is required before Neulasta and Neulasta OnPro.
- Complete exclusion
  - None

2. ***COMMITTEE ACTION:  BASIC CORE FORMULARY (BCF) REMOVALS***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) removing tbo-filgrastim syringe and vial (Granix) and pegfilgrastim-cbqv syringe (Udenyca) from the BCF.  This allows the MTFs to continue to select the most cost-effective product among the step-preferred agents if prices change in the future.

3. ***COMMITTEE ACTION:  MANUAL PA CRITERIA***—PA criteria has been in place for the non-step-preferred products since the original class review in 2020.  The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) manual PA criteria for the non-step-preferred WBC stimulants, requiring the step-preferred products first, unless the patient has had an inadequate response or could not tolerate the preferred WBC stimulants.  For new users of Neupogen and Releuko, a trial of Granix, Nivestym, and Zarxio is required.  New users of Neulasta, and Neulasta OnPro, are required to try Fulphila, Fylnetra, Nyvepria, Stimufend, Udenyca, and Ziextenzo first.  Patients requiring a pegfilgrastim who cannot self-inject will be able to receive Neulasta OnPro.  Note that as part of changes in the step-preferred drugs, the existing PAs for Zarxio, Fylnetra, Stimufend and Ziextenzo.  See Appendix C for the full criteria.

4. ***COMMITTEE ACTION:  MEDICAL NECESSITY (MN) CRITERIA***— The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) MN criteria for the NF, non-step-preferred filgrastims (Neupogen and Releuko) and pegfilgrastims (Neulasta and Neulasta OnPro).  See Appendix B for the full criteria.

5. ***COMMITTEE ACTION: EXPANDED MTF/MAIL PHARMACY INITIATIVE (EMMPI) PROGRAM REQUIREMENTS***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) exempting Neupogen, Releuko, Neulasta, and Neulasta Onpro from the non-formulary to mail requirement. As a result, none of the filgrastims or pegfilgrastims are included on the program.

6. ***COMMITTEE ACTION: TIER 1 COPAY***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) lowering the current Tier 2 copay to the Tier 1 (generic) copay for Nivestym (both syringe and vial) and Stimufend, maintaining the Tier 1 copay for Granix (both syringe and vial) and moving Nyvepria and Udenyca (both syringe and auto-injector) back to the Tier 2 copay per 32 CFR 199.21(e)(3)(iii).. Having Granix, Nivestym, and Stimufend available at the Tier 1 copay will provide a greater incentive for beneficiaries to use the most cost-effective WBC stimulant for the filgrastims and pegfilgrastims, in the purchased care points of service.

7. ***COMMITTEE ACTION: SAFETY NET/RAPID RESPONSE PROGRAM***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) adding the non-step-preferred filgrastims (Neupogen and Releuko) and pegfilgrastims (Neulasta and Neulasta Onpro) to the Safety Net/Rapid Response Program managed by ESI. The program targets beneficiaries who have not received a prescription fill for either a step-preferred or non-step-preferred drug, after the initial reject.

8. ***COMMITTEE ACTION: UF, BCF, PA, MN, EMMPI, TIER 1 COPAY and RAPID RESPONSE PROGRAM IMPLEMENTATION***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) 1) an effective date of the first Wednesday 90 days after signing of the minutes in all points of service; 2) DHA send letters to patients affected by the NF, non-step-preferred recommendation (Neupogen, Releuko, Neulasta, Neulasta OnPro), and 3) DHA send letters to those patients affected by the products returning to Tier 2 status from Tier 1 status (Udenyca syringe and auto-injector and Nyvepria). See Appendix G for the actual implementation date.

## V. NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

*Relative Clinical Effectiveness and Relative Cost-Effectiveness Conclusions*—The P&T Committee agreed (18 for, 0 opposed, 0 abstained, 2 absent) with the relative clinical and cost-effectiveness analyses presented for the newly approved drugs reviewed according to 32 CFR 199.21(g)(5). See Appendix E for the complete list of newly approved drugs reviewed at the

August 2023 P&T Committee meeting, a brief summary of their clinical attributes, and their formulary recommendations; see Appendix F for their restriction to or exemption from the Mail Order Pharmacy.

1. **COMMITTEE ACTION: UF RECOMMENDATION**—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) the following:

- UF
    - atropine sulfate 1% ophthalmic solution – Ophthalmic Miscellaneous: Mydriatics
    - deutetrabenazine extended-release tabs (Austedo XR) – Neurological Agents Miscellaneous: Movement Disorders
    - fecal microbiota spores, live-brpk capsules (Vowst) – Gastrointestinal-2 Agents Miscellaneous
    - fezolinetant (Veozah) – Gynecological Agents Miscellaneous
    - leniolisib (Joenja) – Immunological Agents Miscellaneous
    - omaveloxolone (Skyclarys) – Neurological Agents Miscellaneous
- NF
    - perfluorohexyloctane 1.338 g/mL ophthalmic solution (Miebo) – Ophthalmic: Dry Eye Agents
    - sodium oxybate extended-release packets for oral suspension (Lumryz) – Sleep Disorders: Wakefulness Promoting Agents
    - somapacitan-beco injection (Sogroya) – Growth Stimulating Agents
    - sotagliflozin (Inpefa) – Diabetes Non-Insulin: Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitors
    - zavegepant nasal spray (Zavzpret) – Migraine Agents
- Complete Exclusion: See Appendix H for additional detail regarding excluded agents and formulary alternatives.
    - sildenafil 10 mg/mL oral suspension (Liqrev)– Pulmonary Arterial Hypertension (PAH): PDE 5 Inhibitor
        - Liqrev was recommended for complete exclusion as it has little to no clinical benefit relative to other PDE-5 inhibitors for PAH, and the needs of TRICARE beneficiaries are met by alternative agents. Formulary alternatives include sildenafil tablets, sildenafil 10 mg/mL oral suspension (generic Revatio), and tadalafil oral suspension (Tadliq).
    - trientine tetrahydrochloride tablets (Cuvrior) – Binder-Chelators-Antidotes-Overdose

- o Cuvrior was recommended for complete exclusion as it has little to no clinical benefit relative to other chelators for Wilson's disease, and the needs of TRICARE beneficiaries are met by alternative agents. Formulary alternatives include trientine hydrochloride capsules and penicillamine.
  - ▪ zolpidem tartrate 7.5 mg capsules–Sleep Disorders: Insomnia
    - o Zolpidem tartrate 7.5 mg capsules were recommended for complete exclusion as they have little to no clinical benefit relative to other insomnia drugs, and the needs of TRICARE beneficiaries are met by alternative agents. Formulary alternatives include zolpidem IR 5 mg and 10 mg tabs, zolpidem ER 6.5 and 12.5 mg tabs, and zaleplon.

2. ***COMMITTEE ACTION: MN CRITERIA***—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) MN criteria for Miebo, Lumryz, Sogroya, Inpefa, and Zavzpret. See Appendix B for the full criteria.

3. ***COMMITTEE ACTION: PA CRITERIA—***The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) the following PA criteria (see Appendix C for the full criteria):

   - Applying manual PA criteria to new users of Austedo XR, Joenja, Lumryz, Miebo, Skyclarys, Sogroya, Veozah, Vowst, and Zavzpret.

   - Applying manual PA criteria to Inpefa, similar to what is in place for the other non-step-preferred SGLT2 Inhibitors. New patients receiving Inpefa or one of the other non-step-preferred SGLT2 Inhibitors (Farxiga, Invokana, Steglatro) will be required to have a trial of Jardiance first.

   - Applying interim manual PA criteria to Liqrev, Cuvrior, and zolpidem tartrate 7.5 mg capsules prior to the complete exclusion implementation, in order to minimize the impact on beneficiaries. See Appendix C for full criteria.

4. ***COMMITTEE ACTION: QUANTITY LIMITS (QLs)***—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) QLs for Vowst, Lumryz and Zavzpret. See Appendix D for the QLs.

5. ***COMMITTEE ACTION: EMMPI PROGRAM REQUIREMENTS***—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) adding or exempting the drugs listed in Appendix F to/from the EMMPI program for the reasons outlined in the table. Note that the Add/Do Not Add recommendations listed in Appendix F pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement.

6. ***COMMITTEE ACTION:  UF, MN, AND PA IMPLEMENTATION PERIOD***—The P&T Committee recommended (18 for, 0 opposed, 0 abstained, 2 absent) an effective date of the following:

- **New Drugs Recommended for UF or NF Status:** an effective date of the first Wednesday two weeks after signing of the minutes in all points of service; see Appendix G.

- **New Drugs Recommended for Complete Exclusion Status:** 1) An effective date of the first Wednesday 120 days after signing of the minutes in all points of service, and 2) DHA send letters to beneficiaries who are affected by the complete exclusion recommendation at 30 days and 60 days prior to implementation; see Appendix G.

## VI.   UTILIZATION MANAGEMENT

### A.  PA and MN Criteria

#### 1.  New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)

Manual PA criteria was recommended for one recently marketed drug which contains active ingredients that are widely available in low-cost generic formulations.  Due to the pathway used to gain FDA approval, this product does not meet the criteria for an innovator.  For the product listed below, PA criteria is recommended in new and current users, requiring a trial of all cost-effective generic formulary medications first.

##### a) **Vitamins: Prenatal— Natal PNV tablets**—Natal PNV is a prenatal dietary supplement manufactured by a single company.  The primary ingredients of Natal PNV are similar to those found in Azesco, Zalvit, Trinaz, Neonatal-DHA, Neonatal FE, Neonatal Complete, and Neonatal Plus which require manual PA and are very expensive.  Several cost-effective prescription prenatal multivitamins are included in the TRICARE pharmacy benefit for women younger than the age of 45 and do not require prior authorization criteria.

*COMMITTEE ACTION:  NEW PA CRITERIA AND IMPLEMENTATION PERIOD*—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) manual PA criteria for Natal PNV tablets in new and current users, due to the significant cost differences compared with numerous available alternative agents.  The new PAs will become effective the first Wednesday 60 days after the signing of the minutes, and DHA will send letters to affected patients.  See Appendix C for the full criteria.

#### 2.  Updated PA Criteria for New FDA-Approved Indications

The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) updates to the PA criteria for several drugs, due to new FDA-approved indications and expanded age ranges. The updated PA criteria outlined below will apply to new users. See Appendix C for full criteria.

a) **Anticonvulsant and Anti-Mania: topiramate ER capsule sprinkle (Qudexy XR) and topiramate ER capsule (Trokendi XR)** —For Qudexy XR, the manual PA criteria were updated for patients with partial-onset or primary generalized tonic clonic (GTC) seizures to include children 2 years of age and older. For Trokendi XR, the manual PA criteria were updated for patients with partial-onset or primary GTC seizures to include children 6 years of age and older. The PAs for both Qudexy XR and Trokendi XR were also updated to align with other topiramate PAs, including that a requirement for the medication to be prescribed by or in consultation with a neurologist was added.

b) **Migraine Agents: CGRP Antagonists Oral Agents Subclass—atogepant (Qulipta)**—The manual PA criteria were updated for Qulipta to allow for the new indication for the preventative treatment of migraine in adults to include chronic migraine. Previously, Qulipta was only indicated for the preventive treatment of episodic migraine.

c) **Gastrointestinal-2 Agents: Chronic Idiopathic Constipation/Constipation-predominant Irritable Bowel Syndrome (CIC/IBS-C)—linaclotide (Linzess)**—The manual PA criteria were updated to reflect the new expanded indication in children as young as 6 years old with functional constipation. The PA requires pediatric patients to try or have an intolerance to at least two other agents for constipation before Linzess.

d) **Continuous Glucose Monitoring Systems (CGMs): Therapeutic CGMs Freestyle Libre 2 and 3**—The manual PA criteria were updated for an expanded age indication. Freestyle Libre 2 and 3 systems are now indicated for use in children 2 years of age and older.

e) **Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)—upadacitinib (Rinvoq)**—The manual PA criteria were updated to include the new indication for adults with moderately to severely active Crohn's disease. A trial of adalimumab (Humira) is required before Rinvoq.

f) **Oncological Agents: Ovarian Cancer—olaparib (Lynparza)**—The manual PA criteria were updated to include the new indication for use in combination with abiraterone and prednisone or prednisolone for the treatment of adult patients with deleterious or suspected deleterious BRCA-mutated metastatic castration-resistant prostate cancer.

g) **Oncological Agents—dabrafenib (Tafinlar) and trametinib (Mekinist)**—The manual PA criteria were updated for Tafinlar and Mekinist to allow for use in pediatric patients 1 year of age and older with low-grade glioma with a BRAF V600E mutation and who require systemic therapy.

h) **Oncological Agents—avapritinib (Ayvakit)**—The manual PA criteria were updated to allow for a new indication for indolent systemic mastocytosis.

Meeting & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 90 of 64
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 910 of 980
AR2098

i) **Targeted Immunomodulatory Biologics (TIBs)—sarilumab (Kevzara)—** The manual PA criteria were updated to allow for a new indication for polymyalgia rheumatica in adults. The new PA criteria for this indication require that the prescription be written by or in consultation with a rheumatologist, and that the patient has tried glucocorticoids first unless the patient is not a candidate for them.

> ***COMMITTEE ACTION: UPDATED MANUAL PA CRITERIA AND IMPLEMENTATION PERIOD—***The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) updates to the manual PA criteria for Qudexy XR, Trokendi XR, Qulipta, Linzess, Freestyle Libre 2 and 3, Rinvoq, Lynparza, Tafinlar, Mekinist, Ayvakit, and Kevzara in new users. Implementation will be effective the first Wednesday 60 days after the signing of the minutes. See Appendix C for the full criteria.

3. **Updated PA Criteria and/or Medical Necessity Criteria for Reasons other than New Indications**

   a) **Neurological Agents Miscellaneous—risdiplam (Evrysdi)—**The Evrysdi PA was last reviewed at the February 2021 meeting. At that time, Evrysdi had not been studied in patients with hepatic impairment. Since then, studies have been conducted in patients with mild and moderate hepatic impairment. The P&T Committee recommended changing the existing PA criteria to allow for Evrysdi use in patients with hepatic impairment.

   b) **Hematological Agents—avacopan (Tavneos)—**Tavneos was reviewed as an innovator drug at the February 2022 meeting for formulary status and PA criteria. The Tavneos PA required documentation of the Birmingham Vasculitis Activity Score (BVAS). Provider feedback supported removal of the BVAS requirement, as it is not commonly performed in clinical practice.

   c) **Targeted Immunomodulatory Biologics: Tumor Necrosis Factor Inhibitors—adalimumab (Humira)—**The Humira PA in its current form required pediatric patients with non-fistulizing Crohn's disease to have an inadequate response to a non-biologic systemic therapy before they could try Humira. Based on provider feedback and a review of the available literature, the P&T committee recommended removing the requirement for pediatric Crohn's disease patients to try non-biologic systemic therapy before Humira.

   d) **Weight Loss Agents—orlistat (Xenical)—**The medical necessity criteria for Xenical was updated to standardize required formulary alternatives across the weight loss drug class.

   > ***COMMITTEE ACTION: UPDATED MANUAL PA CRITERIA, MEDICAL NECESSITY CRITERIA, AND IMPLEMENTATION PERIOD—***The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) criteria updates to the manual PA criteria for Evrysdi,

Tavneos, Humira, and medical necessity criteria for Xenical. Implementation will be effective the first Wednesday 60 days after signing of the minutes. See Appendix B and Appendix C for the full criteria.

### 4. Quantity Limits

**Self-monitoring blood glucose (SMBG) test strips: QL override criteria** QLs for the blood glucose test strips were last updated in November 2014, limiting use to 100 strips per 30-day supply in the Retail Network and 300 strips per 90-day supply in the Mail Order and MTF points of service. Clinical override criteria were specified at the time, to allow for situations where a larger quantity was required and appropriate. Continuous glucose monitoring (CGM) systems were added to the TRICARE pharmacy benefit in November 2021, with an expectation that SMBG test strip utilization would decrease, given the reduced need for fingerstick testing with the CGMs.

> ***COMMITTEE ACTION: SMBG TEST STRIP QL OVERRIDE CRITERIA AND IMPLEMENTATION—***The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) updating the QL override criteria to specifically exclude patients currently on a CGM, unless a supporting clinical rationale is provided. There was no change to the other clinical override criteria currently in place.
>
> QLs for the SMBGS test strips may be exceeded in the following situations: patient is receiving insulin; using an insulin pump; has gestational diabetes; requires more frequent testing due to endocrine disorders (e.g., insulinoma, endogenous hyperinsulinism, non-islet cell tumor); or, has a history of poorly controlled blood glucose levels with adverse outcomes (e.g., ketoacidosis or hypoglycemic episode), requiring medical intervention. QL Implementation will occur the first Wednesday two weeks after signing of the minutes. See Appendix D for the test strip QL override criteria.

## B. Line Extensions

The P&T Committee clarified the formulary status for five product line extensions by the original manufacturer. Line extensions have the same FDA indications as the "parent" drug and retain the same formulary and copayment status as the "parent" drug.

a) **WBC Stimulants: Pegfilgrastims**—designating **pegfilgrastim-cbqv (Udenyca) autoinjector** with the same formulary status as the parent Udenyca syringe as determined by the recommendations presented in the WBC Stimulants: Pegfilgrastims class review (UF, step-preferred, and Specialty status) on page 14.

b) **Therapeutic CGMs**—designating **Dexcom 7 Sensor** with the same formulary status (UF), PA, and QL as the parent Dexcom 6 Sensor. In addition, the P&T committee recommended that the Dexcom 7 Sensor be added to the pharmacy benefit.

c) **Cystic Fibrosis Agents**—designating **elexacaftor/tezacaftor/ivacaftor (Trikafta) oral granules** with the same formulary status (UF), PA, QL, and Specialty status as the parent Trikafta tablets.

d) **Oncological Agents**—designating **dabrafenib (Tafinlar) tablets for oral suspension** with the same formulary status (UF), PA, QL, and Specialty status as the parent dabrafenib (Tafinlar) capsules.

e) **Oncological Agents**—designating **trametinib (Mekinist) solution** with the same formulary status (UF), PA, QL, and Specialty status as the parent trametinib (Mekinist) tablets.

> ***COMMITTEE ACTION: LINE EXTENSION, FORMULARY STATUS CLARIFICATION, AND IMPLEMENTATION PERIOD—***The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) the formulary, QL, PA, Specialty program, and EMMPI program status of the line extension products, as outlined above. Implementation will occur the first Wednesday two weeks after signing of the minutes, with the exception that the changes for Udenyca autoinjector will occur at 90 days, with the implementation of the WBC Stimulants recommendations.

## VII. BRAND OVER GENERIC AUTHORIZATION AND TIER 1 COPAY FOR DABIGATRAN (PRADAXA) CAPSULES

Dabigatran (Pradaxa) capsules are designated as UF. AB-rated generic versions have entered the market; however, these generic products are less cost-effective compared to the branded agent. Therefore, the branded Pradaxa capsules will continue to be dispensed at all three points of service, and the generic will only be available with prior authorization (i.e., the reverse of the current brand to generic policy). The Tier 1 copay for brand Pradaxa dose is recommended, and generic dabigatran capsules will be added to the Safety Net/Rapid Response program. Note that the Tier 1 copay does not apply to Pradaxa pellets for oral suspension, which was designated as NF when reviewed as a new drug at the May 2023 DoD P&T Committee meeting.

> ***COMMITTEE ACTION: BRAND OVER GENERIC REQUIREMENT, PA CRITERIA, TIER 1 COPAY AND IMPLEMENTATION PERIOD***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) requiring brand Pradaxa capsules over the generic in all new and current users at all points of service, based on cost effectiveness. The prescriber will provide patient specific justification as to why the brand cannot be used. The Tier 1 (generic) copayment will apply to brand Pradaxa capsules, and dabigatran capsules will be added to the Safety Net/Rapid Response program. The effective date will be no later than 60 days after the signing of the minutes at MTF and mail. The "brand over generic" requirement will be removed administratively when it is no longer cost-effective compared to the AB-rated generics.

## VIII. EXPANDED MAINTENANCE MEDICATION PROGRAM DRUG LIST AND NF (TIER 3) MEDICATIONS AVAILABLE UNDER THE TRICARE MAIL ORDER PHARMACY PROGRAM

Nonformulary medications are generally restricted to the Mail Order program pursuant to 10 USC 1074g(a)(5) and 32 CFR 199.21(h)(3)(i) and (ii). Additionally, the Expanded Military Treatment Facility (MTF)/Mail Pharmacy Initiative (EMMPI) implements 10 USC 1074g (9), added by Section 702(c)(2) of the NDAA 2015, which requires beneficiaries generally fill non-generic prescription maintenance medications at MTFs or the ESI-managed TRICARE mail order program.

The P&T Committee reviewed several classes of medications for potential addition to the EMMPI program and agreed that branded maintenance medications in the following classes are generally suitable for inclusion on the EMMPI program. Specific agents in each subclass considered most likely to be suitable for the program are listed below.

- Oncological Agents: Colorectal Cancer
- Oncological Agents: Renal Cell Carcinoma
- Breast Cancer Agents: Cyclin Dependent Kinase Inhibitors

   ***COMMITTEE ACTION: EMMPI PROGRAM DRUG LIST***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) addition of appropriate agents in these three classes/subclasses to the EMMPI program or clarification of their status with regard to the NF to mail requirement, with both addition to the program and implementation date contingent on cost-effectiveness and operational considerations (including feasibility of dispensing at mail order). The specific medications are outlined in Appendix F (Table 2). Note that the Add/Do Not Add recommendations listed in Appendix F pertain to the combined list of drugs under the EMMPI program and the NF to mail requirement.

## IX. COMPLETELY EXCLUDED DRUGS: ANNUAL REVIEW

The P&T Committee reviewed all drugs completely excluded from the pharmacy benefits program under 32 CFR 199.21(e)(3), which allows the Committee to recommend special Uniform Formulary actions "to encourage use of pharmaceutical agents that provide the best clinical effectiveness to covered beneficiaries and DoD, including consideration of better care, healthier people, and smarter spending." This specifically includes "a complete or partial exclusion from the pharmacy benefits program of any pharmaceutical agent the Director determines provides very little or no clinical effectiveness relative to similar agents to covered beneficiaries and DoD." Drugs designated as completely excluded are not available at the MTFs or Mail Order points of service, and beneficiaries are required to pay the full out-of-pocket cost at retail network pharmacies.

The Committee plans to review completely excluded drugs on an annual basis. Note: these medications were previously referred to as completely excluded drugs; the terminology has been changed to "completely excluded" to better align with the statutory authority.

The P&T Committee reviewed all the completely excluded drugs and found no new clinical data, guidelines, or indications for any of the completely excluded drugs that would change the previous conclusion that the drug offers little or no clinical effectiveness relative to similar agents. The Committee also found that with one exception (baclofen oral granules discussed below), all the completely excluded drugs remain substantially more costly than similar agents.

- **baclofen oral granules (Lyvispah) – Skeletal Muscle Relaxants:** After substantial wholesale acquisition cost (WAC) reductions by the manufacture, Lyvispah is now similar in price to baclofen oral solution (Ozobax) and baclofen oral suspension (Fleqsuvy), both of which are designated as nonformulary.

- **dexlansoprazole (Dexilant, generics)- Proton Pump Inhibitors (PPIs):** The Committee also reviewed post-implementation pharmacy claims rejection rates and cost data for dexlansoprazole, noting that generic versions of the drug remain up to 2 orders of magnitude more costly compared to formulary proton pump inhibitors (PPIs).

***COMMITTEE ACTION: UF RECOMMENDATION FOR PREVIOUSLY COMPLETE EXCLUDED DRUGS***—The P&T Committee recommended (20 for, 0 opposed, 0 abstained, 0 absent) the following:

- Returning baclofen oral granules (Lyvispah) to the formulary, designated as nonformulary (Tier 3 copay), with an implementation date in all points of service of the first Wednesday 2 weeks after signing of the minutes.

- Applying the same prior authorization and medical necessity criteria to Lyvispah as is currently in place for baclofen oral solution (Ozobax) and baclofen oral suspension (Fleqsuvy) (See Appendix B and C).

X. **SECTION 703, NATIONAL DEFENSE AUTHORIZATION ACT (NDAA) FOR FISCAL YEAR (FY) 2008**

The P&T Committee reviewed two drugs from pharmaceutical manufacturers that were not included on a DoD Retail Refund Pricing Agreement; these drugs were not in compliance with FY08 NDAA, Section 703, permanently codified at 10 USC 1074g(f). If a drug is not compliant, it will be designated NF on the UF and will be restricted to the TRICARE Mail Order Pharmacy, requiring pre-authorization prior to use in the retail point of service (POS) and medical necessity at MTFs.

A. ***COMMITTEE ACTION: DRUGS DESIGNATED NF***—The P&T Committee recommended (19 for, 0 opposed, 1 abstained, 0 absent) that the Section 703 non-compliant national drug code numbers (NDCs) of the following products be designated NF on the UF:

- Nabriva Therapeutics, Inc.: tidezolid (Sivextro) (*New Drug Application; NDC 72000-0310-06, 72000-0310-30*) 200 mg tabs

- Nabriva Therapeutics, Inc.: lefamulin (Xenleta) (*New Drug Application; NDC 72000-0110-10, 72000-0110-30*) 600 mg tabs

These NF drugs will be exempt from movement to the Mail Order POS due to the potential for acute use; and will remain available at the retail POS with pre-authorization.

**B. *COMMITTEE ACTION: PRE-AUTHORIZATION CRITERIA*—**The P&T Committee recommended (19 for, 0 opposed, 1 abstained, 0 absent) the following pre-authorization criteria for the Section 703 non-compliant NDCs:

1. Use of the formulary alternatives are contraindicated.

2. Obtaining the product by home delivery would be detrimental to the patient.

These pre-authorization criteria do not apply to any other POS other than retail network pharmacies.

**C. *COMMITTEE ACTION: MEDICAL NECESSITY (MN) CRITERIA*—**The P&T Committee recommended (19 for, 0 opposed, 1 abstained, 0 absent) maintaining the MN criteria currently in place for Xenleta and updating the MN criteria for Sivextro. See Appendix B for the full criteria.

**D. *COMMITTEE ACTION: IMPLEMENTATION PERIOD*—**The P&T Committee recommended (19 for, 0 opposed, 1 abstained, 0 absent) an effective date of two weeks after signing of the minutes for the non-compliant NDCs. Letters are not needed since these are acute use medications used to treat infections, and existing patients are unlikely to be continuing therapy once the implementation period has occurred.

## XI. ITEMS FOR INFORMATION

### A. MHS GENESIS OTC List Addition

The following products were added to the MHS GENESIS OTC test list, based on requests from the field and that similar generic code numbers (GCNs) are already included on the list.

- potassium citrate/citric acid 1100-334 mg/5 mL solution: GCN 14065—Niche use for pediatric patients with renal tubular acidosis-type 1 nephrocalcinosis; legend Urocit-K tabs available but liquid is needed for pediatrics

- DEKAS Plus capsules GCN 40257—Niche use in Cystic Fibrosis; adds the capsules; chew tabs and liquid were already on the list

- magnesium L-lactate GCN 04250—Niche use for Gitelman syndrome; magnesium L-lactate better tolerated

**B. Ritlecitinib (Litfulo) and coverage for alopecia areata**

Ritlecitinib (Litfulo) is an oral janus kinase 3 (JAK3) inhibitor (which falls under the TIB drug class) that was FDA-approved on June 24, 2023. Is it solely approved for treatment of severe alopecia areata in adults and adolescents 12 years and older. Medication intended to encourage hair regrowth for alopecia areata is excluded by federal regulation (32 CFR 199.4(g)(41)(ii)). Therefore, Litfulo is not covered, and will not be reviewed as an innovator (newly approved drug).

**C. Amikacin liposome inhalation suspension (Arikayce) for refractory non-TB pulmonary MAC infections**

Amikacin liposome inhalation suspension (Arikayce) was reviewed as an innovator drug at the November 2018 meeting and designated as NF. At that time, a PA was recommended which required a provider to explain why the patient could not use IV amikacin. This question on the PA will be edited to clarify to ask why the patient cannot use IV amikacin via nebulizer. Additional information will be provided on how to arrange for IV amikacin and a nebulizer through the managed care support contractor.

**XII. ADJOURNMENT**

The meeting adjourned at 1600 hours on August 3rd. The next meeting will be in November 2023.

**Appendix A—Attendance: August 2023 DoD P&T Committee Meeting:**
**Appendix B—Table of Medical Necessity Criteria**
**Appendix C—Table of Prior Authorization Criteria**
**Appendix D—Table of Quantity Limits**
**Appendix E—Table of Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**
**Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary during the August 2023 DoD P&T Committee Meeting**
**Appendix G—Implementation Dates**
**Appendix H—Completely Excluded Agents and Therapeutic Alternatives**

# DECISION ON RECOMMENDATIONS

**SUBMITTED BY**: ███████████████████████

John P. Kugler, M.D., MPH
DoD P&T Committee Chair

**The Director, DHA**:

☒ concurs with all recommendations.

☐ concurs with the recommendations, with the following modifications:

1.
2.
3.

☐ concurs with the recommendations, except for the following:

███████████████████████

Brian C. Lein, MD
Assistant Director,
Healthcare Administration
*for* Telita Crosland LTG, MC, USA
Director 30 Oct 2023
Date

## Appendix A—Attendance

| Voting Members Present | |
|---|---|
| John Kugler, MD, COL (Ret.), MC, USA | DoD P&T Committee Chair |
| COL Paul Carby, MSC | DHA Pharmacy Operations Division (POD); Beneficiary Advisory Panel DFO |
| Ed VonBerg, PharmD, CAPT (Ret.) MSC, USN | Chief, Formulary Management Branch (Recorder) |
| MAJ Ryan Burkhart MC, for LTC Charles Lynn, MC | Army, Internal Medicine Physician |
| Ruben Salinas, MD, COL (Ret.) MC, USA | Army, Family Medicine Physician |
| MAJ Megan Donahue, MC | Army, Physician at Large |
| COL Aatif Sheikh, MSC | Army, Pharmacy Consultant |
| CAPT Austin Parker, MC | Navy, Internal Medicine Physician |
| CDR Danielle Barnes, MC | Navy, Pediatrics Representative |
| CAPT Peter Cole, MC | Navy, Physician at Large |
| CAPT Bridgette Faber, MSC | Navy, Pharmacy Consultant |
| Col Larissa Weir, MC | Air Force, OB/GYN Physician |
| MAJ Courtney Clutter, MC | Air Force, Internal Medicine Physician |
| Capt Andrew Gaillardetz, MC | Air Force, Physician at Large |
| Lt Col Brooke van Eeghen, for Col Corey Munro, BSC | Air Force, Pharmacy Consultant |
| Walter Downs, MD, CAPT (Ret.) MC, USN | Physician at Large, DHA |
| LCDR Shira Paul, MC | Oncology Physician |
| Laura Au, RPh, BCOP | Oncology Pharmacist |
| CAPT Chris Janik, USCG | Coast Guard, Pharmacy Consultant |
| Richard Ruck, MD, COL (Ret.), MC, USA | TRICARE Health Plan Chief Medical Officer |

## Appendix A—Attendance

| Nonvoting Members Present | |
|---|---|
| Megan Gemunder, DHA | Attorney Advisor, Contract Law |
| Eugene Moore, PharmD | Tpharm5 Clinical COR |
| CAPT Bill Kelly | Defense Logistics Agency |
| Pete Glassman, MD | Department of Veteran's Affairs |
| **Guests** | |
| CAPT Phung Thien Nguyen | POD Senior Executive Officer |
| Ms. Marsha Peterson | DHA Contracting Officer |
| Ms. Tracy Banks | DHA Contracting |
| Ms. Stephanie Erpelding | DHA Contracting |
| Ms. Juliane Canaly | DHA Contracting |
| Ms. Shiela Mirrelees | DHA Contracting |
| Julia Trang, PharmD | DHA Contracting |
| CDR Kendra Jenkins | Bureau of Prisons |
| CAPT Carl Olongo | Indian Health Service |
| **Others Present** | |
| CDR Scott Raisor, USPHS | Chief, P&T Section, DHA Formulary Management Branch |
| Angela Allerman, PharmD, BCPS | DHA Formulary Management Branch |
| Shana Trice, PharmD, BCPS | DHA Formulary Management Branch |
| CDR Elizabeth Hall, BCPS, USPHS | DHA Formulary Management Branch |
| Maj Angelina Escano, MC | DHA Formulary Management Branch |
| CDR Giao Phung, MSC | DHA Formulary Management Branch |
| LT Stephanie Klimes, MC | DHA Formulary Management Branch |
| Mr. David Folmar | DHA Formulary Management Branch Contractor |
| Mr. Kirk Stocker | DHA Formulary Management Branch Contractor |
| Mr. Michael Lee | DHA Formulary Management Branch Contractor |
| Ms. Martha Hutchinson | DHA Formulary Management Branch Contractor |
| Lt Col Brian Sydnor, MSC | DHA Direct Care Branch |

## Appendix B—Table of Medical Necessity Criteria

| Drug / Drug Class | Medical Necessity Criteria |
|---|---|
| **Drug Class Reviews MN Criteria** | |
| • elagolix (Orilissa) <br><br> **Luteinizing Hormone-Releasing Hormone (LHRH) Agonists-Antagonists for Endometriosis** | • Patient has experienced or is likely to experience significant adverse effects from formulary agents <br> • Formulary agents result or are likely to result in therapeutic failure <br><br> **Formulary Alternatives:** leuprolide (Lupron Depot) intramuscular kit; nafarelin (Synarel) nasal solution |
| • filgrastim (Neupogen) <br> • filgrastim-ayow (Releuko) <br><br> **White Blood Cell Stimulants: filgrastims** | • Patient has experienced significant adverse effects from formulary agents <br><br> **Formulary Alternatives:** tbo-filgrastim (Granix), filgrastim-aafi (Nivestym), and filgrastim-sndz (Zarxio) |
| • pegfilgrastim (Neulasta) <br><br> **White Blood Cell Stimulants: pegfilgrastims** | • Patient has experienced significant adverse effects from formulary agents <br><br> **Formulary Alternatives:** pegfilgrastim-jmdb (Fulphila), pegfilgrastim-pbbk (Fylnetra), pegfilgrastim-apgf (Nyvepria), pegfilgrastim-fpgk (Stimufend), pegfilgrastim-cbqv (Udenyca), and pegfilgrastim-bmez (Ziextenzo) |
| • pegfilgrastim (Neulasta OnPro) <br><br> **White Blood Cell Stimulants: pegfilgrastims** | • No alternative formulary agent; patient requires an on-body injector and cannot use the formulary autoinjector <br><br> **Formulary alternatives:** pegfilgrastim-cbqv autoinjector (Udenyca) |
| **New Drugs MN Criteria** | |
| • perfluorohexyloctane 1.338 g/mL ophthalmic solution (Miebo) <br><br> **Ophthalmic: Dry Eye Agents** | • All formulary agents resulted in therapeutic failure <br><br> **Formulary alternatives:** cyclosporine 0.05% (Restasis/Restasis Multidose), cyclosporine 0.09% (Cequa), lifitegrast (Xiidra) |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting August 2-3, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 921 of 980

AR2109

## Appendix B—Table of Medical Necessity Criteria

| | |
|---|---|
| • sodium oxybate extended-release packets for oral suspension (Lumryz)<br><br>**Sleep Disorders: Wakefulness Promoting Agents** | • All formulary agents resulted in therapeutic failure<br><br>**Formulary alternatives:** sodium oxybate (Xyrem), sodium, calcium, magnesium, potassium, sodium oxybate (Xywav) |
| • somapacitan-beco injection (Sogroya)<br><br>**Growth Stimulating Agents** | • Use of all formulary agents is contraindicated<br>• Patient has experienced significant adverse effects from all formulary agents<br><br>**Formulary alternatives:** somatropin (Norditropin), somatropin (Omnitrope), somatropin (Zomacton) |
| • sotagliflozin (Inpefa)<br><br>**Diabetes Non-Insulin: Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitors** | • Patient has experienced significant adverse effects from all formulary agents<br><br>**Formulary alternatives:** empagliflozin-containing agents (Jardiance/Glyxambi/Synjardy/Synjardy XR/Trijardy XR) |
| • zavegepant nasal spray (Zavzpret)<br><br>**Migraine Agents** | • Use of all formulary agents is contraindicated<br>• Patient has experienced significant adverse effects from all formulary agents<br>• All formulary agents resulted in therapeutic failure<br><br>**Formulary alternatives:** triptans (sumatriptan), rimegepant (Nurtec ODT), ubrogepant (Ubrelvy) |
| **Utilization Management MN Criteria** | |
| • orlistat (Xenical)<br><br>**Weight Loss Agents** | Updates from the August 2023 meeting are in **bold and ~~strikethrough~~**<br><br>• Use of formulary agents and nonformulary agents {Qsymia, Contrave, ~~Belviq/Belviq XR~~) are contraindicated<br>• Use of formulary agents and nonformulary agents (Qsymia, Contrave, ~~Belviq/Belviq XR~~) have resulted in therapeutic failure<br>• No alternative formulary agent: The patient is between 12 and 18 years of age<br><br>**Formulary alternatives and nonformulary:** phentermine, **~~diethylproplon, benzphetamine, phendimetrazine~~** Qsymia; Contrave |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting February August 2-3, 2023

## Appendix B—Table of Medical Necessity Criteria

| Section 703 Drugs MN Criteria | |
|---|---|
| • lefamulin (Xenleta)<br><br>**Antibiotics – Misc.** | • Use of a formulary agent from each of the following three classes: macrolides, fluoroquinolones, and beta-lactams is contraindicated<br>• Use of a formulary agent from each of the following three classes: lincosamide, sulfa, oxazolidinones and beta-lactams will result or is likely to result in therapeutic failure (e.g., due to local antimicrobial resistance rates)<br><br>**Formulary alternatives:** azithromycin, doxycycline, levofloxacin, moxifloxacin, amoxicillin, amoxicillin/clavulanate, cefpodoxime, and cefuroxime |
| • tidezolid (Sivextro)<br><br>**Antiinfectives – Misc.** | • Use of a formulary agent from each of the following four classes: lincosamide, sulfa, oxazolidinones and beta-lactams is contraindicated<br>• Use of a formulary agent from each of the following three classes: lincosamide, sulfa, oxazolidinones and beta-lactams will result or is likely to result in therapeutic failure (e.g., due to local antimicrobial resistance rates)<br>• No alternative formulary agent. Patient has been stable on the Sivextro IV formulation and is transitioning to the oral formulation.<br><br>**Formulary alternatives:** penicillin VK, cephalexin, cefazolin, nafcillin, dicloxacillin, clindamycin, linezolid and TMX/SMX |
| Previously Completely Excluded Drugs MN Criteria | |
| • baclofen oral granules (Lyvispah)<br><br>**Skeletal Muscle Relaxants** | • No alternative formulary agent. Patient cannot swallow and crushed tablets are not an option.<br><br>**Formulary alternatives:** baclofen tablets |

Appendix B—Table of Medical Necessity Criteria
Minutes and Recommendations of the DoD P&T Committee Meeting February August 2-3, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 923 of 980

AR2111

## Appendix C—Table of Prior Authorization (PA) Criteria

| Drug / Drug Class | Prior Authorization Criteria |
|---|---|
| **Drug Class Review PAs** | |
| • leuprolide acetate (Lupron Depot) IM 7.5 mg (1 month), 22.5 mg (3 month), 30 mg (4 month), 45 mg (6 month)<br>• leuprolide acetate IM 22.5 mg vial (no brand name)<br><br>**Luteinizing Hormone Releasing Hormone (LHRH) Agonists-Antagonists** | Manual PA criteria apply to all new users of Lupron Depot and leuprolide acetate (no brand name)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• Provider is aware leuprolide acetate SQ (Eligard) is the preferred leuprolide product and does not require PA<br>• Patient has tried and failed or has not been able to tolerate Eligard<br><br>PA does not expire |
| • leuprolide mesylate SC 42 mg (6 month) injection (Camcevi Kit)<br><br>**Luteinizing Hormone Releasing Hormone (LHRH) Agonists-Antagonists** | Updates from the August 2023 meeting are in **bold** and ~~strikethrough~~<br><br>Manual PA criteria apply to all new users of Camcevi.<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• ~~Patient is 18 years of age or older~~<br>• ~~Drug is prescribed by or in consultation with an oncologist or urologist~~<br>• ~~Patient has a diagnosis of advanced prostate cancer~~<br>• The provider is aware that **leuprolide acetate** SQ (Eligard) is the preferred leuprolide product and does not require a PA<br>• Patient has tried and failed or has not been able to tolerate Eligard ~~Patient has intolerance to, or has failed alternative formulary leuprolide injections (i.e. Lupron Depot, Eligard)~~<br><br>~~Non-FDA approved uses are NOT approved~~<br>PA does not expire |
| • relugolix tablets (Orgovyx)<br><br>**Luteinizing Hormone Releasing Hormone (LHRH) Agonists-Antagonists** | Updates from the August 2023 meeting are in **bold and** ~~strikethrough~~<br><br>Manual PA criteria apply to all new users of Orgovyx<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• The provider is aware and acknowledges that ~~leuprolide acetate IM (Lupron Depot),~~ **leuprolide acetate SQ (Eligard), and degarelix SQ (Firmagon) are available to DoD beneficiaries without requiring prior authorization**<br>• Patient is 18 years of age or older<br>• Orgovyx is prescribed by or in consultation with an oncologist or urologist<br>• Patient has a diagnosis of advanced prostate cancer<br>• Patient has tried and failed or ~~is unable to use injectable leuprolide formulation (i.e., subcutaneous injection or implant)~~ **leuprolide acetate SQ (Eligard) or degarelix SQ (Firmagon) OR**<br>• **The patient has significant cardiovascular risk factors as determined by their oncologist OR**<br>• **The patient is prescribed short-term androgen deprivation therapy (ADT)**<br><br>Non-FDA approved uses are NOT approved including cancers other than prostate cancer, and in women for endometrial thinning, endometriosis, and uterine leiomyomata (fibroids)<br>PA does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 924 of 980
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 92 of 64
AR2112

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • elagolix (Orilissa)<br><br>**Luteinizing Hormone Releasing Hormone (LHRH) Agonists-Antagonists** | No changes made at the August 2023 meeting<br><br>Manual PA Criteria: Elagolix is approved if all criteria are met:<br>• The patient is 18 years of age or older<br>• Patient is a premenopausal woman with endometriosis<br>• Patient has had inadequate relief after at least three months of first-line therapy with nonsteroidal anti-inflammatory drugs (NSAIDs) and hormonal contraceptives, unless contraindicated<br>• Medication is prescribed by a reproductive endocrinologist or obstetrics/gynecology specialist<br>• Patient is not pregnant. Pregnancy test required.<br>• Patient agrees to use non-hormonal contraception throughout treatment and for one week after discontinuation of treatment<br>• Patient does not have severe hepatic impairment (Child-Pugh Class C)<br>• Patient does not have osteoporosis<br>• Patient is on concurrent calcium supplementation.<br>• Patient is not using Orilissa concomitantly with cyclosporine or gemfibrozil<br><br>Non-FDA approved uses are not approved<br>Prior authorization expires after 24 months (lifetime expiration). Cumulative treatment with Orilissa and Myfembree will not exceed 24 months during the patient's lifetime. |
| • relugolix/estradiol/ norethindrone (Myfembree)<br><br>**Luteinizing Hormone Releasing Hormone (LHRH) Agonists-Antagonists** | No changes made at the August 2023 meeting<br><br>Manual PA Criteria: Myfembree is approved if all criteria are met:<br>• The patient is 18 years of age or older<br>• Patient is a premenopausal woman<br>• Patient has a diagnosis of:<br>  ▪ Heavy menstrual bleeding associated with uterine leiomyomas (fibroids) OR<br>  ▪ Moderate to severe pain association with endometriosis AND<br>• Patient has had inadequate relief after at least three months of first-line therapy with nonsteroidal anti-inflammatory drugs (NSAIDs) and hormonal contraceptives, unless contraindicated<br>• Patient has had inadequate relief after at least three months of first-line therapy with a hormonal contraceptive or Intrauterine Device (IUD)<br>• Medication is prescribed by a reproductive endocrinologist or obstetrics/gynecology specialist<br>• Patient is not pregnant. Pregnancy test required.<br>• Patient agrees to use non-hormonal contraception throughout treatment and for one week after discontinuation of treatment<br>• Patient does not have current or a history of thrombotic or thromboembolic disorders or an increased risk for these events<br>• Patient is not a smoker over the age of 35 years<br>• Provider agrees to discontinue treatment if a thrombotic, cardiovascular, or cerebrovascular event occurs or if the patient has a sudden unexplained partial or complete loss of vision, proptosis, diplopia, papilledema, or retinal vascular lesions<br>• Patient does not have uncontrolled hypertension<br>• Provider agrees to monitor blood pressure and discontinue treatment if blood pressure rises significantly<br>• Patient does not have osteoporosis<br>• Provider agrees to advise the patient to seek medical attention for suicidal ideation, suicidal behavior, new onset or worsening depression, anxiety, or other mood changes |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 925 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 925 of 964

AR2113

| | |
|---|---|
| | • Patient does not have a history of breast cancer or other hormonally-sensitive malignancies |
| | • Patient does not have known liver impairment or disease |
| | • Provider agrees to counsel patients on the signs and symptoms of liver injury |
| | • Patient does not have undiagnosed abnormal uterine bleeding |
| | • Patient is not using Myfembree concomitantly with cyclosporine or gemfibrozil or other organic anion transporting polypeptide [(OATP)1B1] inhibitors |
| | • Provider is aware of drug interactions with Myfembree and oral P-gp inhibitors (e.g., erythromycin) and combined P-gp and strong CYP3A inducers (e.g., rifampin) and will counsel patient on these interactions as appropriate |
| | Non-FDA approved uses are not approved, including contraception |
| | Prior authorization expires after 24 months (lifetime expiration). Cumulative treatment with Myfembree and Oriahnn will not exceed 24 months during the patient's lifetime. |
| • elagolix/estradiol/ norethindrone (Oriahnn)<br><br>**Luteinizing Hormone-Releasing Hormone Agonists-Antagonists** | No changes made at the August 2023 meeting<br><br><u>Manual PA Criteria:</u> Oriahnn is approved if all criteria are met:<br>• Patient is 18 years of age of older<br>• Patient is a premenopausal woman with diagnosed heavy menstrual bleeding associated with uterine leiomyomas (fibroids)<br>• Patient has had inadequate relief after at least three months of first-line therapy with a hormonal contraceptive or Intrauterine Device (IUD)<br>• Medication is prescribed by a reproductive endocrinologist or obstetrics/gynecology specialist<br>• Patient is not pregnant confirmed by (-) HCG<br>• Patient agrees to use non-hormonal contraception throughout treatment and for one week after discontinuation of treatment<br>• Patient does not have current or history of thrombotic or thromboembolic disorders or an increased risk for these events<br>• Patient is not a smoker over the age of 35 years<br>• Provider agrees to discontinue treatment if a thrombotic, cardiovascular, or cerebrovascular event occurs; or if the patient has a sudden unexplained partial or complete loss of vision, proptosis (abnormal protrusion of the eye), diplopia (double vision), papilledema (optic disc swelling), or retinal vascular lesions<br>• Patient does not have uncontrolled hypertension<br>• Provider agrees to monitor blood pressure and discontinue treatment if blood pressure rises significantly<br>• Patient does not have osteoporosis<br>• Provider agrees to assess baseline and periodic bone mineral density<br>• Provider agrees to advise the patient to seek medical attention for suicidal ideation, suicidal behavior, new onset or worsening depression, anxiety, or other mood changes<br>• Patient does not have a history of breast cancer or other hormonally-sensitive malignancies<br>• Patient does not have known liver impairment or disease<br>• Provider agrees to counsel patients on the signs and symptoms of liver injury<br>• Patient does not have undiagnosed abnormal uterine bleeding<br>• Patient is not using Oriahnn concomitantly with cyclosporine or gemfibrozil or other organic anion transporting polypeptide [(OATP)1B1] inhibitors<br><br>Non-FDA-approved uses are not approved including pain associated with endometriosis.<br>Prior authorization expires after 24 months (lifetime expiration). Cumulative treatment with Myfembree and Oriahnn will not exceed 24 months during the patient's lifetime |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 926 of 980
Page 926 of 964
AR2114

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| • filgrastim (Neupogen)<br>• filgrastim-avow (Releuko)<br><br>**WBC Stimulants Class: Filgrastim subclass** | Manual PA criteria apply to all new users of filgrastim (Neupogen) and filgrastim-ayow (Releuko)<br><br>Note that Granix and Nivestym are available at the Tier 1 copay at the Mail Order and Retail Network pharmacies.<br><br>Manual PA Criteria: Coverage will be approved if:<br>• Provider acknowledges that tbo-filgrastim (Granix), filgrastim-aafi (Nivestym), and filgrastim-sndz (Zarxio) are the preferred filgrastims and are available without a PA<br>• Drug is prescribed by or in consultation with a hematologist/oncologist<br>• Patient has experienced an inadequate treatment response or intolerance to tbo-filgrastim (Granix), filgrastim-aafi (Nivestym), and filgrastim-sndz (Zarxio) and is expected to respond to filgrastim (Neupogen) or filgrastim-ayow (Releuko)<br><br>PA does not expire |
| • pegfilgrastim (Neulasta)<br>• pegfilgrastim (Neulasta OnPro)<br><br>**WBC Stimulants Class: Pegfilgrastim subclass** | Manual PA criteria apply to all new users of pegfilgrastim (Neulasta) and pegfilgrastim (Neulasta OnPro)<br><br>Note that Stimufend is available at the Tier 1 copay at the Mail Order and Retail Network pharmacies.<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• Provider acknowledges that pegfilgrastim-jmdb (Fulphila), pegfilgrastim-pbbk (Fylnetra), pegfilgrastim-apgf (Nyvepria), pegfilgrastim-fpgk (Stimufend), pegfilgrastim-cbqv (Udenyca), and pegfilgrastim-bmez (Ziextenzo) are the preferred pegfilgrastims and are available without a PA<br>• Drug is prescribed by or in consultation with a hematologist/oncologist<br>• Patient requires use of an on-body injector (Neulasta OnPro) because the patient/caregiver cannot self-inject and/or cannot reasonably attend multiple visits to the clinic for administration OR<br>• Patient has experienced an inadequate treatment response or intolerance to pegfilgrastim-jmdb (Fulphila), pegfilgrastim-pbbk (Fylnetra), pegfilgrastim-apgf (Nyvepria), pegfilgrastim-fpgk (Stimufend), pegfilgrastim-cbqv (Udenyca), and pegfilgrastim-bmez (Ziextenzo) and is expected to respond to pegfilgrastim (Neulasta)<br><br>PA does not expire |
| **Newly Approved Drug PAs** | |
| • deutetrabenazine extended-release tabs (Austedo XR)<br><br>**Neurological Agents Miscellaneous: Movement Disorders** | Manual PA criteria apply to all new users of Austedo XR<br><br>Manual PA Criteria: Coverage is approved for initial therapy for one year if all criteria are met:<br>• Patient does not have congenital or acquired long QT syndrome or arrhythmias associated with QT prolongation<br>• Patient does not have severe hepatic impairment<br>• Patient is not taking any of the following: monoamine oxidase inhibitors (MAOIs) within the past 14 days, reserpine, CYP3A4 inducers, or another VMAT2 inhibitor (e.g., tetrabenazine, valbenazine)<br><br>Huntington's Disease Chorea<br>• Prescribed by or in consultation with a neurologist<br>• Patient has a diagnosis of chorea associated with Huntington's disease<br>• Patient does not have suicidal ideation<br>• Patient does not have depression or is being adequately treated for depression<br>• Patient has had an adequate trial of tetrabenazine for 12 weeks and has experienced treatment failure or experienced an adverse event that is not expected to occur with Austedo XR. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 927 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 927 of 964

AR2115

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| | Tardive Dyskinesia<br>• The patient is 18 years of age or older<br>• Prescribed by or in consultation with a neurologist or psychiatrist<br>• Patient does not have suicidal ideation<br>• Patient does not have depression or is being adequately treated for depression<br>• Patient has moderate to severe tardive dyskinesia causing functional impairment along with schizophrenia, schizoaffective disorder, or a mood disorder<br>• Provider has considered a dose reduction, tapering, or discontinuation of the dopamine receptor blocking agent suspected of causing the symptoms<br><br>Non-FDA-approved uses are NOT approved (e.g., Tourette's, dystonia)<br>PA expires in one year<br><br>Renewal Criteria: Note that initial TRICARE PA approval is required for renewal. Coverage will be approved indefinitely for continuation of therapy if all criteria are met:<br>• Huntington's Disease Chorea:<br>  ▪ Patient has demonstrated improvement in symptoms based on clinician assessment.<br>  ▪ Patient is being monitored for depression and suicidal ideation<br>• Tardive Dyskinesia:<br>  ▪ Patient has demonstrated improvement in symptoms based on an improvement of at least 2 on the Abnormal Involuntary Movement Scale (AIMS).<br>  ▪ is being monitored for depression and suicidal ideation. |
| • fecal microbiota spores, live -brpk capsules (Vowst)<br><br>**Gastrointestinal-2 Agents: Misc.** | Manual PA criteria apply to all new users of fecal microbiota spores, live-brpk (Vowst)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• Patient is 18 years of age or older<br>• Patient has had 3 or more episodes of *Clostridioides difficile* infection within the last 12 months that is refractory to standard antibiotic therapy<br>• Patient's current episode of *Clostridioides difficile* infection must be controlled following 10 to 21 days of antibiotic therapy<br>• Patient had a positive stool test for *Clostridioides difficile* within 30 days<br>• Patient will start therapy within 2 to 4 days following completion of an antibiotic course for *Clostridioides difficile* treatment<br>• Patient will undergo bowel cleanse using magnesium citrate or polyethylene glycol electrolyte solution on the day before the first dose of Vowst<br><br>Non-FDA approved uses are NOT approved<br>PA expires after each fill (new PA required for each treatment course) |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 928 of 980

Page 23 of 64

AR2116

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| • fezolinetant (Veozah)<br><br>**Gynecological Agents Misc.** | Manual PA criteria apply to all new users of fezolinetant (Veozah)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• Patient has moderate to severe vasomotor symptoms due to menopause<br>• Patient has a contraindication to menopausal hormone therapy (estrogens with or without progestins) OR<br>• Patient has an intolerance to menopausal hormone therapy OR<br>• Based on individual patient characteristics and risk factors, the provider has determined that the patient is not a candidate for menopausal hormone therapy<br>• Patient has tried and failed or had an adverse reaction to at least one of the following non-hormonal treatments for vasomotor symptoms<br>    ▪ an SSRI (i.e. paroxetine, escitalopram, or citalopram)<br>    ▪ an SNRI (i.e. venlafaxine, desvenlafaxine, or duloxetine)<br>    ▪ gabapentin AND<br>• Patient does not have severe renal impairment (eGFR of 15 to 30 mL/min/1.73m$^2$) or end-stage renal disease (eGFR less than 15 mL/min/1.73m$^2$)<br>• Patient does not have cirrhosis<br>• Provider acknowledges that patient's baseline hepatic function will be evaluated via bloodwork prior to therapy, at 3 months, at 6 months, at 9 months and when symptoms suggest hepatic injury<br><br>Non-FDA approved uses are NOT approved<br>PA expires after 6 months<br><br>Renewal Criteria: Note that initial TRICARE PA approval is required for renewal.<br>    Coverage will be approved indefinitely if the following applies:<br>• Patient has had a positive response to therapy as noted by a decrease in the number of moderate to severe hot flashes |
| • leniolisib phosphate (Joenja)<br><br>**Immunological Agents Misc.** | Manual PA criteria apply to all new users of leniolisib (Joenja)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• Patient is 12 years of age or older and weighs 45 kg or greater<br>• Medication is prescribed by a specialist who treats patients with primary immune deficiencies<br>• Patient has a genetically confirmed diagnosis of phosphoinositide 3-kinase delta (PI3Kδ) mutation with a variant in PIK3CD and/or PIK3R1 genes<br>• Patient has at least one clinical finding or manifestation consistent with activated phosphoinositide 3-kinase delta syndrome (APDS)<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 929 of 980    Page 63 of 64

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 929 of 980
AR2117

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • omaveloxolone (Skyclarys)<br><br>**Neurological Agents Misc** | Manual PA criteria apply to all new users of omaveloxolone (Skyclarys)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• Patient is 16 years of age or older<br>• Medication is prescribed by a neurologist<br>• Patient has genetic testing confirming the diagnosis of Friedreich's Ataxia<br>• Provider is aware of the warnings, screening and monitoring precautions for Skyclarys.<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |
| • perfluorohexyloctane 1.338 g/mL ophthalmic solution (Miebo)<br><br>**Ophthalmic: Dry Eye Agents** | Manual PA criteria apply to all new users of perfluorohexyloctane (Miebo)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• Medication is prescribed by an ophthalmologist or optometrist<br>• Patient is 18 years of age or older<br>• Patient has a diagnosis of moderate to severe dry eye disease<br>• Patient had positive symptomology screening for dry eye disease from an appropriate measure<br>• Patient has at least one positive diagnostic test (e.g., Tear Film Breakup Time, Osmolarity, Ocular Surface Staining, Schirmer Tear Test)<br>• Patient has had at least 1 month of one ocular lubricant used at optimal dosing and frequency<br>• Patient has had at least 1 month of a different ocular lubricant that is non-preserved at optimal dosing and frequency<br>• Patient has had at least a 3 month trial of cyclosporine (Restasis) or cyclosporine (Cequa) or lifitegrast (Xiidra)<br><br>Non-FDA approved uses are NOT approved<br>PA does not expire |
| • sodium oxybate extended-release packets for oral suspension (Lumryz)<br><br>**Sleep Disorders: Wakefulness Promoting Agents** | Manual PA criteria apply to all new users of sodium oxybate (Lumryz)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• Lumryz is prescribed by a neurologist, psychiatrist, or sleep medicine specialist<br>• Lumryz is prescribed for the treatment of excessive daytime sleepiness or cataplexy in a patient with narcolepsy<br>• Narcolepsy was diagnosed by polysomnogram or mean sleep latency time (MSLT) objective testing<br>• The patient is not concurrently taking a central nervous system depressant, such as a narcotic analgesic, a benzodiazepine, or a sedative hypnotic<br>• The patient has history of failure, contraindication, or intolerance of both of the following<br>  ▪ modafinil or armodafinil AND<br>  ▪ stimulant-based therapy (amphetamine-based therapy or methylphenidate)<br>• Other causes of sleepiness have been ruled out or treated (including, but not limited to, obstructive sleep apnea, insufficient sleep syndrome, shift work, the effects of substances or medications, or other sleep disorders)<br><br>Coverage is NOT provided for the treatment of other conditions not listed above or any non-FDA-approved use, including fibromyalgia, insomnia, and excessive sleepiness not associated with narcolepsy. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 930 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 930 of 964

AR2118

| | |
|---|---|
| | Prior Authorization expires after 1 year.<br><br>Renewal PA criteria: Renewal not allowed. A new prescription will require a new PA to be submitted |
| • somapacitan-beco injection (Sogroya)<br><br>**Growth Stimulating Agents** | Manual PA criteria apply to all new users of Sogroya<br><br>Manual PA criteria: Sogroya is approved if all criteria are met:<br><br>• Provider acknowledges that Norditropin is the Department of Defense's preferred somatropin agent.<br><br>Pediatric patients<br>• Patient is a pediatric patient between the ages of 2.5 to 17 years of age<br>• Sogroya is being used for the indication of growth failure due to an inadequate secretion of endogenous growth hormone (GH) in pediatric patients<br>• Sogroya is prescribed by or in consultation with a pediatric endocrinologist or nephrologist who recommends therapeutic intervention and will manage treatment<br><br>Adult patients<br>• Sogroya is being used for adult growth hormone deficiency as a result of pituitary disease, hypothalamic disease, trauma, surgery or radiation therapy that was acquired as an adult or diagnosed during childhood<br>• The prescription was written by or in consultation with an appropriate specialty (endocrinologist, infectious disease specialist, general surgeon or gastroenterologist)<br><br>All patients<br>• Patient has a contraindication to Norditropin OR<br>• Patient has experienced an adverse reaction(s) to Norditropin, Omnitrope, AND Zomacton not expected with Sogroya<br><br>    *Note, all possible preservative formulations are available between Norditropin, Omnitrope and Zomacton.<br>    *Note that patient preference for a particular device is insufficient grounds for approval of an NF agent.<br><br>AND<br>• Patient requires a less than daily dosing regimen due to needle intolerance or aversion<br><br>Non-FDA-approved uses are not approved, including Idiopathic Short Stature, normal aging process, obesity, and depression<br><br>Coverage not approved for concomitant use of multiple somatropin agents.<br><br>Prior authorization expires in 1 year; provider must fill out a new PA. |
| • sotagliflozin (Inpefa)<br><br>**Diabetes Non-Insulin: Sodium Glucose Co-Transporter-2 (SGLT2) Inhibitor** | Manual PA criteria apply to all new users of Inpefa.<br><br>Manual PA Criteria: Inpefa will be approved if all criteria are met:<br><br>• The patient is 18 years of age or older<br>• Provider is aware and acknowledges that empagliflozin (Jardiance), empagliflozin/metformin (Synjardy, Synjardy XR) and empagliflozin/linagliptin (Glyxambi) are DoD's preferred SGLT2 inhibitor, and that PA is not required for empagliflozin<br>• Provider acknowledges that empagliflozin is approved for patients with heart failure with all levels ejection fraction<br>• Provider acknowledges that empagliflozin is approved for patients with chronic kidney disease<br>• Inpefa is prescribed to reduce the risk of cardiovascular death, hospitalization for heart failure and urgent heart failure visits in patients heart failure, type 2 diabetes, chronic kidney disease and other cardiovascular risk factors |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 931 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 931 of 64

**AR2119**

## Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| | • Patient has experienced significant adverse reactions or has a contraindication to empagliflozin<br>• Prescription is written by or in consultation with a cardiologist<br>• Patient is receiving appropriate guideline-directed medical therapy including the following: angiotensin-converting enzyme inhibitor (ACEI), angiotensin II receptor blocker (ARB), or angiotensin receptor neprilysin inhibitor (ARNI); beta blocker; and aldosterone antagonist, unless contraindicated or if the patient has experienced adverse effects or could not tolerate these therapies<br><br>Non-FDA-approved uses are not approved, including type 1 diabetes mellitus<br><br>Prior authorization does not expire. |
| • zavegepant nasal spray (Zavzpret)<br><br>**Migraine Agents oral CGRP** | Manual PA criteria apply to all new users of Zavzpret.<br><br>Manual PA criteria: Zavzpret is approved if all criteria are met:<br>• The patient is 18 years of age or older<br>• Medication is prescribed by or in consultation with neurologist<br>• Concurrent use with any other small molecule CGRP targeted medication (i.e., Nurtec ODT or Ubrelvy) is not allowed<br>• Patient has a diagnosis of acute treatment of migraine headache AND<br>• Patient has a contraindication to, intolerability to, or has failed a trial of BOTH of the following medications<br>  ▪ sumatriptan (Imitrex) nasal spray AND<br>  ▪ Nurtec ODT or Ubrelvy tabs<br><br>Non-FDA-approved uses are not approved.<br><br>PA expires after 6 months<br><br>Renewal Criteria: Note that initial TRICARE PA approval is required for renewal:<br>Coverage will be approved indefinitely for continuation of therapy if the following criteria is met<br>• Acute Treatment: Patient has a documented positive clinical response to therapy |
| **Newly Approved Drug Interim PAs for Completely Excluded Drugs** | |
| • sildenafil 10 mg/mL oral suspension (Liqrev)<br><br>**Pulmonary Arterial Hypertension (PAH): PDE 5 Inhibitor** | Interim Manual PA criteria apply to all users of sildenafil 10 mg/mL oral suspension (Liqrev)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br>• Provider acknowledges that Liqrev will be completely excluded from the TRICARE pharmacy benefit 120 days after the signing of the August 2023 DoD P&T Committee meeting minutes by the Director, DHA<br>• Provider acknowledges that generic sildenafil 10 mg/mL oral suspension (generic Revatio) is available to TRICARE beneficiaries<br>• Patient has diagnosis of World Health Organization (WHO) group 1 pulmonary arterial hypertension (PAH)<br>• Prescriber is cardiologist or pulmonologist<br>• Patient had a right heart catheterization<br>• Patient has documentation that patient had right heart catheterization that results confirm diagnosis of World Health Organization (WHO)Group 1 pulmonary arterial hypertension (PAH)<br>• Patient is not receiving other PDE-5 inhibitors, nitrates, or riociguat concomitantly<br>• Patient requires a liquid formulation due to swallowing difficulty<br>Non-FDA approved uses are NOT approved<br><br>PA does not expire (until complete exclusion status implementation) |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 932 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 93 of 64
AR2120

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| • trientine tetrahydrochloride tabs (Cuvrior)<br><br>**Binders-Chelators-Antidotes-Overdose Agents** | Interim Manual PA criteria apply to all users of Cuvrior tabs<br><br>Manual PA criteria:  Coverage is approved if all criteria are met:<br><br>• Provider acknowledges Cuvrior will be completely excluded from the TRICARE pharmacy benefit 120 days after the signing of the August 2023 DoD P&T Committee meeting minutes by the Director, DHA<br>• Provider acknowledges that generic trientine hydrochloride capsules are available without prior authorization<br>• Patient has tried and failed generic trientine hydrochloride capsules<br>• The provider must document why the patient cannot use generic trientine hydrochloride capsules<br>   ▪ Acceptable responses include that the patient has a contraindication/intolerance to an inactive ingredient in the generic trientine hydrochloride capsules<br><br>Non-FDA approved uses are NOT approved<br><br>PA does not expire (until complete exclusion status implementation) |
| • zolpidem 7.5 mg capsules (no brand name)<br><br>**Sleep Disorders: Insomnia Agents** | Interim Manual PA criteria apply to all users of zolpidem 7.5 mg capsules<br><br>Manual PA criteria:  Coverage is approved if all criteria are met:<br><br>• Provider acknowledges zolpidem 7.5 mg capsules will be completely excluded from the TRICARE pharmacy benefit 120 days after the signing of the August 2023 DoD P&T Committee meeting minutes by the Director, DHA<br>• Provider acknowledges that generic zolpidem IR 5 mg and 10 mg tabs, zolpidem ER 6.25 mg and 12.5 mg tabs, zaleplon 5 mg and 10 mg caps; and eszopiclone 1 mg, 2 mg and 3 mg tabs are available without requiring PA.  Please consider changing the prescription to one of these other products.<br>• The provider must provide a clinical rationale to document why the patient cannot take any of the drugs listed above, including zolpidem IR 5 mg and 10 mg tabs or zolpidem ER 6.25 mg or 12.5 mg tabs<br>   ▪ Acceptable responses include that the patient has tried and failed ALL of the following:  zolpidem IR 5 mg and 10 mg tabs; zolpidem ER 6.25 mg and 12.5 mg tabs; zaleplon 5 mg and 10 mg caps; and eszopiclone 1 mg, 2 mg and 3 mg tabs<br><br>Non-FDA approved uses are NOT approved<br><br>No refills allowed; new prescription is required for each fill until complete exclusion status implementation. |
| **Utilization Management New PAs** | |
| • prenatal MVI (Natal PNV)<br><br>**Vitamins: Prenatal** | Manual PA criteria applies to new and current users of prenatal MVI (Natal PNV).<br><br>Manual PA Criteria:  Azesco, Zalvit, Trinaz, Neonatal-DHA, Neonatal FE, Neonatal Complete, Neonatal Plus, or Natal PNV is approved if all criteria are met:<br><br>• The provider is aware and acknowledges that Prenatal Vitamins Plus Low I, Prenatal Plus, Preplus, Prenatal, Prenatal Vitamins, Prenatal Multi plus DHA, Prenatal Vitamin plus Low Iron, or Prenatal Plus DHA are the preferred products over Azesco, Zalvit, Trinaz, Neonatal-DHA, Neonatal FE, Neonatal Complete, Neonatal Plus, and Natal PNV.  The preferred vitamins listed above are covered without a PA for women who are under the age of 45 years and planning to become pregnant or who are pregnant.  Please consider changing the prescription to one of these agents.<br>• The provider must explain why the patient requires Natal PNV and cannot take one of the cost-effective formulary alternatives (fill-in blank)<br><br>Non-FDA-approved uses are NOT approved<br>Prior Authorization does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023

## Appendix C—Table of Prior Authorization (PA) Criteria

| Utilization Management Updated PAs | |
|---|---|
| • topiramate ER capsule sprinkle (Qudexy XR)<br>• topiramate ER capsule (Trokendi XR)<br><br>**Anticonvulsant and Anti-Mania** | **Updates from the August 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of topiramate ER capsule sprinkle (Qudexy XR) or topiramate ER capsule (Trokendi XR)<br><br>Manual PA criteria:  Qudexy XR or Trokendi XR are approved if all criteria are met:<br><br>• **The drug is prescribed by or in consultation with an adult or pediatric neurologist**<br>• **Patient has a diagnosis of one of the following:**<br>  ▪ **Epilepsy monotherapy**<br>    ○ **Qudexy XR:  For epilepsy monotherapy: Partial onset seizure or primary generalized tonic-clonic seizures in patients 2 years of age or older**<br>    ○ **Trokendi XR:  For epilepsy monotherapy: Partial onset seizure or primary generalized tonic-clonic seizures in patients 6 years or age or older**<br>  ▪ **Epilepsy adjunctive therapy**<br>    ○ **Qudexy XR:  Partial-onset seizures, primary generalized tonic clonic seizures, or seizures associated with Lennox-Gastaut Syndrome in patients 2 years of age and older**<br>    ○ **Trokendi XR:  For epilepsy adjunctive therapy: Partial-onset seizures, primary generalized tonic clonic seizures, or seizures associated with Lennox-Gastaut Syndrome in patients 6 years of age and older**<br>  ▪ **For Qudexy XR and Trokendi XR:  For Migraine: Preventive treatment of migraine in patients 12 years of age and older**<br>• ~~Partial onset seizure and 1° generalized tonic-clonic seizures in patients > 10 years~~<br>• ~~Lennox-Gastaut seizures in patients > 6 years for Trokendi XR and age > 2 years for Qudexy XR.~~<br>• ~~Adjunctive therapy for partial onset seizure or primary generalized tonic clonic seizure in patients 2 years of age or older (Qudexy XR) or 6 years and older (Trokendi XR).~~<br>• ~~Migraine prophylaxis in adults (Trokendi XR and Qudexy XR)~~<br>• Patient is required to try topiramate first, unless the following has occurred:<br>  ▪ Inadequate response not expected to occur with Qudexy XR or Trokendi XR<br>  ▪ Patient has contraindication or adverse reaction to a component of generic topiramate not expected to occur with Qudexy XR or Trokendi XR<br><br>Non-FDA-approved uses are not approved<br><br>Prior Authorization does not expire |
| • atogepant (Qulipta)<br><br>**Migraine Agents oral CGRP** | **Updates from the August 2023 meeting are in bold.**<br><br>**Note that there were no changes to the current Qulipta criteria for episodic migraine**<br><br>Manual PA criteria apply to all new users of Qulipta.<br><br>Manual PA criteria: Qulipta is approved if all criteria are met:<br>• Patient is 18 years of age or older<br>• Medication is prescribed by or in consultation with neurologist<br>• Concurrent use with any small molecule CGRP targeted medication (i.e., Ubrelvy, Nurtec ODT or another gepant) is not allowed<br>• **Patient has a diagnosis of chronic migraine OR**<br>• Patient has Episodic Migraine as defined by the following: |

|  |  |
|---|---|
|  | <ul><li>4 to 7 migraine days per month for 3 months AND has at least moderate disability shown by Migraine Disability Assessment (MIDAS) Test score > 11 or Headache Impact Test-6 (HIT-6) score > 50 OR</li><li>8 to 14 migraine days per month for 3 months</li></ul><ul><li>Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE drug from TWO of the following migraine prophylactic drug classes:<ul><li>Prophylactic antiepileptic medications: valproate, divalproic acid, topiramate</li><li>Prophylactic beta-blocker medications: metoprolol, propranolol, atenolol, nadolol, timolol</li><li>Prophylactic antidepressants: amitriptyline, duloxetine, nortriptyline, venlafaxine</li></ul></li><li>Patient has a contraindication to, intolerability to, or has failed a 2-month trial of at least ONE of the following CGRP injectable agents<ul><li>erenumab-aooe (Aimovig)</li><li>fremanezumab-vfrm (Ajovy)</li><li>galcanezumab-gnlm (Emgality)</li></ul></li></ul>Non-FDA-approved uses are not approved<br><br>Prior Authorization expires after 6 months<br><br><u>Renewal Criteria</u>: (Initial TRICARE PA approval is required for renewal)  Coverage will be approved indefinitely for continuation of therapy if one of the following apply:<ul><li>The patient has had a reduction in mean monthly headache days of ≥ 50% relative to the pretreatment baseline (as shown by patient diary documentation or healthcare provider attestation) OR</li><li>The patient has shown a clinically meaningful improvement in ANY of the following validated migraine-specific patient-reported outcome measures:<ul><li>Migraine Disability Assessment (MIDAS)<ul><li>Reduction of ≥ 5 points when baseline score is 11–20</li><li>Reduction of ≥ 30% when baseline score is > 20</li></ul></li><li>Headache Impact Test (HIT-6)<ul><li>Reduction of ≥ 5 points</li></ul></li><li>Migraine Physical Functional Impact Diary (MPFID)<ul><li>Reduction of ≥ 5 points</li></ul></li></ul></li></ul> |
| <ul><li>linaclotide (Linzess)</li></ul>**Gastrointestinal-2 Agents: CIC/IBS-C** | **Updates from the August 2023 meeting are in bold.**<br><br>Manual PA is required for all new users of Linzess.<br><br><u>Manual PA Criteria</u>: Linzess is approved if all criteria are met:<br><br>**Functional constipation (FC) in pediatric patients**<ul><li>**Patient is between the age of 6 to 17 years old**</li><li>**Patient has documented symptoms for >3 months**</li><li>**Patient has tried or has an intolerance or FDA-labeled contraindication to at least 2 of these agents:  lactulose, sorbitol, senna, bisacodyl, glycerin suppositories, or polyethylene glycol 3350)**</li></ul>Constipation-predominant irritable bowel syndrome (IBS-C)/Chronic Idiopathic Constipation (CIC)/Opioid Induced Constipation (OIC)<ul><li>Patient is 18 years of age or older</li><li>Patient has documented symptoms for ≥ 3 months</li><li>Patient has diagnosis of IBS-C or CIC or OIC in adults with chronic, non-cancer pain</li><li>Patient is currently taking an opioid if used for OIC</li></ul>Non-FDA-approved uses other than OIC are NOT approved |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 935 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 935 of 964
AR2123

|  | Prior authorization expires after 1 year |
|  | <u>Renewal PA Criteria</u>: Coverage will be approved for 1 year for continuation of therapy if: <br><br> • Patient has had improvement in constipation symptoms and <br> • Patient is not taking any of these agents concomitantly (Linzess, Amitiza, Trulance, Symproic, Relistor, or Movantik). |
| • Freestyle Libre 2 and 3 and Dexcom G6 and G7 <br><br> **CGM: Therapeutic Continuous Glucose Monitoring Systems** | **Updates from the August 2023 meeting are in bold** <br><br> Manual PA criteria apply to all new users of Abbott FreeStyle Libre 2 and 3 and Dexcom G6 and G7. <br><br> <u>Manual PA criteria</u>: Coverage is approved if all criteria are met: <br><br> • *Patients that have previously received a CGM under the medical benefit must still fill out prior authorization criteria* <br> • Patient has a diagnosis of diabetes <br> • Patient is using basal and prandial insulin injections; OR patient is using a continuous subcutaneous insulin infusion (i.e., insulin pump) OR patient is on insulin therapy with a history of severe hypoglycemia episodes requiring medical intervention (grade 2 or higher) <br> • Device is prescribed by an endocrinologist or diabetes management expert <br> ▪ Diabetes management expert is defined as: licensed independent practitioner experienced in the management of insulin dependent diabetics requiring basal and bolus dosing or a pump and familiar with the operation and reports necessary for proper management of continuous glucose monitoring systems. This is a self-certification. <br> • Documentation is required of all the following: <br> ▪ Diagnosis <br> ▪ Medication history <br> ▪ Completion of a comprehensive diabetes education program <br> ▪ Patient agrees to wear CGM as directed <br> ▪ Patient agrees to share device readings with managing healthcare professional for overall diabetes management <br> • Patient meets the age requirement (≥ two years if Dexcom G6 and Dexcom G7, ≥ **two** ~~four~~ years if FreeStyle Libre 2, or FreeStyle Libre 3) <br> • Provider and patient will assess the usage of self monitoring of blood glucose (SMBG) test strips with the goal of minimizing/discontinuing use <br><br> Initial PA Expiration: annual <br><br> Renewal expiration: annual <br><br> <u>Annual renewal criteria</u>: <br><br> • Confirm patient has seen endocrinologist or diabetes specialist within past year <br> • Patient has utilized CGM daily <br> • Provider and patient will assess the usage of self monitoring of blood glucose (SMBG) at every visit with the goal of minimizing/discontinuing use <br> • Patients with T2DM continue to require basal and prandial insulin injections daily <br> • Patient continues to share data with managing healthcare professional for the purposes of clinical decision making |

**Appendix C—Table of Prior Authorization (PA) Criteria**

| | |
|---|---|
| • upadacitinib (Rinvoq)<br><br>**Atopy Agents: Oral Janus Kinase Inhibitor (JAK-1)** | **Note that there were no changes to the current Rinvoq criteria for the other indications (RA, PsA, Ulcerative Colitis, Ankylosing Spondylitis, or Atopic Dermatitis – see the August 2022 P&T Committee meeting minutes for the full criteria)**<br><br>Manual PA apply to all new users of Rinvoq<br><br>Manual PA criteria: Coverage for Crohn's disease is approved if all criteria are met:<br><br>• **Provider acknowledges that Humira is the Department of Defense preferred targeted biologic agent for Crohn's disease**<br>• **The patient is 18 years of age or older**<br>• **The patient has moderately to severely active Crohn's disease**<br>• **Patient has had an inadequate response to Humira OR**<br>• **Patient has experienced an adverse reaction to Humira and that is not expected to occur with the requested agent OR**<br>• **Patient has a contraindication to Humira AND**<br><br>For all indications<br><br>• Patient has no evidence of active TB infection within the past 12 months<br>• Patient has no history of venous thromboembolic (VTE) disease<br>• Provider is aware of the FDA safety alerts AND Boxed Warnings<br>• Patient has no evidence of neutropenia (ANC < 1000)<br>• Patient has no evidence of lymphocytopenia (ALC < 500)<br>• Patient has no evidence of anemia (Hgb < 8)<br>• Patient is not taking Rinvoq concomitantly with other TIBs agents except for Otezla and other potent immunosuppressant's (e.g., azathioprine, cyclosporine)<br><br>Non-FDA-approved uses are not approved<br><br>**PA does not expire for Crohn's disease** |
| • olaparib (Lynparza)<br><br>**Oncological Agents: Ovarian Cancer** | **Updates from the August 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria applies to all new users of Lynparza.<br><br>Manual PA Criteria: Lynparza is approved if all criteria are met:<br><br>• Patient is 18 years of age or older<br>• Prescribed by or in consultation with a hematologist/oncologist or urologist<br>• Patient has a deleterious or suspected deleterious BRCA mutation as detected by an FDA-approved test *see prostate diagnosis below for exception*<br>• Lynparza will be prescribed as treatment for one of the following diagnoses:<br>    ▪ Recurrent or Stage IV Triple negative breast cancer<br>    ▪ Recurrent or Stage IV hormone receptor (+) (ER, PR, or both) HER2(-) breast cancer AND was either:<br>        – Previously treated with prior endocrine therapy OR<br>        – Was not an appropriate candidate for endocrine therapy<br>    ▪ Recurrent advanced ovarian cancers (platinum-sensitive or platinum resistant), fallopian tube or primary peritoneal cancers AND<br>        – Patient has received at least 3 prior lines of therapy AND<br>        – Lynparza will not be used as a single agent |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 937 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 937 of 64

AR2125

# Appendix C—Table of Prior Authorization (PA) Criteria

| | |
|---|---|
| | <ul><li>Deleterious or suspected deleterious germline or somatic homologous recombination repair (HRR) gene (e.g. BRCA, ATM)-mutated metastatic castration-resistant prostate cancer (mCRPC) who have progressed following prior androgen receptor-directed therapy ~~and taxane-based chemotherapy~~<ul><li>Of note, a patient does not require both a BRCA mutation and another separate HRR mutation; any HRR mutation satisfies requirement – this is an exception to the initial requirement that a patient have a BRCA mutation specifically</li></ul></li><li>**Deleterious or suspected deleterious BRCA-mutated (BRCAm) metastatic castration-resistant prostate cancer (mCRPC) in combination with abiraterone and prednisone or prednisolone**</li><li>Deleterious or suspected deleterious gBRCAm, (HER2)-negative, high-risk early breast cancer who have been treated with neoadjuvant or adjuvant chemotherapy</li></ul><ul><li>OR Lynparza will be prescribed as maintenance therapy for one of the following diagnoses:<ul><li>Platinum-sensitive, relapsed, epithelial ovarian cancer, fallopian tube or primary peritoneal cancer AND<ul><li>Patient has received 2 or more lines of platinum-based chemotherapy</li><li>Patient was in objective response (either complete or partial) to most recent treatment regimen</li><li>Lynparza will not be combined with bevacizumab (Avastin)</li></ul></li><li>Newly diagnosed, advanced, high-grade, epithelial ovarian cancer, fallopian tube or primary peritoneal cancer AND<ul><li>Patient has had a complete or partial response to primary therapy with a platinum-based therapy</li></ul></li><li>Metastatic pancreatic adenocarcinoma whose disease has not progressed on at least 16 weeks of a first-line platinum-based chemotherapy regimen OR</li></ul></li><li>The diagnosis is NOT listed above but is cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, the provider must list the diagnosis: _____.</li><li>Female patients are not pregnant or planning to become pregnant and will use highly effective contraception while taking Lynparza and for 6 months after the last dose</li><li>Female patients will not breastfeed during treatment and for at least 1 month after the cessation of treatment</li><li>Male patients will use effective contraception while taking Lynparza and for at least 3 months after cessation of therapy</li></ul>Other non-FDA-approved uses are NOT approved<br>PA does not expire |
| <ul><li>dabrafenib (Tafinlar)</li></ul>**Oncological Agents** | **Updates from the August 2023 meeting are in bold**<br><br>Manual PA criteria applies to all new users of Tafinlar<br><u>Manual PA criteria:</u> Coverage will be approved if:<ul><li>Utilized as a single agent for treatment of unresectable or metastatic melanoma with BRAF V600E or BRAF V600K mutation</li><li>Combination use with trametinib (Mekinist) in the treatment of unresectable or metastatic melanoma with BRAF V600E or BRAF V600K mutations OR</li><li>In combination with trametinib (Mekinist), for the treatment of patients with metastatic non-small cell lung cancer (NSCLC) with BRAF V600E mutation</li></ul> |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 938 of 964
AR2126

| | |
|---|---|
| | • Combination with trametinib (Mekinist) for locally advanced or metastatic anaplastic thyroid cancer with BRAF V600E mutation with no satisfactory locoregional treatment options |
| | • **In combination with trametinib (Mekinist), for the treatment of pediatric patients 1 year of age and older with low-grade glioma (LGG) with a BRAF V600E mutation who require systemic therapy** |
| | • Patient is not on concurrent encorafenib (Braftovi), binimetinib (Mektovi), vemurafenib (Zelboraf), nor cobimetinib (Cotellic) |
| | • The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____. |
| | Non-FDA-approved uses are not approved |
| | PA Does not expire |
| • trametinib (Mekinist) **Oncological Agents** | **Updates from the August 2023 meeting are in bold** |
| | Manual PA criteria apply to all new users of Mekinist. |
| | <u>Manual PA criteria</u>: Mekinist is approved if all criteria are met: |
| | • Treatment (alone or in combination with dabrafenib [Tafinlar]) of unresectable or metastatic melanoma with BRAF-V600E or BRAF-V600K mutation; OR |
| | • In combination with dabrafenib (Tafinlar), for the treatment of patients with metastatic non-small cell lung cancer (NSCLC) with BRAF V600E mutation |
| | • For the treatment of adult and pediatric patients 6 years of age and older with unresectable or metastatic solid tumors with BRAF V600E mutation who have progressed following prior treatment and have no satisfactory alternative treatment options |
| | • **In combination with dabrafenib (Tafinlar), For the treatment of pediatric patients 1 year of age and older with low-grade glioma (LGG) with a BRAF V600E mutation who require systemic therapy** |
| | • Coverage not approved as a single agent in patients who have received prior BRAF inhibitor therapy |
| | • Combination with dabrafenib (Tafinlar) for locally advanced or metastatic anaplastic thyroid cancer with BRAF V600E mutation with no satisfactory locoregional treatment options |
| | • Patient is not on concurrent encorafenib (Braftovi), binimetinib (Mektovi), vemurafenib (Zelboraf), nor cobimetinib (Cotellic) |
| | • The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____. |
| | Non-FDA-approved uses are not approved |
| | Prior Authorization does not expire |
| • avapritinib (Ayvakit) **Oncological Agents** | **Updates from the August 2023 meeting are in bold.** |
| | Manual PA criteria apply to all new users of avapritinib (Ayvakit). |
| | <u>Manual PA criteria</u>: Ayvakit is approved if all criteria are met: |
| | • Patient is 18 years of age or older |
| | • Must be prescribed by or in consultation with a hematologist/oncologist |
| | • Patient has: |
| | ▪ Pathologically confirmed unresectable or metastatic GIST harboring a platelet-derived growth factor receptor alpha (PDGFRA) exon 18 mutation with or without the D842V mutation OR |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 939 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 939 of 964

AR2127

# Appendix C—Table of Prior Authorization (PA) Criteria

<table>
<tr>
<td></td>
<td>
<ul>
<li>Advanced systemic mastocytosis (includes patients with aggressive systemic mastocytosis, systemic mastocytosis with an associated hematologic neoplasm, and mast cell leukemia) OR</li>
<li>**Indolent Systemic Mastocytosis (ISM) with a platelet count ≥ 50 x 10⁹/L**</li>
</ul>

- Provider agrees to monitor for intracranial bleeding and other central nervous system (CNS) adverse effects
- The diagnosis IS NOT listed above but IS cited in the National Comprehensive Cancer Network (NCCN) guidelines as a category 1, 2A, or 2B recommendation. If so, please list the diagnosis: _____.
- Female patients of childbearing age are not pregnant confirmed by (-) HCG
- Female patients will not breastfeed during treatment and for at least 2 weeks after the cessation of treatment
- Both male and female patients of childbearing potential agree to use effective contraception during treatment and for at least 6 weeks after the cessation of therapy

Other Non-FDA-approved uses are not approved

Prior authorization does not expire
</td>
</tr>
<tr>
<td>
<ul>
<li>sarilumab (Kevzara)</li>
</ul>

**Targeted Immunomodulatory Biologics**
</td>
<td>
**Note that there were no changes to the current Kevzara criteria for RA – see the August 2017 P&T Committee meeting minutes for the full criteria**

Manual PA criteria apply to all new users of Kevzara

<u>Manual PA criteria</u>: Kevzara is approved for Polymyalgia Rheumatica if all criteria are met:

- **Patient is 18 years of age or older**
- **Kevzara is prescribed by or in consultation with a rheumatologist**
- **Patient has tried and/or failed ONE systemic corticosteroid; OR the patient is not a candidate for corticosteroid therapy**
- Patient does not have platelets less than 150,000/mm3 or liver transaminases above 1.5 times upper limit of normal (UNL)
- Patient has evidence of a negative TB test result in the past 12 months (or TB is adequately managed)
- Patient will not be receiving other targeted immunomodulatory biologics with Kevzara, including but not limited to the following: Actemra, Cimzia, Cosentyx, Enbrel, Humira, Ilumya, Kineret, Olumiant, Orencia, Otezla, Remicade, Rituxan, Siliq, Simponi, Stelara, Taltz, Tremfya, Xeljanz or Xeljanz XR

Non-FDA-approved uses are not approved

**Prior authorization for PMR expires after 12 months**

<u>Renewal Criteria for PMR:</u> **(Initial TRICARE PA approval is required for renewal) Kevzara will be approved indefinitely if:**

- **The patient has had a positive response to therapy**
</td>
</tr>
<tr>
<td>
<ul>
<li>risdiplam (Evrysdi)</li>
</ul>

**Neurological Agents Miscellaneous**
</td>
<td>
**Updates from the August 2023 meeting are in bold and strikethrough.**

Manual PA criteria applies to all new users of risdiplam (Evrysdi).

<u>Manual PA Criteria</u>: Evrysdi is approved if all criteria are met:

- The drug is prescribed by a pediatric or adult neurologist
- Patient has genetic confirmation of homozygous deletion or compound heterozygosity predictive of loss of function of the SMN1 gene (documentation required)
</td>
</tr>
</table>

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023

|  |  |
|---|---|
|  | • Patient has confirmation of at least two SMN2 gene copies (documentation required) |
|  | • Patient has a confirmed diagnosis of Spinal Muscular Atrophy Types 1, 2, or 3 (Fill-in-the-blank) |
|  | • Female patients of childbearing age are not pregnant confirmed by (-) HCG |
|  | • Female patients of childbearing potential have been counseled to use effective contraception during treatment and for at least 1 month after the cessation of therapy |
|  | • Male patients of reproductive potential are counseled about the potential effects on fertility |
|  | • ~~Patient does not have evidence of hepatic impairment~~ |
|  | • Patient does not have permanent ventilator dependence |
|  | • Patient does not have complete paralysis of all limbs |
|  | • Evrysdi will not be used concurrently with Spinraza (nusinersen injection for intrathecal use) |
|  | • Patient weight must be documented (Fill-in-the-blank) – (Any answer acceptable) |
|  | • Patient dose in total mg/day and mg/kg per day must be documented (Fill-in-the-blank) |
|  | • The dose must be 0.2 mg/kg if the patient is 2 months to < 2 years of age; OR 0.25 mg/kg for patients ≥ 2 years of age who weigh < 20 kg; OR 5 mg for patients ≥ 2 years of age who weigh ≥ 20 kg |
|  | Non-FDA-approved uses are not approved |
|  | Prior authorization expires in 6 months |
|  | Renewal criteria: (Initial TRICARE PA approval is required for renewal) |
|  | • According to the prescriber, the patient's level of disease has improved or stabilized to warrant continuation on Evrysdi as determined by an objective measurement and/or assessment tool and/or clinical assessment of benefit. (documentation required) |
|  | Renewal criteria expires in 1 year. |
| • avacopan (Tavneos)<br><br>**Hematological Agents** | **Updates from the August 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to new users of Tavneos.<br><br><u>Manual PA criteria</u>: Tavneos is approved initially for 6 months if all criteria are met:<br><br>• Patient is 18 years of age or older<br><br>• The medication is prescribed by or in consultation with a rheumatologist<br><br>• Patient has a documented diagnosis of granulomatosis with polyangiitis (GPA) (Wegener's) and microscopic polyangiitis (MPA)<br><br>• Patient meets one of the following criteria (either a or b):<br>  ▪ a. Positive ELISA test for anti-proteinase-3 (PR-3)<br>  ▪ b. Positive ELISA test for anti-myeloperoxidase (MPO)<br><br>• ~~Patient has documentation of baseline Birmingham vasculitis activity score (BVAS), with at least one of the following criteria (at least a, b, or c):~~<br>  ▪ ~~a. At least 1 major item (i.e. gangrene, scleritis/episcleritis, hearing loss, massive hemoptysis/alveolar hemorrhage, respiratory failure, ischemic abdominal pain, rise/fall in serum creatinine, meningitis, CVA);~~ |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 941 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 94 of 64

AR2129

| | |
|---|---|
| | • ~~b. At least 3 non-major items;~~<br>• ~~c. At least 2 renal items of proteinuria and hematuria~~<br><br>• Patient has experienced or has a high probability to experience significant adverse effect from prednisone<br><br>• Tavneos is prescribed in combination with cyclophosphamide or rituximab, unless clinically significant adverse effects are experienced or both cyclophosphamide or rituximab are contraindicated<br><br>Non-FDA-approved used are not approved including Immunoglobulin A nephropathy, Hidradenitis suppurativa, acne inversa, and C3 Glomerulopathy (C3G)<br><br>Prior Authorization expires after 6 months<br><br>Renewal criteria (Initial TRICARE PA approval required for renewal) Coverage will be approved indefinitely for continuation of therapy if one of the following apply:<br><br>• Patient has responded positively to therapy as evidenced by **a reduction in symptoms** ~~at least a 50% reduction in BVAS from baseline~~ or remission ~~(BVAS of zero)~~ AND<br><br>If request is for a dose increase, new dose does not exceed 60 mg (2 tabs) per day |
| • adalimumab (Humira)<br><br>**Targeted Immunomodulatory Biologics: Tumor Necrosis Factor Inhibitors** | **Updates from the August 2023 meeting are in bold and strikethrough.**<br><br>Manual PA criteria apply to all new users of adalimumab (Humira)<br><br>Manual PA criteria: Coverage is approved if all criteria are met:<br><br>• If patient is less than 18 years old coverage is provided for moderate to severe polyarticular juvenile idiopathic arthritis or moderate to severe Crohn's disease<br><br>    ▪ If indication is moderate to severe moderate to severe polyarticular juvenile idiopathic arthritis patient must be greater than or equal to 2 years old<br><br>    ▪ If indication is moderate to severe Crohn's disease patient must be greater than or equal to 6 years old **AND must have had an inadequate response to non-biologic systemic therapy (For example: methotrexate, aminosalicylates [such as, sulfasalazine, mesalamine], corticosteroids, immunosuppressants [such as, azathioprine], etc. unless they have fistulizing Crohn's disease**<br><br>• If patient is greater than or equal to 18 years old coverage is provided for moderately to severely active rheumatoid arthritis, moderate to severe Crohn's disease, moderate to severe chronic plaque psoriasis where patient is candidate for systemic or phototherapy or when other systemic therapies are medically less appropriate, psoriatic arthritis, ankylosing spondylitis, moderate to severe ulcerative colitis, and hidradenitis suppurativa<br><br>    ▪ If indication is moderate to severe chronic plaque psoriasis OR moderate to severe Crohn's disease OR moderate to severe ulcerative colitis then patient must have had an inadequate response, intolerance, or contraindication to non-biologic systemic therapy. (For example: methotrexate, aminosalicylates [e.g., sulfasalazine, mesalamine], corticosteroids, immunosuppressants [e.g., azathioprine, cyclosporine], acitretin, or phototherapy) etc. unless they have fistulizing Crohn's disease<br><br>    ▪ If indication is ankylosing spondylitis has patient must have had inadequate response to at least two NSAIDs over a period of at least 2 months<br><br>• Patient has not had case of worsening congestive heart failure (CHF) and new onset CHF has been not been reported with TNF blockers, including Humira. |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 942 of 980

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 943 of 964

AR2130

| | |
|---|---|
| | • Patient had evidence of negative TB test in the past 12 months (or TB is adequately managed)<br><br>• Patient is not receiving other targeted immunomodulatory biologics with Humira, including but not limited to the following: certolizumab (Cimzia), etanercept (Enbrel), golimumab (Simponi), infliximab (Remicade), apremilast (Otezla), ustekinumab (Stelara), abatacept (Orencia), anakinra (Kineret), tocilizumab (Actemra), tofacitinib (Xeljanz/Xeljanz XR), rituximab (Rituxan), secukinumab (Cosentyx), ixekizumab (Taltz), brodalumab (Siliq), sarilumab (Kevzara), guselkumab (Tremfya), baricitinib (Olumiant), tildrakizumab (Ilumya), risankizumab (Skyrizi), or upadacitinib (Rinvoq ER)?<br><br>Non-FDA approved uses are NOT approved<br><br>PA does not expire |
| **Previously Completely Excluded Drugs That Are Returned to NF Status PA Criteria** | |
| • baclofen oral granules (Lyvispah)<br><br>**Skeletal Muscle Relaxants & Combinations** | Manual PA criteria apply to all new users of baclofen oral granules (Lyvispah)<br><br>Manual PA criteria: baclofen oral granules are approved if all criteria are met:<br><br>• Baclofen will be used for spasticity<br>• Patient requires baclofen and cannot use the tablet formulation due to some documented medical condition – dysphagia, systemic sclerosis, etc. and not due to convenience<br><br>Non-FDA-approved uses are not approved<br>Prior authorization does not expire |

Appendix C—Table of Prior Authorization (PA) Criteria
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 943 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 943 of 964

**AR2131**

# Appendix D—Table of Quantity Limits (QL)

| Drug / Drug Class | Quantity Limits |
|---|---|
| • fecal microbiota spores, live-brpk (Vowst)<br><br>**Gastrointestinal-2 Agents: Miscellaneous** | ▪ Retail/MTF/Mail: 1 treatment course per fill |
| • sodium oxybate ER packets for oral suspension (Lumryz)<br><br>**Sleep Disorders: Wakefulness Promoting Agents** | ▪ Retail/MTF/Mail: 30-day supply |
| • zavegepant (Zavzpret)<br><br>**Migraine Agents** | ▪ Retail: 6 bottles/30 days<br>▪ MTF and Mail Order:18 bottles/90 days |
| • **Self-Monitoring Blood Glucose Test Strips (all products)** | **Changes from the August 2023 meeting are outlined in bold (no changes made to the QL; changes made to the override criteria)**<br>▪ Retail Network: 100 strips/30-day supply<br>▪ Mail Order and MTF: 300 strips/90-day supply<br><br>Override criteria include the following situations:<br>▪ receiving insulin<br>▪ using an insulin pump<br>▪ gestational diabetes<br>▪ requires more frequent testing due to endocrine disorders (e.g., insulinoma, endogenous hyperinsulinism, non-islet cell tumor)<br>▪ history of poorly-controlled blood glucose levels with history of adverse outcomes (e.g., ketoacidosis or hypoglycemic episode) requiring medical intervention<br>▪ **Patient is not using a continuous blood glucose monitoring (CGM) system, unless a clinical explanation is provided:** _____ **(write-in)** |

**Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)**

| Generic (Trade) Name UF Class | Comparators | Dosage Form/ Dosing | Indications | Adverse Events (Aes) | Clinical Summary | Recommendation |
|---|---|---|---|---|---|---|
| atropine sulfate ophthalmic solution<br><br>**Ophthalmic Miscellaneous: Mydriatics** | • cyclopentolate 1%<br>• Isopto Atropine 1%<br>• Cyclomydril 0.2%-1%<br>• tropicamide 1% | Formulation<br>• 1% ophthalmic solution<br><br>Dosing<br>• 1 drop in affected eye 40 minutes prior to max dilation time | • Mydriasis<br>• Cycloplegia<br>• Penalization of the healthy eye in the treatment of amblyopia | • eye pain<br>• blurred vision<br>• photophobia<br>• superficial keratitis<br>• decreased lacrimation<br>• drowsiness<br>• increased heart rate and blood pressure | • Preservative-free formulation of atropine sulfate ophthalmic solution<br>• No new clinical studies; approved via 505(b)(2)<br>• Atropine sulfate is available generically as a 1% ophthalmic solution and a 1% ophthalmic ointment, however they contain the preservative benzalkonium chloride in multi-dose dropper bottles<br>• Provides no compelling clinical advantage over existing agents | • UF<br>• Add to EMMPI List |
| deutera-benazine XR tabs (Austedo XR)<br><br>**Neurological Agents Misc: Movement Disorder** | • deutetrabenazine (Austedo)<br>• tetrabenazine (Xenazine)<br>• valbenazine (Ingrezza) | Formulation<br>• 6, 12, 24 mg tab<br><br>Dosing<br>• 12 mg QD<br>• Max 48 mg/day | • Treatment of Chorea associated with Huntington's disease<br>• Treatment of Tardive dyskinesia | $\geq 8\%$<br>• somnolence<br>• fatigue<br>• diarrhea<br>• dry mouth<br>$\geq 4\%$<br>• insomnia<br>• nasopharyngitis | • extended-release formulation of deutetrabenazine (Austedo)<br>• Approval via 505(b)(2) with no new clinical data<br>• Similar half-life and clearance to Austedo<br>• Provides another treatment option for Huntington's Chorea and Tardive dyskinesia | • UF<br>• Do not add to EMMPI List |
| fecal microbiota spores, live - brpk caps (Vowst)<br><br>**GI-2 Agents: Misc** | • fecal microbiota live (Rebyota) (medical benefit)<br>• bezlotoxumab (Zinplava) (medical benefit) | Formulation<br>• capsules<br><br>Dosing<br>• 4 caps daily x 3 consecutive days | • Prevent the recurrence of *Clostridioides difficile* infection (CDI) in individuals 18 years of age and older following antibacterial treatment for recurrent CDI | $\leq 5\%$<br>• abdominal distension<br>• fatigue<br>• constipation<br>• chills<br>• diarrhea | • Fecal microbiota spores to prevent the recurrence of *Clostridioides difficile* infection (CDI)<br>• Phase 3 study demonstrated 88% of patients were recurrence free at 8 weeks following treatment vs. placebo with a sustained effect up to 24 weeks<br>• Most common adverse effects are abdominal distension, fatigue, constipation, chills and diarrhea<br>• Rebyota must be administered by a healthcare provider and needs to be kept in an ultracold freezer while Vowst can be kept at room temperature and self-administered<br>• No head-to-head studies with Rebyota and Vowst<br>• Vowst provides another treatment option to prevent the recurrence of CDI | • UF<br>• Do not add to EMMPI List |

Case 2:25-cv-00041-M-RN   Document 75-1   Filed 12/05/25   Page 945 of 980

| | Formulation / Dosing | Indication | Adverse Effects | Comments | Recommendation |
|---|---|---|---|---|---|
| • fezolinetant (Veozah) | Formulation • 45 mg tab  Dosing • 45 mg daily | • Treatment of moderate to severe vasomotor symptoms (VMS) due to menopause | ≥2% • abdominal pain • diarrhea • insomnia • back pain • hot flush • hepatic transaminase elevation | • 1st neurokinin 3 receptor antagonist for treatment of moderate to severe VMS due to menopause<br>• Although Veozah demonstrated statistically significant improvements in VMS frequency and severity vs. placebo, it only met MCID for one of the two studies on VMS severity, and it did not reach MCID for improvement in VMS frequency or for improvement in MENQoL<br>• Overall, it is well tolerated; however, there are warnings for elevations in serum transaminases, and lab monitoring at baseline, 3, 6, and 9 months is recommended<br>• Not studied against other VMS medications and no long-term data beyond 1 year<br>• NAMS 2023 guidelines give Veozah a level 1 recommendation along with other non-hormonal options: SSRIs/SNRIs and gabapentin<br>• ICER rates the net health benefit of Veozah vs. no treatment as "promising but inconclusive" due to modest benefits observed in trials and uncertainty about long-term benefits and safety<br>• Provides another non-hormonal option for vasomotor symptoms in women who are not candidates for menopausal hormone therapy | • UF<br>• Add to EMMPI List |
| **Gynecological Agents Misc** | | | | | |
| • estradiol & Medroxyprogesterone tab<br>• paroxetine caps (Brisdelle) | | | | | |

| | Formulation / Dosing | Indication | Adverse Effects | Comments | Recommendation |
|---|---|---|---|---|---|
| • Leniolisib (Joenja) | Formulation • 70 mg tab  Dosing • 70 mg BID | • Treatment of activated phosphoinositide 3-kinase delta (PI3Kδ) syndrome (APDS) in patients 12 years of age and older and ≥45 kg | ≥10% • headache • sinusitis • atopic dermatitis | • Specialty, orphan drug for the treatment of activated phosphoinositide 3-kinase delta syndrome (APDS) in adult and pediatric patients 12 years of age and older<br>• Single phase 3 study demonstrated statistically significantly reduction of lymphadenopathy and an increase in naïve B cells compared to placebo after 12 weeks<br>• Generally well tolerated, with most common AE reported as atopic dermatitis, headache and sinusitis<br>• Joenja provides another treatment option for this rare primary immunodeficiency disorder | • UF<br>• Do not add to EMMPI list |
| **Immunological Agents Misc** | | | | | |
| • N/A | | | | | |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 946 of 980

| | | | | | |
|---|---|---|---|---|---|
| • omaveloxolone (Skyclarys)<br><br>**Neurological Agents Misc** | • N/A | Formulation<br>• 50 mg cap<br><br>Dosing<br>• 150 mg BID | • Treatment of Friedreich's Ataxia in adults and adolescents aged 16 and older | ≥20%<br>• ↑ liver enzymes<br>• headache<br>• nausea<br>• abdominal pain<br>• fatigue<br>• diarrhea<br>• musculoskeletal pain | • Specialty, orphan drug for the treatment of Friedreich's Ataxia in adults and adolescents 16 years and older<br>• Phase 2 study demonstrated statistically significant improvement in modified Friedreich's Ataxia scale (mFARS) scores vs. placebo<br>• Most common adverse effects are reversible transaminitis, headache, nausea, abdominal pain, fatigue, diarrhea, MSK pain<br>• Skyclarys provides a pharmacologic treatment option for this rare disorder | • UF<br>• Do not add to EMMPI list |
| • perfluorohexyloctane ophthalmic (Miebo)<br><br>**Ophthalmic: Dry Eye Agents** | • cyclosporine 0.05% unit dose<br>• Cequa 0.09%<br>• Xiidra 5%<br>• Eysuvis 0.05% | Formulation<br>• ophthalmic solution<br><br>Dosing<br>• 1 drop OU QID | • Treatment of the signs and symptoms of dry eye disease | • Blurred vision | • Ophthalmic semifluorinated alkane indicated<br>• Miebo is the first and only product that was specifically studied in patients with meibomian gland disorder (MGD)-related dry eye disease<br>• Two phase 3 studies demonstrated statistically significant improvement in change from baseline to Week 8 in total corneal fluorescein staining (tCFS) score and eye dryness score vs. saline<br>• Adverse reactions with Miebo are mostly mild to moderate in nature<br>• Miebo was not studied in patients with dry eye disease not due to MGD<br>• Cequa, Restasis, Tyrvaya, and Xiidra are effective in treating dry eye disease, regardless of presence of MGD<br>• No head-to-head studies with other agents for dry eye disease<br>• Provides an alternative to other products for dry eye disease | • NF<br>• Add to EMMPI List |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023

Page 56 of 64

**AR2135**

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 947 of 980

# Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| Drug | Formulation/Dosing | Indication | Side Effects | Comments | Recommendation |
|---|---|---|---|---|---|
| • sildenafil 10 mg/mL oral suspension (Liqrev) **Pulmonary Arterial Hypertension: PDE 5 Inhibitor** | • sildenafil tab • Addirca tab • Revatio oral susp • Tadliq oral susp | Formulation • 10 mg/ml oral susp  Dosing • 20 mg PO TID | • Treatment of pulmonary arterial hypertension, WHO Group I, in adults to improve exercise ability and delay clinical worsening | • headache • dyspepsia • flushing • pain in limb • myalgia • back pain • diarrhea | • Another formulation of sildenafil • No new clinical studies; approved via 505(b)(2) application • Sildenafil powder for oral suspension (Revatio) is now generic, and in the same concentration as Liqrev ▪ FDA-approved for patients as young as 1 year of age, as well as adults ▪ Once reconstituted requires refrigeration, with a shelf-life of 60 days; grape flavored • Sildenafil oral suspension (Liqrev) ▪ Only approved in adults ▪ Can be stored at room temperature; shelf-life of 90 days once opened; strawberry flavored • Tadalafil 20 mg/5 mL oral suspension (Tadliq) is NF, and allows for an alternative formulation for children other than sildenafil • Provides no compelling clinical advantage over existing agents | • Complete Exclusion |
| • sodium oxybate extended release packets for oral suspension (Lumryz) **Sleep Disorders: Wakefulness Promoting Agents** | • Xyrem • Xywav | Formulation • 4.5 g, 6 g, 7.5 g, 9 g packets for extended-release oral suspension  Dosing • 4.5 g QHS; max 9 g/night | • Treatment of cataplexy or excessive daytime sleepiness in adults with narcolepsy | ≥5% • nausea • dizziness • enuresis • headache • vomiting | • Specialty, schedule III, extended-release formulation of sodium oxybate • Phase 3 study demonstrated statistically significant improvement for all three primary endpoints compared to placebo; these endpoints assessed mean sleep latency on a Maintenance of Wakefulness Test, Clinical Global Impression-Improvement and average weekly number of cataplexy attacks • Adverse reactions with Lumryz are mostly mild to moderate; however Lumryz carries a black box warning for CNS depression and abuse/misuse requiring REMS monitoring • Provides an additional treatment option for cataplexy or excessive daytime sleepiness in adults with narcolepsy | • NF • Do not add to EMMPI list |

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 948 of 980

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| Drug | Formulary alternatives | Formulation / Dosing | Indication | Side effects | Clinical rationale | Recommendation |
|---|---|---|---|---|---|---|
| • sotagliflozin (Inpefa)<br><br>**Diabetes Non-Insulin: Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitors** | • Jardiance tab<br>• Steglatro tab<br>• Farxiga tab<br>• Invokana tab | Formulation<br>• 200 mg tab<br>• 400 mg tab<br><br>Dosing<br>• 200 – 400 mg daily | • Reduce the risk of cardiovascular death, hospitalization for heart failure, and urgent heart failure visit in adults with heart failure or type 2 diabetes, chronic kidney disease and other cardiovascular risk factors | ≥5%<br>• UTI<br>• volume depletion<br>• diarrhea<br>• hypoglycemia | • SGLT2/SGLT-1 inhibitor<br>• Although was only studied in pts with T2DM, the FDA-approved indication does not limit tx to diabetics<br>• Two phase 3 studies demonstrated a 33% (SOLOIST-WHF) and 26% (SCORED) decreased risk for the composite endpoint of hospitalization for heart failure, urgent visits for heart failure and CV mortality versus placebo<br>• Primary composite endpoint results were driven by the reduction in HF hospitalization, which has been seen with numerous other HF drugs (empagliflozin, dapagliflozin, sacubitril/valsartan, ARBs)<br>• No effect seen on rate of decline in CKD progression<br>• Neither trial was sufficiently powered for cardiovascular death alone, since both trials ended prematurely owing to loss of funding at the onset of the Covid-19 pandemic<br>• Advertised as an "SGLT2 inhibitor for cardiologists"<br>• Does not have a glycemic control indication for T2DM<br>• Provides no compelling advantage over the other SGLT-2 inhibitors | • NF non-step-preferred<br>• Add to EMMPI list |
| • zolpidem 7.5 mg capsules<br><br>**Sleep Disorders: Insomnia** | • zolpidem tab<br>• zolpidem ER tab<br>• zaleplon<br>• eszopiclone | Formulation<br>• 7.5 mg cap<br><br>Dosing<br>• 7.5 mg QHS | • Short-term treatment of transient insomnia | • headache<br>• drowsiness<br>• dizziness<br>• diarrhea | • Zolpidem tartrate capsules are not recommended for geriatric patients<br>• The capsule cannot be opened and must be swallowed whole<br>• No new clinical studies; approved via 505(b)(2)<br>• Provides no compelling clinical advantage over existing agents | • Complete Exclusion |

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023

Page 58 of 64

AR2137

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 949 of 980

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)

| | | | | | |
|---|---|---|---|---|---|
| trientine tetra-HCl (Cuvrior)<br><br>**Binders-Chelators-Antidotes-Overdose Agents** | • trientine hydrochloride<br>• penicillamine | Formulation<br>• 300 mg tab<br><br>Dosing<br>• 300 – 3000 mg in divided doses | • Treatment of adult patients with stable Wilson's disease who are de-coppered and tolerant to penicillamine | ≥5%<br>• abdominal pain<br>• change of bowel habits<br>• rash<br>• alopecia<br>• mood swings | • New salt formulation of trientine HCl<br>• Phase 3 study demonstrated non-inferiority to penicillamine via mean difference in non-ceruloplasmin copper levels<br>• Trientine has fewer side effects than penicillamine<br>• Trientine hydrochloride must be refrigerated and has a max dose 2 grams per day while Cuvrior can be kept at room temperature and has a max dose of 3 grams per day<br>• Trientine hydrochloride should be used when continued primary/maintenance treatment with penicillamine is no longer possible because of intolerable or life endangering side effects<br>• Cuvrior should be used in maintenance treatment in patients who are tolerant to penicillamine<br>• Provides no compelling clinical advantage over existing agents | • Complete Exclusion |
| zavegepant nasal spray (Zavzpret)<br><br>**Migraine Agents** | • Ubrelvy<br>• Nurtec ODT<br>• Sumatriptan NS | Formulation<br>• 10 mg nasal spray<br><br>Dosing<br>• 10 mg PRN; Max 10 mg/day | • Acute treatment of migraine with or without aura in adults | ≥2%<br>• dysgeusia<br>• nausea<br>• nasal discomfort<br>• vomiting | • Zavzpret is a calcitonin gene-related peptide (CGRP) antagonist for the acute treatment of migraine with or without aura in adults<br>• Two studies demonstrated statistically significant findings in freedom from pain and freedom from the most bothersome symptoms (MBS) at 2 hours post-dose vs. placebo<br>• Adverse effects were mild to moderate in nature<br>• Zavzpret is an additional treatment option available for the acute treatment of migraine | • NF<br>• Do not add to EMMPI list |

Page 59 of 64
AR2138

Appendix E—Formulary Recommendations for Newly Approved Drugs per 32 CFR 199.21(g)(5)
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 950 of 980

**Table 1: Mail Order Status of Medications Designated Formulary or Nonformulary with implementation the first Wednesday 2 weeks after signing of the minutes**

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program; if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| August 2023 | **Newly Approved Pharmaceutical Agents per 32 CFR 199.21(g)(5)**<br><br>***Designated UF***<br>- atropine sulfate ophthalmic solution 1% (Bausch & Lomb)<br><br>***Designated NF***<br>*No reason to exempt from NF-2-Mail requirement, similar agents are already on list, and pending final cost:*<br>- perfluorohexyloctane ophthalmic solution (Miebo)<br>- sotagliflozin (Inpefa)<br><br>**Drug Class Reviews**<br><br>**Luteinizing Hormone-Releasing Hormone (LHRH) Agonists-Antagonists** *(Note: LHRH agonists/antagonists are already designated as generally suitable for inclusion on the EMMPI program)*<br><br>***Designated UF***<br>   **Prostate Cancer subclass**<br>   *Remains on EMMPI program*<br>- leuprolide acetate injection (Lupron Depot, Cipla unbranded product) all strengths<br>- leuprolide acetate SQ (Eligard)<br>- leuprolide mesylate injection (Camcevi)<br>- relugolix (Orgovyx)<br>   *Added to contingent list (based on cost effectiveness and operational considerations) in May 2023*<br>- degarelix SC injection (Firmagon)<br>   **Endometriosis/Fibroid subclass**<br>   *Remains on EMMPI program*<br>- leuprolide acetate injection (Lupron Depot) all strengths<br>   *Added to the EMMPI program*<br>- elagolix/estradiol/norethindrone (Oriahnn)<br>- relugolix/estradiol/norethindrone (Myfembree) | **Drug Class Reviews**<br><br>**White Blood Cell Stimulants: Filgrastims and Pegfilgrastims**<br><br>***Designated UF***<br>*Acute or limited duration of use*<br>- tbo-filgrastim (Granix)<br>- filgrastim-aafi (Nivestym)<br>- filgrastim-sndz (Zarxio)<br>- pegfilgrastim-jmdb (Fulphila)<br>- pegfilgrastim-pbbk (Fylnetra)<br>- pegfilgrastim-apgf (Nyvepria)<br>- pegfilgrastim-fpgk (Stimufend)<br>- pegfilgrastim-cbqv (Udenyca),<br>- pegfilgrastim-bmez (Ziextenzo)<br><br>***Designated NF***<br>*Acute or limited duration of use exception*<br>- filgrastim (Neupogen)<br>- filgrastim-ayow (Releuko)<br>- pegfilgrastim (Neulasta, Neulasta OnPro)<br><br>**Newly Approved Pharmaceutical Agents per 32 CFR 199.21(g)(5)**<br><br>**Designated UF**<br>*Acute or limited duration of use*<br>- fecal microbiota spores, live-brpk (Vowst)<br>- fezolinetant (Veozah)<br><br>*Not yet clear if feasible to provide through Mail*<br>- deutetrabenazine (Austedo XR)<br>- leniolisib (Joenja)<br>- omaveloxolone (Skyclarys)<br><br>**Designated NF**<br><br>*Acute or limited duration of use exception*<br>- zavegepant (Zavzpret)<br><br>*Not yet clear if feasible to provide through mail*<br>- sodium oxybate extended-release oral suspension (Lumryz) |

Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 951 of 980

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 951 of 964
AR2139

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program; if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| August 2023 | **Central Precocious Puberty subclass**<br>*Remains on EMMPI program:*<br>• leuprolide acetate depot injection (Lupron Depot Ped)<br>• leuprolide acetate SC injection (Fensolvi)<br><br>***Designated NF***<br>**Endometriosis/Fibroid subclass**<br>*No reason to exempt from NF-2-Mail requirement, remains on list:*<br>• elagolix 150 mg & 200 mg tabs (Orilissa) | |

\* The Expanded Military Treatment Facility (MTF)/Mail Pharmacy Initiative (EMMPI) implements 10 USC 1074g(a)(9), which requires beneficiaries generally to fill non-generic prescription maintenance medications at MTFs or the national mail order pharmacy.

Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 952 of 980    Page 95 of 64

AR2140

**Table 2: Mail Order Status of Medications Designated Formulary or Nonformulary with an Implementation Date Contingent on Cost Effectiveness & Operational Considerations**

| DoD P&T Meeting | ADD to the Select Maintenance List (if Formulary, Add to EMMPI Program; if NF, NOT Exempted from Mail Order Requirement) | Do NOT Add to the Select Maintenance List (if Formulary, Do Not Add to EMMPI Program; if NF, Exempted from Mail Order Requirement) |
|---|---|---|
| August 2023 | **Newly Approved Pharmaceutical Agents per 32 CFR 199.21(g)(5)**<br><br>**Designated NF**<br>*No reason to exempt from NF-2-Mail requirement, similar agents are already on list:*<br>• somapacitan-beco injection (Sogroya)<br><br>**Drug Classes Designated by the P&T Committee as Generally Suitable for Inclusion**<br>*Specific agents listed within subclasses are those most likely to be feasible at mail order)*<br><br>**Designated UF**<br>• Oncological Agents: Colorectal Cancer<br>   • trifluridine/tipiracil (Lonsurf)<br>• Oncological Agents: Renal Cell Carcinoma<br>   • axitinib (Inlyta)<br>   • cabozantinib s-malate (Cabometyx)<br>   • lenvatinib (Lenvima)<br>   • pazopanib (Votrient)<br><br>• Breast Cancer Agents: Cyclin Dependent Kinase Inhibitors<br>   • abemaciclib (Verzenio)<br>   • palbociclib (Ibrance)<br>   • ribociclib (Kisqali)<br>   • ribociclib/letrozole (Kisqali Femara Co-Pack) | |

\* The Expanded Military Treatment Facility (MTF)/Mail Pharmacy Initiative (EMMPI) implements 10 USC 1074g(a)(9), which requires beneficiaries generally to fill non-generic prescription maintenance medications at MTFs or the national mail order pharmacy.

Appendix F—Mail Order Status of Medications Designated Formulary or Nonformulary
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 953 of 980     Page 953 of 964

AR2141

**Appendix G—Implementation Dates for UF Recommendations/Decisions**

**Implementation Dates for UF Recommendations/Decisions***

**Upon signing:** October 30th, 2023

**Two weeks after signing:** November 15th, 2023

**30 days after Signing:** December 6th, 2023

**60 days after signing:** January 3rd, 2024

**90 days after signing:** January 31st, 2024

**120 days after signing:** February 28th, 2024

**\* Note that implementation occurs the first Wednesday following "X" days after signing of the minutes in all points of service.**

Appendix G—Implementation Dates for UF Recommendations/Decisions
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 954 of 980    Page 963 of 64

AR2142

**Appendix H—Completely Excluded Agents and Therapeutic Alternatives\***

| P&T Committee Meeting Date | Drug Class | Complete Excluded Products | Formulary Alternatives | Implementation |
|---|---|---|---|---|
| August 2023 | PAH: PDE-5 inhibitors | • sildenafil 10 mg/mL oral suspension (Liqrev) | • sildenafil tabs<br>• sildenafil 10 mg/mL oral suspension (generic Revatio)<br>• tadalafil oral suspension (Tadliq) | • 120 days |
| August 2023 | Binders Chelators Antidotes | • trientine tetrahydrochloride tabs (Cuvrior) | • trientine hydrochloride caps<br>• penicillamine | • 120 days |
| August 2023 | Sleep Disorders: Insomnia Agents | • zolpidem 7.5 mg caps | • zolpidem IR 5 mg, 10 mg tabs<br>• zolpidem ER 6.25 mg, 12.5 mg tabs<br>• zaleplon 5 mg and 10 mg caps<br>• eszopiclone 1 mg, 2 mg and 3 mg tabs | • 120 days |

\*The P&T Committee may recommend complete exclusion of any pharmaceutical agent from the TRICARE pharmacy benefits program the Director determines provides very little or no clinical effectiveness relative to similar agents. All TRICARE complete exclusion agents that are not eligible for cost-sharing were reviewed for clinical and cost-effectiveness in accordance with amended 32 CFR 199.21(e)(3) effective December 11, 2018. The Final Rule was published June 3, 2020 and is available at https://www.federalregister.gov/documents/2020/06/03/2020-10215/tricare-pharmacy-benefits-program-reforms.

Drugs recommended for complete exclusion will not be available at the MTFs or Mail Order points of service. Beneficiaries will be required to pay the full out-of-pocket cost for the complete exclusion agents at the Retail points of service.

The first complete exclusion products were designated at the February 2019 P&T Committee meeting, with implementation occurring on August 28, 2019. For a cumulative listing of all completely excluded agents to date, refer to previous versions of the DoD P&T Committee quarterly meeting minutes, found on the heatlh.mil website.

Appendix H—Completely Excluded Agents and Therapeutic Alternatives
Minutes & Recommendations of the DoD P&T Committee Meeting August 2-3, 2023
Page 990 of 64

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 955 of 980

AR2143

# EXECUTIVE SUMMARY

**Uniform Formulary Beneficiary Advisory
Panel Meeting September 27, 2023**

**For the August 2023 DoD Pharmacy and Therapeutics
Committee Meeting**

The Uniform Formulary Beneficiary Advisory Panel (UF BAP) convened at 10:00 A.M. EDT on September 27, 2023 via teleconference. The current meeting took place over 2 hours. The information presented included the recommendations from the August 2023 DoD Pharmacy and Therapeutics Committee (P&T) meeting.

The detailed meeting information is found starting on page 11.

## UNIFORM FORMULARY (UF) DRUG CLASS REVIEWS

I. **UF CLASS REVIEWS— LUTEINIZING HORMONE-RELEASING HORMONE (LHRH) AGONISTS-ANTAGONISTS—PROSTATE CANCER, ENDOMETRIOSIS AND FIBROIDS, AND CENTRAL PRECOCIOUS PUBERTY SUBCLASSES**

### A. LHRH Agonists-Antagonists—UF Recommendations

*Prostate Cancer Subclass*

- UF and step-preferred
  - Eligard SC
  - Firmagon SC
- UF and non-step-preferred
  - Lupron Depot
  - leuprolide acetate depot IM 22.5 mg vial (no brand name)
  - Camcevi
  - Orgovyx
  - Note that as part of this recommendation a trial of Eligard SC is required before Lupron Depot 7.5 mg, 22.5 mg, 30 mg, 45 mg, leuprolide acetate (no brand name) 22.5 mg and Camcevi 42 mg.
  - Note that as part of this recommendation a trial of Eligard SC or Firmagon SC is required before Orgovyx tablets.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 956 of 980

AR2144

- NF
  - None
- Complete exclusion
  - None

*Endometriosis and Fibroids Subclass*
- UF
  - Lupron Depot
  - Oriahnn
  - Myfembree
- NF
  - Orilissa
- Complete exclusion
  - None

*Central Precocious Puberty Subclass*
- UF
  - Lupron Depot-Ped
  - Fensolvi-Ped
- NF
  - None
- Complete exclusion
  - None

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8        Non-Concur: 0        Abstain: 0        Absent: 0**

**B. LHRH Agonists-Antagonists—Manual PA Criteria**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- Concur: 8   Non-Concur: 0   Abstain: 0   Absent: 0

C. **LHRH Agonists-Antagonists—Tier 1 (generic) Copay for Eligard SC and Fensolvi-Ped SC**

    *Summary of Panel Questions and Comments*

    There were no questions or comments from the Panel.

- Concur: 8   Non-Concur: 0   Abstain: 0   Absent: 0

D. **LHRH Agonists-Antagonists—UF, PA, Tier 1 Copay and Implementation Plan of an effective date of 60 days**

    *Summary of Panel Questions and Comments*

    There were no questions or comments from the Panel.

- Concur: 8   Non-Concur: 0   Abstain: 0   Absent: 0

II. **UF CLASS REVIEWS—WHITE BLOOD CELL STIMULANTS—FILGRASTIMS AND PEGFILGRASTIMS**

    A. **White Blood Cell Stimulants—UF Recommendations**

    *Filgrastims*
- UF and step-preferred
  - Granix
  - Nivestym
  - Zarxio
- NF and non-step-preferred
  - Neupogen
  - Releuko
  - Note that as part of this recommendation a trial of Granix, Nivestym and Zarxio are required before Neupogen or Releuko.
- Complete exclusion

- None

*Pegfilgrastims*

- UF and step-preferred
  - Fulphila
  - Fylnetra
  - Nyvepria
  - Stimufend
  - Udenyca
  - Ziextenzo
- NF and non-step-preferred
  - Neulasta
  - Neulasta OnPro
  - Note that as part of this recommendation a trial of Udenyca, Fulphila, Ziextenzo, Nyvepria, Fylnetra, and Stimufend is required before Neulasta and Neulasta OnPro.
- Complete exclusion
  - None

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8      Non-Concur: 0      Abstain: 0      Absent: 0**

**B. White Blood Cell Stimulants—Manual PA Criteria**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8      Non-Concur: 0      Abstain: 0      Absent: 0**

**C. White Blood Cell Stimulants—Tier 1 Copay**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  7      Non-Concur: 0      Abstain: 0    Absent:  1**

### D.  White Blood Cell Stimulants—Safety Net/Rapid Response Program

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  7      Non-Concur: 0      Abstain: 0    Absent:  1**

### E.  White Blood Cell Stimulants—UF, PA, Tier 1 Copay, Safety Net/Rapid Response Program and Implementation Plan of 90 days

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  7      Non-Concur: 0      Abstain: 0    Absent:  1**

## III.    NEWLY APPROVED DRUGS PER 32 CFR 199.21(g)(5)

### A.  Newly Approved Drugs Per 32 CFR 199.21(g)(5)—UF/NF/Complete Exclusion Recommendations

- UF
  - atropine sulfate 1% ophthalmic solution
  - Austedo XR
  - Vowst
  - Veozah
  - Joenja
  - Skyclarys

- NF
  - Miebo
  - Lumryz
  - Sogroya
  - Inpefa
  - Zavzpret
- Complete Exclusion
  - Liqrev
  - Cuvrior
  - zolpidem tartrate 7.5 mg capsules

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  8        Non-Concur: 0        Abstain: 0        Absent: 0**

**B.  Newly Approved Drugs Per 32 CFR 199.21(g)(5)—PA Criteria for Austedo XR, Vowst, Veozah, Joenja, Skyclarys, Miebo, Lumryz, Sogroya, Inpefa, Zavzpret, and interim manual PA criteria for Liqrev, Cuvrior and zolpidem 7.5 mg capsules**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  8        Non-Concur: 0        Abstain: 0        Absent: 0**

**C.  Newly Approved Drugs Per 32 CFR 199.21(g)(5)—UF/NF/Complete Exclusion, and PA Implementation Plan of two weeks for the drugs recommended for UF or NF status, and 120 days after signing of the minutes for the drugs recommended for completely excluded**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  8        Non-Concur: 0        Abstain: 0        Absent: 0**

## IV. UTILIZATION MANAGEMENT—NEW MANUAL PA CRITERIA FOR NEWLY APPROVED DRUGS NOT SUBJECT TO 32 CFR 199.21(g)(5)

### A. New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)

The P&T Committee recommended new manual PA criteria for Natal PNV tablets.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

### B. New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21 (g)(5) Implementation Plan of 60 days

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

## V. UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR NEW FDA-APPROVED INDICATIONS

### A. Updated PA Criteria for New FDA-Approved Indications

The P&T Committee evaluated updates to the PA Criteria for Qudexy XR, Trokendi XR, Qulipta, Linzess, Freestyle Libre 2 and 3, Rinvoq, Lynparza, Tafinlar, Mekinist, Ayvakit, and Kevzara due to new FDA-approved indications.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

**B. Updated PA Criteria for New FDA-Approved Indications and Implementation Plan of 60 days**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8      Non-Concur: 0      Abstain: 0      Absent: 0**

## VI.      UTILIZATION MANAGEMENT—UPDATED PA CRITERIA FOR REASONS OTHER THAN NEW INDICATIONS AND IMPLEMENTATION PLAN

**A. Updated PA Criteria for Reasons other than New Indications for Evrysdi, Tavneos, and Humira**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8      Non-Concur: 0      Abstain: 0      Absent: 0**

**B. Updated PA Criteria for Reasons other than New Indications Implementation Plan of 60 days**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8      Non-Concur: 0      Abstain: 0      Absent: 0**

## VII.      BRAND OVER GENERIC AUTHORIZATION AND TIER 1 COPAY FOR DABIGATRAN (PRADAXA) CAPSULES

**A. Brand over generic authorization and Tier 1 Copay for Dabigatran (Pradaxa) Capsules**

*Summary of Panel Questions and Comments*

Case 2:25-cv-00041-M-RN      Document 75-1      Filed 12/05/25      Page 963 of 980

AR2151

There were no questions or comments from the Panel.

- **Concur:  8      Non-Concur: 0      Abstain: 0      Absent: 0**

 

    **B.  Brand over generic authorization and Tier 1 Copay for Dabigatran (Pradaxa) Capsules Implementation Plan of 60 days**

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  8      Non-Concur: 0      Abstain: 0      Absent: 0**

 

## VIII.     COMPLETELY EXCLUDED DRUGS:  ANNUAL REVIEW AND UF RECOMMENDATION AND IMPLEMENTATION PLAN

The P&T Committee recommended returning baclofen oral granules (Lyvispah) to the formulary, designated as nonformulary (Tier 3 copay), with an implementation date in all points of service of the first Wednesday 2 weeks after signing of the minutes and applying the same prior authorization to Lyvispah as is currently in place for baclofen oral solution (Ozobax) and baclofen oral suspension (Fleqsuvy).

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur:  8      Non-Concur: 0      Abstain: 0      Absent: 0**

 

## IX.     SECTION 703, NATIONAL DEFENSE AUTHORIZATION ACT (NDAA) FOR FISCAL YEAR (FY) 2008 AND IMPLEMENTATION PLAN

The P&T Committee recommended NF status and Pre-Authorization Criteria for Sivextro and Xenleta, with an implementation effective date of two weeks after signing of the minutes for 703 noncompliant NDCs.

*Summary of Panel Questions and Comments*

There were no questions or comments from the Panel.

- **Concur: 8**     **Non-Concur: 0**     **Abstain: 0**     **Absent: 0**

*Director, DHA:*
_____ The comments outlined above were taken under consideration prior to my final decision.

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 965 of 980

**AR2153**

# Uniform Formulary Beneficiary Advisory Panel
Virtual Meeting Summary Minutes
September 27, 2023

**Panel Members Present**
- Mr. Jon Ostrowski, Non-Commissioned Officer Association, Chair
- Dr. Karen Dager, PharmD, Health Net Federal Services
- Ms. Holly Dailey, the Association of the United States Army
- Dr. Joseph McKeon, MD, Humana Military
- Dr. Betsaida Guzman, PharmD, Veterans of Foreign Wars
- Ms. Amanda Meyers, Military Officers Association of America (MOAA)
- Dr. Jennifer Soucy, PharmD, U.S. Family Health Plan, Martins Point Services
- Ms. Patricia Orfini, RN, National Military Family Association

**Acting Designated Federal Officer (Non-Voting):** COL Paul Carby

**DHA HQ and Pharmacy Operations Division Participants (Non-Voting)**
- Dr. John Kugler, Division Chief, J-6; DoD P&T Committee Chair
- CDR Scott Raisor, Chief, P&T Section POD FMB
- Maj Angelina Escano, MC POD FMB
- CDR Elizabeth Hall POD FMB
- CDR Giao Phung, POD FMB
- LT Stephanie Klimes, POD FMB
- Angela Allerman, PharmD, BCPS, POD FMB
- Shana Trice, PharmD, BCPCS, FMB
- CAPT Phung Nguyen, Alternate DFO UF BAP, POD
- Ms. Megan Gemunder Office of General Counsel

**Agenda** is found starting on page 17.

- Panel Discussion

*The Uniform Formulary Beneficiary Advisory Panel (UF BAP) members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered before making a final UF decision.*

September 27, 2023 Uniform Formulary Beneficiary Advisory Panel Meeting Minutes for the
August 2023 DoD P&T Committee Meeting
Page 11 of 65

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 966 of 980

AR2154

## Opening Remarks

COL Carby introduced himself as the Designated Federal Officer (DFO) for the Uniform Formulary Beneficiary Advisory Panel (UF BAP). The Panel has convened to comment on the recommendations of the DoD Pharmacy and Therapeutics (P&T) Committee meeting, which occurred on August 2nd and 3rd, 2023.

COL Carby then indicated Title 10, United States, (U.S.C.) section 1074g, subsection b requires the Secretary of Defense to establish a DoD Uniform Formulary (UF) of pharmaceutical agents and establishes the P&T committee to review the formulary on a periodic basis to make additional recommendations regarding the formulary as the committee determines necessary and appropriate.

In addition, 10 U.S.C. Section 1074g, subsection c, also requires the Secretary to establish a UF BAP Panel to review and comment on the development of the Uniform Formulary. The Panel includes members that represent non-governmental organizations and associations that represent the views and interests of a large number of eligible covered beneficiaries. The Panel's comments must be considered by the Director of the Defense Health Agency (DHA) before establishing the UF or implementing changes to the UF. The Panel's meetings are conducted in accordance with the Federal Advisory Committee Act (FACA).

COL Carby then outlined the duties of the UF BAP Panel include the following:

- To review and comment on the recommendations of the P&T Committee concerning the establishment of the UF and to subsequently recommend changes. Comments to the Director, DHA, regarding recommended formulary status, and the effective dates for changing drugs from "formulary" to "non-formulary" status must be reviewed by the Director before making a final decision.

- To hold quarterly meetings in an open forum. The Panel may not hold meetings except at the call of or with the advance approval of the DFO in consultation with the Chairperson of the Panel.

- To prepare minutes of the proceeding and prepare comments for the Secretary or his designee regarding the Uniform Formulary or changes to the Formulary. The minutes will be available on the website and comments will be prepared by the Director, DHA.

The DFO provided guidance regarding this meeting.

- The role of the UF BAP is to comment on the UF recommendations made by the P&T Committee at their last meeting. While the DoD appreciates that the UF BAP may be interested in the drug classes selected for review, drugs recommended for the basic core formulary (BCF) or specific pricing date, these topics do not fall under the purview of the UF BAP.

September 27, 2023 Uniform Formulary Beneficiary Advisory Panel Meeting Minutes for the August 2023 DoD P&T Committee Meeting

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 967 of 980    Page 12 of 65

AR2155

- The P&T Committee met for approximately 14 hours conducting its reviews of the drug class recommendations that will be presented today. Since this meeting is considerably shorter, the Panel will not receive the same extensive information that is presented to the P&T Committee members. However, the UF BAP will receive an abbreviated version of each presentation and its discussion. The materials provided to the Panel are available on the TRICARE website.

- Detailed minutes of this meeting are being prepared. The UF BAP meeting minutes, the DoD P&T Committee meeting minutes, and the Director's decisions will be available on the TRICARE website in approximately four to six weeks, however depending on a potential government shutdown the timeline could change.

The DFO provided a few ground rules for conduct during the virtual meeting:

- Audience participation is limited to private citizen comments received in writing prior to the meeting.

- Participants will be joined in a LISTEN MODE only.

- To ensure that there are not disruptions to discussion and as a precaution, please mute your phones.

*Panel and Presenter Guidance*
- When asking or responding to questions:
  - Panel members are asked to state their name prior to asking your questions.
  - Presenters or anyone responding to a question are asked to state their name prior to responding.
  - The meeting is being recorded. Please speak clearly.
- Members of the Formulary Management Branch and the P&T Committee are available to answer questions related to the UF BAP's deliberations. Should a misstatement be made, these individuals may interrupt to ensure the minutes accurately reflect relevant facts, regulations, or policy.

COL Carby introduced the individual Panel members (see list above) and noted house-keeping considerations.

Written comments were forwarded to the Panel for their review and consideration from the two manufacturers, and are included on pages 62 to 65.

1. Lexicon Pharmaceuticals

2. Sumitomo Pharma America, Inc

September 27, 2023 Uniform Formulary Beneficiary Advisory Panel Meeting Minutes for the
August 2023 DoD P&T Committee Meeting
Page 13 of 65

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 968 of 980

AR2156

The meeting was handed over to the Panel Chair Mr. Ostrowski for his opening remarks.

**Chairman's Opening Remarks**
Mr. Ostrowski welcomed all panel members and attendees participating today.

**CDR Raisor's Opening Remarks**
The meeting then proceeded with comments from CDR Raisor, a PHS pharmacist, who thanked the panel for the involvement today and stated that the Panels' voices were critical today. He then introduced the team speaking *(see list above)*.

CDR Raisor then continued with his opening remarks, stating that the DoD Formulary Management Branch supports the DoD P&T Committee by conducting the relative clinical effectiveness analyses and relative cost effectiveness analyses of the drugs and drug classes under review and consideration by the DoD P&T Committee for the Uniform Formulary.

The goal of this presentation is not to provide you with the same in-depth analyses presented to the DoD P&T Committee, but a summary of the processes and analyses presented to the DoD P&T Committee.

The full presentations then started. Following some of the sections the DoD P&T Committee physician perspective was provided by Dr. John Kugler and is included starting on page 15. The information starting on page 20 includes the full meeting information.

**Closing Remarks**
Mr. Ostrowski thanked the Panel members, the presenters, COL Carby and his staff for the presentations, and stated he is looking forward to these changes.

COL Carby closed the meeting by acknowledging the commitment from the Panel members who help improve the pharmacy benefit. He expressed his warmest thanks to everyone who provide our service members, families and veterans with a quality benefit.

The Meeting Adjourned at 11:00 AM EDT.

I hereby certify that, to the best of my knowledge, the foregoing minutes are accurate and complete.

Jon R.
Ostrowski

Digitally signed by Jon R.
Ostrowski
Date: 2023.10.01
19:24:04 -04'00'

Jon R. Ostrowski
*Chairperson, UFBAP*

September 27, 2023 Uniform Formulary Beneficiary Advisory Panel Meeting Minutes for the
August 2023 DoD P&T Committee Meeting
Page 14 of 65

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 969 of 980

AR2157

**DoD P&T Committee Physician Perspective**

Dr. John Kugler's comments on the formulary recommendations followed selected individual sections and are outlined below:

**Drug Class Reviews**

**Luteinizing Hormone-Releasing Hormone (LHRH) Agonists-Antagonists—Prostate Cancer, Endometriosis and Fibroids, and Central Precocious Puberty Subclasses**

- The class has not previously been reviewed for formulary status, however several of the drugs were individually reviewed as innovators. Three drugs, Camcevi, Orgovyx and Fensolvi, will move from NF to UF status. The one drug that is currently designated as NF (Orlissa) will remain NF.

- For the prostate cancer subclass, there were several updates made to the PAs. New PAs were recommended for Lupron Dept and leuprolide acetate, and changes were made for Camcevi. However, these PAs were simplified, including removing the age requirement and also standardizing the language.

- For Orgovyx, it will move from NF to UF status, along with updates to the PA. Based on feedback from providers and a review of the data, patients will only have to try one product first (either Eligard or Firmagon). Overall, the PA changes will expand access to the drug. The changes only apply to new users, so patients currently receiving Orgovyx will be able to stay on therapy.

- There were no changes to the PAs currently in place for the products used for endometriosis, and PA was not recommended for the precocious puberty drugs.

- There are no PAs required for either Eligard or Firmagon. The Tier 1 copay will apply to Eligard, which will benefit patients who are using the Mail Order or Retail pharmacies, as they will see a decrease in their copay. The Tier 1 copay was also recommended for one of the precocious puberty drugs, Fensolvi.

- One thing to mention is that the formulary recommendations do not affect inpatient or in-clinic use for the injectable products. The recommendations were all unanimous, and there was no controversy.

**White Blood Cell Stimulants—Filgrastims and Pegfilgrastims**

- There are 13 drugs in the class including several biosimilars. The P&T Committee has recognized biosimilars as highly therapeutically interchangeable. Additionally, providers have stated that clinically there is no reason to choose one product over another for either of the two subclasses.

- For the formulary recommendation, there will now be an increased number of step-preferred biosimilars available from both subclasses. This will allow for potential

September 27, 2023 Uniform Formulary Beneficiary Advisory Panel Meeting Minutes for the
August 2023 DoD P&T Committee Meeting

Page 15 of 65

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 970 of 980

AR2158

shortage situations and will provide several options for prescribers to choose from. The step-therapy recommendation will also allow any new market entrants to be placed UF, if they are cost effective.

- The Neulasta Onbody injector (Neulasta Onpro) will move to NF status. The PA criteria do account for patients who are unable to give themselves injections, including those with dexterity issues. Additionally, this product can be applied and programmed in the clinic setting, with the patient sent home wearing the device. The formulary recommendation for outpatient dispensing will not affect this type of clinic use.

- The Committee recommended the Tier1 copay for 3 products in the class (Granix, Nivestym and Stimufend). From a regulatory aspect, biosimilars are not generic, so the only mechanism to have the generic copay apply is with the P&T Committee designating the lower copay.

- Because of the step therapy requirements, and also since these drugs are used in patients undergoing chemotherapy, the class will be part of the Safety Net program at ESI. Patients who submit a prescription but receive a reject and don't have a subsequent prescription fill will receive outreach.

## Newly Approved Drugs

- For the new drugs, all the drugs designated as NF fall into classes where we have already done a class review, and PA recommendations are in line with the previous reviews.

- Some of the products that were made NF are in classes where there is an existing clinically and cost effective step-preferred product. Examples of this include for the growth hormone drug and the SGLT-2 inhibitor. The PAs here require use of the step-preferred products first.

- For Inpefa, it is the 5th product on the market that has an SGLT-2 inhibitor as part of its mechanism. It does have an additional mechanism, however there are no head-to-head trials with the other SGLT-2 inhibitors to show that this drug has a better efficacy or safety profile. Heart failure guidelines in the U.S. and Europe recommend an SGLT-2 inhibitor, but do not prefer any one drug over another. Jardiance is the preferred drug for the MHS, it does not require a PA, and has more FDA-approved indications, including a new indication for chronic kidney disease which was granted on September 22nd, 2023.

- For the drugs recommended for complete exclusion, provider input was received which did not find a therapeutic niche for the products. Several other formulary alternatives are available. As we have done in the past for the completely excluded drugs, temporary PA criteria will be in place, to help inform providers of the upcoming formulary change. Patients will be notified by letter of the change.

September 27, 2023 Uniform Formulary Beneficiary Advisory Panel Meeting Minutes for the
August 2023 DoD P&T Committee Meeting
Page 16 of 65

Case 2:25-cv-00041-M-RN     Document 75-1     Filed 12/05/25     Page 971 of 980

AR2159

*AGENDA*

**Uniform Formulary Beneficiary Advisory Panel (UF BAP)**
*For the August 2023 DoD Pharmacy and Therapeutics Committee Meetings*
*September 27, 2023 at 10:00 AM Eastern Daylight Saving Time*

*Virtual Meeting*

➢ **Administrative Meeting: 9:00 AM – 9:45 AM Eastern Daylight Saving Time (General session starts at 10:00 AM Eastern Daylight Saving Time)**

➢ **Roll Call**

➢ **Therapeutic Class Reviews**

*Members of the DHA Pharmacy Operations Division (POD) Formulary Management Branch (FMB) will present relative clinical and cost-effective analyses along with the DoD Pharmacy & Therapeutics Committee (P&T) recommendations for the Uniform Formulary (UF) and any recommended complete exclusion candidates.*

*The P&T Committee made recommendations for the following drugs/drug classes during the August 2023 meeting:*

    ➢ **Drug Class Reviews**

- *Luteinizing Hormone-Releasing Hormone (LHRH) Agonists-Antagonists – Prostate Cancer, Endometriosis and Fibroids, and Central Precocious Puberty subclasses*

- *White Blood Cell Stimulants – Filgrastims and Pegfilgrastims*

    ➢ **Newly Approved Drugs per 32 CFR 199.21(g)(5)**

- *atropine sulfate 1% ophthalmic solution – Ophthalmic Miscellaneous: Mydriatics*

- *deutetrabenazine extended-release tabs (Austedo XR) – Neurological Agents Miscellaneous: Movement Disorders*

- *fecal microbiota spores, live-brpk capsules (Vowst) – Gastrointestinal-2 Agents Miscellaneous*

- *fezolinetant (Veozah) – Gynecological Agents Miscellaneous*

- *leniolisib (Joenja) – Immunological Agents Miscellaneous*

- *omaveloxolone (Skyclarys) – Neurological Agents Miscellaneous*

- *perfluorohexyloctane 1.338 g/mL ophthalmic solution (Miebo) – Ophthalmic: Dry Eye Agents*

- *sildenafil 10 mg/mL oral suspension (Liqrev) – Pulmonary Arterial Hypertension (PAH): PDE 5 Inhibitor*

- *sodium oxybate extended-release packets for oral suspension (Lumryz) – Sleep Disorders: Wakefulness Promoting Agents*

- *somapacitan-beco injection (Sogroya) – Growth Stimulating Agents*

- *sotagliflozin (Inpefa) – Diabetes Non-Insulin: Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitors*

- *trientine tetrahydrochloride tablets (Cuvrior) – Binder-Chelators-Antidotes-Overdose*

- *zavegepant nasal spray (Zavzpret) – Migraine Agents*

- *zolpidem tartrate 7.5 mg capsules – Sleep Disorders: Insomnia*

- ➢ **Utilization Management Issues**

  - **New Manual PA Criteria for Newly Approved Drugs Not Subject to 32 CFR 199.21(g)(5)**

    - *Vitamins: Prenatal—Prenatal Multivitamin (Natal PNV)*

  - **Prior Authorization Criteria—Updated PA Criteria for New FDA-Approved Indications**

    - *Anticonvulsant and Anti-Mania:  topiramate ER capsule sprinkle (Qudexy XR) and topiramate ER capsule (Trokendi XR)*

    - *Migraine Agents:  CGRP Antagonists Oral Agents Subclass—atogepant (Qulipta)*

    - *Gastrointestinal-2 Agents:  CIC/IBS-C—linaclotide (Linzess)*

    - *CGM: Therapeutic Continuous Glucose Monitoring Systems—Freestyle Libre 2 and 3*

    - *Atopy Agents:  Oral Janus Kinase Inhibitor (JAK-1)—upadacitinib (Rinvoq)*

    - *Oncological Agents:  Ovarian Cancer—olaparib (Lynparza)*

    - *Oncological Agents—dabrafenib (Tafinlar) and trametinib (Mekinist)*

    - *Oncological Agents—avapritinib (Ayvakit)*

    - *Targeted Immunomodulatory Biologics (TIBs)—sarilumab (Kevzara)*

  - **Prior Authorization Criteria—Updated PA Criteria for Reasons Other Than New Indications**

    - *Neurological Agents Miscellaneous—risdiplam (Evrysdi)*

    - *Hematological Agents—avacopan (Tavneos)*

    - *Targeted Immunomodulatory Biologics: Tumor Necrosis Factor Inhibitors—adalimumab (Humira)*

- ➢ **Brand Over Generic PA Authorization and Tier 1 Copay**
  - ◆ *dabigatran (Pradaxa) Capsules*
- ➢ **Completely Excluded Drugs:  Annual Review**
- ➢ **Drugs Subject to Section 703 National Defense Authorization Act (NDAA) for Fiscal Year 2008**
  - • *tidezolid (Sivextro)*
  - • *lefamulin (Xenleta)*

- ➢ **Panel Discussions**

*The Uniform Formulary Beneficiary Advisory Panel members will have the opportunity to ask questions to each of the presenters. Upon completion of the presentation and any questions, the Panel will concur or non-concur on the recommendations of the P&T Committee concerning the establishment of the UF and subsequent recommended changes. The Panel will provide comments on their vote as directed by the Panel Chairman. Comments to the Director, DHA, or their designee will be considered.*

INFORMATION FOR THE UNIFORM FORMULARY
BENEFICIARY ADVISORY PANEL MEETING SEPTEMBER 27, 2023

## I. UNIFORM FORMULARY REVIEW PROCESS

Under 10 United States Code § 1074g, as implemented by 32 Code of Federal Regulations 199.21, the Department of Defense (DoD) Pharmacy and Therapeutics (P&T) Committee is responsible for developing the Uniform Formulary (UF). Recommendations to the Director, Defense Health Agency (DHA) or their designee, on formulary or complete exclusion status, prior authorizations (PAs), pre-authorizations, and the effective date for a drug's change from formulary to nonformulary (NF) or complete exclusion status are received from the Beneficiary Advisory Panel (BAP), which must be reviewed by the Director or their designee before making a final decision.

## II. UF DRUG CLASS REVIEWS—LUTEINIZING HORMONE-RELEASING HORMONE (LHRH) AGONISTS-ANTAGONISTS—PROSTATE CANCER, ENDOMETRIOSIS AND FIBROIDS, AND CENTRAL PRECOCIOUS PUBERTY SUBCLASSES

### P&T Comments

**A. Luteinizing Hormone-Releasing Hormone (LHRH) Agonists-Antagonists—Prostate Cancer, Endometriosis and Fibroids, and Central Precocious Puberty Subclasses—Relative Clinical Effectiveness Conclusion**

The P&T Committee evaluated the relative clinical effectiveness of the Luteinizing Hormone-Releasing Hormone (LHRH) Agonist-Antagonists. The class has three subclasses organized by labeled indications: Prostate Cancer, Endometriosis and Fibroids, and Central Precocious Puberty.

There are a total of 12 products in the class, however several contain the same active ingredient, leuprolide acetate. The drugs are administered via intramuscular (IM) injection, subcutaneous (SC) injection, or orally. The IM depot injections have a variety of long-acting formulations, ranging from 1 month to 6 months duration of action.

The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 0 absent) the following:

#### *Prostate Cancer*

##### *Products*

- The prostate cancer drugs are comprised of LHRH agonists and LHRH antagonists. For the agonists, there are three leuprolide acetate products available in different formulations: Lupron Depot IM, leuprolide acetate IM (no brand name), and Eligard SC. Leuprolide mesylate (Camcevi IM) has a different

27 September 2023 Uniform Formulary Beneficiary Advisory Panel Background Information for the August 2023 DoD P&T Committee Meeting

Page 20 of 65

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 975 of 980

AR2163

salt form. The two LHRH antagonists are degarelix SC (Firmagon) and relugolix tablets (Orgovyx).

*Clinical Practice Guidelines*

- Current National Comprehensive Cancer Network (NCCN) guidelines for advanced hormone sensitive prostate cancer recommend androgen deprivation therapy (ADT) with either an LHRH agonist, LHRH antagonist, or surgical orchiectomy to achieve castration levels of testosterone (defined as <50 ng/dL) LHRH agonists have an initial testosterone flare prior to reaching castration levels, while LHRH antagonists and surgical orchiectomy as monotherapy have rapid onset of action and avoid the testosterone flare.

- Between the available LHRH antagonists and LHRH agonists, the guidelines do not recommend one product over another. The treatments are considered equivalent in cancer control, although they have not been compared in large randomized controlled trials.

*Efficacy*

- There are limited direct comparative studies evaluating the effectiveness between leuprolide agents and between leuprolide agents and the LHRH antagonists, oral relugolix (Orgovyx) and SC degarelix (Firmagon). Indirect comparison of efficacy data from the individual pivotal trials reveals similar rates of achieving testosterone castration levels between these products.

  o The LHRH agonists (Lupron Depot, Eligard, and Camcevi) take approximately 3-4 weeks to reach castration levels of testosterone regardless of administration route and salt form, while the LHRH antagonists (Firmagon and Orgovyx) show reduced testosterone levels in as early as 3 days.

  o Orgovyx was compared to leuprolide acetate 22.5 mg in the open-label HERO trial, which was used to obtain FDA approval. Treatment with Orgovyx for 48 weeks maintained testosterone castration levels in 96.7% of men, compared to 88.8% of men who received leuprolide. The FDA review of the HERO trial however, did not accept the non-inferiority comparison of castration rate between Orgovyx and leuprolide, and as such stated no claims of superiority could be made between the two products.

  o Firmagon was compared with leuprolide acetate 7.5 mg in the clinical trial used to gain FDA approval. Treatment with Firmagon resulted in sustained testosterone castration levels in 97.2% of men, compared with 96.4% of men receiving leuprolide.

*Safety*

- Products in this subclass have similar adverse reactions that are related to the reduced testosterone levels. Commonly reported adverse effects include hot

27 September 2023 Uniform Formulary Beneficiary Advisory Panel Background Information for the August 2023 DoD P&T Committee Meeting

Page 21 of 65

Case 2:25-cv-00041-M-RN   Document 75-1   Filed 12/05/25   Page 976 of 980

AR2164

flashes, injection site reactions, gastrointestinal (GI) symptoms, and testicular atrophy.

- o The LHRH agonists (Lupron Depot, Eligard, and Camcevi) carry similar warnings of tumor flare, hyperglycemia, diabetes, and cardiovascular disease.

- o The LHRH antagonists (Firmagon and Orgovyx) have similar warnings. In contrast to the LHRH agonists, cardiovascular disease is not listed as a warning with the antagonists.

- o There is conflicting evidence, but expert consensus that men with preexisting cardiovascular disease are at an increased risk of cardiovascular toxic effects when treated with androgen deprivation therapy (ADT). There is limited and conflicting data that LHRH antagonists may have a lesser effect on cardiovascular disease compared to LHRH agonists in patients treated with ADT.

  - ▪ In the HERO trial, Orgovyx demonstrated reduced major adverse cardiovascular events (MACE) compared to leuprolide. The MACE definition was very broad, and included nonfatal myocardial infarction, nonfatal stroke, and death due to any case. The FDA reviewers did not agree that the HERO study demonstrated an improved cardiac safety profile with Orgovyx compared to leuprolide.

  - ▪ More data is needed to determine the full cardiovascular risk profile of Orgovyx.

*Individual Product Characteristics*

- o LHRH agonists

  - o **leuprolide acetate (Lupron Depot 7.5mg, 22.5mg, 30mg, 45mg) leuprolide acetate depot (no brand name), leuprolide acetate (Eligard), leuprolide mesylate (Camcevi)**: There is guideline and expert consensus that clinically, these products are generally considered equivalent. There is no data to suggest differences in efficacy or safety with the different leuprolide salt formulations, leuprolide acetate (Lupron) vs. leuprolide mesylate (Camcevi).

  - o **leuprolide acetate (Eligard)** is administered SC, while Lupron Depot, leuprolide acetate depot, and Camcevi are administered IM. Eligard and Camcevi require refrigeration, while the other products are stable at room temperature.

- o LHRH antagonists

  - ▪ **Relugolix (Orgovyx)** provides convenience to the patient, as it is the only oral product, however data are limited on long-term patient compliance. Orgovyx has a relatively short half-life of 61 hours compared to Firmagon. Military Health System (MHS) provider

27 September 2023 Uniform Formulary Beneficiary Advisory Panel Background Information for the August 2023 DoD P&T Committee Meeting

Page 22 of 65

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 977 of 980

AR2165

feedback supports Orgovyx as an option for short course ADT therapy. The full cardiovascular risk profile remains to be determined.

- **degarelix (Firmagon**) is administered SC and has a much longer half-life of 53 days compared to Orgovyx. There are no studies directly comparing Firmagon with Orgovyx.

### Endometriosis and Fibroids

#### Products

- Injectable leuprolide acetate (Lupron Depot) and three oral tablet formulations of elagolix or relugolix combined with an oral contraceptive (Oriahnn or Myfembree, respectively) or elagolix alone (Orilissa) comprise the endometriosis and fibroid products.

#### Clinical Practice Guidelines

- *Endometriosis*: The European society of Human Reproduction and Embryology (ESHRE) 2020 updated guidelines for endometriosis recommend offering hormone treatment for endometriosis-related pain. First-line therapies include combined (estrogen and progestin) oral contraceptive tablets, given with or without nonsteroidal anti-inflammatory drugs (NSAIDs). Second-line therapies include progestins, LHRH agonists, LHRH antagonists, and androgens, due to the side effect profiles. No one LHRH agonist product is preferred over another agonist, and likewise no one LHRH antagonist product is preferred over another antagonist.

- *Uterine fibroids*: The 2022 American College of Obstetrics and Gynecology Practice Bulletin for treatment of symptomatic leiomyomas (fibroids) states there is insufficient comparative evidence to guide recommendations on first-line medical management options; treatment should be guided by symptoms. To address symptoms of heavy bleeding, options include LHRH antagonists, levonorgestrel intrauterine devices (e.g., Mirena), combined oral contraceptives and tranexamic acid. To address fibroid size and bleeding symptoms, options include LHRH agonists and selective progesterone receptor modulators (e.g., ulipristal).

#### Efficacy

- *Endometriosis*: No significant published trials directly comparing available agents for treatment of endometriosis-related pain were found. A 2020 Network Meta Analysis evaluating medication options found that the LHRH analogues, and elagolix were not superior to combined hormonal contraceptives. Additionally similar efficacy was seen between LHRH agonists and elagolix.

- *Fibroids*: There are no trials directly comparing available medical therapies for treatment of symptomatic fibroids. Indirect comparisons of Lupron Depot,

27 September 2023 Uniform Formulary Beneficiary Advisory Panel Background Information for the August 2023 DoD P&T Committee Meeting

Page 23 of 65

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 978 of 980

**AR2166**

Myfembree, and Oriahnn show that all three drugs met the primary endpoint of achieving a greater than 2 g/dL increase in hemoglobin compared to baseline.

*Safety*

- Products in this subclass have similar adverse reaction profiles and are mostly related to the hypoestrogenic state. Hot flashes, headaches, mood changes and changes in vaginal bleeding pattern are common side effects with all the products. All products carry the risk of bone mineral density loss. Elevated liver enzymes are listed as a warning for Myfembree, Oriahnn, and Orilissa.

- Myfembree and Oriahnn carry a black box warning for thromboembolic events, due to the estrogen and progesterone components.


*Individual Product Characteristics*

- o LHRH agonists

    - **leuprolide acetate 3.75 mg and 11.25 mg IM (Lupron Depot)** advantages include its long marketing history and that it is the only LHRH agonist indicated for both medical management of endometriosis-related pain and symptomatic fibroids. It should be used with hormonal add-back therapy (e.g., with an estrogen and progestin). Treatment should not exceed 12 months of therapy due to concerns of bone mineral density loss.

- o LHRH antagonists

    - **relugolix/estradiol/norethindrone acetate (Myfembree)** is combined with estrogen and progesterone. Advantages include that it is indicated for both treatment of endometriosis-related pain and symptomatic fibroids, and once daily dosing. Disadvantages include the black box warning for thromboembolic disease. Additionally, use is limited to 24 months due to the risk of continued bone mineral density loss which may not be reversible.

    - **elagolix/estradiol/norethindrone acetate (Oriahnn)** is combined with estrogen and progesterone solely indicated for treatment of heavy bleeding associated with fibroids. It carries a black box warning for thromboembolic disease as well as the unique warning of yellow dye. It is dosed twice daily, with the AM dose containing elagolix/estradiol/norethindrone while the PM dose contains only elagolix. Its use is limited to 24 months due to the risk of continued bone mineral density loss which may not be reversible.

    - **elagolix (Orilissa)** is indicated for treatment of endometriosis related pain. It is dosed either daily or twice daily based on

27 September 2023 Uniform Formulary Beneficiary Advisory Panel Background Information for the August 2023 DoD P&T Committee Meeting

Page 24 of 65

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 979 of 980

AR2167

coexisting conditions. Its duration of use is also limited due to coexisting conditions and risk of bone mineral density loss.

### *Central Precocious Puberty*

*Products*

- This subclass is composed of two leuprolide acetate products; one is administered IM (Lupron Depot Ped), and one is administered SC (Fensolvi).

*Guidelines*

- The American Academy of Pediatrics recommends LHRH agonists to treat Central Precocious Puberty. Guidelines do not prefer one product over, although it is common to start a patient on a 1- or 3-month depot formulation.

*Efficacy*

- No significant published trials were found that directly compare Lupron Depot Ped with Fensolvi. These products are considered similarly efficacious, based on indirect comparison of the clinical trial endpoints used to gain FDA approval.

*Safety*

- Products in this subclass have similar adverse reactions and commonly include injection site reactions and pain. Fensolvi alone carries the adverse reaction of bronchospasm.

*Individual Product Characteristics*

- o **leuprolide acetate (Lupron Depot Ped)** is an LHRH agonist available in multiple strengths, with dosing for 1-month, 3-months, and 6-months. The 6-month formulation was recently approved in April 2023. It is approved for children as young as 1 year.

- o **leuprolide acetate (Fensolvi)** is administered SC and is available in one strength for a 6-month injection. It requires healthcare provider administration. FDA approval is in children down to the age of 2 years.

*Overall Clinical Conclusion*

- In order to meet the needs of MHS patients, a variety of agents are required to treat all indications of advanced prostate cancer, endometriosis, fibroids, and central precocious puberty.

**B. Luteinizing Hormone-Releasing Hormone (LHRH) Agonists-Antagonists—Prostate Cancer, Endometriosis and Fibroids, and Central Precocious Puberty Subclasses—Relative Cost-Effectiveness Conclusion**

A cost minimization analysis (CMA), budget impact analysis (BIA) and sensitivity analysis were performed. The P&T Committee concluded (20 for, 0 opposed, 0 abstained, 0 absent) the following:

27 September 2023 Uniform Formulary Beneficiary Advisory Panel Background Information for the August 2023 DoD P&T Committee Meeting

Page 25 of 65

Case 2:25-cv-00041-M-RN    Document 75-1    Filed 12/05/25    Page 980 of 980

AR2168