IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:25-CV-00041-M

**Derence V. Fivehouse**,

                Plaintiff,

v.

**United States Department of Defense**,
et al.,

                Defendants.

**Order**

In his reply in support of his motion to supplement the administrative record, Plaintiff Derrence V. Fivehouse claimed that Assistant United States Attorney Rudy E. Renfer misrepresented the holdings from several cases and included fabricated quotations in his response brief. D.E. 89 at 4–5. No later than Monday, January 12, 2026, Defendants shall submit a surreply of no more than 10 pages addressing these allegations.

The Clerk of Court must serve a copy of this order by email on the United States Attorney for the Eastern District of North Carolina and the First Assistant United States Attorney for the Eastern District of North Carolina.

Dated: January 8, 2026

Robert T. Numbers, II
United States Magistrate Judge