IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:25-cv-00041-M-RN

| | | |
|---|---|---|
| DERENCE FIVEHOUSE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | SURREPLY TO PLAINTIFF'S |
| v. | ) | MOTION TO SUPPLEMENT THE |
| | ) | RECORD |
| UNITED STATES DEPARTMENT OF | ) | [DE 82; DE 83] |
| DEFENSE, et al, | ) | |
| | ) | |
|    Defendants. | ) | |

Defendants, through undersigned counsel, hereby submit this surreply to address the specific issue of erroneous case citations raised by Plaintiff in Plaintiff's reply, [D.E. 89], to Defendants' response in opposition, [D.E. 86], to Plaintiff's motion to supplement the administrative record, [D.E. 82].

In its prior response in opposition, *see* [D.E. 86], Defendants inadvertently included incorrect citations to case law from this Circuit. Defendants sincerely apologize to the Court for this error. The error was clerical in nature and resulted from the inadvertent filing of an unfinalized draft document. Defendant takes full responsibility for this error. While the citations themselves were erroneous[1], the cases

---

[1]    Plaintiff's allegation that Defendants' citation to *Ohio Valley* at the top of page 3 is erroneous is without merit. The citation attributed to *Ohio Valley* for the statement that APA review "is limited to the administrative record that was before the agency at the time of its decision[]" is found at *Ohio Valley Environmental Coalition v. Aracoma Coal Co.*, 556 F.3d 177, 201 (2009) (citing *Camp v. Pitts*, 411 U.S. 138, 142 (1973) (per curiam).

were actual cases from this Circuit and the legal principles they were cited to support remain sound and have been well-established by precedent in this Circuit.

Based on the above, Defendants would respectfully request that the Court either 1) strike the erroneous case citations identified by Plaintiff or, alternatively, 2) accept for filing the attached exhibit which is a redlined version of the document Defendants intended to file as a response. *See* [Exhibit 1].

Respectfully submitted this 20th day of January, 2026.

W. ELLIS BOYLE
United States Attorney

BY: /s/ Rudy E. Renfer
RUDY E. RENFER
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: rudy.e.renfer@usdoj.gov
N.C. Bar # 23513
Attorney for Defendants

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 20th day of January, 2026, served a copy of the foregoing upon the below listed party electronically using the CM/ECF system or by placing a copy of the same in the U.S. Mail, addressed as follows:

Derence V. Fivehouse
316 Seaview Drive
Edenton, NC 27932

BY: <u>/s/ Rudy E. Renfer</u>
RUDY E. RENFER
Assistant United States Attorney
Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: rudy.e.renfer@usdoj.gov
N.C. Bar # 23513
Attorney for Defendants