IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:25-CV-00041-M-RN

DERENCE V. FIVEHOUSE,

    Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, et al.,

    Defendants.

ORDER

    The court takes up this matter sua sponte. Plaintiff, proceeding *pro se*, has initiated this action against the United States Department of Defense pursuant to the Administrative Procedures Act, challenging certain determinations made regarding health care benefits. *See* Compl. DE 1. Numerous orders have been entered in this case, and each time, the Clerk of Court has forwarded them by mail to Plaintiff at his registered address in Edenton, North Carolina. But, within the past two months, seven of those orders have been returned as undeliverable. *See* DE 97, 102, 110–11, 113, 117–18. Plaintiff has since filed a notice advising that he is currently living at a secondary address and that "[m]ost mail is successfully forward and received." DE 115 at 1. He argues that because he "has received timely actual notice of every order, filing, and docket entry in this case," the court should take no further action. *Id.* at 1–2.

    This district's local rules require "[a]ll attorneys and unrepresented persons in a lawsuit" to "notify the court in writing within 14 days of any change of address[.]" Local Civil Rule 83.3. Failure to give timely notice "may result in dismissal of the action or the imposition of such other relief that the court deems just and proper." *Id.* The court recognizes that Plaintiff has demonstrated that he is attentive to the docket in this case, but he is nonetheless required to provide

accurate information concerning his address with the court. So, Plaintiff is ORDERED to notify the court as to his current address on or before March 16, 2026. Should Plaintiff return to his primary address, he shall so notify the court within fourteen days. Failure to comply may result in the imposition of sanctions.

SO ORDERED this __2__ day of March, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE