IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:25-cv-00041-M-RN

| | |
|---|---|
| DERENCE V. FIVEHOUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | NOTICE OF SUBSTITUTION |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE, PETE HEGSETH *Secretary* ) | |
| *of Defense*, DAVID J. SMITH *Acting* ) | |
| *Director, Defense Health Agency* ) | |
| ) | |
| Defendants. ) | |

Defendants, by and through the United States Attorney for the Eastern District of North Carolina, requests that Neal I. Fowler be substituted as counsel for Defendants in place of Rudy E. Renfer. Defendants respectfully request that Rudy E. Renfer be terminated from the Court's docket as counsel for Defendants and should no longer receive any notices of electronic filings. The undersigned is aware of and will comply with all pending deadlines in the above-captioned case, including proceeding with any scheduled trial or hearings. Rudy E. Renfer has received notice of the show cause hearing in this matter scheduled for Tuesday, March 10, 2026, at 4:00 p.m. at the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, and will appear at the hearing.

Copies of all correspondence and pleadings should be mailed to the undersigned at the address below or by electronic filing notification.

1

Therefore, please enter my name as attorney for record for Defendants in this action.

Respectfully submitted this 3rd day of March, 2026.

        W. ELLIS BOYLE
        United States Attorney

BY:   /s/ NEAL I. FOWLER
       NEAL I. FOWLER
       Assistant United States Attorney
       Civil Division
       United States Attorney's Office
       Eastern District of North Carolina
       150 Fayetteville Street, Suite 2100
       Raleigh, NC  27601
       Telephone: (919) 856-4870
       Email: neal.fowler@usdoj.gov
       NC Bar #27371

CERTIFICATE OF SERVICE

I do hereby certify that I have this 3rd day of March, 2026, served a copy of the foregoing upon the below-listed party or parties electronically using the CM/ECF system or by placing a copy of the same in the U.S. Mail, addressed as follows:

Derence V. Fivehouse
316 Seaview Drive
Edenton, NC 27932
703-220-3227
*PRO SE*

BY: /s/ NEAL I. FOWLER
NEAL I. FOWLER
Assistant United States Attorney
Civil Division
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4870
Email: neal.fowler@usdoj.gov
NC Bar #27371