**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**NORTHERN DIVISION**

Case No. 2:25-cv-00041-M-RN

*FILED*

MAR - 5 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

**DERENCE V. FIVEHOUSE,**
    Plaintiff,

v.

**U.S. DEPARTMENT OF DEFENSE, et al.,**
    Defendants.

**NOTICE OF CURRENT ADDRESS**

Plaintiff Derence V. Fivehouse, proceeding pro se, respectfully files this Notice in compliance with the Court's Order entered March 2, 2026 (D.E. 120).

1. Plaintiff's permanent address—and his address of record in this action—remains:

> Derence V. Fivehouse
> 316 Seaview Drive
> Edenton, North Carolina 27932

Plaintiff has every intention of returning to that address as his sole residence, and has no intention of abandoning it as his domicile or his address of record in this action.

2. Plaintiff is presently at a secondary address in Key West, Florida (806 Florida Street, #4, Key West, FL 33040), remaining longer than anticipated due to a family medical circumstance requiring his presence in South Florida for his wife's treatment at a specialized medical facility. That circumstance is expected to be resolved in the near term, and Plaintiff anticipates returning to his North Carolina residence in early April 2026.

3. Plaintiff respectfully submits that designating the temporary Florida address as the address of record at this juncture would be counterproductive rather than curative. Given Plaintiff's anticipated return to North Carolina within the next several weeks, substituting a transient address

for a permanent one would be likely to increase—not decrease—the risk of delivery failures during the transition period.

4. To the extent the Court finds it necessary, Plaintiff offers the Key West address set forth above as a supplemental mailing address for correspondence during the interim period. Plaintiff has maintained continuous electronic access to the Court's CM/ECF system throughout this litigation and has received actual, timely notice of every order and filing in this case.

5. Pursuant to the Court's Order and Local Civil Rule 83.3, Plaintiff will notify the Court in writing within fourteen (14) days of his return to the Edenton, North Carolina address, or of any other change of address.

Respectfully submitted this 4th day of March, 2026.

Derence V. Fivehouse
316 Seaview Drive
Edenton, NC 27932

Temporary:
806 Florida Street, #4,
Key West, FL 33040

703 220 3227
derencefivehouse@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown above, I deposited in the United States Mail, postage prepaid, a true and correct copy of the foregoing, addressed to counsel of record for the United States, AUSA, K. Paige O'Hale and Neal I. Fowler, Office of the United States Attorney for the Eastern District of North Carolina, 150 Fayetteville Street, Suite 2100 Raleigh, NC 27601, and by email to Ms. O'Hale at Paige.OHale@usdoj.gov and Mr. Fowler at Neal.Fowler@usdoj.gov.

Derence V. Fivehouse