IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:25-cv-00041-M-RN

| | | |
|---|---|---|
| DERENCE V. FIVEHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF WITHDRAWAL |
| UNITED STATES DEPARTMENT | ) | OF COUNSEL |
| OF DEFENSE, PETE HEGSETH | ) | |
| *Secretary of Defense*, DAVID J. | ) | |
| SMITH *Acting Director, Defense* | ) | |
| *Health Agency* | ) | |
| | ) | |
| Defendants. | | |

Pursuant to Local Civil Rule 5.2(d), the undersigned counsel for Defendants certifies that Katharine Paige O'Hale of the United States Attorney's Office for the Eastern District of North Carolina is no longer associated with this matter and has left the office for other employment. Ms. O'Hale's appearance should therefore be withdrawn. Neal Fowler remains active counsel for Defendants in this action.

Respectfully submitted this 23rd day of March, 2026.

W. ELLIS BOYLE
United States Attorney

BY:   /s/ Neal I. Fowler
NEAL I. FOWLER
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
Telephone: (919) 856-4870
Email: neal.fowler@usdoj.gov
NC Bar # 27371
*Attorney for Defendants*

1

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 23rd day of March, 2026, served a copy of

the foregoing upon the below-listed party or parties electronically using the CM/ECF

system or by placing a copy of the same in the U.S. Mail, addressed as follows:

Derence V. Fivehouse
316 Seaview Drive
Edenton, NC  27932
*PRO SE*

Derence V. Fivehouse
806 Florida Street, #4
Key West, FL  33040

BY:   <u>/s/ Neal I. Fowler</u>
NEAL I. FOWLER
Assistant United States Attorney
Civil Division
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
Telephone: (919) 856-4870
Email: neal.fowler@usdoj.gov
NC Bar # 27371
*Attorney for Defendants*

2