IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:25-CV-00041-M-RN

DERENCE V. FIVEHOUSE,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　CERTIFICATE OF SERVICE
UNITED STATES DEPARTMENT OF　　)
DEFENSE, PETE HEGSETH *Secretary*　)
*of Defense*, DAVID J. SMITH *Acting*　)
*Director, Defense Health Agency*　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　)

Defendants, by and through the United States Attorney for the Eastern District of North Carolina, hereby certify that they have served a copy of the attached Order (DE 129) on Rudy Renfer as directed by the court.

Respectfully submitted this 28th day of April, 2026.

W. ELLIS BOYLE
United States Attorney

BY:　/s/ Neal I. Fowler
　　　NEAL I. FOWLER
Assistant United States Attorney
Civil Division
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
Telephone: (919) 856-4870
Email: neal.fowler@usdoj.gov
NC Bar # 27371
*Attorney for Defendants*

1

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 28th day of April, 2026, served a copy of the foregoing Order upon the below-listed party or parties electronically using the CM/ECF system or by placing a copy of the same in the U.S. Mail, addressed as follows:

Derence V. Fivehouse
316 Seaview Drive
Edenton, NC 27932
703-220-3227
*PRO SE*

Rudy Renfer
█████████

BY:   <u>/s/ Neal I. Fowler</u>
       NEAL I. FOWLER
Assistant United States Attorney
Civil Division
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
Telephone: (919) 856-4870
Email: neal.fowler@usdoj.gov
NC Bar #27371

2