## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

No. 2:25-CV-00041-M-RN

FILED

JUL - 1 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

DERENCE V. FIVEHOUSE,
      Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, et al.,
      Defendants.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OBJECTIONS TO THE MEMORANDUM AND RECOMMENDATION IN EXCESS OF THE PAGE LIMITATION OF LOCAL CIVIL RULE 7.2(f)**

Plaintiff Derence V. Fivehouse respectfully moves, pursuant to Local Civil Rule 7.2(f) and the Court's inherent authority to manage its docket, for leave to file his Objections to the Memorandum and Recommendation (DE 134) in a length not to exceed forty-two (42) pages, exclusive of the caption and the certificate of service. In support, Plaintiff states:

1. On June 17, 2026, the Magistrate Judge entered a thirteen-page Memorandum and Recommendation (DE 134) recommending denial of Plaintiff's motion for summary judgment and the grant of Defendants' cross-motion. Plaintiff's Objections are due July 1, 2026.

2. The M&R resolves cross-motions for summary judgment on dispositive questions of statutory authority under the Administrative Procedure Act, the outcome of which affects coverage for approximately 2.5 million TRICARE for Life beneficiaries. Under Federal Rule of Civil Procedure 72(b)(3), the District Court must review de novo each portion of the M&R to which a proper, specific objection is made.

3. The M&R makes several distinct, independently dispositive rulings -- on statutory authority, on the agency action under review and the available remedy, on an affirmative declaration regarding prior coverage, on arbitrary-and-capricious review, and on waiver -- and grants Defendants' cross-motion. Preserving each ruling for de novo review, and avoiding forfeiture, requires a discrete objection that identifies the specific portion objected to and states the grounds with particularity.

1

4. Plaintiff has worked to present these objections concisely. The Objections are formatted in compliance with Local Civil Rule 10.1 (double-spaced, 11-point font, one-inch margins) and, so formatted, total approximately forty pages exclusive of the certificate of service -- modestly exceeding the thirty-page limitation in Local Civil Rule 7.2(f). The requested forty-two-page allowance provides a limited margin to accommodate the signature block and final formatting without the need for a further request.

5. To the extent Local Civil Rule 7.2(f)'s thirty-page limitation applies to objections filed under Federal Rule of Civil Procedure 72(b)(2) -- which, by their nature, are not memoranda filed in support of or in opposition to a motion -- Plaintiff seeks leave out of an abundance of caution to ensure the Court's full consideration of each objection.

6. This motion is filed in advance of the objection deadline, and no party will be prejudiced by the modest enlargement requested. Good cause exists for the relief sought.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file his Objections to the Memorandum and Recommendation in a length not to exceed forty-two (42) pages, exclusive of the caption and the certificate of service.

Respectfully submitted, this 1st day of July, 2026.

Derence V. Fivehouse
Plaintiff, appearing pro se
316 Seaview Drive
Edenton, NC 27932
Telephone: (703) 220-3227
Email: derencetwohouse@gmail.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of ___ 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

Neal I. Fowler
Assistant United States Attorney
Civil Division
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4870
Email: neal.fowler@usdoj.gov

Attorney for Defendants

Derence V. Fivehouse

3