**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION**

No. 2:25-CV-00041-M-RN

DERENCE V. FIVEHOUSE,
                Plaintiff,
v.
U.S. DEPARTMENT OF DEFENSE, et al.,
                Defendants.

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File Objections to the

Memorandum and Recommendation in Excess of the Page Limitation of Local Civil Rule 7.2(f). For

good cause shown, the Motion is GRANTED. Plaintiff may file Objections to the Memorandum and

Recommendation (DE 134) in a length not to exceed forty-two (42) pages, exclusive of the caption and

the certificate of service.

SO ORDERED.

This ___ day of _____, 2026.

_____
Richard E. Myers II
Chief United States District Judge

1