IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Case No. 2:25-CV-00041-M-RN

DERENCE V. FIVEHOUSE,

Plaintiff,

v.

U.S. DEPARTMENT OF DEFENSE, et al.,

Defendants.

ORDER

This matter comes before the court on Plaintiff's pro se Motion for Leave to File Objection in Excess of the Page Limitation [DE 136]. For good cause shown, the motion is GRANTED. The Clerk is DIRECTED to re-file the proposed objection at DE 136-2 as a separate entry on the docket.

SO ORDERED this _____1st_____ day of July, 2026.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE