FILED

AUG - 3 2026

PETER A MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

No. 2:25-CV-00041-M-RN

DERENCE V. FIVEHOUSE, )
    Plaintiff, )
v. )
U.S. DEPARTMENT OF DEFENSE, )
et al., )
    Defendants. )

**PLAINTIFF'S MOTION FOR
LEAVE TO FILE REPLY AND
MEMORANDUM IN SUPPORT**

Pursuant to Local Civil Rule 72.4(b)(3), Plaintiff respectfully moves for leave to file the accompanying eight-page Reply in support of his Objections (D.E. 138) to the Memorandum and Recommendation (D.E. 134). Federal Rule of Civil Procedure 72(b)(2) authorizes objections and a response, while Local Civil Rule 72.4(b)(3) requires leave for a reply. Good cause exists because the proposed Reply is limited to response-specific arguments and omissions Plaintiff had no occasion to address in the Objections, presents no new objection or evidence, and complies with the ten-page limit in Local Civil Rule 7.2(f)(2)(C).

First, the Response argues -- for the first time -- that five of Plaintiff's seven objections should be reviewed only for clear error rather than de novo. D.E. 141 at 4-6. Plaintiff has had no opportunity to address that threshold contention, which, if accepted, would control the disposition.

Second, the Response takes a position in conflict with the M&R it asks the Court to adopt in full, disputing the M&R's determination that the challenged action changed policy. D.E. 141 at 2 n.2.

Third, the Response rests the merits on two response-specific propositions: that 32 C.F.R. § 199.17(f)(3) is "dispositive of Objections One through Five," D.E. 141 at 8, and that § 199.21(a)(3)(i) and (iii) make the TRICARE Pharmacy Benefit coextensive with the Medical Benefit, id. at 11-12. The proposed Reply addresses those propositions without adding any new objection or evidence.

1

Fourth, the Response seeks summary judgment while conceding that Objection 7 receives de novo review, D.E. 141 at 5, without addressing the independent record ground on which that objection resists Defendants' cross-motion.

Plaintiff conferred with counsel for Defendants by email on July 31, 2026. Defendants oppose the motion. At counsel's request, Defendants' position is stated in counsel's words: "The United States opposes the Plaintiff's motion for leave to file yet another reply in this civil action because Plaintiff seeks to further object to the Report and Recommendation."

The proposed Reply raises no new objection to the Memorandum and Recommendation (D.E. 134); as its citations reflect, each substantive argument it discusses was pressed in the Objections themselves. The Reply is addressed to matters raised for the first time in Defendants' Response: the contention that five objections receive only clear-error review, the premise Defendants now declare "dispositive of Objections One through Five," the reading of 32 C.F.R. § 199.21(a)(3) advanced for the first time at D.E. 141 at 11-12, footnote 2's disagreement with the M&R's characterization of the challenged action, and Defendants' failure to answer Objection 7's independent ground..

For these reasons, Plaintiff respectfully requests that the Court grant leave to file the accompanying Reply.

Respectfully submitted this 3d day of August, 2026.

Derence V. Fivehouse
Plaintiff, appearing pro se
316 Seaview Drive
Edenton, NC 27932
Telephone: (703) 220-3227
Email: derencefivehouse

2

# CERTIFICATE OF SERVICE

I certify that on August 3, 2026, I submitted the foregoing to the Clerk of Court for filing.

Pursuant to Local Civil Rule 5.1(f)(2), the Clerk will scan and electronically file the document, and

CM/ECF will serve all registered counsel of record, including:

Neal I. Fowler
Assistant United States Attorney
Civil Division
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4870
Email: neal.fowler@usdoj.gov
Attorney for Defendants

Derence V. Fivehouse

3